# Attachment BB

| Case No. | Court | Judge | Date Filed | Plaintiff | Defendant(s) | Nature of Suit | Disposition |
|---|---|---|---|---|---|---|---|
| 1:15-cv-06514 | N.D. Ill. | Durkin, J. | 07/27/2015 | Vanessa Smith | Stark Law, LLC | Four count complaint alleging violations of FDCPA: 15 U.S.C. § 1692e(2); 15 U.S.C. § 1692e(10); 15 U.S.C. § 1692f; and 15 U.S.C. § 1692c(a)(2). | Apparent out-of-court settlement. Closed 11/12/2015. |
| 1:15-cv-07025 | N.D. Ill. | Leinenweber, J. | 08/11/2015 | Tina Horton Thomas | CHM Capital Group, LLC; HKM Funding, Ltd.; Ashton Asset Management, Inc.; Mohindra Hirsh; and Doe 1-5 | Four count complaint alleging violations of FDCPA: 15 U.S.C. § 1692d(6) and 1692e(11); 15 U.S.C. § 1692c(b); 15 U.S.C. § 1692g; and 15 U.S.C. § 1692d and 1692e. | Apparent out-of-court settlement. Closed 03/07/2016. |
| 1:15-cv-00319 | N.D. Ill. | Shah, J. | 01/13/2015 | Nicole Verdico | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | Six count complaint alleging violations of FDCPA: 15 U.S.C. § 1692c(a)(2); 15 U.S.C. § 1692d; 15 U.S.C. § 1692d(6); 15 U.S.C. § 1692e; 15 U.S.C. § 1692e(2)(A); and 15 U.S.C. § 1692f. | Apparent out-of-court settlement. Closed 04/22/2015. |
| 1:15-cv-04415 | S.D.N.Y. | Abrams, J. | 06/08/2015 | Klajdi Plasari | Stark Law | Seven count complaint alleging violations of FDCPA: 15 U.S.C. § 1692d; 15 U.S.C. § 1692d(5); 15 U.S.C. § 1692e(3); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e and 1692e(10); 15 U.S.C. § 1692f; and 15 U.S.C. § 1692g(a). | Apparent out-of-court settlement. Closed 08/20/2015. |
| 5:15-cv-12065 | E.D. Mich. | O'Meara, J. | 06/05/2015 | Demetrius Gilliam, et al. | Stark Law, LLC, and Gaurav Kumar Mohindra | Three count complaint alleging violations of FDCPA: 15 U.S.C. § 1692d(6); 15 U.S.C. § 1692e(10); and 15 U.S.C. § 1692e(11). | Apparent out-of-court settlement. "Notice of Dismissal" filed 09/09/2015. Closed 09/09/2015. |

**Menjivar Att. BB**
**Page 1 of 4**

| Case No. | Court | Judge | Date Filed | Plaintiff | Defendant(s) | Nature of Suit | Disposition |
|---|---|---|---|---|---|---|---|
| 1:14-cv-10208 | N.D. Ill. | Chang, J. | 12/19/2014 | Martin Page | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | Eleven count complaint alleging violations of FDCPA: 15 U.S.C. § 1692b(1); 15 U.S.C. § 1692b(2); 15 U.S.C. § 1692b(3); 15 U.S.C. § 1692c(b); 15 U.S.C. § 1692d; 15 U.S.C. § 1692e; 15 U.S.C. § 1692e(4); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e(7); 15 U.S.C. § 1692e(10); and 15 U.S.C. § 1692f. | Apparent out-of-court settlement. Closed 04/06/2015. |
| 1:13-cv-3580 | E.D.N.Y. | Irizarry, J. | 06/24/2013 | Charlene Crockett | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | Two count complaint alleging violations of FDCPA, 15 U.S.C. § 1692b(2), § 1692b(3), § 1692c(1), § 1692c(a)(3), § 1692c(b), § 1692d, § 1692d(5), § 1692e, § 1692e(10), and § 1692f, and New York General Business Law § 349. | Apparent out-of-court settlement. Closed 09/11/2013. |
| 3:13-cv-03868 | N.D. Tex. | Fish, J. | 09/24/2013 | Nathaniel Edwards | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | Two count complaint including alleging violations of "each and every one of the provisions of the FDCPA, 15 U.S.C. § 1692 et seq., cited above [ ]" including 15 U.S.C. § 1692c(a)(1), § 1692c(a)(3), § 1692d, § 1692e, § 1692e(5), § 1692e(11), and § 1692f. | Case dismissed without prejudice on 12/10/2013 due to plaintiff choosing to pursue claim in state court. |
| 1:13-cv-06875 | N.D. Ill. | Leinenweber, J. | 09/24/2013 | Kendra Green | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | One count complaint alleging violations of FDCPA, 15 U.S.C. §§ 1692c, 1692d, 1692e, 1692e(2), 1692e(5), and 1692e(10), and 1692f and 1692f(1). | Default judgment entered 04/10/2014 in the amount of $10,000.00 in actual and statutory damages, and $5,145.04 in attorney's fees and costs. |

| Case No. | Court | Judge | Date Filed | Plaintiff | Defendant(s) | Nature of Suit | Disposition |
|---|---|---|---|---|---|---|---|
| 1:13-cv-09200 | N.D. Ill. | Marovich, J. | 12/26/2013 | Steven James | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates, HKM Funding, Ltd., and Hirsh Mohindra | Two count complaint alleging violations of FDCPA, 15 U.S.C. § 1692c(a)(1), § 1692c(a)(3), § 1692c(b), § 1692d, § 1692f, and § 1692g, and Illinois Collection Agency Act for "operating a collection agency without a license in Illinois." | Apparent out-of-court settlement. Closed 06/02/2014. |
| 6:13-cv-00241 | W.D. Tex. | Smith, J. | 08/05/2013 | Elanda Johnson | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | One count complaint alleging violations of FDCPA, 15 U.S.C. § 1692c(b), § 1692d, § 1692e, § 1692e(5), § 1692e(10), and § 1692f. | Apparent out-of-court settlement. Closed 10/09/2014. |
| 1:13-cv-07061 | N.D. Ill. | St. Eve, J. | 10/01/2013 | Jennifer Rymer | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates | Alleged multiple violations of FDCPA, 15 U.S.C. § 1692b(2), § 1692c(b), § 1692e, § 1692e(2)(A), § 1692e(5), § 1692e(7), § 1692e(10), § 1692e(11), § 1692f, and § 1692g(a). | Default judgment entered 01/27/2014 in the amount of $1,000.00 in statutory damages, $4,250.00 in actual damages, $3,307.50 in attorneys' fees, and $524.00 in costs. |
| 1:13-cv-05104 | N.D. Ill. | Castillo, J. | 07/17/2013 | Jack Sturgill | CHM Capital Group, LLC, d/b/a Capital Harris Miller & Associates, and Does 1-10, inclusive | Three count complaint alleging violations of FDCPA (Count I, 15 U.S.C. § 1692c(b), § 1692d, § 1692e, § 1692e(4), § 1692e(7), § 1692f, and § 1692g(a)); Illinois Collection Agency Act, 225 ILCS 425/1, et seq. (Count II, 225 ILCS 425/9(a)(11), 425/9(a)(14), 425/9(a)(17), 425/9(a)(20), 425/9(a)(31)); and Illinois Consumer Fraud Act, 815 ILCS 505, et seq. (Count III, 815 ILCS 505/2(l)). | Default judgment entered 09/30/2014 in the amount of $9,850.00. |

| Case No. | Court | Judge | Date Filed | Plaintiff | Defendant(s) | Nature of Suit | Disposition |
|---|---|---|---|---|---|---|---|
| 1:12-cv-04151 | N.D. Ill. | Norgle, J. | 05/29/2012 | Tom Pillimis | CHM Capital Group, LLC | Seven count complaint alleging violations of FDCPA: 15 U.S.C. § 1692e(2); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e(10); 15 U.S.C. § 1692f; 15 U.S.C. § 1692e; and 15 U.S.C. § 1692d(2). | Default judgment entered 08/17/2012 in the amount of $50,000 in actual damages, $1,000 in statutory damages, $3,840.00 in reasonable attorneys' fees, and $405.00 in reasonable costs. |
| 1:12-cv-00103 | N.D. Ill. | Dow, Jr., J. | 01/06/2012 | Melissa Torres | CHM Capital Group, LLC | Twelve count complaint alleging violations of FDCPA: 15 U.S.C. § 1692c(a)(2); 15 U.S.C. § 1692e(2); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e(5); 15 U.S.C. § 1692e(7); 15 U.S.C. § 1692e(3); 15 U.S.C. § 1692e(4); 15 U.S.C. § 1692b(1); 15 U.S.C. § 1692b(a); 15 U.S.C. § 1692e(10); 15 U.S.C. § 1692f; and 15 U.S.C. § 1692e. | Apparent out-of-court settlement. Closed 04/03/2012. |

# Attachment CC

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*Exhibit 1*

KENDRA GREEN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　)　　1:13CV6875
　　　　　　　　　　　　　　　　　　)
CHM CAPITAL GROUP LLC, d/b/a　　　)
CAPITAL HARRIS MILLER & ASSOCIATES,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

### AFFIDAVIT OF KENDRA GREEN

　　　　I, Kendra Green, the plaintiff in the case identified above, on penalty of perjury, and

under 28 U.S.C. §1746 (and any other law or rule that applies), hereby affirm that the following

is true and correct:

　　　　1.　　　I reside in The Bronx, New York, and am over the age of eighteen.

　　　　2.　　　CHM Capital Group LLC, through its employees, attempted to collect on a loan I

obtained over the internet, which carried an annual interest rate exceeding 100%. The money I

got from this loan was used for personal, family, or household purposes.

　　　　3.　　　On or about May 23, 2013, a woman called my cell phone. She identified herself

as "Judy Malone," and as a representative of CHM. I told "Judy Malone" that I was represented

by an attorney, named David Brodman. "Judy Malone" refused to deal with my attorney;

instead, she accused me of "fraud" and said that I would soon be served with court papers.

　　　　4.　　　Afterwards, "Judy Malone" called my phone again, and also called my workplace.

　　　　5.　　　When she called back, I informed "Judy Malone" that I could not take calls at my

workplace; in response, she said that she would continue to call.

1

**Menjivar Att. CC**
**Page 1 of 54**

6.      Based on my investigation, I believe that the message left with two of my coworkers indicated that "Judy Malone" said that she "had a case against me."

7.      On or about May 24, 2013, "Judy Malone" called my workplace again several times, and left similar messages.  One of these messages was left for "the manager of Kendra Green," and said that she "had charges against" me.

8.      On or about May 28, 2013, "Judy Malone" called my workplace again several times, and left similar messages.

9.      On or about May 29, 2013, "Judy Malone" called my workplace again several times, and said that she would come to my workplace to discuss the "claim" she had mentioned before.

10.     On or about May 30, 2013, a second CHM employee, who identified himself as "Michael Gambino" said that he had a "claim" against me, and that he would come to my workplace.

11.     I was embarrassed by these phone calls, including in particular those made to coworkers, in which CHM disclosed that I owed money.

12.     I believed that CHM would continue to contact my workplace until I made payment on the loan, which caused further stress.

13.     If called to testify on oath as to these facts, I would do so.

All of the preceding is true and correct.

Executed on this day, April  _4_ , 2014.

_Kendra Green_
Kendra Green

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Steven James | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND THE ILLINOIS COLLECTION AGENCY ACT** |
| Plaintiff, | |
| v. | |
| CHM Capital Group, LLC dba Capital Harris Miller & Associates, HKM Funding Ltd., and Hirsh Mohindra, | **JURY DEMAND ENDORSED HEREIN** |
| Defendants. | |

## PARTIES

1. Plaintiff, Steven James, ("Steven"), is a consumer and brings this action to secure redress from the unlawful collection practices engaged in by Defendant in violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. ("ICAA").

2. Defendant, CHM Capital Group, LLC dba Capital Harris Miller & Associates, ("CHM"), is an Illinois Limited Liability Company that maintained its principal place of business in Bolingbrook, Illinois, at all times relevant to this action. HKM Funding, Ltd. is the manager and/or member of CHM Capital Group, LLC. Defendant Hirsh Mohindra is the President and Secretary of HKM Funding, Ltd.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because Defendant resides in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, CHM collected consumer debts.

6. CHM regularly uses instrumentalities of interstate commerce such as telephones to collect consumer debts owed or due or asserted to be owed or due another.

7. The principal source of CHM's revenue is debt collection.

8. CHM is a "debt collector" as defined by 15 U.S.C. §1692a(6). The CHM website claims, "CHM Capital Group, LLC is Limited Liability Company in the State of Illinois. Formed by a group of experienced debt management consultants, CHM Capital Group, LLC has proven that legitimate debt collection works better and by closely adhering to industry guidelines, CHM Capital Group, LLC has achieved overwhelming success while maintaining an excellent reputation for itself and clients." http://chmcapital.com/About.html

9. As described, *infra*, CHM contacted Steven to collect a debt that was incurred primarily for personal, family, or household purposes.

10. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Steven is a "consumer" as defined by 15 U.S.C. §1692a(3).

12. On or around July 15, 2013, CHM telephoned Steven's place of employment in an attempt to collect a consumer debt.

13. At the time of this communication, Steven was not at his place of employment.

14. On or around July 16, 2013, CHM telephoned Steven's place of employment again and spoke with Steven's employer.

15. During this communication, Steven's employer requested CHM cease further calls to Steven at Steven's place of employment.

16. Despite this request, CHM continued to call Steven at Steven's place of employment throughout July and August 2013.

17. On more than one occasion, Steven requested CHM cease further calls to Steven at Steven's place of employment.

18. Despite this request, CHM continued to call Steven at Steven's place of employment.

19. Around the end of July 2013, during one communication, CHM threatened Steven with legal action and in an attempt to intimidate Steven, CHM attempted to obtain Steven's employer's corporate office contact information.

20. CHM has not taken any legal action against Steven.

21. CHM never intended to take any legal action against Steven.

22. Steven has not received any written communication from CHM.

23. CHM caused Steven severe emotional distress.

24. CHM violated the FDCPA.

25. CHM has a history of persistent noncompliance with the FDCPA.

26. On or around July 23, 2013, CHM initiated a telephone call to Jennifer Rymer's place of employment and spoke with her employer in an attempt to collect a debt.

27. CHM threatened that Rymer would be "served with papers" if she did not pay the debt.

28. But CHM never filed a lawsuit against Rymer and had no intention of filing a lawsuit against Plaintiff for the Debt.

29. A default was entered against CHM in the case of *Raymer v. CHM* (N.D. Ill. 13-cv-0706) on 12/12/2013.

30. Or or around May 17, 2013, Charlene Crockett started to receive collection calls from CHM at her job. See *Crockett v. CHM*, (E.D. N.Y. 13cv3580).

31. A security officer at her job told Crockett that her received a call threatening that Crockett would be served with papers.

32. CHM also disclosed information about a debt to a co-worker of Jack Sturgill. See *Sturgill v. CHM*, (N.D. Ill. 13-cv-05104).

33. CHM noncompliance with the FDCPA is frequent, persistent and egregious.

34. 225 ILCS 425/14 and 425/14b make it a crime to engage in the business of a collection agency without a license. It is a Class A misdemeanor for the first offense and a Class 4 felony for subsequent offenses.

35. 225 ILCS 425/4 provides;

   **No collection agency shall operate in this State, directly or indirectly engage in the business of collecting, solicit claims for others, have a sales office, a client, or solicit a client in this State, exercise the right to collect, or receive payment for another of any account, bill or other indebtedness, without registering under this Act except that no collection agency shall be required to be licensed or maintain an established business address in this State if the agency's activities in this State are limited to collecting debts from debtors located in this State by means of interstate communication, including telephone, mail, or facsimile transmission from the agency's location in another state provided they are licensed in that state and these same privileges are permitted in that licensed state to agencies licensed in Illinois.**

36. The licensing requirements of the ICAA were imposed to protect the public;

**The public policy represented by the ICAA is stated in 225 ILCS 425/1a: The practice as a collection agency by any entity in the State of Illinois is hereby declared to affect the public health, safety and welfare and to be subject to regulation and control in the public interest. It is further declared to be a matter of public interest and concern that the collection agency profession merit and receive the confidence of the public and that only qualified entities be permitted to practice as a collection agency in the State of Illinois. This Act shall be liberally construed to carry out these objects and purposes. It is further declared to be the public policy of this State to protect consumers against debt collection abuse.**

37. Based upon a search of the records of the Illinois Department of Professional Regulation neither CHM, HKM Funding Ltd. nor Hirsh Mohindra have an Illinois Collection Agency license.

38. The Illinois Appellate Court has held that actions by a collection agency that did not have the requisite license are illegal and void, and are not cured by the subsequent obtaining of a license. *LVNV Funding, LLC v. Trice*, 2011 IL App (1st) 092773, 952 N.E.2d 1232 (1st Dist. 2011), leave to appeal denied, 962 N.E.2d 483 (2011). *Trice*, 952 N.E.2d at 1237, specifically held that a "subsequent registration of the collection agency does no absolve the agency of the crime of debt collection by an unregistered collection agency."

## COUNT ONE

**Individual Claim for Violation of the Fair Debt Collection Practices Act Against CHM**

39. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

40. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at a time or place known to be inconvenient for Plaintiff.

41. Defendant violated 15 U.S.C. §1692c(a)(3) by calling Plaintiff at Plaintiff's place of employment after Defendant knew or had reason to know that such calls were prohibited by Plaintiff's employer.

42. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt without Plaintiff's consent.

43. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

44. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

45. Defendant violated 15 U.S.C. §1692g by failing to send Plaintiff the required notice within five days of Defendant's initial communication with Plaintiff.

**COUNT TWO**
**Class Action Claim for Violation of the Illinois Collection Agency Act Against CHM, HKM Funding, Ltd. and Hirsh Mohindra**

46. Defendants CHM, HKM Funding, Ltd. and Hirsh Mohindra are operating a collection agency without a license in Illinois.

47. A private right of action exists for violation of the ICAA. *Sherman v. Field Clinic*, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

48. Pursuant to Fed. R. Civ.P. 23(a) and 23(b)(3), plaintiff brings this claim on behalf of a class.

49. The class consists of all individuals to whom Defendants, while not licensed as a collection agency under Illinois law, made debt collection attempts.

50. The class is so numerous that joinder of all members is not practicable. On information and belief, based on the statements on circumstantial evidence, there are over 40 members of the class.

51. There are questions of law and fact common to the class members, which predominate over any questions relating to individual class members. The predominant common question is whether Defendants collections efforts violate the Illinois Collection Agency Act.

52. Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual theories that Defendant are collecting in violation of the ICAA.

53. Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and collection abuse litigation.

54. A class action is superior for the fair and efficient adjudication of this matter because most consumers are unaware of their rights to cease the collections efforts of Defendants.

### PRAYER FOR RELIEF

(a) For Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k;

(b) For an order enjoining CHM, HKM Funding Ltd. and Hirsh Mohindra from collection on class basis;

(c) For punitive damages against CHM, HKM Funding Ltd. and Hirsh Mohindra on a class basis;

(d) Granting such other or further equitable relief as is appropriate on a class basis.

### JURY DEMAND

Plaintiff demands a trial by jury.

RESPECTFULLY SUBMITTED,
Hyslip & Taylor, LLC, LPA

By:     /s/ Mark T. Lavery
One of Plaintiff's Attorneys

Mark T. Lavery, Esq.
917 W. 18th Street, Suite 200
Chicago, IL  60608
312-380-6110
Mark@lifetimedebtsolutions.com

Date: December 26, 2013

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN PAGE, | ) | |
| | ) | Case No.  1:14-cv-10208 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| CHM CAPITAL GROUP, LLC d/b/a CAPITAL | ) | |
| HARRIS MILLER & ASSOCIATES, | ) | |
| | ) | **JURY DEMANDED** |
| Defendant. | ) | |

Now comes the Plaintiff, MARTIN PAGE, by and through his attorneys, and for his Complaint against the Defendant, CHM CAPITAL GROUP, LLC d/b/a CAPITAL HARRIS MILLER & ASSOCIATES, Plaintiff alleges and states as follows:

## PRELIMINARY STATEMENT

1.     This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 1367, and 15 U.S.C. § 1692k(d).  This jurisdiction includes supplemental jurisdiction with respect to pendent state law claims.

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events and omissions giving rise to this claim occurred in this District.

## PARTIES

4.     Plaintiff is an individual who was at all relevant times residing in Harvey, Illinois.

5.      Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

6.      At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

7.      The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

8.      On information and belief, Defendant is a limited liability company of the State of Illinois, which has its principal place of business in Westmont, Illinois.

## FACTS COMMON TO ALL COUNTS

9.      On or about October 9, 2014, an employee, agent and/or representative of Defendant, who identified herself as "Stacy," placed a telephone call to Plaintiff in an attempt to collect the alleged debt and left a voicemail message for Plaintiff.

10.     Stacy stated in said voicemail message that she was going to have Plaintiff arrested for not paying the alleged debt, and that she knew what time Plaintiff would be leaving work.

11.     On or about October 9, 2014, Stacy also placed two telephone calls to Plaintiff's place of employment and left two messages with Plaintiff's supervisor.

12.     Said messages stated that Stacy was attempting to collect the alleged debt from Plaintiff. Stacy also stated to Plaintiff's supervisor that if Plaintiff did not call her back, then she

was going to have Plaintiff arrested. Stacy also stated to Plaintiff's supervisor that somebody would be coming to Plaintiff's place of employment at 5:30 p.m. to arrest Plaintiff.

13.     As a result of said telephone calls which Defendant placed to Plaintiff's place of employment, Plaintiff received a verbal warning from his supervisor.

14.     The alleged debt that Stacey was attempting to collect was in regards to a payday loan that Plaintiff has paid off completely.

15.     In its attempts to collect the alleged debt as outlined above, Defendant damaged Plaintiff and violated the FDCPA.

16.     As a result of Defendant's actions as outlined above, Plaintiff has suffered and continues to suffer stress, aggravation, embarrassment, emotional distress and mental anguish.

### COUNT I

17.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

18.     Defendant violated 15 U.S.C. § 1692b(1) by identifying the name of the Defendant company while communicating with a person other than Plaintiff without having been expressly requested to do so.

WHEREFORE, Plaintiff prays for the following relief:

   a.     Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

   b.     Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c.     Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.     Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT II

19.    Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

20.    Defendant violated 15 U.S.C. § 1692b(2) by communicating with a person other than Plaintiff and stating to such person that Plaintiff owes an alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

    a.     Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

    b.     Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c.     Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.     Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT III

21.    Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

22.    Defendant violated 15 U.S.C. § 1692b(3) by communicating with a person other than Plaintiff more than once in connection with the collection of the alleged debt without a proper purpose.

WHEREFORE, Plaintiff prays for the following relief:

  a.  Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

  b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

  c.  Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

  d.  Any other legal and/or equitable relief as the Court deems appropriate.

### COUNT IV

23. Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

24. Defendant violated 15 U.S.C. § 1692c(b) by communicating with a person other than Plaintiff in connection with the collection of the alleged debt without a proper purpose.

WHEREFORE, Plaintiff prays for the following relief:

  a.  Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

  b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

  c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

  d. Any other legal and/or equitable relief as the Court deems appropriate.

**COUNT V**

25. Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

26. Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which was to harass, oppress and/or abuse Plaintiff in connection with the collection of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

  a. Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

  b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

  c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

  d. Any other legal and/or equitable relief as the Court deems appropriate.

**COUNT VI**

27. Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

28.     Defendant violated 15 U.S.C. § 1692e by using a false, deceptive and/or misleading representation or means in connection with the collection of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

      a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

      b.    Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

      c.    Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

      d.    Any other legal and/or equitable relief as the Court deems appropriate.

**COUNT VII**

29.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

30.     Defendant violated 15 U.S.C. § 1692e(4) by representing or implying that nonpayment of the alleged debt would result in the arrest or imprisonment of Plaintiff, where such action was unlawful and/or Defendant not intend to take such action.

WHEREFORE, Plaintiff prays for the following relief:

      a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.  Any other legal and/or equitable relief as the Court deems appropriate.

**COUNT VIII**

31.  Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

32.  Defendant violated 15 U.S.C. § 1692e(5) by threatening to take action that could not legally be taken and/or that was not intended to be taken.

WHEREFORE, Plaintiff prays for the following relief:

a.  Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.  Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT IX

33.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

34.     Defendant violated 15 U.S.C. § 1692e(7) by falsely representing or implying that Plaintiff committed a crime or other conduct in order to disgrace Plaintiff.

WHEREFORE, Plaintiff prays for the following relief:

  a. Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

  b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

  c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

  d. Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT X

35.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

36.     Defendant violated 15 U.S.C. § 1692e(10) by using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt and/or to obtain information about Plaintiff.

WHEREFORE, Plaintiff prays for the following relief:

a.   Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.   Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.   Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.   Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT XI

37.   Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

38.   Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

a.   Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.   Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.   Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.     Any other legal and/or equitable relief as the Court deems appropriate.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his FDCPA claims in this action.

RESPECTFULLY SUBMITTED,

MARTIN PAGE

By:    /s/ David B. Levin
         **Attorney for Plaintiff**

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
25 E. Washington Street
Suite 400
Chicago, IL 60602
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@uprightlaw.com

JUDGE ABRAMS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KLAJDI PLASARI,

## 15 CV 4415

        Plaintiff

    v.

STARK LAW,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No.:**

**COMPLAINT AND DEMAND FOR**
**JURY TRIAL**

**(Unlawful Debt Collection Practices)**

### COMPLAINT

    KLAJDI  PLASARI  ("Plaintiff"),  by  and  through  his  attorneys,  KIMMEL  &
SILVERMAN, P.C., alleges the following against STARK LAW ("Defendant"):

### INTRODUCTION

    1.    Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15
U.S.C. § 1692 *et seq.* ("FDCPA"), which prohibits debt collectors from unlawful debt collection
practices.

### JURISDICTION AND VENUE

    2.    Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states
that such actions may be brought and heard before "any appropriate United States district court
without regard to the amount in controversy," and 28 U.S.C. § 1331, which grants this court
original jurisdiction of all civil actions arising under the laws of the United States.

    3.    Defendants conduct business in the State of New York, and therefore, personal
jurisdiction is established.

    4.    Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

1

**Menjivar Att. CC**
**Page 21 of 54**

## PARTIES

5.      Plaintiff is a natural person residing in Bronx, New York 10468.

6.      Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

7.      Defendant is a corporation specializing in debt collection with its principal place of business located at 4 East Ogden Ave., STE 109, Westmont, Illinois 60559.

8.      Defendant is a "debt collector(s)" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     At all relevant times herein, Defendant was attempting to collect an alleged consumer debt.

11.     The alleged debt at issue arose out of transactions, which were primarily for personal, family, or household purposes as Plaintiff has no business debt.

12.     Beginning in or around March 2015, and continuing thereafter, Defendant's collectors placed harassing telephone calls to Plaintiff on his cellular telephone in its attempts to collect an alleged debt.

13.     Defendant's collectors' calls originated from telephone numbers, including but not limited to, (844) 525-0220.  The undersigned has confirmed that this number belongs to Defendant.

14.     Upon initial contact and several times thereafter, Plaintiff communicated with an individual by the name of "Mr. Drew Ball."

15.     Defendant's collector represented himself as an attorney to Plaintiff for the

purpose of intimidating Plaintiff and coercing payment.

16.     Plaintiff informed Defendant that he disputed the debt at issue, requested verification of the alleged debt from Defendant, and demanded all communication to the above referenced cellular number to cease.

17.     Defendant ignored Plaintiff's requests and called multiple times thereafter knowing full well its calls were unwanted.

18.     Furthermore, on occasion, Defendant threatened to pursue legal action against Plaintiff unless he discussed the alleged debt.

19.     Upon information and belief, Defendant had no intention of pursuing legal action against Plaintiff.

20.     Finally, Defendant failed after initial communication, to send Plaintiff within five (5) days a notice of his rights, including the right to dispute the debt, right to seek validation and/or the right to know the amount claimed from him as well as other details about the debt.

21.     Defendant's actions as described herein were taken with the intent to abuse, harass, and annoy in connection with the collection of a debt.

## COUNT I
## DEFENDANT VIOLATED § 1692d OF THE FDCPA

22.     A debt collector violates § 1692d by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

23.     Defendant violated § 1692d of the FDCPA when it repeatedly and continuously placed telephone calls to Plaintiff's cellular telephone, and when it continued to call after Plaintiff advised otherwise.

Menjivar Att. CC
Page 23 of 54

3

## COUNT II
## DEFENDANT VIOLATED § 1692d(5) OF THE FDCPA

24.     A debt collector violates § 1692d(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

25.     Defendant violated § 1692d(5) of the FDCPA when it repeatedly and continuously placed telephone calls to Plaintiff's cellular phone, and when it continued to call Plaintiff after being told not to call.

## COUNT III
## DEFENDANT VIOLATED §§ 1692e(3) OF THE FDCPA

26.     A debt collector violates § 1692e(3) by falsely representing or implying that any individual is an attorney or that any communication is from an attorney.

27.     Defendant violated § 1692e(3) of the FDCPA when its collector, "Mr. Drew Ball", represented himself as an attorney in collection conversations with Plaintiff, when upon information and belief, he was not an attorney.

## COUNT IV
## DEFENDANT VIOLATED § 1692e(5) OF THE FDCPA

28.     A debt collector violates § 1692e(5) by threatening to take any action that cannot legally be taken or that is not intended to be taken.

29.     Defendant violated § 1692e(5) when it threatened to take legal action against Plaintiff over the disputed debt, although it had no intent to take such action.

**Menjivar Att. CC**
**Page 24 of 54**

4

## COUNT V
### DEFENDANT VIOLATED §§ 1692e and 1692e(10) OF THE FDCPA

30.     A debt collector violates § 1692e by using any false, deceptive, or misleading representation or means in connection with the collection of any debt.

31.     A debt collector violates § 1692e(10) by using of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

32.     Defendant violated §§ 1692e and 1692e(10) of the FDCPA when it threatened to take legal action against Plaintiff over the disputed debt, although it had no intent to take such action, when its collector, "Mr. Drew Ball", represented himself as an attorney in collection conversations with Plaintiff, when upon information and belief, he was not an attorney, and when it repeatedly and continuously placed telephone calls to Plaintiff's cellular telephone, and when it continued to call after Plaintiff advised otherwise.


## COUNT VI
### DEFENDANT VIOLATED § 1692f OF THE FDCPA

33.     A debt collector violates § 1692f by using unfair or unconscionable means to collect or attempt to collect any debt.

34.     Defendant violated § 1692f of the FDCPA when it threatened to take legal action against Plaintiff over the disputed debt, although it had no intent to take such action, and when its collector, "Mr. Drew Ball", represented himself as an attorney in collection conversations with Plaintiff, when upon information and belief, he was not an attorney.

**Menjivar Att. CC**
**Page 25 of 54**

## COUNT VII
### DEFENDANTS VIOLATED § 1692g(a) OF THE FDCPA

35.    A debt collector violates § 1692g(a) if within five days after the initial communication with a consumer, the debt collector fails to send the consumer a written notice containing (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

36.    Defendant violated § 1692g(a) by failing to send written notification, within five (5) days after its initial communication with Plaintiff, advising her of her rights to dispute the debt or request verification of the debt.


WHEREFORE, Plaintiff, KLAJDI PLASARI, respectfully prays for a judgment as follows:

    a.   All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

    b.   Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

**Menjivar Att. CC
Page 26 of 54**

PLAINTIFF'S COMPLAINT

c.  All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

d.  Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, KLAJDI PLASARI, demands a jury trial in this case.

Respectfully submitted,

DATED: June 5, 2015

By: _____
Craig Thor Kimmel
Attorney ID # 2790038
Attorney for Plaintiff
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax:  (877) 617-2515
Email: kimmel@creditlaw.com

**Menjivar Att. CC**
**Page 27 of 54**

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER RYMER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-07061 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | Magistrate Judge Valdez |
| CHM CAPITAL GROUP, LLC., d/b/a | ) | |
| CAPITAL HARRIS MILLER & | ) | |
| ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF PLAINTIFF

Plaintiff, JENNIFER RYMER, deposes and states as follows:

1. I am over the age of eighteen (18) and I am competent to testify at a hearing should I be so required.

2. I have personal knowledge of the facts contained within this affidavit.

3. If requested to do so, I would testify in accordance with the facts contained within this affidavit.

4. On or about July 23, 2013, CHM Capital Group, LLC., d/b/a Capital Harris Miller & Associates ("CHM"), called my work and spoke to my boss. In this conversation CHM told my boss that I owed a debt, and that a representative of CHM would come to my work and serve me with papers if I failed to pay the debt. I was mortified that this situation occurred. I am a teacher and work with four year old children, and the fact that my boss would have to come down to my classroom and speak to me in front of the children was embarrassing. With CHM contacting my boss at work, I was worried my boss would think I was not responsible and would start to have a negative opinion of me and my work capabilities. We have a secured center at work and no one can get in without permission and the thought of someone coming to serve me would make the situation worse. I would have to be called to the front to greet the process server. I was worried that my job could be in jeopardy if my boss took the situation in the wrong manner. My boss informed me of the conversation with CHM and told me to handle it. At work I was nervous and on edge that CHM would call my boss and I could lose my job. My performance was affected at work, every time the telephone in the classroom would ring I was paranoid it was my boss or CHM. I was not as attentive to my four year olds and I felt that my patience was very thin,

1

things that would normally not bother me with the children were bothering me a great deal and I felt that I snapped at them frequently. I thought if my students complained to their parents or my boss noticed my behavior she would fire me. It also made me sad to not be giving my students 100% of my attention and I felt like I was cheating them given my emotional stress and not giving them what they deserved and needed. The constant worrying about losing my job was having a huge toll on my work life. I was concerned if I could not get CHM to stop contacting me that my boss would fire me.

5.     I did not consent to CHM contacting third parties. On or about July 23, 2013, I called CHM. This was my initial communication with CHM.   CHM informed me that it had contacted me in regards to an alleged payday loan I had previously obtained. CMH did not disclose that it was a debt collector and that any information obtained during the communication will be used for the purpose of collecting a debt.

6.     During the telephone call between me and CHM, I was informed that I owed $550 relative to the debt plus a $200 "locating fee". CHM told me it was willing to waive the "locating fee" if I paid the debt immediately. CHM also told me that I would be "served with papers" if I did not pay the debt. This seemed outrageous I could be charged an extra fee that was almost half of the debt. My ex-husband took out the loan online and I had nothing to do with it and that made the situation even more frustrating. CHM did not care that it was not my debt. The representative informed me if I did not pay the debt, it would be reported on my credit report as a felony and that would prevent me from getting a job in the future. Even though I did not owe the debt I felt I had no choice but to make a payment. I could not afford to lose my job or have them report the debt on my credit. I was afraid if I did lose my current job, and had a felony reported on my credit report, I would not be able to find another job.

7.     CHM made me feel like if I did not pay the debt I would have a lawsuit filed against me and be served. I felt I had no choice but to enter into a payment arrangement with CHM.   The representative made entering into a payment agreement seem to be the only way to avoid getting served at work or to not have them list the debt as a felony on my credit report.

8.     The terms of the payment arrangement, was that I was required to pay an initial payment of $50 to CHM relative to the debt. On July 26, 2013, I was required to pay $87.50 to CHM relative to the debt. I was then required to pay $137.50 to CMH every two weeks until the debt was paid in full.   To make the initial $50 payment I provided CHM with the account information of my pre-paid credit card.  On or about July 23, 2013, after the conversation, CHM withdrew $50 from my prepaid credit card.

9.     On or about July 25, 2013, I called CHM and requested that it provide me with documentation relative to the debt. I was so upset with the other conversation I

**Menjivar Att. CC**
**Page 30 of 54**

did not think to ask for proof at that time. I informed CHM that I would not pay the $87.50 payment until I received documentation that proved I owed the debt. In response, CHM told me that if I failed to make the payment, it was going to sue me for "fraud". CHM then stated: "Good luck getting a job with a 'fraud charge' on your record." I asked to speak to a supervisor and the representative told me that I could not and I had to speak to her and no one else. Since I could not get anyone else and was worried about losing my current job I felt forced into making the payment plan. My personal life was being affected by the debt as well. I was up at night stressed and trying to do research online to figure out my options and I also had trouble sleeping. The stress was causing me to eat less. My husband noticed my behavior and was concerned and it was causing a strain on our relationship as I was not in a happy mood and was curt with him. I felt ashamed that if I lost my current job we could lose our home and I would not be able to find a new job with a felony or fraud charges listed on my credit report. Then we would only have my husband's income to financially support us and that would make it harder to get a mortgage for a new home and I would have put that pressure on him. The whole situation was distressing, as it was not even a debt I owed. However I could not take the chance that CHM could cost me my job and wreck my life, so I had to agree to their payment plan.

10.  CHM has not provided to me, within five (5) days of its initial communication to collect the alleged debt, with written confirmation of the amount of the debt, the name of the creditor to whom the debt is allegedly owed or a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector.

11.  In accordance with 28 U.S.C. 1746, the undersigned certifies under penalty of perjury that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that she verily believes the same to be true.


Signed:    _JENNIFER RYMER_

Dated:     _1-16-13_

3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Vanessa Smith, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Stark Law, LLC<br>c/o National Registered Agents, Inc.<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 | |
| Defendant. | **Jury Demand Requested** |

### JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

### PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

5- Defendant is a corporation with its principal place of business in the State of Illinois.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

**Menjivar Att. CC**
**Page 32 of 54**

## FACTS COMMON TO ALL COUNTS

9- On or around December 10, 2012, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

10- Despite the bankruptcy filing, on or around May 18, 2015, Defendant telephoned Plaintiff to collect the Debt.

11- At the time of this communication, Defendant knew, or should have known, that the Debt was included in an active bankruptcy.

12- Despite being notified of the bankruptcy, Defendant false represented that, unless Plaintiff telephoned Defendant by the end of the business day, Defendant would proceed with a court filing against Plaintiff.

13- Upon information and belief, Defendant does not maintain procedures reasonably adapted to identify consumers that filed bankruptcy or it would have discovered Plaintiff's bankruptcy filing.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e(2) by sending Plaintiff a collection letter that sought to collect a debt that Defendant knew, or should have known, was included in Plaintiff's bankruptcy, thereby misrepresenting the legal status of the debt

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

**Menjivar Att. CC**
**Page 33 of 54**

19- Defendant violated 15 USC § 1692e(10) by falsely representing to Plaintiff that it could

collect a debt that Defendant knew, or should have known, was included in Plaintiff's

bankruptcy.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692f by unfairly and unconscionably trying to collect a

debt that Defendant knew, or should have known, was included in Plaintiff's bankruptcy.

## COUNT IV

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692c(a)(2) by communicating with a consumer after

Defendant knew, or should have known, that Plaintiff was represented by an attorney

regarding the debt.

## JURY DEMAND

24- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25- Plaintiff prays for the following relief:

    a.  Judgment against Defendant for Plaintiff's actual damages, as determined at

        trial, suffered as a direct and proximate result Defendant's violations of the

        Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's

        violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C.

        §1692k(a)(2)(A);

**Menjivar Att. CC**
**Page 34 of 54**

    c.   Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.   Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TINA HORTON THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. _____** |
| ) | |
| **vs.** ) | |
| ) | |
| **CHM CAPITAL GROUP, LLC;** ) | |
| **HKM FUNDING, LTD;** ) | |
| **ASHTON ASSET MANAGEMENT, INC.** ) | |
| **MOHINDRA HIRSH; and** ) | |
| **DOE 1-5,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |

**COMPLAINT**
**(Jury Trial Demanded)**

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C.

1692 et seq. ("FDCPA").


**JURISDICTION AND VENUE**

2.      This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331.

This District is of proper venue as Defendant is a resident within this District and Defendant

engaged in the activity alleged herein while so residing.

## PARTIES

3.      Plaintiff TINA HORTON THOMAS (hereinafter "Ms. Thomas" or "Plaintiff") is

a natural person residing in Coushatta, Louisiana.  CHM CAPITAL GROUP, LLC is a limited

liability company with a principle place of business at 500 Quail Ridge Dr. in Westmont, IL.

HKM FUNDING, LTD is a limited company believed to maintain its principle place of business

at 500 Quail Ridge Dr. in Westmont, IL.  ASHTON ASSET MANAGEMENT, INC. is a

corporation with a principle place of business at 500 Quail Ridge Dr. in Westmont, IL.  CHM

CAPITAL GROUP, LLC and HKM FUNDING, LTD are believed to be subsidiaries of

ASHTON ASSET MANAGEMENT, INC.  MOHINDRA HIRSH is the President, owner, and

operator of CHM CAPITAL GROUP, LLC, HKM FUNDING, LTD, and ASHTON ASSET

MANAGEMENT, INC., a debt collector, and responsible for the policies and procedures of the

company, including those giving rise to Plaintiff's causes of action herein.  Plaintiff is ignorant

of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues

these defendants by such fictitious names.  Plaintiff will amend this Complaint to allege the true

names and capacities once ascertained.  Plaintiff believes and thereon alleges that the fictitiously

named defendants are responsible in some manner for the occurrences herein alleged, and that

such defendants are responsible to Plaintiff for damages and/or monies owed.  CHM CAPITAL

GROUP, LLC, HKM FUNDING, LTD, ASHTON ASSET MANAGEMENT, INC.,

MOHINDRA HIRSH, and DOE 1-5 shall jointly be referred to as "Defendants").

4.      Defendants regularly operate as third-party debt collectors and are "debt

collectors" as defined in 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

**Menjivar Att. CC
Page 37 of 54**

5.      Mohindra Hirsh owns and operates CHM Capital Group, LLC, HKM Funding, Ltd., and Ashton Asset Management, Inc., which purchase consumer debt for the purposes of attempting to collect on such debt. Hirsh, through his companies, which share the same address and telephone numbers, attempted to collect a consumer debt allegedly owed by Ms. Thomas.

6.      On August 11, 2014, Defendants began contacting Ms. Thomas and her family by telephone in an attempt to collect on a consumer debt she allegedly owed.

7.      On August 11, 2014, Defendants called Ms. Thomas at her place of employment. Defendants advised Ms. Thomas that they had documents to serve her with and that she needed to call Defendants, for which a toll-free number was provided. Defendants did not identify themselves by name or disclose that they are debt collectors, but provided a telephone number belonging to CHM Capital Group, LLC, HKM Funding, Ltd., and Ashton Asset Management, Inc. Ms. Thomas called the number provided and spoke with Defendants. Defendants claimed that Ms. Thomas owed a debt to a particular creditor, but refused to provide her with any further documentation to support the alleged debt. Absent payment, Defendants threatened to serve Ms. Thomas with "documents."

8.      On August 11, 2014, approximately one hour after speaking with Ms. Thomas, Defendants called Ms. Thomas's mother's home and spoke with her brother. Defendants advised Ms. Thomas's brother that they had a claim against Ms. Thomas that she needed to handle or else she would be going to jail. Ms. Thomas's brother immediately informed Ms. Thomas and she called Defendants again. Defendants claimed that they had someone on their way to her place of employment with the police in order to serve her with documents. Ms. Thomas told them to go ahead and come. Defendants never appeared.

**Menjivar Att. CC**
**Page 38 of 54**

9.     At no time did Defendant provide Ms. Thomas with the debt validation information or notice of right to dispute debt as required pursuant to 15 U.S.C. 1692g(a).

10.     At no time did Ms. Thomas provide Defendants with authorization to communicate in connection with the collection of a debt with any third party.

11.     Gravely concerned with the threats to serve her at her place of employment and threats of arrest, Ms. Thomas retained counsel with Centennial Law Offices.  Ms. Thomas's counsel contacted defendants and searched public records for any pending actions against Ms. Thomas.  No litigation was found against Ms. Thomas for which she could have possibly been served with any documents or subject to arrest.

12.     Due to Defendants' activities as alleged herein, particularly the threats serve her at her place of employment and have her arrested, Ms. Thomas suffered emotional distress marked by anxiety, fear, and nausea.

13.     As a direct result of the collection activity herein alleged, Ms. Thomas has incurred legal fees of $2,555.00.

## CAUSES OF ACTION

### COUNT I

14.     Plaintiff re-alleges paragraphs 1 through 13, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants violated 15 U.S.C. 1692d(6), and 1692e(11) by failing to disclose to Plaintiff that they were debt collectors calling from a collection company in an attempt to collect a debt, and that any information obtained would be used for that purpose.

### COUNT II

15.     Plaintiff re-alleges paragraphs 1 through 13, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants violated 15 U.S.C. 1692c(b) by communicating, without Plaintiff's consent, in connection with the collection of a debt with persons other than Plaintiff.

### COUNT III

16.     Plaintiff re-alleges paragraphs 1 through 13, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692g with regards to Plaintiff by failing to send Plaintiff the requisite debt validation information within 5-days of Defendant's initial communication with Plaintiff.

### COUNT IV

17.     Plaintiff re-alleges paragraphs 1 through 13, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d and 1692e, particularly subsections 1692e(4), 1692e(5), and 1692e(10), with regards to Plaintiff by misrepresented and threatening Plaintiff to have her served with documents and arrested.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays judgment against Defendants for recovery as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For $2,555.00 in legal costs incurred in responding to unlawful collection activity.

3.) For actual damages of $3,500 for emotional distress.

4.) For prejudgment interest in an amount to be proved at time of trial;

5.) For attorney's fees pursuant to 15 U.S.C. 1692(k)

6.) For the costs of this lawsuit; and

7.) For any other and further relief that the court considers proper.

## JURY DEMAND

      Plaintiff demands a jury trial.

Date:  August 11, 2015               s/Robert Amador

                                        Robert Amador, Esq.
                                        Attorney for Plaintiff Tina Horton Thomas
                                        Centennial Law Offices
                                        9452 Telephone Rd. 156
                                        Ventura, CA. 93004
                                        (888)308-1119 ext. 11
                                        (888) 535-8267 fax
                                        R.Amador@centenniallawoffices.com

Case: 1:12-cv-00103 Document #: 1 Filed: 01/06/12 Page 1 of 5 PageID #:1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Melissa Torres, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| CHM Capital Group, LLC<br>c/o Ian L. Erdos<br>4730 N. Leamington Ave.<br>Chicago, IL 60630, | **Jury Demand Requested** |
| Defendant. | |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of the Illinois.

5- Defendant is a corporation with its principal office in the State of Illinois.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

**Menjivar Att. CC**
**Page 42 of 54**

1

## FACTS COMMON TO ALL COUNTS

9- In or around November 2011, Defendant communicated with Plaintiff to collect the Debt.

10- During this communication, Plaintiff notified Defendant that Plaintiff retained an attorney to file for bankruptcy, and attempted to provide the attorney's contact information to Defendant but Defendant refused to take it.

11- Despite having notice of Plaintiff's representation, Defendant telephoned Plaintiff about the Debt several more times.

12- During several of these communications, Defendant represented that is was associated with law enforcement.

13- During several of these communications, Defendant represented itself as a law firm.

14- During several of these communications, Defendant threatened to have Plaintiff arrested if the Debt was not paid.

15- During several of these communications, Defendant falsely represented that Plaintiff could go to jail for not paying the Debt.

16- On or around November 21, 2011, Defendant telephoned Plaintiff's place of employment and spoke to one of Plaintiff's co-workers ("Co-Worker").

17- During this communication, Defendant disclosed the existence, nature, and/or amount of the Debt to Co-Worker.

18- During this communication, Defendant told Co-Worker that it was calling about charges that were filed against Plaintiff for the Debt.

19- During this communication, Defendant provided Co-Worker with a case number that implied legal action had been filed against Plaintiff.

2

Case: 1:12-cv-00103 Document #: 1 Filed: 01/06/12 Page 3 of 5 PageID #:3

20- Defendant damaged Plaintiff.

21- Defendant violated the FDCPA.

## COUNT I

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC §1692c(a)(2) by communicating with a consumer after having notice that the consumer was represented by an attorney.

## COUNT II

24- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the Debt.

## COUNT III

26- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

27- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant cannot legally take.

## COUNT IV

28- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

29- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant did not intend to take.

## COUNT V

30- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

31- Defendant violated 15 USC § 1692e(7) by implying that Plaintiff committed a crime for not paying back the debt.

**Menjivar Att. CC**
**Page 44 of 54**

## COUNT VI

32- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

33- Defendant violated 15 USC § 1692e(3) by implying that Defendant was an attorney.

## COUNT VII

34- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

35- Defendant violated 15 USC § 1692e(4) by falsely representing that Plaintiff could be
arrested for failing to pay the Debt.

## COUNT VIII

36- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

37- Defendant violated 15 USC § 1692b(1) by disclosing Defendant's identity to a person
other than Plaintiff.

## COUNT IX

38- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

39- Defendant violated 15 USC § 1692b(a) by disclosing the existence, nature, and/or amount
of the Debt to a person other than Plaintiff.

## COUNT X

40- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

41- Defendant violated 15 USC § 1692e(10) by using false representations and/or deceptive
means to collect, or attempt to collect, the Debt.

## COUNT XI

42- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

43- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to
collect, or attempt to collect, the Debt.

**Menjivar Att. CC**
**Page 45 of 54**

Case: 1:12-cv-00103 Document #: 1  Filed: 01/06/12 Page 5 of 5 PageID #:5

## COUNT XII

44- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

45- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading

   methods to collect a debt.

## JURY DEMAND

46- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

47- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at

       trial, suffered as a direct and proximate result Defendant's violations of the

       Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's

       violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C.

       §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs

       incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

    d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 709
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiff*

**Menjivar Att. CC**
**Page 46 of 54**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE VERDICO, | ) | |
| | ) | Case No.   1:15-cv-00319 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| CHM CAPITAL GROUP, LLC d/b/a CAPITAL | ) | |
| HARRIS MILLER & ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |
| | ) | |

Now comes the Plaintiff, NICOLE VERDICO, by and through her attorneys, and for her Complaint against the Defendant, CHM CAPITAL GROUP, LLC d/b/a CAPITAL HARRIS MILLER & ASSOCIATES, Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1.      This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 1367, and 15 U.S.C. § 1692k(d).  This jurisdiction includes supplemental jurisdiction with respect to pendent state law claims.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events and omissions giving rise to this claim occurred in this District.

## PARTIES

4.      Plaintiff is an individual who was at all relevant times residing in Oak Park, Illinois.

5.      Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as she is a natural person allegedly obligated to pay a debt.

6.      At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

7.      The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

8.      On information and belief, Defendant is a limited liability company of the State of Illinois, which has its principal place of business in Westmont, Illinois.

## FACTS COMMON TO ALL COUNTS

9.      During or about November of 2014, Defendant placed an automated telephone call to Plaintiff, in an attempt to collect the alleged debt. The automated telephone call stated that Defendant was "confirming that your payment will be processed on Thursday," and asked Plaintiff to call the telephone number (844) 207-1449.

10.     Plaintiff subsequently called the telephone number (844) 207-1449 and spoke to an employee, agent and/or representative of Defendant. During said communication, Plaintiff informed the employee, agent and/or representative of Defendant that she was represented by a law firm with respect to the alleged debt and provided her attorneys' contact information. The

employee, agent and/or representative of Defendant subsequently stated to Plaintiff, that since she has not appeared before a judge, she is still liable for payment of the alleged debt. Defendant's employee, agent and/or representative also would not disclose the identity of the debt collector on whose behalf he/she was contacting Plaintiff.

11.    Despite having received notice of Plaintiff's attorney representation, on or about November 24, November 28 and December 1, 2014, Defendant placed automated telephone calls to Plaintiff in further attempts to collect the alleged debt.

12.    In its attempts to collect the alleged debt as outlined above, Defendant damaged Plaintiff and violated the FDCPA.

13.    As a result of Defendant's actions as outlined above, Plaintiff has suffered and continues to suffer stress, aggravation, emotional distress and mental anguish.

## COUNT I

14.    Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

15.    Defendant violated 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after Defendant had been advised that Plaintiff was represented by an attorney with respect to the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

      a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.     Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.     Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.     Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT II

16.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

17.     Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which was to harass, oppress and/or abuse Plaintiff in connection with the collection of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

a.     Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.     Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.     Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.     Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT III

18.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

19.     Defendant violated 15 U.S.C. § 1692d(6) by placing telephone calls to Plaintiff without meaningful disclosure of the caller's identity.

WHEREFORE, Plaintiff prays for the following relief:

    a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

    b.    Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c.    Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.    Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT IV

20.     Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

21.     Defendant violated 15 U.S.C. § 1692e by using a false, deceptive and/or misleading representation or means in connection with the collection of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

    a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

    b.    Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c.    Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.    Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT V

22.    Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

23.    Defendant violated 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount and/or legal status of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

    a.    Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

    b.    Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.  Any other legal and/or equitable relief as the Court deems appropriate.

## COUNT VI

24.  Plaintiff incorporates all of the allegations and statements made above as if reiterated herein.

25.  Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

a.  Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

b.  Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.  Any other legal and/or equitable relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of her FDCPA claims in this action.

RESPECTFULLY SUBMITTED,

NICOLE VERDICO

By:    /s/ David B. Levin
         Attorney for Plaintiff

David B. Levin
Attorney No. 6212141
Attorney for Plaintiff
Upright Litigation LLC
79 W. Monroe Street
5th Floor
Chicago, IL 60603
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@uprightlaw.com

# Attachment DD



🖨 PRINT

## 🔑 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 45962141 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | No |
| **Comments:** | Upon answering call, Respondent refused to identify herself and demanded I contact another number with an assigned case number (95...) for further instructions regarding "charges". She said someone was en route to serve me papers unless I stop it by calling this number: 888-835-0486. I called and a man (Bryan Logan) said I must remit payment ASAP and set up a payment schedule to avoid charges. Any missed payments, case will be restored and pending legal action against me will ensue. I never received any documents in the mail alleging "charges" which is the first legal step in a civil suit, and no one served me with court papers. This harassing phone call was a full mental and emotional attack upon my well-being that I quickly made payment arrangements to avoid the embarrassment. I was greatly disturbed at my place of employment with the threat of arrest that I had to stop work for an hour. As a result, I was reprimanded by my superiors - No personal or business calls allowed. I am now in the process of pursuing legal action against the respondent via my Unions legal dept (District Council 37) as I just learned these tactics to collect a debt are illegal. I was also unaware that NYS Governor Cuomo and the NYS Dept of Financial Svc enacted a new law (Feb, 2013) prohibiting debt collectors from collecting arrears from payday loan borrowers because such loans are illegal in New York as a result of the States 25 Interest rate cap. Respondent is in direct violation of this law and I was unaware of the illegality of payday loans in NYS, otherwise I would have never borrowed from them. I also will file a claim against respondent for harassment and forcing me under duress to agree to an illegal payment plan by using criminal lingo rather than Civil as this is a Civil matter. This debt was incurred due to being victimized by Hurricane Sandy and the NorEaster that affected NYC. I would appreciate your direct intervention in this matter so other consumers in a similar position as I am in will not fall prey to these insensitive and illegal tactics. Debt collectors must bare responsibility for causing undo emotional and mental anguish (Pain and suffering) in their attempts to collect a debt. Thank you very much for your attention and assistance. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 5/28/2013 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | $1,520.00 | **Amount Paid:** | $390.00 |
| **Payment Method:** | Bank Account Debit | **Agency Contact:** | Internet |
| **Complaint Date:** | 5/28/2013 | **Transaction Date:** | 4/28/2013 |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | Fair Debt Collection Practices Act | **Law Violation:** | Calls Debtor at Work Knowing Debtor Can't Take Calls<br>Falsely Threatens Suit\Illegal or Unintended Act<br>Falsely Threatens Arrest, Seizure of Property<br>Fails to Send Written Notice of Debt to Debtor<br>Fails to Identify Self as Debt Collector<br>Calls any person repeatedly or continuously |

**Menjivar Att. DD**
**Page 1 of 61**

| | | | |
|---|---|---|---|
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |

| **Consumer Information** |
|---|

**Consumer**

| | | | |
|---|---|---|---|
| **Complaining Company/Org:** | | | |
| **First Name:** | P███████ | **Last Name:** | F██████ |
| **Address 1:** | ████████ | **Address 2:** | |
| **City:** | Brooklyn | **State:** | New York |
| **Zip:** | ████ | **Country:** | UNITED STATES |
| **Home Number:** | 212-███ | **Cell Number:** | |
| **Work Number:** | 718-███ | **Ext:** | ███ |
| **Fax Number:** | | | |
| **Email:** | ████████@gmail.com | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |

| **Subject** |
|---|

| | | | |
|---|---|---|---|
| **Subject:** | Chm Capital Group A.d.b.a Chm | | |
| **Address:** | 2224 W. Touhy  Unit 1E | | |
| **City:** | Bolingbrook | **State/Prov:** | Illinois |
| **ZIP:** | 60630 | **Country:** | United States |
| **Email:** | info@chmcapital.co | **URL:** | http://charleshuntermiller.com/Contact.html |
| **Area Code:** | 877 | **Phone Number:** | 5765441 |
| **Ext:** | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | Bryan Logan | **Title:** | Don't Know |

| **Associated Subjects** |
|---|

| | | | |
|---|---|---|---|
| **Company:** | Chmprofessional Services Lawyers | | |
| **Company Type:** | Other | | |
| **Address:** | 500 W. Madison Street | | |
| **City:** | Chicago | **State/Prov:** | Illinois |
| **ZIP:** | 60661 | **Country:** | United States |
| **Email:** | | **URL:** | http://charleshuntermiller.com/Contact.html |
| **Area Code:** | 312 | **Phone Number:** | 3729592 |
| **Ext:** | | | |
| **Company:** | Hirsh Mohindra | | |
| **Company Type:** | Other | | |
| **Address:** | 123 Ashton Drive | | |
| **City:** | Burr Ridge | **State/Prov:** | Illinois |
| **ZIP:** | 60527 | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 312 | **Phone Number:** | 6706788 |
| **Ext:** | | | |

**Menjivar Att. DD**
**Page 2 of 61**



Produced by the Federal Trade Commission





🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 59483682 | **Originator Reference Number:** | 141125-001623 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | No |
| **Comments:** | CFPB Sub product: Payday loan --- CFPB Issue Type: Cont'd attempts collect debt not owed \| Debt is not mine --- What Happened: Someone from Capital Harris Miller & Associates called my house today looking to speak to me about a loan that they are saying I took out from Online PayDay Loans in the amount of $580.00 from April of 2012. I have never taken out this loan. And they are telling me that a private locator is trying to locate me to summon me to go to court. I have asked for proof of this matter and they told me that documents have been sent out to me but I never received any documents. I asked them to send me proof again and they decline to do so. They told me in order to settle this matter without going to court I should pay them the full amount of $580.00. I have looked up this company online and there are complaints against them for the same type or similiar incidents from others. --- Have contacted: CC Issuer --- Fair Resolution: They need to stop harrasing me for a loan I never took out. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | CFPB-USER | **Entry Date:** | 11/25/2014 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Consumer Financial Protection Bureau | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 11/25/2014 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | C███████ | **Last Name:** | C██████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | PINE BEACH | **State:** | New Jersey |

| | | | |
|---|---|---|---|
| Zip: | ███ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ███ @aol.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Capital Harris Miller & Associates | | |
| Address: | | | |
| City: | Chicago | State/Prov: | Illinois |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 2122777 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

## Record # 2 / Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| Reference Number: | 57554282 | Originator Reference Number: | 141031-000478 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: I do not know --- CFPB Issue Type: Taking/threatening an illegal action \| Threatened arrest/jail if do not pay --- What Happened: The Company identified itself as Capital Harris Miller & Associates. My research indicates that they are located at 215 Remington Blvd., Ste. E, Bolingbrook, Illinois. First a "locator" called me and said that charges had been filed against me, and that she was going to serve me at my workplace in 30 minutes if I did not call 844-207-1447, give claim # A164186. The "locator" identified herself as Chanelle Morgan, she was aggressive and said ended the call with "You have been OFFICIALLY notified!!!" She then called the director of human resources a half hour later, the receptionist in my office a half hour after that, and then at 5:45 pm left a message on the phone of a person in our IT department. When I called the 844 number, the woman I talked to said that I owed money to a creditor named "Gateway" and I do not. I told her to send me validation of the debt in writing, and she said she wasn't going to send me anything. I told her I knew she was a scammer, and I am an attorney, and she said, "Fine, you can represent in court against the charges." They absolutely implied there would be criminal charges against me for fraud. They are the ones committing fraud. The calls to other people in my workplace were designed to pressure me into calling and making payment. --- Fair Resolution: These people are criminals. They are scammers. They are committing fraud. They need to be prosecuted. My desired resolution of my case is that the cease and desist contacting me at all, and cease and desist contacting others at my workplace, which is the City of Ames, Iowa. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 11/10/2014 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 11/10/2014 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |

### Consumer Information

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | M | Last Name: | L |
| Address 1: | | Address 2: | |
| City: | POLK CITY | State: | Iowa |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 515 | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |

**Menjivar Att. DD
Page 6 of 61**

| Email: | ▮▮▮▮▮ | Age Range: | ▮▮▮▮ |
|---|---|---|---|
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| Subject: | Capital Harris Miller & Associates | | |
| Address: | 215 Remington Blvd., Ste. E, Bolingbrook | | |
| City: | Bolingbrook | State/Prov: | Illinois |
| ZIP: | 60440-3661 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 2071447 |
| Ext: | | Subject ID Type: | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | | Title: | |

| Record # 3 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 57239878 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | Yes |
| Comments: | I got a call from a "locator" telling me I have a case against me and a case number. Told me to call the law firm handing the pre-litigation (844-207-1447) . The law firm name is called Capital Harris Miller & Associates. They threaten that they will serve me papers containing criminal charges if I don't call and pay them with a credit card. They have also called my employer several times, left threatening messages on my work phone. I called the number back now the number is not in service. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 10/31/2014 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $730.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 10/31/2014 | Transaction Date: | 10/30/2014 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Other |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: DNC: Ignoring Your Prior Request to that Specific Entity TSR: Caller ID information not transmitted |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | L | Last Name: | M |
| Address 1: | | Address 2: | |
| City: | Manson | State: | North Carolina |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 252- | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | Capital Harris Miller & Associates | | |
| Address: | 500 Quail Ridge Suite 800 | | |
| City: | Oakbrook | State/Prov: | Illinois |



| | | | |
|---|---|---|---|
| ZIP: | 60523 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 2071447 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Menjivar Att. DD**
**Page 9 of 61**

| Record # 4 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 57050814 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | Capital Harris Miller & Associates (litigation firm) had a "locater" call my father, how they obtained his phone number I have no idea, and told him that I have an outstanding debt for a payday loan through Vandalier Group LLC and to consider me served and hung up on him. I have never heard of that business before, ever. I proceeded to call the number that my dad had received and asked them what this was about. And they said it was in regards to a payday loan I had accepted in 2011. I never agreed to a payday loan from Vandalier Group LLC. They said that my bank account, which had been closed for quite some time now, could not process the payments for this "loan". They gave me an adress on their company, which when googled, comes up as a vacant building. A Sandra Howlett said that if I did not make payments or agree to pay in full I would be served at work and taken to court for "failure to pay," and receive a felony charge. She said that if I can make a payment today they would remove the $200.00 locater fee. I am 100% certain I did not accept a payday loan from this Vandalier Group LLC and am quite concerned about how they have so much information on me. I researched the company after I got off the phone and cannot find a legitimate website for this company. I have only found blogs about this company being a scam. They couldn't produce the documents for this loan and only sent me a payment schedule, with a different address on the header of this email. I'm not sure what to do from here, they know where I work and live and have my family member's phone number. Im quite scared. If you could give me some advice about to go about this I would greatly appreciate it. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 10/23/2014 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $350.00 | Amount Paid: | $92.00 |
| Payment Method: | Credit Card | Agency Contact: | Internet |
| Complaint Date: | 10/23/2014 | Transaction Date: | 10/22/2014 |
| Initial Contact: | | Initial Response: | Phone: 800/888 number |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | R█ | Last Name: | C█ |
| Address 1: | █████ | Address 2: | |
| City: | Springfield | State: | Illinois |
| Zip: | █████ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | 217█████ |
| Work Number: | | Ext: | |
| Fax Number: | | | |

| | | | |
|---|---|---|---|
| **Email:** | ███████ @yahoo.com | **Age Range:** | ███ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Capital Harris Miller & Associates | | |
| **Address:** | 500 N Michigan Avenue | | |
| **City:** | Chicago | **State/Prov:** | Illinois |
| **ZIP:** | 60521 | **Country:** | United States |
| **Email:** | info@capitalharrismiller.com | **URL:** | |
| **Area Code:** | 866 | **Phone Number:** | 8103582 |
| **Ext:** | 333 | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | Sandra Howlett | **Title:** | Processing Department Rep |

| Record # 5 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 57030561 | Originator Reference Number: | 140828-001266 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: Payday loan --- CFPB Issue Type: Taking/threatening an illegal action | Threatened arrest/jail if do not pay --- What Happened: This company contacted my mother, father and sister and made threatening comments to each one of them that if I didn't pay a debt that I know nothing about that they would serve me papers if I didn't pay today. I told them that I would be contacting and attorney and to stop calling and they said they would not stop calling. They were very threatening to myself and to my family. They would also not give me their information over the phone and refused to send me something in writing. --- Have contacted: CC Issuer --- Fair Resolution: For them to stop calling and for their company to be shut down. They are using illegal practices and threatening tactics to scam people out of money. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 10/18/2014 |
| Updated By: | CFPB-USER | Updated Date: | 1/7/2015 |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 1/7/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | Yes | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | C███████ | Last Name: | H██████ |
| Address 1: | █████████ | Address 2: | |
| City: | MILTON | State: | Florida |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 850-██████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | █████@gmail.com | Age Range: | ██████ |
| Military Service Branch: | U.S. Coast Guard | Soldier Status: | Military Retiree/Veteran |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | Capital Harris Miller Associates | | |
| Address: | 215 Remmington Blvd. Ste E | | |



| | | | | |
|---|---|---|---|---|
| City: | Bolingbrook | State/Prov: | Illinois | |
| ZIP: | 60440 | Country: | United States | |
| Email: | | URL: | | |
| Area Code: | 888 | Phone Number: | 9596778 | |
| Ext: | | Subject ID Type: | | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | | |
| Representative Name: | | Title: | | |

| Record # 6 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 54521355 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | Yes |
| **Comments:** | Iesha Bell called my workplace today threatening to come to my job and serve me with legal documents about a payday loan they claimed I received in 2012. I have never to my recollection received a loan from the company. She spoke to my employer and was told not to call my job anymore. Ms. Iesha continued calling making more threats about coming to my job. Ms. Iesha said she was an independent field locator for Capital Harris and Miller Associates. I asked why they couldn't send the documents to my address and I got no reply back. The is not the first time that I have received harassing calls at my work and private number. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 7/1/2014 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Mobile Complaint Assistant | **Product Service Code:** | Telemarketing, Other |
| **Amount Requested:** | | **Amount Paid:** | $0.00 |
| **Payment Method:** | Other Payment Method (Note in Comments) | **Agency Contact:** | Mobile |
| **Complaint Date:** | 7/1/2014 | **Transaction Date:** | 7/1/2014 |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | |
| **Statute/Rule:** | Telemarketing Sales Rule | **Law Violation:** | TSR: Unauthorized billing TSR: DNC: Ignoring Your Prior Request to that Specific Entity |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | S | **Last Name:** | J |
| **Address 1:** | | **Address 2:** | |
| **City:** | Quincy | **State:** | Florida |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | 850- | **Cell Number:** | |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | | |
| **Email:** | @yahoo.com | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Capital Harris Miller Associates | | |
| **Address:** | 215 Remington Blvd Ste E | | |

| | | | |
|---|---|---|---|
| City: | Bolingbrook | State/Prov: | Illinois |
| ZIP: | 60440 | Country: | United States |
| Email: | | URL: | |
| Area Code: | | Phone Number: | |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Iesha Bell | Title: | Field Locator |

| Record # 7 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 54566468 | **Originator Reference Number:** | 140512-002113 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | No |
| **Comments:** | CFPB Sub product: Payday loan --- CFPB Issue Type: Debt was discharged in bankruptcy --- What Happened: I keep getting calls on my cell phone, my work phone and calls to my boss at work from a PI working for Capital, Harris and Associates. I do not owe these people money and I have asked them time and time again to mail me something in writing showing this debt they say I owe and they have never done so. They threaten to serve me papers at home and work, I tell them to come on over and they never show up. They just want to call and threaten and bully me into giving them my credit card info without having to prove to me that I owe them anything. --- Fair Resolution: I just want them to stop. I have seen online that there are thousands of others that have had this company do the same thing to them and it isn't right. This is illegal and needs to be stopped. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | CFPB-USER | **Entry Date:** | 6/29/2014 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Consumer Financial Protection Bureau | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 6/29/2014 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | N███████ | **Last Name:** | ████████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | BEND | **State:** | Oregon |
| **Zip:** | ████████ | **Country:** | UNITED STATES |
| **Home Number:** | 541-███████ | **Cell Number:** | |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | | |
| **Email:** | ████@gmail.com | **Age Range:** | ████████ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Capital Harris Miller And Assoc. | | |
| **Address:** | 215 Remington Blvd Ste E | | |

**Menjivar Att. DD**
**Page 16 of 61**

| | | | |
|---|---|---|---|
| City: | Bolingbrook | State/Prov: | Illinois |
| ZIP: | 60440 | Country: | United States |
| Email: | | URL: | |
| Area Code: | | Phone Number: | |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

| Record # 8 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 51263906 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | This company contacted me on my mobile phone and said that I was being served with legal papers and being charged with "fraud" and "breaking an abiding contract" over a past due pay day loan. They said that legal action would be taken against me and that I would have to pay $1800-$2500 worth of court costs if I did not make a payment TODAY. They also said that if I went to court a judge would garnish my wages at a rate of $80 for every $100 I earned. I called the company that I have a payday loan with and they are not aware of such action against me, my account is in collections but no legal action is being taken against me. The woman on the phone would not tell me her name and gave very little information. She asked me questions like "How much do you make a week?" and "Do you get paid weekly or bi-weekly?" She also said that if I did not make a payment today that there was nothing they could do and I would be charged with fraud. This call came to me at 7pm on a Friday night, the call came in from my area code (828) The company also called my grandmother from her area code (215) and told her that I was "in a lot of trouble" and asked her for money. My grandmother hung up and the company called her back to back 6 times. I am afraid that this company is trying to steal my bank account information. I am also afraid that they will call my employer and try to obtain information | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 2/8/2014 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $822.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 2/8/2014 | Transaction Date: | 2/7/2014 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Caller ID information not transmitted |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| **Consumer** | | | |
| Complaining Company/Org: | | | |
| First Name: | B███████ | Last Name: | C████████ |
| Address 1: | ███████████ | Address 2: | |
| City: | Wilkesboro | State: | North Carolina |
| Zip: | ███████ | Country: | UNITED STATES |
| Home Number: | 828████████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ███████@gmail.com | Age Range: | ███████ |
| Military Service Branch: | | Soldier Status: | |



| Soldier Station: | | | |
|---|---|---|---|
| **Subject** | | | |
| Subject: | Capital Harris Miller & Associates | | |
| Address: | | | |
| City: | | State/Prov: | Illinois |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | | Phone Number: | |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Record # 9 / Consumer Sentinel Network Complaints**

| | | | |
|---|---|---|---|
| Reference Number: | 50319050 | Originator Reference Number: | 131017-001019 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: Other (i.e. phone, health club, etc.) --- CFPB Issue Type: Impersonated an attorney or official --- What Happened: My direct supervisor & the HR Manager for my company have received numerous calls and voicemails in regards to them having hired a "criminal" by employing me. The company that is calling and harassing my employer has not once contacted me on my personal number or via writing to my home address. I received a copy of a voice mail from my HR manager that stated Toni Wright had called and left a message for my HR Rep. to let me know they had an order submitted to her office for criminal charges that were pending against me and that i needed to contact the firm to setup a time to receive the sealed charges. Within an hour a call came throught to my line at work and it was Toni Wright stating that she had criminal charges for check fraud against me and i needed to contact the firm that had hired her to locate me to discuss the matter. I called the # that Toni Wright left and it was a company by the name of Capital Harris Miller and Associates. The lady on the phone said i was being charged with fraud and in ordet to keep me from being arrested at my place of employment she needed my debit card information to pay the outstanding debt and charges they had incurred from hiring law enformcenent to serve & arrest me. I have not committed any sort of fraud and when i aske her to send me something in writing for the alleged charges she said she couldn't until i paid for part of the debt. I do not know what this is for but i have asked them repeatedly to stop calling my job and they will not stop, i will be sending a certified cease & desist letter to them but in the mean time i do not know how much longer my boss will tolerate the harassing phones and tyhe repeated threats to arrest me at my place of employment. These people are ruthless and contacting my companies Corporate office in another state telling them that have employed a criminal is down right wrong. If i do owe some sort of debt I would be glad to entertain them with a re-payemnt plan but i will not do so without something in writing. The lady that called me a few minutes ago claimed to be from the FBI and she was on the way to my job to arrest me and take me in for questioning. This is illegal, they are also giving personal details regarding my credit history and my social security # to everyone that they speak to at my place of employment. Please help me stop these threats!!!--- Have contacted:CC Issuer --- Fair Resolution: I want something in writing stating the debt and these people to stop calling my job, my family, my friends and telling them they are with different law enforcement agencies and are trying to locate me in order to arrest me! If i lose my job over this i will be suing them for reimbursement!! I just want to be left alone at work and i want them to stop calling my HR Rep and saying they have employed a convicted criminal!! |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 11/13/2013 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 11/13/2013 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer | | | |

| Complaining Company/Org: | | | | |
|---|---|---|---|---|
| First Name: | B███████ | | Last Name: | M██████ |
| Address 1: | | | Address 2: | |
| City: | CONROE | | State: | Texas |
| Zip: | ██████ | | Country: | UNITED STATES |
| Home Number: | 936███ | | Cell Number: | |
| Work Number: | | | Ext: | |
| Fax Number: | | | | |
| Email: | █████@gmail.com | | Age Range: | ██████ |
| Military Service Branch: | | | Soldier Status: | |
| Soldier Station: | | | | |

| Subject | | | | |
|---|---|---|---|---|
| Subject: | Capital Harris Miller & Associates | | | |
| Address: | | | | |
| City: | Chicago | | State/Prov: | Texas |
| ZIP: | | | Country: | United States |
| Email: | | | URL: | |
| Area Code: | | | Phone Number: | |
| Ext: | | | Subject ID Type: | |
| Subject ID Issuer State: | | | Subject ID Issuer Country: | |
| Representative Name: | | | Title: | |

| Record # 10 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 47117272 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | during the first contact (voicemail) and follow up phone call the following violations occured:1. § 807. False or misleading representationsA debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (5) The threat to take any action that cannot legally be taken or that is not intended to be taken. (threated to order a judgement against me: since only a judge can issue a judgement this is action the company can not legally take) (7) The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer. (Advised me they were considering this "Malicious fraud") (10) The use of any false representation or deceptive means collect or attempt to collect any debt or to obtain information concerning a consumer. (represented themselves to be attorneys ) (11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. (failed to advise they were attempt to collect a debt, infact when I brought this to thier attention they advised, the FDCPA dosent apply to them because there not debt collectors) (13) The false representation or implication that documents are legal process.(threanted to serve me with a "judgement" at my place of employement) | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 7/22/2013 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 7/22/2013 | Transaction Date: | |
| Initial Contact: | Phone | Initial Response: | Phone: other |
| Statute/Rule: | Fair Debt Collection Practices Act | Law Violation: | Falsely Threatens Suit\Illegal or Unintended Act<br>Fails to Send Written Notice of Debt to Debtor<br>Fails to Identify Self as Debt Collector<br>Uses obscene, profane or otherwise abusive language |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | f ███████████ | Last Name: | i ██████████ |
| Address 1: | ████████████ | Address 2: | |

**Menjivar Att. DD**
**Page 22 of 61**


| City: | Sanford | | State: | Florida |
|---|---|---|---|---|
| Zip: | ▉ | | Country: | UNITED STATES |
| Home Number: | 954▉ | | Cell Number: | |
| Work Number: | | | Ext: | |
| Fax Number: | | | | |
| Email: | ▉@gmail.com | | Age Range: | |
| Military Service Branch: | | | Soldier Status: | |
| Soldier Station: | | | | |
| | Subject | | | |
| Subject: | Charles Hunter Miller & Associates Inc. | | | |
| Address: | 2224 W. Touhy | | | |
| City: | Chicago | | State/Prov: | Illinois |
| ZIP: | 60630 | | Country: | United States |
| Email: | | | URL: | http://charleshuntermiller.com |
| Area Code: | 626 | | Phone Number: | 3400711 |
| Ext: | | | Subject ID Type: | |
| Subject ID Issuer State: | | | Subject ID Issuer Country: | |
| Representative Name: | paula cone | | Title: | legal claim |

| Record # 11 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 40055282 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | No |
| **Comments:** | Stacey Holmes first contacted my elderly mother informing her that I am about to be arrested for not paying on a payday loan from March 2006. My mother got upset and called me. She gave me a number to call and I spoke with Stacey Holmes. She insisted that either I pay the full amount of 727.00, today then I wont go to jail, but if I refuse then there is someone on their way to arrest me. I was scared and paid 30.00 so that they wouldnt arrest me,even though I had little funds coming in. They said I can work out a payment plan and pay 180 every two weeks. I agreed, but demanded they send me a letter showing my bill because I cant remember that far back. She said they sent one, but I havent received anything. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 8/29/2012 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | $727.00 | **Amount Paid:** | $30.00 |
| **Payment Method:** | Bank Account Debit | **Agency Contact:** | Internet |
| **Complaint Date:** | 8/29/2012 | **Transaction Date:** | 7/28/2012 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Phone: 800/888 number |
| **Statute/Rule:** | Fair Debt Collection Practices Act | **Law Violation:** | Calls Debtor at Work Knowing Debtor Can't Take Calls<br>Falsely Represents Character, Amount, Status of Debt<br>Falsely Threatens Suit\Illegal or Unintended Act<br>Falsely Threatens Arrest, Seizure of Property<br>Refuses to Verify Debt After Debtor Makes Written Request<br>Fails to Send Written Notice of Debt to Debtor<br>Fails to Identify Self as Debt Collector<br>Tells Someone Other Than Debtor About Debt<br>Uses obscene, profane or otherwise abusive language<br>Calls any person repeatedly or continuously |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | Yes | **Cross Border Complaint?:** | No |
| Consumer Information | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | C ███████ | **Last Name:** | J ██████ |
| **Address 1:** | ████████ | **Address 2:** | |
| **City:** | Alpharetta | **State:** | Georgia |

**Menjivar Att. DD**
**Page 24 of 61**



| Zip: | ███████ | Country: | UNITED STATES |
|---|---|---|---|
| Home Number: | 678 | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ██████@yahoo.com | Age Range: | |
| Military Service Branch: | U.S. Army | Soldier Status: | Dependent Child/Other - Service Member |
| Soldier Station: | ███████ | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Capital Harris Miller And Associates | | |
| Address: | 2224 W. Touhy | | |
| City: | Chicago | State/Prov: | Illinois |
| ZIP: | 60630 | Country: | United States |
| Email: | info@capitalharrismiller.com | URL: | |
| Area Code: | 888 | Phone Number: | 9596778 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Stacey Holmes | Title: | |

| Record # 12 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 36977240 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | Consumer is complaining about Capital Harris Miller & Associates. Consumer states that the company is threatening to have her arrested and have legal action taken against her, if she doesn't satisy a $1543.80 debt owed to Cash Net USA. Consumer states that the company has also contacted her relatives, also informing them of these threats. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CJONES1 | Entry Date: | 4/26/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | $1,543.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 4/26/2012 | Transaction Date: | 4/25/2012 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Phone: 800/888 number |
| Statute/Rule: | Fair Debt Collection Practices Act | Law Violation: | Falsely Threatens Suit\Illegal or Unintended Act Falsely Threatens Arrest, Seizure of Property Tells Someone Other Than Debtor About Debt |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | No | Dispute with Credit Bureau - Resolved to Satisfaction?: | No |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | P ██████ | Last Name: | H ██████ |
| Address 1: | | Address 2: | |
| City: | Keller | State: | Texas |
| Zip: | ███████ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | |
| Work Number: | 817 ████ | Ext: | |
| Fax Number: | | | |
| Email: | ████ @yahoo.com | Age Range: | ████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | Capital Harris Miller & Associates | | |
| Address: | 2224 W Touhy Unit 1E | | |
| City: | Chicago | State/Prov: | Illinois |

**Menjivar Att. DD**
**Page 26 of 61**

| | | | | |
|---|---|---|---|---|
| **ZIP:** | 60630 | | **Country:** | United States |
| **Email:** | | | **URL:** | |
| **Area Code:** | 877 | | **Phone Number:** | 6915078 |
| **Ext:** | | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | | **Subject ID Issuer Country:** | |
| **Representative Name:** | | | **Title:** | |






🖶 PRINT

🔍 **Consumer Sentinel Network Complaints**

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 62134165 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | Consumer has been receiving calls from Pacific Capital stating that he owes $690 for a pay day loan he obtained in 2011. He never took out this loan and it is not showing up on any of his credit reports. He also contacted the BBB and was told it was a scam. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | AQUEZADA | Entry Date: | 5/18/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Lending: Payday Loans |
| Amount Requested: | $690.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 5/18/2015 | Transaction Date: | 4/2/2015 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Phone: other |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | No | Dispute with Credit Bureau - Resolved to Satisfaction?: | No |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | S | Last Name: | F |
| Address 1: | | Address 2: | |
| City: | St. Louis | State: | Missouri |
| Zip: | | Country: | UNITED STATES |
| Home Number: | | Cell Number: | 314 |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | @yahoo.com | Age Range: | |
| | | Soldier Status: | |

**Menjivar Att. DD**
**Page 28 of 61**

| Military Service Branch: | | | |
|---|---|---|---|
| Soldier Station: | | | |

| | Subject | | |
|---|---|---|---|
| Subject: | Pacific Capital | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 6854485 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Leslie Hernandez | Title: | |





PRINT

## Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 66068742 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | No |
| **Comments:** | They have called me reportedly and now have started calling my family members. They have my SSN, my bank info. They tell my family members that they will sue me. That they are going to file legal paperwork on me to have my garnishes waged. They have said that they have my work information and will talk to my boss directly as well as have me arrested. It's getting to be too much. I won't be threatened and I'm NOT comfortable having my information out there like that. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 9/21/2015 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Other (Note in Comments) |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 9/21/2015 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | General Privacy | **Law Violation:** | Other (Note the Violation in the Comment Field) |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| **Consumer** | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | J | **Last Name:** | B |
| **Address 1:** | | **Address 2:** | |
| **City:** | Independence | **State:** | Kentucky |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | 859 |
| **Work Number:** | 859 | **Ext:** | |


| Fax Number: | | | |
|---|---|---|---|
| Email: | ███ @gmail.com | Age Range: | ███ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | Stark Law | | |
| Address: | 4 E Ogden Ave. #109 | | |
| City: | Westmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |
| Email: | info@starklpc.com | URL: | http://www.starklpc.com |
| Area Code: | 844 | Phone Number: | 2400729 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

| Record # 2 / Consumer Sentinel Network Complaints | |||
|---|---|---|---|
| Reference Number: | 64474941 | Originator Reference Number: | 150721-002626 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: Payday loan --- CFPB Issue Type: Cont'd attempts collect debt not owed \| Debt resulted from identity theft --- What Happened: My wife received phone calls from a Stark Law, number 844-525-9254. They had all of her information, SS#, DOB, address and place of employment. They claimed she owed $690 for a $300 debt from a payday loan taken in december. We have taken out loans before but recently got on a credit program and checked with our creditors and could not find any such loan, or anything that we took out matching that amout in December 2014. They used scare tactics such as threatening to sue her in court, call her employer and did even call her parents house shortly after she had spoke to them, very unethical. My wife was very scared that it would damager her credit and wanted to pay them. I got on the phone and asked for them to submit us something in writing. Jeffery from Stark stated " our company already sent out multiple emails and letters about this." My wife doesn't miss when something is owed and she would have seen something in the mail or email. I didn't go any further with them and said until you can send me something in the mail don't call again. They continued to call her and even called her parents home and our house phone which we never use. I have been looking up what I can and see there is a Gaurav Mohindra who is listed as an attorney in Illinois for this company. Nothing about them seem legit and I want this to stop so other people won't get scammed. --- Fair Resolution: Put this company out of business for making false claims on innocent victims. Have the entire office face charges for using illigal tactics to collect on illigitimate debts. | ||
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 7/21/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 7/21/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| Consumer Information | |||
| Consumer | |||
| Complaining Company/Org: | | | |
| First Name: | D███ | Last Name: | D████████ |
| Address 1: | | Address 2: | |
| City: | MT EPHRAIM | State: | New Jersey |
| Zip: | ████████ | Country: | UNITED STATES |
| Home Number: | 609████████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |

**Menjivar Att. DD**
**Page 32 of 61**

| | | | |
|---|---|---|---|
| **Email:** | ████@hotmail.com | **Age Range:** | ████ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Stark Law | | |
| **Address:** | 4 E. Ogden Ave | | |
| **City:** | Westmont | **State/Prov:** | Illinois |
| **ZIP:** | | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 844 | **Phone Number:** | 5259254 |
| **Ext:** | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | | **Title:** | |

**Record # 3 / Consumer Sentinel Network Complaints**

| | | | |
|---|---|---|---|
| Reference Number: | 65809273 | Originator Reference Number: | 622174 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | This company stated that they were collecting a debt and theysaid that they would file a warrant for my arrest and contactedmy employer and told them the same. I paid them. Now I amtrying to get original paper work and the a letter saying Ifinished paying and they will not call me back and the no one | | |
| Complaint disposition provided? | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CLGC-USER | Entry Date: | 7/21/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | National Consumer League | Product Service Code: | Recovery\Refund Companies |
| Amount Requested: | $970.00 | Amount Paid: | $970.00 |
| Payment Method: | Bank Account Debit | Agency Contact: | External Agency |
| Complaint Date: | 7/21/2015 | Transaction Date: | 6/3/2015 |
| Initial Contact: | Phone | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau? | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |

**Consumer Information**

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | D█████ | Last Name: | G███████ |
| Address 1: | | Address 2: | |
| City: | BIRMINGHAM | State: | Alabama |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 205████ | Cell Number: | |
| Work Number: | 205████ | Ext: | |
| Fax Number: | | | |
| Email: | █████@live.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

**Subject**

| | | | |
|---|---|---|---|
| Subject: | Stark Law | | |
| Address: | 4 E. Ogden ave 109 | | |
| City: | Westmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |
| Email: | info@starklpc.com | URL: | www.starklpc.com |
| Area Code: | 844 | Phone Number: | 4144866 |

**Menjivar Att. DD**
**Page 34 of 61**

| | | | |
|---|---|---|---|
| **Ext:** | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | karen Baker | **Title:** | |

### Record # 4 / Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| Reference Number: | 63342595 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | A woman who identified herself as Karen Baker, from Stark Law Firm (although the caller ID showed as CHM Capital Group, 844-250-8714) , claimed there is litigation against me for a payday loan and gave me the option to pay $600 today or a face criminal law suit for fraud. She read off to me the last 4 # of my social security number, the last 4 # of my checking account (i do not even own a checking account and haven't for about 10 years now) ,however, the numbers she read off DO apply to my savings account. She could not answer as to why her phone # came up on the caller ID as a different business than she had identified herself with. When I told her I had not taken out a payday loan for several years as I do not own a checking account, she stated my banking account information and that I had obtained a payday loan through Greenwood in 2013. When I denied it, she stated she will send my case to legal litigation unless I can pay $600 today-right now. I did not offer her any payment and instead instructed her to go ahead and try, because she wasn't getting money from me that I do not owe. She also stated to my husband in a subsequent call that they had attempted to collect the payment through my bank and the bank stated there were insufficient funds. She also called my employer yesterday and left message for me to call her. I did not call her. When she called my home today, she stated that she had called my work place yesterday and she reprimanded me for not returning her call. Internet searches yeilded many responders with these same complaints from the same woman and a woman claiming to Karen Brown. Other-Other Update | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 7/3/2015 |
| Updated By: | CRSS\jbrown | Updated Date: | 7/7/2015 |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | $600.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 7/3/2015 | Transaction Date: | 7/2/2015 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Answer cold call |
| Statute/Rule: | Fair Debt Collection Practices Act | Law Violation: | Falsely Represents Character, Amount, Status of Debt |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |

| Consumer Information | | | |
|---|---|---|---|

#### Consumer

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | V█████ | Last Name: | H█████ |
| Address 1: | | Address 2: | |
| City: | | State: | Indiana |
| Zip: | | Country: | UNITED STATES |
| Home Number: | | Cell Number: | |
| Work Number: | | Ext: | |

| | | | |
|---|---|---|---|
| **Fax Number:** | | | |
| **Email:** | ███ @yahoo.com | **Age Range:** | ███ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Stark Law | | |
| **Address:** | | | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 844 | **Phone Number:** | 2508714 |
| **Ext:** | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | Karen Baker | **Title:** | agent |

| Record # 5 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 63916963 | Originator Reference Number: | 150520-002144 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: Payday loan --- CFPB Issue Type: Disclosure verification of debt | Not disclosed as an attempt to collect --- What Happened: This debt collection agency violated so many of the issues in the drop down list that I ended up just picking the one. The agency identified themselves as Stark Law Firm. Telephone number 844-620-1718. They advised me the lead attorney's name is Robert Czarnik. Mailing address is 4 E Ogden Ave #109, Westmont, IL 60559. Stark Law Firm called several people I know or used to know and told them it was urgent I contact them in reference to a debt that would result in felony charges against me. They contacted my wife who I did not even know at the time the alleged debt was incurred and would not tell her how they obtained her telephone number. They did not disclose to anyone they called that they were a debt collection firm. They in fact claimed that because they had attorneys on staff they were exempt from debt collection laws.I contacted them at that point and they threatened to send me to jail/bring charges against me for "issuance of a bad check" (there was no check written at any time) and "defraud of contract." I was specifically threatened with jail time and told "a judge will decide your fate."This clearly violates several debt collection laws, not to mention defames my character to the people they called and said I had felony charges against me which is highly embarrassing. I am concerned that Stark Law Firm did not identify themselves as debt collectors and in fact denied it, that they obtained my wife's and other's cell phone numbers which they did not have permission to call and would not identify how they received this information, behaved in a threatening manner to both my wife and myself by threatening jail time and legal action, and provided third parties information about the alleged debt including threats of felony charges which is not only inaccurate but causes much embarrassment on my part.Please help me get Stark Law Firm to stop contacting me and anyone I know and stop them from using their illegal tactics to humiliate me and threaten me and my family. --- Fair Resolution: A fair resolution to my issue would be Stark Law Firm to be mandated to cease contacting me or anyone I know in relation to my alleged debt and to be sanctioned in some way for their illegal, threatening, and frightening collection practices. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 5/20/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 5/20/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | J███████ | Last Name: | M███████ |
| Address 1: | | Address 2: | |



| | | | |
|---|---|---|---|
| City: | SPRINGFIELD | State: | Missouri |
| Zip: | ▮▮▮▮ | Country: | UNITED STATES |
| Home Number: | 417▮▮▮▮ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ▮▮▮▮@gmail.com | Age Range: | ▮▮▮▮ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Stark Law Firm | | |
| Address: | 4 E Ogden Ave | | |
| City: | Westmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 6201718 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

| Record # 6 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 59987183 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | My girlfriend was called around 11 AM on 2/27/15 regarding a confidential and legal problem I was involved with. This of course freaked her out so she called me and told me about this call. Right away, it sounded fishy. All she knew is that a lawyer from Stark Law Firm was looking for me, and apparently, if I did not return their call they would "seek me out at work." Sometime around 1 PM, I contacted the information that was given to me by my girlfriend. I was given a business name, Stark Law Firm, a representative name, Ohade Ali, an Attorney, a case number that was 4003219, and a phone number 844.525.0220, EXT. 460. It sounded like a scam right off the bat, since there is no way an attorney would seek me out. I called three times. The first time, a woman picked up. She did not introduce her self or the company. That was a red flag. Then she asked me what I wanted. I told her that someone had contacted my girlfriend about me. She asked if I had an extension. I gave her the extension and I was cut off. I call again and she asks for a file number --once again I am cut off. I get a call back from the number mentioned above, but I miss it and then redial the number. I speak to a lady on the phone again. This time she asks for my case number and attorney's name. All three times I called there were background noises of a typical office, people chatting, phone rings, etc., and while I wait there is waiting music. It actually sounded like an actual place. Finally, I am patched to an attorney. He introduces himself as an attorney, Ohade Ali, representing a company that bought a debt that existed since 2012. He confirms my identity and recites my social security number, address, email address, and the name of my bank. He says that the debt came from a payday loan. He mentions the name U.S. Cash Net (a name I had never heard before, but since I actually once took out a loan, I think maybe it's a parent name, if this is legit) , right after this he accuses me of attempting to mistrust a pay day loan that I apparently borrowed and intentionally not pay it back. I told him that I have not taken out any loans. He says that he would not be calling me if that were true. He provided two options: one I pay now, $900 or I go to court and potentially pay $2,000. I ask for specific details about the loan, as I have taken out a loan in 2012, but had paid it off. I tell him this. I even tell him that I still have documents indicating that I have paid off the loan. He tells me that he does not know the specifics of the issue and that he is just an attorney hired to collect. I ask if I can contact the company and get a statement of my last payment to see what happened. He says that I cannot because the file has been sold to his client. I tell him that it sounds fishy because if this were true, I would have received many emails and phone calls about the delinquency, and I the loaner had access to my bank account, so if I did owe, then why didn't they just take it out? He says he will send me a packet via mail and email regarding the issue. Immediately I contact the only payday loan I have ever taken out and the inform me that I have no balances and that I am okay. The informed me that it is a scam and that I should contact the top three credit agencies and the Federal Trade Commission. More recently I was emailed again, but this time the payday loan company was different (this info was forwarded) and I got the IP address of their website: 50.87.248.118 |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 3/5/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Unsolicited Email |
| Amount Requested: | $920.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 3/5/2015 | Transaction Date: | 2/27/2015 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Phone: 800/888 number |
| Statute/Rule: | CAN-SPAM Act | Law Violation: | SPAM: 'Remove Me' is missing, broken, or ignored  SPAM: Other\general annoyance |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - | |

**Menjivar Att. DD**
**Page 40 of 61**

| | | | |
|---|---|---|---|
| | | Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | D███████ | Last Name: | S██████ |
| Address 1: | | Address 2: | |
| City: | Chicago | State: | Illinois |
| Zip: | ███████ | Country: | UNITED STATES |
| Home Number: | 773████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████████ | Age Range: | ████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | Stark Law Firm | | |
| Address: | 4 E. Ogden Avenue 109. | | |
| City: | Westmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |
| Email: | info@starklpc.com | URL: | http://www.starklpc.com |
| Area Code: | 844 | Phone Number: | 5250220 |
| Ext: | 460 | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Ohade Ali | Title: | Attorney |





🖨 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 64296913 | **Originator Reference Number:** | 150715-001583 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | No |
| **Comments:** | CFPB Sub product: I do not know --- CFPB Issue Type: Cont'd attempts collect debt not owed \| Debt is not mine --- What Happened: Received phone call from 844-545-9254 (Stark Legal) with threat to come to my place of employment or home for 2 serious matters. When I called them back they had my social security number and said I owed money on a payday loan that I never took out and I could either pay $600 today or be charged with fraud and up to $3000 if I didn't. Minutes later my grandmother received a call saying I was in trouble and hurt from another caller. --- Have contacted: CC Issuer --- Fair Resolution: This phone number needs to be shut down and so do the company scamming | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | CFPB-USER | **Entry Date:** | 7/15/2015 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Consumer Financial Protection Bureau | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 7/15/2015 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | J███████ | **Last Name:** | Z██████ |
| **Address 1:** | | **Address 2:** | |
| **City:** | VENTURA | **State:** | California |
| **Zip:** | ████████ | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | |
| **Work Number:** | | **Ext:** | |

**Menjivar Att. DD**
**Page 42 of 61**

| Fax Number: | | | |
|---|---|---|---|
| Email: | ███████@gmail.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | Stark Legal | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 5459254 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Record # 2 / Consumer Sentinel Network Complaints**

| | | | |
|---|---|---|---|
| Reference Number: | 61589926 | Originator Reference Number: | 150302-001909 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: I do not know --- CFPB Issue Type: Cont'd attempts collect debt not owed | Debt is not mine --- What Happened: Myself and family members receiving calls within minutes from each other claiming "two serious matters" against me.This number was 844-525-0220.The person on the other end when I called back had my SS#, but could not provide any information on "debt" that I had owed. --- Have contacted: CC Issuer, Gov Agency --- Fair Resolution: I never want these scammers calling me or my family again. | | |
| Complaint disposition provided? | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 3/2/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 3/2/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau? | |
| Dispute with Credit Bureau - Responded? | | Dispute with Credit Bureau - Resolved to Satisfaction? | |
| Member of armed forces or dependent? | | Cross Border Complaint? | No |

**Consumer Information**

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | N█████ | Last Name: | L████████ |
| Address 1: | | Address 2: | |
| City: | WATERBURY | State: | Connecticut |
| Zip: | █████████ | Country: | UNITED STATES |
| Home Number: | 734█████████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████████@gmail.com | Age Range: | ██████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

**Subject**

| | | | |
|---|---|---|---|
| Subject: | "stark Legal" | | |
| Address: | 4 E Ogden Ave. #109 | | |
| City: | Westmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |

**Menjivar Att. DD**
**Page 44 of 61**

| Email: | | URL: | |
|---|---|---|---|
| Area Code: | 844 | Phone Number: | 5250220 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |



**Menjivar Att. DD**
**Page 45 of 61**

 

 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 68461297 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | No |
| **Comments:** | I have received phone calls from this company on my cell phone, along with my landline home phone. My family members are also receiving phone calls from this company. They report that their name is Stark Recovery. They have all of my personal info (SSN, bank acct info) and state that I owe a place called Gateway Holding 300.00 and that they are proceeding with litigation against me unless I pay them today. I have never heard of any of these companies and do not owe anyone. I requested they send me verificaiton of this debt. They stated they cannot do that, and that if I do not pay them today, they will have me arrested and proceed with legal action and that if I do not pay, that I will owe them 2500.00. I requested they do not contact me or my family and that I have also reported this to the Ohio Attorney Generals office. They hung up on me, but continue to call. Other-Other Update | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 1/5/2016 |
| **Updated By:** | CRSS\bayala | **Updated Date:** | 1/5/2016 |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | $300.00 | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 1/5/2016 | **Transaction Date:** | 1/5/2016 |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | In Person |
| **Statute/Rule:** | Fair Debt Collection Practices Act Rule\Other | **Law Violation:** | Calls any person repeatedly or continuously Other (Note the Violation in the Comment Field) |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | C▇▇▇▇▇▇ | **Last Name:** | J▇▇▇▇ |
| **Address 1:** | | **Address 2:** | |

**Menjivar Att. DD**
**Page 46 of 61**

| | | | |
|---|---|---|---|
| City: | Creola | State: | Ohio |
| Zip: | ████████ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | 740 ████ |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████ @gmail.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| | |
|---|---|
| **Subject** | |

| | | | |
|---|---|---|---|
| Subject: | Stark Recovery | | |
| Address: | unknown | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 866 | Phone Number: | 6894426 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Kenya Unknown | Title: | Unknown |

| Record # 2 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 68394448 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | No |
| **Comments:** | The consumer got a call stating that he owes money for a loan at Stark Recovery that he doesn't know about and will be arrested/ go to court if he doesn't pay. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | GJONES | **Entry Date:** | 12/30/2015 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Call Center | **Product Service Code:** | Lending: Payday Loans |
| **Amount Requested:** | $575.00 | **Amount Paid:** | $0.00 |
| **Payment Method:** | Unknown | **Agency Contact:** | Phone |
| **Complaint Date:** | 12/30/2015 | **Transaction Date:** | 12/23/2015 |
| **Initial Contact:** | Mail | **Initial Response:** | Phone: 800/888 number |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Other (Note the Violation in the Comment Field) |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | No | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | No |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | J█████ | **Last Name:** | H█████ |
| **Address 1:** | ████████ | **Address 2:** | |
| **City:** | Denver | **State:** | Colorado |
| **Zip:** | ████████ | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | 720█████ |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | | |
| **Email:** | ████████@yahoo.com | **Age Range:** | ████ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | Stark Recovery | | |
| **Address:** | | | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 866 | **Phone Number:** | 2089774 |

| Ext: | | Subject ID Type: | |
|---|---|---|---|
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Amy Long | Title: | |

| Record # 3 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 68106190 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | No |
| Comments: | A company identifying themselves as Stark Recovery contacted my father with a case number and a phone number for me to call them. When I called their number 866-383-9852 a woman named Amber Heart answered and stated she was a litigation specialist who had an outstanding case from a payday loan. She stated I had defaulted and now had two options which is to pursue the matter in court for $2,550 (including original balance, court cost, attorney fees) or I could pay them a lump sum of $550 up front to call the whole thing off. I asked for the original creditor and she gave me a company called Twin Bluffs financial. Stated did not have a number or address to contact them at and that I don't need to worry about that but how I am going to resolve this case. I will admit I was scared and initially let myself get bullied into setting up a payment arraignment for $100 on Friday the 18th, 2015, $225 on Saturday December 26th and $225 on Friday the 08th of January 2015. She told me the payments would be paid to a foreign company but I had better let them go through. I asked several times for a validation letter of the debt as required by law. The woman stated she couldn't give me anything other than what she just told me and then ended the call. I did some research online and found that Twin Bluffs Financial is no longer in business, and after checking carefully with all of my other creditors I had dealt with in the past they had nothing to do with the company either. I called the number Amber gave me again and the company rep told me that the company name was Stark Recovery located in California. I did some research and many similar testimonials and stories from former employees point to the company being a scam. I called the company back on 12/15/2015 and asked again for validation. They refused. I then told them that if they would not do that I am disputing the debt as I do not recognize the lender nor have I taken a loan from them. The woman transferred me to another one who did not ID herself who said she would cancel the payments but I would be escalated to the court proceedings for $2,550. I informed her that I did not take a loan out and I needed to have the debt validated by mail before continuing business. The woman stated that she had on file I took a loan out from Twin Bluffs for $400 (I thought it was $550???) In July, 2013 and she listed the places of employment and bank accounts used on my application. I told her that I knew for a fact that I did not take a loan out in 2013 and that the place of employment she gave was not even my employer until 2014. And I was not using the bank account in 2013 that she mentioned. She then stated that in discovery they could update information. I asked her if that is the case why would they put that directly on their copy of my alleged original loan application. She did not answer and stated the matter would be brought in court for the amount of $2550 and then she hung up while I still insisted that I did not owe the debt and that it was a scam. Other-Other Update | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 12/15/2015 |
| Updated By: | CRSS\brown | Updated Date: | 12/17/2015 |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | $550.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | Internet |
| Complaint Date: | 12/15/2015 | Transaction Date: | 12/14/2015 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Phone: 800/888 number |
| Statute/Rule: | Fair Debt Collection Practices Act Rule\Other | Law Violation: | Falsely Threatens Suit\Illegal or Unintended Act Other (Note the Violation in the Comment Field) |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| | No | Cross Border Complaint?: | No |

| Member of armed forces or dependent?: | | | |
|---|---|---|---|
| **Consumer Information** | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | A███████████ | Last Name: | O███████████ |
| Address 1: | | Address 2: | |
| City: | Dayton | State: | Ohio |
| Zip: | █████████ | Country: | UNITED STATES |
| Home Number: | 937███████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████████@gmail.com | Age Range: | █████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | Stark Recovery | | |
| Address: | 4900 California Ave Tower B  Second Floor | | |
| City: | Bakersville | State/Prov: | California |
| ZIP: | 93309 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 866 | Phone Number: | 3839852 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | Amber Heart | Title: | Litigation Specialist |

### Record # 4 / Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| Reference Number: | 68513376 | Originator Reference Number: | 10660089068564 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | Threatening legal action on a loan that doesn't exist.Theresa Jackson from Stark Recovery has continually called me and my mother-in-law. She claimed that I defaulted on a payday loan in 2012, which is not true. When I asked her the name of the original creditor, she said she didn't have it. She also had my social security number and the name of my bank. When I told her to not contact me or anyone associated with me by phone anymore and to only contact me by mail, she quickly tried to get off the phone. As she was hanging up, she said, 'We'll see you in court. Good luck.' --- Additional Comments: Do not contact me again. | | |
| Complaint disposition provided?: | Yes | | |
| Complaint Disposition: | UNANSWERED. The business failed to respond to the dispute. | | |
| Data Reference: | | | |
| Entered By: | BBBFRCA-USER | Entry Date: | 12/1/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | BBB CA Fresno | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 12/1/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |

| Consumer Information |
|---|

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | S███ | Last Name: | J███ |
| Address 1: | | Address 2: | |
| City: | SALEM | State: | Virginia |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 540███ | Cell Number: | |
| Work Number: | 540███ | Ext: | |
| Fax Number: | | | |
| Email: | ███@gmail.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject |
|---|

| | | | |
|---|---|---|---|
| Subject: | Stark Recovery | | |
| Address: | 4900 California Av Tower B-210 | | |
| City: | Bakersfield | State/Prov: | California |
| ZIP: | 93309 | Country: | United States |

**Menjivar Att. DD**
**Page 52 of 61**

| Email: | | URL: | |
|---|---|---|---|
| Area Code: | 844 | Phone Number: | 6186194 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

| Record # 5 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 67598650 | Originator Reference Number: | 10660089068225 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | Company called telling me that I owe $400.00 for a online loan from 5/3/2013. When pressed for details about loan none offered hung up on me.A woman called stating that I owed $400.00 for an online loan from May 3, 2013 and defaulted for insufficient funds. I was outside and so when I was asking her about this 'loan' she said that she didn't have any other information but that I needed to pay the $400.00. When I pressed her for details she basically told me to shut up and listen to her and that if I didn't pay I would be looking at $2500 with legal action. When I asked for a supervisor she stated that she was the supervisor so I asked her to hold on so that I could grab pen and paper and that is when she hung up on me. I then had to call the number back 18667161553, the person who answered did not say hello or state company name. I had to say hello and then he said his name was Jonathon Taylor extension 441. I explained to him the phone call that I just had and what was going on and how I said there was no way I had an online loan because I was claimed bankruptcy in 3/2013 and we were not allowed to apply for anything. I asked how the loan was delivered, if my check in the mail or through direct deposit he couldn't answer that. He could provide me no details about this supposed loan. Just kept asking me if I could pay it and I kept telling him there was no way I was paying for a loan that was never made. I kept pressing for information and he hung up on me. This company is calling me several times a day and leaving several voicemails from all sorts of numbers for example 866-716-4494, 866-716-1553, 866-646-8153n and many others. They just keep saying legal department and offering no real information. This had me very nervous and worried about my personal information as well as my bank account. They had my social security number and my old work name and address but were fishing for other information. They even stated my bank institution and so I hurried up and called to verify when my bank account was even opened with them and that was not until the year 2014. I am not sure how they are obtaining my information but this is very concerning especially when I have never filed for an online loan. The fact that I was in the middle of claiming bankruptcy and would never have qualified for any loans of any sort and I am fully aware of my financial obligations none of which were for an online loan let alone a loan to be repaid through my bank account. --- Additional Comments: I am hoping that this gets filed so that others are aware of this company fishing for personal information and especially bank info. | | |
| Complaint disposition provided?: | Yes | | |
| Complaint Disposition: | LETTER OF EXPERIENCE. This consumer communication does not require a business response. | | |
| Data Reference: | | | |
| Entered By: | BBBFRCA-USER | Entry Date: | 11/16/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | BBB CA Fresno | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 11/16/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |

| First Name: | T▮▮▮ | Last Name: | L▮▮▮ |
|---|---|---|---|
| Address 1: | | Address 2: | |
| City: | KANE | State: | Pennsylvania |
| Zip: | ▮▮▮ | Country: | UNITED STATES |
| Home Number: | | Cell Number: | |
| Work Number: | 814 ▮▮▮ | Ext: | |
| Fax Number: | | | |
| Email: | ▮▮▮@yahoo.com | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Stark Recovery | | |
| Address: | 4900 California Av Tower B-210 | | |
| City: | Bakersfield | State/Prov: | California |
| ZIP: | 93309 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 6186194 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Record # 6 / Consumer Sentinel Network Complaints**

| | | | |
|---|---|---|---|
| **Reference Number:** | 66832916 | **Originator Reference Number:** | 151010-000274 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | No |
| **Comments:** | CFPB Sub product: Payday loan --- CFPB Issue Type: Communication tactics \| Threatened to take legal action --- What Happened: First, the called my elderly mother in Florida trying to get a hold of me. She called me and gave me the phone number and account number. I called the number and they answered "legal dept". I informed them I was returning a call and they asked if I had an account number. I said I had and gave them the acct number. They asked if I were me and I said yes, they asked if this was my SSN and then read it off to me and I said yes, as it was. They said I owed them money and asked if I were deliberate in defaulting on my loan. I said no. Then she said we had 2 options, option one I do nothing, they litigate the case and end up charging me $3000 for the debt, interest and attorney/court fees. I asked about option 2. They said we setup payment arrangements and I either pay it all now or we could spread it out over several payments. I asked what I owed and they said $950. I asked who I owed this to and they said they couldn't discuss it till we made some sort of arrangements. I asked for proof to be sent to me and they said they didn't need to send me anything as they had verified the debt on their end. So I setup payment arrangements to start on the coming Monday although I get paid on Friday, to give the bank time to process my paycheck so it wouldn't get bounced back to them. So we set up arrangements for $230 over the next 4 paydays. Then I asked what the debt was about and they told me it was a loan I got from Pack Management Group. I asked who they were and they couldn't tell me, they said maybe a payday loan place. I asked what I owe from the loan and they said $450. I asked why it spiraled up and they said it was interest and fees. I again asked for proof of this debt and they said they didn't need to prove it to me as they had verified it from their end. They also said I would receive a confirmation email, which now more than 48 hours later I have not received. It all seemed a little off to me at this point. So the next day I called CFPB and talked to one of their councilors about this and he said it sounds like a scam to him and that they DO have to provide proof, by mail, that the debt is genuine if I ask for it which I did twice. He also asked if I confirmed my SSN that they provided to me, which I had. He then gave me the number for Transunion and told me to put a fraud alert on my SSN, which I have done. He also gave me alot of good info as well. I also cancelled the debit card that I used to make the arrangements as I did not give them my bank info. I expect a call back at this point. I have filed a complaint with the FBI as well. --- Have contacted: CC Issuer, CFPB --- Fair Resolution: Since they are scammers, full prosecution of them would be my desired outcome. |

| | | | |
|---|---|---|---|
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | | |
| **Entered By:** | CFPB-USER | **Entry Date:** | 10/10/2015 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Consumer Financial Protection Bureau | **Product Service Code:** | Third Party Debt Collection |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 10/10/2015 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | Yes | **Cross Border Complaint?:** | No |

| **Consumer Information** |
|---|
| **Consumer** |

**Menjivar Att. DD**
**Page 56 of 61**

| Complaining Company/Org: | | | |
|---|---|---|---|
| First Name: | J██████ | Last Name: | U███████ |
| Address 1: | | Address 2: | |
| City: | CARSON CITY | State: | Nevada |
| Zip: | | Country: | UNITED STATES |
| Home Number: | 775- | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ███████@gmail.com | Age Range: | ██████ |
| Military Service Branch: | U.S. Navy | Soldier Status: | Military Retiree/Veteran |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | Stark Recovery | | |
| Address: | | | |
| City: | Bakersfield | State/Prov: | California |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 2366556 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Menjivar Att. DD**
**Page 57 of 61**

| Record # 7 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 66832624 | Originator Reference Number: | 151007-002138 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | No |
| Comments: | CFPB Sub product: Other (i.e. phone, health club, etc.) --- CFPB Issue Type: False statements or representation \| Indicated committed crime not paying --- What Happened: At 4:45 standard time today October 7th I received a call to my wives cellphone number. From a company stating they were Stark Recovery Agency the woman stated she was with the legal department she listed my name and full Social Security Number before she confirmed who I was. She then stated she was calling in regards to a judgement held against for a delinquent loan with OPD Solutions. She stated that the loan was taken out in February 2012. She stated the judgement against me is for $2,915 dollars, she also stated this would be for a litigation we could resolve the issue outside of court if I paid $915 dollars of settlement fees. She also listed the account number that I authorized for the payment. And she then listed off an account number I previously had with my bank. I then told her that we had a problem and the problem was in Feb 2012 I was aged 16 and legally unable to take out a loan. She then put me on hold for 47 seconds when she came back on the line and asked if anyone had access to my information at the time. I stated yes my parents had access to my information and identity. I then informed her, the account she had reference was not opened until November 2013, and it is also a joint account with my wife. I informed her I did not have any dealings with OPD Solutions and I then asked her if it was possible to file a fraudulent claim or if there is anything we can do to file it as fraud. She did inform me there was nothing we could do at this time it would be something that would have to be dealt with in court. She also informed me if it was indeed fraudulent I would have to take that to court post litigation, she also reminded me I can avoid the litigation if I pay the $915 dollars. I asked her to state the company's number, address, her name, account number and reference. She told me they would be filing the litigation for $2,915 and send me the information by mail. --- Have contacted: CC Issuer, CFPB --- Fair Resolution: That at least providing me with adequate paperwork of my loan with OPD Solutions. A copy of my signature or ID when the loan was processed, proof of date that the loan was processed, itemizations and amounts of loans and fees. Copy of contract of person or signed online including date processed. | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | | |
| Entered By: | CFPB-USER | Entry Date: | 10/7/2015 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau | Product Service Code: | Third Party Debt Collection |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 10/7/2015 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | R | Last Name: | S |
| Address 1: | | Address 2: | |

| City: | NIXA | State: | Missouri |
|---|---|---|---|
| Zip: | █████ | Country: | UNITED STATES |
| Home Number: | 417█████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████@gmail.com | Age Range: | ██████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Stark Recovery Agencies | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 2794732 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |

**Menjivar Att. DD**
**Page 59 of 61**

| Record # 8 / Consumer Sentinel Network Complaints | |
|---|---|
| Reference Number: | 63348619 |
| Originator Reference Number: | 150427-000779 |
| Language: | English |
| Contact Type: | Complaint |
| Source: | Organization |
| DNC? | No |
| Comments: | CFPB Sub product: Payday loan --- CFPB Issue Type: Cont'd attempts collect debt not owed | Debt is not mine --- What Happened: Pacific Litigation contacted me on my cell phone at my work regarding an alleged $450 payday loan that I received in December 2011 from Alpine Financial. They also left a message with my spouse. They stated that I have pending litigation for a bad check and defrauding a financial institution relating to the alleged $450 payday loan. First I discussed with one of their debt collection specialists, who provided me with my social security number.I discussed the matter with Robert Ronald Czarnik who provided my bank account information and routing number as well as my address and email address. He indicated that his firm mailed me a demand or some other notice regarding the alleged outstanding debt. I have never received anything in writing from Pacific Litigation or Stark Law, so I asked him to resend. He became argumentative and said we've already mailed it. I repeated I have not received anything and asked him to resend. He refused and I said are you serious? He continued to refuse. I then asked for the contact information of the original creditor - he also refused to provide stating they have hired us to collect and they don't want their information provided to consumers. I checked my bank statement with him on the phone and informed him that there was no loan from Alpine Financial. he continued to insist that I owed the debt. I asked again for him to send written verification and he hung up on me.I googled the phone number that called me and saw numerous complaints similar to my own. Some people had even been threatened with arrest. I am very disheartened that lawyers are involved with a business with such unscrupulous practices. I plan to file a police report given these people have all of my personal information. I have also filed a complaint with the IL AG and plan to file complaints with the Illinois bar. I performed some research and learned that another of the attorneys associated with this business, Gaurav Mohindra, has a father who a few years ago had a similar business with the same sorts of complaints.I am in shock that a licensed lawyer would refuse to provide me with written verification of a debt. It also appears that many of the debts that this firm is collecting are not legitimate. As attorneys, they have a duty to investigate the legitimacy of the debts that they are pursuing especially when they are threatening people with litigation.Anyone who receives a call from these individuals should file a complaint with the IL Bar Association Disciplinary Commission - (312) 565-2320.The attorneys associated with Stark Law, Pacific Litigation are as follows:Ronald CzarnikChristopher HarisJoe PrempehGaurav MohindraZohaib AliSteve McCann --- Fair Resolution: I would like for the CFPB to take legal action against this business. Based on my experience and reading online complaints about this business, it appears that they are operating a fraudulent or at a minimum, unethical business. In my opinion, their business practices are even worse because they are licensed attorneys. I hope that a minimum, they are disciplined by the IL Bar or disbarred. I attended law school and was a licensed attorney in TX and I am disgusted by the behaviors I have experienced with this firm.I also work as a Reputation Risk Manager at one of the largest US banks, and I feel that it is very important to report this business and I hope that you take action. I would consider myself fairly savvy, however someone with less experience might feel threatened enough to make a payment to this firm when there may not even be legitimate debt. I'd like to help to make sure that no one else is scammed by this company. |
| Complaint disposition provided?: | |
| Complaint Disposition: | |
| Data Reference: | |
| Entered By: | CFPB-USER |
| Entry Date: | 4/27/2015 |
| Updated By: | |
| Updated Date: | |
| Complaint Source: | Consumer Financial Protection Bureau |
| Product Service Code: | Third Party Debt Collection |
| Amount Requested: | |
| Amount Paid: | |
| Payment Method: | |
| Agency Contact: | External Agency |
| Complaint Date: | 4/27/2015 |
| Transaction Date: | |
| Initial Contact: | |
| Initial Response: | |
| Statute/Rule: | |
| Law Violation: | |
| Topic: | |
| Dispute with Credit Bureau?: | |
| | | Dispute with Credit Bureau - | |

Menjivar Att. DD
Page 60 of 61

| Dispute with Credit Bureau - Responded?: | | Resolved to Satisfaction?: | |
|---|---|---|---|
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | L█████ | Last Name: | J████ |
| Address 1: | | Address 2: | |
| City: | CHICAGO | State: | Illinois |
| Zip: | █████ | Country: | UNITED STATES |
| Home Number: | 312████ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | | |
| Email: | ████@gmail.com | Age Range: | ███ |
| Military Service Branch: | | Soldier Status: | ███ |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | Stark Law Or Pacific Litigation | | |
| Address: | 4 E Ogden Ave Suite 109 | | |
| City: | Wesmont | State/Prov: | Illinois |
| ZIP: | 60559 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 844 | Phone Number: | 5250220 |
| Ext: | | Subject ID Type: | |
| Subject ID Issuer State: | | Subject ID Issuer Country: | |
| Representative Name: | | Title: | |



# PX    2

## DECLARATION OF MICHAEL B. GOLDSTEIN
## PURSUANT TO 28 U.S.C. §1746

I, Michael B. Goldstein, hereby state that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1.      I am a citizen of the United States and am over eighteen (18) years of age. I am a Federal Trade Investigator ("Investigator") for the Federal Trade Commission ("FTC" or "Commission"). I am presently assigned to the Division of Financial Practices in the FTC's Bureau of Consumer Protection. My mailing address is 600 Pennsylvania Avenue, NW, Mail Stop CC-10232, Washington, D.C. 20580.

2.      I have been an investigator with the FTC since April 2010. I have been a Certified Fraud Examiner ("CFE") since April 2012. The CFE is a certification awarded by the Association of Certified Fraud Examiners. To become a CFE, I had to pass an exam which tested four subject areas: (1) fraud prevention and deterrence; (2) fraudulent financial transactions; (3) fraud investigations; and (4) legal elements of fraud.

3.      Sometime in September 2014, an individual named Michael Jared Marsh contacted the FTC. At the time, Marsh held the position of General Counsel at a company called AMG Services, Inc ("AMG"). AMG provided loan servicing for short term, consumer loans. Marsh contacted the FTC because AMG's customer service department had been receiving numerous phone calls from non-customers and customers complaining about abusive debt collection calls claiming to be collecting on behalf of lenders serviced by AMG. A true and correct copy of the Declaration of Michael Jared Marsh is appended hereto as *Exhibit A*.

4.      Marsh affirmed that "AMG has never sold any of their customer or account information or placed or sold any of their charged-off accounts to any third-party." *See pg. 2, Exhibit A*.

Page **1** of **5**

5.      The FTC subsequently opened investigation into the sale of the phony AMG debt. I was assigned to those investigations

**A.      Sale of "500 Fast Cash" Debt by CHM**

6.      AMG provided the FTC with a spreadsheet that it had created to collect the complaints it had received concerning the phony debt collection.  As Marsh stated in his declaration, by February 2015, "there were 818 entries on the spreadsheet.  Of these 818, 185 entries were about Delaware Solutions, Clear Credit Solutions, or some close permutation of those names." *See pg. 2, Exhibit A.*

7.      On October 5, 2015, the FTC and the Attorney General of the State of New York jointly filed a complaint, and request for a Temporary Restraining Order ("TRO"), in U.S. District Court, Western District of New York against Braclaire Management, LLC, a New York limited liability company, that collects debts under the names identified on AMG's spreadsheet: Clear Credit Services, Clear Credit Solutions, and Delaware Solutions.  The action names two individual Defendants: Kelly Brace and his ex-wife Joelle LeClaire.  LeClaire was named solely as a Relief Defendant.  The action also names as defendants, Clear Credit Solutions LLC and Solidus Group, LLC ("Solidus").  I refer to these defendants as the Delaware Solutions Defendants.

8.      Solidus was the debt brokering arm of the Defendants in this action.  In other words, Solidus bought and sold debt on behalf of the Delaware Solutions Defendants.  During the period of the sale of 500 Fast Cash debt in September 2014, Solidus Group was solely controlled, managed, and owned by Brace.

9.      On October 5, 2015, the FTC and the Attorney General of the State of New York jointly filed a complaint and request for a Temporary Restraining Order ("TRO") against the

Delaware Solutions Defendants in U.S. District Court, Western District of New York. The Court entered a TRO on October 6, 2015. On October 28, 2015, the Court entered a Stipulated Preliminary Injunction against the Defendants. The case is still currently pending before the Court.

10.     On October, 2015, the Delaware Solutions Defendants filed a submission opposing Plaintiffs' request for a TRO. In support of their opposition, the Defendants submitted a "Receivables Purchase Agreement" for the sale of debt.

11.     The purchase agreement, dated September 10, 2014, memorialized a sale of debt between CHM Capital Group, LLC ("CHM") and Solidus. A true and correct copy of the "Receivables Purchase Agreement" submitted by the Delaware Solutions Defendants is appended hereto as *Exhibit B.*

12.     The purchase agreement lists the debt being sold as 77,638 "500 Fast Cash" accounts. *See page 6, Exhibit B.* 500 Fast Cash is a trade name for a lending entity serviced by AMG. *See pages 8-13 (Attachments A and B), Exhibit A.*

13.     The purchase agreement lists Solidus as the debt buyer and CHM as the seller. CHM's address is listed at 500 Quail Ridge Drive, Westmont, Illinois 60559. *See page 4, Exhibit B.*

14.     The purchase agreement's closing statement instructs Solidus to wire $165,000.00 to Bank of America account number *3796 held in the name of CHM, on or before September 10, 2014. *See page 7, Exhibit B.*

15.     Prior to the filing of the FTC's complaint, during the course of the investigation into the practices of the Delaware Solutions Defendants, the FTC issued Civil Investigative Demands ("CIDs") to Manufacturers & Traders Trust Company ("M&T") and Bank of America.

16.     M&T provided, among other documents, a signature card for M&T account number *9000, held in the name of Solidus, and wire fund transfer data for that account.  True and correct copies of the signature card and excerpted wire fund transfer data for M&T account number *9000 are appended hereto as *Exhibit C*.  The Solidus M&T account number *9000 signature card shows Kelly Brace as the sole signatory.  *See page 1, Exhibit C.*

17.     Bank of America provided, among other documents, a signature card and statements for Bank of America account number *3796, held in the name of CHM.  True and correct copies of the signature and excerpted page from the September 2014 statement of Bank of America account number *3796 are appended hereto as *Exhibit D*.  The CHM Bank of America account number *3796 shows Hirsh and Gaurav Mohindra as the signatories on that account.  The signature card listed Hirsh as President, and Gaurav as Vice President, of CHM. *See pg.1, Exhibit D.*

18.     The bank records confirm that on September 10, 2014, $165,000.00 was transferred by wire from the Solidus M&T account number *9000 to the CHM Bank of America account number *3796.  *See pg.3, Exhibit C and pg. 3, Exhibit D.*

**B.      Distribution of "500 Fast Cash" Debt to Open Assets, LLC**

19.     On March 10, 2015, in furtherance of the FTC's investigation into the phony AMG debt, I interviewed an individual named Shawn Bure.  Bure was the owner of a company called Open Assets, LLC, which he described as an entity that brokers the sale of consumer debt.

20.     During the interview, Bure described events that took place in July, August, and September 2014 when he came into possession of three phony AMG debt portfolios.  Bure had received one of those portfolios from Hirsh Mohindra and Preetesh Patel of Ashton Asset

Management. A true and correct copy of Shawn Bure's declaration and its attachments are appended hereto as *Exhibit E*.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2016.

Michael B. Goldstein

# EXHIBIT A

## DECLARATION OF MICHAEL JARED MARSH
## PURSUANT TO 28 U.S.C. §1746

I, Michael Jared Marsh, hereby state that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1.  I am a citizen of the United States and am over eighteen (18) years of age. I live in Prairie Village, Kansas.

2.  I am a practicing attorney, admitted in the States of Missouri and Kansas. From January 20, 2009 until February 28, 2015, I held the position of General Counsel at AMG Services, Inc. ("AMG"). Beginning on March 1, 2015 to the present I have provided legal counsel to AMG as an independent legal advisor.

3.  AMG provided loan servicing for a number of entities, wholly owned by federally recognized Indian Tribes and engaged in extending online, short term, small dollar consumer loans. As General Counsel, I assisted management in monitoring and resolving customer complaints and human resources issues, as well as coordinating with outside legal counsel regarding regulatory compliance and pending litigation.

4.  In early August 2014, a floor manager from one of the AMG customer service departments came to my office to bring to my attention that an increasing number of phone calls the customer service representatives were receiving were from non-customers and customers complaining about abusive collection calls from debt collectors claiming to be collecting on behalf of the tribally owned lenders that were serviced by AMG. AMG did not have any records of any collection attempts to these non-customers and customers.

5.    The floor manager indicated that these calls began coming into the call center beginning in late July 2014. The floor manager told me that most of these callers were not customers of any of the tribally owned lenders serviced by AMG.

6.    AMG does not have, and never had, the authority to sell or place any consumer or account information it obtains during the provision of services to its tribal lender clients. Since 2008, to the best of my knowledge, AMG's tribal lender clients have never sold any of their customer or account information or placed or sold any of their charged-off accounts to any third-party.

7.    Once AMG management was alerted to this pattern of consumer calls, a system to collect and record the information was created. A form containing the name of the alleged lender and account number, company and agent calling, the phone number on the consumer's caller identification, any callback number, company address, and then notes about any other details given by the consumer was utilized by the customer service representative to collect this data. My assistant then transferred this data from the forms to a spreadsheet.

8.    In late February 2015, I transferred a copy of this spreadsheet to the FTC via an encrypted file transfer protocol ("FTP") website. At that time there were 818 entries on the spreadsheet. Of these 818, 185 entries were about Delaware Solutions, Clear Credit Solutions, or some close permutation of those names.

9.    In the vast majority of the Delaware Solutions and Clear Credit Solutions entries (166), the lender was identified as 500FastCash. 500FastCash is a trade name of Red Cedar Services, Inc. ("RCS"). Delaware Solutions and Clear Credit Solutions also claimed to be collecting on behalf of AdvantageCashServices, Ameriloan, OneClickCash, StarCashProcessing, UnitedCashLoans, and USFastCash.

10. OneClickCash is a trade name of SFS, Inc. ("SFS"). Ameriloan, AdvantageCashServices, StarCashProcessing, UnitedCashLoans, and USFastCash are trade names of MNE Services, Inc. ("MNE").

11. Red Cedar Services, Inc. is a wholly owned governmental instrumentality of the Modoc Tribe of Oklahoma, a federally recognized Indian Tribe located on Indian lands in the State of Oklahoma. SFS, Inc. is a wholly owned governmental instrumentality of the Santee Sioux Nation, Nebraska, a federally recognized Indian Tribe located on Indian lands in the State of Nebraska. MNE Services, Inc. is a wholly owned governmental instrumentality of the Miami Tribe of Oklahoma, a federally recognized Indian Tribe located on Indian lands in the State of Oklahoma. AMG provided loan servicing on behalf of RCS, SFS and MNE.

12. Some consumers also reported that a company called Braclaire Management was processing the consumer payments for Delaware Solutions.

13. On September 29, 2014, I sent a Cease and Desist letter on behalf of Red Cedar Services, Inc. d/b/a 500FastCash to Clear Credit Solutions by facsimile and U.S. Mail. I sent the letter to facsimile number 888-491-0608 and the address 300 Delaware Avenue, Suite 210, Wilmington, DE 19801. A true and correct copy of the Cease and Desist letter to Clear Credit Solutions is appended hereto as *Attachment A*.

14. On October 9, 2014, I sent a Cease and Desist letter on behalf of Red Cedar Services, Inc. d/b/a 500FastCast to Delaware Solutions. I sent the letter via U.S. Mail to the address 300 Delaware Avenue, Suite 210, Wilmington, DE 19801. A true and correct copy of the Cease and Desist letter to Delaware Solutions is appended hereto as *Attachment B*.

15.     Both letters stated that, "500FastCash has not authorized any third-party to sell, broker, market or collect any debt owed to 500FastCash." The letters instructed Clear Credit Solutions and Delaware Solutions that any collection activity undertaken by them that identified 500FastCash as a creditor was unauthorized and unlawful, and that all such activity be immediately ceased.

16.     The letters I sent were not returned to me. The letter that I faxed to Clear Credit Solutions was transmitted.

17.     In late September 2014 I was informed by a customer service manager that a man named Mark Rush with Clear Credit Solutions called the customer service line for 500FastCash attempting to validate the debt that Clear Credit Solutions claimed to have acquired from a third-party debt broker. The manager informed Mr. Rush that 500FastCash did not sell any of its debt to be collected by any third-party and asked Mr. Rush to provide the name and contact information of the third-party debt broker that had sold the debt. Mr. Rush stated he could not provide that information.

18.     Shortly thereafter, I called one of the callback numbers for Clear Credit Solutions that was provided to a customer service representative by a complaining consumer. I spoke to an individual who identified himself as a manager. I do not recall if he gave me his name. I informed him that any attempt to collect in the name of 500FastCash or other trade names used by AMG's tribal lender clients was unlawful.

19.     The manager claimed that a rogue agent named Mark Rush had placed the accounts into their system. The manager told me that Rush had been fired, and the accounts had been deleted off their system.

20.     After this telephone call, customer service representatives for the tribal lenders continued
        to receive calls from consumers who stated that they were being contacted by Delaware
        Solutions and Clear Credit Solutions about debts owed to AMG's tribal lender clients.
        The spreadsheet of complaints contains 106 entries in November and December 2014,
        and January 2015 from Delaware Solutions and Clear Credit Solutions.

21.     Because we continued to receive complaints, I tried calling management for Delaware
        Solutions and Clear Credit Solutions to again order them to cease and desist. On October
        17, 2014, I spoke with a manager identifying himself as Mike Mathis. Mr. Mathis told me
        to speak to Clear Credit Solutions' attorney, but refused to give me the contact
        information of that attorney and disconnected the call. When I called back that day, Mr.
        Mathis again refused to give me any attorney contact information and stated that if I
        continued to call he would consider it harassment and report me to law enforcement.

22.     Non-customers and customers continued to complain of calls from Delaware Solutions
        and/or Clear Credit Solutions, so I again called a call back number on November 25,
        2104 and reached a man identifying himself as Matthew Weatherfield and who stated his
        position was Team Lead. Mr. Weatherfield would not speak with me and transferred me
        to a manager, who identified himself as Mike Mathis. I informed Mr. Mathis that we had
        spoken about a month earlier and that consumers had continued to call complaining about
        Delaware Solutions and/or Clear Credit Solutions. Mr. Mathis put me on hold to get the
        company's attorney's information. He never came back on the line and the line then
        disconnected. I tried to call back several times in the hours and days after this and either
        reached a recorded message, dead air or collection agents who would refuse to transfer
        me to a manager. The agents made various threats including reporting me to law

enforcement and reporting a complaint to my state bar, in an effort to get me to stop
calling. Finally, I was told that their corporate office would call me. I waited for a call
from the corporate office, but never received one.

23.  The tribal lenders continued to receive calls from consumers about debt collection
attempts by Delaware Solutions and Clear Credit Solutions. The tribal lenders have
received calls as recently as July 22, 2015.

24.  I have included some samples of correspondence that consumers have received and
forwarded to AMG, from Delaware Solutions and Clear Credit Solutions. True and
correct copies of emails and letters from Delaware Solutions and Clear Credit Solutions
are appended hereto as *Attachment C*.


I declare under penalty of perjury that the foregoing is true and correct. Executed this
25th day of July , 2015.


Michael Jared Marsh

# ATTACHMENT A



September 29, 2014

**VIA FACSIMILE (888-491-0608)**
**AND U.S. MAIL**
Clear Credit Solutions, LLC
300 Delaware Ave, Suite 210
Wilmington, DE 19801

Re:     CEASE AND DESIST UNAUTHORIZED DEBT COLLECTION ACTIVITY AND/OR
        UNAUTHORIZED SALE OR BROKERING OF DEBT

Dear CLEAR CREDIT SOLUTIONS, LLC:

It has come to the attention of Red Cedar Services, Inc. d/b/a 500FastCash ("500FastCash") that
CLEAR CREDIT SOLUTIONS, LLC (hereinafter "CLEAR CREDIT SOLUTIONS" or "You")
is attempting collect debts using the name of 500FastCash as the original creditor. Such attempts
are unauthorized and unlawful and 500FastCash is ordering CLEAR CREDIT SOLUTIONS to
CEASE AND DESIST any and all collection and/or reporting activities on accounts where
500FastCash is identified as the creditor.

It has also come to the attention of 500FastCash that CLEAR CREDIT SOLUTIONS and/or
persons acting under the authority of CLEAR CREDIT SOLUTIONS, LLC or for the benefit of
CLEAR CREDIT SOLUTIONS, LLC has allegedly sold, brokered or marketed debt that is
fraudulently identified as 500FastCash debt. CLEAR CREDIT SOLUTIONS is HEREBY
DIRECTED TO CEASE AND DESIST any and all efforts to sell or broker or market debt that is
alleged to be 500FastCash debt. Such actions are UNAUTHORIZED AND UNLAWFUL and
500FastCash is ordering You to CEASE AND DESIST immediately.

500FastCash has not authorized any third-party to sell, broker, market or collect any debt owed to
500FastCash. Furthermore, 500FastCash has not sold any of its debt to any third-party for sale,
brokering, marketing, collecting or reporting purposes, nor has 500FastCash suffered a data
breach of its customer databases. Therefore, any activity CLEAR CREDIT SOLUTIONS has
undertaken on accounts where 500FastCash is identified as a creditor are UNAUTHORIZED and
UNLAWFUL and 500FastCash hereby ORDERS YOU TO STOP such activities immediately.

Further, 500FastCash hereby orders CLEAR CREDIT SOLUTIONS to immediately recall any
and all accounts where 500FastCash is identified as a creditor that You have sold, brokered or
marketed to anyone. 500FastCash also hereby demands that CLEAR CREDIT SOLUTIONS
provide 500FastCash with the name, address, phone number, email address and any other contact
information for any party that You sent accounts to, where 500FastCash is identified as a creditor.
500FastCash further orders CLEAR CREDIT SOLUTIONS to notify any and all credit reporting
bureaus or credit reporting agencies that any report purporting to list a debt of 500FastCash as the
original creditor is false and fraudulent and that such report was not authorized by 500FastCash
and that any and all reports by such credit reporting bureau or credit reporting agency must be
removed from any and all consumer credit reports immediately.

**Goldstein Exhibit A**
**Page 8 of 27**

FAX: 800-405-0906                              EMAIL: legal@500fastcash.com



Please be advised that 500FastCash is a trade name of Red Cedar Services, Inc. ("Red Cedar"), a subdivision of the Modoc Tribe of Oklahoma, a federally-recognized Indian Tribe located on Indian lands in the State of Oklahoma. 25 U.S.C. 479a, 79 F.R. 4748 (January 29, 2014). As a tribal government, the Modoc Tribe has interests in assuring that its lending practices are regulated for the protection of the consumer as well as the industry. Accordingly, Red Cedar d/b/a 500FastCash conducts all customer service and collection activities in its own name and does not sell, broker or market its debts to any third-party or authorize any third-party to collect debts owed to 500FastCash.

In conclusion, CLEAR CREDIT SOLUTIONS and/or all persons acting under the authority of CLEAR CREDIT SOLUTIONS, LLC or for the benefit of CLEAR CREDIT SOLUTIONS, LLC are all individually and collectively hereby ordered to CEASE AND DESIST any and all sales, brokering, marketing, collection and reporting activities on accounts where 500FastCash is identified as a creditor. You are further ordered that any action identifying 500FastCash as a creditor is UNAUTHORIZED and UNLAWFUL and must STOP IMMEDIATELY. You are further ordered to immediately recall any and all accounts where 500FastCash is identified as a creditor, as well as withdraw any and all credit reporting that purports to identify 500FastCash as a creditor and to immediately direct any and all credit reporting bureaus or credit reporting agencies to immediately remove any references on any consumer's credit report.

Failure to take immediate action in accordance with this letter will result in legal action.

Sincerely,

M. Jared Marsh
500FastCash Legal Department

FAX: 800-405-0906                    EMAIL: legal@500fastcash.com

# ATTACHMENT B



October 9, 2014

**VIA U.S. MAIL**
Delaware Solutions LLC
300 Delaware Avenue, Suite 210
Wilmington, DE 19803

Re:     CEASE AND DESIST UNAUTHORIZED DEBT COLLECTION ACTIVITY AND/OR
        UNAUTHORIZED SALE OR BROKERING OF DEBT

Dear DELAWARE SOLUTIONS LLC:

It has come to the attention of Red Cedar Services, Inc. d/b/a 500FastCash ("500FastCash") that
DELAWARE SOLUTIONS LLC (hereinafter "DELAWARE SOLUTIONS" or "You") is
attempting collect debts using the name of 500FastCash as the original creditor. Such attempts are
unauthorized and unlawful and 500FastCash is ordering DELAWARE SOLUTIONS to CEASE
AND DESIST any and all collection and/or reporting activities on accounts where 500FastCash is
identified as the creditor.

It has also come to the attention of 500FastCash that DELAWARE SOLUTIONS and/or persons
acting under the authority of DELAWARE SOLUTIONS LLC or for the benefit of DELAWARE
SOLUTIONS LLC has allegedly sold, brokered or marketed debt that is fraudulently identified as
500FastCash debt. DELAWARE SOLUTIONS is HEREBY DIRECTED TO CEASE AND
DESIST any and all efforts to sell or broker or market debt that is alleged to be 500FastCash debt.
Such actions are UNAUTHORIZED AND UNLAWFUL and 500FastCash is ordering You to
CEASE AND DESIST immediately.

500FastCash has not authorized any third-party to sell, broker, market or collect any debt owed to
500FastCash. Furthermore, 500FastCash has not sold any of its debt to any third-party for sale,
brokering, marketing, collecting or reporting purposes, nor has 500FastCash suffered a data
breach of its customer databases. Therefore, any activity DELAWARE SOLUTIONS has
undertaken on accounts where 500FastCash is identified as a creditor are UNAUTHORIZED and
UNLAWFUL and 500FastCash hereby ORDERS YOU TO STOP such activities immediately.

Further, 500FastCash hereby orders DELAWARE SOLUTIONS to immediately recall any and
all accounts where 500FastCash is identified as a creditor that You have sold, brokered or
marketed to anyone. 500FastCash also hereby demands that DELAWARE SOLUTIONS provide
500FastCash with the name, address, phone number, email address and any other contact
information for any party that You sent accounts to, where 500FastCash is identified as a creditor.
500FastCash further orders DELAWARE SOLUTIONS to notify any and all credit reporting
bureaus or credit reporting agencies that any report purporting to list a debt of 500FastCash as the
original creditor is false and fraudulent and that such report was not authorized by 500FastCash
and that any and all reports by such credit reporting bureau or credit reporting agency must be
removed from any and all consumer credit reports immediately.

**Goldstein Exhibit A**
**Page 11 of 27**

FAX: 800-405-0906                                    EMAIL: legal@500fastcash.com



Please be advised that 500FastCash is a trade name of Red Cedar Services, Inc. ("Red Cedar"), a subdivision of the Modoc Tribe of Oklahoma, a federally-recognized Indian Tribe located on Indian lands in the State of Oklahoma. 25 U.S.C. 479a, 79 F.R. 4748 (January 29, 2014). As a tribal government, the Modoc Tribe has interests in assuring that its lending practices are regulated for the protection of the consumer as well as the industry. Accordingly, Red Cedar d/b/a 500FastCash conducts all customer service and collection activities in its own name and does not sell, broker or market its debts to any third-party or authorize any third-party to collect debts owed to 500FastCash.

In conclusion, DELAWARE SOLUTIONS and/or all persons acting under the authority of DELAWARE SOLUTIONS LLC or for the benefit of DELAWARE SOLUTIONS LLC are all individually and collectively hereby ordered to CEASE AND DESIST any and all sales, brokering, marketing, collection and reporting activities on accounts where 500FastCash is identified as a creditor. You are further ordered that any action identifying 500FastCash as a creditor is UNAUTHORIZED and UNLAWFUL and must STOP IMMEDIATELY. You are further ordered to immediately recall any and all accounts where 500FastCash is identified as a creditor, as well as withdraw any and all credit reporting that purports to identify 500FastCash as a creditor and to immediately direct any and all credit reporting bureaus or credit reporting agencies to immediately remove any references on any consumer's credit report.

Failure to take immediate action in accordance with this letter will result in legal action.

Sincerely,

M. Jared Marsh
500FastCash Legal Department

Goldstein Exhibit A
Page 12 of 27

# ATTACHMENT C

**Goldstein Exhibit A**
**Page 13 of 27**

https://live.ecash.eplatfla.com/print_archive.php?archive_id=99610...

**500 Fast Cash Document Compliance|en Message Queue**

**Sent From:** ▮▮▮▮▮▮▮▮
**Date/Time Sent:** 11/05/2014 09:52:05 am
**Subject:** FW: Thank you for your payment

PLEASE LET ME KNOW YOU GOT THIS E-MAIL..JOHN JONES

From: Settlement Director
[mailto:paymentsdesk@clearcreditsolutionsllc.com]
Sent: Wednesday, November 05, 2014 9:45 AM
To: J▮▮▮,John; Settlement Director
Subject: Thank you for your payment

Dear John J▮▮▮,

Attached to this email is your proof of payment letter in a pdf
document. If you cannot open the attachment, please install Adobe
Reader by going to http://get.adobe.com/reader/.
Please be advised that any payment returned as invalid for any
reason will constitute this arrangement to be null and void. If you
have any questions please contact our office using the contact
information below.

Thank you,

Settlement Director

Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

Fax: 1-888-491-0608
Toll Free:
http://www.clearcreditsolutionsllc.com

**Goldstein Exhibit A**
**Page 14 of 27**
11/5/2014 11:13 AM



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

**November 3rd, 2014**

Cynthia F█████

PLAINFIELD, IL ████
XXX-XX-████

Original Creditor: WWW.500FASTCASH.COM
Original Account No.: ██████████
Principal Amount: $1796.12

Dear Cynthia F█████:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $1796.12.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Sincerely,

Payment Processing Department

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

October 30th, 2014

B██████ Kristy
███████████████
NORTH, SC ████
XXX-XX-████

Original Creditor: WWW.500FASTCASH.COM
Original Account No.: ████████
Principal Amount: $390.00

Dear B█████ Kristy:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $390.00.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

*Unable to locate*

Sincerely,

Payment Processing Department

Clear Credit Solutions, LLC
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

Goldstein Exhibit A
Page 16 of 27



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

October 23rd, 2014

J█████Rachel

JOHNSON CITY, TN ████

XXX-XX-████

**Original Creditor: WWW.500FASTCASH.COM**
**Original Account No.:** ████████
**Principal Amount: $510.00**
**Settlement Amount: $307.52**

Dear J█████Rachel:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment for the above referenced account, in the amount of $307.52 due in our office on or before **Thursday Oct 23, 2014.** Upon the clearance of funds the above mentioned account will be considered "settled in full" and all three credit bureaus will be updated accordingly. In addition you will have no further obligation to **WWW.500FASTCASH.COM** or any of its affiliates regarding this account.

 Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

 Please take note that we have a payment processing company handling all of our payments for your protection as well as ours.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | | Original Creditor: WWW.500FASTCASH.COM |
|---|---|---|
| Check One: ☐ ████ ☐ ████ | CCV# (Last 3 Digits on Back of Card) | Original Account #: ████████ |
| Card Number | Payment Amount Expiration Date $ / | **Amount Due: $307.52** |
| Card Holder Name | Signature of Card Holder Date | **Date Due: Thursday Oct 23, 2014** |
| J█████Rachel  JOHNSON CITY, TN ████ | | Clear Credit Solutions, LLC  300 Delaware Avenue  Suite 210  Wilmington, DE 19801  1-844-292-1445 |

**Clear Credit Solutions, LLC**
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=9960044...

Please see attached for correspondence regarding scam to collect on a loan that I never had with you all.

Sent from Yahoo Mail on Android

From:"Christy K███" <███████████████>
Date:Tue, Oct 21, 2014 at 5:57 PM
Subject:Re: Settlement Agreement

Can you please send the name of the lender I used? I have contacted 500fastcash.com and have never had any dealings with them nor do I owe them money. I have researched your company in addition and found scam reports stating people were contacted with this same scenario that I was contacted with only to find out it was a scam. Please provide more information.

Thanks.

Sent from Yahoo Mail on Android

From:"Settlement Director" <paymentsdesk@clearcreditsolutionsllc.com>
Date:Tue, Oct 21, 2014 at 4:36 PM
Subject:Settlement Agreement

Dear K███ Christine,

Attached to this email is your settlement agreement in a pdf document. **If you cannot open the attachment, please install Adobe Reader by going to http://get.adobe.com/reader/.**
If you have any questions please contact our office using the contact information below.

Thank you,

Settlement Director

Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

Fax: 1-888-491-0608
Toll Free:
http://www.clearcreditsolutionsllc.com



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

October 16th, 2014



G██████Michael

Rio Rancho, NM ████

XXX-XX-████

Original Creditor: WWW.500FASTCASH.COM
Original Account No.: ████████
Principal Amount: $530.00
Settlement Amount: $330.00

Dear G██████Michael:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $330.00 due in our office on or before 10/30/2014. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to WWW.500FASTCASH.COM or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: **BRACLAIRE MGMT**. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | | Original Creditor: WWW.500FASTCASH.COM |
|---|---|---|
| Check One: ☐ ☐ | CCV# (Last 3 Digits on Back of Card) | Original Account #: ████████ |
| Card Number | Payment Amount  Expiration Date | **Amount Due: $330.00** |
| Card Holder Name | Signature of Card Holder   Date | **Date Due: 10/30/2014** |

| G██████ Michael Rio Rancho, NM ████ | Clear Credit Solutions, LLC 300 Delaware Avenue Suite 210 Wilmington, DE 19801 **1-866-822-5823** |
|---|---|

**Goldstein Exhibit A**
**Page 19 of 27**

**Clear Credit Solutions, LLC**
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

10/11/2014  07:22     862-272-9397           SAMMIE WILSON                      PAGE  01
Message                                                                         Page 1 of 1

 

Homepage | My Account | Upgrade | Support





sammiewilson@peoplepc.com | Preferences | Help | Feedback | Sign Out | Use the previous Webmail

**Web Mail**

1% of 100 MB used

Email Folders [Edit]

**Message**
‹ Previous | Next › | × Back to INBOX

spam Controls [Edit]
Upgrade to spamcatcher
virus Blocker

Reply   Reply All   Forward...   Print   Delete   Spam   Move to...   More Actions...

**From:** Settlement Director <paymentdesk@clearcreditsolutionsllc... [add to Address Book]
**To:**
**Subject:** Thank you for your payment
**Date:** Oct 9, 2014 3:30 PM
**Attachments:** WILSON_SAMMIE_bye.pdf

HARP
Program
Status 2014

harp mortgagerefinance...

Verify Your HARP
Eligibility Status
HARP Refinance
Quotes in Minutes!

Dear Wilson Sammie,

Attached to this email is your proof of payment letter in a pdf document. If you cannot open the attachment, please install Adobe Reader by going to http://get.adobe.com/reader/.
Please be advised that any payment returned as invalid for any reason will constitute this arrangement to be null and void. If you have any questions please contact our office using the contact information below.

Thank you,

Settlement Director

Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

Fax: 1-888-491-0806
Toll Free:
http://www.clearcreditsolutionsllc.com

Reply   Reply All   Forward...   Print   Delete   Spam   Move to...   More Actions...
‹ Previous | Next › | × Back to INBOX



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

October 3rd, 2014

A▮▮Carlos

Rio Hondo, TX ▮▮▮
XXX-XX-▮▮▮

Original Creditor: WWW.500FASTCASH.COM
Original Account No.:▮▮▮▮
Principal Amount: $2135.00
Settlement Amount: $175.00

Dear A▮▮Carlos:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of **$175.00** due in our office on or before **10/03/2014**. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to **WWW.500FASTCASH.COM** or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: **BRACLAIRE MGMT**. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | | Original Creditor: WWW.500FASTCASH.COM |
|---|---|---|
| Check One: ☐ ▮▮ ☐ ▮▮ | CCV# (Last 3 Digits on back of Card) | Original Account #: ▮▮▮▮ |
| Card Number | Payment Amount $ / Expiration Date | **Amount Due: $175.00** |
| Card Holder Name | Signature of Card Holder   Date | **Date Due: 10/03/2014** |

| A▮▮ Carlos | Clear Credit Solutions, LLC |
|---|---|
| Rio Hondo, TX ▮▮▮ | 300 Delaware Avenue |
| | Suite 210 |
| | Wilmington, DE 19801 |
| | 1-866-822-5823 |

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

September 30th, 2014

W███Cody
███████
Lansing, MI ████
XXX-XX-████

Original Creditor: WWW.500FASTCASH.COM
Original Account No.: ████████
Principal Amount: $510.00
Settlement Amount: $300.00

Dear W███Cody:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $300.00 We have agreed to take the previously stated amount in two installments as follows: $150.00 due on 10/01/2014 and a final payment of $150.00 due on 11/01/2014. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to WWW.500FASTCASH.COM or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: BRACLAIRE MGMT. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | | | Original Creditor: WWW.500FASTCASH.COM |
|---|---|---|---|
| Check One: | | CCV# (Last 3 Digits on Back of Card) | Original Account #: ████ |
| ☐ 💳 | ☐ 💳 | | **Amount Due: $150.00** |
| Card Number | Payment Amount | Expiration Date | **Date Due: 10/01/2014** |
| | $ | / | |
| Card Holder Name | Signature of Card Holder | Date | |

| | |
|---|---|
| W███Cody | Clear Credit Solutions, LLC |
| | 300 Delaware Avenue |
| Lansing, MI ████ | Suite 210 |
| | Wilmington, DE 19801 |
| | 1-866-822-5823 |

**Clear Credit Solutions, LLC**
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

https://live.ccash.eplatflat.com/print_archive.php?archive_id=99586...

**500 Fast Cash Document Compliance|en Message Queue**

**Sent From:** ▮▮▮▮▮▮▮▮▮▮▮
**Date/Time Sent:** 10/07/2014 04:11:43 pm
**Subject:** FW: Settlement Agreement - scam report

```
From: ▮▮▮▮▮▮▮▮▮▮   [mailto:▮▮▮▮▮▮▮▮▮▮]
Sent: Tuesday, October 07, 2014 11:56 AM
To: Linda R▮▮▮
Subject: Fwd: Settlement Agreement
```

```
From: paymentsdesk@clearcreditsolutionsllc.com
To: ▮▮▮▮▮▮▮▮▮   paymentsdesk@clearcreditsolutionsllc.com
Sent: 9/30/2014 6:00:33 P.M. Eastern Daylight Time
Subj: Settlement Agreement

Dear R▮▮▮ Linda,

Attached to this email is your settlement agreement in a pdf
document. If you cannot open the attachment, please install Adobe
Reader by going to http://get.adobe.com/reader/.
If you have any questions please contact our office using the
contact information below.

Thank you,

Settlement Director.

Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

Fax: 1-888-491-0608
Toll Free:
http://www.clearcreditsolutionsllc.com
```

**Goldstein Exhibit A**
**Page 23 of 27**
10/8/2014 9:14 AM



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

**September 30th, 2014**

R█ Linda

Ocala, FL █████
XXX-XX-█

**Original Creditor: WWW.500FASTCASH.COM**
**Original Account No.:** ████████
**Principal Amount: $877.82**
**Settlement Amount: $352.82**

Dear R█ Linda:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of **$352.82** due in our office on or before **10/03/2014**. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to **WWW.500FASTCASH.COM** or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: **BRACLAIRE MGMT**. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | Original Creditor: WWW.500FASTCASH.COM |
|---|---|
| Check One: ☐ ████ ☐ ████  CCV# (Last 3 Digits on Back of Card) ████ | Original Account #: ████ |
| Card Number | **Amount Due: $352.82** |
| Payment Amount  Expiration Date  $_____  ___/___ | **Date Due: 10/03/2014** |
| Card Holder Name  Signature of Card Holder  Date | |

| R█ Linda | Clear Credit Solutions, LLC |
|---|---|
| ████████ | 300 Delaware Avenue |
| Ocala, FL ████ | Suite 210 |
| | Wilmington, DE 19801 |
| | 1-866-822-5823 |

**Clear Credit Solutions, LLC**
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

September 22nd, 2014



F███Sonia
Orlando, FL ████
XXX-XX-██

Original Creditor: WWW.500FASTCASH.COM
Original Account No.: ████████
Principal Amount: $330.00

Dear F███Sonia:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $330.00 We have agreed to take the previously stated amount in two installments as follows: $50.00 due on 09/30/2014 and a final payment of $280.00 due on 10/17/2014. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to WWW.500FASTCASH.COM or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: **BRACLAIRE MGMT**. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | Original Creditor: WWW.500FASTCASH.COM |
|---|---|
| Check One: ☐ ████ ☐ ████  CCV# (Last 3 Digits on Back of Card) | Original Account #: ████ |
| Card Number          Payment Amount  Expiration Date | **Amount Due: $50.00** |
| Card Holder Name      Signature of Card Holder  Date | **Date Due: 09/30/2014** |

| F███Sonia | Clear Credit Solutions, LLC |
|---|---|
| Orlando, FL ████ | 300 Delaware Avenue |
| | Suite 210 |
| | Wilmington, DE 19801 |
| | 1-866-822-5823 |

**Clear Credit Solutions, LLC**

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=99582063&...

Hi my name is Lorraine B████ and I just spoke to Mindy#286 regarding these people. Please call me back to confirm that you guys receive this email.

Begin forwarded message:

From: Settlement Director <settlements@clearcreditsolutionsllc.com>
To: ██████████████, Settlement Director <settlements@clearcreditsolutionsllc.com>
Subject: Settlement Agreement

Dear B████ Lorraine,

Attached to this email is your settlement agreement in a pdf document. **If you cannot open the attachment, please install Adobe Reader by going to http://get.adobe.com/reader/.**
If you have any questions please contact our office using the contact information below.

Thank you,

Settlement Director

Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

Fax: 1-888-491-0608
Toll Free:
http://www.clearcreditsolutionsllc.com



Clear Credit Solutions, LLC
300 Delaware Avenue
Suite 210
Wilmington, DE 19801

September 16th, 2014

B████ Lorraine

Anchorage, AK ████
XXX-XX-████

**Original Creditor: WWW.500FASTCASH.COM**
**Original Account No.:** ████
**Principal Amount: $420.00**
**Settlement Amount: $300.00**

Dear B████ Lorraine:

This letter is to confirm that Clear Credit Solutions, LLC has been authorized to accept payment in full for the above referenced account, in the amount of $300.00 We have agreed to take the previously stated amount in two installments as follows: $25.00 due on 09/26/2014 and a final payment of $275.00 due on 10/02/2014. Upon the clearance of funds the above mentioned account will be considered "paid in full" and all three credit bureaus will be updated accordingly. In addition you will have no legal obligation to WWW.500FASTCASH.COM or any of its affiliates ever again.

Please be advised if the terms of this agreement are not met, we will proceed as is necessary to protect the interests of this office and those of our client for the balance, plus any accrued interest, charges, and/or attorney fees permitted by the terms of the original contract and agreement, between yourself and the original creditor, or as provided by law.

Please take note that we have a payment processing company handling all of our payments for your protection as well as ours. When you receive your credit card billing statement, it will read: **BRACLAIRE MGMT**. Please write that down so that there is no confusion when you get your monthly statement.

Sincerely,

Payment Processing Department

| IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW | | Original Creditor: **WWW.500FASTCASH.COM** |
|---|---|---|
| Check One: ☐ ☐ | CCV# (Last 3 Digits on Back of Card) | Original Account #: ████ |
| Card Number | Payment Amount Expiration Date $ / | **Amount Due: $25.00** **Date Due: 09/26/2014** |
| Card Holder Name | Signature of Card Holder Date | |
| B████ Lorraine  Anchorage, AK ████ | | Clear Credit Solutions, LLC 300 Delaware Avenue Suite 210 Wilmington, DE 19801 1-855-641-6200 |

**Clear Credit Solutions, LLC**
THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE ARE A PROFESSIONAL DEBT ACQUISITION FIRM.

# EXHIBIT B

# RECEIVABLES PURCHASE AGREEMENT

This Receivables Purchase Agreement ("Agreement") is made and entered into this 10th day of September 2014, by and between CHM CAPITAL GROUP, (hereinafter referred to as "Seller ") and SOLIDUS GROUP, LLC. (hereinafter referred to as "Purchaser")

WHEREAS, Seller desires to sell certain receivables ("Debt Receivables"); and

WHEREAS, Purchaser desires to purchase such Debt Receivables from Seller, as more particularly defined herein on the terms and conditions set forth in this Agreement;

NOW THEREFORE, in consideration of the foregoing recitals and the mutual covenants and conditions contained in this Agreement, and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, it is agreed as follows:

1.  SALE AND PURCHASE OF DEBT RECEIVABLES.  Subject to the terms of this Agreement, Seller agrees to sell, convey, transfer and assign to Purchaser and Purchaser agrees to purchase from Seller, for the consideration herein provided, the right, title, interest, and obligations of Seller in and to those Debt Receivables as described on Exhibit A attached hereto (all of such receivables herein collectively called "Accounts" and singularly an "Account").

2.  PURCHASE PRICE.  Subject to the terms and conditions of this Agreement, and in reliance upon the representations, warranties and covenants of the Seller made herein, Purchaser shall pay and deliver to Seller the sum set forth in the Closing Statement attached hereto as Exhibit B, for the Accounts purchased under this Agreement.

3.  INDEMNIFICATION BY PURCHASER. Purchaser agrees to indemnify and hold such Seller (including its officers, directors, employees, stockholders, and agents) harmless from and against any claims, actions, suits or other actual or threatened proceedings, and all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) incurred or suffered by Seller by reason of willful misconduct or violation of any applicable law, rule or regulation by Purchaser (or its employees, representatives, agents or successors) or any subsequent Purchaser (or its employees, representatives, agents or successors) in connection with the collection or enforcement of the Accounts.  At its option, Seller shall have the right to require Purchaser to assume the defense of any claims, actions, suits or other actual or threatened proceedings and to directly pay for all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) which may be imposed.

Purchaser agrees that in the event any subsequent Purchaser fails to defend, indemnify and hold Seller harmless that Purchaser shall be responsible to indemnify Seller.

4.   **INDEMNIFICATION BY SELLER.**  Seller agrees to indemnify and hold such Purchaser (including its officers, directors, employees, stockholders, and agents) harmless from and against any claims, actions, suits or other actual or threatened proceedings, and all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) incurred or suffered by Purchaser by reason of willful misconduct or violation of any applicable law, rule or regulation by Seller (or its employees, representatives, agents or successors) in connection with the collection or enforcement of the Accounts.  At its option, Purchaser shall have the right to require Seller to assume the defense of any claims, actions, suits or other actual or threatened proceedings and to directly pay for all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) which may be imposed.

5.   **CONDITIONS OF SALE.**

A.    The obligations of Purchaser to perform hereunder and purchase the Accounts on the Closing Date shall be subject to the satisfaction on or before the Closing Date of the following further conditions: (i) the representations contained in Paragraph 1 hereof shall to the best of Seller's knowledge and belief be true and correct in all respects on the Closing Date as if made on such date; and (ii) Seller shall have performed and observed all covenants, agreements and conditions hereof to be performed or observed by it on or before the Closing Date.

B.    The obligations of Seller to perform hereunder and sell the Accounts at Closing shall be subject to the satisfaction, on or before the Closing Date, of the following further conditions:  (i) Purchaser shall provide Seller with a copy of its proposed notification to Account obligor advising them that the Accounts have been transferred to Purchaser and that all payments on the Accounts shall thereafter be made to the Purchaser.  Purchaser shall have delivered to Seller the Purchase Price specified in Paragraph 2 hereof.

C.    Purchaser agrees that any Accounts being purchased pursuant to this Agreement shall, if resold by Purchaser, continue to be subject to all terms and conditions set forth herein.  Purchaser agrees that for any and all future Contract of Sale or other document evidencing a transfer of ownership that this Agreement shall be disclosed to such firm and that this Agreement, along with all of its terms and conditions, made a part of such Contract of Sale or other documents, except that no disclosure shall be required of sale price.

6.   **CLOSING.**  The closing of the sale and applicable purchase of the Accounts shall take place on the date and at the location described in the Exhibit B hereto, or such other date and

location as shall be mutually agreed upon by the parties hereto (the actual date of Closing being herein called the "Closing Date"). At the Closing, the following shall be done:

A.   Seller shall deliver the final electronic sale file of Debt Receivables to Broker.

B.   Purchaser shall pay the balance of Purchase Price as set forth on Paragraph 2 of this Agreement and in Exhibit B to Broker's escrow account.

7.   **REPRESENTATIONS AND WARRANTIES OF PURCHASER.**

Purchaser covenants and agrees that in the collection of all Accounts listed in Exhibit A, Purchaser or its agents, employees, representatives or assignees shall comply with all applicable state and federal debt collection laws.

Purchaser or its assignee or successor shall, at its own expense, give the debtor of each Account written notice of the transfer by ordinary mail or debtor's last known address in its first written communication with the debtor.

Purchaser warrants and represents that it is a sophisticated informed investor, has knowledge and experience in financial and business matters that enables it to evaluate the merits and risks of the transaction contemplated by this Agreement. The Purchaser acknowledges that the Debt Receivables are being purchased As-Is, and that The Seller explicitly waives any and all liability for any and all claims that may arise directly or indirectly from this transaction, aside from Paragraph 5 of this agreement. The Purchaser acknowledges that Seller does not represent, warrant or insure the accuracy or completeness of any information or its sources of information contained in the information provided or in any of the Account Files. The Purchaser agrees and represents that the Accounts and Account Files made available to it were an adequate and sufficient basis on which to determine whether and at what price to purchase the Accounts. The Purchaser has made such independent investigations as it deems to be warranted into the nature, validity, enforceability, collectability and value of the Accounts, and all other facts it deems material to its purchase and is entering into this transaction solely on the basis of that investigation and the Purchaser's own judgment, and is not acting in reliance on any representatives or independent contractors (other than the representations and warranties of the Seller contained herein).

Purchaser is in full compliance with its obligations under the terms of any Confidentiality Agreement executed by the Purchaser to review the information made available by Seller or its agents, and the terms thereof are hereby incorporated herein subject to Purchaser's ownership rights and interests acquired by Purchaser hereunder.

8.   **NOTICES.**  Any notice or other communication provided for herein or given hereunder to

a party hereto shall be in writing and shall be delivered in person to such party or mailed by first class registered or certified mail, postage prepaid, addressed as follows:

If to Purchaser:

        SOLIDUS GROUP, LLC
        75 N. Woodward Ave., #10000
        Tallahassee, FL 32313
        Attn: Kelly Brace

If to Seller:        CHM CAPITAL GROUP
        500 Quail Ridge Drive
        Westmont, Illinois 60559

9.    **SEVERABILITY.** If any provision, or application thereof, of this Agreement is held unlawful or unenforceable in any respect, the parties hereto agree that such illegality or unenforceability shall not affect other provisions or allocations that can be given effect, and this Agreement shall be construed as if the unlawful or unenforceable provisions are amended so as to make it valid, reasonable and enforceable and agree to be bound by the terms of such provision, as modified by the court.

10.    **AMENDMENTS.** This Agreement may be amended or modified only by a written instrument executed by all the parties hereto.

11.    **COUNTERPARTS.** This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute but one instrument.

12.    **HEADINGS.** The headings contained in this Agreement and in the Exhibits appended hereto are for convenience only and shall not be deemed to affect the interpretation of the provisions of this Agreement.

13.    **GOVERNING LAW & VENUE.** This Agreement is made pursuant to, and shall be construed under the laws of the State of Illinois, and in the Courts of Illinois.

14.    **ENTIRE AGREEMENT.** This Agreement is intended to define the full extent of the legally enforceable undertakings of the parties hereto, and no related promise or representation, written or oral, which is not set forth explicitly in this Agreement is intended by either party to be legally binding. Both parties acknowledge that in deciding to enter into this transaction they have relied on no representations, written or oral, other than those explicitly set forth in this Agreement.

15.    **CONFIDENTIALITY.** The parties understand and agree that the terms of this Agreement are confidential and they will not be disclosed to anyone outside of their respective organizations.

16.   PURCHASER'S RIGHT OF RESALE.  Purchaser may sell or transfer any of the Accounts to a third party provided Purchaser uses its best efforts to assure that any subsequent purchaser is a reputable entity that shall provide Purchaser with industry typical indemnifications, and provided Purchaser requires every subsequent purchaser of all or part of the Accounts to agree to the same representations, warranties, and terms and be subject to the same indemnities of Purchaser as set forth in this Agreement, including but not limited to this Section and the original agreements in which seller sold a portfolio of receivables including the Accounts as though the third party purchaser and any subsequent purchaser were Purchaser, and any agreement for the sale of all or part of the Accounts by Purchaser and any subsequent purchaser shall provide further that each Seller shall have a direct right of action against all subsequent purchasers of all or part of the Accounts with respect to such representations, warranties, terms and indemnities, and Purchaser shall use no lower standards in selecting third party purchasers of Accounts that it typically uses for its other receivable portfolios.  Purchaser shall promptly inform Sellers of the identities of any potential purchasers to whom Purchaser furnishes any of the information with respect to the Accounts, and of any subsequent purchasers of the Accounts and Purchaser shall only sell Accounts after making a good faith investigation of and a determination that the potential purchaser's integrity and financial reliability conform to the standards set forth in the agreement.  Sale of some or all Accounts shall not relieve Purchaser of any obligation that Purchaser has undertaken under this Agreement and Purchaser shall be liable to Sellers for the breach of any representations, warranty or covenant or with respect to any indemnity that Purchasers adhere to as specified above.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the date first above written.

PURCHASER:               SOLIDUS GROUP, LLC

By:                      _____
                         Kelly Brace

SELLER:                  CHM CAPITAL GROUP

By:                      _____
                         Richard Stein, Operations Manager

# EXHIBIT A

**77,638 500 Fast Cash Accounts with Total Receivable Value of $33,077,730.00**

**EXHIBIT B**
**CLOSING STATEMENT**
**CHM CAPITAL GROUP**

| | |
|---|---|
| Receivable Amount | $33,077,730 |
| Accounts | 77,638 |
| Purchase Rate | $0.005 |
| Purchase Price | $165,000 |
| Closing Date | September 8th, 2014 |

**A.** On or before September 10th, 2014, Purchaser shall pay to Seller, $165,000 via wire to Sellers Bank Account.

**B.** Seller agrees to transfer the Accounts, as set forth in Exhibit A, to Purchaser within 72 hours of funding.

**C.** Wire Instructions:

| | |
|---|---|
| Account Name | CHM Capital Group, LLC<br>500 Quail Ridge Drive<br>Westmont, IL 60559 |
| Bank | Bank of America |
| ABA Routing | ███████ |
| Account Number | ███████3796 |

## EXHIBIT C

## ASSIGNMENT AND BILL OF SALE

Receivable Amount                    $33,077,730.00

Accounts                              77,638

CHM CAPITAL GROUP (hereinafter called "Seller") has entered into a Receivable Purchase Agreement dated September 10th, 2014 ("Agreement") for the sale of Accounts on Exhibit "A", hereof to SOLIDUS GROUP, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Accounts described in the Agreement.


CHM CAPITAL GROUP


By: _Richard Stein_

Richard Stein, Operations Manager

16. **PURCHASER'S RIGHT OF RESALE.**  Purchaser may sell or transfer any of the Accounts to a third party provided Purchaser uses its best efforts to assure that any subsequent purchaser is a reputable entity that shall provide Purchaser with industry typical indemnifications, and provided Purchaser requires every subsequent purchaser of all or part of the Accounts to agree to the same representations, warranties, and terms and be subject to the same indemnities of Purchaser as set forth in this Agreement, including but not limited to this Section and the original agreements in which seller sold a portfolio of receivables including the Accounts as though the third party purchaser and any subsequent purchaser were Purchaser, and any agreement for the sale of all or part of the Accounts by Purchaser and any subsequent purchaser shall provide further that each Seller shall have a direct right of action against all subsequent purchasers of all or part of the Accounts with respect to such representations, warranties, terms and indemnities, and Purchaser shall use no lower standards in selecting third party purchasers of Accounts that it typically uses for its other receivable portfolios.  Purchaser shall promptly inform Sellers of the identities of any potential purchasers to whom Purchaser furnishes any of the information with respect to the Accounts, and of any subsequent purchasers of the Accounts and Purchaser shall only sell Accounts after making a good faith investigation of and a determination that the potential purchaser's integrity and financial reliability conform to the standards set forth in the agreement.  Sale of some or all Accounts shall not relieve Purchaser of any obligation that Purchaser has undertaken under this Agreement and Purchaser shall be liable to Sellers for the breach of any representations, warranty or covenant or with respect to any indemnity that Purchasers adhere to as specified above.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the date first above written.

PURCHASER:          SOLIDUS GROUP, LLC

By:                 Kelly Brace

SELLER:             CHM CAPITAL GROUP

By:                 Richard Stein, Operations Manager

Goldstein Exhibit B
Page 9 of 9

# EXHIBIT C

New Account       02/07/11

# MANUFACTURERS AND TRADERS TRUST COMPANY
## COMMERCIAL DEPOSIT ACCOUNT OPENING REQUEST

| ACCOUNT TITLE AND STATEMENT ADDRESS | OFFICE OF ACCOUNT |
|---|---|
| THE SOLIDUS GROUP LLC<br>2316 DELAWARE AVE NUMBER 243<br>BUFFALO NY 14216 | 0037<br>Hertel Parkside Branch<br><br>**ACCOUNT NUMBER**<br>█████9000<br>**ACCOUNT TYPE**<br>M&T Advanced Business Checkin<br>**CUST 1 PHONE #** |

FUNDS OWNER CODE        02            FUNDS SUB-OWNER CODE   05

TIN/SSN        ████0673

**Agreement and Certification:** With respect to the Account, the above named Depositor: (1) acknowledges receipt of, and agrees to all provisions of, M&T Bank's Commercial Deposit Account Agreement, the Specific Features and Terms disclosure, the Availability Disclosure for Commercial Deposit Accounts, the Notice Regarding Overdrafts, and all related agreements, schedules of fees and charges, and M&T Bank rules, regulations, procedures and guidelines, all as amended from time to time; and (2) agrees to pay all applicable fees and charges as in effect from time to time, and (3) certifies that all information provided in connection with this account is accurate.

**Tax Certification:** Under penalties of perjury, I certify that: (1) The number shown on this form is Depositor's correct Taxpayer Identification Number; and (2) Depositor is not subject to backup withholding because (a) Depositor is exempt from backup withholding, or (b) Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified Depositor that it is no longer subject to backup withholding; and (3) Depositor is a U.S. person (including a U.S. resident alien).

**Tax Certification Instructions:** You must cross out item (2) above if Depositor has been notified by the IRS that it is currently subject to backup withholding because it has failed to report all interest and dividends on its tax return. (Also see Part III - Certification under Specific Instructions on the separate W-9 form.)

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

AUTHORIZED SIGNATURE ×  *Kelly J Grace*        DATE  2/7/11

TITLE

SIC CODE   7389   Business Services, Not Elsewhere Classified

IDENTIFICATION       CORP
                     DL   ████████

| OPENING AMOUNT | $20.00 | DATE   02/07/11 |
|---|---|---|

### ACCOUNT SPECIFICS

**CHECKING/NOW:**
Key Account for Analysis
Annual Interest Rate                    (subject to change daily)
Transfer Interest to Account
Statement Cycle  iM

**SAVINGS:**
Annual Interest Rate                    (subject to change daily)
PR
Transfer Interest to Account

**DEPOSIT SOURCE:**
1) Cash
2)
3)

**DEPOSIT AMOUNT:**
1) $20.00
2)
3)

**TIME DEPOSIT:**
Initial Term
Automatically Renewable?
Annual Interest Rate                    (for initial term)
Interest Check?
Interest Cycle
PR
PR Approval

Promotional Code

Initial Maturity Date
Final Maturity Date

Transfer Interest to Account
Basis Points

**EXISTING OR NEW CUSTOMER:**
CUST 1 Existing?  NO            Account Number:
CUST 2 Existing?               Account Number:

**SOURCE OF FUNDS IF ACCOUNT WAS FUNDED WITH CASH AMOUNT GREATER THAN $10,000:**

**Goldstein Exhibit C**

**Page 1 of 3**

Original - Account Services
PA002 (11/09)                                    WTB



| BUSINESS CUSTOMER 1 AND BUSINESS ADDRESS | BUSINESS CUSTOMER 2 AND BUSINESS ADDRESS |
|---|---|
| *THE SOLIDUS GROUP LLC<br>2316 DELAWARE AVE NUMBER 243<br>BUFFALO NY 14216 | |

| CUSTOMER 3 ADDRESS |
|---|
| |

```
INSTITUTION 01   MANUFACTURERS & TRADERS TRUST        FUNDS TRANSFER SEARCH REPORT        SEND TO-LEGAL DOCS         PAGE  131
PROCESS EFF. DATE 07/08/15                                                                WTS830  PRINTED 07/09/15 04:05:17

REQUESTOR: JANICE GLASGOW                              INST: 01                           COUNTRIES:              LOG ID: ELPSJMG
SEARCH REQ:  TYPE: A    START DATE: 02/01/08    TAX ID:        0673                       TEXT:
             FILE(S): B   END DATE: 07/07/15    APPL/ACCT: DDA       9000

TYPE  EXEC DATE  ENTRY                                 FUNDS TRANSFER INFORMATION  (PERIOD = MISSING)
----  ---------  -----

ORIG  09/10/14   97435      ORIG- THE SOLIDUS GROUP LLC           BENE- CHM CAPITAL GROUP, LLC
                            ADDR 1- OC:2316 DELAWARE AVE # 243    ADDR 1-
                            ADDR 2- OC:BUFFALO NY 14216           ADDR 2-
                            ADDR 3- OC:                           ADDR 3-
                            ADDR 4- OC:                           ADDR 4-
                            ORIG BANK-         MANUFACTURERS & TRADERS T  BENE BANK-          BANK OF AMERICA, N.A., NY
                            AMOUNT-    165,000.000  USD           US EQUIVALENT-   165,000.000
                 ARCHIVE    ORIG ACCT- DDA    9000     TIN-            0673  BENE ACCT- FT      3796    TIN- --------
                 COMPLETE   DEBIT ACCT- DDA   9000           CREDIT ACCT- IT        2000
                            ORIG ID- M AND T BANK                 BENE ID-
                            INSTRUCTIONS 1-                       TRACE ID-            OPER-
                            INSTRUCTIONS 2-                       FROM CNTRY- .  TO CNTRY- .   PAYMENT DATE- 09/10/14
                            INSTRUCTIONS 3-                       INTER R/T 1-

BENE  09/11/14   98935      ORIG- BRACLAIRE MANAGEMENT LLC        BENE- SOLIDUS GROUP, LLC
                            ADDR 1- ACOUNTS RECEIVABLE            ADDR 1- 2316 DELAWARE AVE #243
                            ADDR 2- 295 MAIN ST RM 1053           ADDR 2- BUFFALO, NY, 14216, US
                            ADDR 3- BUFFALO NY 14203-2511         ADDR 3-
                            ORIG BANK- BOFAUS3N    BANK OF AMERICA, N.A.  BENE BANK-         MANUFACTURERS & TRADERS T
                            AMOUNT-    12,000.000  USD            US EQUIVALENT-    12,000.000
                 ARCHIVE    ORIG ACCT- FT     3557     TIN- --------  BENE ACCT- DDA    9000    TIN-       0673
                 COMPLETE   DEBIT ACCT- IT    2000           CREDIT ACCT- DDA       9000
                            ORIG ID-                             BENE ID-
                            INSTRUCTIONS 1-                       TRACE ID-            OPER-
                            INSTRUCTIONS 2-                       US TO CNTRY- .  PAYMENT DATE- 09/11/14
                            INSTRUCTIONS 3-                       026009593       BANK OF AMERICA, N.A., NY
                                                                  INTER R/T 1-

ORIG  09/11/14   98932      ORIG- THE SOLIDUS GROUP LLC           BENE- HYLAN ASSET MGMT LLC
                            ADDR 1- OC:2316 DELAWARE AVE # 243    ADDR 1-
                            ADDR 2- OC:BUFFALO NY 14216           ADDR 2-
                            ADDR 3- OC:                           ADDR 3-
                            ADDR 4- OC:                           ADDR 4-
                            ORIG BANK-         MANUFACTURERS & TRADERS T  BENE BANK-          BANK OF AMERICA, N.A., NY
                            AMOUNT-    14,614.520  USD            US EQUIVALENT-    14,614.520
                 ARCHIVE    ORIG ACCT- DDA    9000     TIN- 2747720673  BENE ACCT- FT              TIN- --------
                 COMPLETE   DEBIT ACCT- DDA   9000           CREDIT ACCT- IT
                            ORIG ID- M AND T BANK                 BENE ID-
                            INSTRUCTIONS 1- OBI=KELLY BRACE       TRACE ID- 140911004898000  OPER-
                            INSTRUCTIONS 2-                       FROM CNTRY- .  TO CNTRY- .   PAYMENT DATE- 09/11/14
                            INSTRUCTIONS 3-                       INTER R/T 1-
```



# EXHIBIT D

28-Sep-2012 05:06 PM Bank of America 6302962317                    9/16

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ____3796                     Bank Number: 885

Account Type: ☒ DDA    ☐ SAV    ☐ CD

Account Title:

CHM CAPITAL GROUP LLC

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership    (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) S

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____    (or)  Employer Identification Number ____0044

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 HIRSH K MOHINDRA | PRESIDENT | | 9/26/12 |
| 2 GAURAV MOHINDRA | VICE PRESIDENT | | 9/26/12 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NIL
00-14-9297M 08-2012

Page 1 of 2

**Goldstein Exhibit D**
**Page 1 of 3**

28-Sep-2012 05:06 PM Bank of America 6302962317                    10/16

3796

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _MANAGING   MEMBER_____
Authorized Signer                                                   Title

**Review Information**

**Customer 1:**

Name _HIRSH K MOHINDRA_

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: ▓▓▓ | ID Issuer: IL | Iss. Date: 08/2010 | Exp. Date: 03/2014 |
| ID Type: Major Fin'l Credit Cd | ID#: ▓▓ | ID Issuer: CHASE BANK | Iss. Date: 02/2012 | Exp. Date: 11/2013 |

**Customer 2:**

Name _GAURAV MOHINDRA_

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: ▓▓ | ID Issuer: CA | Iss. Date: 11/2008 | Exp. Date: 11/2013 |
| ID Type: Major Fin'l Credit Cd | ID#: ▓▓ | ID Issuer: CITIBANK | Iss. Date: 08/2010 | Exp. Date: 10/2012 |

**Customer 3:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name _____

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| | |
|---|---|
| Date | 09/26/2012 |
| Banking Center Name | BOLINGBROOK ON WEBER ROAD |
| Associate's Name | PARESH VAGADIA |
| Associate's Phone Number | ▓▓▓▓ |

NIL
00-14-9297M 08-2012                                                Page 2 of 2

**Goldstein Exhibit D**
**Page 2 of 3**



**Your checking account**

# Bank of America

CHM CAPITAL GROUP LLC | Account # ▆▆▆▆ 3796 | **September 1, 2014 to September 30, 2014**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/02/14 | ▆▆▆▆ ▆▆▆▆▆▆▆ | 7,676.25 |
| 09/02/14 | ▆▆▆▆▆▆▆▆▆▆ | 142.50 |
| 09/03/14 | ▆▆▆ ▆▆▆▆▆ | 29,233.02 |
| 09/03/14 | ▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ | 20,000.00 |
| 09/03/14 | ▆▆▆ ▆▆▆▆ | 1,928.14 |
| 09/03/14 | ▆▆▆ ▆▆▆▆ | 1,433.33 |
| 09/03/14 | ▆▆▆ ▆▆▆▆ | 112.50 |
| 09/04/14 | ▆▆▆ ▆▆▆▆ | 5,140.18 |
| 09/04/14 | ▆▆▆ ▆▆▆ ▆ | 1,154.46 |
| 09/05/14 | ▆▆▆ ▆▆▆▆ | 5,100.34 |
| 09/08/14 | ▆▆▆▆▆▆▆▆▆▆ | 650,000.00 |
| 09/08/14 | ▆▆▆▆▆▆▆▆▆▆▆▆ | 40,000.00 |
| 09/08/14 | ▆▆▆ ▆▆▆▆ | 5,364.79 |
| 09/08/14 | ▆▆▆▆▆▆ | 535.00 |
| 09/08/14 | ▆▆▆▆▆▆ | 50.00 |
| 09/09/14 | ▆▆▆▆ | 22,498.18 |
| 09/09/14 | ▆▆▆▆ | 1,051.42 |
| 09/09/14 | ▆▆▆ ▆▆▆▆ | 132.50 |
| 09/10/14 | Wire Type:Wire In Date: 140910 Time:1040 Et Trn:2014091000185353 Seq:140910001281000/000517 Orig:The Solidus Group Llc Id:▆▆▆▆▆9000 Snd Bk:Ma Nufacturers & Traders Trust Id:▆▆▆▆ | 165,000.00 |
| 09/10/14 | ▆▆▆▆▆▆ | 2,772.92 |
| 09/10/14 | ▆▆▆▆▆▆▆ | 105.00 |

*continued on the next page*



## Our free Mobile Banking App lets you bank for your business on the go

**Mobile Banking gives you convenient and secure access to your business accounts anytime, anywhere.**

- Check balances
- Pay bills
- Locate ATMs or banking centers

**Text BizApp to 226526 and download your free Mobile Banking App today.**

Enrollment via Mobile app not available on all devices. Wireless fees may apply. For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular and Verizon Wireless. Text STOP to 226526 to cancel and text HELP to 226526 for help. Bank of America,

Goldstein Exhibit D
©2014 Bank of America Corporation Page 3 of 3

AR65HU7N | AD-03-14-0284B

# EXHIBIT E

## DECLARATION OF SHAWN BURE
## PURSUANT TO 28 U.S.C. § 1746

I, Shawn Bure, have personal knowledge of the facts below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.  I am a citizen of the United States, resident of the State of Arizona, and over eighteen (18) years of age. I am the owner of Open Assets, LLC. Open Assets brokers the sale of consumer debt.

2.  In late July 2014, I received a call from Craig Manseth. I was previously familiar with Manseth as the owner of United Debt Holding, LLC, a company that also brokers the sale of debt. He told me that he had a new product from Tucker, and that United Debt Holding had a direct ownership from Tucker, and they gave me exclusive rights to buy as much as I want.

3.  Manseth did not give me Tucker's first name. However, I associated the name Tucker with debt products called BMG. At the time, I assumed that this was also BMG debt.

4.  Shortly after my conversation with Manseth, I received a call from Hirsh Mohindra, a debt broker I had conducted business with in the past. Mohindra's debt selling company is Ashton Asset Management.

5.  Mohindra told me about a loan product called 500 Fast Cash . Mohindra told me that he had received the portfolio from Tucker, because Tucker owed him a favor. Similar to Manseth, he also claimed to have exclusivity to the product and was bringing it exclusively to me to sell. I do not recall whether Mohindra mentioned Tucker's first name, but I assumed that he was talking about BMG products as well.

6.  On July 24, 2014, Manseth emailed me two debt portfolios. The lender was listed as 500FastCash. A true and correct copy of the email thread of July 24, 2014 is appended hereto as ***Attachment A***. The first debt portfolio had a face value (total amount of debt owed by all

accounts) of $1,332,180.00, with 3,219 accounts. The second debt portfolio had a face value of $985,410.00, with 2,308 accounts. The total face value of the accounts I received from Manseth were 2,371,590.00.

7.     On July 25, 2014, I received an email from Preetesh Patel of Ashton Asset Management with a debt portfolio attached. No lender was listed in this portfolio, only the website www.500fastcash.com. A true and correct copy of the July 25, 2014 email from Preetesh Patel is appended hereto as *Attachment B*. There were 2,336 accounts in this portfolio, with a total face value of $1,000.020.00.

8.     I placed the accounts with collectors. I heard back from the collection agencies that the consumers were telling them that they did not recognize the lender, had never received the funds in question, that it was a fraud, or that they had already paid off the loan. True and correct copies of emails received from collectors are appended hereto as *Attachments C, D, and E*.

9.     I told Manseth about the responses I was receiving from my collectors. On July 29, 2014, Manseth told me, "I think we've identified the problem and will have a solution … 500fastcash is the landing website. When funding occurs, it is moved to a portfolio that funds the loan. The portfolio name is what shows up on the ACH line on the bank statement. This makes sense as to the problems you're running into." *See supra, Attachment E*.

10.    In an email dated July 30, 2014, I responded with a list of problems with the accounts. I also told Manseth, "[c]onsumers will contact the original creditor back in order to verify if they took the loan out or not. The original creditor claims we are a scam and the consumer should report us to the FTC." *See supra, Attachment E*.

11.     On July 31, 2014, Manseth emailed me an update of the debt portfolios, which listed the lender as either Ameriloan, US Fast Cash, or United Cash Loans. Manseth also forwarded me an email that he had received from Tylor Johnson. Manseth said, "[s]ee below for contact to verify the debt." The contact information listed Lindsay Radliff, lindsayrep@yahoo.com, 1-855-766-4697. True and correct copies of the July 31, 2014 emails from Manseth are appended hereto as *Attachment F*.

12.     On August 1, 2014, I received an email from a collector that stated, "[s]ome additional feedback about the 500FastCash.com business. Have several accounts where the consumer claims that they spoke directly with Fast Cash and those folks are saying they never heard of our company so careful cuz its a scam." A true and correct copy of the August 1, 2014 collector email is appended hereto as *Attachment G*.

13.     On August 9 and 11, 2014, I had an email exchange between some of the collectors and Manseth where we discussed the problems with the portfolios. In one email, Manseth told me, "I'm getting reports that the 2013's are screwed up from other people." When I asked him what the issue was, he responded, "[d]ebtors claiming the money never hit their accounts and sending over bank statements as proof. We're digging into this so I just wanted to give you a heads up." A true and correct copy of the August 9 and 11, 2014 email exchange is appended hereto as *Attachment H*.

14.     In September 2014, I received several cease and desist letters from Jared Marsh, the general counsel for AMG Services, Inc. I called him and he informed me that the 500FastCash portfolios were fraudulent. I informed him of what I had heard from the debtors and that we had stopped collections on it immediately. A true and correct copy of the email exchange with Jared Marsh is appended hereto as *Attachment I*.

15.    Some time later in 2014, I received a phone call from Manseth.  I am not sure of the date of this phone call.  During this call, Manseth asked me if I wanted to try some more of the 500 Fast Cash product and possibly make a purchase.  I declined.

16.    On March 10, 2015, I spoke with Michael Goldstein, an investigator with the Federal Trade Commission.  Shortly after our discussion, I forwarded to him, through my attorney, a copy of each of the debt portfolios that I received from Manseth and Mohindra.

I declare under penalty of perjury that the foregoing is true and correct.

Date:    02/17/2016                                   _____
                                                                  Shawn Bure

# ATTACHMENT A

3/10/2015 Open Holdings LLC Mail - 500FastCash



Shawn Bure <sbure@openholdings.com>

---

## 500FastCash
5 messages

---

**Craig Manseth** <craig@udhllc.com>
To: "Shawn Bure (sbure@openholdings.com)" <sbure@openholdings.com>
Cc: "jbure@openassets.net" <jbure@openassets.net>

Thu, Jul 24, 2014 at 10:20 AM

Here you go.



**Craig Manseth**
President & CEO

cell: 678.576.5000 | office: 800.860.1582 | email: craig@udhllc.com | web: www.udhllc.com

4833 Front Street, Unit 8, #243
Castle Rock, CO 80104

CONFIDENTIALITY STATEMENT. This e-mail message & its attachments are covered by Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 & is intended only for use of person or entity to which it is addressed. If you are not the intended recipient or have received this message in error, you are prohibited from disseminating or otherwise using this information under law. Receipt of these documents is acknowledgement and acceptance that this is privileged, proprietary and confidential and will not be forwarded to any party(s) without prior written consent from the sender.

---

 **Debt_2010_7m_20140723 Bad States Removed 1M Random OA.xlsx**
728K

---

**Shawn Bure** <sbure@openholdings.com>
To: Craig Manseth <craig@udhllc.com>
Cc: "jbure@openassets.net" <jbure@openassets.net>

Thu, Jul 24, 2014 at 1:28 PM

Split file like the other, 70/30?
[Quoted text hidden]
--
Shawn M. Bure
480.788.5010
openholdings.com

---

**Craig Manseth** <craig@udhllc.com>
To: Shawn Bure <sbure@openholdings.com>
Cc: "jbure@openassets.net" <jbure@openassets.net>

Thu, Jul 24, 2014 at 1:29 PM

Yes

Sent from my iPhone

**Goldstein Exhibit E**
**Page 6 of 32**

---

Case: 1:16-cv-03463 Document #: 7-2 Filed: 03/21/16 Page 182 of 248 PageID #:607

On Jul 24, 2014, at 2:28 PM, "Shawn Bure" <sbure@openholdings.com> wrote:

> Split file like the other, 70/30?
>
> On Thu, Jul 24, 2014 at 10:20 AM, Craig Manseth <craig@udhllc.com> wrote:
>
>> Here you go.
>>
>> <image001.jpg>
>>
>> CONFIDENTIALITY STATEMENT. This e-mail message & its attachments are covered by Electronic
>> Communications Privacy Act, 18 U.S.C. §§2510-2521 & is intended only for use of person or entity to
>> which it is addressed. If you are not the intended recipient or have received this message in error,
>> you are prohibited from disseminating or otherwise using this information under law. Receipt of these
>> documents is acknowledgement and acceptance that this is privileged, proprietary and confidential
>> and will not be forwarded to any party(s) without prior written consent from the sender.
>
> --
> Shawn M. Bure
> 480.788.5010
> openholdings.com



Craig Manseth
President & CEO
[tel 678.378.5000 | office 800.868.1182 | email craig@udhllc.com | web www.udhllc.com]
4630 Front Street, Unit B #240
Castle Rock, CO 80104

**image001.jpg**
11K

---

**Shawn Bure** <sbure@openholdings.com>      Thu, Jul 24, 2014 at 1:34 PM
To: Craig Manseth <craig@udhllc.com>
Cc: "jbure@openassets.net" <jbure@openassets.net>

Cut - being loaded in an hour.
[Quoted text hidden]

---

**Craig Manseth** <craig@udhllc.com>      Thu, Jul 24, 2014 at 1:36 PM
To: Shawn Bure <sbure@openholdings.com>
Cc: "jbure@openassets.net" <jbure@openassets.net>

Cool

Sent from my iPhone
[Quoted text hidden]

**Goldstein Exhibit E**
**Page 7 of 32**

# ATTACHMENT B

**Goldstein Exhibit E**
**Page 8 of 32**

Case: 1:16-cv-03463 Document #: 7-2 Filed: 03/21/16 Page 184 of 248 PageID #:609



Shawn Bure <sbure@openholdings.com>

---

## 1MM 500FastCash
1 message

---

**Preetesh Patel** <mail@sf-notifications.com>          Fri, Jul 25, 2014 at 7:28 AM
Reply-To: preetesh@ashtonasset.com
To: sbure@openholdings.com



ASHTON ASSET MANAGEMENT

Preetesh Patel has sent you files.

▶ Click here to download **500FC A 1MM 7-25.xlsx**

     Note From Preetesh:

     1MM 500FastCash Unmasked

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Trouble with the above link? You can copy and paste the following URL into your web browser:
**https://ashtonasset.sharefile.com/d/22f0e3fe81c74b1a**

Powered By Citrix ShareFile 2014

**Goldstein Exhibit E**
**Page 9 of 32**

# ATTACHMENT C





Shawn Bure <sbure@openholdings.com>

---

## Fast Cash 500
1 message

---

**John Reif** <jreif@globalrecoverygroup.info>  Tue, Jul 29, 2014 at 3:23 PM
To: "Shawn M. Bure" <sbure@openholdings.com>

Portfolio NOT responding correctly , reasons and or information gathered from managers are the following..

1) Client unaware of the Creditor in question , states never heard of that Creditor or company. Naming wrong ?
2) Client replying that this must be Fraud, states never took out this loan.
3) Call in to Close ratio is 1 out of 5
4) Client states never received funds / bank info incorrect


**John W. Reif**
**President**
**Global Recovery Group Inc**
**Office #877-871-3934  Fax# 888-263-0198**
*http://grgroup.info/*

**Global Recovery Solutions Inc**
**Office #888-699-1961  Fax# 866-514-5666**
http://grsolutions.info/



**Goldstein Exhibit E**
**Page 11 of 32**

# ATTACHMENT D

3/10/2015                         Open Holdings LLC Mail - Fwd: 500 Fast Cash



                                                        Shawn Bure <sbure@openholdings.com>

---

## Fwd: 500 Fast Cash
4 messages

---

**Adolfo Sanchez** <asanchez@cmgus.info>                    Tue, Jul 29, 2014 at 1:09 PM
To: Shawn Bure <sbure@openholdings.com>

As standard procedures Erik audited all our call-ins at 11am.  Here is his report.

We are currently at 1.83% with an active principle of $129K.


as

————— Forwarded message —————
From: **Erik Lyewski** <elyewski@cmgus.info>
Date: Tue, Jul 29, 2014 at 10:52 AM
Subject: 500 Fast Cash
To: Gary DePiero <gdepiero@cmgus.info>, Adolfo Sanchez <asanchez@cmgus.info>, Austin Sage
<asage@cmgus.info>, Adrian Myers <compliance@cmgus.info>


Here is my review for Day 1, looks dismal.

15 Call-Ins
2 Payments

**Call-Ins**
2049623- was not her, did not rec. $, will not pay
20499187- has paid this already, will nto resolve
2049437- cmr. stated paid already, giving to lawyer
2049818- refused to verify acct
2049234- never took out loan, wants to rev. bank statement, not want to resolve
2049236- did not take out loan, just applied, never rec. $
2050197- did not take out loan, wants proof, offered VOD, will not resolve until views bank info
2049705- heard creditor, said scam, does not want to resolve, HU
2050366- ID stolen, never rec. $, does not want to resolve
2043965- Did not take out loan, will fax bank statement
2049744- Immediately said fraud and HU
2049418, Never heard of them, Never took out loan
2049365- Did not have bank acct. at time of loan, never rec. funds

Payments
**2049384- Cmr. stated that was not the name of loan company, said he rec. loan and did make a
payment but 500fastcash.com is not name of company. Offered VOD, wanted something in
writing about arrangement, setup payment but does not seem secure.**


**2049284- Waiting for our brain child Ryan to notate the account. That little fart sucker!!**

Goldstein Exhibit E
Page 13 of 32

–
Erik A. Lyewski

*Quality Manager*
*Consolidated Management Group*
(773) 738-3631

---

**Shawn Bure** <sbure@openholdings.com>                    Tue, Jul 29, 2014 at 2:27 PM
To: Craig Manseth <craig@udhllc.com>

    yuck
    [Quoted text hidden]
    ‒
    Shawn M. Bure
    480.788.5010
    openholdings.com

---

**Craig Manseth** <craig@udhllc.com>                    Tue, Jul 29, 2014 at 2:37 PM
To: Shawn Bure <sbure@openholdings.com>

    Is this the 2013?

    **From:** Shawn Bure [mailto:sbure@openholdings.com]
    **Sent:** Tuesday, July 29, 2014 3:27 PM
    **To:** Craig Manseth

    [Quoted text hidden]

    [Quoted text hidden]

---

**Shawn Bure** <sbure@openholdings.com>                    Tue, Jul 29, 2014 at 2:38 PM
To: Craig Manseth <craig@udhllc.com>

    yea - the file is pretty fucked
    [Quoted text hidden]

**Goldstein Exhibit E**
**Page 14 of 32**

# ATTACHMENT E

**Goldstein Exhibit E**
**Page 15 of 32**

3/10/2015                                        Open Holdings LLC Mail - URG 2010



Shawn Bure <sbure@openholdings.com>

---

## URG 2010
4 messages

---

**Shawn Bure** <sbure@openholdings.com>                              Tue, Jul 29, 2014 at 4:14 PM
To: Craig Manseth <craig@udhllc.com>

**EOD Liq   4.73%**

**Notes**

  Consumers claiming they never took this loan out or someone else took it out in their name.  Fraud.

- Loans are 4 years old, so consumers are having a difficult time remembering if they took the loan out or not.

- Consumers are claiming that they have already paid this back and will not pay any more on this account.

Call-in Ratio:  20%

Close ratio: 25%

---

**Craig Manseth** <craig@udhllc.com>                                 Tue, Jul 29, 2014 at 4:43 PM
To: Shawn Bure <sbure@openholdings.com>

I think we've identified the problem and will have a solution. As soon as I get confirmation on our theory, I will fill u in and get a fix to u. 500fastcash is the landing website. When funding occurs, it is moved to a portfolio that funds the loan. The portfolio name is what shows up on the ACH line on the bank statement. This makes sense as to the problems you're running into.

C

Sent from my iPhone
[Quoted text hidden]

---

**Shawn Bure** <sbure@openholdings.com>                              Wed, Jul 30, 2014 at 5:48 PM
To: Craig Manseth <craig@udhllc.com>

**This is the feedback from URG**

**EOD**
**0-FastCash500-2013-URG:** 4.21 *** Day 1
**0-FastCash500-URG:** 5.34 **** Day 4

**These notes are from the fresh file you sent over that I told you I would let you know if we want to work it by end of day. We believe this file is to risky to work even though it has money in it. We will still work 0-FastCash500 which is the first file.**

This portfolio contains many promising accounts.  However, mixed in with those accounts are dangerous accounts…

- Accounts where the social security number does not match the consumers name.

**Goldstein Exhibit E**
**Page 16 of 32**

- Accounts where no information on file match up with the consumer.

- Accounts where the consumers remember they took the loan out in 2010 but the account states it was taken out in 2013.

- Consumers claim they have already paid this off.

- Accounts where attorneys contact us on behalf of the consumer.

- Consumers will contact the original creditor back in order to verify if they took the loan out or not. The original creditor claims we are a scam and the consumer should report us to the FTC.
[Quoted text hidden]
–
Shawn M. Bure
480.788.5010
openholdings.com

---

**Shawn Bure** <sbure@openholdings.com>           Wed, Jul 30, 2014 at 5:52 PM
To: Craig Manseth <craig@udhllc.com>

The CFC is at 9% - probably get to 10.5% for the first run.

The issue with that product is a bit difficult - the products are all screwed up - no one remembers discover card and there were numerous face products. We have learned what they are, and liq better - this is where the right data would have made it pop...


On Tue, Jul 29, 2014 at 4:43 PM, Craig Manseth <craig@udhllc.com> wrote:
[Quoted text hidden]


–
Shawn M. Bure
480.788.5010
openholdings.com

**Goldstein Exhibit E**
**Page 17 of 32**

# ATTACHMENT F

Case: 1:16-cv-03463 Document #: 7-2 Filed: 03/21/16 Page 194 of 248 PageID #:619



Shawn Bure <sbure@openholdings.com>

---

## 500FastCash
1 message

---

**Craig Manseth** <craig@udhllc.com>                    Thu, Jul 31, 2014 at 11:10 AM
To: "Shawn Bure (sbure@openholdings.com)" <sbure@openholdings.com>

Shawn – attached are the updated files.  Column AO is the lender field which should solve the confusion.  The floor is being talked to today so the BS should stop.  Also, should have a name and phone # for future debtor verification with the issuer.

Thx

Craig



## Craig Manseth
### President & CEO

cell: **678.576.5000** | office: **800.860.1582** | email: **craig@udhllc.com** | web: **www.udhllc.com**

4833 Front Street, Unit B, #243
Castle Rock, CO 80104

CONFIDENTIALITY STATEMENT. This e-mail message & its attachments are covered by Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 & is intended only for use of person or entity to which it is addressed. If you are not the intended recipient or have received this message in error, you are prohibited from disseminating or otherwise using this information under law. Receipt of these documents is acknowledgement and acceptance that this is privileged, proprietary and confidential and will not be forwarded to any party(s) without prior written consent from the sender.

---

**2 attachments**



📄 **Debt_2010_20140723 Bad States Removed 1M Random OA_1a w Lender Info.xlsx**
    728K

📄 **Debt_2013_45m_20140716 Combined - Bad States Removed - OA 1_1a w Lender Info.xlsx**
    905K

Goldstein Exhibit E
Page 19 of 32



Shawn Bure <sbure@openholdings.com>

## Fwd: Contact

1 message

**Craig Manseth** <craig@udhllc.com>                  Thu, Jul 31, 2014 at 4:45 PM
To: Shawn Bure <sbure@openholdings.com>

See below for contact to verify debt on 500. Also, collection floor has been talked to so we sbe good from here on out. Lmk if u find anything else. Thx

Sent from my iPhone

Begin forwarded message:

> **From:** Tylor Johnson <tylor@udhllc.com>
> **Date:** July 31, 2014 at 4:32:58 PM MDT
> **To:** Craig Manseth <craig@udhllc.com>
> **Subject: Contact**
>
> Lindsay Radliff
> She will handle all requests
>
> > lindsayrep@yahoo.com
> > phone number is 1-855-766-4697
>
> Sent from my iPhone

**Goldstein Exhibit E**
**Page 20 of 32**

# ATTACHMENT G

3/10/2015    Open Holdings LLC Mail - Couple important items for CMG



Shawn Bure <sbure@openholdings.com>

---

## Couple important items for CMG

4 messages

---

**Adolfo Sanchez** <asanchez@cmgus.info>                    Fri, Aug 1, 2014 at 9:09 AM
To: Shawn Bure <sbure@openholdings.com>
Cc: Gary DePiero <gdepiero@cmgus.info>

Hey Pinch just wanna keep you in the loop and ask you to use your powers for good.

1.  Spoke with Troy about the mass update import process and he took down some notes.  Seems like he has a
good idea of what we need.  After yesterdays call with Janice we discussed going live next Friday.  I would like
to see if you can prioritize this feature we already have, just doesn't work right.

2.  Gary mentioned he spoke with you about getting $500k contingency biz that you needed worked.  I will be out
of debt by Wed of coming week and need a file in here by Thursday.  What you have out there?

3..  Some additional feedback about the 500FastCash.com business.  Have several accounts where the
consumer claims that they spoke directly with Fast Cash and those folks are saying they never heard of our
company so careful cuz its a scam.  Just might want to let the upline know because this is going to cause some
unwarranted CFPB and Atty General complaints for us or someone else.
   * Its a high risk file from what we have experienced and comparing with Karen's feedback.


Appreciate your assistance amigo.

Dolf

---

**Shawn Bure** <sbure@openholdings.com>                    Fri, Aug 1, 2014 at 9:12 AM
To: Adolfo Sanchez <asanchez@cmgus.info>, Amber Salgado <asalgado@openassets.net>
Cc: Gary DePiero <gdepiero@cmgus.info>

Amber where is the file for CMG?

[Quoted text hidden]

---

**Gary DePiero** <gdepiero@cmgus.info>                    Fri, Aug 1, 2014 at 9:14 AM
To: Shawn Bure <sbure@openholdings.com>

We already got it this morning
[Quoted text hidden]

---

**Amber Salgado** <asalgado@openassets.net>                    Fri, Aug 1, 2014 at 9:39 AM
To: Shawn Bure <sbure@openholdings.com>
Cc: Adolfo Sanchez <asanchez@cmgus.info>, Gary DePiero <gdepiero@cmgus.info>

I sent it this morning at 6:30am.

*Amber R Salgado*
*Portfolio Manager*
480-223-9055
www.openassets.net

Goldstein Exhibit E
Page 22 of 32

open assets

[Quoted text hidden]

**Goldstein Exhibit E**
**Page 23 of 32**

# ATTACHMENT H



Shawn Bure <sbure@openholdings.com>

---

## Fast Cash
8 messages

---

**Shawn Bure** <sbure@openholdings.com>      Sat, Aug 9, 2014 at 10:15 AM
To: John Reif <jreif@globalrecoverygroup.info>, Karen Reling <kreling@urgroup.info>
Cc: Craig Manseth <craig@udhllc.com>

Hey guys - how are the 2010 and 2013 Fast Cash files liquidating, and how do they feel (easier now since we made changes, bounciness, data quality)?

–

Shawn M. Bure
480.788.5010
openholdings.com

---

**John Reif** <jreif@globalrecoverygroup.info>      Mon, Aug 11, 2014 at 8:07 AM
To: Shawn Bure <sbure@openholdings.com>
Cc: Karen Reling <kreling@urgroup.info>, Craig Manseth <craig@udhllc.com>

GRG just started it this morning , will have stats soon

John Reif

[Quoted text hidden]

---

**Craig Manseth** <craig@udhllc.com>      Mon, Aug 11, 2014 at 8:19 AM
To: John Reif <jreif@globalrecoverygroup.info>, Shawn Bure <sbure@openholdings.com>
Cc: Karen Reling <kreling@urgroup.info>

I'm getting reports that the 2013's are screwed up from other people.  You may want to keep that "on the shelf".  10's are good.

Thx

**From:** John Reif [mailto:jreif@globalrecoverygroup.info]
**Sent:** Monday, August 11, 2014 9:07 AM
**To:** Shawn Bure
**Cc:** Karen Reling; Craig Manseth
**Subject:** Re: Fast Cash

[Quoted text hidden]

---

**Shawn Bure** <sbure@openholdings.com>      Mon, Aug 11, 2014 at 8:26 AM
To: Craig Manseth <craig@udhllc.com>
Cc: John Reif <jreif@globalrecoverygroup.info>, Karen Reling <kreling@urgroup.info>

Goldstein Exhibit E2
Page 25 of 32

What is the issue?

[Quoted text hidden]

---

**Craig Manseth** <craig@udhllc.com>                    Mon, Aug 11, 2014 at 8:28 AM
To: Shawn Bure <sbure@openholdings.com>
Cc: John Reif <jreif@globalrecoverygroup.info>, Karen Reling <kreling@urgroup.info>

Debtors claiming the money never hit their account and sending over bank statements as proof.  We're
digging into this so I just wanted to give you a heads up.

**From:** Shawn Bure [mailto:sbure@openholdings.com]
**Sent:** Monday, August 11, 2014 9:22 AM
**To:** Craig Manseth
**Cc:** John Reif; Karen Reling
**Subject:** RE: Fast Cash

[Quoted text hidden]

---

**Karen Reling** <kreling@urgroup.info>                    Mon, Aug 11, 2014 at 8:38 AM
To: Craig Manseth <craig@udhllc.com>
Cc: Shawn Bure <sbure@openholdings.com>, John Reif <jreif@globalrecoverygroup.info>

We stopped working 2013 last Tuesday due to the issue's explained above.

[Quoted text hidden]
—
Karen R. Reling
Managing Partner
United Recovery Group, LLC
Office#888-321-4888
Cell#714-328-1480
Kreling@urgroup.info

---

**Craig Manseth** <craig@udhllc.com>                    Mon, Aug 11, 2014 at 8:58 AM
To: Karen Reling <kreling@urgroup.info>
Cc: Shawn Bure <sbure@openholdings.com>, John Reif <jreif@globalrecoverygroup.info>

Thanks Karen for the input.

**From:** Karen Reling [mailto:kreling@urgroup.info]
**Sent:** Monday, August 11, 2014 9:39 AM
**To:** Craig Manseth
**Cc:** Shawn Bure; John Reif
**Subject:** Re: Fast Cash

**Goldstein Exhibit E**
**Page 26 of 32**

3/10/2015                       Open Holdings LLC Mail - Fast Cash

[Quoted text hidden]

---

**Karen Reling** <kreling@urgroup.info>                                Mon, Aug 11, 2014 at 9:02 AM
To: Craig Manseth <craig@udhllc.com>
Cc: Shawn Bure <sbure@openholdings.com>, John Reif <jreif@globalrecoverygroup.info>

Your welcome!
[Quoted text hidden]

**Goldstein Exhibit E**
**Page 27 of 32**

# ATTACHMENT I

Goldstein Exhibit E
Page 28 of 32

3/10/2015                    Open Holdings LLC Mail - Follow-up to our conversation today re: Cease & Desist letters



Shawn Bure <sbure@openholdings.com>

## Follow-up to our conversation today re: Cease & Desist letters
8 messages

**Jared Marsh** <jared.marsh@amgsrv.com>                              Fri, Sep 12, 2014 at 1:36 PM
To: "sbure@openholdings.com" <sbure@openholdings.com>

Shawn:


Thanks for taking the time to discuss the Cease & Desist letters you received from the lenders serviced by
AMG Services, Inc. and for providing the information you have on the fraudulent paper that is circulating the
country. Per your request, the lenders serviced by AMG Services, Inc. that appear to be caught up in this matter
are:


500FastCash

AdvantageCashServices

AceCashServices

Ameriloan

OneClickCash

StarCashProcessing

UnitedCashLoans

USFastCash


You should have received a letter from all 7 (seven) entities. Thanks again for speaking with me. Please feel
free to forward my contact information to your counsel. I look forward to working cooperatively with you to obtain
as much information as possible about the source of the fraudulent paper and putting an end to this mess.


Best regards,

Jared


**M. JARED MARSH**

General Counsel

**AMG**SERVICESINC.

**Goldstein Exhibit E**
**Page 29 of 32**

10895 LOWELL AVE., SUITE 100

OVERLAND PARK, KS 66210

3/10/2015                    Open Holdings LLC Mail - Follow-up to our conversation today re: Cease & Desist letters

(800) 503-0215 (Office)

(800) 497-7878 (Fax)

jared.marsh@amgsrv.com

CONFIDENTIALITY STATEMENT & NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed as it may contain confidential and legally privileged information subject to the attorney/client privilege. E-mail transmission is not intended to waive the attorney-client privilege or any other privilege. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

The Kansas Bar Disciplinary Counsel requires all Kansas lawyers to notify all recipients of email that (1) email communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you and vice versa, (3) persons not participating in our communications may intercept our communications by improperly accessing your computer or computers, or even some computer not connected to either of us which the communications may have passed through.

Confidentiality Statement & Notice: This email is covered by the
Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and
intended only for the use of the individual or entity to whom it is
addressed. Any review, retransmission, dissemination to unauthorized
persons or other use of the original message and any attachments is
strictly prohibited. If you received this electronic transmission in error,
please reply to the above-referenced sender about the error and
permanently delete this message. Thank you for your cooperation.

---

**Shawn Bure** <sbure@openholdings.com>                    Mon, Sep 15, 2014 at 12:12 PM
To: Jared Marsh <jared.marsh@amgsrv.com>

Thank you - the only one we had was FastCash - no others passed through our offices.
[Quoted text hidden]
–
Shawn M. Bure
480.788.5010
openholdings.com

---

**Shawn Bure** <sbure@openholdings.com>                    Mon, Sep 15, 2014 at 7:30 PM
To: David Peltan <davidpeltan@peltanlaw.com>
Cc: Jared Marsh <jared.marsh@amgsrv.com>

David -

Friday of last week, Jared and I had a discussion about the letters I emailed you, and the other
products he represents.  In that conversation, I gave him information about what was done to
the only product that we processed (Fast Cash 500) and what happened to the paper (tested,
and the file was not good, yanked immediately).  We also spoke of whom I sourced the file
with, and the fact it was billed as a "casual test" - in which no commercial agreement was
reached, or payments exchanged.  Jared questioned if our organization "sold" the paper, and I
assured him it was returned to the sources (and we do not operate in a way that would invite
problems).

I did close with a request that you two talk (or all three of us) and I receive a letter of
confirmation from his organization that I am not being included in a lawsuit (which I asked early
on, and assured me that I was not).  Jared expressed that he wasn't interested in legal action
against the people who were involved with the assumption of good faith - but rather the people
distributing the file and potentially committing fraud.  I expressed our commitment to ethics,

Goldstein Exhibit E
Page 36 of 52

compliance and a quality organization, and I feel he was satisfied that we were doing no wrong.

If you can follow up and get a level of comfort and a written agreement that my organizations are not involved, that would be great.

Thank you both.

On Fri, Sep 12, 2014 at 1:36 PM, Jared Marsh <jared.marsh@amgsrv.com> wrote:
[Quoted text hidden]

—
Shawn M. Bure
480.788.5010
openholdings.com

---

**Shawn Bure** <sbure@openholdings.com>                          Tue, Sep 16, 2014 at 11:06 AM
To: jared.marsh@amgsrv.com

Jared could I have a call to clarify this same issue with one of the member agencies that I spoke of?

[Quoted text hidden]

---

**Jared Marsh** <jared.marsh@amgsrv.com>                          Tue, Sep 16, 2014 at 12:00 PM
To: Shawn Bure <sbure@openholdings.com>

Certainly. Please have your counsel join us. I'm free tomorrow morning from 9:30 a.m. – 10:30 a.m. CDT, and then after 1:30 p.m. CDT. Please let me know what works best for your schedule.

Thanks,

Jared

**From:** Shawn Bure [mailto:sbure@openholdings.com]
**Sent:** Tuesday, September 16, 2014 1:07 PM
**To:** Jared Marsh
**Subject:** Re: Follow-up to our conversation today re: Cease & Desist letters

[Quoted text hidden]
[Quoted text hidden]

---

**Shawn Bure** <sbure@openholdings.com>                          Tue, Sep 16, 2014 at 3:26 PM
To: Jared Marsh <jared.marsh@amgsrv.com>

It isn't an extension of what we discussed but just two items for your advice. I have the names of the agencies that I did the test in, can we make sure they are classified as my group? Also if they do have money that may still be on the books (haven't checked yet) what should I have them do?

**Goldstein Exhibit E**
**Page 31 of 32**

[Quoted text hidden]

Case: 1:16-cv-03463 Document #: 7-2 Filed: 03/21/16 Page 207 of 248 PageID #:632

**Jared Marsh** <jared.marsh@amgsrv.com>           Wed, Sep 17, 2014 at 6:54 AM
To: Shawn Bure <sbure@openholdings.com>

Shawn - Absolutely. Please send me the names of the agencies that worked the fraudulent paper. Also, it occurs to me that some people may be using the name of some of your agencies to make fraudulent collections. Can you send me the names of all of your client agencies?

As for money on the books, if you do have any collections that were made on the fraudulent paper, I would suggest you refund that money to the consumers. Your own attorney may advise you on this, but the collections were made on fabricated accounts and we're not owed by those consumers so I believe they should be returned. Does this eliminate the need for a call, or do you want to discuss these issues further?

Thanks,

Jared

P.S. If you do have collections, I would also like to get the names of the consumers and the account details on those consumers so I can include this information in my communications with the FTC and CFPB. As we discussed, those communications will also detail your innocent involvement in this mess.

[Quoted text hidden]

       [Quoted text hidden]
       [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]


        [Quoted text hidden]
        [Quoted text hidden]

        <image001.jpg>

        [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]


[Quoted text hidden]

 **image001.jpg**
3K

---

**Shawn Bure** <sbure@openholdings.com>          Wed, Sep 17, 2014 at 9:11 AM
To: "David G. Peltan, Esq." <davidpeltan@peltanlaw.com>

Fyi

———— Forwarded message ————
From: "Jared Marsh" <jared.marsh@amgsrv.com>
Date: Sep 17, 2014 6:55 AM
Subject: Re: Follow-up to our conversation today re: Cease & Desist letters
[Quoted text hidden]

---

**image001.jpg**
3K

**Goldstein Exhibit E**
**Page 32 of 32**

PX     3

## DECLARATION OF SERGEANT STEPHEN THOMPSON
## PURSUANT TO 28 U.S.C. § 1746

I, Sergeant Stephen Thompson, hereby declare as follows:

1.    My name is Stephen Thompson, and I am a United States citizen who is over the age of eighteen. I am a Sergeant with the Village of Westmont Police Department, a position that I have held for about 8 years, and I have been employed with the Westmont Police Department for about 14 years. My business address is Village of Westmont Police Department, 500 North Cass Avenue, Westmont, Illinois 60559. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.    Throughout this declaration and its attachments, information that would reveal sensitive or personally identifiable information has been redacted.

3.    On or about May 19, 2015, I received a telephone call from a consumer with the initials "LK" who wanted to report a possible fraud being perpetrated by a company located in Westmont. LK explained that she was contacted by a representative of Stark Law, located at 4 East Ogden Avenue, #109, Westmont, Illinois. The representative who called had identified herself as "Tammy Watson," and she claimed that LK owed money for a payday loan the consumer received several years ago and she needed to pay it. LK indicated that she had made two payments to Stark Law for $75 and $175, respectively. LK stated that she felt that she was being scammed and that Stark Law might be fraudulent. I told LK that I would try to determine whether Stark Law was a legitimate company operating out of Westmont.

4.    During my telephone call with LK, I recognized the address she provided (4 East Ogden Avenue) was associated with a Jewel grocery store, and I was also aware that there was a UPS Store inside the Jewel grocery store that offered mailboxes for rent.

1

5.      I then performed an Internet search for Stark Law, and I found several online complaints about possible fraud and unethical business practices by Stark Law. My search also revealed a physical address of 500 Quail Ridge Drive, Westmont, Illinois. On or about that same day, Westmont Police Department Detective Bukovic and I visited the 500 Quail Ridge Drive location, which is an office building within a commercial area. After entering the business, we were greeted by a receptionist who confirmed that Stark Law was one of the businesses operating out of the building. I asked to speak with whomever was in charge, but I was told that no one was available to speak with me. I left my contact information with the receptionist, and I asked that someone call me.

6.      On or about May 26, 2015, I visited the UPS Store located at 4 East Ogden Avenue to inquire about the holder of Box #109. The UPS Store manager informed me that he could not provide me with any information without a subpoena, but also he advised me to speak with a Postal Inspector who had visited the store recently, and who also had inquired about the holder of Box #109. The UPS Store manager showed me the Postal Inspector's business card, and I obtained the Postal Inspector's contact information.

7.      Following my meeting with the UPS Store manager, I spoke with the Postal Inspector. The Postal Inspector told me about a call he had received from an Evanston (Illinois) Police Department Detective who also had a possible fraud victim of Stark Law. That consumer reported that Stark Law operated from the same 4 East Ogden Avenue UPS Store location. The Postal Inspector had obtained copies of documents used to open Box #109 at the UPS Store located at 4 East Ogden Avenue, and he provided me with copies of those documents. Among the documents provided was a copy of PS Form 1583, Application for Delivery of Mail Through Agent, for Box #109, a copy of the UPS Store Mailbox Service Agreement, and copies of a

2

driver's license and insurance card that were used as identification to open Box #109. True and correct copies of some of the documents provided to me by the Postal Inspector are attached hereto as **Thompson Att. A**. Among other things, these documents show:

      A.     The name of the applicant for Box #109 is Gaurav Mohindra. An Illinois driver's license and State Farm insurance card belonging to Gaurav Mohindra were provided as forms of identification;

      B.     The name of the company for Box #109 is "Stark Law LLC," with a business address of 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604;

      C.     The type of business provided on PS Form 1583 is listed as "Law Firm;"

      D.     The PS Form 1583 is dated February 26, 2015;

      E.     The customer information for the UPS Store Mailbox Service Agreement is listed as Gaurav K. Mohindra at an address in Chicago, Illinois;

      F.     The e-mail address for Gaurav Mohindra provided on the Mailbox Service Agreement is listed as "gmohindar@gmail.com *[sic]*;" and

      G.     The Mailbox Service Agreement is dated February 26, 2015.

    8.     After obtaining the documents from the Postal Inspector, I conducted an Internet search for Gaurav Mohindra. From my search, I found that he was a member of the law firm Bush, Chawla, Mohindra & Ravani, with a business address also at the 500 Quail Ridge Drive location.

    9.     I also learned that on or about May 26, 2015, Stark Law LLC applied for a business license with the Village of Westmont. I obtained a copy of the completed application, which was signed by Gaurav Mohindra. A true and correct copy of the Stark Law LLC

Application for Business License is attached hereto as **Thompson Att. B**. Among other things, the Application for Business License shows:

        A.     The business information is listed as Stark Law LLC, located at 500 Quail Ridge Drive, Westmont, Illinois 60559;

        B.     The "Principal Business Activity" is listed as "Law Firm;"

        C.     The "Date Opened in Westmont" is listed as "May, 2015;"

        D.     The "Owner's Name" is listed as Gaurav Mohindra at an address in Chicago, Illinois; and

        E.     The contacts in case of emergency are listed as Gaurav Mohindra and Preetesh Patel at the 500 Quail Ridge Drive location.

10.     Over the course of the next month, I spoke with several consumers who wanted to file complaints about Stark Law's business practices. While the consumers' stories were not all the same, they were substantially similar in that the consumers received calls from Stark Law about the need to make immediate payments on payday loans or else the consumers would be arrested or taken to court. Many consumers complained that the Stark Law callers were rude, and that calls also had been made to the consumers' families, employers, or ex-spouses in order to get payments from the consumers. All of the consumers I spoke with indicated that the Stark Law callers had significant personal information about the consumers, such as Social Security numbers and bank account information.

11.     For example, some of the consumers that I spoke with about Stark Law's business practices complained of the following:

        A.     Consumer "MD" from Florida stated that she received a call claiming that she had defaulted on an outstanding loan. The caller required her to pay $892 that day or

a warrant for her arrest would be issued. The caller had some of MD's banking information, work information, Social Security number, and a residential address from ten years earlier. The caller also had information about MD's sister.

B. Consumer "SC" from Michigan stated that she received a call claiming that she owed $300 from a payday loan and now was required to pay $420. The consumer was told that if she did not pay that day, she would owe $2,400. The caller had SC's bank information, Social Security number, and family contact information. SC stated that Stark Law also had called family members in New Hampshire, Massachusetts, and California, and indicated to those family members that SC was in financial trouble.

C. Consumer "SW" from Pennsylvania stated that she received a call claiming that she owed $430 from a payday loan and that if she did not pay immediately, she would have to pay a $2,000 "litigation fee." SW had taken a payday loan in the past. The caller had SW's partial bank account number, her mother's telephone number, current address, and work telephone number. When the caller called, she used SW's maiden name.

D. Consumer "AB" from Minnesota stated that he received a call claiming that he owed $300 for a payday loan taken out in August 2013. The caller offered to settle the debt for $650 immediately, or AB would be required to pay $2,900 in court. The caller also had called AB's past employer, and the caller had his Social Security number and banking information. AB said that at one time he did fill out an online payday loan application, but he never took the loan.

E. Consumer "TS" from Missouri stated that she received a call claiming that she owed $450 for a payday loan taken out in 2011. The caller said that if TS did not

5

arrange to make a payment, Stark Law would file court papers for check fraud. When TS asked the caller to send documentation about the debt, the caller refused. TS had taken a payday loan in 2011, but that was before she filed for bankruptcy. The caller had TS's work information, Social Security number, and outdated bank information. TS also stated that Stark Law had called her husband's family members.

     F.    Consumer "KJ" from Iowa stated that she received a call claiming that she owed $400 for a payday loan taken out in 2011. KJ stated that she had taken a payday loan three years earlier, but paid the loan back. KJ was told that she must pay $800 immediately or she would have to pay $2,700 in court. The caller had KJ's Social Security number and an outdated bank account number. KJ also stated that Stark Law had contacted her boss, husband, and an ex-boyfriend.

     G.    Consumer "JR" from Missouri stated that she received a call claiming that she owed $840 from an original $400 loan taken out in August 2011. JR paid Stark Law $50 by credit card, $100 by bank card, and an additional $197.50. JR closed her accounts after realizing she might be the victim of a scam. The caller had JR's Social Security number.

During the course of my conversations with consumers complaining about Stark Law's business practices, I kept handwritten notes. Attached hereto as **Thompson Att. C** are true and correct copies of my handwritten notes.

     12.    On or about July 8, 2015, I met with Gaurav Mohindra and Preetesh Patel at Stark Law's office at the 500 Quail Ridge Drive location. Mohindra explained the debt collection business he operates, and he claimed to operate in compliance with the Fair Debt Collection Practices Act. Mohindra appeared to have substantial knowledge of the law, and he assured me

that all of his employees were trained to operate within the law. I shared with Mohindra and Patel some of the consumer complaints received by the Westmont Police Department. Mohindra said that he would conduct an internal review of some of the calls to ensure that none of his employees were engaged in anything illegal. During the course of this meeting, Mohindra also provided me with a sample copy of a letter that the business purportedly sends to each of the consumers they contact to attempt to collect a debt. Attached hereto as **Thompson Att. D** is a true and correct copy of the letter Mohindra provided to me.

13.     After my interview with Mohindra and Patel, I determined that the consumer complaints appear to fall under the jurisdiction of the Illinois Attorney General. I contacted the consumers I previously spoke with, and I asked them to file complaints with the Illinois Attorney General's Office.

14.     On or about July 13, 2015, I received an e-mail from Mohindra at the e-mail address gmohindra@gmail.com. A portion of that e-mail reads:

> [W]e are in the process of drastically changing our processes. These changes are being implemented today, and will be "live" by Monday. We are certain that phone calls to your office will cease as a result of our changes.

On or about September 15, 2015, I forwarded the e-mail received from Mohindra to Federal Trade Investigator Roberto Menjivar with the Federal Trade Commission. A true and correct printout of the forwarded e-mail containing the correspondence from Mohindra is attached hereto as **Thompson Att. E**.

15.     On or about September 9, 2015, I completed an Incident Report summarizing my investigation of Stark Law. A true and correct copy of the Incident Report is attached hereto as **Thompson Att. F**.

16.     Since my meeting with Mohindra and Patel on or about July 8, 2015, the Westmont Police Department has not received further complaints regarding Stark Law.

17.     On or about January 7, 2016, I received a telephone call from Mohindra requesting that uniformed police personnel be present at Stark Law's office at the 500 Quail Ridge Drive location on January 8.  Mohindra was planning to terminate his employees, about 60 in all, and he wanted a police presence to keep the peace and protect the property.  According to Mohindra, the reason for the termination was because the business lost a big client.  The termination of Mohindra's employees was to begin at around 1:00 p.m.

18.     In the early evening of January 7, 2016, I received an e-mail from Mohindra from the e-mail address gmohindra@gmail.com notifying me that he planned to terminate his employees in the morning of January 8 rather than the afternoon.  Mohindra requested a police presence at the 500 Quail Ridge Drive location between 8:45 a.m. and 10:00 a.m.  The e-mail that I received read, in part:

> Dear Sargeant Thmopson *[sic]*:
>
> We decided we will terminate all of the employees first thing in the morning. Accordingly, can you please have a police presence in our parking lot between 8:45 and 10:00 AM tomorrow.  Our office is located at 500 Quail Ridge Drive, Westmont.
>
> I really appreciate your assistance in this matter, and am hoping tomorrow is non-eventful.
>
> Please confirm at your convenience.
>
> Thanks so much.
> Gaurav Mohindra

On or about January 8, 2016, I forwarded the e-mail received from Mohindra to Federal Trade Investigator Roberto Menjivar with the Federal Trade Commission.  A true and correct printout

8

of the forwarded e-mail containing the correspondence from Mohindra is attached hereto as

**Thompson Att. G**.

19.     On January 8, 2016, a uniformed Westmont police officer in a marked police patrol vehicle arrived at the 500 Quail Ridge Drive location at approximately 8:45 a.m. The officer remained in his vehicle at the location until about 9:15 or 9:20 a.m. when he was called away on another matter. I arrived at the 500 Quail Ridge Drive location at approximately 9:30 a.m. in an unmarked police vehicle. I observed no unusual activity occurring in the parking lot. Upon my arrival, I sent Mohindra an e-mail telling him that I was in the parking lot in an unmarked police vehicle. Shortly thereafter, Mohindra came out and invited me in to the office. When I entered the business, about 30 employees were waiting about to collect their final paychecks. I observed no unusual activity and everything appeared to be orderly. Mohindra showed me the call center floor at the business location. While I was at the business location, Gaurav mentioned that he lost a "utility" client and was considering "going after them."

20.     While I was at the business location, I also was introduced to Hirsh Mohindra.

21.     I was not approached by any of the terminated employees while I was at the 500 Quail Ridge Drive location. I stayed at the business location until about 10:30 a.m.


I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _JANUARY  25_ , 2016.

_____

SERGEANT STEPHEN THOMPSON
Village of Westmont Police Department

# ATT.   A

# Mailbox Service Agreement

**Customer Information**

Center Number: 5049

| | |
|---|---|
| Name: Gaurav K Mohindra | |
| Company: | |
| Address: ▮▮▮▮▮▮▮▮ | |
| City: Chicago | State: IL | ZIP: ▮▮ |
| Business Telephone: | Home Telephone: ▮▮▮ |
| Fax: | Mobile Telephone: ▮▮▮ |
| E-mail Address: gmohindar@gmail.com | Text Messaging ID: |

**Mailbox Information**

| | |
|---|---|
| Mailbox Number: 109 | Mailbox Size: Small |

## Terms and Conditions

1.  This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2.  Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3.  This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4.  Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5.  Customer agrees to pay an initial set-up fee of **$15.00** (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of **$0.00** (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of **$5.00** if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of **$10.00**. Mailbox service fees and other related fees stated herein are subject to change.

    In the event that Customer receives an unreasonable volume of mail or packages at the Center according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6.  Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center may:

    a.  Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of **$15.00** for month 1, and **$10.00** for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

    b.  Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of **$15.00** per month for the time period in which the Center holds the mail or packages, plus a service fee of **$10.00** for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7.  Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
    a.  Refuse any mail or package addressed to Customer and delivered to the Center
    b.  Destroy any of Customer's mail or packages remaining at the Center at such time.

8.  Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved · Last updated 02/18/09

Mailbox Service Agreement

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ____3____ days of notification will be subject to a storage fee of **$3.00** per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: *SLM*    )

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Customer Signature: _James L. Schmelia_                                    Date:   2/26/2015

| For Center Use Only | |
|---|---|
| Authorized Center Representative Signature: | Date:   2/26/2015 |
| How did the customer hear about us?        Newspaper | |
| Comments: | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. · Last updated 02/18/09

Page 2

Thompson Att. A
Page 2 of 9

United States Postal Service

**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| | |
|---|---|
| 1. Date | |
| 02/26/2015 | |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) Gaurav Mohindra | 3a. Address to be Used for Delivery (Include PMB or # sign.) 4 E Ogden Ave. #109 | | |
|---|---|---|---|
| | 3b. City Westmont | 3c. State IL | 3d. Zip + 4 60559 |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): No | | |
| a Name The UPS Store #5049 | | | |
| b. Address (No., street, apt./ste. no.) 4 E Ogden Ave. | | | |
| c. City Westmont | d. State IL | e. Zip + 4 60559 | |
| 6. Name of Applicant Gaurav Mohindra | 7a. Applicant Home Address (No., street, apt./ste. | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City Chicago | 7c. State IL | 7d. Zip + 4 ▓▓ |
| | 7e. Applicant Telephone Number (Include area code) | | |
| a. il DL ▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation Stark Law LLC | | |
| b. state farm in card ▓▓▓▓▓▓ | 10a. Business Address (No., street, apt./ste. no.) 208 South LaSalle St, Suite 814 | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification | 10b. City Chicago | 10c. State IL | 10d. Zip + 4 60604 |
| | 10e. Business Telephone Number (Include area code) (630) 243-4207 | | |
| | 11. Type of Business Law Firm | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) Gaurav Mohindra | | | |
| 13. If a CORPORATION. Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name and address of county and state, and date of registration. Cook IL 2/5/2015 | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title ) *Gaurav Mohindra* |
|---|---|

PS Form 1583 December 2004 (Page 1 of 2) (7520-01-000-9365)

Thompson Att. A
Page 3 of 9

Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

Thompson Att. A
Page 4 of 9

05088194

| Form **LLC-5.5**<br>May 2012<br>Secretary of State<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.cyberdriveillinois.com | Illinois<br>Limited Liability Company Act<br>**Articles of Organization** | FILE #<br><br>This space for use by Secretary of State. |
|---|---|---|
| | **SUBMIT IN DUPLICATE**<br>Type or print clearly. | **FILED** |
| | This space for use by Secretary of State. | |
| Payment must be made by certified check, cashier's check, Illinois attorney's check, C.P.A.'s check or money order payable to Secretary of State. | Filing Fee: $500<br>Approved: *[signature]* | FEB 1 7 2015<br><br>**JESSE WHITE**<br>**SECRETARY OF STATE** |

1. Limited Liability Company Name: **Stark Law LLC**

   The LLC name must contain the words Limited Liability Company, L.L.C. or LLC and cannot contain the terms Corporation, Corp., Incorporated, Inc., Ltd., Co., Limited Partnership or L.P.

2. Address of Principal Place of Business where records of the company will be kept: (P.O. Box alone or c/o is unacceptable.)

   4 East Ogden Avenue, #109, Westmont, Illinois 60559

3. Articles of Organization effective on: (check one)

   ✓ the filing date

   ___ a later date (not to exceed 60 days after the filing date): _____

   Month, Day, Year

4. Registered Agent's Name and Registered Office Address:

   Registered Agent: ___National Registered Agents, Inc.___

   | First Name | Middle Initial | Last Name |
   |---|---|---|

   Registered Office: | 208 | South LaSalle Street | Suite 814 |
   (P.O. Box alone or c/o | Number | Street | Suite # |
   is unacceptable.)

   | Chicago | **IL** | 60604 |
   | City | | ZIP Code |

   **Note: The registered agent must reside in Illinois. If the agent is a business entity, it must be authorized to act as agent in this state.**

5. Purpose(s) for which the Limited Liability Company is organized:

   The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act.

   (LLCs organized to provide professional services must list the address(es) from which those services will be rendered if different from Item 2. If more space is needed, use additional sheets of this size.)

6. The duration of the company is perpetual unless otherwise stated. If the operating agreement provides for a dissolution date, enter that date here: _____

   Month, Day, Year

Printed by authority of the State of Illinois. July 2014 — 1 — LLC 4.19

Thompson Att. A
Page 5 of 9

LLC-5.5

7. (Optional) Other provisions for the regulation of the internal affairs of the Company: (If more space is needed, attach additional sheets of this size.)

8. The Limited Liability Company: (Check either a or b below.)

a. ☒ is managed by the manager(s) (List names and addresses.)

Ashton Lending LLC - 4 East Ogden Avenue, #109, Westmont, Illinois 60559

b. ☐ has management vested in the member(s) (List names and addresses.)

9. Name and Address of Organizer(s):

I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

Dated  February 17 , 2015
       Month & Day      Year

1. *Tia Baugher*
   Signature

Tia Baugher, Vice President
   Name (type or print)

Corp-Link Services, Inc., Organizer
   Name if a Corporation or other Entity, and Title of Signer

1. 118 W. Edwards, Suite 200
   Number          Street

Springfield
   City/Town

IL          62704
   State      ZIP Code

2. _____
   Signature

_____
   Name (type or print)

_____
   Name if a Corporation or other Entity, and Title of Signer

2. _____
   Number          Street

_____
   City/Town

_____
   State      ZIP Code

Signatures must be in black ink on an original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.

♻ Printed on recycled paper. Printed by authority of the State of Illinois. March 2011 — 2M — LLC 4.15



**JESSE WHITE**
SECRETARY OF STATE

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | STARK LAW LLC | **File Number** | 05088194 |
| **Status** | ACTIVE | **On** | 02/17/2015 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 02/17/2015 | **Jurisdiction** | IL |
| **Agent Name** | NATIONAL REGISTERED AGENTS INC | **Agent Change Date** | 02/17/2015 |
| **Agent Street Address** | 208 S LASALLE ST STE 814 | **Principal Office** | 4 E OGDEN AVE STE 109 WESTMONT, IL 605590000 |
| **Agent City** | CHICAGO | **Management Type** | MGR   View |
| **Agent Zip** | 60604 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

| Purchase Certificate of Good Standing |
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

FEBRUARY 17, 2015

0508819-4

NATIONAL REGISTERED AGENTS INC
208 S LASALLE ST STE 814
CHICAGO, IL 60604-0000

RE  STARK LAW LLC

DEAR SIR OR MADAM:

IT HAS BEEN OUR PLEASURE TO APPROVE AND PLACE ON RECORD THE ARTICLES OF
ORGANIZATION THAT CREATED YOUR LIMITED LIABILITY COMPANY.  WE EXTEND OUR
BEST WISHES FOR SUCCESS IN YOUR NEW VENTURE.

PLEASE NOTE! THE LIMITED LIABILITY COMPANY MUST FILE AN ANNUAL REPORT
PRIOR TO THE FIRST DAY OF THIS ANNIVERSARY MONTH NEXT YEAR. FAILURE TO
TIMELY FILE WILL RESULT IN A $300 PENALTY AND/OR DISSOLUTION/REVOCATION.
A PRE-PRINTED ANNUAL REPORT WILL BE MAILED TO THE REGISTERED AGENT AT
THE ADDRESS ON OUR RECORDS APPROXIMATELY 45 DAYS BEFORE THE DUE DATE.

FOR A LIMITED LIABILITY COMPANY THAT INTENDS TO PROVIDE CERTAIN PRO-
FESSIONAL SERVICES FOR WHICH INDIVIDUALS ARE REQUIRED TO BE LICENSED, A
CERTIFICATE OF REGISTRATION MUST BE OBTAINED FROM THE ILLINOIS DEPART-
MENT OF FINANCIAL AND PROFESSIONAL REGULATION.  IF THE LLC IS SO REGIS-
TERED, THE CURRENT ADDRESS FROM WHICH THE PROFESSIONAL SERVICES ARE PRO-
VIDED MUST ALSO BE ON RECORD WITH THIS OFFICE.

MANY OF OUR SERVICES ARE AVAILABLE AT OUR CONTINUOUSLY UPDATED WEBSITE.
VISIT WWW.CYBERDRIVEILLINOIS.COM TO VIEW THE STATUS OF THIS COMPANY,
PURCHASE A CERTIFICATE OF GOOD STANDING, OR EVEN FILE THE ANNUAL REPORT
REFERRED TO IN THE EARLIER PARAGRAPH.

SINCERELY YOURS,

JESSE WHITE
SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY DIVISION
(217) 524-8008





# ATT. B



**STARK LAW**

ATTORNEYS AT LAW

4 E. Ogden, #109, Westmont, IL 60559
www.starklpc.com

Village of Westmont
Village Clerk's Office
31 W Quincy St.
Westmont, IL 60559



## Village of Westmont

**Village Clerk's Office**
**Finance Collector's Office**

31 W Quincy Street ◆ Westmont, Illinois 60559          Phone (630) 981-6220 ◆ Fax (630) 829-4441

## APPLICATION FOR BUSINESS LICENSE

cc: Shannon Malik, Village Planner, (C.D.)          Jeff Olsem, Westmont P.D.
Larry Kaufman, Fire Dept.

| | Business Information | Billing/Mailing Address (if different) |
|---|---|---|
| **Name:** | STARK LAW LLC | |
| **DBA:** | | |
| **Address:** | 500 QUAIL RIDGE DR | |
| | Westmont, IL          60559 | Westmont, IL          60559 |
| **Phone:** | 630-243-4207 | |

| | |
|---|---|
| **Principal Business Activity** | LAW FIRM |
| **Secondary Business Activity** | |
| **PBA/SIC Code** | |
| **Federal Tax Identification Number** | ███████████ |
| **Illinois Retail Occupation Tax Number** | |
| **Date Opened in Westmont** | MAY, 2015 |
| **Does the business serve or sell food products? (Y/N)** | NO |

### TYPE OF BUSINESS ENTITY (circle one)

☑ L.L.C.    ☐ Individual    ☐ Partnership    ☐ C Corporation    ☐ S Corporation

**Owner's Name:** GAURAV MOHINDRA          **Phone:** ████████████

**Address:** ███████████████

**City/State/Zip:** CHICAGO, IL, ███████

**Are the Business Premises Leased? (Y/N)** Y

If yes,
**Owner's Name:** HEARTLAND COMMERCIAL    **Phone:** (630) 734-9460

**Address:** 730 QUAIL RIDGE

**City/State/Zip:** WESTMONT, IL 60559

| | |
|---|---|
| **Square Footage:** | Approx 10,000 sq ft |
| **Restaurant Seating:** | 0 |
| **Number of Pool Tables:** | 0 |
| **Number of Bowling Lanes:** | 0 |

| License(s) Requested: Description | Number | Fee |
|---|---|---|
| | | |
| | | |
| | | |
| **List Coin Operated Devices:(Games, Vending or Gumball)** | | |
| VENDING MACHINE - BEVERAGE | 39902 | $ 25.00 |
| | | |
| | | |
| **New Business Certificate of Occupancy** | **NBC** | $     100.00 |
| **TOTAL FEE (Please Enclose Check)** | | $  125.00 |

| IN CASE OF EMERGENCY (Please list contacts in order of priority) | | | |
|---|---|---|---|
| 1. | Name | GAURAV MOHINDRA | Phone: (630) 243-4207 |
| | Address | 500 QUAIL RIDGE | City/State WESTMONT, IL |
| 2. | Name | PREETESH PATEL | Phone: (630) 605-6285 |
| | Address | 500 QUAIL RIDGE | City/State WESTMONT, IL |

I hereby certify that there are no willful misrepresentations in, or falsifications of, the above statements, answers, and attachments.

Signature _Gaurav Mohindra_     Date 5/26/2015

Type or print Name and Title

Please complete all information requested on this form. Please make any corrections, additions, or other changes I the preprinted information (if this is a renewal of an existing license). If you need additional information to complete your application, please contact the Village Collector's office at (630) 981-6220  Return completed application and required fee to:

Mail to:     Village of Westmont
              Village Clerk's Office
              31 W Quincy St.
              Westmont, IL  60559

The approval for application of license/permit shall not be held to permit, or be an approval of, any violation of the provisions of the ordinances and codes of the Village of Westmont in general, or the specific ordinances and codes under which this license/permit would be issued.

## F O R   O F F I C E   U S E   O N L Y

| Approved for Issue: | Notice To: | Fees: |
|---|---|---|
| Fire Dept. _____ | Police _____ | Fee Received _____ |
| Zone Admin. _____ | Fire _____ | Date _____ |
| Bldg. Dept. _____ | Health _____ | Period Covered _____ |
| Other | Other | Full Year _____ |
| _____ | _____ | Partial _____ |
| (Check Approvals Required) | _____ | |
| License Issued: | _____ | |
| Date: _____ | | |

Thompson Att. B
Page 3 of 3

# ATT. C

STARK LAW NOTES

Box #pq

[redacted] J [redacted]

T: 877 [redacted]

5-26-15
1600

D: [redacted]

[redacted] @ USPIS.GOV

STARK LAW FIRM FRAUD

500 QUAIL RIDGE → ASHTON ASSET MANAGEMENT

ATTN: HIRSH MOHINARA

+ 5-19-15 + NO CALL BACK AFTER STOPPING IN - 500 QUAIL RIDGE

CAR LOT — ROBERT CZARNIK ( [redacted] )

L[redacted] K [redacted] < [redacted] @ YAHOO.COM >

GAVE 2 PAYMENTS

NORTH DAKOTA

$15 +
$175 } $250

TX #'S USED: 844 - 525 - 2156

0220
337 - 4131
844 - ~~[struck]~~

NAMES USED: TAMMY WATSON

ROBERT CZARNIK

~~[struck]~~ PAY DAY LOAN FROM YEARS AGO

5-26-15 STARK LAW BUSINESS LICENSE TO VOW

GORAF MUHINARA + PREETESH PATEL 630-605-6285

— WWW. RCMRLAW. COM —

PAUL CHAWLA [redacted]

5-26-15   M█████ D█████ █████████████
1645          ████████ FC

TX3 USED: 844-525-0220
                844-891-9270 x 409

OUTSTANDING LOAN DEFRAUDED ON
TALKED TO HEATHER (SAID DEF A F/W)
PAY $892 TODAY W/ CC + 3 DIGIT CODE
    OR WARRANT FOR ARREST
HAD BANKING INFO (WELLS FARGO + LAST 4 OF ROUTING)
    WORK INFO, SS#, RESIDENCE FROM 10 YEARS AGO
ALSO MENTIONED: PRIORITY ONE + KINGSTON MARKETING LLC
        GO TO: WWW. IOSS. GOV/ CORPORATE LLC
HAD SISTER'S INFO


6-11-15   S███ C██████  ████████ < ████████ @ YAHOO.COM )
1030       MICHIGAN ( ████████████ )

PAY DAY ON-LINE LOAN
TALKED TO STACEY BROWN ( DEF. F/R )
OWE $300 FROM ORIGINAL LOAN NOW #420
    IF DON'T PAY TODAY (6-8-15) OWE #2400
HAD BANK INFO, SS#, FAMILY TK3
    CALLED FAMILY IN NH, MA, CA → IN $$ TROUBLE
                                        WORK
CALLED FROM: (844) 410-7683

6-18-15   L█████ C█████ █████████
          ████████ TN

NAME USED : ERIC TORRES
TX  "   : (844) 410-7603
OWES $200 FOR PAY DAY LOAN IN 2011
    SIMILAR CALL LAST YEAR - ASKED FOR $500
HAD SS#, OLD ADDRESS, OLD BANKING INFO.
ASKED HER TO "VERIFY" HER UPDATED INFO BEFORE
    THEY WOULD TELL HER ANYTHING
ALSO CALLED HER WORK & ASKED FOR SUPERVISOR


6-19-15   S█████ W█████ ██████████ OR █████████
          ████████ PA

NAMES USED: KENDALL COLLINS (F/B)
            KAREN (F/W)
TX USED: (844) 235-0264
OWES $430 FROM MANHATTAN PROCESSING PAY DAY LOAN
    IF DON'T PAY NOW → $2000 LITIGATION FEE
* SHE DID TAKE A PAY DAY LOAN IN PAST *
HAD PARTIAL BANK ACCT #, MOM'S TX, CURRENT
    ADDRESS, + WORK TX
USED HER MAIDEN NAME: "██████"

6-19-15? A███████ B███ ████████████

████████ MN

NAME USED: ASHLEY PEARSON (P/W)

HEATHER ASHLEY (F/W)

OWED $300 FOR AUG. 2013 PAY DAY LOAN

CAN SETTLE FOR $650 TODAY OR PAY $2900 IN COURT

CALLED PAST EMPLOYER (SCHOOL)

HAD SS# & BANKING INFO.

* FILLED OUT ON-LINE APP FOR A LOAN, BUT NEVER TOOK IT *


6-23-15 T████ S██████ ████████████ < ████████ @ GMAIL.COM>

██████ MO

NAME USED: CHLOE SMITH (F/B)

TX " : (844) 235-0264

OWES $450 FOR 2011 PAYDAY LOAN

ARRANGE A PAYMENT OR THEY WILL FILE COURT

PAPERS FOR CHECK FRAUD

ASKED FOR STARK LAW TO SEND DOCUMENTATION → REFUSE

* TOOK PAY DAY LOAN IN 2011 BEFORE FILING BANKRUPTCY *

HAD WORK INFO, SS#, & OLD BANK INFO

CALLING HUSBAND'S FAMILY MEMBERS

6-23-15    K████ J████████ ████████████
        ████ IA

NAME USED: THOMAS ANDERSON (M/B)
TX     "    : (844) 256-1830
OWES $400 FOR 2011 PAYDAY LOAN
    PAY $800 NOW OR $2700 IN COURT
\* TOOK PAYDAY LOAN 3 YEARS AGO BUT PAID BACK\*
HAD SS# & OLD BANK ACCT #
CONTACTED BOSS, HUSBAND, EX-BF


0-25-15    J███ A. R████████ ████████
                        MO ████████

NAME USED: JESSICA SCOTT (F/B)
             KAREN BAKER (F/U)
TX USED: (844) 620-1718 x431
          (844) 235-0264 x431
OWES $840 FROM ORIGINAL $400 LOAN ON 8-30-11
   LOAN TAKEN FROM FOX ENTERPRISES - PAYDAY LOAN
GAVE STARK LAW $50 4/CC, $100 BANK CARD & $197.50
      ↳ CLOSED HER ACCTS WHEN BELIEVED SCAM
\*HAS TAKEN PAYDAY LOAN IN PAST\*    HAD SS#


7-3-15    J███ M███ ████████ <████████ @OUTLOOK.CO
          NM

DOESN'T HAVE NAMES OR TX, BUT TALKED TO 2F/B & 1 M/B
OWES $600 FOR $300 GREENWOOD PAYDAY LOAN IN 2011
    PAY NOW OR $2600 IN COURT
NEVER TOOK LOAN - HAD SS# & BANKING INFO

Thompson Att. C
Page 5 of 5

# ATT. D





# STARK LAW
### ATTORNEYS AT LAW

R████ J████
Cross Plains, TN ████

# VALIDATION OF DEBT

## PLEASE BE ADVISED THAT THIS COMMUNICATION IS MADE FOR THE PURPOSE OF COLLECTING A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.

Date: 06/22/2015

Dear R████ J████

**Control Number:**      4██████

**Original Creditor:**   Paragon Funding

**Original Applicant#:**  ████████

**Open Date:**           02/23/2012

**Original Amount:**     $350.00

**Current Balance:**     $810.00

Unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector. If the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector. Upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

Sincerely,
Stark Law

4 E. Ogden Avenue #109, Westmont, IL 60559
Telephone: (844) 235-0264
www.starklpc.com

Thompson Att. D
Page 1 of 1

# ATT. E

| From: | Stephen Thompson |
|---|---|
| To: | Menjivar, Roberto C. |
| Subject: | Fwd: Stark Law |
| Date: | Tuesday, September 15, 2015 5:19:18 PM |

Also, this email was last last I heard from Mohindra.  Not sure if you think it's relevant, but just in case.

Steve

---------- Forwarded message ----------
From: **Gaurav Mohindra** <gmohindra@gmail.com>
Date: Mon, Jul 13, 2015 at 11:06 AM
Subject: Stark Law
To: sthompson@westmont.il.gov


Dear Sergeant Thompson:

It was nice meeting you last week.  We appreciate you taking the time to better understand our business and discuss the calls you've been receiving.

Accordingly, we are in the process of drastically changing our processes.  These changes are being implemented today, and will be "live" by Monday.  We are certain that phone calls to your office will cease as a result of our changes.

Should you have any questions, please don't hesitate to contact me.


Best regards,
Gaurav Mohindra



--
**Sergeant Stephen Thompson #125**

**Westmont Police Department**
**500 N. Cass Avenue**
**Westmont, IL 60559**
**Main: (630) 981-6300**
**Direct: (630) 981-6371**

# ATT. F

Report 09/09/2015 15:38

# Westmont Police Department

## Incident Report

Case # 02-15-005238

<table>
<tr><td rowspan="8"><strong>I N C I D E N T</strong></td><td colspan="2"><strong>Case #</strong><br>02-15-005238</td><td colspan="2"><strong>Report</strong><br>09/09/2015 15:38</td><td><strong>Occurred From</strong></td><td><strong>Occurred To</strong></td><td><strong>Report Type</strong><br>Original</td></tr>
<tr><td colspan="2"><strong>Dept. Classification</strong><br>Fraud</td><td colspan="2"><strong>Case Status</strong><br>DECEPTION</td><td colspan="2"><strong>Case Status Date</strong><br>08/01/2015</td><td><strong>Cleared</strong></td></tr>
<tr><td colspan="7"><strong>Common Name</strong><br>STARK LAW, LLC - 500 QUAIL RIDGE DR WESTMONT, IL 60559</td></tr>
<tr><td colspan="4">Sub Beat : 120<br>Gang Related : NO<br>Location Type : Office Building`<br>Beat Assignment : 331<br>Alcohol Related : No</td><td colspan="3">Alcohol Related : No<br>Drug Related : No<br>Total Damaged Property Value : $0.00<br>Total Stolen Property Value : $0.00<br>Total Recovered Property Value : $0.00</td></tr>
</table>

### OFFENSE 1

| State Classification<br>Fraud | | Attempted/Committed<br>Not Applicable |
|---|---|---|
| **Statute/Ordinance** | **Location Type**<br>Office Building` | **Disposition Date** |
| Bias : Unknown Bias<br>Weapon 1 : None<br>Forced Entry : No | Computer Theft : No<br>Evidence Collected : No<br>Offense Status : Referred To Other Jurisdiction | |

End of Offense: 1

### PERSON 1

| Person Type<br>VICTIM | Business/Person Name<br>L▆▆K▆▆▆▆ | | Business Phone |
|---|---|---|---|
| Home Phone | Person Address<br>▆▆▆ ND | | |
| Other Phone ▆▆▆ | Employer Address | | |
| Race<br>UNKNOWN | Sex<br>Female | SSN | DL Exp. Date | DL Number |
| Birth Date | Birth Place | | | |

Adult/Juvenile : ADULT
Victim Type : Individual-Adult
Will File Charges : Yes
Can Identify Offender : No

Sobriety of Victim : SOBER
Injury Type 1 : None
Body Marks:

End of Person: 1

### PERSON 2

| Person Type<br>SUSPECT/ARRESTEE | Business/Person Name<br>STARK LAW, LLC | | Business Phone<br>(630) 243-4207 |
|---|---|---|---|
| Home Phone | Person Address<br>Use Address from Incident Location Information | | |
| Other Phone | Employer Address | | |
| Race | Sex | SSN | DL Exp. Date | DL Number |
| Birth Date | Birth Place | | | |
| Body Marks: | | | | |

End of Person: 2

---

| Reporting Officer<br>SGT STEPHEN THOMPSON (1250) | Department<br>WESTMONT POLICE DEPARTMENT | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer | | Date/Time |
| Verifying Officer<br>SGT STEPHEN THOMPSON (1250) | Department<br>WESTMONT POLICE DEPARTMENT | Date / Time<br>09/09/2015 17:25 |

02-15-005238

Thompson Att. F
Page 1 of 4    1 of 4

## Incident Report

Case # **02-15-005238**

| P E R S O N **3** | Person Type<br>INVOLVED | Business/Person Name<br>GAURAV K MOHINDRA | | | Business Phone<br>(630) 243-4207 |
|---|---|---|---|---|---|
| | Home Phone | Person Address<br>⬛⬛⬛ CHICAGO, IL ⬛⬛⬛ | | | |
| | Other Phone ⬛⬛⬛ | Employer Address<br>Use Address from Incident Location Information | | | |
| | Race<br>WHITE | Sex<br>Male | SSN | DL Exp. Date | DL Number ⬛⬛⬛ |
| | Birth Date ⬛⬛⬛ | Birth Place | | | |
| | Age : ⬛⬛⬛<br>Occupation : ATTORNEY<br>DL State : IL<br>Min. Height : ⬛⬛⬛ | | Min. Weight : ⬛⬛⬛<br>Adult/Juvenile : ADULT<br>Employer : STARK LAW, LLC<br>Body Marks: | | |

End of Person: **3**

| P E R S O N **4** | Person Type<br>INVESTIGATOR | Business/Person Name<br>STEPHEN THOMPSON | | | Business Phone<br>(630) 981-6300 |
|---|---|---|---|---|---|
| | Home Phone | Person Address | | | |
| | Other Phone | Employer Address<br>500 N CASS AV WESTMONT, IL 60559 | | | |
| | Race<br>WHITE | Sex<br>Male | SSN | DL Exp. Date | DL Number |
| | Birth Date | Birth Place | | | |
| | Occupation : SERGEANT #125<br>Adult/Juvenile : ADULT | | Employer : WESTMONT POLICE DEPARTMENT<br>Body Marks: | | |

End of Person: **4**

| N A R R A T I V E **1** | Topic | ORIGINAL NARRATIVE |
|---|---|---|

On May 19, 2015, I received a call from L⬛⬛ K⬛⬛ who wanted to report a possible fraud by a company located in Westmont. K⬛⬛ explained she was contacted by a Stark Law firm being operated at 4 East Ogden Avenue #109 in Westmont. She said the caller, who identified herself as Tammy Watson, told her she owed money for a pay day loan from several years ago and she needed to pay it. K⬛⬛ made two payments (one of $75 and another of $175), but felt she was being scammed and felt the company might be fraudulent. I told her I would try to verify if this was a legitimate company operating out of Westmont or not.

When I spoke to K⬛⬛, I recognized the address of 4 East Ogden to be a Jewel grocery store. I was also aware there was a UPS Store there that had mailboxes for rent.

I performed an Internet search for Stark Law and noted several complaints regarding possible fraud and unethical business practices. The search also revealed an address of 500 Quail Ridge Drive, Westmont, as an address for Stark Law.

Detective Bukovic and I went to 500 Quail Ridge Drive and asked to speak with whoever was in charge. The receptionist said the Stark Law firm was one of the businesses operating out of the building. She said no one was available to speak with me, so I left my contact information and asked for someone to call me.

| Reporting Officer<br>SGT STEPHEN THOMPSON (1250) | Department<br>WESTMONT POLICE DEPARTMENT | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer | | Date/Time |
| Verifying Officer<br>SGT STEPHEN THOMPSON (1250) | Department<br>WESTMONT POLICE DEPARTMENT | Date / Time<br>09/09/2015 17:25 |

May 26, 2015

I responded to the UPS Store and spoke to the manager. I was told he couldn't give me any information without a subpoena, but he advised me to speak with a postal inspector who was in the store recently. He showed me a business card, which identified the inspector as S▮▮▮ D▮▮▮▮ ▮▮▮▮▮▮.

I called Inspector D▮▮▮▮ and he told me he received a call from an Evanston PD detective who had a possible fraud victim who was given a phone number and UPS PO box number that ultimately returned to that UPS store. Inspector D▮▮▮▮ sent me the UPS box application and it showed the applicant as Guarav Mohindra.

I conducted an Internet search on Mohindra and found him to be a member of the Bush Chawla Mohindra Ravani (BCMR) Law Firm. It showed his office as 500 Quail Ridge Drive, Westmont, ▮▮▮▮▮▮▮▮▮▮▮.

I also learned Mohindra applied for a business license with the Village of Westmont. The license was for the Stark Law firm.

Over the next month, I spoke to several people who wanted to make complaints regarding the business practices of Stark Law firm. All the stories weren't exactly the same but were substantially similar in regards to receiving calls about pay day loans and needing to make payment or they were going to be arrested or taken to court. Most complained of rudeness by the callers and that the firm called their families, bosses, ex-spouses in order to get some kind of payment. All complainants said the callers had a lot of personal information including social security numbers and bank account information.

July 8, 2015

I met with Mohindra and Preetesh Patel at the Stark Law office. Mohindra explained the business and how the business operates within the Fair Debt Collection and Practices Act (FDCPA). Mohindra had a vast knowledge of the law and assured me all employees were trained to operate within the law. I shared some of the complaints with him and he said he would conduct an internal review of some of the calls and make sure none of his employees were doing anything illegal. Mohindra provided me with an example letter the firm sends out to anyone they are trying to collect a debt from.

After reviewing the information I obtained from the complainants plus the information from Mohindra, I determined these complaints appeared to fall under the jurisdiction of the Illinois Attorney General's Office. I contacted each complainant via telephone and provided them with the Attorney General's on-line complaint form. I asked each one to complete an on-line complaint.

Case Status: Referred to Attorney General's Office.

*It should be noted I did not receive another complaint between the time of my meeting with Mohindra

| Reporting Officer | Department | Report Status: |
| --- | --- | --- |
| SGT STEPHEN THOMPSON    (1250) | WESTMONT POLICE DEPARTMENT | Approved |
| Supervising Officer | | Date/Time |
| Verifying Officer | Department | Date / Time |
| SGT STEPHEN THOMPSON    (1250) | WESTMONT POLICE DEPARTMENT | 09/09/2015 17:25 |

Incident Report

| | and this report (September 9, 2015)* |
|---|---|
| | End of Narrative: 1 |

| Reporting Officer | | Department | | Report Status: |
|---|---|---|---|---|
| SGT STEPHEN THOMPSON (1250) | | WESTMONT POLICE DEPARTMENT | | Approved |
| **Supervising Officer** | | | | **Date/Time** |
| | | | | |
| **Verifying Officer** | | **Department** | | **Date / Time** |
| SGT STEPHEN THOMPSON (1250) | | WESTMONT POLICE DEPARTMENT | | 09/09/2015 17:25 |

# ATT. G

| From: | Stephen Thompson |
|---|---|
| To: | Menjivar, Roberto C. |
| Subject: | Fwd: Stark Law - Tomorrow, Police Presence |
| Date: | Friday, January 08, 2016 9:56:30 AM |

Here is the email from Gaurav. As you can see, he switched the times up. I am up here now keeping an eye on things.

Gaurav came out and greeted me and walked me inside briefly. People were waiting around for their final paychecks and everything seemed cordial.

Steve

---------- Forwarded message ----------
From: "Gaurav Mohindra" <gmohindra@gmail.com>
Date: Jan 7, 2016 5:16 PM
Subject: Stark Law - Tomorrow, Police Presence
To: <sthompson@westmont.il.gov>
Cc:

Dear Sargeant Thmopson:

We decided we will terminate all of the employees first thing in the morning. Accordingly, can you please have a police presence in our parking lot between 8:45 and 10:00 AM tomorrow. Our office is located at 500 Quail Ridge Drive, Westmont.

I really appreciate your assistance in this matter, and am hoping tomorrow is non-eventful.

Please confirm at your convenience.

Thanks so much.
Gaurav Mohindra
312-282-6759

Thompson Att. G
Page 1 of 1