**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

MAR 21 2016 *AS*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FEDERAL TRADE COMMISSION, and )
)
STATE OF ILLINOIS, )
)
      Plaintiffs, ) Case No.
)
      v. )

**1:16-cv-3463**
**Judge Rebecca R. Pallmeyer**
**Magistrate Judge Sheila M. Finnegan**

STARK LAW, LLC, an Illinois limited liability
company, also doing business as STARK
RECOVERY, *et al.*,

      Defendants. )
)
)

**EXHIBITS SUPPORTING PLAINTIFFS' *EX PARTE* MOTION FOR A
TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT
OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**VOLUME II OF II**

Dated: March 21, 2016

Presented by:

WILLIAM J. HODOR
JOHN C. HALLERUD
Federal Trade Commission, Midwest Region
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

ERIN GROTHEER
KIMBERLY SLIDER
THOMAS P. JAMES
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
Attorneys for Plaintiff
STATE OF ILLINOIS

## <u>VOLUME I OF II</u>

### LAW ENFORCEMENT DECLARATIONS

Declaration of Roberto C. Menjivar .............................................................................PX 1
Investigator, Federal Trade Commission

Declaration of Michael B. Goldstein .............................................................................PX 2
Investigator, Federal Trade Commission

Declaration of Sergeant Stephen Thompson .................................................................PX 3
Sergeant, Village of Westmont Police Department

## <u>VOLUME II OF II</u>

### STATE OFFICIAL DECLARATIONS

Declaration of Donna Aidich .........................................................................................PX 4
Office Coordinator, Illinois Department of Financial and
Professional Regulations, Licensing and Maintenance Unit

Declaration of Jim Koehl ...............................................................................................PX 5
Board Liaison, Illinois Department of Financial and Professional
Regulations, Department of Professional Regulation

### FORMER EMPLOYEE DECLARATION

Declaration of Joe H. Prempeh, Esq. .............................................................................PX 6

### BUSINESS OWNER DECLARATION

Declaration of Pauline Kussart .....................................................................................PX 7
Owner and President, The Stark Collection Agency, Inc.,
Madison, Wisconsin

### CONSUMER DECLARATIONS

Declaration of Matthew Barnes ....................................................................................PX 8

Declaration of Susan Burns ..........................................................................................PX 9

Declaration of Ashley Duncan .....................................................................................PX 10

Declaration of John Gerstner ........................................................................................PX 11

Declaration of Donald Gladstein ...........................................................................PX 12

Declaration of Kinyetta Hunter ............................................................................PX 13

Declaration of Gloria James ................................................................................PX 14

Declaration of Minnita Johnson ..........................................................................PX 15

Declaration of Jared Lusher.................................................................................PX 16

Declaration of Rebecca Oaks ..............................................................................PX 17

Declaration of Joshua Rozman............................................................................PX 18

Declaration of Gordon Scherck, III .....................................................................PX 19

Declaration of Holly Turner ................................................................................PX 20

# PX 4

## DECLARATION OF DONNA AIDICH
## PURSUANT TO 28 U.S.C. § 1746

I, Donna Aidich, do hereby declare as follows:

1.    My name is Donna Aidich, and I am a United States citizen who is over the age of eighteen. I am employed as an Office Coordinator at the Illinois Department of Financial and Professional Regulations (IDFPR) Licensing and Maintenance Unit, a position that I have held for approximately 4 years. My office address is 320 W Washington St 3rd Fl Springfield, Illinois 62786. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2.    Under the Illinois Collection Agency Act, 225 ILCS 425/1 *et seq.*, debt collectors and collection agencies are required to be licensed with the state, "except that no collection agency shall be required to be licensed if the agency's activities in this State are limited to collecting debts from debtors located in this State by means of interstate communication, including telephone, mail, or facsimile transmission, electronic mail, or any other Internet communication from the agency's location in another state provided they are licensed in that state and these same privileges are permitted in that licensed state to agencies licensed in Illinois." *See* 225 ILCS 425/4.

3.    The IDFPR keeps licensing records of all licensed Illinois debt collectors and collection agencies. In my position, I have personal knowledge of the IDFPR's business practices and the manner in which the IDFPR receives and records information. Unlicensed collection practice is a violation of the Illinois Collection Agency Act. *See* 225 ILCS 425/4.5.

4.    I have reviewed the IDFPR's licensing records to determine whether certain entities or individuals are licensed with the state pursuant to the Illinois Collection Agency Act.

1

No Illinois licensure under the Illinois Collection Agency Act is currently or has ever been held by the following entities and individuals:

- Ashton Asset Management
- Pacific Capital Holdings
- Stark Law
- Stark Legal
- Stark Law, LLC
- Stark Recovery
- Capital Harris Miller & Associates
- CHM Capital Group
- CHM Group LLC
- CHM Mitigation
- CHM Collections
- CHM Remediation Services
- Gaurav Mohindra
- Preetesh Patel
- Hirsh Mohindra

(See Ex. A, IDFPR Certifications of non-licensure for the above-listed entities and individuals).

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on December 8, 2015.

Donna Aidich
(NAME)

# EXHIBIT A



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT ASHTON ASSET MANAGEMENT**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



JAY STEWART
Director
Division of Professional Regulation

JS:la

# EXHIBIT A

**AIDICH EXHIBIT A**
**Page 1 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT PACIFIC CAPITAL HOLDINGS**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 2 of 15**



# Illinois Department of Financial and Professional Regulation

Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT STARK LAW**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 3 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

November 3, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT STARK LEGAL LLC**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name and profession, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



_____  #10

JAY STEWART
Director
Division of Professional Regulation

JS:la

AIDICH EXHIBIT A
Page 4 of 15



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

November 3, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT STARK LAW LLC**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name and profession, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

#10

JAY STEWART
Director
Division of Professional Regulation

JS:la



# Illinois Department of Financial and Professional Regulation

### Division of Professional Regulation

BRUCE RAUNER
Governor

BRYAN SCHNEIDER
Secretary

JAY STEWART
Director
Division of Professional Regulation

## C E R T I F I C A T I O N

November 3, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT STARK RECOVERY**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name and profession, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

AIDICH EXHIBIT A
Page 6 of 15



# Illinois Department of Financial and Professional Regulation

Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## C E R T I F I C A T I O N

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CAPITAL HARRIS MILLER & ASSOCIATES**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 7 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

### C E R T I F I C A T I O N

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CHM CAPITAL GROUP**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 8 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CHM GROUP LLC**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



_____
JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 9 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

BRUCE RAUNER
Governor

BRYAN SCHNEIDER
Secretary

JAY STEWART
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CHM MITIGATION**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 10 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## C E R T I F I C A T I O N

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CHM COLLECTIONS**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 11 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

July 2, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT CHM REMEDIATION SERVICES**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

SEAL

JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 12 of 15**



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

### CERTIFICATION

August 10, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT GAURAV MOHINDRA**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

JAY STEWART
Director
Division of Professional Regulation

JS:la

www.facebook.com/ILDFPR          www.idfpr.com          http://twitter.com/#!/IDFPR



# Illinois Department of Financial and Professional Regulation

### Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

August 10, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT PREETESH PATEL**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

#10

_____
JAY STEWART
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 14 of 15**



# Illinois Department of Financial and Professional Regulation

### Division of Professional Regulation

**BRUCE RAUNER**
Governor

**BRYAN SCHNEIDER**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

## CERTIFICATION

August 10, 2015

To whom it may concern:

I, Jay Stewart, Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

**THIS IS TO CERTIFY THAT HIRSH MOHINDRA**

**DOES NOT NOW HOLD NOR HAS EVER HELD A LICENSE UNDER THE ILLINOIS COLLECTION AGENCY ACT.**

Department records were searched based upon the exact name, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.

**JAY STEWART**
Director
Division of Professional Regulation

JS:la

**AIDICH EXHIBIT A**
**Page 15 of 15**

PX 5

## DECLARATION OF JIM KOEHL
## PURSUANT TO 28 U.S.C. § 1746

I, Jim Koehl, hereby declare as follows:

1. My name is Jim Koehl, and I am a United States citizen who is over the age of eighteen. I am employed as a Board Liaison at the Illinois Department of Financial and Professional Regulations (IDFPR) in the Department of Professional Regulation, a position that I have held for approximately 18 years. My office address is 320 West Washington, 3rd Floor, Springfield, Illinois 62786. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2. Under the Illinois Collection Agency Act, 225 ILCS 425/1 *et seq.*, debt collectors and collection agencies are required to be licensed with the state, unless the collection agency makes collection attempts in Illinois from an office in another state and is licensed as a collection agency in that state. *See* 225 ILCS 425/4. The IDFPR keeps licensing records of all licensed Illinois debt collectors and collection agencies. In my position, I have personal knowledge of the IDFPR's business practices and the manner in which the IDFPR receives and records information. Unlicensed collection practice is a violation of the Illinois Collection Agency Act. *See* 225 ILCS 425/4.5.

3. I have reviewed the IDFPR's licensing records to determine whether CHM Capital Group, LLC (herein "CHM") is or has ever been licensed as a collection agency with the state of Illinois. No Illinois licensure under the Illinois Collection Agency Act is currently or has ever been held by CHM.

4. However, based on my review of the IDFPR's records, CHM submitted an application to be licensed as a collection agency in Illinois on April 21, 2011. (See Ex. A, CHM collection agency license application). On its "Application for Registration," "Trust Account

1

Financial Report" form (TR-COL) and "Financial Statement" form (FS-COL), CHM listed its main address as 2224 W. Touhy Ave Unit 1E, Chicago, Illinois 60630 and listed Hirsh Mohindra as the "manager/administrator-in-charge." (Id.) In its FS-COL, CHM listed its total assets as $132,000.00 and its total liabilities and net worth as $82,000.00. (See Ex. B, FS-COL). CHM also submitted its Articles of Organization filed with the Illinois Secretary of State's Office, also filed on April 21, 2011. (See Ex. C, Articles of Organization).

5.      CHM also submitted an "Employee Identity Listing" form (EL-COL) and the "Personal/Employment History" form (PH-COL) for Hirsh Mohindra as president of CHM. In his PH-COL, Hirsh Mohindra stated his previous employment for the previous 10 years as: 1997-date of application, owner of M&S Associates Inc. d/b/a Comfort Inn; and 1998-date of application, owner of Peacock Associates Inc. d/b/a Ramada Inn. (See Ex. D, PH-COL).

6.      Along with the collection agency license application, CHM submitted a "License or Permit Bond" from Erie Insurance Company for $25,000.00 to begin on April 26, 2011 specifically to cover a collection agency license or permit. (See Ex. E, CHM License or Permit Bond). CHM also submitted proof of its employer identification number issued to it by the IRS. (See Ex. F). CHM also submitted a $750.00 application fee to the IDFPR.

7.      The Division of Professional Regulation of the IDFPR received CHM's Application for Registration as a collection agency in Illinois, and documents submitted in conjunction with said application, on May 2, 2011.

8.      On July 13, 2011, IDFPR issued a Deficiency Checklist to CHM due to the following deficiencies with CHM's application to be a licensed collection agency in Illinois:

- The address listed on the application needed to be changed to reflect "Apt 1E" as opposed to "Unit 1E."
- The PH-COL form submitted for Hirsh Mohindra was insufficient in so far as it lacked details specific to the one year of credit experience requirement.

2

- CHM Capital Group, LLC submitted a TR-COL form, but yet also claimed to be exempt from the trust account requirement. Therefore, IDFPR requested a signed statement explaining CHM's collection activities.
- The TR-COL form that was submitted was not complete, as Page 1, Part II and Page 2, Part III were blank.
- The bond submitted was not acceptable and CHM was asked to resubmit its bond on the Department form.
- The FS-COL form, Part II, needed to be corrected as the "total assets and total liabilities plus net worth must equal the same amount."
- On the EL-COL form, CHM needed to select the "type of ownership" of the business and include "N/A" if it did not use any fictitious names.

(See Ex. G, Deficiency Checklist).

9.     On March 23, 2012, IDFPR mailed a second Deficiency Checklist to CHM's representative, Cornerstone Support, regarding CHM's application to be a licensed collection agency. (See Ex. H, 2nd Deficiency Checklist). IDFPR advised CHM once again of the deficiencies with the listed address, the PH-COL form and Hirsh Mohindra's required one year of credit experience, the TR-COL form, the required bond, the FS-COL form, and the EL-COL form. (Id.)

10.     On June 2, 2014, IDFPR sent CHM a "Notice Concerning Your Application with the Department for Licensure as Licensed Collection Agency." (See Ex. I, June 2, 2014 Notice). IDFPR advised CHM that because it failed to complete the application process within three years after filing said application, "the fee paid by the applicant shall be forfeited and the application denied." (Id.) CHM was informed that it could reapply for licensure, but CHM has never done so.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on __December 9__ , 2015.

_____
                    (NAME)

3

# EXHIBIT A

# EXHIBIT A

| APPLICATION FOR REGISTRATION COLLECTION AGENCY | FOR OFFICIAL USE ONLY |
|---|---|

**FOR OFFICIAL USE ONLY**

CHM CAPITAL GROUP LLC
2224 W Touhy Ave Apt 1E
Chicago, IL 60645-3477

MAY 0 9 2011

**IMPORTANT NOTICE:** Completion of this form is necessary for consideration for licensure under 225 ILCS 425/1 et.seg. (Illinois Compiled Statutes). Disclosure of this information is VOLUNTARY. However, failure to comply may result in this form not being processed.

| The following materials are included in the Application Package for Registration as a Collection Agency: | Carefully follow all steps outlined on the INSTRUCTION SHEET. In addition, note the following: |
|---|---|
| 1. Two-sided APPLICATION FOR REGISTRATION, COLLECTION AGENCY. | a. Type or print legibly with black ink only. RECEIVED |
| 2. SUPPORTING DOCUMENTS (Purpose and type described in the Instruction Sheet.) | b. **Application fee is not refundable.** |
| 3. INSTRUCTION SHEET. | c. Complete the full name and address of the Collection Agency. Post Office Box numbers are not acceptable. MAY 0 9 2011 |
| | The main address should be the corporate headquarters of the collection agency. Professional Service Unit |

Under penalty of perjury, I attest that the entity to be licensed as a collection agency by this application limits its collection activities to collecting debt that it has purchased, and is therefore exempt from the trust account requirement and the need to submit a TR-COL form.

*4-21-2011* _____  *H. Mohindra* _____
**Date**                    **Signature of Owner, Partner or Corporate Officer of Agency**

## PART I: Collection Agency Identifying Information

| A. COLLECTION AGENCY NAME (As it is to appear on Certificate of Registration) | B. FEIN NUMBER OR, IF SOLE PROPRIETORSHIP, SOCIAL SECURITY NUMBER |
|---|---|
| *CHM CAPITAL GROUP, LLC* | ▮▮▮▮▮▮▮ |
| C. COLLECTION AGENCY MAIN ADDRESS (Include Street Address, City, State and ZIP Code) | D. ACTUAL NAME OF COLLECTION AGENCY |
| *2224 W. TOUHY UNIT 1E* *CHICAGO, IL 60630* | *CHM CAPITAL GROUP, LLC* |
| | E. TELEPHONE NUMBER (Include Area Code) |
| | *630-479-0000* |
| F. COUNTY | G. MANAGER/ADMINISTRATOR-IN-CHARGE |
| *COOK* | *HIRSH MOHINDRA* |
| H. TYPE OF OWNERSHIP ☐Corporation ☐Partnership ☐Sole Proprietorship ☑Limited Liability Company | I. NAME OF OWNERSHIP IF SOLE PROPRIETORSHIP |

## PART II: Additional Location Information - *All branch locations must have the same ownership as indicated on Parts IV of this application; and the name of the business must be identical to that in PART I, A of this application. Different business names or different ownership requires a separate collection agency application. Use a separate sheet if additional space is needed.*

| BRANCH OFFICE STREET ADDRESS CITY, STATE, ZIP CODE | TELEPHONE NUMBER (Include Area Code) | MANAGER/ADMINISTRATOR |
|---|---|---|
| RECEIVED BUSINESS SERVICES MAY 2 - 2011 IDFPR Div. of Professional Regulation | | KOEHL EXHIBIT A Page 1 of 5 |

**Additional application forms can be downloaded from the IDFPR Web site at www.idfpr.com.**

**PART III:** **Record of Licensure/Registration Information --** *If your agency has ever been licensed, registered, or been granted authority to do business as a Collection Agency under the name specified in Part I, A, or any other business or assumed name either in Illinois or in another state, complete the information requested below (duplicate page as needed).*

| STATE | NAME AND ADDRESS OF BUSINESS | LICENSE NUMBER | DATE ISSUED | STATUS (Active,Lapsed, etc) | DISCIPLINED IN THIS STATE? (Y/N) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If there is a "yes" response to being disciplined in any state listed above, a copy of the disciplinary history must accompany the application.*

*Under penalty of perjury, I can attest to the validity of the information contained in Part III of the application with reference to state licensure/registration or operation in the state(s) listed above in performing collection activities.*

4-21-2011 _____
Date

_H. Mohindra_
Signature of Owner, Partner or Corporate Officer of Agency

**PART IV:** **Owner and Stock Holder Information -** *Record data for all owners, partners, officers, or if corporation, all persons owning 10% or more of corporate stock.*

| NAME | STREET ADDRESS CITY, STATE, ZIP CODE | TITLE | PERCENTAGE OF OWNERSHIP |
|---|---|---|---|
| HIRSH MOHINDRA | 2224 W. TOUHY UNIT 1E CHICAGO, IL 60630 | PRESIDENT | 100 % |
| | | | |
| | | | |
| | | | |
| | | | |

**PART V: Certifying Statement**

Under penalties of perjury, I declare that I have examined this application, that the answers appearing hereon are true and correct to the best of my knowledge and belief, and that I am legally authorized to sign for this agency.

4-21-2011 _____
Date

_H. Mohindra_
Signature of Owner, Partner, or Corporate Officer of Agency

**I UNDERSTAND THAT FEES ARE NOT REFUNDABLE.** My signature above authorizes the Department of Financial and Professional Regulation to reduce the amount of this check if the amount submitted is not correct. I understand this will be done only if the amount submitted is greater than the required fee hereunder, but in no event shall such reduction be made in an amount greater than $50.

**KOEHL EXHIBIT A**
**Page 2 of 5**

Right margin vertical text: Name of Collection Agency: FEIN or SS#: Profession Name: COLLECTION AGENCY

IL486-0094 01/08 (CA)

r Registration - Page 2 of 2

# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

### Application Checklist for Licensed Collection Agency

*In order for your application to be processed,*
**ALL REQUIRED SUPPORTING DOCUMENTATION MUST BE SUBMITTED**
*with the application and required fee unless otherwise directed in the instructions.*

**Before you mail your application, check the following items to make sure your application is complete!**

| TWO-PAGE APPLICATION REVIEW | COMPLETED |
|---|---|
| Part I.     Collection Agency Identifying Information | ✓ |
| Part II.     Additional Location Information | ✓ |
| Part III.     Record of Licensure/Registration Information | ✓ |
| Part IV.     Owner and Stockholder Information | ✓ |
| Part V.     Certifying Statement | ✓ |
| | |
| | |
| | |
| | |

| SUPPORTING DOCUMENTS | SUBMITTED |
|---|---|
| Application Fee | |
| **FS-COL** Form (assets = liabilities + net worth) | |
| **BD-COL** Form (proof of the $25,000 bond requirement) | |
| **EL-COL** Form (fictitious names with agency to be licensed) | |
| **PH-COL** Form(s) | |
| **TR-COL** Form | |
| Sole proprietorships (copy of assumed name document from county) | |
| Corporations (Copy of the Articles of Incorporation) For Foreign Corporations, a copy of the filed Application of Authority from the Illinois Secretary of State for name being used in Illinois, along with a copy of the filed Articles of Incorporation from the state of incorporation. | |
| LLC (Copy of the filed Articles of Organization) Out-of-State LLCs submit a filed copy of the Application for Admission from the Illinois Secretary of State along with the Articles of Organization from the state of organization. | |
| Branch office application (if applicable) | |

**All supporting documents *may not be required*. Please refer to application instructions for your specific method of licensure.**

KOEHL EXHIBIT A
Page 3 of 5

*Copy*

| IMPORTANT NOTICE: Completion of this form is necessary for consideration for licensure under 225 ILCS 425/1 et.seg. (Illinois Compiled Statutes). Disclosure of this information is VOLUNTARY. However, failure to comply may result in this form not being processed. | TRUST ACCOUNT FINANCIAL REPORT COLLECTION AGENCY | MAINTENANCE DOCUMENT **TR-COL** |
|---|---|---|

**NOTE:** *This form should show the information and financial balance as of March 31 of the current year and must be submitted by May 31 of each calendar year to the Department of Financial and Professional Regulation, Division of Professional Regulation.*

## PART I: Collection Agency Identifying Information

**A. COLLECTION AGENCY NAME** (As it is to appear on Certificate of Registration)

*CHM CAPITAL GROUP, LLC*

**B. FEIN NUMBER OR, IF SOLE PROPRIETORSHIP, SOCIAL SECURITY NUMBER**

████████

**C. COLLECTION AGENCY MAIN ADDRESS** (Include Street Address, City, State, and ZIP Code)

*2224 W. TOUHY AVE UNIT 1E CHICAGO, IL 60630*

**D. ILLINOIS COLLECTION AGENCY REGISTRATION NUMBER**

**017-**

**E. TELEPHONE NUMBER** (Include Area Code)

*630-479-0000*

**F. COUNTY**

*COOK*

**G. MANAGER/ADMINISTRATOR-IN-CHARGE**

*HIRSH MOHINDRA*

**H. TYPE OF OWNERSHIP**
☐ Corporation  ☐ Partnership
☐ Sole Proprietorship  ☑ Limited Liability Company

**I. NAME OF OWNER IF SOLE PROPRIETORSHIP**

## PART II: Trust Account Financial Report - *It will be necessary to complete Part III on the reverse side of this form prior to completing this portion of the form.*

1. Total Amount(s) in Trust Account(s)

   a. Bank balance as of March 31, *2011*  $ *5000.⁰⁰*
   (Total of 1a, 2a, and (Current Year)
   3a of Part III of reverse side)

   b. Add deposits in transit  $ _____
   (Total of 1b, 2b, and 3b of
   Part III on reverse side)

   c. Total (a + b  )  $ *5000.⁰⁰*

   d. Less checks outstanding  $ _____
   (Total of 1d, 2d, and 3d of
   Part III of reverse side)

   e. Book balance (c - d)  $ _____

2. Money Due Claimants as of
   March 31, _____  $ _____
            (Current Year)

   *Enter the total amount owed to clients and not yet paid as of 3/31/(current year).*

   *All checks mailed before 3/31/(current year), but not cleared on the March (or earlier) bank statement, must be included in Box 1, line d as outstanding checks.*

   Note:  Items 1e should equal or exceed 2 in amount.

IL486-1531  11/04 (CA-F)

TR-COL  Trust Account Financial Report - Page 1 of 2

*Copy*

**PART III: Identifying Information for Trust Accounts - *Itemize each account maintained. If additional space is needed, you may photocopy this form.***

| 1. | ACCOUNT NAME CHM CAPITAL GROUP LLC | ACCOUNT NUMBER ▓▓▓ 3796 |
|---|---|---|

NAME AND ADDRESS OF BANK (Include Street, City, State, and ZIP Code) BANK OF AMERICA
190 S. WEBER RD.
BOLINGBROOK, IL 60490

PLEASE PRINT NAME(S) OF AUTHORIZED SIGNATURE(S) FOR TRUST ACCOUNT
HIRSH MOHINDRA

BANK STATEMENT

a. Bank Balance as of March 31, *2011*  $_____

b. Add deposits in transit (on books and not shown on bank statement)  $_____

c. Total (a + b)  $_____

d. Less checks outstanding  $_____

e. Book balance (c - d)  $_____

| 2. | ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|

NAME AND ADDRESS OF BANK (Include Street, City, State, and ZIP Code)

PLEASE PRINT NAME(S) OF AUTHORIZED SIGNATURE(S) FOR TRUST ACCOUNT

BANK STATEMENT

a. Bank Balance as of March 31, _____  $_____

b. Add deposits in transit (on books and not shown on bank statement)  $_____

c. Total (a + b)  $_____

d. Less Checks Outstanding  $_____

e. Book Balance (c - d)  $_____

| 3. | ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|

NAME AND ADDRESS OF BANK (Include Street, City, State, and ZIP Code)

PLEASE PRINT NAME(S) OF AUTHORIZED SIGNATURE(S) FOR TRUST ACCOUNT

BANK STATEMENT

a. Bank Balance as of March 31, *2011*  $_____

b. Add deposits in transit (on books and not shown on bank statement)  $_____

c. Total (a + b)  $_____

d. Less Checks Outstanding  $_____

e. Book Balance (c - d)  $_____

**PART IV: Certifying Statement**

Under penalties of perjury, I declare that I have examined this report, that the information appearing hereon is true and correct to the best of my knowledge and belief, and that I am legally authorized to sign for this agency.

4-21-2011
Date

*H. Mohindra*
Signature of Owner, Partner, or Corporate Officer of Agency

Name of Collection Agency:

FEIN or SS#:

Profession Name:

COLLECTION AGENCY

IL486-1531   11/04 (CA-B)

TR-COL  Trust Account Financial Report - Page 2 of 2

**KOEHL EXHIBIT A**

**Page 5 of 5**

# EXHIBIT B

*copy*

# EXHIBIT B

| IMPORTANT NOTICE: Completion of this form is necessary for consideration for licensure under 225 ILCS 425/1 et.seg. (Illinois Compiled Statutes). Disclosure of this information is VOLUNTARY. However, failure to comply may result in this form not being processed. | **FINANCIAL STATEMENT COLLECTION AGENCY** | SUPPORTING DOCUMENT **FS-COL** |

**PART I: Collection Agency Identifying Information - *Completed form must be submitted with Application for Registration***

| A. COLLECTION AGENCY NAME (As it is to appear on Certificate of Registration)  CHM CAPITAL GROUP, LLC | B. FEIN NUMBER OR, IF SOLE PROPRIETORSHIP, SOCIAL SECURITY NUMBER  ▮▮▮▮▮ |

| C. COLLECTION AGENCY MAIN ADDRESS (Include Street Address, City, State, and ZIP Code)  2224 W. TOUHY AVE UNIT 1E  CHICAGO, IL 60630 | D. ACTUAL NAME OF COLLECTION AGENCY  CHM CAPITAL GROUP, LLC |
| | E. TELEPHONE NUMBER (Include Area Code)  630-479-0000 |

| F. COUNTY  COOK | G. MANAGER/ADMINISTRATOR-IN-CHARGE  HIRSH MOHINDRA |

| H. TYPE OF OWNERSHIP  ☐Corporation  ☐Partnership  ☐Sole Proprietorship  ☑Limited Liability Company | I. NAME OF OWNER IF SOLE PROPRIETORSHIP |

**PART II: Financial Statement**

FINANCIAL STATEMENT AS OF ___APRIL___ , 20 _11_

| ASSETS | AMOUNT | LIABILITIES AND NET WORTH | AMOUNT |
|---|---|---|---|
| Cash on Hand and Due From Banks | $125,500.⁰⁰ | Accounts and Notes Payable | $_____ |
| Bonds and Securities | _____ | (a) Banks | |
| Uncollected Fees | _____ | (b) Collected Funds Due Customers | |
| Furniture, Fixtures, Equipment, Autos | 6,500.⁰⁰ | (c) Other Notes and Accounts Payable | |
| Real Estate | _____ | Bonds and Debentures Payable | |
| Investments | _____ | Other Liabilities | |
| Deferred Charges | _____ | (a) NOTE DUE CREDITOR | 50,000.⁰⁰ |
| Other Assets: (Itemized) | | (b) _____ | _____ |
| (a) _____ | _____ | (c) _____ | _____ |
| (b) _____ | _____ | Total Liabilities | $50,000.⁰⁰ |
| (c) _____ | _____ | Net Worth | $_____ |
| TOTAL ASSETS | $132,000 | TOTAL LIABILITIES AND NET WORTH | $82,000.⁰⁰ |

**PART III: Certifying Statement**

Under penalties of perjury, I declare that I have examined this supplemental application, that the answers appearing hereon are true and correct to the best of my knowledge and belief, and that I am legally authorized to sign for this agency.

| 4-21-2011 | *(signature)* |
| Date | Signature of Owner, Partner, or Corporate Officer of Agency |

IL486-0092 01/03 (CA)

# EXHIBIT C

# EXHIBIT C

| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # 03586596 |
|---|---|---|

**Secretary of State Jesse White**
Department of Business Services
Limited Liability Division
www.cyberdriveillinois.com

| Filing Fee: | $500 |
|---|---|
| Expedited Fee: | $100 |
| Approved By: | **JFL** |

**FILED**

**APR 21 2011**

**Jesse White**
**Secretary of State**

1. Limited Liability Company Name: CHM CAPITAL GROUP, LLC

2. Address of Principal Place of Business where records of the company will be kept:
   2224 W. TOUHY UNIT 1E

   CHICAGO, IL 60630

3. Articles of Organization effective on the filing date.

4. Registered Agent's Name and Registered Office Address:

   IAN L ERDOS
   4730 N LEAMINGTON AVE
   CHICAGO, IL 60630-3815                          COOK

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. The Limited Liability Company is managed by the manager(s).

   MOHINDRA, HIRSH
   2224 W. TOUHY AVE UNIT 1E, CHICAGO, IL 60630

8. **Name and Address of Organizer**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: APRIL 21, 2011                    IAN L ERDOS
                                            2224 WEST TOUHY UNIT 1E
                                            CHICAGO, IL 60630

**KOEHL EXHIBIT C**
**Page 1 of 1**

This document was generated electronically at www.cyberdriveillinois.com

# EXHIBIT D

*Copy*

# EXHIBIT D

| IMPORTANT NOTICE: Completion of this form is necessary for consideration for licensure under 225 ILCS 425/1 et.seg. (Illinois Compiled Statutes). Disclosure of this information is VOLUNTARY. However, failure to comply may result in this form not being processed. | **EMPLOYEE IDENTITY LISTING COLLECTION AGENCY** | SUPPORTING DOCUMENT **EL-COL** |
|---|---|---|

**PART I:** **Collection Agency Identifying Information -** This form must accompany the initial Application for Registration as a Collection Agency. It may also be used to update data with the Department of Financial and Professional Regulation when you change an employee's fictitious name identity. You are authorized to photocopy this form as necessary.

**A.** COLLECTION AGENCY NAME (As it is to appear on Certificate of Registration)

*CHM CAPITAL GROUP, LLC*

**B.** FEIN NUMBER OR, IF SOLE PROPRIETORSHIP, SOCIAL SECURITY NUMBER

████████████

**C.** COLLECTION AGENCY MAIN ADDRESS (Include Street Address, City, State, and ZIP Code)

*2224 W. TOUHY AVE UNIT IE*
*CHICAGO, IL 60630*

**D.** ILLINOIS COLLECTION AGENCY REGISTRATION NUMBER (If new application, write N/A.) **017-**

**E.** TELEPHONE NUMBER (Include Area Code)

*630-479-0000*

**F.** COUNTY

*COOK*

**G.** MANAGER/ADMINISTRATOR-IN-CHARGE

*HIRSH MOHINDRA*

**H.** TYPE OF OWNERSHIP
☐Corporation  ☐Partnership
☐Sole Proprietorship  ☐Limited Liability Company

**I.** NAME OF OWNER IF SOLE PROPRIETORSHIP

**PART II:** **Fictitious Names -** List all fictitious names used by your agency collectors along with the collectors' real names.

| FICTITIOUS NAME | ACTUAL NAME | ADD | CHANGE | DELETE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PART III:** **Certifying Statement**

Under penalties of perjury, I declare that I have examined this document, that the answers appearing hereon are true and correct to the best of my knowledge and belief, and that I am legally authorized to sign for this agency.

*4-21-2011*
Date

*H. Mohindra*
Signature of Owner, Partner, or Corporate Officer of Agency

IL486-1529 12/04 (CA)

| IMPORTANT NOTICE: Completion of this form is necessary for consideration for licensure under 225 ILCS 425/1 et.seg. (Illinois Compiled Statutes). Disclosure of this information is VOLUNTARY. However, failure to comply may result in this form not being processed. | PERSONAL/EMPLOYMENT HISTORY COLLECTION AGENCY | SUPPORTING DOCUMENT **PH-COL** |

**PART I:** *Complete the top portion of this form. Have the owner, partner, officer of the Collection Agency owning 10%, person(s) exercising managerial control, or those listed on the TR-COL who draw on the trust account(s) complete the remainder of the form. You are authorized to photocopy this form as necessary.*

| A. COLLECTION AGENCY NAME (As it is to appear on Certificate of Registration)<br>*CHM CAPITAL GROUP, LLC* | B. FEIN NUMBER OR, IF SOLE PROPRIETORSHIP, SOCIAL SECURITY NUMBER<br>███████ |
|---|---|
| C. COLLECTION AGENCY MAIN ADDRESS (Include Street Address, City, State, and ZIP Code)<br>*2224 W. TOUHY AVE 1E*<br>*CHICAGO, IL 60630* | D. ILLINOIS COLLECTION AGENCY REGISTRATION NUMBER (If new application, write N/A.)<br>**017-**<br>E. TELEPHONE NUMBER (Include Area Code)<br>*630-479-0000* |
| F. COUNTY<br>*COOK* | G. MANAGER/ADMINISTRATOR-IN-CHARGE<br>*HIRSH MOHINDRA* |
| H. TYPE OF OWNERSHIP<br>☐Corporation ☐Partnership<br>☐Sole Proprietorship ☑Limited Liability Company | I. NAME OF OWNER IF SOLE PROPRIETORSHIP |

**PART II:** *This portion is to be completed by the owner, partner, officer or person of the Collection Agency owning 10% or more of the stock, person(s) exercising managerial control or those listed on the TR-COL who draw on the trust account(s).*

| A. NAME (Last, First, Middle Initial)<br>*MOHINDRA, HIRSH, K.* | B. TITLE OR POSITION HELD WITH AGENCY<br>*PRESIDENT* | |
|---|---|---|
| C. RESIDENCE ADDRESS (Include Street, City, State, and ZIP Code)<br>██████████ | D. SOCIAL SECURITY NUMBER<br>██████ | |
| | E. DATE OF BIRTH<br>████ | F. WHAT PERCENTAGE OF AGENCY DO YOU OWN?<br>*100%* |

| G. | PERSONAL HISTORY QUESTIONS | YES | NO |
|---|---|---|---|
| 1. | Have you or the corporation ever been convicted of any criminal offense in any state or in federal court (other than minor traffic violations)? *If yes, attach a statement for each conviction including date and place of conviction, nature of the offense and if applicable, the date of discharge from any penalty imposed.* | | ✓ |
| 2. | Have you ever been an owner, partner, corporate officer of a Collection Agency, or a corporation which has been denied a professional license or permit, or had a license or permit ever disciplined by any licensing authority in Illinois or elsewhere? *If yes, attach a detailed explanation.* | | ✓ |
| 3. | Have you ever been adjudicated bankrupt?<br>If yes, record date of bankruptcy: _____ Court of Jurisdiction: _____ | | ✓ |
| 4. | Do you have any unsatisfied judgments outstanding against you? *If yes, complete the following:* | | ✓ |

| Name of Creditor | Date of Judgment | Court Where Entered | Legal basis for Judgement | | |
|---|---|---|---|---|---|
| | | | | | |

IL486-0093 04/06 (CA)

PH-COL Personal/Employment History – Page 1 of 2

H. LIST ALL EMPLOYMENT IN THE LAST 10 YEARS

| NAME OF BUSINESS AND ADDRESS (Include Street, City, State, Zip Code) | POSITION | DATES OF EMPLOYMENT | DUTIES |
|---|---|---|---|
| M&S ASSOCIATES INC. DBA COMFORT INN | OWNER | 3-1997 to CURRENT | MANAGE AND OPERATE HOTEL PROPERTY |
| PEACOCK ASSOCIATES INC. DBA RAMADA INN | OWNER | 12-1998 to CURRENT | MANAGE AND OPERATE HOTEL PROPERTY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PART III:** Child Support and/or Student Loan Information (Every applicant is required by law to respond to the following questions)

1. In accordance with 5 Illinois Compiled Statutes 100/10-65(c), applications for renewal of a license or a new license shall include the applicant's Social Security number, and the licensee shall certify, under penalty of perjury, that he or she is not more than 30 days delinquent in complying with a child support order. **Failure to certify shall result in disciplinary action, and making a false statement may subject the licensee to contempt of court.**

   Are you more than 30 days delinquent in complying with a child support order?  ☐Yes  ☑No
   *(NOTE: If you are not subject to a child support order, answer "no.")*

2. In accordance with 20 Illinois Compiled Statutes 2105/2105-(5), "The Department shall deny any license or renewal authorized by the Civil Administrative Code of Illinois to any person who has defaulted on an educational loan or scholarship provided by or guaranteed by the Illinois Student Assistance Commission or any governmental agency of this State; however, the Department may issue a license or renewal if the aforementioned persons have established a satisfactory repayment record as determined by the Illinois Student Assistance Commission or other appropriate governmental agency of this State." (Proof of a satisfactory repayment record must be submitted.)

   Are you in default on an educational loan or scholarship provided/guaranteed by the Illinois Student Assistance Commission or other governmental agency of this State?  ☐Yes  ☑No

**PART IV:** Certifying Statement

Under penalties of perjury, I declare that I have examined this supplemental application, that the answers appearing hereon are true and correct to the best of my knowledge and belief, and that I am the person listed in Part II, A, above.

4-21-2011
_____
Date

_____
Signature of Owner, Partner, or Corporate Officer of Agency

IL486-0093 04/06 (CA)

**KOEHL EXHIBIT D**
**Page 3 of 3**

PH-COL Personal/Employment History - Page 2 of 2

Name of Collection Agency: FEIN or SS#: Profession Name: COLLECTION AGENCY

# EXHIBIT E

**EXHIBIT E**



**Erie Insurance®**

Member Company
Erie Insurance Company
Home Office · 100 Erie Insurance Place · Erie, PA 16530

## License or Permit Bond

Know All Men by These Presents,                    Bond No. ▮▮▮▮▮▮

That we, CHM CAPITAL GROUP, LLC.

.................................................................................................... as Principal, and the ERIE INSURANCE COMPANY, with its principal office at Erie, Pennsylvania, as Surety, are held and firmly bound unto CHM CAPITAL GROUP, LLC.

hereinafter called Obligee, in the penal sum of TWENTY FIVE THOUSAND DOLLARS

($ 25,000.00 ......) Dollars, for the payment of which well and truly to be made we do hereby bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

SIGNED AND SEALED this .............. 26 .............. day of .............. APRIL .............. (Year) 2011

Type of License or Permit COLLECTION AGENCY

☑ beginning on the .............. 26 .............. day of .............. APRIL .............. (Year) 2011,

TERM:        and ending on the 26 .............. day of .............. APRIL .............. (Year) 2012

☐ continuous beginning the .............. day of .............. (Year) ..........

This Bond is to cover the term of said License or Permit.

**Now, Therefore,** the condition of this obligation is such that if a License or Permit is granted to the said Principal, and if such Principal shall during the life of said License or Permit faithfully observe all the Ordinances of said Obligee, and faithfully perform the duties required by Ordinance, rules or regulations and will save and keep harmless and indemnify said Obligee, from all actions, suits, costs, damages and expenses, including Attorney's Fees which shall or may at any time happen to come to it or for or on account of any injury or damage received or sustained by any person, then the above obligation shall be void; otherwise to be and remain in full force and effect.

It is understood and agreed that this bond may be renewed from year to year by continuation certificate executed by said Surety.

It is further understood and agreed that if the Surety shall so elect, this bond may be cancelled by giving thirty days' notice in writing to said Obligee.

Principal ...............................................................
                HIRSH MOHINDRA

**KOEHL EXHIBIT E**
**Page 1 of 2**

ERIE INSURANCE COMPANY

By: ...............................................................
                KAMALKHAN  Attorney-in-Fact

SF21 2/90 (R)



*Copy*

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That ERIE INSURANCE COMPANY, a corporation duly organized under the laws of the Commonwealth of Pennsylvania, does hereby make, constitute and appoint ----------------------------------------------
---------------------------------------------------------- Kamal Khan ----------------------------------------------------

individually, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed: any and all bonds and undertakings of suretyship, ------------------------------------------------------------
----------------- in a penalty not to exceed the sum of five hundred thousand dollars ($500,000.00). --------------------------

And to bind ERIE INSURANCE COMPANY thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by the appropriate officer of ERIE INSURANCE COMPANY and sealed and attested by one other of such officers, and hereby ratifies and confirms all that its said Attorney(s)-in-Fact may do in pursuance hereof.

The Power of Attorney is granted under and by authority of the following Resolution adopted by the Board of Directors of ERIE INSURANCE COMPANY on the 11th day of March, 2008, and said Resolution has not been amended or repealed:

"RESOLVED, that the President, or any Senior Vice President or Vice President shall have power and authority to: (a) Appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof, and, (b) Remove any such Attorney-in-Fact at any time and revoke the power and authority given to him; and

RESOLVED, that Attorney(s)-in-Fact shall have power and authority, subject to the terms and limitations of the Power of Attorney issued to them, to execute and deliver on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof. The corporate seal is not necessary for the validity of any bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof."

This Power of Attorney is signed and sealed by facsimiles under and by virtue of the following Resolution adopted by the Board of Directors of ERIE INSURANCE COMPANY on the 18th day of September, 2008, at which a quorum was present and said Resolution has not been amended or repealed:

"RESOLVED, that the signature of Terrence W. Cavanaugh, as President and Chief Executive Officer of the Company, and the Seal of the Company may be affixed by the following facsimiles on any Limited Power of Attorney for the execution of bonds, undertakings, recognizances, contracts and other writings in the nature thereof, and the signature of James J. Tanous, as Secretary of the Company, the Seal of the Company, the signature of Sheila M. Hirsch, as Notary Public, and her Notarial Seal, may also be affixed by the following facsimiles to any certificate or acknowledgment of any such Limited Power of Attorney, and only under such circumstances shall said facsimiles be valid and binding on the Company."

IN WITNESS WHEREOF, ERIE INSURANCE COMPANY has caused these presents to be signed by its President and Chief Executive Officer, and its corporate seal to be hereto affixed this 18th day of September, 2008.



Terrence W. Cavanaugh
President and Chief Executive Officer

STATE OF PENNSYLVANIA }
COUNTY OF ERIE          } ss.

On this 18th day of September, 2008, before me personally came Terrence W. Cavanaugh, to me known, who being by me duly sworn, did depose and say: that he is President and Chief Executive Officer of ERIE INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he knows the Seal of said corporation; that the Seal affixed to the said instrument is such corporate Seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.



My commission expires June 27, 2012
Notary Public

CERTIFICATE

I, James J. Tanous, Secretary of ERIE INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a full, true and correct copy, is still in full force and effect as of the date below.

In witness whereof, I have hereunto subscribed my name and affixed corporate Seal of the Company by facsimiles pursuant to the action of the Board of Directors of the Company,



James J. Tanous, Secretary

**KOEHL EXHIBIT E**
**Page 2 of 2**

this _____ day of _____ 20____

SF57 9/08

# EXHIBIT F

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

# EXHIBIT F

Date of this notice: 04-26-2011

Employer Identification Number:
█████████

Form: SS-4

Number of this notice: CP 575 B

CHM CAPITAL GROUP LLC
HIRSH MOHINDRA MBR
2224 W TOUHY AVE APT 1E
CHICAGO, IL 60645

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN ████████. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

Form 1065                04/15/2012

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election.* See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election,* and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation.* The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**KOEHL EXHIBIT F**
**Page 1 of 1**

# EXHIBIT G

Direct Inquiries to the
Technical Assistance Unit

Telephone No.: 217-782-8556
TDD No.: 217-524-6735

Date: 7/13/2011

STATE OF ILLINOIS
DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION
320 West Washington Street, 3rd Floor
Springfield, Illinois 62786
www.idfpr.com

Initials: MP

License No: 017    Attn: PSS

## YOUR APPLICATION OR REQUEST CANNOT BE PROCESSED DUE TO ERRORS OR DEFICIENCIES. NO FURTHER ACTION CAN BE TAKEN ON YOUR APPLICATION UNTIL SUCH TIME AS ALL DEFICIENCIES HAVE BEEN MET.

TO:

CHM CAPITAL GROUP LLC
2224 W Touhy Ave Apt 1E
Chicago, IL 60645-3477

> **RETURN THIS FORM**
>
> **AND APPLICATION**
>
> **WITH REMITTANCE,**
>
> **IF APPLICABLE**

### Deficiency Checklist

Per the United State Postal Service, the address submitted on your application (2224 W Touhy, Unit 1E, Chicago, IL 60630), was incorrect. The correct address (2224 W Touhy Ave, Apt 1E, Chicago, IL 60645) must be reflected on your application. Please submit a signed and dated statement authorizing the Department to change the address on your application and all supporting documentation to the correct address. (Please ensure any further submitted documentation has this correct address or it may be returned for correction.)

We received the PH-COL forms for Hirsh Mohindra giving the duties for his employment for the past 10 years. Please submit a statement, signed and dated, providing more details specific to the 1 year credit experience within the duties given on the PH-COL. This will enable the Department to determine if Hirsh Mohindra meets the one year of credit experience requirement.

You indicate on your application that CHM Capital Group, LLC is exempt from the trust account requirement and the need to submit a TR-COL form because you limit your collection activities to collecting debt that you have purchased. However, you also submitted a TR-COL form. Please submit a statement, signed and dated, explaining your agencies collection activities.

Enclosed is the TR-COL form submitted with your Collection Agency application. Please complete Page 1, Part II, and Page 2, Part III where indicated. These items were blank and therefore are not acceptable. Please return the original completed form in the enclosed envelope with a copy of this letter.

Your original bond is being return as it is not acceptable. It must be completed on the Department form. Please complete the BD-COL form and return the original with a copy of this letter.

Please correct Part II (Financial Statement) on the enclosed FS-COL form. The total assets and total liabilities plus net worth must equal the same amount.

Please complete the enclosed EL-COL form. Please check the appropriate box in Part I, Section H. Also, please mark Part II "N/A" if CHM Capital Group, LLC does not use any fictitious names and return the original in the envelope provided.

**KOEHL EXHIBIT G**
Page 1 of 5

**EXHIBIT G**

RETURN INFORMATION IN THE ENCLOSED ENVELOPE WITH A COPY OF THIS NOTICE.

**Effective Date:  January 1, 1997   (Rev. 6/7/06)**                                          017/REVIEW/1

**LICENSED COLLECTION AGENCY - NON-EXAM**                                               017
                                                                                         COL

---

### APPLICATION REVIEW SHEET

I.      COLLECTION AGENCY APPLICATION FOR REGISTRATION

      <u>PART I:</u>      <u>COLLECTION AGENCY IDENTIFYING INFORMATION</u>

| | | |
|---|---|---|
| (x) | A. | Must indicate agency name. |
| (x) | B. | Must indicate FEIN number or, if sole partnership, Social Security Number. |
| (x) | C. | The main address refers to the headquarters address for agency, not a branch office address. |
| (x) | D. | Must be completed if operating under assumed name. |
| (x) | E. | Must indicate phone number plus area code . |
| (x) | F. | Must indicate county. |
| (x) | G. | Must indicate name of manager/administrator. |
| (x) | H. | Must indicate whether agency is a corporation, partnership, limited liability company or sole proprietorship. |
| ( ) | I. | Must indicate owner's name if sole proprietorship. |

      <u>PART II:</u>      <u>ADDITIONAL LOCATION INFORMATION</u>

( )  Name of branch office must be the same as indicated in Part 1-A and ownership must be the same as indicated in Part IV of agency application.

( )  Different business names or different ownership requires a separate complete application.

( )  If an agency requires additional space, they can submit the Branch Office Application.

( )  Post office box numbers are not acceptable.

( )  Application fee for a branch office is $250.

NA

      <u>PART III:</u>      <u>RECORD OF LICENSURE/REGISTRATION INFORMATION</u>

(x)  Review for other possible licenses.

(x)  Applicant must identify the state(s) where collection agency licensure exists noting state, name of business, license number, date issued, status and disciplinary history.

(x)  Owner, partner or corporate officer must sign and date to statement in Part III.

**Effective Date: January 1, 1997 (Rev. 6/7/06)**      ●      **017/REVIEW/2**

**LICENSED COLLECTION AGENCY - NON-EXAM**      **017**
                                                               **COL**

**APPLICATION REVIEW SHEET** (Continued)

     PART IV:      <u>OWNER AND STOCK HOLDER INFORMATION</u>

     (x)      Must indicate all owners, partners, officers, or,

     (x)      If corporation, must indicate all persons owning 10% or more of the stock.

     (x)      Each person whose name is recorded in this section must complete Supporting Document PH-COL.

     PART V:      <u>CERTIFYING STATEMENT</u>

     (x)      Must be signed by agency's owner, partner, or corporate officer and dated.

II.      SUPPORTING DOCUMENTS

     PH-COL

         PART I

         (x)      Must be completed by applicant.

         PART II

         (x)      Must be completed by the owner, partner, officer, or person of the agency owning 10% or more of the stock or those who exercise managerial control and/or are listed on the TR-COL who draw on the account(s).

         PART II-E

         (x)      Must indicate 18 years of age or older.

         PART II-G

         (x)      #1-#4 must indicate negative responses. (If yes is checked and file is complete, refer to review on Intent to Deny.)

         PART II-H

         (x)      Must indicate all employment for the last ten (10) years.

     *Experience* → ( )      Must indicate one (1) year credit experience.

         PART III

         (x)      Must answer statement as it applies to child support question.

         (x)      Must answer statement as it applies to student loan question.

         PART IV

         (x)      Must be signed by agency's owner, partner, or corporate officer and dated.

**KOEHL EXHIBIT G**
**Page 3 of 5**

**Effective Date: January 1, 1997 (Rev. 6/7/06)**                              017/REVIEW/3

**LICENSED COLLECTION AGENCY - NON-EXAM**                                       017
                                                                               COL

## APPLICATION REVIEW SHEET (Continued)

*Not Equal*

### FS-COL
( )    Total assets and total liabilities plus net worth must be the same amount. If not, application is to be returned.

( )    Must be signed by agency's owner, partner, or corporate officer and dated.

### BD-COL
( )    Bond must be in the amount of $25,000.

*Bond not on Department forms.*

( )    Bond form must be completed by a bonding company licensed to do business within the State of Illinois.
        Processor must call the Division of Insurance at 524-0016 to <u>verify status of bonding company</u>.

( )    An application submitted without the bond will be considered to be incomplete.

( )    Must be witnessed and signed by the applicant, bonding company, and attorney-in-fact.

### TR-COL

*Signed exempt status & submitted TR-COL Part II & III not complete*

( )    Part I: Collection Agency Identifying Information
        All information must be completed

( )    Part II:   Trust Account Financial Report
        (Complete with information from worksheet in Part III.)

( )    Part III:  Financial institution and statement information must be completed with names of those who draw on the account(s) listed.

**KOEHL EXHIBIT G**
**Page 4 of 5**

Effective Date: January 1, 1997 (Rev. 6/7/06)                    017/REVIEW/4

LICENSED COLLECTION AGENCY - NON-EXAM                                    017
                                                                        COL

## APPLICATION REVIEW SHEET (Continued)

*Not complete* EL-COL
( )    Must be completed if any person employed by an agency uses pseudonym.
( )    Must be signed by owner, partner, or corporate officer and dated.

ARTICLES OF INCORPORATION (CORPORATIONS ONLY)

( )    Illinois Corporations - a copy of the Articles of Incorporation which have been filed with
       the Secretary of State's Office must be submitted.
( )    Foreign Corporations (those incorporated outside of Illinois) - a copy of the Articles of
       Incorporation and also copy of the Application of Authority to conduct business in Illinois
       as issued by the Illinois Secretary of State's Office.

AFFIDAVIT OF COMPLIANCE (ONLY IF AN ASSUMED NAME IS BEING USED)

( )    Must be completed if operating under an assumed name (any name other than legal
       name).
( )    Must be signed and dated.

LIMITED LIABILITY COMPANY

(X)    Must include LLC documents as file with the secretary of state.  The address in these
       documents shall match the address on the agency application.

SOLE PROPRIETORSHIP

( )    Submit original assumed name document filed in the county where d/b/a is registered, if
       applicable.

CHECK OR MONEY ORDER
(X)    A check or money order for $750 made payable to the IDPR.  This fee is nonrefundable.

III.   GENERAL REQUIREMENTS

       ( )    Any documents in a language other than English must be accompanied by an
              official translation.

       ( )    If the name on any of the documents is different from that shown on the
              application, then supply proof of name change (copy of marriage certificate,
              divorce decree, affidavit, or court order) (Policy L&T 82-IA).

       ( )    If applicant is unable to verify educational records (i.e., no transcript or diploma),
              he must comply with supporting documents in Policy (Policy L&T 81-5B).

       ( )    Intent to Deny case handling procedures can be found in the L & T Division Case
              Management Manual in the "Exceptions to System" Chapter (Pg. 14.104D).

**KOEHL EXHIBIT G**
**Page 5 of 5**

# EXHIBIT H

Direct Inquiries to the
Technical Assistance Unit

Telephone No.: 217-782-8556
TDD No.: 217-524-6735

Date: 3/23/2012

**STATE OF ILLINOIS**
**DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION**
320 West Washington Street, 3rd Floor
Springfield, Illinois 62786
**www.idfpr.com**

Initials: MP

License No: 017    Attn: PSS

**YOUR APPLICATION OR REQUEST CANNOT BE PROCESSED DUE TO ERRORS OR DEFICIENCIES.**
**NO FURTHER ACTION CAN BE TAKEN ON YOUR APPLICATION UNTIL SUCH TIME AS ALL DEFICIENCIES HAVE**
**BEEN MET.**

TO:

CORNERSTONE SUPPORT
SHARI W. BROWN
70 Mansell Ct., Ste 250
Roswell, GA  30076

> **RETURN THIS FORM**
> **AND APPLICATION**
> **WITH REMITTANCE,**
> **IF APPLICABLE**

<u>Deficiency Checklist</u>

**Re: CHM Capital Group, LLC**

Per the United State Postal Service, the address submitted on your application (2224 W Touhy, <u>Unit 1E</u>, Chicago, IL <u>60630</u>), was incorrect. The correct address (2224 W Touhy Ave, <u>Apt 1E</u>, Chicago, IL <u>60645</u>) must be reflected on your application. Please submit a signed and dated statement authorizing the Department to change the address on your application and all supporting documentation to the correct address. (Please ensure any further submitted documentation has this correct address or it may be returned for correction.)

We received the PH-COL forms for Hirsh Mohindra giving the duties for his employment for the past 10 years.  Please submit a statement, signed and dated, providing more details specific to the 1 year credit experience within the duties given on the PH-COL. This will enable the Department to determine if Hirsh Mohindra meets the one year of credit experience requirement.

You indicate on your application that CHM Capital Group, LLC is exempt from the trust account requirement and the need to submit a TR-COL form because you limit your collection activities to collecting debt that you have purchased.  However, you also submitted a TR-COL form.  Please submit a statement, signed and dated, explaining your agencies collection activities.

It appears that your original TR-COL form was returned to you on July 13, 2011 because it was incomplete.  To date we have not received your completed form.  Please return your original form or, if you have misplaced it, complete the enclosed TR-COL form and return the original in the envelope provided.

The bond must be completed on Department forms. Please have your bonding company complete an original BD-COL form.

It appears that your original FS-COL form was returned to you on July 13, 2011 because it was not completed correctly.  To date we have not received your form.  Please return your original form or, if you have misplaced it, complete the enclosed FS-COL form and return the original in the envelope provided. The total assets and total liabilities plus net worth must equal the same amount.

It appears that your original EL-COL form was returned to you on July 13, 2011 because it was incomplete.  To date we have not received your completed form.  Please return your original form or, if you have misplaced it, complete the enclosed EL-COL form and return the original in the envelope provided.

RETURN INFORMATION IN THE ENCLOSED ENVELOPE WITH A COPY OF THIS NOTICE.          **EXHIBIT H**

IL 486-0923 07/01 (LMU)

# EXHIBIT I



# Illinois Department of Financial and Professional Regulation
### Division of Professional Regulation



**MANUEL FLORES**
Acting Secretary

**PAT QUINN**
Governor

**JAY STEWART**
Director

**June 2, 2014**

CHM CAPITAL GROUP LLC
2224 W TOUHY AVE APT 1E
CHICAGO, IL 60645

Application No.: 017/3086671

**NOTICE CONCERNING YOUR APPLICATION WITH THE DEPARTMENT FOR LICENSURE AS LICENSED COLLECTION AGENCY**

You are hereby notified that your application with this Department has expired and is thereby denied in accordance with Illinois law.

If an applicant fails to complete the application process within three years after filing the application with the Department, the fee paid by the applicant shall be forfeited and the application denied.

You may reapply for licensure at any time; however, please be advised that you must meet all requirements in effect at the time of reapplication, including any new requirements that may have been incorporated into the law. The Department will retain the documents submitted in support of your original application for 6 months, and, should you wish to reapply, will consider those documents in support of your reapplication. However, the Department's re-use of your original documents should not be construed in any way to waive any requirements in effect at the time of reapplication.

An application may be obtained by writing to the Department's Licensure Maintenance Unit at:

Licensure Maintenance Unit
Department of Financial and Professional Regulation,
Division of Professional Regulation
Third Floor, 320 West Washington St.
Springfield, IL 62786

or you may download an application from our website at www.idfpr.com

or by telephoning the Department at 1-800-560-6420.

**EXHIBIT I**

(FORM-3YR/0015)

# PX    6

## DECLARATION OF JOE H. PREMPEH, ESQ.
### PURSUANT TO 28 U.S.C. § 1746

I, Joe H. Prempeh, Esq., hereby declare as follows:

1. My name is Joe H. Prempeh, and I am a United States citizen who is over the age of eighteen. I am a licensed attorney admitted to practice in the State of Illinois. My business address is in Chicago, Illinois. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2. In early February 2015, I interviewed for and accepted an attorney position with Stark Law, LLC ("Stark Law"). I was employed at Stark Law from February 16, 2015, to March 3, 2015, after which I voluntarily resigned. During that time, I worked at Stark Law's business premises at 500 Quail Ridge Drive, Westmont, Illinois 60559 (the "Quail Ridge location").

### BACKGROUND

3. I was admitted to practice law in Illinois in November 2014. In early 2015, I was looking for employment opportunities, and I found an attorney position posted on the Internet. According to the posting, the position included handling debt collection litigation matters and debt settlement negotiations with a company in Westmont, Illinois.

4. I responded to the posting. Around the first week of February 2015, I met with Gaurav Mohindra ("Gaurav") to discuss the attorney position with his company. Gaurav also is an attorney. During this meeting, Gaurav explained that he was looking to hire several attorneys to handle debt settlement negotiations and, to the extent such negotiations failed, to handle the litigation of debt collection cases.

5. Gaurav explained that he had been retained by a company called Ashton Asset Management, Inc. ("Ashton"), a debt buyer, to collect the outstanding debt that Ashton had

1

purchased. Gaurav characterized Ashton as one of the largest debt buyers in the country, and he claimed that it had a debt portfolio valued at over $2 billion.

6. Gaurav explained that because of confidential data and legal requirements, the attorneys he hired would be working from Ashton's business location, that is, the Quail Ridge location. In addition, Gaurav explained that "Slovin Law Firm" would be the of counsel firm for the debt settlement negotiation matters the attorneys would be handling. Gaurav offered me an attorney position and, based upon his representations of the legal work I would be doing, I accepted the offer.

7. I began work on February 16, 2015, at the Quail Ridge location. Including myself, Gaurav had hired seven attorneys to work on Ashton's debt collection matters. All the attorneys that Gaurav hired began work that same day.

8. During my first day, Gaurav explained to the attorneys that he was forming Stark Law to handle Ashton's debt collection matters instead of having to pay Slovin Law Firm to be of counsel. The attorneys would therefore be working for Stark Law. Gaurav also began to refer to the client that hired him as Pacific Capital Holdings, Inc. ("Pacific Capital"), not Ashton. I believed that Pacific Capital was a wholly owned subsidiary of Ashton. I would later learn that Ashton and Pacific Capital were essentially the same business owned and controlled by Hirsh Mohindra ("Hirsh")—the brother of Gaurav—and Preetesh Patel ("Patel"), and all operating out of the Quail Ridge location where Stark Law also operated. The paychecks I received during my employment were drawn from a business bank account in the name of Stark Law.

9. Despite the representations made to me by Gaurav regarding the nature of the legal work I was hired to perform, it quickly became apparent to me and the other attorneys at Stark Law that we were expected to make debt collection calls to consumers who purportedly

owed outstanding debt from payday loans. We were trained by non-attorneys, given collection scripts to use for cold-calling consumers (referred to as "debtors"), and required to use our titles as attorneys working for a "law firm" to pressure these consumers to pay the debts they purportedly owed.

10.     During my employment at Stark Law, I did not engage in any work that I would consider to be the practice of law, nor did the collection calls I was expected to make require a law license. In fact, the business employed dozens of non-attorney "collectors" who made essentially the same type of collection calls.

## EMPLOYEE TRAINING AND NATURE OF THE WORK

11.     Myself and the other attorneys hired by Gaurav received about three days of training. During that training, we moved to a large room called the "collection floor" that consisted of several work stations (cubicles) arranged in groups. The work stations for the Stark Law attorneys were adjacent to a larger group of work stations already occupied by non-attorney employees engaged in debt collection calls. The non-attorney collectors' workstations were within view of the attorneys' work stations, and while on the collection floor, I often could overhear the collectors' telephone conversations with consumers. Patel occupied an elevated work station at one end of the collection floor that was in view of the entire floor. While Gaurav and Hirsh had offices separate from the collection floor, they often were on the collection floor and in discussions with Patel.

12.     Myself and the other attorneys were each assigned a work station with a computer, given a telephone headset, and given access to a computer software program called "BEAM." The BEAM software was a type of debt collection management software. It provided access to consumers' debt files, that is, files containing consumers' personal information needed

3

for making debt collection calls. The personal information contained in a consumer's file often included the consumer's name, address, Social Security number, and sometimes bank account information. The files also included the amount of the purported debt a consumer owed, the purported original lender, the consumer's employment information, and a listing of people related to the consumer, including siblings, other relatives, and friends. The BEAM software had the capability to process payments by credit or debit card when a consumer agreed to pay a purported debt. During my employment at Stark Law, I learned that Patel was responsible for managing the BEAM software.

13.     Myself and the other Stark Law attorneys were each assigned to work on about 30 files per day. Patel was responsible for assigning files. For each assigned file, our job was to pressure the consumers we called to pay debt they purportedly owed. The debts we were attempting to collect supposedly originated from online payday loans the consumers had received but had defaulted on repayment. Other than the information in the consumer's file provided by the BEAM software, however, we had no other verifiable information that the consumers we called actually owed the purported debt we were attempting to collect.

14.     During the collection calls, we were expected to use our titles as attorneys and the threat of litigation to coerce consumers to pay their alleged debt, regardless of whether or not the consumers believed they actually owed the debt. We were trained to threaten that the consumer had committed fraudulent acts, namely the "attempted defrauding of a financial institution" and "passing a bad check." If a consumer did not readily pay, we were instructed to tell the consumer that Stark Law was authorized to proceed with the two "fraud" charges by filing a lawsuit against the consumer, and that Stark Law would seek a judgment of $2,000 plus the balance of the debt purportedly owed by the consumer. I am aware that in some instances,

4

consumers were told that the charges of attempted defrauding of a financial institution and passing a bad check were "pending" at the time the collection calls were made, implying that legal action was already underway.

15.     At the time I worked at Stark Law, I estimate that the business employed about 35 non-attorney collectors working in the same room where I and the other attorneys worked. It was my understanding that like the attorneys, each collector also was assigned about 30 files per day to collect. It also was my understanding that the non-attorney collectors represented to consumers that they were "litigation specialists" who worked with the attorneys at Stark Law. In contrast to the attorneys who were required to use their real names when contacting consumers, the collectors used aliases.

### CALLING TECHNIQUES AND SCRIPTS

16.     Although each of the consumers' files I was assigned typically provided the consumers' direct contact information, we did not call the consumer first. Instead, we were trained to use the "bull's eye" method of calling. With this method, we would first call a consumer's known places of employment and ask to speak to the consumer's manager—the outer ring of the bull's eye. Next—the inner ring—we would call three of the consumer's relatives and associates (thus the reason this information was included in a consumer's file). Finally—at the center of the bull's eye—we would contact the consumer directly. If we did not speak with the consumer during that initial round of calls, we would repeat the calling cycle later in the day. For each of the files I worked, I estimate that I was making roughly ten telephone calls per day.

17.     The bull's eye method of calling increased the likelihood that a consumer would pay a purported debt. By the time we called the consumer directly, the consumer often was

aware that we had called that consumer's employers, relatives, and associates. This contact increased the pressure exerted on a consumer, and it made it more likely that the consumer would pay the purported debt to avoid further collection calls.

18.     During each round of calls, we used scripts written and approved by the management of Stark Law. The scripts provided the text to follow when contacting a person, and some scripts provided answers to commonly asked questions. The scripts differed depending on whether we were calling the consumer's "POE" (Place Of Employment), a third party (relatives and associates), or the consumer directly. The scripts also differed depending on whether we were speaking to a live person (referred to as a "live jiggle"), or leaving a message.

19.     Attached hereto as **Prempeh Attachments ("Atts.")** A through **G** are true and correct copies of scripts that we were provided to use when working on a consumer's file.

20.     Attached hereto as **Prempeh Attachment ("Att.")** A is a true and correct copy of a script titled "POE LIVE JIGGLE." This script was used when calling a consumer's place of employment and reaching a live person. An excerpt from the "POE LIVE JIGGLE" script reads as follows:

> Good Morning, my name is (*Attorney Name*), I'm an attorney with the Stark Law Firm in Chicago.
>
> May I speak with the immediate manager or supervisor for (*Debtor Full Name*)? *Wait for response....*
>
> We have been unable to locate (*Debtor First Name*) to discuss legal matters involving him.
>
> Your location is identified as having a direct affiliation with (*Debtor Full Name*).
>
> It's imperative that I speak with (*Debtor First Name*) immediately. Can you get them on the phone now?
>
> (*If so start with RPC Close, otherwise continue*)

[...]

21.     Attached hereto as **Prempeh Att. B** is a true and correct copy of a script titled

"POE MESSAGE."  This script was used when calling a consumer's place of employment and

leaving a message.  An excerpt from the "POE MESSAGE" script reads as follows:

> This message is for the manager or supervisor of *(Debtor Name)*.
>
> This is Attorney *(Attorney Name)*, I am contacting you to locate one of your
> employees.  I need to discuss a serious matter involving *(Debtor Full Name)*.
> Your location is identified as having a direct affiliation with *(Debtor full Name)*.
>
> It's important that I speak with you regarding the whereabouts of *(Debtor First
> Name)*, OR have *(Debtor First Name)* call us directly at 888... 555... 1212[.]
>
> [...]

22.     Attached hereto as **Prempeh Att. C** is a true and correct copy of a script titled

"3pty LIVE JIGGLE."  This script was used when calling a relative or associate of the consumer

(the "third-party") and reaching a live person.  An excerpt from the "3pty LIVE JIGGLE" script

reads as follows:

> Hello, my name is *(Attorney name)*, may I speak with *(Ref Name)*.
>
> I'm an attorney with Stark Law.  I am following up on a complaint that our office
> is handling.  We believe that *(Debtor Full Name)* may be a family member or an
> associate of yours.
>
> 1.     Is *(Debtor First Name)* related to you?
> 2.     What is a good number that *(Debtor First Name)* can be reached at?
>
> [...]
>
> Q.     What is this about?
> A.     I have an open legal matter that I can only discuss with *(Debtor First
> Name)*, at this time.  Can you get them this message?
>
> [...]

7

23.     Attached hereto as **Prempeh Att. D** is a true and correct copy of a script titled "3rd PARTY MESSAGE." This script was used when calling a relative or associate of the consumer (the "third-party") and leaving a message. An excerpt from the "3rd PARTY MESSAGE" script reads as follows:

> Good morning, my name is (*Attorney Name*) and I am an attorney contacting you regarding an urgent matter. I have to discuss a serious matter involving (*Debtor Full Name*).
>
> Your name has come up as having a direct affiliation with (*Debtor Full Name*).
>
> If we are unable to reach (*Debtor Fist* [sic] *Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.
>
> [...]

24.     Attached hereto as **Prempeh Att. E** is a true and correct copy of a script titled "NSF MESSAGE." This script was used when calling the consumer and leaving a message. An excerpt from the "NSF MESSAGE" script reads as follows:

> This is for (*Debtor Full Name*), I am Attorney (*Attorney Name*) and I am contacting you regarding a defaulted payment.
>
> If we are unable to reach (*Debtor First Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. You have a right to resolve this matter.
>
> It is critical we speak to (*Debtor First Name*) immediately.
>
> [...]
>
> (*Debtor Full Name*), you have officially been notified.

25.     When live contact with a consumer was made, or the consumer called back in response to an earlier call, the scripts we were provided followed a similar format. First, the scripts referenced that the consumer was speaking with an attorney. Second, the scripts required that we read to the consumer his or her Social Security number under the guise that we were

8

confirming the consumer's identity. Third, the scripts claimed that the consumer defaulted on a loan and that the consumer had breached a contract. Fourth, the scripts threatened litigation (or implied that litigation was already underway), a large judgment, and "fraud charges" unless the consumer paid a one-time settlement immediately. Finally, the scripts provided various payment options. If a consumer could not make a one-time payment in full, the script provided a method for splitting the payment into two or more installment payments. Attached hereto as **Prempeh Atts. F** and **G** are true and correct copies of scripts titled, respectively, "CLOSE" and "LIVE RIGHT PARTY JIGGLE / CLOSE." For example, the "CLOSE" script began as follows:

> Law Office. This is Attorney, (*Attorney Name*), How may I help you?
>
> [...]
>
> There is a claim in our system for our client Pacific but it's in pending litigation status. Let me see if I can grab the hard copy and give you some details.
>
> [...]
>
> OK is this (*Debtor Name*) with Social Security Number of (*Give Full SSN*)?
>
> [...]
>
> I show two charges in your file. The first charge is for a bad check and the second is for an attempted defrauding of a financial institution. Both these charges stem from a loan taken out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response...*
>
> Ok, let me explain your options at this time. The first option is for me to file a lawsuit against you, and seek judgment on fraud charges and look to obtain a judgment for ($2,000 + *$ Balance*) which includes attorney's fees and court costs. Do you understand option #1?
>
> Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid me from continuing with a lawsuit and I will not pursue the fraud charges against you. If you accept option #2, payment of (*Balance Amount*) is due today.
>
> How would you like to proceed? *If able to take payment, take payment.*

[...]

If a consumer could not make one of the payment options discussed, the "CLOSE" script

provided a response as follows:

> I want to remind you, if we cannot come to an agreement, my client has
> authorized me to proceed with a lawsuit. [...]

> 26.    The "LIVE RIGHT PARTY JIGGLE / CLOSE" script read, in part:

> My firm has been retained to resolve a matter between you and our client, Pacific.

> [...]

> This matter stems from a breach of contract when you defaulted on a loan. The
> loan was take out *[sic]* with (*Original Creditor*). You authorized a draft from
> your checking account, that draft had insufficient funds. Now *sir/ma'am* was it
> your intent to breach your contract with my client? *Wait for response...*

> Your default is severely delinquent and my client has authorized us to pursue this
> matter to the fullest extent of the law.

> You currently have two options. The first is for us to escalate legal action, and
> seek judgment for (*$2,000 + $ Balance)* which includes attorney's fees and court
> costs. Do you understand option #1?

> Your second option allows you to make a reduced one time settlement payment of
> (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action.
> If you accept option #2, payment of (*Balance Amount*) is due today.

> [...]

Similar to the "CLOSE" script, if a consumer could not make one of the payment options

provided, the "LIVE RIGHT PARTY JIGGLE / CLOSE" script provided a response as follows:

> I want to remind you, your default is severely delinquent, and if we cannot come
> to an agreement, my client has authorized me to escalate this matter. [...]

> 27.    If a consumer did not agree to pay the alleged debt during the initial contact, we

would call the consumer back, offer another chance to pay, and again threaten legal action. To

do so, we followed a script such as the one titled "LIVE RPC FOLLOWUP CLOSE," a true and

correct copy of which is attached hereto as **Prempeh Att. H**. (RPC is the abbreviation for

"Right Party Contact.") For example, the script read, in part:

> I know you previously spoke with our law firm. At this point, I need to determine
> if we are escalating legal action. Before doing so I want to offer one last chance
> to settle this matter before further legal action.
>
> *Wait for Response.....*
>
> Once a court action starts, there is nothing I can do to assist you, our client will
> seek a judgment in court for at least (*$2,000 + Current Balance*) [.]
>
> If you prefer to avoid court action, you could pay a onetime settlement amount of
> (*Current Balance*) and resolve your file.

## QUESTIONS DIRECTED TO STARK LAW AND PACIFIC CAPITAL MANAGEMENT

28.     After training, I questioned Gaurav about the client, Pacific Capital, and how it

came to be that Pacific Capital owned the debt. Although Gaurav never answered my questions

directly, he referred to the client as Patel, not Pacific Capital. Gaurav never responded to my

question about how Pacific Capital (or Patel) acquired the debt.

29.     I also asked Gaurav whether he or Pacific Capital had proof that the consumers

we were contacting legitimately owed the debt. Gaurav responded by stating that they did not

have the original lending documents because it would not be feasible to store the millions of files

associated with the millions of debtors they supposedly had, but that they did have an

"assignment" showing that the debt had been purchased by the client. Because I never saw the

"assignment," I remained doubtful that the consumers we were contacting legitimately owed the

debt we were attempting to collect.

30.     At one point during my employment, I also asked whether the consumers we were

contacting had ever been notified, in writing, that those consumers had defaulted and owed the

alleged debt. Gaurav, Hirsh, and Patel claimed that each of the "debtors" received a validation

11

notice from their original lender by e-mail to an address the debtors provided at the time they applied for the loans, but I never saw a copy of any such validation notice and none was kept in the consumer's file. Gaurav, Hirsh, and Patel further explained that Stark Law would not, and could not, produce the loan originating documents if consumers asked for such documents to validate the debt. Even when I asked to see, I never saw any documentation showing the validity of the debt owed by a consumer.

### CONSUMER COMPLAINTS AND FALSE REPRESENTATIONS

31.     While I worked to collect debts from consumers, a pattern of consumer complaints quickly emerged that raised serious questions about whether the consumers we were contacting ever owed the alleged payday loan debt. The vast majority of consumers that I contacted—by my estimate, about 90 percent—responded to the debt collection efforts in one or more of the following ways:

A.     Most consumers claimed they never took out the payday loans we were asserting they did.

B.     Most consumers did not recall ever taking a payday loan from the client, Pacific Capital. I was trained to explain to the consumers that Pacific Capital was not the original lender, but rather the new owner of the debt. In response, those consumers usually asked for the name and contact information of the original lender. When I provided the name and telephone number of the purported original lender as it appeared in the consumer's file, those same consumers again claimed to have never taken a payday loan from that lender.

      C.     Many consumers claimed that the personal information contained in the consumers' file, such as Social Security numbers, bank account numbers, addresses, and e-mail addresses, was incorrect or outdated.

32.     Many of the consumers that I contacted disputed the validity of the alleged debt, and they asked for proof that they actually owed it. I was trained to tell those consumers that they had already received validation of the debt from the original lender at the time they supposedly defaulted on the loans and that Stark Law was not going to send any further validation. Further, I was required to tell the consumers that there was no dispute as to the validity of the debt and that Stark Law's client, Pacific Capital, had retained Stark Law to proceed with litigation if the consumer did not make an immediate payment. Again, I never saw any proof or evidence that consumers we contacted ever received any validation of the alleged debt from the original lenders.

33.     Many of the consumers that I contacted wanted to speak to the client, Pacific Capital, to obtain further information about the purported debt because they did not recall ever taking a loan from the lender name we provided to them. I was required to tell those consumers that they could not speak with Pacific Capital, that they could only speak with Stark Law, and that there was no dispute about the validity of the debt as it had already been verified. If the consumer did not make an immediate payment, I was to tell the consumer that the attorneys of Stark Law would proceed with the two fraud charges of "attempted defrauding of a financial institution" and "passing of a bad check," and would seek a judgment of over $2,000.

34.     Some consumers stated that they previously took payday loans, but stated that those loans had been fully repaid. Those consumers typically insisted on being provided proof that they owed any debt. I was trained to ignore those consumers' requests, and instead I was to

pressure the consumers with the urgency of facing a lawsuit for attempted defrauding of a financial institution and the passing of a bad check.

35.     I also learned of other consumers complaining about the tactics Stark Law employed to collect alleged debt.  For example, I am aware of a consumer who complained that she was told by a Stark Law employee that she would be arrested and taken to court if she did not pay the alleged debt.  Another consumer complained that he was concerned about being charged with fraud for the alleged debt, even though he never took out an online payday loan. That consumer agreed to make a payment because he was intimidated by the fact that a law firm was contacting him, and he did not want to be sued.  Yet another consumer complained that she received a call from a Stark Law "litigation specialist" who threatened that the consumer could go to jail if she was sued for defrauding a financial institution and for passing a bad check.  That consumer said she had been the victim of identity theft, and although she applied for a payday loan, she never took the loan after learning about its high interest rates.  Although the consumer was hurting financially, she agreed to pay the amount demanded by Stark Law out of fear that she could be sued by a law firm for fraud and would have to go to jail.

36.     While on the collection floor, I overheard a non-attorney collector threatening consumers with arrest or jail if the consumers did not pay the alleged debt.  These threats, among others I overheard being used, concerned me because they were outright lies and a violation of the Fair Debt Collection Practices Act.  Gaurav, Hirsh, and Patel were well aware that these threats were being used but when the attorneys raised the concerns to them, they denied that threats were being used by the non-attorneys.

37.     At one point, myself and the other attorneys became very concerned about the high number of consumers complaining that they did not owe the alleged debt and who were

insisting that the alleged debts be validated. We also were concerned because the non-attorney collectors continued to threaten that consumers would be arrested if they did not pay. As a result of these concerns, the attorneys called a meeting with Gaurav, Hirsh, and Patel.

38. During the meeting with Gaurav, Hirsh, and Patel, the attorneys expressed their concern that the non-attorney collectors were blatantly violating the Fair Debt Collection Practices Act by openly lying to consumers and threatening arrest if the consumers did not pay the alleged debt. Hirsh denied the complaints but also stated that he would "revise" the script used by the non-attorney collectors to "tone-down" the threats. I later became aware that although the scripts used by the non-attorney collectors had been revised, some of the collectors continued to lie and threaten consumers.

39. During the meeting, I also asked Gaurav to send validation letters to those consumers who requested them. Gaurav agreed, but when one of the attorneys later requested to see a copy of a validation letter purportedly sent, Gaurav never showed the attorney the letter. I later learned that the purported validation letters were simply demand for payment letters reiterating what had already been told to the consumers over the telephone. The letters did not provide any actual validation of the alleged debt, and I am not aware of whether the letters were even sent.

40. During the meeting with Gaurav, Hirsh, and Patel, I also asked how they expected the attorneys to respond when consumers insisted that the debts be validated. We were told that if a consumer insisted that they did not take out the alleged loan, or that they insisted validation of the debt, we should simply end the call and move on to the next consumer. As management explained, they were only looking for about eight to ten percent of the consumers we contacted to make payment. Still, the attorneys were told to "be aggressive" and "pressure" consumers by

15

emphasizing the urgency of the matter and the possibility of litigation on the two fraud charges. If consumers resisted, we should just "move on." Gaurav, Hirsh, and Patel also claimed that any of the consumers who said they did not owe the debts were just lying.

41.    Although consumers were threatened that they would be charged with "attempted defrauding of a financial institution" and the "passing of a bad check," or that a lawsuit would be filed against them or litigation commenced to collect a debt, during the course of my employment, Stark Law never sued, nor had any intention to sue at the time the representations were made, any consumer who refused to pay the alleged debt. I am aware of no consumer that Stark Law, Pacific Capital, or Ashton pursued legally for the non-payment of their alleged debt. The threat of litigation, or the pursuit of fraud charges, were completely empty threats used to coerce consumers to pay.

42.    Although Stark Law hired attorneys, myself and the other attorneys did not engage in the practice of law, nor did we do any work related to the practice of law. We worked in the same room as the non-attorney collectors, given headsets and debt collection scripts, and asked to make the same debt collection calls as the other non-attorney employees. In contrast to the non-attorney collectors, however, the attorneys were required to use their real names and titles as attorneys when contacting consumers. This added legitimacy to the collection efforts. I am aware that some consumers verified that the attorneys were licensed to practice law by visiting the Illinois Attorney Registration & Disciplinary Commission's website.

43.    Although Stark Law purported to be a "law firm," it did not operate as such. In reality, I believe Stark Law was operated and controlled by Gaurav, Hirsh, and Patel as a front for a debt collection operation. Stark Law, Pacific Capital, and Ashton were all essentially one

business operation owned, controlled, and managed by the same people and operating out of the same location.

44.     It is my belief that the creation of Stark Law was a ruse to avoid state licensing requirements, and to be able to allow Gaurav, Hirsh, and Patel to hire attorneys working under the guise of a law firm to exert pressure on consumers. To my knowledge, Stark Law did not have license to engage in debt collections.

45.     Although Stark Law did not sue, and had no intention to sue, consumers who refused to pay their alleged debt, consumers did not know this. As a result, many consumers agreed to pay out of fear of litigation or fear that attorneys and a "law firm" were contacting them, or simply to end the collection calls. It was my understanding that on some days, Stark Law collected over $25,000 from numerous consumers, most of whom I believe paid out of fear and who never even owed the alleged debt.

46.     Oftentimes, consumers would ask for the address of Stark Law or Pacific Capital. Although Stark Law, Pacific Capital, and Ashton all operated out of the Quail Ridge location, we could not disclose to consumers the physical location. Instead, we were instructed to use an address of 4 East Ogden Avenue, #109, Westmont, Illinois 60559. This is a mail drop box location.

## END OF EMPLOYMENT RELATIONSHIP WITH STARK LAW

47.     By the end of my second week, it became apparent to me that I could no longer continue to work at Stark Law. I believe that Gaurav misled me regarding the nature of the work that I would be doing, and that Gaurav, Hirsh, and Patel refused to answer even basic questions about their business. While I worked at Stark Law, I was asked to place debt collection calls like all the other non-attorney employees. I did not engage in any attorney work. Moreover, the

17

sheer number of consumer complaints and unanswered questions led me to believe that Stark

Law was engaged in unethical and possibly illegal business practices. In particular, it became

apparent that through the use of threats and intimidation, Stark Law was attempting to collect

non-existent or entirely uncollectable debt from unsuspecting consumer victims.

48.     On March 3, 2015, I tendered my verbal resignation to Gaurav. Before leaving,

however, I had a meeting with Gaurav and told him that I believed the business was unethical

and fraudulent.

49.     Other attorneys also left Stark Law shortly after starting. Just two days after the

seven attorneys started, two attorneys quit. I also am aware that on the same day I quit,

management fired an attorney who was outspoken and who questioned Stark Law's business

practices.

50.     After leaving Stark Law, I felt compelled to expose its unethical and potentially

illegal practices. I drafted and filed with the Illinois Attorney General's Office a "whistleblower

complaint." Attached hereto as **Prempeh Att. I** is a true and correct copy of the whistleblower

complaint I filed with the Illinois Attorney General's Office in or around June 2015.

51.     After filing the whistleblower complaint, I was contacted by the Illinois Attorney

General's Office regarding an investigation that it was conducting with the Federal Trade

Commission into the business practices of Stark Law, Ashton, Pacific Capital, and related

entities, as well as Gaurav, Hirsh, and Patel. I have provided truthful information regarding my

employment at Stark Law and the business practices that I observed firsthand.

52.     Based on my own Internet research, I believe that Stark Law, Pacific Capital, and

Ashton previously operated using a number of different names when contacting consumers,

including Capital Harris Miller and Associates, CHM Group, CHM Capital, CHM Mitigation, CHM Collections, and CHM Remediation Services.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _January 13_ , 2016.

JOE H. PREMPEH

# ATT. A

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

Good Morning, my name is (*Attorney Name*), I'm an attorney with the Stark Law Firm in Chicago.

May I speak with the immediate manager or supervisor for (*Debtor Full Name*)? *Wait for response....*

we **I'm** have been unable to locate (*Debtor First Name*) to discuss legal matters ~~against~~ <sub>Involving</sub> him.

Your location is identified as having a direct affiliation with (*Debtor Full Name*).

It's imperative that I speak with (*Debtor First Name*) immediately. Can you get them on the phone now?

(*If so start with RPC Close, otherwise continue*)

Do you know when (*Debtor First Name*) will be available?

I will provide you with the case number and the number to our firm so that (*Debtor First Name*) may contact us immediately. Do you have something to write with? *Wait for response....*

1. I can be reached at *888... 555... 1212.*

2. Refer to case *100100*
3. What is the correct spelling of your name for the file. Thank you for your time.

open legal matter

**PREMPEH ATT. A**

# ATT. B

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

This is Attorney *(Attorney Name)*, I am contacting you to locate one of your employees. I need to discuss a serious matter involving *(Debtor Full Name)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor First Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

**PREMPEH ATT. B**

# ATT. C

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Attorney Name)*, may I speak with *(Ref Name)*.

I'm an attorney with Stark Law. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or an associate of yours.

1. Is *(Debtor First Name)* related to you?
2. What is a good number that *(Debtor First Name)* can be reached at?

We have been trying to contact *(Debtor First Name)*, I need to reach (him/her) right away. Grab a pen and I'll provide some information they will need.

3. Let me give you my firm's number so (he/she) can contact me.

I can be reached at *888... 555... 1212*
Case Number for reference is *100100*

I need to speak to *(Debtor First Name)* before 6pm Central today. Can you have them contact me immediately?

Thanks for your help.

Q. What is this about?

A. I have an open legal matter that I can only discuss with *(Debtor First Name)*, at this time. Can you get them this message?

**PREMPEH ATT. C**

# ATT. D

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Attorney Name*) and I am an attorney contacting you regarding an urgent matter. I have to discuss a serious matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212.* Please reference file number *100100*, again that's file number *100100*

**PREMPEH ATT. D**

# ATT. E

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), I am Attorney (*Attorney Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212.*  Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

**PREMPEH ATT. E**

# ATT. F

# *** CLOSE *** 

> **Law Office. This is Attorney, (Attorney Name), How may I help you?**

> **Is there a reference # or name that I can reference?** *Please Hold...*

✱ *Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
> *Let me transfer you to the associate handling your file.*

> **There is a claim in our system for our client Pacific but it's in pending litigation status. Let me see if I can grab the hard copy and give you some details.**

*Place on hold*

✱ > **OK is this** *(Debtor Name)* **with Social Security Number of** *(Give Full SSN)*?

> **Allow me to explain the details, please hold your questions until the end**

> **I show two charges in your file. The first charge is for a bad check and the second is for an attempted defrauding of a financial institution. Both these charges stem from a loan taken out with** *(Original Creditor)*. **You authorized a draft from your checking account, that draft had insufficient funds. Now sir/ma'am was it your intent to breach your contract?** *Wait for response...*

 ⟩ **Ok, let me explain your options at this time. The first option is for me to file a lawsuit against you, and seek judgment on fraud charges and look to obtain a judgment for** *($2,000 + $ Balance)* **which includes attorney's fees and court costs. Do you understand option #1?**

 **Your second option allows you to make a reduced one time settlement payment of** *(Balance Amount)*. **This will avoid me from continuing with a lawsuit and I will not pursue the fraud charges against you. If you accept option #2, payment of** *(Balance Amount)* **is due today.**

**How would you like to proceed?** *If able to take payment, take payment.*

> *If unable to make payment......*
  • **Well, what's your situation? Are you currently employed?**

**PREMPEH ATT. F**
**Page 1 of 2**

- Are you paid Weekly or Biweekly?
- Do you have a valid method of payment if we do agree on an arrangement?

- Now how short of the *(Balance Amount)* claim amount are you today? *Wait for response... If Debtor does not want to give you this information explain you are trying to find a reasonable solution without having to go to court and incurring additional expenses and a judgment for issuing a bad check and attempted defrauding of a financial institution.*

➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ I want to remind you, if we cannot come to an agreement, my client has authorized me to proceed with a lawsuit. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. We practice in giving a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# ATT. G

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ Good morning/afternoon my name is (*Attorney Name*), I'm an attorney with the Stark Law Firm.

➢ Is this (*Debtor Name*). *Wait for response...*

➢ To confirm I have the right party, your Social Security Number is (*Give Full SSN*)? *Wait for Debtor confirmation...*

➢ My firm has been retained to resolve a matter between you and our client, **Pacific.** (Owner of Financial obligation that has rightful ownership of your debt)

➢ Allow me to explain the details, please hold your questions until the end

➢ This matter stems from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now <u>sir/ma'am</u> was it your intent to breach your contract with my client? *Wait for response...*

➢ Your default is severely delinquent and my client has authorized us to pursue this matter to the fullest extent of the law.

① ➢ You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + $ *Balance*) which includes attorney's fees and court costs. Do you understand option #1?

② ➢ Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➢ How would you like to proceed? *If able to take payment, take payment.*

➢ *If unable to make payment......*
  - Well, what's your situation? Are you currently employed? Where?
  - Are you paid Weekly or Biweekly? When is next pay day?
  - Do you have a valid method of payment if we do agree on an arrangement? Visa, Mastercard, Discover, or American Express

- Now how short of the *(Balance Amount)* claim amount are you today? Wait for response...

➤ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➤ I want to remind you, your default is severely delinquent, and if we cannot come to an agreement, my client has authorized me to escalate this matter. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

➤ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to negotiate.*

➤ [Once there is Agreement with the Debtor] Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

➤ Now how does the name appear on the card you will be using?

➤ *Take card info...*

➤ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➤ Thank you, have a good day.

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# ATT. H

# \*\*\* LIVE RPC FOLLOWUP CLOSE \*\*\*

- Is this *(Debtor Full Name)*?
- *(Debtor First Name)*, this is Attorney *(Attorney Name)*, from Stark Law. To ensure I have the right party your Social Security Number is *(Give Full SSN)*?
- I know you previously spoke with our law firm. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.

*Wait for Response.....*

- Once a court action starts, there is nothing I can do to assist you, our client will seek a judgment in court for at least *($2,000 + Current Balance)*
- If you prefer to avoid court action, you could pay a onetime settlement amount of *(Current Balance)* and resolve your file.

*\*\*\*\* Debtor may offer at least a down payment \*\*\*\**

- Well, what's your situation? Are you currently employed?
- Are you paid Weekly or Biweekly?
- If we agree on an arrangement, do you have a valid method of payment?
- *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

- Now how short of the claim amount are you today? Wait for response...
- I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

- *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

- *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

- I want to remind you, if we cannot come to an agreement, my client has authorized me to proceed with a lawsuit. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

**PREMPEH ATT. H**

# ATT. I

ILLINOIS ATTORNEY GENERAL CONSUMER FRAUD WHISTLEBLOWER COMPLAINT

RECEIVED
ATTORNEY GENERAL
JUN 02 2015
CONSUMER FRAUD
CHICAGO

JOHN DOE,

    Whistleblower.

v.

ASHTON ASSET MANAGEMENT, PACIFIC

CAPITAL HOLDING, STARK LAW, HIRSH

MOHINDRA, GAURAV MOHINDRA, AND

PREETESH PATEL

    Defendants.

WHISTLEBLOWER

COMPLAINT

## INTRODUCTION

1.  I, John Doe, brings this whistleblower complaint against Defendants Stark Law LLC, a/k/a "Stark Law," Pacific Capital Holding, a/k/a "Pacific," Hirsh Mohindra, a/k/a "Hirsh," Gaurav Mohindra. a/k/a "Gaurav," and Preetesh Patel, a/k/a "Preetesh," for violations of the Federal Securities Laws, Fair Debt Collection Practices Act (FDCPA), the Consumer Protection Act Provisions of Dodd-Frank (CPA) and the Consumer Financial Protection Act (CFPA).

2.  I am an Attorney at Law and I was employed by STARK LAW LLC to work on pre-and post-litigation matters dealing with debt settlement. This complaint is based upon my own observations,

1 |

first-hand knowledge I acquired while working for STARK LAW, conversations with other

attorneys that worked for STARK LAW, conversation with other non-attorney workers at Stark

Law, my conversation with some victims and training manuals.

Defendants purchase. service. and collect payday loans that some state laws render void, or

limit the consumer's obligation to repay. There is also no proof that the debt Defendants purchase

and initiate collection actions are legitimate. As a result, Defendants took money from consumers

who swore they did not owe the debt or recall taking such loans and typically could not afford to

give away such amounts.

3.  Based on my inside knowledge and observations of the activities of ASHTON ASSET

MANAGEMENT, PACIFIC CAPITAL HOLDING and STARK LAW, I believe there is a high

likelihood that a significant majority of the payday loans they collect are phantom payday loans.

I came to this conclusion based on all the information and materials I came across while working

for STARK LAW. My suspicion was further strengthened by the fact that almost all the

purported debtors would swear that all or at least some of the information STARK LAW

provided as proof that the debtors owed the amounts (i.e. bank account number, email, and place

of residence) were outdated or just blatantly false. An immediate government intervention is

needed at the least to investigate the activities of the Defendants to prevent several thousands of

vulnerable people from falling victims.

4.  On March 3, 2015, I confronted Gaurav Mohindra before parting ways with STARK LAW. I

told him I believed the business was unethical and an aspect of it was fraudulent. He told me the

business was not for everybody. I tendered my verbal resignation because I learned that the

owners were uncomfortable with my questions, details of which have been explained below. The

defendants felt I was unraveling their scheme. I could not ethically watch ASHTON ASSET

MANAGEMENT AND PACIFIC CAPITAL HOLDING, acting through STARK LAW, victimize innocent but vulnerable individuals and steal their money. That same night I resigned, the management and owners of STARK LAW fired one of the attorneys who was also very outspoken and questioned the legitimacy of the practices and procedures.

5. The defendants did not want any of the attorneys they deemed a threat to their enterprise to continue to work for the phony law firm. Within a week, two more attorneys quit STARK LAW but two continue to work.

6. The defendants continue to change their practices, scripts and other procedures to make it difficult for violations to be detected.

## HOW I GOT INVOLVED WITH STARK LAW

The basis for my knowledge and the forgoing complaints are, in part, as follows:

7. I am an Attorney at Law and I was an employee of Stark Law LLC from February 16 to March 3, 2015.

8. Gaurav Mohindra deceptively posted pre-litigation, post-litigation and debt settlement negotiation attorney position on the internet. I met with Gaurav Mohindra around the first week of February 2015 to discuss the nature of the position. At that time, Gaurav Mohindra falsely described the nature of the position. He explained that he was looking for attorneys to work on distressed asset cases through a legal settlement negotiations and if settlement negotiations failed, then he would count on the attorneys to handle the litigation phase of the cases.

9. Gaurav Mohindra falsely stated that he had been retained by a client, ASHTON ASSET MANAGEMENT, which he said was one of the largest debt buyers in the country, with a current portfolio of at least 2 billion dollars in purchased debt.

10. Gaurav Mohindra deceptively stated that attorneys will work from the client's location because of confidential data and legal requirements.

11. Gaurav Mohindra deceptively stated that because of the huge size of the portfolio of pre and post litigation cases that will be handled, "Slovin law firm" was going to be the of counsel law firm.

12. On or about February 16, Gaurva Mohindra stated that he was forming a law firm called STARK LAW to handle all the cases that the client, ASHTON ASSET MANAGEMENT, has retained him for. In this way attorneys will work with him in the newly formed firm instead of paying "Slovin Law" to be of counsel.

13. On or about February 16, 2015. 7 attorneys were recruited by STARK LAW to work on the pre and post-litigation matters for the supposed client, now being referenced as PACIFIC, through the newly formed law firm, STARK LAW.

14. On or about February 18, 2015, 2 of the 7 total attorneys left the firm.

15. On or about February 19, I became suspicious of the work that STARK LAW was doing. I discovered that Gaurav Mohindra had lied about the nature of the work and the relationship between himself and the client.

16. It became apparent that STARK LAW was formed exclusively to use attorneys to perform debt collection services without any aspect of law practice.

17. On or about February 27, 2015, it became apparent to me that STARK LAW was one and the same with PACIFIC CAPITAL HOLDING AND ASHTON ASSET MANANGEMENT.

18. It became apparent to me that the managers, owners, principals, and directors of STARK LAW were one and the same as ASHTON ASSET MANAGEMENT AND PACIFIC CAPITAL HOLDING.

19. It became apparent to me that Gaurav Mohindra, an attorney and brother of Hirsh Mohindra, was the face of STARK LAW but Hirsh Mohindra was the person who made all decision.

4 |

20. Attorneys at STARK LAW were constantly deceived that they will be doing actual attorney work when the purported debtors of PACIFIC, the client, failed to make payments and the number of such cases reached a certain level. In fact and in truth, attorneys were asked to place debt collection calls. In all pertinent times, attorneys for STARK LAW did not do an attorney work, were housed in the same room as non-attorney debt collectors and each was asked to make calls to over 200 people and businesses each day.

21. This complaint is based upon my own observations, first-hand knowledge I acquired when I worked for Stark Law, conversations I had with other attorneys who were with STARK LAW at the time I was there, my conversation with other non-attorney workers of Stark Law, meetings the attorneys had with the management of STARK LAW, PACIFIC CAPITAL HOLDING and ASHTON ASSET MANAGEMENT, my conversation with some victims and the training manuals used by STARK LAW.

## JURISDICTION

22. This SEC/FTC/IL Attorney General has jurisdiction over this complaint because it is brought under Securities Act, Consumer Protection Act of Dodd-Frank, Fair Debt Collection Practices Act and "Federal consumer financial law," 12 U.S.C. § 5565(a)(1) in a form of whistleblower complaint.

## PARTIES

23. John Doe, whistleblower, is an individual resident of Chicago Illinois, and gained direct knowledge into the apparent scam and fraud that STARK LAW FIRM and its other business associates are involved in. I was deceived, lied to into a job I later discovered that at the minimum was an enterprise that was violating several statutory requirements and from all facts gleaned appeared to me that a major criminal scheme might be going on at that place.

24. Stark Law, LLC is an Illinois corporation with its principal place of business at 500 Quail Ridge Drive, Westmont, IL 60559. As a significant part of its business, Stark Law collects consumer-installment loans. Those activities are "consumer financial services" under the CFPA. 12 U.S.C. § 5481(5)(A), (15)(A)(i). 15(A)(x). Stark Law does not disclose its true address. It uses a P.O.BOX address 4 E Ogden Ave. #109, Westmont, IL 60559. Phone: 844-525-0220.

25. Pacific Capital Holding is a wholly owned subsidiary of Ashton Asset Management with its principal place of business at 500 Quail Ridge Drive, Westmont, IL 60559. As a significant part of its business, Pacific Capital Holding buys, collects or sell payday loans. Those activities are "consumer financial services" under the CFPA and also falls under the Securities Act. It uses a P.O.BOX address 4 E Ogden Ave. #109, Westmont, IL 60559. Phone: 844-525-0220.

26. Ashton Asset Management is a corporation with its principal place of business at 500 Quail Ridge Drive, Westmont, IL 60559. As a significant part of its business, Ashton Asset Management buys and collects payday loans through its subsidiaries Pacific Capital Holding and Stark Law. Those activities are "consumer financial services" under the CFPA and also falls under the Securities Act.

27. Hirsh Mohindra is the CEO, President, Principal, Director, and Owner of Ashton Asset Management; the President, Manager, Principal, Member, and Owner of Pacific Capital Holding; and the factual Director, Manager and Co-owner of Stark Law LLC. He has managerial responsibility for Ashton Asset Management, Pacific Capital Holding and Stark Law, and has materially participated in the conduct of their affairs. Hirsh Mohindra is therefore a "related person" under the CFPA. 12 U.S.C. § 5481(25)(C)(i)-(ii).

28. Gaurav Mohindra is a Principal, Director, and Manager of Ashton Asset Management; the President, Manager, Principal, Member, and Owner of Stark Law LLC, and has materially

participated in the conduct of their affairs. Gaurav Mohindra is therefore a "related person" under the CFPA. 12 U.S.C. § 5481(25)(C)(i)-(ii).

29. Preetesh Patel is the Vice President of Ashton Asset Management; the President, Manager, Principal, Member, and Co-owner of Pacific Capital Holding; and a Manager and Co-owner of Stark Law LLC. He has managerial responsibility for Ashton Asset Management, Pacific Capital Holding and Stark Law, and has materially participated in the conduct of their affairs. Preetesh Patel is therefore a "related person" under the CFPA. 12 U.S.C. § 5481(25)(C)(i)-(ii).

### FIRST COMPLAINT

### CONSPIRACY TO COMMIT WIRE FRAUD

30. From at least on or about February 16, 2015 to March 6, 2015, the time period I worked with Stark Law, Stark Law LLC. a/k/a "Stark Law," Pacific Capital Holding. a/k/a "Pacific," Ashton Asset Management, a/k/a "Ashton," Hirsh Mohindra, a/k/a "Hirsh," Gaurav Mohindra, a/k/a "Gaurav," and Preetesh Patel. a/k/a "Preetesh," the defendants, and others known and unknown, willfully and knowingly did combine. conspire, confederate, and agree together and with others to commit offenses against the United States, to wit, to violate Section 1343 of Title 18, United States Code.

31. It was part and an object of the conspiracy that Stark Law LLC. a/k/a "Stark Law," Pacific Capital Holding, ak/k/a "Pacific." Ashton Asset Management, a/k/a "Ashton," Hirsh Mohindra, a/k/a "Hirsh," Gaurav Mohindra. a/k/a "Gaurav." and Preetesh Patel, a/k/a "Preetesh," the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations and promises. would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals,

7 | . . .

pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## OVERT ACTS

32. In furtherance of the alleged conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in Illinois and elsewhere:

    a.  On or about February 24, 2015, HIRSH MOHINDRA, a/k/a "Hirsh," the defendant, made false and fraudulent representations over the telephone in an effort to trick a victim into paying a purported debt.

    b.  On or about February 25, 2015, GAURAV MOHINDRA, a/k/a "Gaurav," the defendant, made false and fraudulent representations over the telephone in an effort to trick a victim into paying a purported debt.

    c.  On or about February 27, 2015, PREETESH PATEL, a/k/a "Preetesh," the defendant, made false and fraudulent representations over the telephone in an effort to trick a victim into paying a purported debt.

## OVERVIEW OF THE SCHEME

33. As set for more fully below, HIRSH MOHINDRA, a/k/a "Hirsh," the defendant, is the owner, President and Principal of ASHTON ASSET MANAGEMENT, which is a parent company that owns and operates PACIFIC CAPITAL HOLDING, a/k/a "PACIFIC," a purported debt buying entity of ASHTON ASSET MANAGEMENT.

34. The defendant operates a debt collection company based in Westmont, Illinois. From at least February 2014, the defendant decided to change his business model by forming a law firm to disguise a debt collection scheme. The defendant, through his younger brother, GAURAV

MOHINDRA, an attorney, formed a law firm, "STARK LAW," to disguise the debt collection business and create an appearance of legitimacy.

35. A simple online search has revealed that the defendants periodically change their business name in an apparent effort to prevent unsuspecting consumers from gaining knowledge about the business. Defenders have been known by various names in the past including Capital Harris Miller and Associates, CHM Group, CHM Capital, CHM Mitigation, CHM Collections, CHM Remediation Services and now, Stark Law Firm.

36. STARK LAW is located in the same building at ASHTON ASSET MANAGEMENT, AND PACIFIC CAPITAL HOLDING all of which are controlled by HIRSH MOHINDRA.

37. From at least February 2015, employees of STARK LAW, PACIFIC CAPITAL HOLDING and ASHTON ASSET MANAGEMENT acting in the name of STARK LAW were asked to routinely trick and coerce or attempt to trick and coerce thousands of victims throughout the United States into paying millions of dollars in online payday loans through a variety of false statements and false threats.

38. In particular, in order to trick victims into paying purported debts to "PACIFIC,"

the defendants and employees of ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDINGS AND STARK LAW, most using a variety of aliases, told victims, among other things that: 1) STARK LAW has been retained by "PACIFIC" to discuss a serious matter; 2) the consumers had committed fraudulent acts, such as "attempted defrauding of a financial institution," and "for passing bad check," and if they did not pay the debt immediately, the attorneys will proceed with litigation and seek a default judgment of $2000 plus the loan balance; 3) STARK LAW was a litigation law firm retained by "PACIFIC" to settle the purported debt before they proceeded with litigation; and that the debt collectors, referring

themselves as litigation specialists, were working with attorneys of the firm; 4) STARK LAW will proceed with the two fraud charges by filing suit against the consumers if they did not make immediate one-time payments over the phone.

39. STARK LAW never sued, or intended on suing any of the purported debtors. Although licensed attorneys were recruited to work for STARK LAW, the attorneys were not practicing law and never did any work that was related to the practice of law; they were put in the same room as the debt collectors, given headphones and debt collection script and asked to place and make the same debt collection calls as everyone else; the attorneys were asked to put pressure on the purported debtors and compel them to make instant payment to PACIFIC CAPITAL HOLDING.

40. The attorneys were under the supervision and control of ASHTON ASSET MANAGEMENT owners, PACIFIC CAPITAL HOLDINGS, and STARK LAW LLC actual owners, HIRSH MOHINDRA, GAURAV MOHINDRA and PREETESH PATEL.

## **APPEARANCE OF LEGITIMACY**

41. To create the appearance of legitimacy, ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDING, and its managers, directors, principals and owners created STARK LAW to hide behind it in its illegal scheme to deceive and dupe vulnerable individuals of their money. STARK LAW did not have a license to undertake payday loan collections. The defendants circumvented the license requirements by forming STARK LAW, which in fact and in truth is a debt collection company.

42. ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDING, STAK LAW and their owners, managers, directors, and principals deceived the initial attorneys that were recruited by telling them that they were going to be working on legal settlement negotiations on distressed assets at the pre-litigation phase. The attorneys were also informed that they will also work on some

litigation cases when settlement negotiations failed. But in fact, the attorneys were trained by a non-attorney manager; they were given scripts that required them to cold call, violate the FDCPA, use their legitimate titles as attorneys to pressure the consumers into making immediate payments on the purported debts, which had no validations on record.

43. The non-attorneys were trained to tell the consumers that the case of "attempted defrauding of a financial institution" and "passing of a bad check" was in litigation and that payment was due immediately on the purported debt if they wanted to avoid escalation of the matter.

44. Both the attorneys and non-attorneys were required to tell consumers that if they did not make a one-time full payment on the purported outstanding balance, there will be a default judgment of $2000 that will be added to the balance irrespective of whether such a debt has expired statute of limitation.

45. In total, from on or about February 16 through March 3rd, 2015, ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDING, HIRSH MOHINDRA, GAURAV MOHINDRA AND PREETESH PATEL, hiding behind STARK LAW, used their employees to call and threaten several thousands of people, took payments from hundreds of innocent and vulnerable victims across the country, and on some days recorded over $25,000 in what appeared to be illegally collected money.

## HOW THE SCHEME WAS UNRAVELED

46. On or about February 16, seven attorneys were hired by STARK LAW to work on pre-litigation matters relating to settlement negotiation of distressed assets. The attorneys were moved from the training room onto the main floor where the non-attorney debt collectors were. The attorneys were assigned work stations and given headsets and access to the consumer data through a software called BEAM. At this point, it became apparent to me that the work STARK LAW wanted the attorneys to do was simply debt collecting calls.

## RED FLAGS

47. After about 3 days of training, I began asking questions about who the client was, and how the client owned the purported debt. Gaurav Mohindra undermined the questions and simply said the client is "PREETESH," one of the managers of ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDING AND STARK LAW. At a later point, he also stated that the client is a Hedge Fund company that buys consumer debt.

48. Gaurav Mohindra never answered the question of how the client, PACIFIC CAPITAL HOLIDING or PREETESH, acquired the debts.

49. I asked if there was proof that the consumers actually owed the debt. Again, Gaurav Mohindra undermined the question and stated that they did not have the original lending documents because of the volume of files they were handling. He explained that it would not be practically feasible to store millions of files associated with millions of debtors in their cloud storage even though they had the capabilities.

50. Gaurav Mohindra further explained that there was an assignment available for each of the debt they (ASHTON, PACIFIC, STARK, HIRSH, GAURAV AND PREETESH) were trying to collect. They never showed any of the attorneys any assignment of record.

51. I asked if the debtors were notified in writing that they actually owed the debt and had defaulted on them. Gaurav Mohindra, Preetesh Patel and Hirsh Mohindra answered that each of the debtors had received a validation of debt from the original lender through an email the debtors themselves provided at the time they applied for the loans. They further explained that ASHTON, PACIFIC OR STARK LAW will not be able to produce the originating documents with the original signatures if the consumers asked for such documents to validate the debt. I asked if they could show me

documentation authenticating the validity or legitimacy of the debt. They did not provide any document that validly showed the debt was from legitimate source and acquired legitimately.

## PATTERN OF CONSUMER COMPLAINTS

52. By February 26 2015, I began to see a pattern of consumer complaints to most of the calls each attorney or non-attorney made. I estimated that about 90 percent of each debtor spoken to complained about the same issue:

      a.      Most swore they never took out the purported loans.

      b.      They do not recall ever taking a loan from "PACIFIC." When it was explained to them that PACIFIC is the new owner of the debt, the same debtors asked for the name and contact information of the original creditor. When we provided the name and telephone number in the software associated with the original lender, the consumers again swore they never took out a loan from any such companies. Some consumer-debtors made attempt to reach the supposed original lenders but they could not get anyone to respond or even provide a valid information that they actually owed the purported amount at any point in time.

      c.      A significant number of consumers swore that the Social Security number, the bank account number, the address and email that STARK LAW and PACIFIC were using as proof that a particular consumer owed the debt were not correct or outdated.

      d.      The consumers asked if STARK LAW can send them some proof that they actually owed the debt because they disputed the validity of the debt. STARK LAW required its attorneys and non-attorneys to insist that the consumer-debtors had already received validation of debt from the original lender when they supposedly defaulted on

the loan and as a result STARK LAW was not going to send any validation of debt. This was a typical rebuttal that the defendants required their employees to say. Employees were also required to say that STARK LAW's client, PACIFIC, has retained STARK LAW to proceed with litigation if the consumer-debtors failed to make a one-time full payment of the purported debt and that there was no dispute to the validity of the debt owed. In fact, there was no basis or proof that supported the statement that the consumers had received validation of debt from the original lender. This was a statement that STARK LAW and its owners required the employees to say, regardless of the facts.

e.      The consumers asked if they could talk to PACIFIC business unit to get some information on the loan because they did not recall ever taking such online payday loans from lenders STARK LAW and PACIFIC provided them. Defendants required their attorneys and non-attorneys to respond that the consumers could not speak with PACIFIC because PACIFIC has retained STARK LAW so they can only speak with STARK LAW attorneys. Consumers were told that all documentations had been verified and thus there was no dispute about the validity of the debt, and that the consumers had to make a settlement payment at that very moment or the attorneys of STARK LAW will proceed with the two fraud charges and in addition seek default judgment of $2000.

f.      A few consumers stated that they took out a loan around the time period STARK LAW was claiming they did. However, those consumers claimed they made full payment on the account. Those consumers insisted that STARK LAW and its client, PACIFIC show them proof that they owed the debt. STARK LAW managers and owners required the attorneys and non-attorneys to disregard the consumers' request and pressure them with the urgency of facing a law suit for attempted defrauding of a financial institution

and the passing of a bad check. Attorneys in particular were required to be very aggressive, assert their authority and pressure the debtors to make immediate payment to avoid a law suit.

g.     A victim stated that someone calling on behalf of STARK LAW, the defendant, called several of the victim's family members and place of employment multiple times saying there was a serious pending matter with STARK LAW. The victim called STARK LAW to find out what the serious pending matter was about. STARK LAW through one if its employees told the victim that there were two attempted fraud charges against her concerning a loan the victim took in 2011. The victim asked the STARK LAW employee to send some form of documentation to confirm that STARK LAW was legitimate and the purported debt was also legitimate. A STARK LAW employee told the victim that STARK LAW was legitimate and if victim did not comply with the demand to pay the money back in full, victim would be arrested and taken to court.

h.     Another victim stated that someone from STARK LAW called and indicated that he was an attorney. The victim said that the person stated there were two pending charges of attempted defrauding of a financial institution and for passing bad check, when the victim supposedly defaulted on an online payday loan taken in 2011. The victim indicated that she did not recall taking out such loan and asked if STARK LAW attorney could send some validation letter. The victim stated that he received a letter that simply stated that STARK LAW represents PACIFIC and it was demanding that victim makes full payment on the stated amount. The victim stated that he received a follow-up call and was reminded by the attorney that the only way to avoid a law suit and escalation of the matter was if he made full payment or installment payment. The victim stated that he was

concerned that a law firm had called him and told him that if he did not make full payment, he would be charged with fraud. The victim stated that he agreed to make a payment because he did not want to get sued and was afraid because the call came from a law firm even though he did not take out the online payday loan.

i.        Another victim stated that someone from STARK LAW called and indicated that she was a litigation specialist. The victim said that the person stated there were two pending charges of attempted defrauding of a financial institution and for passing bad check, and that the victim could go to jail if she was sued unless she made one-time reduced settlement payment on the debt she took in 2012. The victim stated that she recalled her old bank account was involved in an identity theft and at one point saw that someone had made a $300 deposit into her account. She asked her bank to return the money and close the account. The victim stated that at one point in time she initiated a payday loan application but decided not to take the loan after submitting her information and learning that the interest rates were too high. The victim stated that she was concerned that STARK LAW and PACIFIC had her Social Security Number, old bank account. incorrect address and email and was afraid that if she got sued she would not have the money or the time to respond. The victim explained that she could barely afford to make ends meet but out of fear that she could be sued by a law firm for fraud and go to jail, she hesitantly paid the amount demanded.

## THE NATURE OF THE WORK

53. Each of the attorneys at STARK LAW was assigned 30 files. There were about 35 non-attorneys working for ASHTON ASSET MANAGEMENT and PACIFIC CAPITAL HOLDING through STARK LAW. Each of the non-attorneys was also assigned 30 files for each day.

54. Each person was required to follow a "bull's eye" method calling script. The order of the calling was as follows:

    a. Call all known places of employment first. Ask to speak with the manager of the debtor.

    b. Call three relatives and associates second. Ask for the whereabouts of the debtor and say the call is in regards to a serious legal matter.

    c. Call the debtor last. If you get hold of the debtor, be very aggressive and push as far as you can to make the debtor pay the purported debt at that moment.

    d. If you do not get hold of the debtor, you repeat the cycle in the afternoon. Following this approach, each employee was making approximately 10 calls per file in each of the 30 files for the day.

55. I learned from first hand that more than 90% of the consumers complained that they did not take the purported loans, or that at one point in time they inquired about payday loan, applied but did not go through with the loan, and some consumers said they inquired about payday loan in the past, decided they did not need the loans anymore but later discovered a payment was made into their account nevertheless. These group of consumers said they had proof that they returned the unwanted false loans with exorbitant interest rates they never agreed to take. Another group of consumers stated that they took out a brick and mortar payday loan from a company that is different from what STARK LAW and PACIFIC CAPITAL HOLDING claimed they took the loans from. This group also stated that they made full payment on the loans they took and did not understand why there was a

collection activity against them for a loan they do not know the originating lender, have no documentation, and STARK or PACIFIC, collecting on the loan, cannot provide any validation of debt to them.

56. The consumers asked the non-attorney debt collectors that they wanted to speak with attorneys of the firm hoping that the attorneys will be able to substantiate the debt by providing some form of authentication or validation as the law required. These and many other concerns were expressed by consumers and they requested to speak with STARK LAW attorneys. The attorney, however, did not have any documentation substantiating the claim that the debtors owed or that PACIFIC CAPITAL HOLDING actually bought the debt from an actual originating lender, with proof.

57. At this point, some of the attorneys became concerned that there were so many purported debtors who were challenging the validity of the debt and insisting on some form of validation, if the debts are in fact, true debts.

58. The attorneys called a meeting to express their concerns to the managers, owners, principals and directors of ASHTON ASSET MANAGEMENT, PACIFIC CAPITAL HOLDING AND STARK LAW. At the meeting, Hirsh Mohindra, Gaurav Mohindra and Preetesh Patel were all present. The attorneys expressed the blatant violations of FDCPA that the non-attorneys were committing by threatening an arrest and lying openly to consumers. Hirsh Mohindra stated that he will revise the script the non-attorneys were using so that they will not violate the FDCPA rules. They revised the script to tone down the violations but nonetheless were committing violations with the revised script.

59. I requested from Gaurav Mohindra that validation letters be sent to the consumers who requested them because they disputed the loans. Gaurav Mohindra agreed to send validation letters. However, when one of the attorneys asked to see a copy of the validation letters purported to have been sent,

Gaurav Mohindra refused to show him the letter. It was later discovered that the purported validation letter was simply a demand for payment letter restating what had already been said over the phone.

60. When I asked how management expected licensed attorney to respond when consumers insisted on validations, the management of ASHTON, PACIFIC AND STARK said they only had assignment indicating they bought the debt. But they never produced any assignment to show the attorneys that the debt they were to compel payment on were valid. When I pressed more for some proof that the debts they were asking attorneys and non-attorneys to collect on were legitimate, the managers, owners, principals and directors of ASHTON, PACIFIC AND STARK said, we should not worry but if the consumers insisted they did not take the loans or need validation of debt we should simply end the call and move on to the next consumer.

61. These managers, owners, principals and directors told the attorneys that the business was a "numbers game" and that they were only looking for about 8 to 10% of the purported debtors to make payments on the purported debt. They told the attorneys to be aggressive and pressure the consumers by emphasizing the urgency of the matter and the possibility of litigation on the two fraud charges. And if the consumer insisted of validation of debt, then they employees should "move on."

62. At this point, it became clear to me that STARK LAW was engaged in a sophisticated method of extorting money from thousands of vulnerable consumers who might at one point in time enquired about payday loan by filling out an application and later abandoning it, took payday loan and made full payment but ASHTON, PACIFIC AND STARK LAW got access to their personal data, or consumers who had their identity stolen and were later associated with an online payday loan, which STARK LAW could not show its attorneys proof thereof.

## MANAGEMENT DISSATISFACTION WITH ATTORNEYS' SOFT APPROACH IN
## COLLECTING DEBT

63. Two weeks into the work, I along with the other attorneys concluded there were so many unanswered and disregarded questions. The attorneys took the approach that they will talk reasonably with the purported debtors and hear them out, if they disputed the debt.

64. I constantly asked the managers, owners, principals and directors of ASHTON, PACIFIC AND STARK LAW to provide me with proof that the debts were legitimate debts and that PACIFIC, the so called client of STARK LAW legitimately bought the debt from legitimate source. The managers, owners, principals and directors of ASHTON, PACIFIC AND STARK LAW could not provide me with any proof but simply stated that the debtors are all liars and that I should be very aggressive with them and take control of the conversation. That, I should not let them ask questions but be aggressive and pressure them with the possibility of pursuing the two fraud charges against them if they did not make immediate payment.

## TYPES OF LOANS COLLECTED BY DEFENDANTS

### *Description of the Loans*

65. Stark Law, LLC acting on behalf of Pacific Capital Holding and Ashton Asset Management collects consumer payday loans. Initially, I was told that the majority of the loans were from online payday loans. When I started the work, I was told that all the loans were online payday loans.

66. Beginning mid February 2015, Ashton Asset Management and its wholly owned subsidiary, Pacific Capital Holding and their management, directors, principals and members entered into a scheme to form Stark Law LLC to be the face of their collection activities on online

payday loans. Purportedly, these consumer online payday loans were bought by Pacific Capital Holding from the original creditors.

67. Between late February 2015 and early March 2015, collection activities were made on thousands of consumers that defenders claimed took out online payday loans and defaulted on payments.

68. The purported loans bought by Pacific Capital Holding and owed by consumers ranged from $200 to $2,000. These loans were associated with interest rates ranging from 100% to 800% (APRs).

69. A significant amount of these loans were purported to have been made in 2011 and 2012 from several different lending organizations.

70. The statute of limitations on a significant number of these purported loans had expired.

71. The consumers associated with the purported loans are/were residents of several states within the country.

72. Defendants claimed that all the loans they were collecting originated online, loan contracts were executed and transmitted electronically and approved online even though some consumers swore that they never took out online payday loans.

## NO VALIDATION OF DEBT TO CONSUMERS

73. Stark Law and Pacific Capital Holding never provided validation of debt to the consumer-victims they were making collection attempts on or took money from even when the consumers insisted.

74. Stark Law and Pacific Capital Holding could not substantiate or validate any debt purported to be owed. When a consumer-victim asked for validation, Stark Law first stated that the consumer had already received validation of debt from the original creditor when the consumer defaulted. Stark

Law or Pacific refused to send validation of debt because they did not have any validation documents.

75. Stark Law issued a demand for payment instead of validation of debt when requested by consumers.

76. Stark Law took money in the name of Pacific Capital Holding from consumer-victims through their debt cards. credit cards and pre-paid debt cards.

77. Vulnerable consumers who were afraid of law suit, got scared because ASHTON ASSET MANANGEMENT, PACIFIC CAPITAL HOLDING AND STARK LAW through HIRSH MOHINDRA, GAURAV MOHINDRA, and PREETESH PATEL used their employees to threaten consumers with law suit and fraud charges if they did not make instant payment on the full amount of the purported debt. These victims agreed and made payment on the purported debt even though they vehemently objected and stated they never took out any such loans or had made full payments on any similar loans taken.

78. Vulnerable consumers became even more concerned when they realized that there was a law firm involved in their case. When they spoke with the attorneys of STARK LAW, the attorneys substantiated the claim that the consumers owed the debt. Because of the attorneys' direct involvement in the collection and demand for immediate payment, the vulnerable consumers became even more scared when the attorneys reminded them that STARK LAW was ready to escalate the matter in litigation and seek to pursue the two fraud charges. The attorneys were simply doing their jobs but the impact was very powerful on consumers.

79. The vulnerable victims did not know that STARK LAW was one and the same as ASHTON ASSET MANAGEMENT AND PACIFIC CAPITAL HOLDING. The vulnerable individuals did not know that STARK LAW had never filed a law suit or intended on filing any law suit against any purported debtor.

80. The vulnerable consumers did not know that if they did not pay the purported debt, STARK LAW and its supposed client, PACIFIC, had no rights, legal basis or intentions of filing any claim against them because there was no validation of debt in existence on the purported debt.

## SUBSTANTIAL INJURY CAUSED BY DEFENDANTS' COLLECTION ACTIVITIES OF ONLINE PAYDAY LOANS CONSUMERS DID NOT OWE

81. Consumers in various states who made payments to PACIFIC CAPITAL HOLDING as a result of STARK LAW's collection activities suffered and continue to suffer substantial financial harm as a result of Defendants' purchase, collection or sale of those loans.

82. Defendants coerced vulnerable consumers into either making a one-time payment, or a structured settlement through a debit card, credit card or prepaid debit card to pay obligations that most of the consumers never actually owed, that under state and federal laws were void or that consumers had no obligation to pay in whole or part.

83. Defendants, thus, took money from consumers, many of whom were struggling financially, that the consumers did not owe. These consumers suffered significant financial harm as a result.

84. These consumers, though acting reasonably, could not have avoided financial injury because they were unlikely to know or understand that Defendants' sophisticated scheme in forming a phony law firm to advance its alleged illegal collection practices violated state and federal laws. If consumers had known or understood that they were not legally obligated to pay all or part of the loans, many consumers likely would not have authorized Defendants to process debits for the full loan balances, which may or may not have included substantial interest and fees, or succumbed to Defendants' demands for full payment without validation of debt when demanded.

85. The substantial financial injury caused by Defendants' taking money that they were not legally entitled to collect, or that consumers were and are not obligated to pay, is not outweighed by any benefit to consumers.

## COUNT TWO

### *Unfairness Related to Collecting Loan Payments that Consumers Did Not Owe*

86. I reallege and incorporate by reference paragraphs 1-85 of this Complaint.

87. CFPA prohibits "unfair" acts or practices. An act or practice is unfair if that act causes or is likely to cause consumers substantial injury, which is not reasonably avoidable and is not outweighed by countervailing benefits to consumers or to competition.

88. Defendants have caused and are likely to continue to cause substantial injury which is not reasonably avoidable and is not outweighed by countervailing benefits to consumers or to competition by extracting payments for, and collecting on online payday loans in a manner that both federal and state laws render void or limit the consumer's obligation to repay.

89. Therefore, Defendants have engaged in "unfair" acts or practices that violate of the CFPA.

## COUNT THREE

### *Deception Related to Collecting Online Payday Loan Payments that Consumers Did Not Owe*

90. I reallege and incorporate by reference paragraphs 1-89 of this Complaint.

91. The CFPA prohibits "deceptive" acts or practices.

92. By telling consumers that they have attempted to defraud a financial institution and passing bad check when they know the consumers had done neither one of the two claims, by threatening to file a law suit when in fact there is and was no factual or legal basis, by threatening criminal prosecution when they know loan obligations are civil matters, and sending demand letter restating the same terms as spoken on the phone when they know some of the consumers will not know the difference between the requested validation letter and a demand letter sent purporting to be a validation letter, by telling clients that STARK LAW firm has been retained by PACIFIC CAPITAL HOLDING to collect on a defaulted debt it bought when, in fact, STARK LAW is just a phony law firm created by the owners of ASHTON ASSET MANAGEMENT AND PACIFIC CAPITAL HOLDING to give an appearance of legitimacy and authority to its collection activities, coercing debit and credit card information to take payments from consumers. and demanding payments from consumers over the phone and through demand letters. Defendants have represented, expressly or impliedly, that the entire loan balance was owed to them. that they were legally authorized to collect the associated payments, and that consumers were legally obligated to pay the full amount collected or demanded.

93. Defendants failed to disclose that STARK LAW FIRM was a debt collection company, that some of the loans had run its statute of limitations, or not subject to law suit for repayment under the applicable laws of the subject States and Federal laws, and that they did not have any validation of debt on file to give consumers instead of deceiving them that the consumers had already received validation of debt when they purportedly defaulted on the loan obligations. Those facts would have been material to consumers in the various states in deciding whether to pay those portions of the

loans that Defendants had no legal right to sue for collection or that the consumers had no

obligation to pay.

94. Defendants' misrepresentations and failure to disclose material information constitute "deceptive"

acts or practices that violate the CFPA.

## DEMAND FOR RELIEF

Wherefore, I believe the bureau can conduct an immediate investigation, and seek an

injunctive relief to minimize the harm that is being done to innocent and vulnerable individuals. I

believe I have explained the alleged criminal enterprise to the best of my abilities and the

information should help law enforcement in conducting immediate investigation. STARK LAW,

PACIFIC CAPITAL HOLDING. ASHTON ASSET MANAGEMENT and their owners,

managers, associates and principals and directors continue to change their scheme to make it

difficult for law enforcement or regulatory bodies to evaluate. At the barest minimum, I ask that

you take this whistleblower complaint seriously and conduct a swift investigation into how the

company buys, collects and sells their debt accounts. Securities laws should provide some basis

upon which to evaluate how the company buys and sells these financial instruments and acquire

consumer data.

1.   Bring a case to the court and seek  to permanently enjoin Defendants from committing

future violations of the CFPA. Federal Securities laws, Federal consumer financial laws, and the

FDCPA;

2.   Investigate, file suit and seek an award for damages and other monetary relief against

Defendants if violations and criminal enterprise are found to exist;

3.      Investigate, file suit, and seek an award for restitution against Defendants in the amount

of all interest, fees, and principal collected from consumers under consumer-installment loans to

the extent that they were fraudulent, void, uncollectible, or not subject to a repayment obligation

under state law;

4.      Seek an order of disgorgement of ill-gotten gains against Defendants;

5.      Seek an award for civil money penalties against Defendants;


Respectfully submitted,

/ John Doe/

John Doe, *Whistleblower Complainant*

**PREMPEH ATT. I**
**Page 27 of 27**

# PX    7

## DECLARATION OF PAULINE KUSSART
### PURSUANT TO 28 U.S.C. § 1746

I, Pauline Kussart hereby declare as follows:

1.      My name is Pauline Kussart, and I am a United States citizen who is over the age of eighteen.  I am the owner and president of The Stark Collection Agency, Inc., (herein "the Stark Agency"), a licensed debt collection agency located in Madison, Wisconsin. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

### The Stark Collection Agency

2.      The Stark Agency is a full-service accounts receivable solutions firm headquartered at 6425 Odana Road, Suite 22, Madison, Wisconsin 53719 with a mailing address of P.O. Box 45710, Madison, Wisconsin 53744-5710.  The Stark Agency was founded in 1948 as a debt collection business and has been in operation as such, under various owners, since that time.

3.      I purchased the Stark Agency in February of 1998. Since that time, I have served as owner and president of the company. As owner and president of the Stark Agency, I manage the daily operations of the business.

4.      The Stark Agency is comprised of 27 employees. The Stark Agency is a third party debt collector that collects past due receivables for its clients. The Stark Agency does not purchase debt from original creditors, rather its creditor clients maintain ownership of the accounts receivable.

5.      The Stark Agency services accounts for a variety of clients, but primarily our clients are from the telecommunications, government, and financial sectors.

1

6.    The Stark Agency is a licensed debt collector in the following states: Wisconsin, Minnesota, Tennessee, North Carolina, Arkansas, Colorado, Idaho, Illinois, Indiana, Iowa, Utah, Washington, and West Virginia. The Stark Agency is also licensed as a debt collector in Chicago, Illinois.

7.    The Stark Agency attempts to collect debts, on behalf of its clients, in which the debtor is located in the states where it is licensed, as well as states that do not require debt collection licensure. The Stark Agency is not licensed in Massachusetts, Connecticut, Maryland, Delaware, North Dakota, Arizona, Nevada, Hawaii, Washington, D.C., New York City, NY, and Buffalo, NY, locations that require licensure; therefore the Stark Agency does not do business in these locations.

8.    When the Stark Agency receives a new account from a client, we generally wait three days before pursuing collection. After three days, we send an initial notice of the debt to the debtor on the account. This notice advises the debtor of the existence of the debt, amount of the debt owed, creditor's name, date of the delinquency, the debtor's rights under state and federal collection law, and includes how to contact the Stark Agency to arrange payment.

9.    After the initial notice is sent to the debtor, we wait between 1-3 weeks, depending on the client, to contact the debtor via telephone. We are given telephone numbers from our clients, numbers believed to belong to the debtor. At the Stark Agency, when we attempt to call the number provided by the client, our callers verify that the person being called is actually the debtor on the account. At the Stark Agency, we do not purposely contact family members without express permission to do so from the debtor.

10.    The Stark Agency may, if the situation calls for it, contact a debtor's employer if employment needs to be verified, if it is necessary to set up a wage garnishment, or if the debtor

2

requests that we call him or her at work. The Stark Agency does not contact employers in an effort to entice or coerce a payment from a debtor.

11.　　At the Stark Agency we have a zero tolerance policy concerning threats and harassing or disrespectful language directed at debtors. Before making any collection calls, our employees are trained on how to make collection calls and are specifically instructed not to harass or threaten debtors. Nate Kalnins, the Stark Agency Collection Manager, and Jack Femyer, the Stark Agency Retail Services Manager, sit in the middle of the collection floor and monitor the callers to verify that callers are speaking to debtors appropriately.

12.　　In fact, every new hire at the Stark Agency is required to sign the Stark Agency Collector's Pledge, by which an employee pledges to treat every person with dignity and respect, to be professional and ethical, and recognizes a responsibility to help consumers find ways to pay their debts. (*See* The Stark Agency Collector's Pledge, attached hereto as Exhibit A.)

13.　　If the need arises and after doing our due diligence to collect a debt through lesser means, we may, upon a client's approval, determine an account is lawsuit worthy. If a client decides to pursue legal action on an account, we refer the account to outside counsel. The Stark Agency does not participate in the litigation, but we may become involved again if the client requests that we attempt to collect on a judgment.

14.　　The Stark Agency is an active member of the following trade associations: Wisconsin Collectors Association, American Collectors Association International (herein "ACA International"), Better Business Bureau, Financial Crimes Investigators Group. The Stark Agency is also an associate member of the Wisconsin Credit Union League, The Wisconsin Grocers Association, and the Midwest Hardware Association.

15.     The Stark Agency is a respected member of the business community and has been a Better Business Bureau Accredited Business since May 3, 2007. The Stark Agency also received the Wisconsin Better Business Bureau 2012 Torch Award for ethical business practices.

16.     The Stark Agency's mission statement is "Delivering successful collection results through partnerships built on respect and integrity" and we promote our corporate values of: respect, flexibility, ethical behavior, integrity, trustworthiness, innovation, accountability, and consistency. (*See* the Stark Agency Mission Statement, attached hereto as Exhibit B.)

## Consumer Complaints Regarding Stark Recovery

17.     On or around July 23, 2015, a consumer called the Stark Agency claiming that our business had called her attempting to collect on a payday loan debt. This first caller spoke to Collections Manager Nate Kalnins. The consumer asserted that a company calling itself "Stark Recovery" had called her demanding payment of a past due payday loan and if she did not pay, Stark Recovery would file a lawsuit against her.

18.     The consumer mistakenly believed that the Stark Agency was the entity, Stark Recovery, that was contacting her. The consumer stated that she did not have a past due payday loan, Stark Recovery would not provide proof of the debt, and she felt harassed and bullied by Stark Recovery.

19.     After this first call, we continued to receive complaints from consumers claiming that Stark Recovery was making harassing collection phone calls. Many of the consumers said that they searched for Stark Recovery on the internet and found the Stark Agency website and assumed we were the entity contacting them.

20.     Many consumers stated that immediately after the Stark Recovery call, they pressed "*69" in order to call back the most recent caller, which transferred them to the Stark

4

Agency phone number. Other callers, still, stated that Stark Recovery represented the Stark Agency phone number, address, and website as its own.

21. At the Stark Agency, we were receiving so many complaints from consumers, all complaining of the same conduct by Stark Recovery, that three employees, Nate Kalnins, Jack Femyer, and myself, were assigned to field the incoming complaints.

22. The consumers who called regarding Stark Recovery largely all complained about the same conduct. Stark Recovery purportedly also represented itself as Stark Legal Department, Stark Legal, and Stark Law. Consumers advised us that Stark Recovery claimed the consumers owed payday or other loans mostly taken out in 2011, 2012, and 2013. Stark Recovery generally told the consumers that they owed around $600 but that if they did not pay immediately, Stark Recovery would sue them and the deficiency amount would increase greatly, to over $2,000.00.

23. Most of the consumers stated that Stark Recovery called the consumers' friends, family, ex-spouses, and employers multiple times before trying to call the actual consumer. Some callers stated that Stark Recovery threatened to arrest them if they failed to pay, threatened to wait outside their place of employment to serve them papers, or to continue to call their friends, families, or employers.

24. Consumers asserted that when they asked Stark Recovery to provide proof of the debt, Stark Recovery refused. Consumers asserted that Stark Recovery refused to answer questions about the alleged debt and would harass the consumer, or hang up, if the consumer asked too many questions.

25. Some consumers believe that Stark Recovery is located in Bakersfield, California while others believe Stark Recovery is located somewhere in Illinois. Some consumers, as stated

5

above, said Stark Recovery claimed to be located at the Stark Agency's Madison, Wisconsin address.

26. Stark Recovery represented to these consumers that it was collecting past due debts for various creditors. The consumers claimed that they were not aware of the creditors to whom Stark Recovery claimed the consumers owed money. Most consumers also claimed that they had never taken out a payday loan, or, if they had accepted a payday loan, they had since paid off the balance.

27. Nate Kalnins, Jack Femyer and I attempted to log as many of the Stark Recovery consumer calls as possible. Due to the sheer volume of calls, we were not able to log every complaint against Stark Recovery that we received. (*See* the Stark Agency Consumer Complaint Log, attached hereto as Exhibit C.)[1] We did, however, log over 400 consumer calls against Stark Recovery from July 23, 2015 to January 20, 2016.

28. We received complaints against Stark Recovery from consumers all across the country, from, for instance: Connecticut, Colorado, Iowa, Oklahoma, Ohio, Wisconsin, New York, North Carolina, Indiana, Georgia, Pennsylvania, Maryland, Florida, Virginia, South Carolina, Missouri, Massachusetts, Texas, California, Nevada, New Jersey, Kansas, Alabama, Oregon, Louisiana, Tennessee, and Montana. (*See* Exhibit C).

29. Consumers stated that when Stark Recovery called, the number that appeared on the caller id appeared as the Stark Agency's phone number or as an 844 or 866 area code phone number. As is evident from the call log, consumers stated that Stark Recovery used dozens of different phone numbers when calling consumers. (*See* Exhibit C.)

---

[1] Stark Agency's Consumer Complaint Log has been modified to remove personally identifiable information.

6

30.     Some of the consumers stated that they agreed to pay Stark Recovery out of fear of being sued or arrested. Some of these consumers paid Stark Recovery the settlement amount of $600.00 or more and others agreed to payment plans with Stark Recovery. At least one consumer claimed that Stark Recovery withdrew more money from her bank account than was agreed to per a payment plan.

31.     Some consumers sent the Stark Agency Cease and Desist Letters and other written communications believing that we were the collection agency calling them purporting to be Stark Recovery. For example:

   a. The Stark Agency received an email from Diana ▉▉ on July 23, 2015 in which Ms. ▉▉ complains of the collection calls she has received concerning an alleged debt from the Titan Group. Ms ▉▉ states that she has proof that she never received a payday loan for $300 in 2014. Ms. ▉▉ states that she is "tired and fed up with these types of calls and there has been no proof submitted" for the alleged debt. (*See* Diana ▉▉'s email, attached hereto as Exhibit D).

   b. The Stark Agency received a Cease and Desist email from Robert ▉▉ on October 20, 2015. Mr. ▉▉ demanded that all phone communications concerning "Stark Recovery Account # 4▉▉" cease, including contacting him at work. (*See* Robert ▉▉'s email, attached hereto as Exhibit E).

   c. The Stark Agency received an email from Tracy ▉▉ on October 27, 2015 in which Ms. ▉▉ asks "the agency" to stop calling her or provide proof of the alleged debt. Ms. Threeton states that she returned the call placed from the 1-866-209-8167, only to speak to a disrespectful clerk. Ms. ▉▉ asks that

the harassing phone calls to her and her relatives cease. (*See* Tracy ████'s email, attached hereto as Exhibit F.)

d. The Stark Agency received a Cease and Desist email from Sally ████ on November 6, 2015 in which Ms. ████ stated that she has asked the "agency" to stop calling her at least six times. Ms. ████ states that she does not owe a debt, that the claim is the responsibility of her adult daughter, that she already provided her daughter's contact information, but that she is still being harassed by the agency regarding this debt. (*See* Sally ████'s email, attached hereto as Exhibit G).

e. The Stark Agency received an email on December 1, 2015 from Julee S. who stated that she was getting calls from the "Stark Legal Department," who threatened legal action against her if she did not make a payment. She was told that she owed a debt from 2011 of $115.00 that had increased to $2,900.00. She said the caller had her social security number, email address, and current home address. (*See* Julie's email, attached hereto as Exhibit H).

f. The Stark Agency received a Cease and Desist email on January 5, 2016 from Kristen ████, in which Ms. ████ demanded that the "Stark Collection Agency" stop calling her, her employer, and her family. Ms. ████ stated that she was reporting the "866-281-6831" phone number to the FTC and BBB. (*See* Kristen ████ email, attached hereto as Exhibit I).

32. The Stark Agency has consistently received consumer complaints against Stark Recovery since July 23, 2015. On several days in December of 2015, the volume of consumer calls against Stark Recovery was so great that every Stark Agency employee, 27 employees, had

8

to field calls from consumers. Consumers also left voicemails for the Stark Agency regarding Stark Recovery, but we were unable to return everyone's phone calls due to the sheer number of complaints against Stark Recovery.

## Harm Caused to the Stark Agency by Stark Recovery

33.     Stark Recovery's purported fraudulent debt collection tactics have negatively affected the Stark Agency's day-to-day business, its employees' well-being, and its reputation in the industry.

34.     The Stark Agency has had to invest a great deal of its human resource time in managing these calls. Nate Kalnins, Jack Femyer, and I, all three of us serving in upper-level management roles, have had to devote a great deal of our time addressing consumer complaints, time that should have been spent on the legitimate business of the Stark Agency.

35.     When consumers call the Stark Agency to complain about Stark Recovery, the phone calls generally last 15 to 20 minutes in length. We spend time listening to the complaints and offering our explanation of the confusion between our company and Stark Recovery because we are the type of agency that believes in helping these victims. Additionally, each call received takes clerical staff away from their duties because the clerical staff would have to answer the call, assess the substance of the call, and transfer the call to me, Nate, or Jack.

36.     Not only did the Stark Agency receive complaints directly from consumers, but many government agencies directed consumer complaints to our attention and asked us to answer for Stark Recovery's practices. The Stark Agency received complaints from the Better Business Bureau of Wisconsin, California Attorney General, Missouri Attorney General, Ohio Attorney General, Massachusetts Attorney General, and the Consumer Financial Protection

Bureau. (*See* the various regulatory agency complaints, attached hereto as Group Exhibit J). The Stark Agency spent time and resources in responding to these complaints.

37.     The Stark Agency expended additional resources in employing an attorney, Christopher Smith, in writing responses to consumers and regulators. Mr. Smith provided legal advice on dealing with this situation and also helped draft a warning to appear on the Stark Agency website. (*See* the Stark Agency website warning, attached hereto as Exhibit K). The FBI suggested that we also provide links on our website to various agencies where consumers could file complaints against Stark Recovery.

38.     Because of Stark Recovery's debt collection tactics, and its misappropriation of the Stark Agency's name and location, the Stark Agency's image has been tarnished. Consumers tell us that after being harassed by Stark Recovery, they perform an internet search on Google and the Stark Agency appears. Being the first business associated with Stark Recovery when someone performs a Google search suggests that the Stark Agency is somehow related to the Stark Recovery scam. This association tarnishes the Stark Agency's image.

39.     In an effort to distance ourselves from Stark Recovery and to ameliorate the damage done to the Stark Agency image, the Stark Agency reached out to various trade groups to inform the industry of the ongoing scam. Nate Kalnins reached out to the ACA International, a debt collection trade association, and our attorney drafted an alert to be sent with the ACA International daily notifications. We reached out to this trade group in an effort to warn consumers and to preserve our own credibility as a legitimate business. ACA International also wrote an article for its website on October 1, 2015 entitled, "Fraudulent Debt Collection Company's Scam Reaches Stark Collection Agency," which details the Stark Agency's difficulty

with Stark Recovery claims. (*See* ACA International Oct. 1, 2015 article, attached hereto as Exhibit L).

40.     I also notified all of our Stark Agency clients, through our newsletter and emails, of the fact that a fraudulent debt collection company was using a similar name and that consumers mistakenly believed the Stark Agency was associated with Stark Recovery. (*See* the Stark Agency September, 2015 Newsletter, attached hereto as Exhibit M).

41.     I filed complaints, on behalf of the Stark Agency, with the Wisconsin Department of Consumer Protection, the Federal Trade Commission, the FBI, and various state attorneys general to complain of Stark Recovery's misrepresentations.

42.     The Stark Agency attorney, Christopher Smith, tried contacting Stark Recovery using the number 1-844-514-5278, which was provided by a consumer. The person who answered the phone said that Mr. Smith had reached the legal department of Stark Recovery. The Stark Recovery employee stated that she could not answer any of Mr. Smith's questions, would not give her name or Stark Recovery's telephone number, and that Stark Recovery was located in Bakersfield, California. Mr. Smith asked if Stark Recovery is a collection agency and the Stark Recovery employee would only state that Mr. Smith had reached the legal department.

43.     In January of 2016, the Stark Agency received a notice from the Illinois Department of Employment Security regarding an alleged former employee applying for unemployment insurance. The notice is addressed to "Stark Recovery" at P.O. Box. 45710, Madison, Wisconsin 53744, which is the Stark Agency's mailing address. The claimant in the notice purports to have worked in Wisconsin, but the claimant has never been an employee of the Stark Agency. Based on the confusion between my legitimate business and the Stark Recovery scam, I believe that this claimant is a former employee of Stark Recovery.

11

44.     The Stark Agency still receives consumer complaints against Stark Recovery daily.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ___2/3/16___, 2016.

PAULINE KUSSART

# EXHIBIT A



# COLLECTOR'S PLEDGE

✓ I believe every person has worth as an individual.

✓ I believe every person should be treated with dignity and respect.

✓ I will make it my responsibility to help consumers find ways to pay their debts.

✓ I will be professional and ethical.

✓ I will commit to honoring this pledge.

© 2008 ACA International Education Foundation

Signature



**INTERNATIONAL**

The Association of Credit
and Collection Professionals

*Member*

**EXHIBIT A**

# EXHIBIT B

The fine art
of successful
collections.

## Mission Statement

*Delivering successful collection results through partnerships built on respect and integrity*

## Corporate Values

In all of our relationships we will demonstrate our commitment to our corporate values:

**RESPECT** - Our approach to collections is based on respect for our clients and their customers. We understand that as their debt collection partner, our actions are a reflection of them. The results we deliver to our clients demonstrate our skill in the fine art of successful collections: obtaining the highest recovery rate possible while treating our clients' customers with the respect and integrity needed to maintain their reputation. As a result, we hold ourselves to the highest professional standards by always communicating with our clients, their customers and our peers with respect and integrity. We honor diversity, individuality and personal and professional differences both in our office and in the community.

**FLEXIBILITY** – We are committed to meeting and responding to our clients' needs regardless of the size or degree of specialization required. We will be leaders in our industry by being proactive and always willing to go the extra mile to maximize client satisfaction. We pride ourselves on meeting our clients' requests, whether they are urgent, routine, last minute or at the end of the business day. We will work collaboratively with each other and our clients to achieve our common goals. Our commitment to client accessibility enables us to provide the highest level of service and satisfaction possible.

**ETHICAL BEHAVIOR** – We always do what is morally right. We take our responsibility to our clients very seriously. We will never do anything that will violate our industry regulations or compromise our clients' ethics or reputation or that of our business.

**INTEGRITY** – We will always adhere to the highest moral and ethical principles in every situation and business decision. Honesty drives our work and communication with clients and their customers.

www.hestark.com

H.E. Stark Agency, Inc. 6425 Odana Rd. Madison, WI 53719 877-274-7764

# EXHIBIT B

**Kussart Att. B**

**Page 1 of 2**

**TRUSTWORTHINESS** – We are dependable and reliable, and we work to maintain our clients' highest level of confidence. Our word is our bond. When we make a promise to a client or one of their customers, we will always follow through according to our strict standards of operation. We will act with professionalism and treat all concerns as if they were our own.

**INNOVATION** – We are proud of our innovative spirit. Through our proactive approach to client service, we work to anticipate our clients' needs before they recognize that need. We also stay abreast of technological advances and, therefore, work with the most up-to-date technology available.

**ACCOUNTABILITY** – We hold ourselves accountable for our actions, work and communication with clients and their customers. We also hold ourselves accountable for the security of the data with which our clients entrust us. We will at all times adhere to our strict internal privacy policy which dictates how we manage all confidential information and data. We will create a workplace characterized by open, honest communication, fostering responsibility in all we do.

**CONSISTENCY** – We have been providing successful debt collection results to clients since 1948. Experience, longevity and industry excellence are our hallmarks. We are dedicated to continuous improvement through ongoing industry education and self regulation. Our comprehensive training program and on-going coaching atmosphere are guiding forces behind our high level of service. This gives us a consistency in our work and allows us to educate and guide both clients and their customers.

**Kussart Att. B**
**Page 2 of 2**

# EXHIBIT C

EXHIBIT C

| Victim Name | Date | Victim State | Victim phone number | Victim Email | SR #(s) | Did victim pay SR? | Unique Coversation Details | SR # Log |
|---|---|---|---|---|---|---|---|---|
| Jessica | 27-Jul | CT | | | 844-514-5278 | Yes | 1st caller to alert us to SR scam | 844-514-5278 |
| Diane | 23-Jul | | | | | No | | 844-228-1577 |
| Barbara | 29-Jul | CO | | | 844-227-3661 | | | 844-227-3661 |
| Jill | 29-Jul | IA | | | | | | 844-522-7880 |
| Leshan | 29-Jul | OK | | | | | | 844-618-6194 |
| Michael | 29-Jul | OH | | | 844-228-1577 | | | 844-691-9044 |
| Jeremy | 30-Jul | WI | | | 844-258-1577 | | | 844-488-3551 |
| Donald Gladstein | 31-Jul | NY | | | 844-522-5278 | Yes | He paid SR. His bank showed the phone number 844-522-7880 linked to the debit. | 844-610-9892 |
| Jacquie | 3-Aug | NC | | | 844-469-4609 | No | usual SR MO | 844-823-6212 |
| Jonathan | 3-Aug | IN | | | 844-469-4609 | No | usual SR MO | 844-234-8027 |
| Craig | 3-Aug | GA | | | 844-469-4609 | | | 844-469-4609 |
| Christian | 5-Aug | PA | | | 844-618-6194 | | | 844-323-5367 |
| Andrew | 5-Aug | PA | | | 844-618-6194 | | | 844-703-4113 |
| Steven | 5-Aug | PA | | | 844-618-6194 | | usual SR MO | 844-826-7551 |
| Michell | 5-Aug | OH | | | 844-469-4609 | | | 844-852-6324 |
| Jode | 6-Aug | IN | | | | Yes | victim set up recurring payments with SR | 844-240-0729 |
| Brian | 7-Aug | MD | | | 844-503-4096, 844-618-6194 | | usual SR MO | 844-235-7861 |
| Shirley | 11-Aug | FL | | | 844-618-6194 | No | usual SR MO | 844-240-8183 |
| Patrick | 11-Aug | | | | | | | 844-250-8715 |
| Jenny | 11-Aug | CT | | | | | filed BBB complaint against Stark Collection Agency | 844-236-6552 |
| Vicky | 12-Aug | VA | | | 844-488-3551 | | usual SR MO | 844-2157133 |
| Travis | 12-Aug | | | | 844-488-3551 | | usual SR MO | 844-2794732 |
| Amanda | 12-Aug | | | | | ? | | |
| Rebecca | 13-Aug | IN | | | 844-488-3551 | Yes | SR emailed her an E-Sign authorization form. She did authorize payment from a checking account | 844-370-0308 |
| Brittany | 13-Aug | IN | | | 844-691-9044 | Yes | SR emailed her an E-Sign authorization form | 844-336-2472 |
| Angela | 13-Aug | SC | | | 844-691-9044 | | usual SR MO | 844-236-6356 |
| Jill | 13-Aug | OH | | | 844-691-9044, 844-488-3551 | No | usual SR MO | 866-207-0845 |
| Jill | 13-Aug | | | | | ? | usual SR MO | 866-208-9774 |
| Ruthie | 13-Aug | | | | | ? | usual SR MO | 866-208-7584 |
| Kim | 18-Aug | MO | | | | | | 866-209-8167 |
| Jane | 18-Aug | MA | | | 844-610-9892 | | victim to send copy of check draft created by SR through her bank, SR may bank in IL | 866-292-7207 |
| Carl | 18-Aug | NY | | | 844-610-9892 | Yes | usual SR MO | 866-324-0388 |
| Edward | 18-Aug | PA | | | 844-610-9892 | No | usual SR MO | 866-646-8153 |
| Terry | 18-Aug | NC | | | 844-610-9892 | No | usual SR MO | 866-716-4494 |
| Paul | 18-Aug | MO | | | 844-610-9892 | No | usual SR MO | 866-505-7332 |
| Ryan | 18-Aug | | | | 844-610-9892 | no | usual SR MO | 866-324-8153 |
| Kristi | 18-Aug | TX | | | 844-610-9892 | No | usual SR MO | 866-932-6770 |
| Marisol | 18-Aug | CA | | | 844-691-9044 | No | usual SR MO | 866-716-1553 |
| Dee | 18-Aug | MO | | | 844-610-9892 | NO | usual SR MO | 844-235-7861 |
| Arin | 19-Aug | PA | | | 844-610-9892 | No | usual SR MO | 866-690-6793 |

| Name | Date | State | Phone | Y/N | Notes |
|---|---|---|---|---|---|
| Matthew | 19-Aug | OK | 844-823-6212 | No | he was victim of scam by another payday lender: http://www.consumerfinance.gov/newsroom/cfpb-sues-online-payday-lender-for-cash-grab-scam/  866-646-8153 |
| Gail | 20-Aug | OR | 844-823-6212 | No | usual SR MO |
| Barry | 20-Aug | TX | 844-823-6212 | | |
| Bailey | 2-Aug | PA | | | |
| Kim | 21-Aug | NC | 844-823-6212 | | usual SR MO |
| Robert | 21-Aug | NY | 844-823-6212 | | usual SR MO |
| Reyna | 24-Aug | TX | 844-234-8027 | No | usual SR MO |
| Sean | 24-Aug | NV | 844-823-6212, 844-234-8027 | | usual SR MO |
| | 24-Aug | OK | 844-234-8027 | NO | usual SR MO |
| Christopher | 25-Aug | PA | 844-823-6212 | YES | Usual SR MO. He set up a $79.16/mo debit from checking acct because he felt intimidated and did not want any court action against him. That night he began to question the legality of it and did research and found us. He will put a stop to the debit. He also declined to sign the E-sign authorization form. He emailed it to PK. SR said they were collecting on a defaulted loan thru SIM Marketing. He applied on line but never took the loan and never heard of SIM |
| Mallory | 25-Aug | MI | 844-234-8027 | NO | Usual SR MO |
| Yolanda | | NJ | | | filed BBB complaint against Stark Collection Agency |
| Jeffrey | | TX | | | filed BBB complaint against Stark Collection Agency |
| Andrea | 25-Aug | | 877-234-8027 | NO | she is a well-educated former attorney. She asked for SR's FEIN, they were unable to provide and hu |
| Theresa | 25-Aug | IA | 844-234-8027 | No | Was given a case number of 4█. Filed complaints. |
| Joyce | 26-Aug | MO | 844-234-8027 | No | usual SR MO |
| Rhonda | 26-Aug | | 844-323-5367 | No | usual SR MO. She was very rattled by the experience and did not feel comfortable sharing her phone number. |
| Joyce | 26-Aug | | | Yes | Did make a payment, was also charged an "international fee", will call back was on her lunch and couldn't talk long. Will also give her email to file complaints. Did take out payday loan. |

| Name | Date | State | Phone | | Notes |
|---|---|---|---|---|---|
| Karen | 26-Aug | WA | 844-234-8027 | No | Contacted her 81 year old dad, then her, all kinds of threats. They became angry when she said she filed a bankruptcy. They hung up on her. |
| Neal | 26-Aug | RI | 844-323-5367 | No | usual SR MO |
| Timothy | 26-Aug | TX | | No | usual SR MO |
| Changa | 26-Aug | MS | 844-323-5367 | No | usual SR MO. He was very concerned. He has multiple outstanding balances currently owed to payday lenders that he is behind on. Now he was worried that he could be taken to jail on those legitimate balances as well. |
| Byron | 27-Aug | MO | 844-323-5367,646-205-3834 | No | usual SR Mo. SR very rude. He did not verify anything. |
| Jeremy | 28-Aug | OR | 844-323-5367 | No | usual SR MO |
| Nicholas | 28-Aug | MO | 844-234-8027 | No | usual SR MO |
| Jennifer | 28-Aug | KY | | 844 No | Almost the usual, except husband was the one to apply for loan on-line but Jennifer, friends & family are getting calls. SR has even said "we are sitting outside of your office watching you." Jennifer filed a BBB complaint today on us, but PK called her immediately. She has since sent email to PK explaining she went to our websit and filed complaints using our links. She said the callers are extremely rude. They have been calling on and off for 2 years and the frequency and rudeness of the calls has picked up just lately. |
| shakara | 8/28/2015 | NC | 844-323-5367 | No | Spoke to an Evelyn Lopez, very threatening and demanding. They have upped th anty, now it is she owed $450, needs to pay $950 or will have to pay over $2,000 in court. She was also told it was a payday loan owed to Alpine Direct Services. |

| Name | Date | State | Phone | Yes/No | Notes | Details |
|---|---|---|---|---|---|---|
| michae | 8/28/2015 | IA | 844-323-5367 | No | Another similar call. The amount was $400, pay $700 today, or $2,000 in litigation fees. | First he was told it was Midland Financial. He received another call, this time, they told him it was Meridian C.U., and his name was Frank Kahn. It was the same person both times. The address he was given was 4900 California Ave, Tower B, 2nd floor, Bakersfield CA, 93309. Frank said he was the litigation specialist with SR. this Frank was the supervisor and no one was above him. |
| Ria | 28-Aug | MO | 844-323-5367 | No | She has been contacted by other scammers using similar tactics to SR for 2 years now. All have been armed with her personal and bank information. She will file complaints. | |
| Rachel | 28-Aug | LA | | No | SR has contacted her employer and many relatives in search of her. She can't take calls at work and is scared she will be punished at work and that she may lose her job. She has previously taken out payday loans, but none recently. | |
| Js | 28-Aug | ? | ? | ? | She filed a negative review on BBB today. We answered it and PK sent her an email. | |

| Name | Date | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|
| Michael | 28-Aug CA | | 844-323-5367 | No | He and his girlfriend were both called. They both work at a casino and are not allowed to have any sort of outstanding debt in collections. SR made threatening calls to them at work, and both are worried about their job safety. |
| Sarah | 31-Aug OH | | 844-703-4113 | No | usual SR MO |
| Valerie | 8/31/2015 MO | | 844-323-5367 | No | An Eric Boyce and McKenzie Ova, she was not sure of the spelling cld her. Payday loan $400, but can sif for $890. Or she can do a payment plan to pay off $2,890. |
| REFUSED | 31-Aug MO | | 844-703-4113 | NO | SEE NOTES ON C7427 |
| | | | 844-703-4113 | YES | Same SR MO. Authorized a debit card pmt this morning cuz she still has an outstanding loan. Was scared of legal action so authorized it. Had 2nd thoughts. Googled and found us. Told her to call her bank to stop pmt. |
| Courtney | 31-Aug TX | | 844-703-4113 | no | almost the usual MO, except te thinks his exwife applied for a loan online right after divorce and probably gave his info. He never applied for a loan on line. |
| Lance | 31-Aug MO | | 844-703-4113 | no | Said she had applied over 5 yrs ago for loan on line. Paid off months later. She got a call about 3 years ago from same sounding woman with the same demanding request. It took a long time for the harassing calls to stop and she is frustrated the calls are starting again. SR actually called her manager who gave the message. |
| Heather | 31-Aug PA | | 844-703-4113 | no | |
| Refused her name | 9/1/2015 AL | Refused | 844-703-4113 | No | Ulf called, cid name was Rolaina Harton, was called by SR yesterday. She will file the complaints. |

Kussart Att. C
Page 6 of 33

| Name | Date | | Phone | | Comments |
|---|---|---|---|---|---|
| Sterling | | 1-Sep | KS | 844-703-4113 | No | Usual SR MO. He will file complaints. He later called back and said that he found that the 4900 California address is a virtual office for rent through Regis. He called and spoke with a representative at Regis who said that they are aware of the scam. The rep told him the forwarding number they have for the SR scam is 844-564-1074. The rep said she could not provide the forwarding address to our victim, but that should could provide it to FBI if requested. She did say it was in IL. |
| andrew | | 9/1/2015 | WI | 844-703-4113 | No | His dad was called by Leslie Fox, female, was given case number 4[ ] |
| Nicole | | 1-Sep | CA | 844-703-4113 | No | Usual SR MO. She will file complaints. |
| Jacqueline | | 1-Sep | PA | 844-703-4113 | No | Usual SR MO. She will file complaints. She was very concerned that SR had her current bank account number. She will contact her bank to have her account frozen. She will also need to contact the SSDI administration and her former employer so that her pension and monthly SSDI checks can be sent to the new account. |

| Name | Date | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|
| Ryan | 1-Sep | | 844-703-4113 | No | SR called his wife and employer. They told his employer that they were looking for him in order to serve him papers. He is a PI that frequently works with collections agencies and agency attorneys. He has extensive knowledge of FDCPA and knew immediately this was a scam. His wife is also a detective. He called SR back multiple times, each time the call rang then hung up. He called back masking his number and used a pseudonym. Under pressure, the SR representative told him that the attorney she was 'working for' is Robert Czarnik. He attempted to look up Mr Czarnik. He is not registered with the CA bar, but is registered in IL. He will call back if he finds any new info. Ryan called back. He found that Mr Czarnik has an address listed on his BAR card as 4E Ogden #109, Westmont IL 60558. He also found a LinkedIn profile for him stating his the Lead Attorney for Stark. It could be that the scammers are using his ID or he may be somehow involved with this. |
| Leah | 1-Sep | TX | 844-703-4113 | No | Usual SR MO |
| Jerry | 9/1/2015 | MO | 844-703-4113 | Yes | he authorized 4 recurring payments beginning 9/4 with SR. He will contact his bank to make sure his account is frozen and the payments do not go through. He was also emailed an E-Sign form from SR. He will forward it to us. He will file complaints. |
| Amanda | 9/2/2015 | MO | 844-234-8027, 844-826-7551 | Yes | She was called a week ago Monday, did make 2 payments of $62.91 to them. She has since closed her check account. |
| Silver | 2-Sep | CA | 844-703-4113, 844-323-5367 | No | SR has been calling her frequently at work for the past week. She is worried that she will get in trouble if the calls don't stop. |

| Name | Date/State | Phone | Y/N | Notes |
|---|---|---|---|---|
| Sharicka | 2-Sep IN | | No | SR called her back in July. They claimed she had taken out a payday loan for $300 and that she had also agreed to repay $100 per paycheck to repay that loan. They sent her an E-Sign form 7/31. She mistook it as validation of the alleged debt, signed it and emailed it back. SR has since begun debited payments from her account. She emailed me the E-Sign form. She will contact her bank to freeze her account and file complaints. |
| Jacob | 2-Sep TN | 844-826-7551 | No | Usual SR MO. He will file complaints. |
| Stanley | 9/2/2015 CA | 844-826-7551 | No | SR called his step dad, who gave SR his ph, threatened him with jail unless he pays. They did put a spanish speaker on the ph. It was a payday loan, and that he wrote a bad check. |
| Darrell | 2-Sep DE | 844-826-7551 | Yes | SR called █'s Dad's ex mom-in-law! Was very rude and demanding to her. SR then called 22 yr old █ who they were looking for. He gave them his debit card and authorized a $25 "holding fee" so that they did not begin legal action until he had time to call them back tomorrow (Thursday). He then told his dad Darrell who thought it was a scam. Same SR MO. The SR caller said she was with Litigation Specialists at first then said Stark Recovery. |
| Reynardo | 2-Sep MD | 844-227-3661 | Yes | Usual SR MO. He set up recurring payments of $98 out of fear he would be sued if he did not. One payment has already gone through. His bank statement states the $ went to 'Stark' and that the name of the receiving bank may have been American Midwest Bank. There were 2 numbers associated with the debit: █ and █ He was unsure of their meaning. He will contact bank to stop the payments and file complaints. |

| Name | Date | State | | Phone | Y/N | Notes |
|---|---|---|---|---|---|---|
| Bridget | 2-Sep | MA | | 844-703-4113 | No | Usual SR MO. She will file complaints. |
| Jeremiah | 2-Sep | WI | | 844-703-4113 | No | Usual SR MO. He will file complaints immediately. |
| Leslie | 9/3/2015 | UT | | 844-703-4113 | No | Threats of suit without a payment, the account was from Paragon funding, gave case #. Gave name as Taylor Scott |
| Reynardo | 9/3/2015 | MD | | | | Called back. SR created a check from d check acct. He has a copy of it for the FBI. |
| Kristi-Lyn | 3-Sep | TN | | 844-826-7551 | No | usual SR MO. She applied for loan on-line over 8 years ago under her maiden name of ▮▮▮. They had both maiden and married name. They tried this scam on her several years ago and now again. |
| refused | 9/4/2015 | refused | refused | 844-826-7551 | No | Was told she had an unpaid loan with Manhatten Processing, she talked to a London |
| Craig | 9/4/2015 | TX | | 844-826-7551 | No | He talked with a Natalie Job, another uim cld him an f'in idiot. He was also told that this guy will come right to his house. |
| carol | 4-Sep | TX | | 844-826-7551 | no | same SR MO. She filed complaints |
| Tiffany | 9/4/2015 | MD | Refused | 844-826-7551 | No | A Christine Morris cld her first, she cb, tt uim who refused his name, also tt a Michelle Ova, all kins of threats |
| Jacquelyn | 9/4/2015 | TN | Refused | 844-826-7551 | No | Same type of SR Call |
| Ricardo | 9/8/2015 | CA | | 844-826-7551 | No | SR called his employer, was told to call Marsha Diaz, pay $800 or else owes $2,800, aid he owed it to Campus Capital LLC, casse number |
| Rebecca | 9/8/2015 | ND | | 844-852-6324 | No | Usual SR MO |
| Suzanne | 9/9/2015 | KY | | 844-852-6324, ext 417 | No | Suzanne was called, told to pay $500 or would go to court, then jail for $2,500 |
| Faith | 9/9/2015 | PA | | 844-852-6324 | Yes | Usual SR MO. She panicked and gave SR her card information. She then immediately called her bank to cancel that card and have a new one reissued. She will file complaints. |
| Amanda | 9-Sep | TX | | 844-852-6324 | No | usual sr mo. |

| Name | Date | Status | Phone | Y/N | Notes |
|---|---|---|---|---|---|
| Melissa | 9/9/2015 MO | | 844-852-6324 | No | SR called an ex in law, gave a case number of [ ] d been divorced since 2001, was for a loan from 2007 |
| Travis | 9-Sep ? | | | | He called and left a message for PK. PK called back and LM |
| Cathy | 9/11/2015 CA | | 844-826-7551 | No | Savannah Brown did her from SR, gave her a case number of [ ] refused |
| chaise | 11-Sep ? | refused | 844-218-8386 | | refused |
| ? | 14-Sep | | | | we had a very bad connection. I heard her say that SR threatened to come to her job and have her arrested.then call dropped. |
| Sara | 14-Sep OK | | 844-235-7861 | no | Same MO |
| Heather refused last nan | 9/14/2015 refused | refused | 844-235-7861 | No | Called themselves the SR Litigation, gal her last name as Ortega, gave case case #[ ] |
| Sharon | 14-Sep MO | | 844-235-7861 | no | Same MO |
| | 9/15/2015 CA | | 844-826-7551 | No | He has dealt with them before. They also called him back and said they were with the IRS, Level 3 Communications, he is a private detective, traced them to a compnay called CT Enterprises. Can't get any further without a court order. He as given the same Bakersfiled address in Ca. Has never had a payday loan. |
| Michelle | 9/15/2015 | | | | She called and left a message. I called back and left a detailed vm for her. |
| | 9/15/2015 | | | Yes | She called and left a message. SR called both her and her employer threatening suit. She had applied for payday loans in the past but never taken one out. She panicked and set up 14 recurring payments with SR. I called back and left detailed vm for her. |
| Laura | 9/16/2015 NM | Refused | 844-235-7861 | No | Savannah Brown called the d, gave case number [ ],was told he owed $690 or go to court for over $3,000 |
| C R | 9/16/2015 GA | | 844-240-0729 | No | usual SR MO. She will file complaints |
| Lavetta | | | | | |

| Name | Date/State | Phone | Y/N | Notes |
|---|---|---|---|---|
| Rebecca | 9/17/2015 MS | 844-240-0729 | No | Usual SR MO. She was skeptical of their claims and hung up on SR during the conversation. She quickly searched for them, saw our website and called. She will file complaints. |
| Tammy | 9/17/2015 NM | 844-240-0729 | No | Received a call from Gabriel White, same thing as others, case# ▇ when she called back, she then tt Phyliss Jackson |
| Alicia | 9/17/2015 CA | 844-240-0729 | No | Amanda Brown cld her, gave case number ▇, ext 422 |
| Brian | 17-Sep SC | 844-240-0729 | No | usual SR MO. Brian was very very upset and "has turned his world upside down" because of the threats. SR called his ex-wife's boyfriend asking for him |
| James | 17-Sep NH | 844-240-0729 | yes | same MO and the threat of court scared him so he authorized a $50 pmt from his bank acct which he will block. |
| lucy | 9/17/2015 MA | 844-240-0729 | No | Was called by a Nicole Trainer, given case number ▇, same threats of going to court if no pmt |
| dmitri | 17-Sep NC | 844-240-0729 | no | he is a police officer. Same SR MO |
| Vanessa | 9/17/2015 TX | 844-240-0729 | No | She was told Paragon Funding had her acct, gave an acct number of ▇ |
| Deirdre | 9/18/2015 AL | 844-240-0729 | No | Was told a pay day loan was taken out 2012, she filed banko, was given case number ▇ |
| Angela | 9/18/2015 TX | 844-240-0729 | No | Received call from SR law offices, payday loan, global group holdings out of las vegas |
| Angela | 18-Sep tn | 844-240-0729 | no | Usual SR MO. 1st day they threatened a lawsuit the 2nd day they called to say they have prepared the papers and will be serving them. Angela said it sounded like a very large call center. She said their was lots of chatter in the background. |

Kussart Att. C
Page 12 of 33

| Name | Date | State | Phone | Filed | Notes |
|---|---|---|---|---|---|
| Lance | 18-Sep | CA | 844-240-0729 | yes | usual sr mo. Lance was frightened enough by the threat of lawsuit that he authorized a payment on his pre-paid debit card. He got suspicious and called. He authorized the debit for the 21st as he had no money on that card today. He is going to closed that card with his bank and open up an new account. |
| Denise | 9/18/2015 | AL | 844-240-0729 | No | Usual SR Mo. She had already filed a complaint with her local BBB. Will file complaints using our links as well. |
| Traci | 9/18/2015 | AL | 844-240-0729 | No. | Usual SR MO. She will file complaints. |
| Ebon | 9/21/2015 | KY | 844-240-8183 | No | Usual SR MO. She will file complaints. |
| Matt | 9/21/2015 | OK | 844-240-8183 | No | Same as others, called about Payday loan, gave case number of [blank] |
| Francine | 9/21/2015 | SC | 844-240-8183 | No | Usual SR MO. She will file complaints |
| Kayla | 9/21/2015 | TX | 844-240-8183 | No | Usual SR MO. She will file complaints. SR called, gave her the ssn, gave the case number [blank] gave name Patricia |
| Marshall | 9/21/2015 | TX | 844-240-8183 | No | SR called, gave a case number, [blank] same as others, threats of law suit. Called her again 9/30, told her they do not have to cease and desist, it did not apply to them and also sd they will tt her HR dept. as well. |
| Kathryn | 9/21/2015 | MO | 844-240-0729/844-236-6552 | No | She has paid them twice. Same Payday loan scam. |
| Ashley | 9/22/2015 | IA | 844-826-7551/844-240-0729 | Yes | She authorized a debit card payment for the 25th. She had misgivings, googled, found us and she will now cancel that card. Same MO |
| Christina | 22-Sep | MO | 844-240-0729/844-240-8183 | YES | Theya re loking for her mom, threatened to send her to jail if she did not pay. |
| Bobbi | 9/22/2015 | OH | 844-240-8183 | No | They were looking for his ex sp, divorced for 8 years |
| Doug | 9/22/2015 | CA | refused / 844-240-8183/844-240-0729 | No | Usual SR MO. He was in a rush to go and didn't want to elaborate. |
| Cory | 9/22/2015 | NV | refused / refused / 844-240-8183 | No | |

| Name | Date | State | Phone | No | Notes |
|---|---|---|---|---|---|
| Amanda | 9/22/2015 | LA | 844-240-8183 | No | SR called looking for her daughter, who she has full POA of. She will notify daughter and file complaints. |
| Anthony | 9/22/2015 | NC | refused | | Usual SR experience. They had his old bank and POE info. Was skeptical when they read his full SSN to him without prompting and refused to send documentation. He will file complaints. |
| Tiffany | 9/22/2015 | SC | 844-240-8183, 844-240-0729 | No | Received a vm from Tiffany after she was called by SR. Said SR was attempting to reach her daughter. Left detailed vm for her describing SR and suggesting that she file a complaint. |
| Lori | 9/22/2015 | TX | | | Received a vm from Lori after she was called by SR. Left a detailed message for her describing SR and asking her to file complaint. |
| Gabrielle | 9/23/2015 | MS | 844-250-8715 | No | Same as others, threatened lawsuit, they had her old bank info, ssn |
| Amber | 23-Sep | TX | 844-250-8715 | no | same MO |
| Gordon Scherck III | 9/23/2015 | MO | 844-240-8183 | No | Same as the others, referenced a payday loan, |
| Evangelina | 9/23/2015 | TX | has no phone | 844-250-8115 | No | Same as others, case number ___, threatened going to court |
| Bobb | 9/23/2015 | MO | 844-250-8715 | No | Bobbi was called about a payday loan, same court threats, also called his son and gave the name eric boyd with a cb ph 844-240-0729. he also called the manager of the building that SR says they are located to have her file a complaint too. |
| Peter | 9/23/2015 | NJ | 844-240-8183 | No | Same payday loan and court threats |
| Amber | 9/23/2015 | MO | 844-250-8715 | No | Usual SR MO. She had previously applied for a payday loan. She hung up on SR when they refused to provide her with documentation. |
| Larry | 9/23/2015 | TX | 844-250-8715 | No | SR called for his sister Natalie ___ They hung up on him when he refused to provide contact information for her. |

| Name | Date | State | | Phone | Filed | Notes |
|---|---|---|---|---|---|---|
| Tayne | 9/23/2015 | TX | | 844-240-0729 | No | SR called looking for her fiance ■■. She refused to provide contact info for him. |
| Michelle | 9/23/2015 | CA | | 844-240-0729 | No | She is a collection manager for a federal credit union. Knew SR was a scam right away when they read her full SSN to her without prompting. She spoke to a 'Lisa Rivera' who gave her a claim# of ■■■■. She had already contacted FTC and called FBI. will file more complaints. |
| Shaterrica | 9/23/2015 | TX | | 844-228-1577 | Yes | She was pressured into making a one-time partial payment to SR. She immediately got cold feet, found our # and called. She will contact bank to stop pmt and file complaints. |
| Karen | 24-pet | CA | | 844-350-8715 | no | Karen is the Mom of a teenager who applied on-line for a used car loan. Karen knows her daughter has not defaulted on the loan. Karen works for a law firm and asked where SR was located. They gave out our address. |
| samantha | 9/25/2015 | MO | | | YES | She has paid them several times, thought she really owed it, will contact her bank to stop the pmts |
| Heidi | 9/25/2015 | TN | refused | 844-240-0729, 615-710-6368 | No | SR has been harassing her at work. She immediately knew they were a scam and found our info. She was very suspicious at the start of the conversation and initially gave a false name. She will file complaints. |
| Margaret | 9/25/2015 | WI | | 844-250-8715/678-712-4059, ext 26 | No | Calling over payday loan, cld himself special agent taylor white, also told her they are the stark agency in madison wi |
| Crystal | 9/25/2015 | ID | | 844-240-8183 | No | Usual SR experience. They also threatened to arrest her if she did not pay. She will file complaints. |
| Brandon | 25-Sep | KY | | 844-240-0729, 844-250-8715 | no | same |
| REFUSED | 28-Sep | CA | refused | DID NOT KNOW | NO | SR called victims friend looking for her. Victim did not want to disclose her name. |

| Name | Date | State | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|---|
| Sheena ▮ | 28-Sep | PA | | 844-215-7133, 844-240-0729 | no | SR called looking for her husband ▮▮▮. SR called multiple friends & relatives of theirs looking for him. He did not apply for an on-line loan. He was a student at ▮▮▮. a data breach occurred in 2011 and they think these calls are related to that breach. |
| Douglas ▮ | 9/29/2015 | PA | | 844-215-7133 | No | Christina James was who called him, legal acct, same payday loan |
| Don ▮ | 9/29/2015 | CA | | | No | Payday loan scenario again, called his mom, |
| | | | | | | same mo. He purchased a one time "green dot card" and called SR back with the card number. Then told is sons who googled and found us. He cancelled the funds on the card immediately so they did not get any money. He was very intimated by them. |
| Brad ▮ | 29-Sep | CA | | 844-240-0729 | yes | Has been making pmts to them, caused an overdraft |
| John ▮ | 9/30/2015 | WI | | Don't have it | Yes | Usual SR experience. They called his mom, who referred them to our victim. He was scared and set up recurring payments with them. He got cold feet when they told him that the payments may 'show up as foreign' on his bank account. He was given a claim # of ▮. |
| Zeke ▮ | 9/30/2015 | LA | | 844-236-6552 | Yes | Samantha was called by SR asking for her deceased brother. They keep calling her even though she has told him he died. They are now demanding money from her. |
| Samantha ▮ | 9/30/2015 | TX | | | no | |
| REFUSED | 10/1/2015 | | | | NO | SAME MO. REFUSED ALL INFO. CID WAS PRIVATE. SHE HAD AN ACCENT |
| Refused | 10/1/2015 | | | 844-236-6552 | | Usual SR MO. He refused all info about himself. I logged CID. |
| did not ask | 10/1/2015 | ca | city of santa cruz | 844 | no | usual sr mo. |
| did not ask | 10/1/2015 | nc | | 844 | no | UIF called for her brother who is the victim. Same mo. |

| Name | Date | State | Phone | Y/N | Notes |
|---|---|---|---|---|---|
| Tom | 10/2/2015 | DE | refused | No | He was glad he reached us. He thought SR sounded like a scam but thought they could be legitimate because of all the information they had on him and spouse. SR has been calling his spouse at her work. SR had their current bank account info. |
| Rachel | 10/2/2015 | | | | Received voicemail from her wanting more info as she thought SR was a scam. I called her back and left a detailed voicemail. |
| Elana | 10/2/2015 | IN | | No | Same payday scenario, involving Fox Enterprises, case number [ ], $2,920 |
| scott | 10/2/2015 | OH | | | |
| Jessie | 10/2/2015 | | 844-236-6552 | No | Usual SR MO. He will file complaints. |
| Natasha | 10/2/2015 | IN | 844-370-0308, 844-236-6552 | No | Usual SR MO. She will file complaints. |
| Jonah | 10/5/2015 | MO | | | Missouri Attorney General Complaint. Was told he took out a payday loan, contacted an attorney who said it was a scam. |
| Carrie | 10/5/2015 | VA | 844-279-4732 / Refused | No | Same Payday loan scam, called a friend of hers who used to be a pack leader with ACA and gave her a claim number of [ ] |
| Jesse | 10/5/2015 | OH | 844-279-4732/844-236-6552 | No | Told him it was for an on-line payday loan, gave the name of Beverly Parker, case number [ ], told him he owed $730, from 1/2013 with a JVC Processing |
| Chalise | 10/5/2015 | OH | 844-279-4732 | Yes | Payday loan scam, gave case number of [ ], owed $2,800 |
| Naomi | 10/5/2015 | TN | 844-279-4732 | Yes | Payday loan, and she sent up a payment with them. Threats of court action. Set up $68/wk pmts |
| Veronica | 10/5/2015 | ID | | ? | She emailed Janeen asking us to send validation of the acct we say she owes. We have nothing on her so I suspect it is a SR call. I emailed her back. |
| core | 10/5/2015 | OH | 844-279-4732 | yes | Same MO. He authorized a recurring ach to begin on the 9th cuz he was intimidated. He will close that bank acct. |

| Name | Date | State | | Phone | Y/N | Notes |
|---|---|---|---|---|---|---|
| Karen | 10/6/2015 | CA | | 844-279-4732, 844-236-6552 | yes | We had previously talked to her 9/24. SR is still continuing to call and harass them. Her daughter had set up one payment - SR is calling, threatening in search of more $. They are calling her daughter at work-she is afraid she will lose her job. She will tell them to cease and desist and will file complaints using our website. |
| refused | 10/6/2015 | VA | | 844-514-5278, 844-279-4732 | No | SR called and he immediately knew they were scammers when they read all his info to him and refused to send validation. He has already filed complaints. |
| Bonnie | 10/7/2015 | WV | | 844-279-4732/844-236-6552 | No | Same type of payday loan, she had another call and will cb to complete the log. Claim number is ▮ |
| Eric | 10/7/2015 | NJ | | 844-279-4732 | No | Same payday loan complaint, owed a company called WTI Capital |
| Nick | 10/7/2015 | PA | | 844-279-4732 | No | usual SR MO |
| Eric | 10/7/2015 | AZ | | 844-236-6552 | No | Usual SR complaints. He was very worked up and upset. |
| Ron | 10/7/2015 | OH | | 844-279-4732 | No | Same SR complaints. |
| Don | 10/7/2015 | OH | | 844-279-4732/844-236-6556 | No | Payday loan scam . He tracked them to 6608 Joliet Rd, Indianhead Park II. 60525 |
| Jordan | | | | | | she called but could not hold. When I called back I had to leave message--PK notes |
| Jane | 10/12/2015 | PA | | 844-336-2472/844-236-6556 | No | Payday loan, cld first 10/9, another gave a name of Tim Scott |
| Makeyvaa | 10/13/2015 | CA | | | Yes | Usual SR experience. She had scheduled payments with them 10/12. will call her bank to stop pmt and file complaints. |
| Cynthia | 10/13/2015 | WA | | 844-336-2472 | No | She talked to a 'Johnathan Taylor' with SR. He stated he was with 'Stark Collections' and said she could Google their website for more info. She then found us and assumed we were a part of the scam. She will file complaints. |
| Daniel | 10/13/2015 | MI | | 844-336-2472 | No | Usual SR MO. He is 20 years old- SR claims he took out payday loan 5 years ago when he was 15. He will file complaints. |

| Name | Date | State | Phone | Yes/No | Notes |
|---|---|---|---|---|---|
| Bradie | 10/13/2015 | MS | 844-618-6194, 844-336-2472 | No | Usual SR MO. SR had her SSN and other personal info. Had bank information for a bank she'd never used and claimed it had belonged to her. She will file complaints. |
| Jeff | 10/14/2015 | CA | 844-240-8183 | Yes | Jeff ▓ called on behalf of his son, who SR had been calling. His son didn't realize they were a scam and set up SSD recurring payments to SR. They have since stopped the payments and closed the account, but one payment did go through. Jeff attempted to mail dispute letter and request validation from SR, who had no interest in complying. He sent dispute letter to the California Ave address via certified mail, it was returned as undeliverable. He will file complaints. |
| Erica | 10/14/2015 | NY | 866-207-0845 | No | Usual SR MO. She will file complaints. |
| Kimberly | 10/14/2015 | | 866-207-0845 | No | She mistook us for SR and sent us an email. Stated SR called her elderly in-laws, she knows SR is a scam. Stated she will be contacting her lawyer and the BBB. CI responded to her email. |
| Terri | 10/14/2015 | WY | it was hidden on her CID | NO | She saw she had a missed call and voicemail from SR. She did a Google search, found our page and quickly realized it was a scam. She will file complaints. |

| Name | Date | State | | Phone | | Notes |
|---|---|---|---|---|---|---|
| Rebecca | 10/15/2015 | MD | | 844-610-9892 | No | She was called by a 'Nicole Tanner' with SR and told the usual scam about money owed on a payday loan. SR had all her info, including current bank info. She did not make any payment. She then saw multiple deductions from her account taken by SR. She has called them continuously and cannot reach a live representative to demand a refund. She eventually Googled for a new # and found us. Couldn't remember how the debit appeared on her bank statement. She will cb if she finds more info. Will file complaints. |
| Samantha | 10/15/2015 | TX | | 844-236-6556 | No | Usual SR experience. SR was calling her mom, who talked to a 'Carla Richardson' and given a case # of ▆▆▆. She will file complaints. |
| John | 10/16/2015 | IN | | 866-207-0845 | No | SR call, pay day loan, his attorney is in the collection business, they called while I was tt him, I could hear the call, they can be very persasive, gave a name as miss miller, cant supply any info to John. Became very combative, and john hu on them. |
| Jeanne | 10/16/2015 | PA | | 866-207-0845 | No | usual SR experience. She talked to a 'Lesly at ext 407' with SR. Was told she owed money to OPD solutions. Will file complaints. |
| Samantha | 10/16/2015 | TX | | 844-236-6556 | No | Called by a 'Carla Richardson' with SR. They were very convincing, had all her current info including her bank account number. Will file complaints. |
| Amanda | 10/16/2015 | IL | | 866-207-0845 | | |
| Fermina | 10/19/2015 | | | 866-207-0845 | | Vm from her. SR was calling her and dgtr in search of her dgtr. She already found our website and filed complaints. |

| Name | Date | State | | Phone | Y/N | Notes |
|---|---|---|---|---|---|---|
| Shakila | 10/19/2015 | IN | | 866-207-8045 | No | Very defensive, initially refused all her information. Knew SR was a scam and had already filed a complaint with her local BBB. Will file complaints using our links as well. |
| Jason | 10/19/2015 | TX | | 866-207-0845/844-514-5278 | Yes | Referenced a payday loan again. |
| Clinisha | 10/19/2015 | KY | | 866-207-0845 | Yes | Usual SR MO. She had made a payment of $50 to SR. Understands they are a scam and will contact her bank ASAP. Will file complaints. |
| Catherine | 10/20/2015 | MA | | didn't know it | No | Very defensive. SR had been calling for a 89 year-old relative of hers. Said the relative had been victim of scams several times before. She will file complaints. |
| Alicia | 10/20/2015 | VA | | | | Very Defensive. Wouldn't share any of her info, didn't have the SR phone number. Understands they are a scam. |
| Kevin | 10/21/2015 | WA | | 866-208-7584 | No | Called him and his father in law, threatened a lawsuit. |
| Evan | 10/21/2015 | TN | | 866-208-9774 | No | Same Payday loan scam. |
| Harold | 10/21/2015 | WI | | 866-208-9774 | Yes | Usual SR MO. He paid SR $500 to 'pay in full via card. Said the transaction showed on his statement as 'Stark Legal'. He will contact his bank and file complaints. |
| Kelly | 10/21/2015 | WI | | 866-208-7584 | No | Usual SR MO. They called her at work and demanded payment. She will file complaints |
| Patrick | 10/21/2015 | MA | | 866-208-9774 | No | Usual SR experience. SR called him and spouse at work and demanded payment. He had recently filed bankruptcy, new this was a scam. |
| Wayne | 10/22/2015 | SC | | 866-208-9774 | No | SR had called and left a voicemail on his phone. The call did not go through when he attempted to respond to the message. He searched for a number to call and found us. |

| Name | Date | State | | Phone | | Y/N | Notes |
|------|------|-------|--|-------|--|-----|-------|
| Annette | 10/22/2015 | N | | 866-208-9774 | | No | Usual SR MO. She immediately knew they sounded like a scam and refused to make any payment. She has taken out and applied for payday loans previously. She will file complaints. |
| Ashley | 10/22/2015 | SC | | 866-208-9774 | | No | Same loan scam. |
| R... or C | 10/22/2015 | IN | | 866-208-9774 | | No | Payday loan scam. |
| Daniel | 10/22/2015 | MA | | 866-208-9774 | | No | Payday loan scam, gave him an email of info@stark.rs.com for stark recovery |
| Kenneth | 10/22/2015 | PA | | 866-208-7584/866-207-0845 | | No | He owed CPM Investers LLC company for unpaid loan, threatened legal action. Might be related to CWB Company. |
| Pamel | 10/23/2015 | AL | | 866-208-9774 | | No | Usual SR experience. SR had her current bank account info - this account was opened until 2014. |
| Donna | 10/23/2015 | OH | | | | | She called and left a voicemail designated as urgent. Called her back and left a detailed voicemail. |
| Clay | 10/23/2015 | TX | | 866-208-9774 | | No | Usual SR MO. He will file complaints. |
| Courtney | 10/26/2015 | NJ | | 866-208-9774 | | No | Payday loan scam, they have her bank info. She did call the FTC and the CFPB who told her there is not much they can do for her |
| Joshua | 10/26/2015 | CA | | 866-209-8167 | | No | Payday loan, gonna sue him for $3,000 |
| Karl | 10/26/2015 | FL | | 866-208-9774 | | No | Payday loan. I talked to the ▮ Law Office, Pat is the POA |
| Karen | 10/26/2015 | OH | | | | NO | SAME MO. |
| Jonathan | 10/26/2015 | TN | | | | no | same mo. |
| DETECTIVE | 10/27/2015 | OH | | | | NO | CALLING TO GET INFO ON A COMPLAINT HE RECEIVED. HE IS IN LORAIN CO. OH |
| Peg... | 10/27/2015 | PA | | 866-209-8167 | | No | Same Payday loan scam. Called her mom 5 times in 1 day. |
| Eddie | 10/27/2015 | PA | | 866-208-9774 | | No | usual SR MO |
| Krist | 10/28/2015 | OH | | 866-209-8167 | | Yes | Paid them over $300 today for Payday loan, called us because she was promised a receipt and never got it. |
| Leslie | 10/28/2015 | VA | | 866-292-7207 | | NO | SAME MO |
| terri | 10/28/2015 | SC | | 866-292-7207 | | no | same mo |
| | 10/28/2015 | ca | | 866-209-8167 & 866-292-7207 | | YES | SAME MO, closed bank acct. |

| Name | Date / State | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|
| Jackie | 10/28/2015 | | 866-209-8167 | No | Usual SR MO. Called for her brother's ex-spouse of 12 years. Very alarmed that they somehow had her phone number. |
| Scott | 28-Oct IN | | 866-292-7207 | NO | Usual SR MO |
| Lysandra | 10/28/2015 NC | | 866-292-7207 | NO | Usual SR MO |
| Vicki | 10/28/2015 LA | | 866-292-7207, 866-209-8167, 8 | No | Usual SR MO |
| Angela | 10/28/2015 VA | | 866-209-8167 | Yes | She had agreed to postdate a payment to hit 10/30 with SR via prepaid card. She will make sure there is no money on the card for them to debit. |
| Cathy | 28-Oct | | | No | Usual SR MO |
| Anni | 10/29/2015 PA / 10/30/2015 | | 866-292-7207 | Yes | She had scheduled recurring payments with SR, who sent her an E-SIGN form. 3 payments had already gone through by the time she called. She will contact bank to stop remaining payments and consider closing her account. / Usual SR MO |
| Refused | 10/30/2015 Refused | Refused | 866-209-8167 | No | SR called her at work. Same payday loan. Refused to file any complaints. |
| Vicky | 30-Oct | | | | VM from her, sounded like usual SR MO. Called her back and left a detailed vm. |
| Lisa | 10/30/2015 NJ | | | No | Usual SR MO |
| Tera | 10/30/2015 WI | | | Yes | She left a voicemail. SR had called looking for her dad, [redacted]. I called her back and left a detailed voicemail. |
| Tara | 10/30/2015 KY | | 866-292-7207 | yes | Her bank did her asking if she approved a $150 debit from an unknown source in Great Britain. She sd No and the bank blocked the debit from occurring. She then got suspicious and googled and found us. Her bank is changing her account. |
| Kim | 10/31/2015 OK | | 866-324-0388 | No | Usual SR MO. SR called for her husband. She called them back, got a voicemail that wasn't working and assumed it was a scam. Found our number and called to confirm. |
| Michelle | 10/31/2015 IL | | | No | Usual SR MO. They have been calling her for weeks. Said SR told her they were located in the UK. |

| Name | Date | State | Phone | Called? | Notes |
|---|---|---|---|---|---|
| andrea | 10/31/2015 | ID | 866-324-0388 | No | Usual SR MO. Immediately knew they were a scam and called. |
| Linda | 1-Nov | TN | 866 and 844 | no | same mo |
| | 11/3/2015 | WI | 866-324-0388 | No | Payday loan scam |
| Jon | 11/3/2015 | CA | 866-324-0388 | No | Same loan scam, from a bank in 2012, had to pay $520 or $2500 in legal fees. |
| Joe | 11/3/2015 | | 866-324-0388 | no | Same MO. SR called and left a vm on his sister's phone. He works in collections and immediately knew it was a scam. |
| Joshua | 11/3/2015 | TX | 866-324-0388 | No | Called to set up a payment plan with him. Threatened legal action. |
| Gregory | 11/3/2015 | OH | 866-324-0388 | No | Kelly Logan was who called him, $300 loan in 2012, from a company he never heard off. Same court scare, $2900, sif for $510 |
| Breanna | 11/3/2015 | WI | 866-324-0388 | No | Same payday loan, send the sheriff to her house, serve her court papers. |
| Lisa | 10/30/2015 | | | | Called and lm, I cld back and lm |
| Je  or T | 10/30/2015 | MN | | No | Tax loan claim, and bad loan both. |
| Susan | 11/3/2015 | WI | 866-324-0388 | No | Payday loan, reference ▇ as the case number. |
| Patty | 11/3/2015 | CO | 866-324-0388 | No | Usual SR MO.  Had all her info and current bank account.  Claimed she had taken out a payday loan when she was deployed. |
| Tracey | 11/4/2015 | MD | 866-208-7584/866-292-7207 | No | Attorney Carolyn ▇ called, is in Annapolis MD. |
| Maureen | 11/4/2015 | OH | 866-208-9774 | Yes | She made a payment to SR $195, 10/26/15.  Has future ones set up too, wil stop them. |
| Darren | 11/4/2015 | MA | 866-324-0388 | No | Same loan claim and threatening of suit action. |
| Roland | 11/4/2015 | VA | 866-324-0388 | No | Started to make a payment then did not. |
| Meg | 11/4/2015 | AL | 866-324-0388/866-505-7332 | No | Same legal threats |
| Jessica | 11/4/2015 | NH | 866-505-7332 | no | Same MO but threatened to sue for $20K and told her to make her kids shut up.  (they were being loud when she got them from school and Jessica get asking the SR caller to repeat herself) |

| Name | Date | State | Phone | Y/N | Notes |
|---|---|---|---|---|---|
| Lloyd & | 11/4/2015 | IN | 866-505-7332 | yes | same mo. Lloyd did give SR debit card to take $50. he told his wife who said it sounded like a scam. They googled us. Found our site. Closed the card down so SR would not get any money and then called us. |
| Jason | 11/4/2015 | IN | 866 | no | same mo |
| Matt | 11/5/2015 | OH | 866-505-7332 | No | Same unpaid loan scam with Manhatten |
| anthony | 11/5/2015 | GA | | yes | same MO and auth $25 debit. Told his daughter who thought it sounded fishy. Found us. He will notify his bank. |
| Eileen | 11/5/2015 | CT | 866-324-0488 | No | Just said it was a legal matter |
| Rache | 11/6/2015 | AZ | Didn't have it | Yes | Did make a payment to them. Case number was [ ]. Same payday loan scam. |
| Yolanda | 11/6/2015 | CT | 866-505-7332 | No | Same loan scam and legal threats |
| Scott | 11/6/2015 | WI | 866-505-7332 | No | Same loan scam and legal threats |
| Shan | 11/6/2015 | NH | 877-224-4880 | No | Same loan scam, case number [ ] |
| Patrick /Tonya | 11/6/2015 | MD | | Yes | Was looking for a Mrs. [ ], same payday loan scam, she did make a payment to them, her bank tried to talk her out of it too. |
| Cesar | 11/5/2015 | IL | | no | same mo. |
| Lindsey | 11/5/2015 | TN | | no | same mo. |
| Jordan | 11/9/2015 | WI | Doesn't have CID, thinks 844# | Yes | SR took money from her checking account on their own. |
| Refused | 11/10/2015 | CT | 866-646-8153 | No | usual SR MO. She had already notified the CT AG. |
| kayla | 11/10/2015 | SC | didn't have it | no | usual SR MO. They called looking for her friend (she handles many of his finances). SR bullied her into setting up a payment. She cancelled it before any $ was paid. |
| Amber | 11/11/2015 | CA | 866-646-8153 | No | Payday loan in 2011, from Greenwood Holding. |
| Francesa | 11/11/2015 | KY | | No | Arturo called her, same loan scam |

| Name | Date | State | Phone | Yes/No | Notes |
|---|---|---|---|---|---|
| Rex | 11/11/2015 | WI | 866-324-8153, 866-505-7332, 8 | No | Usual SR MO. Said SR told him they were located in the UK. He set up a payment and returned an E-SIGN doc, but his bank wouldn't allow the transaction as the originator was in the UK. Said he's received many scam calls over the last few years, and was fooled by many of them. Estimated that he has paid multiple thousands of dollars out to scammers over the last few years. |
| Dennis | 11/11/2015 | CT | 866-716-4494/866-646-8153/8 | No | Same payday loan scam, he did take out 7 and paid them off. Owes a company called Westmark, and that he committed bank fraud. |
| Wayne | 11/11/2015 | SC | 866-716-4494, 866-209-8167 | No | Usual SR MO. He recognized them as a scam, found our website and called. |
| Shannon refused | 11/11/2015 | IN | | no | usual mo |
| | 11/11/2015 | MD | | no | usual mo |
| Austin | 11/12/2015 | OH | 866-324-0388/866-505-7332 | No | Same loan scam. |
| Keith | 11/12/2015 | AL | 866-716-4494 | No | Emily Chatam cid looking for his dad, was very abusive, gave case number ▮ |
| Matthew | 11/13/2015 | NC | 866-716-4494 | No | Payday loan owed to Twin Plus Financial, gave case number ▮, same lawsuit threat |
| Debbie | 11/13/2015 | WV | | Yes | She set up a check payment for $760 with SR, who never returned her calls when she got cold feet and wanted to cancel. Said the payment simply read 'Stark' on her bank statement. |
| Phyllis | 11/13/2015 | IL | 866-646-8153 | No | SR called for her daughter using the usual tactics. She was relieved to know they are a scam. Will file complaints. |

| Name | Date | State | Phone | | Notes |
|------|------|-------|-------|------|-------|
| Kristin | 11/13/2015 | MA | 866-208-9774 & 866-209-8167 | no | we rec'd C&D letter from D. I cld and lm. She called back and was very grateful I called. She and her family have been inundated with calls from extremely rude SR people. When she googled she found our site but thought the front page about SR was a "front". So she went to the MA AG consumer mediation office and they gave her the C&D template to send us. she was extremely grateful for the call and said she would notify the MA AG mediation office that she had the wrong entity. |
| Gail | 11/16/2015 | NC | 866-932-6770, 866-716-1553 | No | Usual SR MO. Rep ID'd the company as 'Stark Legal'. She realized it was a scam immediately and called after finding our info. She will file complaints. |
| Leanne | 11/16/2015 | ID | 866-716-1553 | No | Internet loan scam, owed to cp |
| Juan | 11/17/2015 | NM | 844-235-7861 | Yes | Usual SR MO. He was originally contacted by them a couple months ago and set up multiple payments. He called looking for a receipt or confirmation the alleged balance he owed was now pif. SR claimed he owed on a Wells Fargo credit card. He will file complaints.

Second time this guy called PK. He continues to get very harassing calls. He wanted to know what else he could do to stop the calls. He will call his local police to see if they will call SR back. I also gave him the name and number to the other OH detective who called. |
| brandon | 11/18/2015 | OH | | no | |
| Sandra | 11/18/2015 | GA | 866-690-6793, 866-646-8153 | No | usual SR MO |
| Nathan | 11/18/2015 | OH | 866-690-6793 | No | usual SR MO |
| Marc | 11/18/2015 | PA | 866-690-6793 | No | Same Payday loan scam |
| Julie | 11/18/2015 | GA | 866-690-6793, 866-716-1553 | No | usual SR MO. SR also called her mother and employer. |
| Brent | 11/18/2015 | MD | 866-716-1553 | No | Same loan scam, threats of suit action |

| Name | Date | State | | Phone | Y/N | Notes |
|---|---|---|---|---|---|---|
| Jennifer | 11/18/2015 | VA | | | no | sounded like usual SR mo. She left a vm 11/16. I called back and left detailed message explaining SR. |
| Shelton | 11/18/2015 | CA | | | NO | usual SR MO. SR has been calling his parents' residence frequently and threatening that he will be jailed/sued. |
| Angela | 11/18/2015 | OH | | | No | usual SR MO. She had her identity stolen last year. Believes the culprits applied for payday loans using her info. |
| Scott | 11/18/2015 | PA | | 866-646-8153 | No | usual SR MO. |
| Refused her name | 11/18/2015 | NY | | 866-690-6793 | No | Usual SR MO |
| Samira | 11/18/2015 | ? | via email | | | very irate. Believes we are the ones calling. I emailed her back. |
| Warren | 11/19/2015 | VA | | | No | usual SR MO. They told him he would be arrested for bank fraud. He immediately recognized them as a scam. Will file complaints. |
| refused | 11/19/2015 | VA | | 866-646-8153 | No | Usual SR MO. Very abusive, hung up on him multiple times when he asked for validation. Was a recent victim of ID theft. |
| REFUSED | 11/19/2015 | OH | | | NO | USUAL SR MO. |
| Nancy | 11/20/2015 | FL | | 866-646-8153 | No | Usual SR MO. They had called and left several FOTI messages looking for a Sarah[blacked]. Repeatedly told her they would remove the number, yet continued to call. The one time she did speak with an 'agent' regarding the alleged debt, they were extremely rude and refused to provide any info. |
| Emily | 11/23/2016 | WI | | 866-690-6793 | No | usual. She emailed us with her concern. PK called her back and explained. |
| Georgia | 11/23/2015 | VA | | 866-689-4426/866-690-6793 | Yes | She paid about $700 so far to SR. About $170 pay period. She is looking for a receipt, they referenced case #[blacked], she thinks they are legit. The manager is Theresa Jackson, the young lady who called her Leslie Fox |
| John | 11/23/2015 | NJ | | 866-689-4426 | No | They referenced a payday loan, legal threats |
| cheryl | 11/23/2015 | TX | blocked | | 866 no | same. She is a former bill collector |
| REFUSED | 11/23/2015 | MN | | | NO | SAME |

| Name | Date | State | Phone | 2ND TIME | 866 | Notes |
|---|---|---|---|---|---|---|
| Maria | 11/23/2015 | CA | | | no | same |
| Cristoba | 11/24/2015 | AZ | 866-689-4426 | | No | Millen financial is who he owes on a payday loan, loan from 2013 |
| Courtney | 11/24/2015 | KY | 866-690-6793 | | No | Payday loan, borrowed $400, same legal threat of court |
| Jean | 11/24/2015 | CT | 866-689-4426 | | no | Usual SR MO. They have been harassing her entire family looking for her mother. Have left several messages. |
| Cassandra | 11/24/2015 | SC | 866-689-4426 | | No | usual sr mo |
| william | 11/24/2015 | OH | | | yes | he gave debit card but then cancelled it. Same mo. |
| Karl | 11/25/2015 | VA | 866-689-4426 | | No | Same payday loan scam. Shoreline on line llc is who she owed |
| refused | 11/25/2015 | PA | 866-689-4426 | | No | usual SR MO. |
| Nicole | 11/30/2015 | IL | | | No | usual SR MO |
| William | 11/30/2015 | WI | | | NO | usual SR MO. |
| could not understand | 11/30/2015 | OH | 866-686-5529 | | NO | usual SR MO. UIF with thick accent, I could not understand her name. She immediately recognized them as a scam and called. |
| Terri | 12/1/2015 | NJ | 866-689-4426 | | No | Usual SR MO. She has already filed complaints |
| william | 12/1/2015 | OH | | 2ND TIME HE CALLED | 866 YES | HE KEEPS GETTING VERY HARASSING CALLS. |
| James | 12/1/2015 | OR | 866-686-5529 | | NO | SR called and left message, looking for his mother in-law Carolyn █ |
| Emily | 12/1/2015 | KY | 866-686-5529 | | No | Usual SR MO. Called her 90 year-old grandmother. |
| Sherry | 12/2/2015 | GA | 866-686-5529 | | No | Samr Payday loan scam, threatened legal action against her, calling her friends and family |
| Tracy | 12/2/2015 | PA | 866-686-5529 | | no | Usual SR MO. |
| Marsha | 12/2/2015 | FL | 844-564-1074 | | yes | She was tricked into setting up monthly payment arrangements of $144.17 with SR. 2 pmts had already gone through. She had another payment scheduled for 12/7, will talk to her bank asap. |
| Patty | 12/2/2015 | PA | | | No | Usual SR MO. They were calling for her son Joseph █ |
| Elizabeth | 12/3/2015 | OH | 866-689-4426/866-429-4382 | | No | Started to make a payment, but stopped. Same loan scam, owed to Vista Holdings Group, case number █ |
| Erich | 12/3/2015 | GA | 866-429-4382 | | No | Same loan scam, threats of legal action, |
| Rayney | 12/4/2015 | | 866-429-4382, 866-547-2695, 8 | | No | usual SR MO |

| Name | Date | State | | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|---|---|
| John Pearcy | 12/4/2015 | WI | 608-205-6515 | | | Yes | Same loan scam, legal threats |
| | 12/4/2015 | | | | 866-686-5529 | yes | usual scam. She fell for it and had set up a payment with SR. Was calling because she was concerned that the payment had not debited yet. When informed it was a scam she sd she will call her bank and hung up. |
| Sheila | 12/4/2015 | PN | | | 866-429-4382 | No | Same legal threat, Katrina Peterson, is who called her, said she owed over $2,000 |
| Eric | 12/4/2015 | IA | | | Doesn't have them | Yes | He has made some payments, "support at we check bills.com", referenced a payday loan — first trans appeared as "Stark Recovery", then CC Bills |
| Refused, said they are ca | 12/4/2015 Refused | | refused | | 844-618-6194 | No | Same loan scam |
| Suantae | 12/4/2015 | VA | | | 866-429-4382/681-233-0746 | No | Same payday loan, said she owes over $2,000 |
| | 12/4/2015 | PA | | | 866-429-4382 | no | usual SR MO. They have been calling her extended family threatening her. |
| Jamie | 12/7/2015 | | | | | | Left message that was getting calls from SR, I called back but could not lm. |
| Anne | 12/7/2015 | WI | | | 866-401-5023 | No | Threats of lawsuits, sending the police |
| Timothy | 12/7/2015 | MO | | | 866-689-4426 | No | Usual SR MO. Calling entire family looking for him. |
| Gregory | 12/7/2015 | DC | | | 866-401-5023/866-689-4426 | No | $300 loan, now owes over $3,000, claim number is ___ he owes pack management group llc |
| Darre | 12/7/2015 | PA | | | | yes | Usual scam. He had just set up recurring payments with SR on his card. He will call bank asap to have card cancelled. Will file complaints. |
| Alan | 12/7/2015 | | | | 866-689-4426 | no | Alan cld. Said SR called multiple times looking for brother and brothers ex-wife. |
| Gerald | 12/7/2015 | PA | | | 866-401-5023 | yes | authorized $100 then had 2nd thoughts. Will call his bank in the morning. |
| Jonathan | 12/8/2015 | AZ | | | 866-401-5023/866-429-4382 | No | $300 payday loan, they wanted $2,000 or risk being sued, called his mom 3 times yesterday |

| Name | Date | State | | Phone | Notes |
|---|---|---|---|---|---|
| tabatha | 12/8/2015 | AL | | 866-401-5023, 866-689-4426 866 | yes | authorized over $400+ which was the sif offer from SR. She is on her way to bank to cancel that debit. She had 2nd thoughts about it. |
| Janae | 12/8/2015 | NC | | | NO | Usual SR MO |
| | 12/8/2015 | AL | | 866-689-4426, 866-686-5529 | No | usual SR MO. Called looking for his uncle |
| Cody | 12/8/2015 | | | 866-401-5023 | No | Usual SR MO |
| Laura | 12/9/2015 | IN | | 866-401-5023/866-689-4426 | No | Uff called her, gave a claim number of ___ they said owed Global Domain International, $1200, she used to work for them. |
| J___ or C | 12/9/2015 | IN | | 866-401-5023 | No | Same Payday loan scam. Same legal threats |
| Joseph | 12/9/2015 | MD | | 866-397-2402 | No | same payday loan scam. Worried about the legal threats and wanted to share our info |
| Charntryona | 12/9/2015 | GA | | 866-401-5023 | No | Same payday loan scam, said she owed over $2,000 |
| Paul | 12/9/2015 | NJ | | 866-397-2402/866-401-5023/8 | No | Same payday loan scam, said he owed over $3,000, gave claim number |
| Shari | 12/9/2015 | OR | | 866-401-5023 | No | usual SR MO. They called her daughter's phone looking for her husband. Would not share any info with her when she called back. She had found our website and wanted to confirm that they are a scam. |
| Azure | 12/9/2015 | | | | | |
| Laura | 12/11/2015 | IN | Previously called | | | called back today, Stark Recovery tried to process her debit card today, the bank said it appeared as "Stark" on the statment |
| Julia | 12/11/2015 | | | 866-397-2402, 866-689-4426 | No | usual SR experience. SR is trying to reach some other person other than this victim. |
| Brett | 12/11/2015 | Refused | Refused | Refused | Yes | Too embarassed about making a payment on the scam, called to make sure he had anything with us. |
| Jonathan | 12/11/2015 | PA | Refused | 866-397-2402 | No | Same Payday loan scam, legal threats |
| Pamela | 12/14/2015 | MD | | 866-383-9852 | No | Same payday loan scam from 2012, she owes Alliance Online |
| Teagan | 12/14/2015 | | | | | She called from ___ on behalf of a consumer. Wanted to confirm that SR is a scam. |

| Name | Date | State | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|---|
| Dwayne | 12/14/2015 | MD | | 866-383-9852 | No | Same loan scam, case number |
| Laura | | | Previously called | | | SR called her again, threatening her and her kids, she will call the police and ask them to call SR to get them to stop calling |
| Gabriel | 12/15/2015 | IN | | 866-383-9852 | No | Same loan scam, owed $400 for a payday loan, 7th group llc, united fidelity bank |
| consuela | 12/15/2015 | TX | | | NO | usual SR experience. |
| Daryl | 12/15/2015 | WI | Refused | 866-383-9852 | No | Same loan scam |
| Rob | 12/15/2015 | FL | | 866-383-9852 | No | Same loan scam, all kinds of threats |
| | | | | | | He had made 3 payments to SR. Bank will be able to reimburse him. Wanted to confirm that they cannot sue him for stopping the payments. Said the 3 payments all were routed to the UK and sent to 3 different bank accounts per his bank. |
| andre | 12/15/2015 | WI | | 866-383-9852 | Yes | Usual SR MO |
| refused | 12/15/2015 | KY | | | NO | |
| mr. | 12/16/2015 | | | 866 | no | he was called by SR who was trying to reach his brother. |
| no name left | 12/18/2015 | | | | | vm from UIF called by SR. I called her back and left detailed voicemail message. |
| John | 12/18/2015 | TN | | | NO | usual SR MO. He had already reached out to ACA for more info. Knows they are a scam and will file complaints. |
| | | | | | | She had authorized $600 payment to SR. Had already realized it was a scam and contacted her bank. They were able to void the transaction and issue her a new card. She will file complaints. |
| Heather | 12/18/2015 | WI | | | Yes | Talked to lois and joe ▇▇, they do not know Bethany ▇▇ |
| Bethany | 12/17/2015 | IN | | 866-307-2679/608-274-7764/8 | No | |
| Andrew | 12/17/2015 | WI | | 866-689-4426 | No | Loan scam, $450, same legal threats. |
| Jane | 12/17/2015 | MA | | | No | Called her again, this time it was Isabell Chavez and she was told she is in double trouble now |
| Jimmy | 12/17/2015 | GA | | | No | No messages left, cid is ▇▇ |
| Nick | 12/17/2015 | MD | | 866-689-4426 | No | Gave claim number ▇▇, same loan scam |
| Mitchell | 12/17/2015 | TN | | 866-307-2627 | No | Called his brother, same legal threats |

| Name | Date | State | | Phone | Y/N | Notes |
|---|---|---|---|---|---|---|
| Cindy | 12/18/2015 | AL | | 866-398-2089 | No | Same loan scam, threats of arrest, legal threats |
| Casey | 12/21/2015 | Montana | Refused | 866-287-0281 | No | Payday loan, same legal threats, garnishments, |
| Tiffany | 12/21/2015 | WI | | 866-287-0281/866-307-2679/8 | Yes | Same loan scam, she gave them her crcard info |
| Luke | 12/22/2015 | WI | | | NO | usual SR MO |
| John | 12/22/2015 | TX | | 844-618-6194 | No | Was looking for his brother. |
| Jennyled | 12/23/2015 | OH | | 866-307-2679 | Yes | Same payday loan scam, she did pay them $50, on her bank statement it appeared as $50, HB 844-564-1074 Xiamen Cmn, there was a $1.50 foreign transaction fee as well |
| Darlene | 12/28/2015 | NV | | 866-287-0281/866-689-4426 | Yes | Same payday loan scam and legal threats, said she owed Bel Capital Corp. the bank told her the money went to Great Britain. |
| SUSAN | 1/6/2016 | RI | | 866-689-4426, 866-282-5198 | no | SR cld looking for james ___ Susan is wife to james sr. and they have son named james jr.  Susan not sure if SR looking for SR or JR.  SR also called Susan's daughter looking for James. |
| Hollie | 1/6/2016 | MA | | 866-281-6831, 866-689-4426, 8 | no | Called her sister, brother in law, several other members of her family/friends.  Never talked actually talked to an SR rep.  She will file complaints. |
| Melissa | 1/6/2016 | TN | | 866-689-4426 | No | Payday loan from 2013, couldn't understand who she owed. |
| Brittany | 1/6/2016 | TN | | 866-281-6831 | No | Same payday loan scam, legal threats, court fees of $2,000 would be owed |
| stephanie | 1/7/2016 | NC | | 866-282-5198 | No | called for her husband William.  SR had called both them and William's dad many times.  William is quite upset, he may call in later today for an explanation as well. |
| Kaitlin | 1/7/2016 | GA | | 866-282-5198 | No | Same Payday loan scam, from 2012.  Did have one, but not for the amount they said.  Same legal threats |
| Lucretia | 1/7/2016 | KY | | 866-689-4426/866-579-2658 | Yes | She paid them over $300 so far, same payday loan scam, gave case #___, one of the trans on her bank statement appeard as: AWSRSRPLTD, UKGB.  Another time was an email wechecksbills.com |

| Name | Date / State | | | Phone | Yes/No | Notes |
|---|---|---|---|---|---|---|
| Krystal | 1/7/2016 TN | | | 866-282-5198 | No | They called her looking for her sp, same pay day loan, under Tyler ▮ name, if she paid $480 would clear it up or go to court |
| William | 1/8/2016 NC | | | 866-282-5198 | NO | The same loan scam, called his dad and gave dad his son and info. Gave his dad a claim number of ▮ |
| Leslie | 1/12/2016 MD | Refused | | 844-564-1074/866-846-1984 | Yes | They took 2 payments so far. $235 both times. They emailed her looking for another payment. Paymentsupport, no reply, ccpay.me, Stark legal llc |
| Cathy | 1/12/2016 MA | | | | Yes | Has paid over $700 so far, received a pif letter, but her acct hit again |
| Nathan | 1/12/2016 CA | | | | Yes | He has been paying them for awhile, on bank statement it shows as www.321gateway.com, they are payement provider for different companys. |
| Carrieanne | 1/13/2016 MA | | | 866-689-4426 | Yes | She has been paying them for awhile. Same loan scam. |
| Mike | 1/15/2016 MA | | | 866-646-8153 | Yes | He realized this was a scam after he had made a $430 payment. SR had sent him a E-SIGN form before transacting the payment. The payment has already cleared his account-he will contact bank. |
| Jason | 1/19/2016 LA | | | 844-240-0729 | Yes | SR contacted him on loan owed to "Paragon Funding". Said he had been contacted by another agency related to same loan a year ago and paid it at that time as well. SR gave him usual threats of coming to his home and coming to his POE. Said he is now being contacted by yet another "agency' calling themselves BPR (or something similar) |
| Johnathan | 1/19/2016 LA | | | | Yes | Has been paying for about 3 months, about $540, that is what they said he owed, He has paid so far $780. |
| Matt | 1/19/2016 WI | | | | no | Matt owns a business. Was called at that business 3 times. SR looking specifically for him. Same MO--asking to pay on a defaulted payday loan. |

# EXHIBIT D

**Pauline Kussart**

| | |
|---|---|
| **From:** | Pauline Kussart |
| **Sent:** | Monday, July 27, 2015 4:41 PM |
| **To:** | Attorney Christopher J. Smith |
| **Cc:** | Nate Kalnins; Jack Femyer |
| **Subject:** | FW: collection call today |

It worked in this case!



**Pauline Kussart**
President

*The fine art of successful collections.*

**The Stark Collection Agency**
*Delivering successful collection results through partnerships built on respect and integrity*
6425 Odana Rd, Ste 22, Madison, WI 53719
PO Box 45710, Madison, WI 53744-5710
Phone: 608-274-7764 ext 222
Fax: 608-274-7786
Cell: 608-516-7151
Email: pkussart@hestark.com
Web: www.hestark.com



*The Stark Collection Agency is very proud to have __won__ the 2012 Wisconsin Better Business Torch Award for business ethics and integrity.  We are also honored to have been named a finalist for the same award in 2009.  Winner of the Wisconsin Business Ethics Award in 2011.  Better Business Bureau Accredited Business since May 2007.*

Notice: The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems.

This communication is from a debt collector attempting to collect a debt.  Any information obtained will be used for that purpose. This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org. This collection agency is licensed by the Minnesota Department of Commerce.  North Carolina Permit Number 111755. This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**From:** Diana ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, July 27, 2015 4:36 PM
**To:** Pauline Kussart
**Subject:** Re: collection call today

thank you. I have filed with the BBB and credit bureaus to file fraud claims.  I will make sure this agency is noted out of California.

**From:** Pauline Kussart <pkussart@hestark.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Pauline Kussart <pkussart@hestark.com>

1    **Kussart Att. D**
     **Page 1 of 2**    **EXHIBIT D**

**Sent:** Monday, July 27, 2015 4:33 PM
**Subject:** FW: collection call today

I understand your frustration. There is a company using the name "Stark Recovery" and is calling from 844-514-5278. The company claims to be operating out of California and is threatening individuals with legal action and other harassment. You have reached The Stark Collection Agency out of Madison, Wisconsin. We are a legitimate business and would never speak to consumers in such a manner. Unfortunately our office cannot help you any further in this manner and we have taken proactive steps with our government regulators to curb the actions of "Stark Recovery."

*The fine art of successful collections.*

### Pauline Kussart
President

**The Stark Collection Agency**
*Delivering successful collection results through partnerships built on respect and integrity*
6425 Odana Rd, Ste 22, Madison, WI 53719
PO Box 45710, Madison, WI 53744-5710
Phone: 608-274-7764 ext 222
Fax: 608-274-7786
Cell: 608-516-7151
Email: pkussart@hestark.com
Web: www.hestark.com

*The Stark Collection Agency is very proud to have won the 2012 Wisconsin Better Business Torch Award for business ethics and integrity. We are also honored to have been named a finalist for the same award in 2009. Winner of the Wisconsin Business Ethics Award in 2011. Better Business Bureau Accredited Business since May 2007.*

Notice: The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems.
This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org. This collection agency is licensed by the Minnesota Department of Commerce. North Carolina Permit Number 111755. This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, July 23, 2015 11:01 AM
**To:** Janeen Ihm-Villalpando
**Subject:** collection call today

I am not sure where you got your information from but I just reviewed my bank account statement from October, 2014 and I never received a payday loan from this Titan group.

I am Diana ▮▮▮▮ and if there is any judgment filed against me by your company when I requested proof from this "person" that called, I will use my last dime to pay a lawyer for this.

I am very tired and fed up with these types of calls and there has been NO PROOF submitted for this. I CONSIDERED a payday loan but requested all to QUIT contacting me. There was NO $300 deposit into my bank account for September, October or November of 2014. Besides if I understand these correctly, they take the money directly from your bank account.

If I see any thing from your company on this, I will follow through with legal actions. Thank you.

2 **Kussart Att. D**
**Page 2 of 2**

# EXHIBIT E

## Christopher J. Smith



**From:** Christopher J. Smith ▓▓▓▓▓▓
**Sent:** Wednesday, October 21, 2015 7:33 AM
**To:** ▓▓▓▓▓▓
**Subject:** FW: Phone contact

Good Morning Mr. ▓▓▓

My name is Christopher Smith. I represent The Stark Collection Agency of Madison, Wisconsin, from time to time, often to deal with sensitive matters such as these. Ms. Kussart forwarded me your email below and I would like to respond, first and foremost by saying you were contacted by a scam business calling itself "Stark Recovery." Unfortunately in recent months my client, The Stark Collection Agency, has fielded hundreds of calls from individuals with stores like yours.

These calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

My client and I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you or your attorney would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,

## CHRISTOPHER J. SMITH
ATTORNEY AT LAW

WWW.CJSATLAW.COM

2041 NORTH COMMERCE STREET
MILWAUKEE, WISCONSIN 53212

920.948.2123

**Notice:** The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems. This communication does not establish an attorney-client relationship and does not constitute legal advice. Thank you.

Begin forwarded message:

**From:** Robert ▓▓▓▓▓▓
**Date:** October 20, 2015 at 7:15:53 PM CDT

1

**EXHIBIT E**

**To:** pkussart@hestark.com
**Subject: Phone contact**

Robert ████
████ Ohio ████
11/20/2015
Stark Recovery Account# 4████

I am writing pursuant to the fair debt collection practices act 15USC 1692c to cease all phone comuications on account # 4████. This includes contact at work,home or any where else.

Sincerely
Robert ████

# EXHIBIT F

**Christopher J. Smith**

| | |
|---|---|
| **From:** | Christopher J. Smith █████████████ |
| **Sent:** | Wednesday, October 28, 2015 9:31 AM |
| **To:** | ████████████ ████ |
| **Subject:** | FW: Claim Number 4█ |

Dear Ms. ██████

My name is Christopher Smith. I represent The Stark Collection Agency of Madison, Wisconsin, from time to time, often to deal with sensitive matters such as these. Ms. Kussart forwarded me your email below and I would like to respond, first and foremost by saying you were contacted by a scam business calling itself "Stark Recovery." Unfortunately in recent months my client, The Stark Collection Agency, has fielded hundreds of calls from individuals with stores like yours.

These calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

My client and I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,


**CHRISTOPHER J. SMITH**
ATTORNEY AT LAW

WWW.CJSATLAW.COM

2041 NORTH COMMERCE STREET
MILWAUKEE, WISCONSIN 53212
████████████

920.948.2123

**Notice:** The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems. This communication does not establish an attorney-client relationship and does not constitute legal advice. Thank you.


**From:** ████████████████████████
**Sent:** Tuesday, October 27, 2015 3:56 PM
**To:** Janeen Ihm-Villalpando ████ @hestark.com>
**Subject:** Claim Number 4█████

Good afternoon,

Kussart Att. F
Page 1 of 2 **EXHIBIT F**

1

I've tried twice calling your agency (1-866-209-8167) only to speak to a disrespectful clerk. I've insisted that harassing phone calls to my relatives stop at once. I contact both the BBB and my local police and both said this constitutes harassment. I asked what the claim was in reference to and the clerk refused to tell me unless I gave my social security number. Both the BBB and the local police have said to ABSOLUTELY NOT GIVE MY SS#. When I told the clerk that and offered my birthday and mailing address, she said that was not good enough. When I asked her to please mail me information, she refused.

If indeed there is such a claim for which I am responsible, I would like clarification immediately via email and regular post. Furthermore, should harassing phone calls continue I will continue to pursue action with my local police department.

I look forward to getting whatever information you might like sharing.

Thank you,
Tracy

# EXHIBIT G

## Christopher J. Smith

**From:** Christopher J. Smith ███████████
**Sent:** Friday, November 6, 2015 2:12 PM
**To:** ████████
**Subject:** RE: Claim 4███████

No Problem Sally – Glad I could help.

**From:** Sally ████████████████
**Sent:** Friday, November 6, 2015 1:54 PM
**To:** Christopher J. Smith <smith@████████
**Subject:** RE: Claim 4████

Mr. Smith,

Thank you so very much for your prompt response. I sincerely apologize that I incorrectly contacted your company. I will modify my report to the Ohio Attorney General.

I truly appreciate your response and I am sorry to hear that a reputable company is experiencing this disrespectful behavior.

Truly,

Sally ███████

---

**From:** Christopher J. Smith
**Sent:** 11/6/2015 1:18 PM
**To:** ████████████
**Subject:** FW: Claim 4████

Dear Ms. ████████

My name is Christopher Smith. I represent The Stark Collection Agency of Madison, Wisconsin, from time to time, often to deal with sensitive matters such as these. Ms. Kussart forwarded me your email below and I would like to respond, first and foremost by saying you were contacted by a scam business calling itself "Stark Recovery." Unfortunately in recent months my client, The Stark Collection Agency, has fielded hundreds of calls from individuals with stores like yours.

These calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

My client and I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you or your attorney would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,

**CHRISTOPHER J. SMITH**
ATTORNEY AT LAW

WWW.CJSATLAW.COM

2041 NORTH COMMERCE STREET
MILWAUKEE, WISCONSIN 53212
████████

920.948.2123

**Notice:** The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems. This communication does not establish an attorney-client relationship and does not constitute legal advice. Thank you.

**From:** Sally ████████████████
**Sent:** Friday, November 06, 2015 11:51 AM
**To:** Pauline Kussart <pkussart@hestark.com>
**Subject:** Claim 4███

I have received numerous calls on my cell and my home phone, most specifically my home, regarding this claim. This claim is the sole responsibility of my adult daughter. She does not live in my home. I have asked numerous times (at least 6) for your agency to cease and desist calls to me. I have even provided them with my daughter's contact information.

Your employees have not been courteous, at one point calling me a liar. I am a professional. I have three college degrees. I am educated in the legal system and I know debt collection practices.

I will no longer tolerate phone calls from your agency. As a midnight worker, I cannot be awoken during the day for debt collection calls that are not associated to my finances. I cannot be awoken by a debt collector for which I have already communicated, I thought effectively as I am a purely English speaking person without a speech impediment, to another purely English speaking person without any noted hearing or speech impediments, that I find the calls harassing.

Let me make this clear: I do not owe this debt. Calls are coming to my phone number for another person. I have requested these calls cease and desist. Those requests have been denied. I have made a formal complaint with the Ohio Attorney General's office. If I receive any telephone calls from your agency from this time forward, I will be in contact with an attorney.

You may feel free to communicate to me through email. Do not call my home or my cell.

Very truly,
Sally ████████

# EXHIBIT H

## Christopher J. Smith

**From:** Christopher J. Smith ████████████
**Sent:** Tuesday, December 1, 2015 3:12 PM
**To:** 'Pauline Kussart'
**Subject:** FW: question about calls I am getting

All better...

**From:** ████████████████████████
**Sent:** Tuesday, December 1, 2015 3:00 PM
**To:** Christopher J. Smith ████████████
**Subject:** Re: question about calls I am getting

mr. Smith, thank you so very much for taking the time to reply to me personally - this has caused me great stress over the last several weeks so I very much appreciate your taking your valuable time to help me put this matter to rest. I will forward your email to my bank so that they are aware as well of the fact that this is in fact a scam. I did file a complaint with the Iowa attorney general's office as well so thank you for that information and advice have a wonderful day !!

----- Reply message -----
From: "Christopher J. Smith" ████████████
To: ████████████
Subject: question about calls I am getting
Date: Tue, Dec 1, 2015 12:23 pm

Dear Julee,

My name is Christopher Smith. I represent The Stark Collection Agency of Madison, Wisconsin, from time to time, often to deal with sensitive matters such as these. Ms. Kussart forwarded me your email below and I would like to respond, first and foremost by saying you were contacted by a scam business calling itself "Stark Recovery." Unfortunately in recent months my client, The Stark Collection Agency, has fielded hundreds of calls from individuals with stores like yours.

These calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

My client and I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you or your attorney would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,

**CHRISTOPHER J. SMITH**
ATTORNEY AT LAW

Kussart Att. H
Page 1 of 2

**EXHIBIT H**

1

WWW.CISATLAW.COM

2041 NORTH COMMERCE STREET
MILWAUKEE, WISCONSIN 53212

920.948.2123

Notice: The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems. This communication does not establish an attorney-client relationship and does not constitute legal advice. Thank you.

**From:** julee ▮▮▮▮▮▮▮▮
**Sent:** Tuesday, December 01, 2015 10:18 AM
**To:** Janeen Ihm-Villalpando ▮▮▮▮hestark.com>
**Subject:** question about calls I am getting

I am getting calls from a person claiming to be with Stark Legal Department and asking me to give payment on a defaulted payday loan from 2011. They threatened legal action if I do not make payment.

I asked for proof of the debt and identifying information and got hung up on, but they did claim to be with Stark. the 800 number used was 866-868-5529. that does not match the number on your website and when I did research, I learned that the calls like this appear to be a scam.

I wanted to double check because if there is legitimate debt, I would like to straighten it out, but I need proof.

I asked the caller to give me the address on the supposed loan application and the date of the application. I was given only a year of 2011 and an amount of $115.00 - they are asking me to pay $2900.00 - and the address they gave is my current one. The issue is I didn't live here in 2011....what scared me is they have my social security number and my email address. but they would provide no other discernable information about themselves or about the supposed debt.

IS this a call from your agency or is it not?

# EXHIBIT I

## Christopher J. Smith

| | |
|---|---|
| **From:** | Christopher J. Smith █████████████████ |
| **Sent:** | Tuesday, January 5, 2016 11:43 AM |
| **To:** | ████████████████████ |
| **Subject:** | FW: Cease and Desist |

Dear Ms. ██████

My name is Christopher Smith. I represent The Stark Collection Agency of Madison, Wisconsin, from time to time, often to deal with sensitive matters such as these. Ms. Kussart forwarded me your email below and I would like to respond, first and foremost by saying you were contacted by a scam business calling itself "Stark Recovery." Unfortunately in recent months my client, The Stark Collection Agency, has fielded hundreds of calls from individuals with stories like yours.

These calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

My client and I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you or your attorney would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,

**CHRISTOPHER J. SMITH**
ATTORNEY AT LAW

────────────────────────

WWW.CISATLAW.COM

2041 NORTH COMMERCE STREET
MILWAUKEE, WISCONSIN 53212

████████████
920.948.2123

**Notice:** The information contained in this communication is privileged and confidential. The content is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone or e-mail, and delete this message from your systems. This communication does not establish an attorney-client relationship and does not constitute legal advice. Thank you.

**From:** Kristen ████████████████
**Sent:** Tuesday, January 05, 2016 11:18 AM
**To:** Janeen Ihm-Villalpando ██████ hestark.com>; Pauline Kussart <pkussart@hestark.com>
**Subject:** Cease and Desist

1

By way of this email I am requesting that Stark Collection Agency cease and desist all contact with me. This includes contact to my family and employer. I have attempted several times to pick up the phone calls and return the phone calls and never can reach anyone.

I do not have any delinquent accounts in collection with your company. I have a lawyer handling all of my financial inquiries since the death of my husband in 2013. I have already reported the telephone number of 866-281-6831 to the FTC and the BBB.

If you wish to send me documentation of the account you claim belongs to me all contact must be in writing and sent to me including previous account number and transactions along with who the original account was with as request by my lawyer.

Documentation can be sent to my attention at: Kristen ███████████████████████ MD ██████

If you continue to contact me I will be forced to have my lawyer seek legal resolution.

# EXHIBIT J

The Better Business Bureau has received a customer concern about your...        https://bluecomplaints.bbb.org/Message.aspx?msg=15937518&chk=B...



BBB of Wisconsin
10019 W. Greenfield Ave
Milwaukee, WI 53214
Phone: (414)847-6000 | Fax: (414)302-0355
info@wisconsin.bbb.org

8/5/2015

Pauline Kussart
The Stark Agency
6425 Odana Rd Ste 22
Madison  WI  53719

Dear Pauline Kussart:

Better Business Bureau received a customer concern about your business.  The complaint was submitted on **8/4/2015 4:44:04 PM** and was assigned an ID of #▮▮▮▮▮▮▮▮.

From time to time, every business generates a complaint. So far, we only have one side of the story, and we are interested in hearing your side as well. The BBB offers you the opportunity to preserve consumer goodwill by addressing the issues presented in the complaint on the reverse side.

The BBB takes no position as to the validity of the complaint. Our goal is to help you and the consumer resolve this issue in a mutually satisfactory manner.

In the interest of time and good customer relations, please provide the BBB with written verification of your position in this matter by 7 business days. Your prompt response greatly enhances the chances for a successful resolution. Failure to respond to this complaint may negatively affect your BBB rating.

If you are unable to respond to the email below, then please respond in writing to the address or fax number above.

We look forward to your prompt attention to this matter.

Sincerely,

Bradley Colmerauer
Lead Trade Practice Consultant
bcolmerauer@wisconsin.bbb.org
Better Business Bureau

**Please Note:** The name of companies with Unanswered complaints may be shared with the media. Please understand that the customer's complaint and your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer.  By submitting your response, you are representing that it is a truthful account of your experience with this customer.  The BBB may edit the context of your response to protect privacy rights and to remove inappropriate language.

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Jeffrey ▮▮▮▮▮
▮▮▮▮▮▮ TX ▮▮▮▮▮
Daytime Phone: ▮▮▮▮▮▮▮▮
E-mail: ▮▮▮▮▮▮▮▮

The details of this matter are as follows:
**Complaint Involves:**
Billing or Collection Issues

**Customer's Statement of the Problem:**
they call daily saying i took a 300 dollar pay day loan in august of 2013 which i never have. they tell me i have to pay 690 or 2690 in court, i told them i never tookthe loan they argued with then hung up after i wouldnt pay them. they also call my sister and brother in

**GROUP EXHIBIT J** 8/5/2015 7:06 AM

**Kussart Att. J
Page 1 of 22**

--The Better Business Bureau has received a customer concern about your...     https://bluecomplaints.bbb.org/Message.aspx?msg=15937518&chk=B...

law daily looking for me. they jave all my information which i dont like, ive searched these people and its the same scam for everone else they call.

**Complaint Background:**
**Product/Service:** collection
**Purchase Date:** 7/31/2015
**Problem Occurred:** 7/31/2015
**Model:**
**Account Number:**
**Order Number:**
**Talked to Company:** 7/31/2015

**Name of Salesperson:**

**Purchase Price:** $0.00
**Disputed Amount:** $300.00

**Desired Outcome:**
i just want them to stop calling me and my family about this fake loan scam and to destory my personal information they have on record

**Desired Settlement:**
Stop Contacting Me

8/5/2015 7:06 AM

The Better Business Bureau has received a customer concern about your...     https://bluecomplaints.bbb.org/Message.aspx?msg=15944641&chk=N...



**BBB of Wisconsin**
10019 W. Greenfield Ave
Milwaukee, WI 53214
Phone: (414)847-6000 | Fax: (414)302-0355
info@wisconsin.bbb.org

8/5/2015

Pauline Kussart
The Stark Agency
6425 Odana Rd Ste 22
Madison  WI  53719

Dear Pauline Kussart:

Better Business Bureau received a customer concern about your business.  The complaint was submitted on **8/4/2015 8:49:03 PM** and was assigned an ID of 1▌▌▌▌▌▌

From time to time, every business generates a complaint. So far, we only have one side of the story, and we are interested in hearing your side as well. The BBB offers you the opportunity to preserve consumer goodwill by addressing the issues presented in the complaint on the reverse side.

The BBB takes no position as to the validity of the complaint. Our goal is to help you and the consumer resolve this issue in a mutually satisfactory manner.

In the interest of time and good customer relations, please provide the BBB with written verification of your position in this matter by 7 business days. Your prompt response greatly enhances the chances for a successful resolution. Failure to respond to this complaint may negatively affect your BBB rating.

If you are unable to respond to the email below, then please respond in writing to the address or fax number above.

We look forward to your prompt attention to this matter.

Sincerely,

Bradley Colmerauer
Lead Trade Practice Consultant
bcolmerauer@wisconsin.bbb.org
Better Business Bureau

**Please Note:** The name of companies with Unanswered complaints may be shared with the media. Please understand that the customer's complaint and your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer.  By submitting your response, you are representing that it is a truthful account of your experience with this customer.  The BBB may edit the context of your response to protect privacy rights and to remove inappropriate language.

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Yolanda ▌▌▌▌▌▌
▌▌▌▌▌▌▌  NJ ▌▌
Daytime Phone: ▌▌▌▌▌▌▌
E-mail: ▌▌▌▌▌▌▌

The details of this matter are as follows:
**Complaint Involves:**
Billing or Collection Issues

**Customer's Statement of the Problem:**
i have gotten several phone calls from this company. i returned the call and the person on the phone said they were collecting a debt over $2000 for a pay day loan i apparently took out april 15, 2014. there are several things wrong with this. 1, they did not have some

**Kussart Att. J**
**Page 3 of 22**

The Better Business Bureau has received a customer concern about your...          https://bluecomplaints.bbb.org/Message.aspx?msg=15944641&chk=N...

of my information correct. they did have my social which causes me concern. 2, i live in nj, pay day loans are not allowed in the state of nj. when i asked her to send me something in writing she kept telling me they did, even though i told her the email she stated was not mine and refused to send me anything. also, they did not have my correct mailing address. the number that they called me from was 1-844-469-4609. the whole situation is fake. i never took any pay day loans out in the past 5 years. even if it had been allowed in nj which it is not.

**Complaint Background:**
**Product/Service:**
**Purchase Date:** 4/15/2014
**Problem Occurred:** 8/4/2015
**Model:**
**Account Number:**
**Order Number:**
**Talked to Company:** 8/4/2015

**Name of Salesperson:**

**Purchase Price:** $0.00
**Disputed Amount:** $0.00

**Desired Outcome:**
i want no furthur contact from this company. and also it investigated how they got some of my information especially my social security number.

**Desired Settlement:**
Stop Contacting Me

8/5/2015 11:32 AM

The Better Business Bureau has received a customer concern about your...          https://bluecomplaints.bbb.org/Message.aspx?msg=15997486&chk=uM...



**BBB of Wisconsin**
10019 W. Greenfield Ave
Milwaukee, WI 53214
Phone: (414)847-6000 | Fax: (414)302-0355
info@wisconsin.bbb.org

8/11/2015

Pauline Kussart
The Stark Agency
6425 Odana Rd Ste 22
Madison WI 53719

Dear Pauline Kussart:

Better Business Bureau received a customer concern about your business. The complaint was submitted on **8/10/2015 5:45:45 PM** and was assigned an ID of 1⬛⬛⬛⬛⬛

From time to time, every business generates a complaint. So far, we only have one side of the story, and we are interested in hearing your side as well. The BBB offers you the opportunity to preserve consumer goodwill by addressing the issues presented in the complaint on the reverse side.

The BBB takes no position as to the validity of the complaint. Our goal is to help you and the consumer resolve this issue in a mutually satisfactory manner.

In the interest of time and good customer relations, please provide the BBB with written verification of your position in this matter by 7 business days. Your prompt response greatly enhances the chances for a successful resolution. Failure to respond to this complaint may negatively affect your BBB rating.

If you are unable to respond to the email below, then please respond in writing to the address or fax number above.

We look forward to your prompt attention to this matter.

Sincerely,

Bradley Colmerauer
Lead Trade Practice Consultant
bcolmerauer@wisconsin.bbb.org
Better Business Bureau

**Please Note:** The name of companies with Unanswered complaints may be shared with the media. Please understand that the customer's complaint and your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the context of your response to protect privacy rights and to remove inappropriate language.

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Jennifer ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛ CT ⬛⬛⬛⬛⬛⬛⬛⬛
Daytime Phone: ⬛⬛⬛⬛⬛⬛⬛⬛
E-mail: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**The details of this matter are as follows:**
**Complaint Involves:**
Billing or Collection Issues

**Customer's Statement of the Problem:**
I just received a phone call from my 75 year old mother telling me that Stark Recovery had called her at her home asking for information about me and that Stark Recovery left a message saying they were a collection agency looking for any information

**Kussart Att. J
Page 5 of 22**

The Better Business Bureau has received a customer concern about your...          https://bluecomplaints.bbb.org/Message.aspx?msg=15997486&chk=uM...

regarding myself and that this was in reference to a "bad check." My mother asked the woman to be transferred to a supervisor and told her she wants her attorney to call them back. The woman refused to give a name or number. Furthermore, it is AGAINST THE LAW to disclose information regarding a debt to anyone other than the person responsible. Stark Recovery has NEVER CALLED ME OR SENT ME A SINGLE LETTER IN THE MAIL. I will have my lawyer call them as soon as they send a SINGLE letter in the mail stating what this is in reference to. My address hasn't changed in EIGHT years. If they are saying it's a "bad check" then they would know my address is on the FRONT OF THE CHECK.

**Complaint Background:**
**Product/Service:** I have no idea
**Purchase Date:** 8/10/2015
**Problem Occurred:** 8/10/2015
**Model:**
**Account Number:**
**Order Number:**

**Name of Salesperson:**

**Purchase Price:** $0.00
**Disputed Amount:** $0.00

**Desired Outcome:**
I want a copy of the returned check and a letter from this agency.

**Desired Settlement:**
A Phone Call

2 of 2                                                                                                                          8/11/2015 8:13 PM

The Better Business Bureau has received a customer concern about your...          https://bluecomplaints.bbb.org/Message.aspx?msg=16166577&chk=K...



BBB of Wisconsin
10019 W. Greenfield Ave
Milwaukee, WI 53214
Phone: (414)847-6000 | Fax: (414)302-0355
info@wisconsin.bbb.org

8/28/2015

Pauline Kussart
The Stark Agency
6425 Odana Rd Ste 22
Madison WI 53719

Dear Pauline Kussart:

Better Business Bureau received a customer concern about your business.  The complaint was submitted on **8/28/2015 9:48:31 AM** and was assigned an ID of ▆▆▆▆▆▆

From time to time, every business generates a complaint. So far, we only have one side of the story, and we are interested in hearing your side as well. The BBB offers you the opportunity to preserve consumer goodwill by addressing the issues presented in the complaint on the reverse side.

The BBB takes no position as to the validity of the complaint. Our goal is to help you and the consumer resolve this issue in a mutually satisfactory manner.

In the interest of time and good customer relations, please provide the BBB with written verification of your position in this matter by 7 business days. Your prompt response greatly enhances the chances for a successful resolution. Failure to respond to this complaint may negatively affect your BBB rating.

If you are unable to respond to the email below, then please respond in writing to the address or fax number above.

We look forward to your prompt attention to this matter.

Sincerely,

Bradley Colmerauer
Lead Trade Practice Consultant
bcolmerauer@wisconsin.bbb.org
Better Business Bureau

**Please Note:** The name of companies with Unanswered complaints may be shared with the media. Please understand that the customer's complaint and your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer.  By submitting your response, you are representing that it is a truthful account of your experience with this customer.  The BBB may edit the context of your response to protect privacy rights and to remove inappropriate language.

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Jennifer ▆▆▆▆
▆▆▆▆▆▆▆ KY ▆▆▆▆
Daytime Phone: ▆▆▆▆▆▆▆
E-mail: ▆▆▆▆▆▆

The details of this matter are as follows:
**Complaint Involves:**
Billing or Collection Issues

**Customer's Statement of the Problem:**
This company has been harrassing me for 2 years about an alleged payday loan that I was supposed to have done. I have NOT taken any payday loans. They call my work, my family, my ex family, my in-laws. They are relentless. They threaten to serve papers, they

1 of 2                                                                                      8/28/2015 9:31 AM

**Kussart Att. J
Page 7 of 22**

The Better Business Bureau has received a customer concern about your...          https://bluecomplaints.bbb.org/Message.aspx?msg=16166577&chk=K...

threaten with jail. Thy will NOT stop calling. When asked to send proof, they do not send it.

**Complaint Background:**
**Product/Service:** payday loan
**Purchase Date:** 8/28/2011
**Model:**
**Account Number:** 4██████
**Order Number:**

**Name of Salesperson:**
esmerelda
**Purchase Price:** $300.00
**Disputed Amount:** $0.00

**Desired Outcome:**
I want them to leave me and others like me alone. They are a horrible company that preys on people and takes the money of the trusting or gulliable.

**Desired Settlement:**
Stop Contacting Me



**BBB of Wisconsin**
10019 W. Greenfield Ave
Milwaukee, WI 53214
Phone: (414)847-6000 | Fax: (414)302-0355
info@wisconsin.bbb.org

11/11/2015

Pauline Kussart
The Stark Agency
6425 Odana Rd Ste 22
Madison  WI  53719

Dear Pauline Kussart:

Better Business Bureau received a customer concern about your business.  The complaint was submitted on **11/11/2015 9:59:42 AM** and was assigned an ID of 1███████.

From time to time, every business generates a complaint. So far, we only have one side of the story, and we are interested in hearing your side as well. The BBB offers you the opportunity to preserve consumer goodwill by addressing the issues presented in the complaint on the reverse side.

The BBB takes no position as to the validity of the complaint. Our goal is to help you and the consumer resolve this issue in a mutually satisfactory manner.

In the interest of time and good customer relations, please provide the BBB with written verification of your position in this matter by 7 business days. Your prompt response greatly enhances the chances for a successful resolution. Failure to respond to this complaint may negatively affect your BBB rating.

If you are unable to respond to the email below, then please respond in writing to the address or fax number above.

We look forward to your prompt attention to this matter.

Sincerely,

Bradley Colmerauer
Lead Trade Practice Consultant
bcolmerauer@wisconsin.bbb.org
Better Business Bureau

**Please Note:** The name of companies with Unanswered complaints may be shared with the media. Please understand that the customer's complaint and your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the context of your response to protect privacy rights and to remove inappropriate language.

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Lakisha ███████
███████ OH ███████
Daytime Phone: ███████
E-mail: ███████

The details of this matter are as follows:
**Complaint Involves:**
Billing or Collection Issues

**Customer's Statement of the Problem:**
I received a call from this company Nov 9 2015 alleging that I owe a payday loan from 2012. The young lady repeated my social security back to me but did not have my current full name. I informed them that I had filed chapter 7 in 2014 and it was discharged.

**Kussart Att. J**
**Page 9 of 22**

The agent never asked for my bk case number as other debt collectors have. She asked for my attorneys name and phone number. She stated that she would give them a call as well. The same evening my mother called me and stated that they called her looking me. I called them and left a voicemail stating that I had filed chapter 7 with my case number. I informed them that it was illegal to attempt to collect on a debt that has been discharged through bankruptcy. If they continued with the calls that I would take legal action against them. Now they call my mother's phone more than they did before. I am informing the BBB and the FTC about their illegal collection practices. I have noted everyday that they call along with the times.

**Complaint Background:**
**Product/Service:**
**Purchase Date:** 11/9/2015
**Problem Occurred:** 11/9/2015
**Model:**
**Account Number:**
**Order Number:**
**Talked to Company:** 11/9/2015

**Name of Salesperson:**

**Purchase Price:** $0.00
**Disputed Amount:** $0.00

**Desired Outcome:**
I want them to follow the law and stop harassing me and my family or I will bring a suit upon this company!

**Desired Settlement:**
No further contact by the business



**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

August 4, 2015

PIU: 650970

Ms. Pauline Kussart
P.O. Box 45710
Madison, WI 53744-5710

Dear Ms. Pauline Kussart:

Thank you for your correspondence to the Office of the Attorney General regarding the collection calls that you are receiving. Often it is only through letters from concerned and responsible citizens that our office becomes aware of consumer problems.

We receive many complaints from consumers who believe that they are being called by a California collection agency because a California telephone number is being displayed on their Caller ID. This is not necessarily the case. Caller ID Spoofing, the practice of causing the telephone network to display a number on the caller ID display which is not that of the actual originating telephone, is inexpensive and easy to do. In addition, prepaid cellular telephones and prepaid telephone calling cards that display a California (or any other number) can be used anywhere in the world. Finally, telephone calls placed over the Internet (VOIP calls) can be programmed to display any number, and again, can be made from anywhere in the world.

If you are getting telephone calls from a collection agency, ask them to send you a bill in the mail. Do not give out your bank account or credit card number over the telephone to a stranger. If you are not sure if you have a debt that has been turned over to collections, contact the original creditor and ask them if your debt has been sold or assigned to a third party. If you do not have any delinquent debts, the call may simply be fraudulent. In that case, your best option is to screen-out and hang-up on such calls.

We hope this information will be helpful to you. Thank you again for writing.

Sincerely,

Reyzamyn Reyes
Public Inquiry Unit

For    KAMALA D. HARRIS
       Attorney General

**Kussart Att. J**
**Page 11 of 22**

CFPB Portal - Complaint Detail                    https://secure.consumerfinance.gov/app/instAgent/detail/comp_id/1566809

Choose...

## WHAT HAPPENED

Product:                 Debt collection: I do not know
Issue:                   Improper contact or sharing of info: Contacted employer after asked not to
Describe what happened:  They called my daughter, my mother, and my employer in 1 day. Left a threatening message about a "serious legal matter" involving me and telling my HR department they now associated my name with their business (basically threatening my employer). I returned the call got a rude employee wanting me to give him Social Security number etc. which I refused.

## DESIRED RESOLUTION

Desired resolution:      To have them call and talk to me as a human being and not disclose information or threaten others.

## CONSUMER INFORMATION

Salutation:              Mrs
First name:
Last name:

On behalf of myself:     Yes

Complainant is a service member:          No
Complainant is a dependent of a           No
service member:

## PRODUCT INFORMATION

Company name:            Stark Recovery
Country:                 United States

DEBT COLLECTOR INFORMATION                          CREDITOR INFORMATION
Company name             Stark Recovery
Country                  US

Phone 1                  8447034113

Representative Name      Natalie
                                                    File against original creditor        No

## CASE DETAILS

Case number:             1
Company status:          Sent to company
Sent to company:         09/05/2015 17:56
Respond by:              09/20/2015
Related Case?            No

1 of 1                                                                      9/8/2015 7:15 AM

**Kussart Att. J
Page 12 of 22**

CFPB Portal - Complaint Detail

https://secure.consumerfinance.gov/app/instAgent/detail/comp_id/1623693

Choose...

**WHAT HAPPENED**

Product: Debt collection: I do not know
Issue: Taking/threatening an illegal action: Threatened arrest/jail if do not pay
Describe what happened: received call from The Stark Collection agency regarding "loan" taken out in 2012. Agent answering phone made me confirm/ deny my full social security number before proceeding with call. Agent instructed me to not talk/ ask questions until she was done with all of her part of the conversation. Indicated that she was a litigation specialist and that I had only two options on the call to take. Got hung up on during conversation. Called back, got same agent who insisted that I re-verify personal information before continuing call. Was told that I had to agree to one of the two options presented, she would not provide any details regarding debt, who the creditor was, nor provide copies. I was told that the creditor had already contacted me via e-mail regarding the matter and now her company was retained to collect on said debt. Was told that they would contact me at my employer at personal residence if unresolved tonight. Was told that they will take full action in court to obtain judgment against me.

**DESIRED RESOLUTION**

Desired resolution: I would like for full disclosure on said debt that this company claims I owe. I want no credit hits due to this issue until fully disclosed and proper time to remit documents and to understand how my personal information got to them. I want phone calls, attempts to contact me at home/ work to stop until full disclosure is made.

**CONSUMER INFORMATION**

First name: Julie
Last name: ██████

Complainant's last four digits of SSN: ████

On behalf of myself: Yes

Complainant is a service member: No
Complainant is a dependent of a service member: No

**PRODUCT INFORMATION**

Company name: The Stark Collection Agency
Country: United States

| DEBT COLLECTOR INFORMATION | | CREDITOR INFORMATION | |
|---|---|---|---|
| Company name | The Stark Collection Agency | | |
| Country | US | | |
| Phone 1 | 844-336-2472 | | |
| Representative Name | Leslie Fox extension 407 | | |
| | | File against original creditor | No |

**CASE DETAILS**

Case number: ██████████
Company status: Sent to company
Sent to company: 10/13/2015 20:02
Respond by: 10/28/2015
Related Case? No

1 of 1

10/14/2015 7:24 AM

**Kussart Att. J**
**Page 13 of 22**

CFPB Portal - Complaint Detail                    https://secure.consumerfinance.gov/app/instAgent/detail/comp_id/1735727

Choose...

**WHAT HAPPENED**

Product:                    Debt collection: I do not know
Issue:                      Cont'd attempts collect debt not owed: Debt is not mine
Describe what happened:     Caller identifies herself as calling from Stark Collection Agency- her name is Leslie Fox. She stated that if I do not call back within 48
                            hours that they will attempt to locate me at my place of employment and/or residence. The phone number she listed was 844-336-2472 Her
                            demeanor is nasty and her attempts to collect are harassing.

**DESIRED RESOLUTION**

Desired resolution:         I do not have an answer on this. I filed with your office back on 10/13/15, case number ████████ There was never an
                            outcome given other than there was insufficient information to move forward with your investigation. I had not heard from this company since
                            the complaint was filed.

**CONSUMER INFORMATION**

First name:                 Julie
Last name:

Complainant's last four digits of SSN        ████

On behalf of myself:        Yes

Complainant is a service member:             No
Complainant is a dependent of a              No
service member:

**PRODUCT INFORMATION**

Company name:               The Stark Collection Agency
Country:                    United States
Account number:             unknown

DEBT COLLECTOR INFORMATION                              CREDITOR INFORMATION
Company name                The Stark Collection Agency
Country                     US

Phone 1                     844 336 2472

Representative Name         Leslie Fox extension 407
Account Number              unknown
                                                       File against original creditor          No

**CASE DETAILS**

Case number:                ████
Company status:             Sent to company
Sent to company:            12/30/2015 19:29
Respond by:                 01/14/2016
Related Case?               No

**Kussart Att. J**
**Page 14 of 22**

# *MASSPIRG*
# *Consumer Action Center*
**Whipple Center, 182 Green Street, North Weymouth, MA 02191 (781)335-0280**

November 9, 2015

Stark Recovery
Attn: Complaint Manager
6425 Odana Road
Madison, WI 53710

RE: Consumer Complaint #1 ████

Dear Sir/Madam:

MASSPIRG Consumer Action Center is part of a network of eighteen Local Consumer Programs throughout Massachusetts working in cooperation with the Massachusetts Office of the Attorney General to resolve disputes between consumers and businesses through a voluntary mediation process. This office received the enclosed complaint which has been filed against your business.

Kristen ████ claims you are attempting to collect a debt she is not aware of. Ms. ████ is requesting you provide proof of debt and to cease all phone contact to the following telephone numbers ████████████████ and ████████

In order to facilitate the mediation process and to ensure that we have all the facts, we ask that you complete the enclosed Merchant Response Form and return it to us within ten (10) days, along with copies of any documentation you think may be helpful in attempting to resolve the dispute. Please do <u>not</u> send originals as your documents will not be returned to you. If you prefer to respond by telephone, please call us at 781-335-0280.

Thank you for your anticipated cooperation.

Sincerely,

Laurie Thornton, Assistant Director
MASSPIRG Consumer Action Center
Fax # 781-340-3991
jfoy@masspirg.org

Enclosure:   Consumer Complaint
             Business Response Form

*Working in Cooperation with the Massachusetts Attorney General's Office*

**Kussart Att. J**
**Page 15 of 22**

# *MASSPIRG Consumer Action Center*

### *Working in Cooperation with the Massachusetts Attorney General's Office*

**Merchant Response Form**

Consumer's Name:     Kristin ▮▮▮▮

Consumer's Address:     ▮▮▮▮▮▮▮▮▮▮MA ▮▮▮▮

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Merchant Contact Name and Position:_____

Merchant Name:_____

Merchant Address (street/city/zip):_____

_____

Telephone Number:_____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

What attempt(s), if any, have you made to resolve this dispute?

_____
_____
_____
_____
_____

What is the present status of this dispute:

_____
_____
_____
_____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Please return this form and copies of any relevant documentation to:     **MASSPIRG Consumer Action Center**
**182 Green Street, Room 5**
**North Weymouth, MA  02191**
**(781)335-0280**
**FAX: (781)340-3991**

Note:  Under most circumstances, the text of this form and any documentation will be considered a public record and be available to any member of the public upon request.

With respect to any consumer's information you may possess, please do NOT include personal information or documents containing personal information as defined by M.G.L. c. 93H, § 1, i.e., a Massachusetts resident's name along with a social security number, driver's license number, financial account number, or credit or debit card number.  If we need additional personal information, we will request it.

*OFFICE USE ONLY*

*Complaint No:* ▮▮▮▮ *(Stark Recovery)*
*Date Sent:* November 9, 2015
*Date Recvd by MASSPIRG CAC:*



## ATTORNEY GENERAL OF MISSOURI
### JEFFERSON CITY
#### 65102

CHRIS KOSTER
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

September 29, 2015

Stark Recovery
6425 Odana Rd Ste 22
Madison, WI 53719

RE: Complaint No. ███████████ Jonah ███████

Dear Stark Recovery:

The Missouri Attorney General's office has received a consumer complaint concerning your business practices. We have provided a copy of the complaint for your review. Please provide a written response to our office within fourteen (14) days. At that time, we will review and determine what further action may be warranted by our office. In responding to our office, we ask that you reference the complaint number.

In addition, please be informed that the Attorney General's office has the authority to investigate and prosecute violations of the Missouri Merchandising Practices Act, Chapter 407, RSMo, and will take legal action when necessary to protect consumers from fraud.

We appreciate your cooperation in this matter and if you have any questions or concerns, please feel free to contact me.

Sincerely,

*Sue Reed*

Sue Reed
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: Sue.Reed@ago.mo.gov
Phone: (573) 751-3630 | Fax: (573) 751-7948

**Kussart Att. J**
**Page 17 of 22**

## Consumer Complaint No. CC-2015-09-007283 Details

### Consumer Information

| | |
|---|---|
| Name: | Jonah █████ |
| Address: | ██████ MO ████ |
| Primary Phone: | █████████ (Residential) |
| Secondary Phone: | |
| Email: | ████████████ |

### Business Information

| | |
|---|---|
| Business Name: | Stark Recovery |
| Address: | 6425 Odana Rd Ste 22 Madison, WI 53719 |
| Phone: | |
| Fax: | |
| Email: | |
| Website: | |
| Contact Person: | |

### Complaint Information

| | |
|---|---|
| Complaint Number: | ███████████ |
| Consumer Info: | Over Age 60 No; Disabled: No; Veteran: No |
| Category: | Financial - Debt Collector |
| Transaction Date: | |
| Financial Loss: | No |
| Contract Signed: | No |

Brief description of complaint:

I was contacted by "Stark recovery" and informed that I had a "debt in litigation for a balance of $2780.00" which they would settle with me for $780.00. Jordan Coleman (the representative I spoke with) said it was a "debt past collection and now in litigation". I asked where this debt originated because I had never received any communication to attempt to collect this debt, and she said it was an "online payday loan through Cardinal Management LLC for $500.00." I informed her I never took a payday loan through said company and requested documentation and evidence of said loan and/or collection attempts (of which I had/have received none). She replied that they could only send me an "Authorization form" to begin making payments but "no documentation of debt owed would be provided". She said that after I paid off the due amount, I would receive a "paid-in-full" receipt. Stark Recovery has contacted my father and threatened to call my employer. They have my personal information, including my full social security number, which they read off to me. They also have an old address of mine, and my email address. I contacted Credit Law Agency who informed me that federal law requires any debt collections company to provide documentation of said debt. They informed me, after I described the entire situation to them, that the calls I received were not calls from a legitimate collector and that this was a scam attempting to obtain money and/or personal information from me. I later received another call from Stark Recovery which asked how I would proceed with payment. I told them that I believed they were attempting to defraud me and I had nothing more to say to them. Jordan Coleman (the Stark Recovery representative I spoke with) told me that "they will go ahead and begin the process of prosecuting me to the fullest extent of the law". The call ended with that.

Consumer has indicated that the following statements apply to this complaint:

- Consumer has taken these action(s):
- Consumer has contacted agencies:
- Consumer would like complaint resolved via:

Printed 9/29/2015

**Kussart Att. J**
**Page 18 of 22**

 **MIKE DEWINE**
★ OHIO ATTORNEY GENERAL ★

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

November 10, 2015

Stark Collections
PO Box 45710
Maddison, WI 43744

Re: Sally ▉▉▉
    Complaint #: ▉▉▉

Dear Sir/Madam:

The Ohio Attorney General's Consumer Protection Section has received the enclosed complaint regarding your company.

As you may be aware, two primary functions of the Attorney General's Consumer Protection Section are to reach a resolution to consumer complaints and to bring suppliers into compliance with the Ohio Consumer Sales Practices Act (C.S.P.A.), Ohio Revised Code (R.C.) 1345.01 et seq. and the Ohio Administrative Code (O.A.C.) 109:4-3-01 et seq.

After reviewing the allegations set forth in the consumer's complaint, we are most concerned with the possible violations of the Fair Debt Collections Practices Act. Under Ohio law a violation of this federal act is considered a violation of the C.S.P.A., which specifically prohibits a business from committing an unfair or deceptive act in connection with a consumer transaction.

Before we determine what action will be taken in this matter, we would like to give you the opportunity to present your side of the controversy and propose a compromise or other possible manner of resolving the complaint. We would appreciate it if you would provide your written reply within ten (10) days of receipt of this request so the complaint can be resolved without further action by this office.

Thank you for your prompt attention to this matter. Please feel free to contact us should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Elizabeth Garcia-Ridley
Consumer Protection Specialist
Consumer Protection Section
(614) 387-1103
Elizabeth.Garcia-Ridley@ohioattorneygeneral.gov
(866) 769-6918 (Fax)

Enclosure
2266

NOTE: Please send all communication electronically when possible.

**Kussart Att. J**
**Page 19 of 22**

ComplaintDetailByID - Report Viewer                                    Page 1 of 1



# MIKE DeWINE
### ★ OHIO ATTORNEY GENERAL ★

## Complaint Detail



Complaint No.
Consumer:
Sally
OH
ext. daytime
Email:
Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls
Solicited Via: Telephone Call

Date Entered: 11/6/2015
Supplier:
Stark Collections
PO Box 45710
Maddison, WI 43744-

(866)324-0388 ext. daytime

**Purchase Information:**
Problem Area:            Attempt to collect a debt
Purchase Date:
Total Price:              $0.00
Disputed Amount:         $0.00
Amount Paid So Far:      $0.00

**Description:**
This is solely a debt collection complaint. This company has been calling my cell and my home home repeatedly for a debt for my adult daughter. I have provided them her phone number and asked numerous times that they stop calling me. They have stopped the calls to my cell, but continue to call my home phone. They are rude and argumentative..for a debt that is not mine. I am a midnight worker and their calls wake me up. I have asked 5-6 times for them to stop calling. Today, about 1100, they called and I spoke with "Crystal", I believe, who ARGUED with me stating that this was a different collection company. I am not sure how she knows what collection companies may be calling, but I assured her it was the same. I asked her the name of her company, she reported "Stark Collections." I advised her it was the same company with the same Claim number. She asked me to repeat to her the claim number, I gave her a partial number as the full number was on my desk and I was SLEEPING because as a midnight worker, I sleep during the day. I was not very pleasant during my last two phone conversations with them as I do not owe this debt, my daughter does not live here and I have provided them with her phone number. If they aren't able to get in touch with her, that is not my problem. What is my problem is that I cannot block the jerks from calling my home phone, they wake me up when I am sleeping (I am a registered nurse) and they are not listening to my requests to stop and desist their calls.

I am reaching out because I need your protection.

**Satisfactory Solution:**
Stark Collections to stop calling my home or cell phone.

Complaint No.

Tuesday, November 10, 2015                                   Page 1 of 1

**Kussart Att. J**
**Page 20 of 22**



Ms. Alaina ████████
████████
████ AL

---

October 21, 2015

Stark Recovery Agency
6425 Odana Rd, STE 22
Madison, WI 53719

Re: Telephone Conversation regarding loan

Mr. Eric Boise:

Per our multiple telephone (1-866-207-0845) conversations of October 19, 2015, you informed me that I accepted a loan from your company (Stark Agency) and had not paid the loan back. After I informed you numerous times that I had *NOT* got a loan from your company nor had I applied for a loan from your company via US Mail or internet, you proceeded to threaten me that you would garnish my bank account if I did not set up a payment agreement with you before five o'clock p.m. on that date.

At that time, I requested documentation/proof from your company that indicated that the debt was actually mine; however, you informed me that the company that gave you the collection report had not given you any documents to provide to me proof of this debt and therefore you were not able to provide me with any documentation/proof that the debt belongs to me; however, you still insisted that I set up a payment agreement that day to pay back a loan I had not applied for nor had I made any application via internet.

Once again, via US mail, I am respectfully requesting a copy of any and all documents regarding the above-captioned matter/loan from Stark Agency that indicates proof/validation that this debt belongs to me.

As of today, I have not received any documents via e-mail or US mail from your company that indicates that I am responsible for this debt.

If you are not able to provide me with any documents that specify that the debt is mine and continue to contact me via US Mail or telephone, I will seek legal counsel to resolve this matter.

Thank you in advance for your assistance.

Sincerely yours,



Ms. Alaina ████████
████ AL



**The fine art
of successful
collections.**

October 26, 2015



Ms. Alaina ███████
███████ AL

RE:    Telephone Conversation Regarding Loan

Dear Ms. █████:

I would like to notify you that you have been contacted by a scam business calling itself "Stark Recovery." Unfortunately, in recent months, this business, a legitimate collection agency out of Madison, Wisconsin called "The Stark Collection Agency" has fielded hundreds of calls from individuals with stories like yours.

Your calls did not originate from The Stark Collection Agency. This "Stark Recovery" company entices innocent people to make payments to avoid arrests, lawsuits, or other "legal" action, even when they have no right to do so.

I have spent hours working with the FBI, state Attorneys General, the Better Business Bureau, and other regulatory agencies to try to put an end to this scam. If you would like more information on how to file complaints with some of these agencies, you can visit www.hestark.com or call 608-274-7764 and ask for a manager.

Thank you for your time, and I am sorry you had to experience this inconvenience.

Sincerely,

Pauline Kussart,
President

**www.hestark.com**

A division of:
H.E. Stark Agency, Inc. 6425 Odana Rd. Madison, WI 53719 608-274-7764

# EXHIBIT K



LOGIN



We have translators for
**Spanish & Hmong**

**877-274-7764**

6425 Odana Rd, **Madison, WI** 53719 • Local   **608-274-7764**   • Fax   **608-274-7786**

| Home | Services | Collections | Testimonials | Resources | Community Involvement | Contact Us | About Us |

# URGENT NOTICE OF FRAUDULENT PHONE CALLS

If you receive a call from "Stark Recovery" or "Stark Legal Department" or "Stark Collection's Legal Department" do not give them any information.

This scamming operation is <u>illegally and fraudulently</u> using our name while making threats.

<u>We are The Stark Collection Agency, a legitimate and licensed agency headquartered in Madison.</u>

<u>We are not associated with Stark Recovery.</u>

Their threats include demanding a payment immediately for a defaulted payday loan or other such loan. They will use verbally abusive language saying if you do not pay them you will be arrested or sued for a large sum of money.

\*\*\* Stark Recovery cannot sue you and Stark Recovery cannot sue your family \*\*\*

We strongly urge you to file complaints by clicking on the links below.

- http://www.consumer.ftc.gov/
  This website explains the dangers of fraud and how to put a fraud alert on your credit file.

- http://www.ic3.gov/default.aspx
  It is very important for you to file the complaint ASAP using this link to the FBI internet crime complaint system.

- https://www.bbb.org/scamtracker/us
  This link will take you to the Better Business Bureau's "Scam Tracker" database.

- https://www.ftc.gov/
  This is the Federal Trade Commission

- http://www.consumerfinance.gov/
  This is the Consumer Financial Protection Bureau

- https://www.fbi.gov/report-threats-and-crime
  This is to the FBI financial crimes division.

  The FBI has said they are aware of these scams and there is a large investigation going on.

## Welcome to The Stark Collection Agency!

The Stark Agency is a full-service accounts receivable solutions firm headquartered in Madison, Wisconsin. Originally founded in 1948, The Stark Agency remains one of the most highly regarded collection firms in the upper Midwest. For more than 60 years, we have successfully helped countless organizations strengthen their profitability and improve their cash flow.

**Learn More**

**Our Mission Statement**

Kussart Att. K
Page 1 of 2

# EXHIBIT K

Delivering successful collection results through partnerships built on respect and integrity

**In all of our relationships we will demonstrate our commitment to our corporate values:**

- Respect
- Flexibility
- Ethical Behavior

- Integrity
- Trustworthiness
- Innovation

- Accountability
- Consistency

Click below to learn how we carry out our corporate values.

**Learn More**

**Ask Doctor Debt**

 

*Ask Doctor Debt is a fast, free, and friendly consumer education website that offers consumers a vast array of information and tools to seek solutions to their credit and debt issues*

  

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
THE STARK COLLECTION AGENCY IS AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

Home      Services      Collections      Testimonials      Resources      Community Involvement      Contact Us      About Us

© 2016, The Stark Collection Agency. 6425 Odana Rd STE 22, Madison, WI 53719
All rights reserved. Site developed by Brian Stenzel.

THIS COLLECTION AGENCY IS LICENSED BY THE DIVISION OF BANKING IN THE WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, WWW.WDFI.ORG.
THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.
THIS COLLECTION AGENCY IS LICENSED BY THE TENNESSEE COLLECTION SERVICE BOARD OF THE DEPARTMENT OF COMMERCE AND INSURANCE.
NORTH CAROLINA PERMIT NUMBER 111755.

**Kussart Att.  K**
**Page 2 of 2**

# EXHIBIT L

Fraudulent Debt Collection Company's Scam Reaches Stark Collecti...          http://www.acainternational.org/news-fraudulent-debt-collection-co...

# Fraudulent Debt Collection Company's Scam Reaches Stark Collection Agency

Oct 01, 2015

**The ACA member company is flooded with calls as a result of "Stark Recovery's" operation to contact consumers who previously applied for payday loans about debts they do not owe.**

A fraudulent debt collection operation calling itself "Stark Recovery" and working from a shadow office in California is wreaking havoc on an ACA Member in Wisconsin.

For more than two months, the Stark Collection Agency of Madison, Wis. has been fielding dozens of calls a day from consumers around the nation who have been threatened with arrest, imprisonment, lawsuits and the like, according to the company's attorney, Christopher J. Smith.

Stark Collection Agency is in no way affiliated with the fraudulent debt collection operation "Stark Recovery."

Frequently, the consumers applied online for a payday loan months before receiving a call from "Stark Recovery." Callers who identify themselves as "Stark Recovery" employees tell consumers that they have their Social Security number and bank account information, and many of these consumers then arrange ACH payments with "Stark Recovery."

Consumers often report to Stark Collection Agency that their neighbors, employers, and family members have received similar threats from "Stark Recovery."

Smith said alerting the proper authorities and directing the aggrieved parties to file complaints has not achieved satisfactory results.

Legitimate debt collectors are not consumers' enemies are not interested pursuing a debt that is not owed and it is illegal to make such threats as arrest or a lawsuit. By law, the collector must inform you of your right to dispute the debt and request written verification if requested. Once sought, all collection activity stops until this proof is provided.

ACA International's **Ask Doctor Debt (http://www.askdoctordebt.org/)** website has resources for consumers to better understand debt collection and their rights.

Has your company experienced a similar scam or do you have ideas how to help? Let ACA's communications department know at comm@acainternational.org.

Follow ACA on Twitter **@ACAIntl (https://twitter.com/ACAIntl)** or **Facebook (https://www.facebook.com/acaintl)** for news and event
... of 2

**Kussart Att. L**
**Page 1 of 2**
**EXHIBIT L**

1/6/2016 10:35 AM

Fraudulent Debt Collection Company 46 Scam Sued Stark Collectiled: http://www.acainternational.org/news-fraudulent-debt-collection-co...

updates. ACA's LinkedIn Group includes news updates, member discussions, event promotions, jobs and more. Visit the **group page (https://www.linkedin.com/groups?home=&gid=1900905& trk=anet_ug_hm)** and request to join today.

(/news.aspx)   (/)   (/education.aspx#calendar)

(/products.aspx)    (/join.aspx)

(about.aspx)

## ACA International

- Advertising Information (about-advertising-information-462.aspx)
- Logo Use Policy (about-logo-use-policy-164.aspx)
- Copyright Policy and Reprint Requests (about-copyright-policy-and-reprint-requests-12855.aspx)
- Terms of Use (about-terms-of-use-12856.aspx)
- Privacy Policy (about-privacy-policy-12858.aspx)
- Contact Us (contact.aspx)
- Legal Disclaimer (about-legal-disclaimer-30719.aspx)

ACA International, the Association of Credit and Collection Professionals, is the comprehensive, knowledge-based resource for success in the credit and collection industry.

Founded in 1939, ACA brings together third-party collection agencies, law firms, asset buying companies, creditors and vendor affiliates, representing more than 230,000 industry employees. ACA establishes ethical standards, produces a wide variety of products, services and publications, and articulates the value of the credit and collection industry to businesses, policymakers and consumers.

ABOUT ACA (ABOUT.ASPX)          MEMBERSHIP INFORMATION (JOIN.ASPX)

MEMBERSHIP DIRECTORY (MEMBERDIRECTORY.ASPX)

---

ACA International - 4040 W. 70th Street - Minneapolis, MN 55435          © 2016 ACA International

**Kussart Att. L**
**Page 2 of 2**

# EXHIBIT M



# The Stark Messenger

## STARK AGENCY

*The fine art of successful collections.*

## September, 2015

## President's Message

Our recent feature articles on Identity Theft Prevention is very timely. For the past 6 weeks we have been fielding dozens of phone calls a day from consumers all over the U.S. who have been called and harassed and bullied by a scam operation calling themselves Stark Recovery (SR). These victims google Stark Recovery and our website immediately pops up. The commonality coming from each victim is that they applied for a loan on-line. We have been in contact with the FBI who have told us that the criminals either hacked data or purchased hacked data. The scary thing is that SR callers have every possible piece of personal data on each victim, such as: SSN, DOB, bank account information, employment, names, addresses and phone numbers of the victims and in some cases the victims extended family and friends.

Data breaches and hacking have all of us very nervous. That is why we here at the Stark Collection Agency take security concerns very seriously. We realize you entrust us with your customers' personal data. We have a very comprehensive and strong set of security standards in place to prevent breaches. We review and test those standards routinely and if we need to make modifications our two full-time IT professionals are fully capable of tweaking the system to keep the data safe. Do not hesitate calling me if you have any concerns about our security measures.

Pauline Kussart
Owner & President pkussart@hestark.com

*Pauline Kussart*

## Agency Updates

Welcome to our new clients:

- Oakdale Electric Cooperative
- St. Elizabeth Empls. Credit Union
- Avante Properties LLC
- Touchstone Senior Services LLC
- Moews Seed Company, Inc.
- Jackson County Clerk of Court
- The Filling Station, LTD
- Co-op Credit Union

Welcome to our new team members:

- Ericka Reategui
- Pam Madrid

## Understanding Regulation Restrictions Related to Contacting Consumers

There are a number of situations that may not allow us to contact a consumer. It is important to understand what regulatory requirements limit our ability to collect ... bt.

1. One of the more common reasons ... ankruptcy protection. We need to suspend collection activity until the ba... pleted. Once that occurs (and if the debt is non-dischargeable) we can res... debt is dischargeable, we will send you notice indicating the account has ... returned to you as uncollectable. Finally, if the bankruptcy action has be... ed with collection activity.

*[handwritten note:] We mentioned SR in our Sept newsletter*

2. We must stop calling the consumer i... ent time or place is inconvenient for them to receive calls. We can still call ... es are appropriate, however, if we have limited call options the likelihood ... consumer is remote.

3. A call to a consumer's place of employment may also present some concerns: if consumers tell us they can't take calls at work, we are obligated to honor that notice. If the workplace telephone number is the only number we have on file and we cannot locate another contact number we can only send notices or perhaps sue the consumer.

4. A consumer may tell us never to call his/her cell phone because the call may create higher billing costs from the phone provider. Unfortunately, we must honor that request. Again, if that is the only phone number on file, our recourse is limited to sending notices or possibly suing.

5. We may receive a letter or a verbal demand to never call or contact the consumer again. We must also honor that request. Our only recourse in this situation is to sue the consumer, if possible.

*Delivering successful collection results through partnerships built on respect and integrity*



# The Stark Messenger

*The fine art of successful collections.*

## *September*, 2015

## President's Message

Our recent feature articles on Identity Theft Prevention is very timely. For the past 6 weeks we have been fielding dozens of phone calls a day from consumers all over the U.S. who have been called and harassed and bullied by a scam operation calling themselves Stark Recovery (SR). These victims google Stark Recovery and our website immediately pops up. The commonality coming from each victim is that they applied for a loan on-line. We have been in contact with the FBI who have told us that the criminals either hacked data or purchased hacked data. The scary thing is that SR callers have every possible piece of personal data on each victim, such as: SSN, DOB, bank account information, employment, names, addresses and phone numbers of the victims and in some cases the victims extended family and friends.

Data breaches and hacking have all of us very nervous. That is why we here at the Stark Collection Agency take security concerns very seriously. We realize you entrust us with your customers' personal data. We have a very comprehensive and strong set of security standards in place to prevent breaches. We review and test those standards routinely and if we need to make modifications our two full-time IT professionals are fully capable of tweaking the system to keep the data safe. Do not hesitate calling me if you have any concerns about our security measures.

Pauline Kussart
Owner & President pkussart@hestark.com



## Agency Updates

Welcome to our new clients:

- Oakdale Electric Cooperative
- St. Elizabeth Empls. Credit Union
- Avante Properties LLC
- Touchstone Senior Services LLC
- Moews Seed Company, Inc.
- Jackson County Clerk of Court
- The Filling Station, LTD
- Co-op Credit Union

Welcome to our new team members:

- Ericka Reategui
- Pam Madrid

## Understanding Regulation Restrictions Related to Contacting Consumers

There are a number of situations that may not allow us to contact a consumer. It is important to understand what regulatory requirements limit our ability to collect a debt.

1. One of the more common reasons is if a consumer has filed for bankruptcy protection. We need to suspend collection activity until the bankruptcy action has been completed. Once that occurs (and if the debt is non-dischargeable) we can restart collection activity. If the debt is dischargeable, we will send you notice indicating the account has been closed in our office and returned to you as uncollectable. Finally, if the bankruptcy action has been dismissed we can also proceed with collection activity.

2. We must stop calling the consumer if he/she tells us that the current time or place is inconvenient for them to receive calls. We can still call at times the consumer indicates are appropriate, however, if we have limited call options the likelihood of reaching the consumer is remote.

3. A call to a consumer's place of employment may also present some concerns: if consumers tell us they can't take calls at work, we are obligated to honor that notice. If the workplace telephone number is the only number we have on file and we cannot locate another contact number we can only send notices or perhaps sue the consumer.

4. A consumer may tell us never to call his/her cell phone because the call may create higher billing costs from the phone provider. Unfortunately, we must honor that request. Again, if that is the only phone number on file, our recourse is limited to sending notices or possibly suing.

5. We may receive a letter or a verbal demand to never call or contact the consumer again. We must also honor that request. Our only recourse in this situation is to sue the consumer, if possible.

*Delivering successful collection results through partnerships built on respect and integrity*



## Helpful Identify Theft Prevention Tips

Retailers and cybercriminals alike love the frenzy of the upcoming holiday shopping season. More and more business is being conducted over the internet. Information that flows electronically 24/7 is increasingly the target of not only identity thieves and scammers, but also organized crime groups and terrorists. The FBI is forcefully attacking the problem. They suggest you protect your home or business by doing the following:

1. Keep your firewall turned on.
2. Install anti-malware software; make sure definitions are up-to-date.
3. Keep your operating system up-to-date.
4. Be careful what you download.
5. Turn off your computer when not in use.
6. Only purchase from sites you trust.
7. When purchasing, verify that you are on the site that you're on.
8. When in doubt, call the company to verify!



## Employee Spotlight: Ericka

My name is Ericka. I am originally from the tropical zone of Peru. I moved to the States when I was 14 with both my parents and brother. It was not easy adjusting to the weather!

I did go to school with fellow Stark employee Belkis who became one of my best friends.

I enjoy going for walks, movies, dancing and having a good time with family and friends. I love traveling and recently visited NYC and NJ this past summer with my daughter. I plan on going back!

I do love doing anything with my daughter such as carnivals, fairs and kids concerts. I am happy she is as adventuresome as me, and can't wait to visit more places with her.

I have a much younger brother and also a brother who is a massage therapist (so if you guys need a massage, let me know!)

I have been working at Woodman's for over 10 years and am very happy to join the Stark Collection team!



## Compliance Corner

A recent case in the Sixth Circuit Court of Appeals (the Sixth Circuit encompasses Michigan, Ohio, Kentucky, and Tennessee) is causing a stir in the debt collection world. In the case, Anarion Investments LLC v. Carrington Mort. Servs. LLC, the Court held that legal entities – such as corporations – can file suit to enforce claims under the FDCPA. Since the FDCPA was enacted, courts and businesses have assumed that the word "consumer" referred only to an individual, and this case now potentially opens the protections of the FDCPA to more sophisticated entities.

The Court arrived at its conclusion through fairly clear logic: while "Consumer" was defined as a "natural person" in the statute, the meaning of the word "person" was unclear. The Sixth Circuit looked to higher precedent, specifically the Supreme Court's reasoning in the 2010 Citizens United case which gave "personhood" status to corporations. The case did feature a strong dissent focused on the FDCPA's intent to protect individuals and not legal entities, and the scope of the FDCPA is still limited to debts incurred for personal reasons, leaving most corporate debts unprotected. Nonetheless, Stark trains all staff to be aware of the difference between legal entities and the principals within those entities, so our current processes will require very little tweaking to accommodate the effects of the Sixth Circuit's decision.

The Stark Collection Agency, Inc. ~ 6425 Odana RD, STE 22, Madison, WI 53719 ~ (877) 274-7764 ~ www.hestark.com

PX    8

## DECLARATION OF MATTHEW BARNES
### PURSUANT TO 28 U.S.C. §1746

I, Matthew Barnes, hereby declare as follows:

1.      My name is Matthew Barnes, and I am a United States citizen who is over the age of eighteen. I reside in Meriden, Connecticut. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.      On or about January 19, 2015, I received a telephone call on my cell phone from a man who told me that his name was Stacey Holmes. Holmes said that he worked for a company named Capitol Harris Miller & Associates ("CHM"), and that he was calling to collect payment on a payday loan he claimed I got in 2012 and failed to pay. I think he said that I owed $700 on the loan. Holmes told me that I had to pay the full amount that day or that CHM would have someone come to my work or home to serve me with papers that day. I told him that I did not owe any money on a payday loan.

3.      I asked Holmes for the name of the payday loan company that CHM claimed I owed, and for any documents showing that I owed the money. He refused to give me that information. I told him that I wasn't going to pay CHM anything without proof that I owed the debt. Holmes then asked me if I had an account at Webster Bank, which I did. He told me my account number and the amount of the balance in my account. He even had information on some of the charges listed on my bank account statement. He also had my social security number. He told me that by not paying this debt I was committing a federal offense, and that CHM would have me arrested if I didn't pay. I have never had a payday loan and I told Holmes that I would not pay CHM.

4.     After I talked with Holmes, I contacted Webster Bank to check my bank account statements to see if any money had been deposited in my account in 2012 by a payday loan company. I told the representative that I spoke with about the phone call I received from CHM claiming that I owed money on a payday loan. The representative informed me that the bank had received a call earlier that day from a person requesting information regarding my account, and that the bank gave them the information because the person gave them my account number and Social Security number. I informed the representative that I did not call earlier that day to request any information regarding my account. I suspect that the person who called was with CHM. I reviewed my bank statements and did not find that any deposits had been made to my account by a payday loan company.

5.     That same day, I also received telephone calls from my mother, step-mother, and sister-in-law, telling me that they had been contacted by Stacey Holmes, from CHM, who told them that I owed $700 on a payday loan and that I had refused to pay the debt. Holmes told them that if the debt wasn't paid CHM would have me arrested. Holmes told my relatives that if they paid CHM the money they could keep me from going to jail, and that I would get me off "scot free."

6.     I was very upset that Holmes had contacted my family and told them about the debt CHM claimed I owed, and tried to get my family to pay the debt by telling them that if they paid they could keep CHM from having me arrested.

7.     After I refused to pay CHM, its representatives called me about six or seven times, threatening to have me locked up if I didn't pay them. I continued to refuse to pay CHM. CHM's representatives refused to tell me the name of the payday loan company they claimed I owed the debt, and CHM never sent me anything in writing verifying that I owed the debt.

8.     I am very concerned about the fact that CHM has my bank account number and

my social security number. I have no idea how CHM got my confidential personal information.

I filed a complaint against CHM with the Better Business Bureau asking that they stop CHM

from committing fraud against consumers.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _ ./8/ 20 _ .15.

_____

MATTHEW BARNES

# PX      9

## DECLARATION OF SUSAN BURNS
### PURSUANT TO 28 U.S.C. §1746

I, Susan Burns, hereby declare as follows:

1.     My name is Susan Burns, and I am a United States citizen who is over the age of eighteen.  I reside in Auburn, New York.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     On or about March 2013, I received a telephone call at work from a man who told me his name was Michael Gambino.  Gambino told that he was a processor, and asked if I knew that I had charges pending against me for Internet fraud.  Gambino said that I had a payday loan that I owed money on and that if I didn't pay it that day, he was going to come to my job and serve me with papers.  Gambino told me that I would need to get my supervisor because he had a paper for my supervisor to sign.  He then told me that I could avoid him coming to my job if I paid the loan that day, and he gave me a telephone number to call, (888) 414-4535, and a case number 976730.

3.     I called the number Gambino gave me and spoke with a woman, I think she said her name was Lynn, I believe she told me that the name of the company collecting the debt was Capital Harris Miller & Associates.  I asked her the name of the payday loan company that I owed, and she told me that it was Hydra Payday Loans ("HYDRA").  She then told me the last four digits of my social security number, and asked if they were correct.  I told her yes.

4.     When I asked her some questions about the payday loan, and to send me some paperwork proving that I owed Hydra for a payday loan, she began to yell at me.  She said that I was responsible for paying this loan, and that I had charges pending against me.  She told me that

I better take care of the loan or the processor would be coming out to my job. She also threatened to have me arrested if I didn't pay the loan.

5.      I did have a couple of payday loans that I had defaulted on, but I wasn't sure if Hydra was one of the companies that I owed. Even though Lynn refused to give me any information proving that I owed money to Hydra, I agreed to pay CHM. I didn't want CHM's processor coming to my job, and I was also afraid that CHM would have me arrested. Lynn told me that my original loan was for $350, but that I would now have to pay a total of $700. She told me that I had three options of paying CHM, which she rattled off. I made arrangements to make weekly payments to CHM of $87.50, which the company would deduct from my bank account.

6.      After I made four payments of $87.50 to CHM, I stopped making any payments on the loan. I felt that CHM was bullying me by threatening to come to my job, and to have me arrested. I didn't think that a company could have you arrested for defaulting on a loan. I also stopped making payments because CHM kept refusing to give me proof that I owed the debt.

7.      I did an Internet search on CHM and found that there were a lot of complaints from people who had similar experiences with CHM. I filed a complaint against CHM with the Better Business Bureau and with the Federal Trade Commission.

I declare under penalty of perjury that the foregoing statement is true and correct. Executed on ___OCTOBER 19___, 20_15_.

_Susan Burns_

SUSAN BURNS

# PX    10

### DECLARATION OF ASHLEY DUNCAN
### PURSUANT TO 28 U.S.C. § 1746

I, Ashley Duncan, hereby declare as follows:

1.      My name is Ashley Duncan, and I am a United States citizen who is over the age of

eighteen.  I reside in River Grove, (Cook County), Illinois. I have personal knowledge of the

facts stated in this declaration and, if called as a witness, I could and would competently testify

to the facts stated herein.

2.      In May of 2014, I started receiving numerous calls from various debt collectors

attempting to collect on a payday loan that I purportedly owed. One such debt collector was

Capital Harris Miller & Associates (herein "CHM") that called from the phone number 844-207-

1447.

3.      In particular, on or around May 18, 2014, a caller from CHM who identified herself as

Ms. Brown called me and left several voicemails stating that if the listener was not Ashley

Duncan he or she should hang up. The message continued and the caller stated that if Ashley

Duncan was listening to this message, CHM was calling in regard to a debt and she needed to

return the call.

4.      When I returned CHM's call, a receptionist answered but did not state the name of the

company and asked how she could direct my call. I gave the receptionist the reference number

CHM left in the message. After being transferred to CHM, the CHM collector with whom I

spoke knew my address, social security number, date of birth, current phone number, past

address, and past employer.

5.      The CHM collector said that I took out a payday loan for $1,000.00, but the collector

could not say when I took out the loan or give me the name of the original lender. The CHM

Collector stated that with interest and penalties, I owed CHM around $1490.00. I did not know

anything about this purported debt. When I asked the collector to send me proof of the debt, she hung up on me.

6.      CHM continued to call me at least three times a day, every day, for about a month. Ms. Brown from CHM would often leave a voicemail, but when Ms. Brown did not leave a message I still recognized the CHM phone number on my caller ID.

7.      The same day that I spoke to CHM for the first time, CHM also called my grandmother, Barbara Jarosh, and told her that I had defaulted on a loan owed to CHM and that if I did not pay, CHM would collect the debt from my grandmother's assets. I do not know how CHM obtained my grandmother's contact information.

8.      Within one or two days after my initial call with CHM, and after many continued attempts from CHM, CHM called me again and I answered. During this call, the CHM collector represented that the amount owed was actually $600.00 as opposed to the originally quoted $1,000.00. Again, I told CHM that I did not owe this debt and I demanded that CHM send me a letter from the original lender. The CHM collector said I could call them when I was ready to pay and then once again hung up on me after I demanded proof of the debt.

9.      Within one or two days after the second phone call with CHM, CHM called me again and represented that I owed them a payday loan for the original amount of around $300 with interest and penalties added on. Again, CHM could not provide with me any information regarding this purported loan. I advised the CHM collector that the only payday loan I have ever received was paid in full and on time.

10.     The only payday loan I have ever received was on October 15, 2012 from United Cash Loans for $150.00. (See Exhibit A, agreement with United Cash Loans). Per the original agreement, I made payments on this loan and it was paid in full no later than February of 2013.

11.     During the third phone call with CHM, I asked the CHM collector to mail me written proof of the debt. The CHM collector stated that CHM cannot provide proof of the debt because the account was already in collections. When I said that I would call the original lender to verify the debt, the CHM collector stated that I could not do that because CHM managed the collections for the original lender. Based on this representation, I was under the impression that CHM was a law firm representing the lender.

12.     During all of these calls, the CHM collector said that if I did not pay immediately on the phone, CHM would have me arrested at work because I was breaking the law by refusing to pay CHM. This threat was particularly troublesome because at the time I had only been working at my place of employment for six months and I did not want CHM showing up at my job and jeopardizing my employment.

13.     In late May of 2014, I filed a police report with the River Grove Police Department against CHM for their continued attempts to collect on a debt that I did not owe.

14.     I answered a call from CHM one last time in late May of 2014 and told the CHM collector, again, to stop calling me because I did not owe them a debt. The CHM collector threatened me again with arrest at my place of employment, told me that I was being irresponsible for not paying my debts, and called me a deadbeat.

15.     Until about mid-June of 2014, CHM called me at least three times a day. After that, CHM called me at least three times a week.

16.     During the time of CHM's continued calls, and on or around October 30, 2014, I wrote a cease and desist letter to CHM demanding proof of the debt CHM claimed I owed, demanding proof that CHM was licensed as a debt collector in Illinois, and requiring that all further communications be in writing. (See Exhibit A, October 30, 2014 cease and desist letter).

17.     On October 30, 2014, I tried to hand-deliver this letter to CHM's office at 215 Remington Boulevard, Suite E, Bolingbrook, Illinois and at CHM's other office at 2224 West Touhy Avenue, Unit 1E, Chicago, Illinois. I found these addresses on CHM's website. When I arrived at these locations, the buildings appeared to be empty storefronts with no sign of CHM having an office at either of these locations. I searched for CHM on the internet and found a third address: Insight Capital, LLC 2168 Green Springs Highway, Birmingham, Alabama. When I could not hand-deliver the cease and desist letter, I mailed a copy of the letter to each of the three addresses above.

18.     After I sent a cease and desist letter to CHM, I continued to receive calls from CHM so I blocked CHM's phone number. CHM continued to call me three times a week up until at least December of 2014, when I was forced to change my phone number to avoid the collection calls from CHM and other suspicious collection companies.

19.     On or about October 30, 2014, due to CHM's continued calls and threats of arresting me at work, I filed a complaint with the Illinois Attorney General's Office against CHM.

20.     To date, CHM has never served me with notice of any lawsuit against me.


        I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _September 17_, 2015.

                                        _Ashley M. Duncan_
                                        ASHLEY DUNCAN

# EXHIBIT A

**Grotheer, Erin**

| | |
|---|---|
| **From:** | Ashley M Duncan <​█████████████> |
| **Sent:** | Tuesday, September 08, 2015 1:20 PM |
| **To:** | Grotheer, Erin |
| **Subject:** | Fwd: Your UnitedCashLoans Approval Terms |

---------- Forwarded message ----------
From: <customerservice@unitedcashloans.com>
Date: Mon, Oct 15, 2012 at 9:14 PM
Subject: Your UnitedCashLoans Approval Terms
To: █████████████



Phone Number: **1-800-279-8511**
Fax Number: **1-800-803-8794**
Website: **unitedcashloans.com**

---

Attention: ASHLEY DUNCAN

Application ID#: ███████████

Congratulations, your loan in the amount of $150.00 has been approved. The cash will be sent to your bank on 10/15/2012*. It will be up to your bank to post the funds to your account, though the posting usually takes place the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

In the future, you can view the status of your loan at unitedcashloans.com.

If you have further questions about your account, please contact us at customerservice@UnitedCashLoans.com or call us at 1-800-279-8511. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

UnitedCashLoans

*Dates are estimates only.

**PLEASE REVIEW THE FOLLOWING REMINDERS REGARDING YOUR LOAN:**

**Loan Receipt:**
By receiving a loan through UnitedCashLoans you agree that your loan will be renewed on every due date

**DUNCAN EXHIBIT A**
**Page 1 of 4**

unless you request to pay in full or to pay down your principal amount borrowed, at least 3 full business days prior to your next due date. If you do not notify UnitedCashLoans, 3 full business days prior to your due date, you will only pay the renewal fee plus any scheduled pay downs on your due date. If your loan is renewed, you will acquire a new renewel fee. If your pay date falls on a weekend or holiday and you have direct deposit, your account will be debited the business day prior to your normal pay date.

**Renewal:**
Your loan is always due on your paydays. By receiving a loan through UnitedCashLoans you agree that your loan will be renewed unless you request to pay down an additional amount against your principal, or pay out the balance in full. Renewing your loan means that you will pay the renewal fee (only) on this due date. Every time your loan is renewed, you will accrue a new renewal fee. You can renew your loan four times. On the FIFTH and subsequent due dates, you must pay the renewal fee plus pay down your balance by $50.00. This is called an automatic pay down. When in automatic pay down, your principal loan amount and renewal fee will decrease. (EXAMPLE: For a $300.00 dollar loan the fee is $90.00. On the 5th due date, you pay $140.00 which equals the $90.00 renewal fee plus the $50.00 pay down. Consequently, your principal balance will be $250.00 with a new renewal fee of $75.00.) Once the automatic pay down has begun, your loan must be paid down every due date until it is paid in full.

**Pay Down:**
You can pay down your principal amount by increments of $50.00. Paying down will decrease the renewal fee. To accept this option you must notify us of your request in writing via fax at 1-800-803-8794, at least 3 full business days prior to your due date.

If for any reason you do not wish to renew your loan, meaning you wish to pay the full balance or pay down on this due date please log in with your username and password** at unitedcashloans.com to schedule your payment. If you experience difficulty scheduling your payment on our website, please email us at customerservice@UnitedCashLoans.com, contact our Customer Service department at 1-800-279-8511 or refer to the account summary link we have emailed you.

**To locate your username and password, please refer to the email you should have received with the subject line: "Your UnitedCashLoans username and password".

**There is a three-day rule on a full pay out or pay down on your loan. The request must be submitted by 4:30 p.m. CST THREE FULL BUSINESS DAYS prior to your due date. That means if you are due on Friday, your request must be submitted by 4:30 p.m. CST on Monday.**

If we do not receive the documentation, in time, your loan will be renewed.

By receiving a loan with UnitedCashLoans you have agreed to the terms listed below:
AGREEMENT TO ARBITRATE DISPUTES: By signing the application and to induce us, UnitedCashLoans, to process and consider your application for a loan, you and we agree that any and all claims, disputes or controversies that we or our servicers or agents have against you or that you have against us, our servicers, agents, directors, officers and employees, that arise out of your application for a loan, the Loan Agreement that you must sign to obtain the loan, this agreement to arbitrate disputes, collection of the loan, or alleging fraud or misrepresentation, whether under the common law or pursuant to federal or state statute or regulation, or otherwise, shall be resolved by binding individual (and not class) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF") in effect at the time the claim is filed. This agreement to arbitrate disputes shall apply no matter by whom or against whom the claim is filed. Rules and forms of the NAF may be obtained and all claims shall be filed at any NAF office, on the World Wide Web at www.arb-forum.com, or at National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota 55405. If you are unable to pay the costs of arbitration, your arbitration fees will be waived by the NAF. Any arbitration hearing,

**DUNCAN EXHIBIT A**
**Page 2 of 4**

if one is held, will take place at a location near your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Judgment upon the award may be entered by any party in any court having jurisdiction. This Agreement To Arbitrate Disputes is an independent agreement and shall survive the closing and repayment of the loan for which you are applying.

NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.

AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS: To the extent permitted by law, by signing below you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us or our agents, servicers, directors, officers and employees. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. This agreement is not a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.

**Governing Law:** Both parties agree that this Note and your account shall be governed by all applicable federal laws and all laws of the jurisdiction in which the Lender is located, regardless of which state you may reside, and by signing below or by your electronic signature, you hereby contractually consent to the exclusive exercise of regulatory and adjudicatory authority by the jurisdiction in which the Lenders is located over all matters related to this Note and your account, forsaking any other jurisdiction which either party may claim by virtue of residency.

3531 P Street NW
PO Box 111
Miami OK 74355

Confidentiality Statement and Notice: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

--
*Ashley M Duncan*

**DUNCAN EXHIBIT A**
**Page 3 of 4**

Ashley Duncan

Capital Harris Miller and Associates
215 Remington Blvd Ste E, Bolingbrook, IL 60440

10/30/2014

RE: Collection attempts on a debt I do not owe.

Dear Capital Harris Miller & Associates:

On 10/30/2014, you or someone from your company contacted me about a debt. I do not believe
that I owe this, and I dispute it.

In accordance with the Fair Debt Collection Practices Act formally known as and codified under
15 USCA §§ 1692(a-p), I am asking for, and you are required to provide me with the following
information:

a) Why do I owe the money?
b) How this amount has been calculated in a way I can understand.
c) Copies of the papers where I agreed to pay what you say I owe.
d) (if applicable) a copy of the judgment.
e) The name of the original creditor.
f) Demonstrate that you are licensed in my state, and provide this license number to me.

Additionally, please provide this letter to the company for whom you are collecting so that they
have notice of my dispute.

Please inform any credit reporting agencies to which you have reported this debt to, that this debt
is currently in dispute. I will require proof that you have done this.

You are also required to cease and desist from contacting me in this and any related matters
unless it is by United States Mail, and only for the purpose of informing me that you are
terminating all efforts to collect or that you are taking specific court of legal action.

Sincerely,

Ashley Duncan

**DUNCAN EXHIBIT A**
**Page 4 of 4**

# PX 11

## DECLARATION OF JOHN GERSTNER
### PURSUANT TO 28 U.S.C. § 1746

I, John Gerstner, hereby declare as follows:

1. My name is John Gerstner, and I am a United States citizen who is over the age of eighteen. I reside in St. Louis, Missouri. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

2. On or around May 21, 2015, I received a call from a person who claimed to be calling from a firm called "Stark Law." I did not catch the person's name. This person told me that I defaulted on a payday loan that I took out on August 6, 2012 from "Compass Capital." The person then began to go over payment options but I cut him off and told him that he needed to provide proof of this debt to me in the U.S. Mail, and not by email. He then agreed to do so and ended the call. Several weeks later, I received something in the mail from this company, but it was not proof of my debt. I believed this was junk mail and threw it away.

3. I have never heard of "Compass Capital," and I have never taken out a loan from them, if they do in fact exist. I also had never borrowed money from Stark Law. Stark Law's phone number included a 630 area code, and the man who called me said that Stark Law was located at 4 East Ogden, Westmont IL 60559. According to Google Maps, this is the address of a Jewel Osco, not a law firm.

4. I have borrowed money using payday loans in the past, but I have repaid or am in the process of repaying these loans. I am certain that the call made by Stark Law is not connected to my actual, legitimate debt.

5. I do not know how Stark Law acquired my sensitive personal information. When I was first looking into payday loans, I did some research online, and I may have disclosed my

personal information in order to apply for a loan. However, this would have been several years ago, and I do not recall disclosing this information more recently.

6.      I filed a complaint with the Consumer Financial Protection Bureau (CFPB) on May 21, 2015. I have not received any subsequent calls from Stark Law.

7.      Over the past five years, I have received many, many calls just like this one. I have grown more and more infuriated by these calls, and I wish something could be done to make them stop. All of these calls follow an almost identical script, but the caller often changes his or her name, the lender's name, and the lender's location. I do not know whether these calls are all a part of one large scam, but the calls themselves are all very similar, and they are all extremely frustrating. In April 2014, one of these "debt collectors" contacted my 72-year-old father and convinced him that I was in debt and owed $1,200. My father, thinking I was in trouble, agreed to send the $1,200 to pay on my behalf. This call, like all the others, was a scam, and my father was not able to recover the money that was stolen from him.

8.      I am certain that Stark Law is a scam. While I have borrowed money using payday loans, I have kept careful records of my obligations, and I do not believe that I owe anything to Stark Law. I believe Stark Law fraudulently obtained my personal information in order to deceive me into paying a debt that I do not owe.

9.      I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _August 17_____, 2015

_John Gerster_
John Gerstner

2

# PX    12

**DECLARATION OF DONALD GLADSTEIN**
**PURSUANT TO 28 U.S.C. §1746**

I, Donald Gladstein, hereby declare as follows:

1.     My name is Donald Gladstein, and I am a United States citizen who is over the age of eighteen. I reside in Mount Vernon, New York. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     In July 2015, I received a telephone call from a representative who told me that he was with a company named Stark Recovery ("Stark"). Stark's representative told me that he was calling to collect payment on a payday loan for $300 that I got in February 2015, and failed to pay. He told me that the loan would now cost me $690 to payback, and that if I didn't pay that amount right away, the amount I owed on the loan would continue to increase.

3.     I didn't remember taking out the payday loan the representative claimed I owed. I tried to dispute the debt. I asked him for some documentation showing that I owed the debt. He told me that he couldn't give me that information. He kept telling me that their could be consequences if I didn't pay Stark the money. I decided that since $690 was a small amount, I would just go ahead and pay it because I didn't want any problems. I paid Stark the $690 by check, in three installments.

4.     I did an Internet search on Stark and found a lot of complaints about the Stark's debt collection practices. I also found a Wisconsin address and telephone number for "Stark Recovery." I telephoned the Wisconsin number and the person that I spoke with told me that there was another company in California using the name Stark Recovery that was making debt collection calls to consumers.

1

5.    I believe that I was being scammed by Stark.  I filed a complaint against Stark with the Consumer Financial Protection Bureau.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _____1/4_____, 2016

DONALD GLADSTEIN

# PX 13

## DECLARATION OF KINYETTA HUNTER
### PURSUANT TO 28 U.S.C. §1746

I, Kinyetta Hunter, hereby declare as follows:

1.        My name is Kinyetta Hunter, and I am a United States citizen who is over the age of eighteen. I reside in Brooklyn, New York. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.        On March 7, 2012, I was informed by four of my co-workers at the school where I work that a woman had telephoned the school trying to reach me. They told me that the woman said that her name was Victoria Campos, and that she was a "personal locator" for a company named Capital Harris Miller ("CHM"). Campos told them that she was a debt collector and that she was coming to my job to serve me with court papers. She also told them that I was in a legal case where fraud was involved, and that if I didn't call her back she was going to send the police to my job and have me arrested. She left a telephone number with them, (888) 959-6778, for me to call her. I was extremely embarrassed that Campos told my co-workers that I owed money on a debt and that there was a legal case against me for fraud, and, that she threatened to come to my job and serve me with legal papers. I had never heard of CHM, and the company had never contacted me about owing a debt.

3.        After I talked with my co-workers, I telephoned the number that Campos left with them to find out what was going on. Although I asked to speak with Campos, the representative who answered my call transferred me to a woman who told me that her name was Ms. McKenzie. I told McKenzie about Campos telephoning my job and telling my co-workers that she was calling to collect a debt that I owed, and threatening to come to my job and serve me

1

with court papers, and to have me arrested. I also told her that I was embarrassed and upset about the threats that Campos made to my co-workers and that she disclosed inaccurate information to them about me owing a debt.

4.      I asked McKenzie to give me a fax number for CHM, so that I could send the company a request to communicate with me only by mail. McKenzie refused to give me CHM's fax number. I then asked her for the name of the company that CHM claimed I owed, and the amount of the debt. I also asked her for Campos' contact information and CHM's mailing address. McKenzie just kept talking, saying that I owed money on a payday loan and demanding that I pay CHM, and that if I didn't pay CHM right away the company would get a judgment against me. McKenzie never gave me any of the information that I requested.

5.      Later that evening, Campos called me on my cell phone repeatedly. She left voice mail messages stating her name, that she was calling to collect a debt, and that if I didn't pay the debt someone would come to my job to serve me with court papers. When I tried to return Campos' calls at the number that appeared on my Caller ID, the telephone number was blocked. It was not a valid number. After I was unable to contact Campos, I searched the Internet to see what I could find out about CHM. I found that there were a lot of complaints about CHM from consumers who had the same experience that I had with CHM.

6.      When CHM contacted me I was already familiar with the Fair Debt Collections Practices Act ("FDCPA"), so I knew that CHM had violated the FDCPA by contacting my employer and co-workers and disclosing that it was calling to collect a debt, telling my co-workers that there was a legal case against me for fraud, threatening to come to my job to serve me with legal papers, attempting to collect a debt without proper entitlement, failing to give me

validation of the debt, and falsely threatening to file a law suit against me. I filed a complaint against CHM with the Better Business Bureau.

7.  To this date, CHM has never sent me anything in writing about the debt it claims I owe, nor has it taken any legal action against me.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _November 23_, 20_15_.

_Kinyetta Hunter_
KINYETTA HUNTER

3

# PX 14

## DECLARATION OF GLORIA JAMES
### PURSUANT TO 28 U.S.C. §1746

I, Gloria James, hereby declare as follows:

1.        My name is Gloria James, and I am a United States citizen who is over the age of eighteen.  I reside in Roosevelt, New York.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.        On March 2, 2015, I received a telephone call on my cell phone from a man who told me that his name was Robert Czarnik and that he was with Stark Law Firm ("Stark Law").  I think he might have said that he was an attorney, but I'm not sure.  He asked me if my name was Gloria James, he then stated a nine digit number, and asked if that was my Social Security number.  He also stated another number and asked if that was bank account number.  The information that Czarnik stated for both numbers was correct, so I told him "Yes."  Czarnik then told me that he was calling to collect $400 that I owed on a payday loan that I got from a company named Kenwood Services on November 14, 2012.  He said that I currently owed $2,700 on the loan, but that he could settle the loan over the phone for $1,700, if I paid Stark Law the money that day.  He said that if I did not pay the money right away Stark Law would get a judgment against me.  I told Czarnik that I never had a payday loan, and I refused to pay.  After that, I hung up on him.

3.        After I ended the call with Czarnik, I began to worry about the fact that Stark Law had my Social Security and bank account numbers.  I contacted my bank to confirm that Kenwood Services did not deposit $400 into my bank account on November 14, 2012.  The bank

1

representative that I spoke with confirmed that no such transaction was posted to my account on that date.

4.      That same day, I received a telephone call from my sister asking me if I was alright. She said that she was concerned about me because she received three voice mail messages from someone who said that they were with Stark Law. My sister told me that the person who left the messages said that Stark Law was calling to collect a debt that I owed, and that they were trying to reach me. I was very upset and embarrassed that Stark Law contacted my sister and claimed that I owed them for a debt, so I telephoned the number that appeared on my Caller ID, (844) 525-0220, when Czarnik called me. I told the representative that I spoke with that I was calling to speak with Czarnik. Instead, I was connected to another representative. I told this representative about my conversation with Czarnik, and that I never had a payday loan. I told him that I checked with my bank and there was no record showing that Kenwood Services ever deposited any money into my bank account. I also told him that Stark Law had no business telephoning my sister and telling her that I owed them money. Stark Law's representative started yelling at me, and said "[T]his is the deal, we have your information, and you took out the loan." He told me that if I didn't pay, Stark Law would get a judgment against me. He was very rude, so I hung up on him.

5.      I was very concerned that Stark Law had my personal confidential information, and that they left my sister voice mail messages claiming that I owed them for a debt, so I decided to file a complaint against Stark Law with the New York Attorney General's Office ("NY AG"). I needed more information about Stark Law in order to file my complaint, so I telephoned Czarnik again. This time the representative that I spoke with transferred my call to Czarnik. I asked him for Stark Law's address. He told me that Stark Law's address was 4 East

Ogden Avenue, #9, Westmont, Illinois 60559. I again told Czarnik that I never had a payday loan. I also told him that my bank confirmed that Kenwood Services never deposited any money into my account. Czarnik continued to insist that I pay the debt, and again said that if I did not pay Stark Law would get a judgment against me.

6.      On or about March 3, 2015, I filed a complaint against Stark Law with the NY AG. I think that the NY AG forwarded my complaint to the Illinois Attorney General's Office ("IL AG"), because I received some correspondence from the IL AG regarding my complaint. On or about April 10, 2015, I received a copy of a letter from the IL AG dated April 3, 2015, that it sent to Stark Law regarding my complaint, attached to which was a copy of an email response to the IL AG's letter dated April 9, 2015. The email was from Gaurav K. Mohindra [guarav@mohindralaw.com]. In the email, Mohindra states, among other things, that his office represents Stark Law, and that Stark Law represents clients in resolving defaulted loan balances with debtors. He goes on to state that Stark Law complies with local and federal laws, including "the FDCPA." He also states that Stark Law is suspending all collection efforts against me "while the [sic] conduct their internal review." The email is signed Guarav Mohindra, Managing Partner, The Mohindra Law Group, 500 Quail Ridge Drive, Westmont, IL 60559, Office: (630) 243-4207, Mobile: (312) 282-6759. A true and correct print out of the letter from the IL AG, along with the email from Mohindra is attached hereto as **James Att. A**. Mohindra's email to the IL AG does not state that I owe money on a payday loan, or provide any information to the IL AG to verify that that I owed any money on a payday loan.

7.      After Stark Law's attorney emailed its response to my complaint to the IL AG, Stark Law never notified me of the results of any "internal review," about the debt it claimed I owed. In fact, Stark Law never sent me anything in writing about the debt it claimed I owed.

3

8.     I am very disturbed that Stark Law contacted my sister about the debt it claimed that I owed on a payday loan, when I have never had a payday loan. I am also concerned that Stark Law was somehow able to get my sister's telephone number, and that it has my Social Security and bank account numbers.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _____11/23_____, 20_15_

_____
GLORIA JAMES

# ATT. A



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

April 3, 2015

Stark Law Firm
4 East Ogden Avenue
#109
Westmont, IL 60559

Re: Gloria James
File No: 2015-CONSC-00397229

Dear Sir/Madam:

The Consumer Protection Division, of the Office of the Attorney General received a consumer complaint involving your business. We have enclosed a copy of the complaint for your examination.

We would appreciate your review and response to the complaint, as well as any suggestions for a potential resolution. Please include copies of any substantiating documents which relate to this complaint with your response. If the matter has been resolved, we would appreciate knowing it.

Please provide a response within ten days. All communications must be in writing. Direct all correspondence to Alicia Murphy, Consumer Protection Division, Office of Attorney General, 100 West Randolph Street, 12th Floor, Chicago, IL 60601. Refer to the above mentioned file on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Alicia Murphy*

Alicia Murphy
Citizen's Advocate
Consumer Protection Division
(312) 814-5699
Almurphy@atg.state.il.us

enclosure

mc

JAMES ATT. A
Page 1 of 2

**Murphy, Alicia**

| | |
|---|---|
| **From:** | Gaurav Mohindra <gaurav@mohindralaw.com> |
| **Sent:** | Thursday, April 09, 2015 4:36 PM |
| **To:** | Murphy, Alicia |
| **Subject:** | File No. 2015-CONSC-00397229 |

Dear Ms. Murphy:

My office represents the legal interests of Stark Law. Accordingly, I am writing in response to your correspondence referenced as 2015-CONSC-00397229. My client represents numerous clients in resolving defaulted loan balances with debtors. They hold themselves to the highest regard and comply with local and federal laws, including the FDCPA. They have a detailed compliance management system and takes such complaints very seriously. With regard to your inquiry, my client has suspended all collection efforts on this file while the conduct their internal review. Should you have any questions, please dont hesitate to contact me.

Best regards,
Gaurav Mohindra

--

Gaurav K. Mohindra
*Managing Partner*
The Mohindra Law Group
500 Quail Ridge Drive
Westmont, IL 60559
Office: (630)243-4207
Mobile: (312)282-6759

CONFIDENTIALITY NOTICE: This email is the property of The Mohindra Law Group, its subsidiaries and affiliates and is confidential and the information contained, including attachments, may be privileged and is intended for only the recipients above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission or its attachments. If you have received this email in error, please notify the sender immediately and remove the original message and any copies from your computer and all back-up systems.

1

JAMES ATT. A
Page 2 of 2

# PX    15

## DECLARATION OF MINNITA JOHNSON
### PURSUANT TO 28 U.S.C. §1746

I, Minnita Johnson, hereby declare as follows:

1.     My name is Minnita Johnson, and I am a United States citizen who is over the age of eighteen.  I reside in Fresno, California.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     On or about January 13, 2015, while I was at work, my Director told me that she had answered a telephone call from a woman who wanted to speak with me, and when she told her that I wasn't in, the woman said that she was coming to my job to serve me with papers.  She gave my Director a telephone number, 1-844-224-6343, to have me call her at, and told my Director if I did not call her back she would have me arrested.  This person did not leave her name or state the reason for her call.  My Director basically told me that if I was served with papers on my job, Human Resources would take action against me.  She didn't state what action Human Resources would take, but I was concerned that if I continued to get these calls I might lose my job.  I was also very upset and embarrassed that this person left this type of message for me with someone that I work with.

3.     After my Director gave me the message, I searched the Superior Court of Fresno County website to see if there were any cases filed against me.  There was no record of any case being filed against me.  I then telephoned the number that the person who called left for me to contact her.  The representative who answered my call stated the name of the company as Capital Harris Miller and Associates ("CHM").  I told the representative about the call that I had received from one of their representatives, and she said that she would transfer my call.  The

1

person that my call was transferred to told me her name and said that she was a legal representative. I do not recall her name. This representative told me that CHM was hired to collect unpaid debts. She told me that a company named "Stand Dialer" was suing me for a payday loan that I didn't pay back. I told her that I had never heard of a company named Stand Dialer, and that I had never gotten a payday loan from this company.

4.    I asked CHM's legal representative for the date of the loan, how much it was for, and for Stand Dialer's contact information. I also asked her to send me some documentation showing that I owed the money for a payday loan from Stand Dialer. She never responded to my requests, instead, she kept asking me to verify my home address, Social Security number, and date of birth. I told her that I would not give her that information until she sent me some documentation showing that I owed the debt. I then asked her if CHM was allowed to operate in Fresno County California. I also asked her if she had contacted the District Attorney of Fresno County about the debt CHM claimed I owed.   At that point, she got very upset with me and became aggressive, and just kept talking over me, stating that I was going to be sued.

5.    I then told her not to contact me at work because I could not receive personal calls at my job. I told her to contact me on my cell phone or to email me. She told me that CHM didn't make the calls, that the calls were made by a private locator. I asked her for the private locator's name and telephone number, so that I could contact them and ask them not to call me at work. She refused to give me that information. She told me "No," you're being sued, and hung up in my face.

6.    After that, I did an Internet search on CHM to see what I could find out about the company. I found a lot of complaints about CHM from consumers' who had also received calls

from the company claiming that they owed money on payday loans, and who CHM had also threatened to serve with papers and have them arrested.

7.     Although I asked CHM's representatives not to call me at work, they continued to call me at my job and on my cell phone, and to leave messages threatening to come to my job and serve me with papers and to have me arrested.  I tried to return CHM's calls several times, but each time I called the phone would ring a long time, and then a recording would come on that stated the name of the company and asked that I leave my name, telephone number, and my file number.  CHM's representatives never gave me a file number.

8.     CHM never sent me anything in writing proving that I owed money on a payday loan.  I filed a complaint against CHM with the Better Business Bureau to get them to stop CHM from calling me at work.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ___December 18th___, 20 15.

MINNITA JOHNSON

PX    16

## DECLARATION OF JARED LUSHER
### PURSUANT TO 28 U.S.C. §1746

I, Jared Lusher, hereby declare as follows:

1.      My name is Jared Lusher, and I am a United States citizen who is over the age of eighteen.  I reside in Baton Rouge, Louisiana.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.      On March 19, 2015, at 9:14 a.m., I received a telephone call on my cell phone from a woman who asked if this was a company that she was calling.  I told her that it was not, and she said "thank you," and hung up.  A few minutes later, at 9:24 a.m., I received a second telephone call from a woman who identified herself as Tammy Watson, and who told me that she was with a company named Pacific Capital.  She told me that I had two charges pending against me for a payday loan that she claimed I got from a company named SGP Processing ("SGP").  I had never heard of SGP.

3.      I told Watson that I would need to see something in writing that showed that I owed SGP money for a payday loan.  She told me that Pacific Capital did not have any documentation about the debt to send me.  I asked her for  SGP's address.  Watson told me that there was no address for SGP because it was an online payday loan company.  She then offered to transfer my call to an attorney.  I thanked her for giving me Pacific Capital's information, and told her that I would be filing a report against Pacific Capital with the government.  Watson then told me that she would let the attorneys know, and tell them to proceed with filing a case against me.

1

4.     After I refused to pay Pacific Capital, its representatives continued to call me and demand that I pay the debt.  Pacific Capital never sent me anything in writing about the debt that it claimed I owed SGP.  I filed a complaint against Pacific Capital with the Consumer Financial Protection Bureau.

5.     I would love for charges to be brought against Pacific Capital to stop them from harassing people with their illegal tactics.


I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ___12/4_____, 20_15_.

_____
JARED LUSHER

2

# PX 17

## DECLARATION OF REBECCA OAKS
### PURSUANT TO 28 U.S.C. § 1746

I, Rebecca Oaks, hereby declare as follows:

1.     My name is Rebecca Oaks, and I am a United States citizen who is over the age of eighteen.  I reside in Saint Ann, Missouri.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     A man named "Thomas Anderson" of "Stark Law Firm" called me twice, from two different phone numbers, in an attempt to reach my sister, Rachel Watts.  His first call to me occurred on June 22, 2015 at 5:59 pm CDT, from the telephone number 844-256-1830.  Mr. Anderson told me that he was trying to contact my sister to discuss a "pending legal matter." Mr. Anderson asked me to provide him with my sister's phone number because his firm did not have good contact information for her.  Out of respect for my sister's privacy, I refused to give Mr. Anderson her cell phone number, but I took down his information, including a case number of 4063954, and forwarded it to my sister.

3.     When I forwarded Mr. Anderson's information to my sister, I discovered that he actually did have my sister's current phone number.  While he claimed that he did not have my sister's information, Rachel told me that she had received a call from his phone number, but she did not answer because she does not answer calls from telephone numbers she does not recognize.  Mr. Anderson did not leave a message in Rachel's voicemail.

4.     On June 25, 2015, at 2:57 pm CDT, "Mr. Anderson" called me again, this time from a different telephone number, 844-618-6189.  He again pressed me for my sister's telephone number.  I told Mr. Anderson that he had my sister's correct phone number and had already called her, but she did not pick up because she did not recognize the number.  When Mr.

1

Anderson insisted that he did not have a good number for her, I repeated that he did have her correct number but had failed to leave her a message. I told Mr. Anderson that he was lying to me and told him to never call me again. Since then, I have not received any further calls from Mr. Anderson.

5.       After receiving this second call from Mr. Anderson, I Google-searched each of the phone numbers from which he had called me. My search revealed that the name "Stark Law Firm" is being used by a collection agency named "CHM Capital Group, LLC." According to what I read online, Stark Law is attempting to convince people that they have defaulted on a payday loan and must immediately send money to Stark Law or face legal action in court.

6.       My sister has used payday loans on certain occasions in the past, when a bill came due before she received her paycheck. To my knowledge, she has not defaulted on any payday loan. Over the years, I believe her financial situation has improved because (1) she has repaid her debts, and (2) she has been promoted at work. In fact, she is now a manager for a payday loan office. If there were legal action against my sister, I believe she would have told me about it. Further, I would expect to find any legal action against my sister on Missouri Case.net (https://www.courts.mo.gov/casenet/cases/nameSearch), but I have checked this resource and I can find no pending legal action against my sister.

7.       Like my sister, I have also used payday loans in the past. I borrowed money using payday loans during a period when I had lost my job, had bills to pay, and had no other sources of credit. Eventually, my debt situation required me to declare bankruptcy. During this period in my life, I received many debt collection calls, and in order to protect myself, I became very familiar with the Fair Debt Collection Practices Act (FDCPA).

8.     From my understanding, the FDCPA prohibits debt collectors from disclosing a person's "pending legal matter" to people other than the debtor and the debtor's spouse.  I believe that Mr. Anderson violated the FDCPA when he told me that he is calling in regard to a "pending legal matter" involving my sister.

9.     After receiving these suspicious calls from Mr. Anderson, I filed a complaint with the Federal Trade Commission (FTC) on June 25, 2015.

10.    I do not know how Stark Law acquired my contact information or my sister's contact information.  I believe that Stark Law is a scam, because I do not think my sister has defaulted on a payday loan.  Further, I believe that Stark Law is violating the FDCPA by disclosing my sister's "pending legal matter" to me.  I believe Stark Law fraudulently obtained my personal information and my sister's personal information in order to deceive her into paying a debt that she does not owe.

11.    I declare under penalty of perjury that the foregoing statement is true and correct.


Executed on _July 31_ , 2015

Rebecca Oaks

3

PX 18

## DECLARATION OF JOSHUA ROZMAN
## PURSUANT TO 28 U.S.C. § 1746

I, Joshua Rozman, hereby declare as follows:

1.      My name is Joshua Rozman, and I am a United States citizen who is over the age of eighteen.  I reside in Tampa, Florida.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

2.      Earlier this year, I received two payday loans.  One was from Green Gate Services and the other was from Red Pine Lending.  One of the loans was for $500, and the other was for $300.  I had a balance on these loans when I began receiving calls from Stark Law.  I have also received other payday loans in the past.  I normally would not like to borrow money using payday loans, but I needed cash to pay for unanticipated expenses.  One of my roommates had lost his job, and another roommate unexpectedly moved out of our apartment.  Because my name was on the lease, I needed to immediately come up with the money to pay for the month's rent.  I decided to max out my credit cards and seek several payday loans to cover my rent payment for the month.

3.      During some time on or around June 10, 2015, I began receiving calls and voicemails from people claiming to be representatives from Stark Law.  Initially, I did not answer these calls because I did not recognize the number on my caller ID.  One of the callers, a person claiming to be "Chloe Smith," left several messages during this period.  Ms. Smith said she was from Stark Law, and she requested that I call her back immediately regarding an outstanding debt that I owed.  I thought this was odd because the name on the caller ID said "CHM Group."

1

4.     After receiving many calls and messages, I eventually returned Ms. Smith's call towards the end of June. When I dialed Ms. Smith's number, a man answered the phone, but instead of stating "Stark Law," he simply said "law office." When I explained to the man the voicemail I had received from Ms. Smith, the man said Ms. Smith was unavailable but he could speak on her behalf.

5.     The man told me that I had defaulted on a $300 payday loan that I had taken out in February 2015. When I told him that I had not borrowed any money from Stark Law, he claimed that Stark Law had purchased the loan from my original lender, and he was now responsible for collection.

6.     The man told me that because of the high interest rate, I now owed $800. The man also confirmed my identity by reading my full name, current address, full social security number, bank account information, and other sensitive personal information.

7.     The man threatened to take legal action against me if I did not agree to immediately send him money. The man said that if I did not pay, Stark Law would come find me, even if it meant serving me papers at work. He told me that court costs would exceed $3,000, so I would be better off just paying the $800.

8.     In the heat of the moment, I thought I was speaking with a legitimate debt collector. Because the man had confirmed my sensitive personal information, and the payday loan he described was very similar to a payday loan that I had actually received, I did not think this was a scam. Furthermore, when the man threatened to take legal action against me, I became worried that I would be unable to afford defending myself in court, even if I could prove that the debt was not real.

9. I told the man that I did not want to go to court, but I could not afford to send him $800. He asked me how much money I could send him, and I told him that I had $230 in my bank account. The man told me that I might be able to avoid going to court if I agreed to pay three installments of $230 each. I agreed to accept this installment plan because (1) I could not afford to go to court, (2) I thought I was dealing with my real lender, and (3) because the man had caught me off-guard.

10. The man asked me to hold because he needed to get the installment plan formally approved by an attorney. I expected the man to keep me on hold for several minutes, but instead the man called back within a minute and said that my installment plan had been approved. He asked me to provide a method of payment, and I gave him my debit card information over the phone. The man did not charge my credit card until June 30, 2015, several days after I had agreed to the installment plan. Attached hereto as **Rozman Attachment A** is a true and correct copy of my bank statement, which shows the payment I made to Stark Law on June 30, 2015. After the man collected my payment information, I asked him to send a verification letter, but the man said that Stark Law does not provide verification letters. When he told me this, I began to suspect I had been the victim of a scam.

11. After my call with the man ended, I realized that some aspects of this call seemed suspicious. I have worked in a call center for a financial institution, and I realized that I never would have treated a customer the way the man from Stark Law had treated me. First, it was odd that the person answering the phone did not state the name of the business when he received a phone call at work. Second, the man's threats seemed overly aggressive, and I suspect that these threats might have violated some laws. Third, it seemed unlikely that a bank would go through the high cost of taking me to court just to settle a $300 debt. Fourth, it was surprising that the

man had been able to secure such quick approval for the installment plan. When I worked in a call center, it was always very difficult to track down a supervisor, and I do not think I ever could have gotten a supervisor to approve a loan so rapidly. Lastly, it was very surprising that the man refused to provide documentation for the loan.

12.     After I agreed to make this first payment, representatives from Stark Law began calling me more aggressively. Chloe Smith was the representative from Stark Law that I heard from most frequently. Eventually, I also began receiving calls on my home phone number, which was very surprising because I rarely share this phone number with people. I became increasingly suspicious that I was being targeted by a scam, and I demanded that they send me confirmation of my first payment before I would send them any further payments.

13.     It was only after three subsequent calls from Stark Law that Ms. Smith finally agreed to send me a confirmation of my payment. I received this confirmation on June 29, 2015, one day before the payment was processed. This confirmation, however, did not fully resolve my concerns. The confirmation was not physically mailed to me, but was instead emailed to me. The confirmation nowhere states the dollar amount that I agreed to pay. The email contains a disclaimer, but the confirmation letter does not. All of these factors made me more and more concerned that I had agreed to send money to a fraudulent company. Attached hereto as **Rozman Attachment B** is a true and correct copy of the email I received, along with the confirmation of the payment, which was attached to the email as a PDF.

14.     I tried to gather as much information as I could find about Stark Law, and what I have learned has strengthened my belief that this company is operating a scam. When I Google-searched Stark Law's listed address – 4 E Ogden Ave., Westmont, IL – the location appeared to be a Jewel Osco grocery store.

15.     I have called the businesses surrounding Stark Law's listed address, and other law firms named "Stark Law." On these calls, I learned that employees at these businesses are very aware of Stark Law's scam because they have received numerous calls from victims like me. I also discovered that several other similar entities, such as CMG Capital and Magen Cohen Law, are using the same address as Stark Law. I suspect that Stark Law employees are posing as debt collectors under many different names, which explains why employees are not stating the name of the company when they answer the phone. I also called the lenders of my actual payday loans and confirmed that they were in no way affiliated with Stark Law.

16.     As I became more and more certain that Stark Law was not a real debt collector, I stopped answering their calls and began blocking the numbers from which they called me. After Stark Law's repeated attempts to reach me failed, they began calling members of my family. I am not sure how they obtained my family's personal information. Representatives from Stark Law have called my mother, father, stepmother, and sister. They told my family members that they were trying to reach me because I had failed to repay a debt. I have since warned my grandparents, aunts, and uncles that these calls are fraudulent and they should not believe anyone claiming to be a debt collector.

17.     The calls that my sister received from Stark Law were particularly troubling. During the period in which Stark Law was trying to reach me, I happened to switch jobs. Because of my new job, I purchased a new cell phone with a new phone number. Ms. Smith told my sister that if she did not share my new phone number with her, Stark Law would come to her house and have her arrested for not cooperating with their investigation. Because my sister thought this threat was legitimate, she shared my new phone number with Ms. Smith. As soon as Ms. Smith ended the call, my sister called me to tell me how Stark Law had threatened her, and

she warned me that I should expect to receive a call from Stark Law on my new phone. I told my sister that I did not believe Stark Law was a legitimate debt collector and she should not believe them or cooperate with them in the future.

18.     While I was on the phone with my sister, I noticed I had an incoming call from Stark Law. I ended the call with my sister and responded to this new call. However, I answered the call under the name "Paul," because I recognized Stark Law's phone number and I was trying to protect myself from their scam. Ms. Smith asked "are you sure you're Paul?" I responded that I was sure. The tone of her voice suggested that she did not believe me, but she ended the call.

19.     About two minutes later, I received yet another call. This time, the phone number was "unavailable" on caller ID, but I was almost certain that it would again be Ms. Smith from Stark Law, trying to prove that I was not in fact "Paul." I again answered the phone, again claiming that I was "Paul." This time, I was surprised to hear not the voice of Ms. Smith, but the voice of my sister, who asked me, "Josh, is that you?"

20.     I am not quite sure what happened during this call, but after speaking with my sister, I believe that Stark Law had called her number, then immediately used a conferencing feature on their phone to add me to the call. As a result, my sister and I answered the phone almost simultaneously, and Ms. Smith, who initiated the call, remained on the line but silent. I think she was trying to get my sister and me to speak to each other while she could listen in on our conversation. This would enable her to determine whether I was really "Paul." I do not understand why Stark Law would go to such great lengths to do this to my sister and me. I was only trying to protect my identity because I was certain Stark Law was a scam and I felt threatened by them.

21.     Once I realized that I had been the victim of a scam, I was very disturbed to learn that these scammers had access to all of my sensitive personal information, and I took several steps to protect my identity. I notified my bank, which sent me a new debit card. My bank refunded my transaction with Stark Law on July 14, 2015 (See **Rozman Attachment A**). I have checked my credit report, and I will continue to monitor my credit for any suspicious activity. I never called the police, but at some point, I saw a police officer on the street and explained my situation to him. The police officer told me that it probably was not worth my time to file a formal police report. I became worried that other people like me would become victims of Stark Law's scam, so I filed a complaint against Stark Law with the FTC on July 6, 2015.

22.     I do not know how Stark Law acquired my sensitive personal information, but I have several theories. I may have revealed my sensitive information when I initially began researching payday loans. When I googled "payday" loans, several websites offered to pre-approve me for a loan, as long as I filled out a form disclosing my key credit information. While I had believed these offers were being made by actual payday lenders, it is possible that one of these sites was solely established to collect my personal data.

23.     Stark Law may have also acquired my information from CashNetUSA. I applied for a loan from CashNetUSA, but ultimately decided to borrow from a different lender. After I was scammed, I called CashNetUSA, and they acknowledged that they had experienced a data breach, but they were unsure when and to what extent their information was taken.

24.     I never directly confronted Stark Law to tell them I knew they were operating a scam. Instead, I stopped answering their calls, blocked their phone numbers, and told my family members to ignore their calls. I did not want to risk a direct confrontation with them because they were making serious threats against me and I did not want to endanger my family or myself.

7

Towards the end of July, the calls from Stark Law have stopped, and I believe they have given up on trying to defraud me for more money.

25.     While I have taken payday loans in the past, my payday loans were not from Stark Law.  After conducting substantial research and calling my actual lenders, I am certain that I do not owe Stark Law anything.  I believe Stark Law is a scam, and it somehow obtained my personal information and used it to try to get me to pay a purported debt that I do not owe.

26.     I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _AUGUST 11TH_, 2015

Joshua Rozman

# ATT. A

Page 1 of 5





Contact Information

PO Box
Omaha, NE

2259/01

JOSHUA J ROZMAN

TAMPA FL

| STATEMENT SUMMARY | July 1, 2015 through July 31, 2015 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Online Checking Account | | | |
| | Total on Deposit | | |

Member FDIC

Rozman Attachment A
1 of 2



Case: 1:16-cv-03463 Document #: 7-3 Filed: 03/21/16 Page 283 of 293 PageID #:961

Online Checking Account xxxxx8539 518.76 | Account Detail

| | | | |
|---|---|---|---|
| **Beginning Balance** | [redacted] | **Items Enclosed** | 1 |
| **Total Deposits** | | **Days in Statement** | 31 |
| **Total Withdrawals** | | **Annual Percentage Yield Earned** | [redacted] |
| **Ending Balance** | | **Interest Earned this Statement** | |
| | | **Interest Paid this Statement** | |
| | | **Interest Paid YTD** | |

**Account Activity** — **For a Balancing Worksheet, visit fnbodirect.com/balance**

| ✓ | Date | Post Date | Description | Deposits | Withdrawals | Daily Balance |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | [redacted] | [redacted] | [redacted] |
| ☐ | 07/01 | 07/01 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/01 | 07/01 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/02 | 07/02 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/02 | 07/02 | [redacted] | [redacted] | [redacted] | 230.00 |
| ☐ | 06/30 | 07/02 | 9842 Stark Law Westmont IL | | 230.00 | 0.00 |
| ☐ | 07/03 | 07/03 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/03 | 07/03 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/06 | 07/06 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/07 | 07/07 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/09 | 07/09 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/09 | 07/09 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/10 | 07/10 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/14 | 07/14 | 9842 Provisional Credit | 230.00 | | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/15 | 07/15 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/16 | 07/16 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/16 | 07/16 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/17 | 07/17 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/20 | 07/20 | [redacted] | [redacted] | [redacted] | [redacted] |
| ☐ | 07/20 | 07/20 | [redacted] | [redacted] | [redacted] | [redacted] |

# ATT. B

**From:** Josh Rozman ████████ █
**Sent:** ████████████████
**To:** ████████
**Subject:** Fwd: Joshua Rozman 4068955
**Attachments:** Joshua Rozman 4068955.pdf

---------- Forwarded message ----------
From: **Stark Law** <info@starklpc.com>
Date: Mon, Jun 29, 2015 at 12:53 PM
Subject: Joshua Rozman 4068955
To: ████████ █ █████

Joshua Rozman,

This letter is being sent as confirmation that you entered into a voluntary payment plan with Stark Law Firm to resolve your outstanding debt.

--

**Thank you,**

**Stark Law**

**PLEASE BE ADVISED THAT THIS COMMUNICATION IS MADE FOR THE PURPOSE OF COLLECTING A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.**

Rozman Attachment B
1 of 2



# STARK LAW
### ATTORNEYS AT LAW

## THIS IS A CONFIRMATION OF VOLUNTARY RESOLUTION

Date: June 29, 2015

Joshua Rozman,

This letter is being sent as confirmation that you entered into a voluntary payment plan with Stark Law Firm to resolve your outstanding debt. Since you have agreed to a payment plan your file with Stark Law has been moved out of Pending status and into Voluntary Payment status.

Our firm agrees that we will only run the card that you have put on file on the agreed upon dates and for the agreed upon amount. Once paid in full this file will be reported as Paid, and a Paid in Full letter will be sent to you. Please call our office at 1-844-410-7603 if you have any questions.

**In the event a payment is reversed or a chargeback is made to the credit card, any settlement offer will be null and void.**

Sincerely,


Stark Law

4 E. Ogden Avenue #109,
Westmont, IL 60559

Rozman Attachment B
2 of 2

# PX 19

**DECLARATION OF GORDON SCHERCK, III**
**PURSUANT TO 28 U.S.C. §1746**

I, Gordon Scherck, III, hereby declare as follows:

1.     My name is Gordon Scherck, III, and I am a United States citizen who is over the age of eighteen. I reside in Ballwin, Missouri. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     On or about September 21, 2015, I began receiving telephone calls daily from representatives who said they were with the "legal department." My Caller ID showed that these representatives were telephoning me from three telephone numbers, 844-826-7551, 844-823-6212, and 844-240-8183. The representative told me that I owed money on a payday loan, and demanded that I pay the money right away. They threatened to come to my house and get them money. When I asked them for the name of the company they were calling from, they would only tell me that they were with the "legal department." I told them that I did not owe any money on a payday loan, and asked them to give me information about the debt or to send me something in writing about the debt. The representatives just ignored my requests for information about the debt, and kept demanding that I pay the debt and threatening to take me to court. These representatives had a lot of my personal information, including my Social Security number. I do not know how they got my personal information, but they got it without my authorization.

3.     It took me a while to find out the name of the company that these representatives were with. I finally Googled one of the telephone numbers, I think it was the 844-240-8183 number, and got a listing for a company named Stark Recovery located in Wisconsin. When I

1

telephoned the number listed for this company, the representative that I spoke with about the debt collection calls that I was receiving, told me that her company was not making these call. She told me that there was another company, also named Stark Recovery ("Stark"), located in Bakersfield, California, that was responsible for making these debt collection calls to consumers. She told me that her company was receiving a lot of calls from consumers who thought that it were responsible for making these calls. She told me that her company had been asked to keep a record of the consumer calls that it received about Stark. She then gave me Stark's contact information in California.

4.      I think that Stark got my personal information, including my Social Security number, as a result of some online payday loan applications that my wife filled out. In 2013 or 2014, my wife filled out some online loan applications for a payday loan, but we never followed through on the applications, and did not receive a loan.

5. I ignored Stark's debt collection calls and its threats to sue me because I believed the company was operating a scam. I was concerned that Stark would take advantage of older people who might be intimidated by its threats, and younger people without enough life experience to realize that this was a scam, so I filed a complaint against Stark with the Federal Trade Commission.


I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _December 16th_, 20_15_.

_____
GORDON SCHERCK, III

PX    20

## DECLARATION OF HOLLY TURNER
## PURSUANT TO 28 U.S.C. § 1746

I, Holly Turner, hereby declare as follows:

1.     My name is Holly Turner, and I am a United States citizen who is over the age of eighteen.  I reside in Lancaster, Pennsylvania.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     I have never received a payday loan.  Several years ago, I considered applying for a payday loan, but I never completed an application.  During my research, I may have filled out an online form to see if I qualified, but I am not sure, as it was many years ago.  Once I learned that payday loans carry high interest rates and fees, I decided that they were not a good option for me.

3.     During July 2015, I received a voicemail from a person claiming to be "Tammie Watson" from a firm called Stark Law.  Ms. Watson requested that I call her back immediately regarding an outstanding debt that I owed.  She left the phone number of (844) 892-6336.

4.     When I returned Ms. Watson's call, a man answered the phone and said "law office."  I found it strange that the man did not provide the name of the law office when he answered the phone.  I happen to work in a law office, and all employees who answer phones are told to state the name of the firm when they receive a phone call.  I asked the man for Ms. Watson, and he transferred my call to her.

5.     Ms. Watson said that Stark Law was planning to sue me for a payday loan that I never repaid.  Ms. Watson told me that I needed to pay $690 immediately, or Stark Law would charge me with "defrauding a company."  If I did not immediately send her money, Ms. Watson claimed that I would be taken to court, where my costs would exceed $2,500.

1

6.     I thought this phone call seemed suspicious because (1) I have never taken a payday loan, and (2) this interaction was nothing like my own experiences working in a law office. When our clients do not pay us, we do not accuse them of fraud. I told Ms. Watson to send me some form of proof or documentation of my debt. Ms. Watson said that she could not send me any documents because the information was stored electronically. However, she had a lot of my personal information, and she correctly read off my name, bank account information, Social Security number, and my home address. Ms. Watson was not a lawyer, but she claimed that she could refer my questions to an attorney. However, when I asked to speak to an attorney, Tammie said she could not transfer my call to an attorney at Stark Law.

7.     Ms. Watson also had some of my family information. Just before Ms. Watson called me, my ex-father-in-law warned me that a "Ms. Watson" had called two of my ex-sisters-in-law, told them that I was in debt, and that Ms. Watson was trying to reach me about the debt.

8.     I do not know how Stark Law acquired my sensitive personal information. In particular, I was very surprised that Ms. Watson had called my ex-in-laws because I had been divorced for over seven years, and I no longer shared a last name with them. While it is possible that I may have filled out an online form when I was looking into a payday loan, I doubt the application would have asked for such extensive details on my family situation.

9.     I told Ms. Watson that I did not owe Stark Law any money because I had never received a payday loan. Further, I told her I would not send her any money if she could not provide me with documentation of the loan. She again told me she would not provide any documentation, and I ended the call.

2

10.     After I got off the phone with Ms. Watson, I searched for Stark Law on Google, and I discovered that I was being targeted by a scam. Stark Law did not maintain a website, and I found multiple fraud alerts that described calls just like the one I had received.

11.     I was very disturbed to learn that these scammers had access to all of my sensitive personal information. When I discovered that I was being targeted by a scam, I called my local Lancaster police department. Based on the police department's advice, I filed a complaint against Stark Law with the FTC on July 13, 2015.

12.     After filing my report with the FTC, I have spent significant time and incurred significant expense trying to protect my identity. I have updated my bank information, requested new checks, and have taken other measures to try to protect myself from future cases of identity theft.

13.     Because I have never taken or received any payday loan, I do not owe Stark Law or any payday loan company any money. I believe Stark Law is a scam, and it somehow obtained my personal information and used it to try to get me to pay a purported debt that I do not owe.

14.     I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on ___July 31st___, 2015        _Holly Turner_____

                                          Holly Turner

3