# AFFIDAVIT OF PROCESS SERVER

**US District Court Northern District Of Illinois**                              **State of Illinois**

**Federal Trade Commission And State Of Illinois**

    Plaintiff

vs.

**Stark Law, LLC, et al.**

    Defendant

**Case Number:** 1:16-CV-3463

Legal documents received by Impact Investigations, Inc. on March 23rd, 2016 at 9:00 AM to be served upon **Preetesh Patel, Individually c/o Ashton Asset Management, Inc. at 500 Quail Ridge Drive, Westmont, IL. 60559**

I, George Pierce, swear and affirm that on **March 23rd, 2016 at 10:20 AM**, I did the following:

**Personally** Served **Preetesh Patel** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons In A Civil Action, Plus Rider To Summons (Which includes all listed documents served)..** The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.p

**Description of Person Accepting Service:**
Sex: Male   Age: 38   Height: 5\'10\"   Weight: 220lbs   Skin Color: East Indian   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**
I George Pierce am over the age of 18 years, and not a party to this action.

Under penalties as provided by law pursuant to The Illinois Code of Civil Procedure 735 ILCS, Section 5/1-109 the undersigned certifies that I have read the foregoing Affidavit and that the statements set forth therein are true and correct, except as to matters therein stated to be of information and belief, and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_/s/ George Pierce_

**George Pierce**
Process Server, # 115-001381

**Impact Investigations, Inc.**
4 E Ogden Ave #175
Westmont, IL 60559

(630) 574-8450

Internal Job ID: 2016000153

Reference Number:

**Legal Document Management, Inc.**
221 N. LaSalle St., Suite 1906
Chicago, IL 60601

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Federal Trade Commission And State Of Illinois
Plaintiff(s),

vs.

Stark Law, LLC, et al.
Defendant(s),

Case No.: 1:16-cv-3463

**AFFIDAVIT OF SERVICE**

I, Terry Drew, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: Summons In A Civil Action, Rider To Summons, Documents 1-17 listed on Rider To Summons

Defendant to be served: **Preetesh Patel**

Address where served: 980 Ridgewood Drive, West Chicago, IL 60185

On March 23, 2016 at 10:16 AM, I served the within named defendant in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with **Jessie Patel**, (Relationship) **Mom**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **Indian** - Hair: **Black/Gray** - Approx. Age: **68** - Height: **5'5"** - Weight: **125**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
Terry Drew

State of: Illinois
County of: Kendall

Subscribed and Sworn to before me on this 24 day of March, 20 14

_____
Signature of Notary Public

OFFICIAL SEAL
DARLA MARSHALL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/12/2016

Legal Document
Management, Inc.
221 N. LaSalle St., Suite 1906
Chicago, IL 60601

Job: 316806
File:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| FEDERAL TRADE COMMISSION AND STATE OF ILLINOIS <br><br> *Plaintiff(s)* <br><br> v. <br><br> STARK LAW, LLC, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:16-cv-3463 <br> ) Judge Rebecca R. Pallmeyer <br> ) Magistrate Judge Sheila M. Finnegan <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PREETESH PATEL
980 RIDGEWOOD DRIVE
WEST CHICAGO, ILLINOIS 60185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: WILLIAM J. HODOR, ESQ.
FEDERAL TRADE COMMISSION
55 WEST MONROE STREET, SUITE 1825
CHICAGO, ILLINOIS 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 2 1 2016

*Amanda Scherer*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* The documents listed in the attached Rider to Summons were also served.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

*FEDERAL TRADE COMMISSION AND
STATE OF ILLINOIS v. STARK LAW, LLC, et al.,*
<u>**RIDER TO SUMMONS**</u>

1. Civil Cover Sheet

2. Appearance Forms (5)

3. Complaint for Permanent Injunction and Other Equitable Relief

4. Letter Requesting Sealing of the File Under Local General Rule 5.7(a)

5. Plaintiffs' *Ex Parte* Motion to Seal File Temporarily with Attached [Proposed] Order Sealing File Temporarily

6. Plaintiffs' *Ex Parte* Motion For a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

7. Declaration and Certification of Plaintiff Federal Trade Commission's Counsel Pursuant to Fed.R.Civ.P. 65(b) and Local Rule 5.5(d) in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and *Ex Parte* Motion to Seal File Temporarily

8. Plaintiffs' *Ex Parte* Motion for Leave to File Memorandum in Excess of 15 Pages in Support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order with Attached [Proposed] Order Granting Leave to File Memorandum in Excess of 15 Pages

9. Plaintiffs' Memorandum in Support of Their *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

10. Exhibits Supporting Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Volume I of II; Volume II of II)

11. [Proposed] *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

12. Order Sealing File Temporarily

13. Order Granting Leave To File Memorandum In Excess Of 15 Pages

14. Plaintiffs' Nomination Of Receiver

15. Financial Statement Of Corporate Defendant

16. Financial Statement Of Individual Defendant

17. [Entered] *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue