**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:
FEDERAL TRADE COMMISSION and
STATE OF ILLINOIS,
       Plaintiffs,
       v.
STARK LAW, LLC, et al.,
       Defendants.

Case Number:
1:16-cv-3463

Judge Rebecca R. Pallmeyer

An appearance is hereby filed by the undersigned as attorney for:
Defendants Stark Law, LLC Stark Legal, LLC; Ashton Asset Management, Inc.; CHM Capital Group, LLC; HKM Funding, Ltd.; Pacific Capital Holdings, Inc.; Hirsh Mohindra; Gaurav Mohindra and Preetesh Patel.

Attorney name (type or print): Gayle E. Littleton

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 96443 (Florida)
(See item 3 in instructions)

Telephone Number: 312-222-9350

Email Address: glittleton@jenner.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
    ☐ Retained Counsel
    ☐ Appointed Counsel
        If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 27, 2016

Attorney signature:    S/ Gayle E. Littleton
                              (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015