**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and <br><br> STATE OF ILLINOIS, <br><br> Plaintiffs, <br><br> v. <br><br> STARK LAW, LLC, an Illinois limited liability company, also doing business as STARK RECOVERY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:16-cv-3463 ) ) Judge Rebecca R. Pallmeyer ) ) Magistrate Judge Sheila M. Finnegan ) ) ) ) ) |

**SUPPLEMENTAL EXHIBITS SUPPORTING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF**

Supplemental Declaration of Roberto C. Menjivar ............................................................... PX 21
Investigator, Federal Trade Commission

Supplemental Declaration of Michael B. Goldstein ............................................................. PX 22
Investigator, Federal Trade Commission

Dated: June 27, 2016            Presented by:

/s/ William J. Hodor            ERIN GROTHEER
WILLIAM J. HODOR               KIMBERLY SLIDER
JOHN C. HALLERUD               THOMAS P. JAMES
GUY G. WARD                    Office of the Illinois Attorney General
Federal Trade Commission       100 West Randolph Street
Midwest Region                 Chicago, Illinois 60601
55 West Monroe Street, Suite 1825   Attorneys for Plaintiff
Chicago, Illinois 60603        STATE OF ILLINOIS
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION