# Menjivar Attachment A

Live Shake to debtor:

I am trying to reach _____. (if they acknowledged that it is them, continue). I am calling from _____Law Firm (may not be actual law firm we use). Your file was just submitted to our office before getting filed with the courts. Before we proceed, I need to verify the last 4 of your ss#... if verified continue - Our records indicate you have an outstanding loan obligation with creditor CHM Capital Group / and CLIENT NAME (chm owns the debt). You entered into a binding agreement when you took out this loan. You have breached that agreement by defaulting on this loan. Previous attempts to contact you and resolve this loan have been unsuccessful.

Let me give you the loan details – this is dating back to _____, when you took out a loan with (orig creditor). This loan was funded to your bank ____ because of non payment your loan went into a default status and CHM Capital Group took rightful ownership of this loan. Your current balance on the loan is _____.

At this point there are 2 options to resolve this breach - to work out an option with us, or I have to submit this to one of our attorneys here to escalate your file and progress with legal action to the fullest extent of the law. What would you like to do ?

If wanting to work out – give them payment options.

If resistance, continue.

Ok the charges are extremely serious at this point, if we can not find a resolution today, let me explain what will transpire. We will retain one of the firms we work with in (their state) to serve you with a summons of complaint at either your home or your place of work.

You will have the option of either filing an appearance and representing yourself in court, or hiring an attorney to represent you during the proceedings.

If you fail to respond to the complaint, then we shall obtain a summary judgment against you. After a judgment has been obtained, we shall request the judge order you to appear in court and bring a copy of all of your bank statements, tax returns, and any other evidence reflecting your assets.

We will subpoena _____ (or your current employer), as well as your banking institution to verify any present income and assets. We shall then request that any banking institutions freeze any of your assets to cover the amount of the judgment obtained, including the court costs associated with filing this lawsuit.

Again, I repeat. This file has reached its finality and you have to make a decision if you would like to resolve this or have it proceed.

Live to Employer --

Hello My name is _____. I am calling from _____ law firm. We are trying to verify if a _____ still works here. Can I speak with him / her, it is regarding a pertinent legal matter with our office that needs immediate attention.

IF transferred -- go to live shake or message.

IF not, request to leave message with employer --

Ok it is extremely urgent we reach him. IF you can kindly have him / her call us at _____ and refer to case # _____. Thank you, can I get your name for my records ?

Thank you for your assistance in this matter (use their name).

## Live to 3rd Party family / known associates:

Hello My name is _____. I am calling from _____ law firm. We are trying to reach _____. <Mr / Mrs. _____ has you down as a reference. So far we have been unsuccessful in reaching _____. Can I leave a message with you if you can try to reach him as it extremely urgent he contact us regarding the legal matter with our office.

He / She can call us at _____ and refer to file number _____.

Do you know when you will be able to get this message to them ? Also, do you have a contact number for them where I can reach them.

Thank You.

**Menjivar Att. A**
**Page 2 of 132**

FTC-SLL-0004251

→ I AM NOT A LAWYER. I AM A LITIGATION SPECIALIST.

WE ARE A DEBT COLLECTOR, ANY INFORMATION COLLECTED WILL BE USED FOR THIS PURPOSE.

Before Ending the call........

I do want to stress the importance of this matter and that your inaction will result in us seeking a judgment against you. At this point, if we do not hear from you by 5pm central today, we will proceed forward and I will be forced to forward your file and pursue this cause of action to the fullest extent of the law. We will look to seek a judgment for (2,000+Balance) TIME IS OF THE ESSENCE. (End Call)

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), my name is (*Agent Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), our office will actively seek (*him/her*) at their Place of Employment and their Residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*.  Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

# *** Reminder Message ***

Hi, this message is for (*Debtor Full Name*).

This is (*Agent Name*) calling from Stark, the office handling file # *100100.*

Just giving you a courtesy reminder that we will be processing your payment of $_____ on _____.

If you have any questions or concerns please give me a call back at *888-555-1212 ext _ _ _,* and again your file number is *100100.*

Thanks and have a great day.

# *** Right Party Contact (RPC) MESSAGE ***

My name is *(Agent Name)* and I am contacting you regarding an urgent issue. I have an order for a serious matter against *(Debtor Full Name)*.

If we are unable to reach *(Debtor First Name)*, this office will have to continue to locate them at their place of employment and personal residence. You have a right to resolve this matter.

It is critical we speak to *(Debtor First Name)* immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212.* Please reference file number *100100*.

Thank you.

- ❖ **I don't know who the creditor is.**
  - o The creditor would have been listed in the contract you agreed to when you accepted the loan. Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose outside of court. **(*Straight back to close*)**

- ❖ **Who are you?**
  - o I work for Stark Recovery. We are trying to resolve this case with you. Is this your intent to find a solution right now ? **(*If asked further questions about the office do not answer*). (*Straight back to close*)**

- ❖ **Who is suing me?**
  - o At this time we are trying to find a solution so that this file does not escalate further
  - o This case can be resolved today, but if we are unable to find a resolution to this matter right now, this case will be escalated. **(*Straight back to close*)**

- ❖ **I want to speak with the lawyer / lead attorney?**
  - o If we are not able to find a resolution to this matter today I will pass your file to the lead attorney.
    - ▪ **(*If pressed further state*)** at this stage of the process our attorneys will not speak to you. Only in the event that we are not able to find a resolution and they continue the litigation process.

- ❖ **What is your address?**
  - o Our address is 4900 California Avenue, Tower B, 2ⁿᵈ Floor, Bakersfield, CA 93309 . **(*Straight back to close*)**

- ❖ **I checked my statement and funds were not deposited into this bank account.**
  - o The funds may not have been deposited into this account. This account was provided by you to remit payments to satisfy the loan. It was this account that had insufficient funds.

- ❖ **I want paperwork for this.**
  - o The original creditor sent you notice of the defaulted loan. All of my information has been verified. There is nothing I can provide you in writing that I have not already told you.

- ❖ **Why is this not on my credit report?**
  - o This is an unsecured loan and may be reported on your credit report. It is the determination of the creditor whether to report your default to crediting agencies. Our firm does not report to credit agencies, but upon full payment of your default – we will assist in removing any negative credit reporting on your file.

# \*\*\* <u>Close Rebuttals</u> \*\*\*

**PUSH FOR GREEN MONEY – THEY ALL HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT**

**If an attorney calls in, take their name and number and someone will call them back. Give information directly to Manager on duty. Do not give any information regarding the debtor or claim.**

❖ **Can't pay BIF today.**
   o Unfortunately the only option is to pay that in full since the litigation process has already started. ***Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.***

❖ **I want to pay this but I am not working.**
   o Is your spouse the only source of income?
   o Who can you talk to about helping you resolve these charges prior to a court action? If we are not able to find a resolution now I will be forced to pass your file to our lead attorney for litigation. (***Straight back to close***).

❖ **I only borrowed $300! Why is the balance so high?**
   o Interest and/or fees are applied by the original lender. Since this is litigation, legal fees have also been added. It would be in your best interest to resolve this today before the file is sent to the lead attorney to commence suit and the balance increases. (***straight back to close***)

❖ **I don't have a credit/debit card.**
   o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(\*\*\*WAIT FOR RESPONSE\*\*\*).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. ***Wait for response….. (Straight back to close)***.

❖ **Already Paid This.**
   o I assure you legal action would not have started if you already paid this. Our evidence has been verified during our discovery process on this case. (***Straight back to close***).

❖ **This is a scam.**
   o I can assure you this is NOT a scam. This litigation process has already started on this case. Again your social security number is **(full SSN)** which is linked to the original loan documentation. (***Straight back to close***).

❖ **I did not take out / I do not remember / I never did it / I only applied**
   o Mr/Mrs (***Debtor Last***) you took out a loan on (***Loan Date***), for the amount of (***Original Balance***). Your SSN # was linked to your bank account used to cover the loan payment. At this stage the fact of not taking out this loan is not valid. (***Straight back to close***)

**Menjivar Att. A**
**Page 9 of 132**

- ➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

- ➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

    *If unable to meet option:*

- ➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

    *If unable to meet option:*

- ➢ I want to remind you, if we cannot come to an agreement, we will escalate legal action. Let me place you on hold and see if I can get approval to come down.

    *Place on hold for 30 seconds max*

- ➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

- ➢ Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

- ➢ Now how does the name appear on the checking account you will be using?

- ➢ *Take account info...*

- ➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

- ➢ We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

    - ➢ If Credit Card was taken then

    - ➢ I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

- ➢ Thank you, have a good day.

Menjivar Att. A
Page 10 of 132

# *** CLOSE ***

➢ **Legal Department. How may I help you?**

➢ **Is there a reference # or name that I can reference?** *Find file in system*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
 *Let me transfer you to the associate handling your file.*

➢ **To ensure I have the right party your Social Security Number is** *(Give Full SSN)***? Please Hold…….**

➢ **There is a matter in our system. Let me reference the hard copy and provide further details on the cause of action.**

➢ **Allow me to explain the details, please hold your questions until the end**

➢ **We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with** *(Original Creditor)***. You authorized a draft from your checking account, that draft had insufficient funds. Now sir/ma'am was it your intent to breach your contract?** *Wait for response…*

➢ **Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.**

➢ **You currently have two options. The first is for us to escalate legal action, and seek judgment for** *($2,000 + $ Balance)* **which includes attorney's fees and court costs. Do you understand option #1?**

➢ **Your second option permits you to make a reduced one time settlement payment of** *(Balance Amount)***. This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of** *(Balance Amount)* **is due today.**

➢ **How would you like to proceed?** *If able to take payment, take payment.*

 **\*\*\*\* If unable to make payment……….**
 - **Well, what's your situation? Are you currently employed?**
 - **Are you paid Weekly or Biweekly?**
 - **When are you paid next?**
 - **Do you have a valid method of payment if we do agree on an arrangement?**

➢ **Now how short of the** *(Balance Amount)* **claim amount are you today?** **Wait for response.**

**Menjivar Att. A**
**Page 11 of 132**

➢ I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➢ Now how does the name appear on the checking account you will be using?

➢ *Take account info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from Stark. Our office places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

> ➢ If Credit Card was taken then

> ➢ I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

➢ Thank you, have a good day.

FTC-SLL-0001089

# *** LIVE RPC FOLLOWUP CLOSE ***

- ➤ Is this (*Debtor Full Name*)?
- ➤ (*Debtor First Name*), I'm calling from Stark Recovery. My name is (*Agent Name*), I am a litigation specialist in our legal department.
  To ensure I have the right party your Social Security Number is (*Give Full SSN*)?
- ➤ I know you previously spoke with our office. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.

  *Wait for Response.....*

- ➤ Once a court action starts, there is nothing I can do to assist you, we will seek a judgment in court for (*$2,000 + Current Balance*)
- ➤ If you prefer to avoid court action, you could pay a onetime settlement amount of (*Current Balance*) and dismiss your case today.

  **** *Debtor may offer at least a down payment* ****

  - • Well, what's your situation? Are you currently employed?
  - • Are you paid Weekly or Biweekly?
  - • When are you paid next?
  - • If we agree on an arrangement, do you have a valid method of payment?
  - - *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

- ➤ Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.

- ➤ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

- ➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

  *If unable to meet option:*

- ➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

  *If unable to meet option:*

FTC-SLL-0001091

> *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

   *If unable to meet option:*

> *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

   *If unable to meet option:*

> I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down. *Place on hold for 30 seconds max*

> *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

> Now how does the name appear on the ~~checking~~ CARD account you will be using?

> *Take account info...*

> Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

> We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

>> > If Credit Card is taken then

>> > I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

> Thank you, have a good day.

---

**Menjivar Att. A**
**Page 14 of 132**

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

- Is this (*Debtor Full Name*)?
- (*Debtor First Name*), I'm calling from Stark Recovery. My name is (*Agent Name*), I am a litigation specialist in our legal department.
  To ensure I have the right party your Social Security Number is (*Give Full SSN*)?
- There is a matter pending against you, in our legal department.

- Allow me to explain the details, please hold your questions until the end

- We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response..*

- Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.

- You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + $ Balance) which includes attorney's fees and court costs. Do you understand option #1?

- Your second option permits you to make a reduced one time settlement payment of *(Balance Amount)*. This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of *(Balance Amount)* is due today.

- How would you like to proceed? *If able to take payment, take payment.*

  **** If unable to make payment...........
  - Well, what's your situation? Are you currently employed?
  - Are you paid Weekly or Biweekly?
  - When are you paid next?
  - Do you have a valid method of payment if we do agree on an arrangement?

- Now how short of the *(Balance Amount)* claim amount are you today? Wait for response.

- I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Agent Name*) and I am contacting you regarding an urgent matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212.* Please reference file number *100100*, again that's file number *100100*.

Thank you.

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Agent Name),* may I speak with *(Ref Name).*

I'm a litigation specialist with Stark Recovery. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1.   Is (he/she) related to you?
2.   What is a good number that (he/she) can be reached at?

Well, this is a serious matter. I need to reach *(Debtor First Name)* right away. Grab a pen, let me give you some information that they will need.

3.   Let me give you my firm's # so (he/she) can contact me.
     I can be reached at *888... 555... 1212*
     Case Number for reference is *100100*

I need to speak to *(him/her)* before 6pm Central today.
Can you have *(him/her)* contact me immediately?

Thanks for your help.

Q. What is this about?

A. They have a pending case against them, but if I contact them soon, we can hopefully find a quick solution.

# \*\*\* POE MESSAGE \*\*\*

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)*, I am contacting you to locate one of your employees. We need to discuss a serious matter against *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

FTC-SLL-0001097

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is** (*Agent Name*), **I'm a litigation specialist with Stark Recovery.**

**May I speak with the immediate manager or supervisor for** (*Debtor Name*)? *Wait for response....*

**I'm calling to locate** (*Debtor Full Name*) **regarding an urgent matter.**

**Your location is identified as having a direct affiliation with** (*Debtor Full Name*).

**It's important that I speak with** (*Debtor First Name*) **immediately. Can you get them on the phone now?**

**(***If so start with RPC Close, otherwise continue***)**

**Do you know when** (*Debtor First Name*) **will be available?**

**It is important that I provide you with the file number and the number to our office that (he/she) would need to contact. Do you have something to write with?** *Wait for response....*

**1. I can be reached at** *888... 555... 1212.*

**2. Refer to case** *100100*

**Thank you for your time.**

**Menjivar Att. A**
**Page 19 of 132**

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ Good morning/afternoon my name is (*Attorney Name*), I'm an attorney with the Slovin Law Offices based in Chicago.

➢ Is this (*Debtor Name*). *Wait for response...*

➢ To confirm I have the right party, your Social Security Number is (*Give Full SSN*)? *Wait for Debtor confirmation...*

➢ There is a case pending against you, in my firm, for my client Capital Harris Miller. *Wait for Response or continue.*

➢ Allow me to explain the details, please hold your questions until the end

➢ I show two complaints in your case. The first is for the issuance of a bad check, and the second is for an attempted defrauding of a financial institution.

→ multiple

➢ Both complaints stem from a loan taken out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract with my client? *Wait for response...*

➢ Ok, let me explain your options at this time. The first option is for me to file a lawsuit against you, and seek judgment on fraud charges and look to obtain a judgment for ($2,000 + $ Balance) which includes attorney's fees and court costs. Do you understand option #1?

➢ Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid me from continuing with a lawsuit and I will not pursue the fraud charges against you. If you accept option #2, payment of (*Balance Amount*) is due today.

➢ How would you like to proceed? *If able to take payment, take payment.*

➢ *If unable to make payment......*
  • Well, what's your situation? Are you currently employed?
  • Are you paid Weekly or Biweekly?
  • Do you have a valid method of payment if we do agree on an arrangement?

- **Now how short of the** *(Balance Amount)* **claim amount are you today?** *Wait for response... If Debtor does not want to give you this information explain you are trying to find a reasonable solution without having to go to court and incurring additional expenses and a judgment for issuing a bad check and attempted defrauding of a financial institution.*

➢ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you.** Put debtor on hold for at least 45 seconds to one minute...

➢ **If we cannot come to an agreement, my client has authorized me to proceed with a lawsuit.** *(Refer to the Payment Guidelines)*

   *If they cannot do. Find out if they can borrow funds to cover the 50%. How much do they have? Then talk to manager about payment options from calculator.*

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, CHM. Our law firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

---

# *** LIVE RPC FOLLOWUP CLOSE ***

➢ **Is this (*Debtor Full Name*)?**

➢ **(*Debtor First Name*), this is Attorney (*Attorney Name*), from the Slovin Law Offices.**
**To ensure I have the right party your Social Security Number is (*Give Full SSN*)?**

➢ **I know you previously spoke with our law firm. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.**

*Wait for Response.....*

➢ **Once a court action starts, there is nothing I can do to assist you, our client will seek a judgment in court for (*$2,000 + Current Balance*)**

➢ **If you prefer to avoid court action, you could pay a onetime settlement amount of (*Current Balance*) and dismiss your case today.**

***** Debtor may offer at least a down payment *****

• **Well, what's your situation? Are you currently employed?**
• **Are you paid Weekly or Biweekly?**
• **If we agree on an arrangement, do you have a valid method of payment?**
  - *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

➢ **Now how short of the claim amount are you today? Wait for response...**

➢ **I understand, I will help you out any way I can.**

➢ **The pending charges are serious, let's see what payment arrangement I can offer to settle this matter now. It's in your best interest to resolve this with our law firm, since your case has already escalated.**

➢ **We require an initial deposit of 50% today and bi- weekly payments of $____ with a verifiable payment method before we can send out a dismissal.**

*If they cannot do. Find out if they can borrow funds to cover the 50%. How much do they have? Then talk to P about payment options from calculator.*

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, CHM. Our law firm places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

# *** Right Party Contact (RPC) MESSAGE ***

This is Attorney (*Attorney Name*) and I am contacting you regarding an urgent matter.  I need to discuss a serious matter involving (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will be actively seek (*him/her*) at their Place of Employment and their Residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact our law firm at *888... 555... 1212* again that number is *888... 555... 1212.*  Please reference file number *100100.*

(*Debtor Full Name*), you have officially been notified.

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is (*Attorney Name*), I'm an attorney with the Slovin Law Offices in Chicago.**

**May I speak with the immediate manager or supervisor for (*Debtor Full Name*)?** *Wait for response....*

**I'm have been unable to locate (*Debtor First Name*) to discuss two pending charges against him.**

**Your location is identified as having a direct affiliation with (*Debtor Full Name*).**

**It's imperative that I speak with (*Debtor First Name*) immediately. Can you get them on the phone now?**

**(*If so start with RPC Close, otherwise continue*)**

**Do you know when (*Debtor First Name*) will be available?**

**I will provide you with the case number and the number to our firm so that (*Debtor First Name*) may contact us immediately. Do you have something to write with?** *Wait for response....*

**1. I can be reached at *888... 555... 1212*.**

**2. Refer to case *100100***
**3. What is the correct spelling of your name for the file. Thank you for your time.**

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

This is Attorney *(Attorney Name)*, I am contacting you to locate one of your employees. I need to discuss a serious matter involving *(Debtor Full Name)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor First Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Attorney Name)*, may I speak with *(Ref Name)*.

I'm an attorney with the Slovin Law Offices. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1.   Is *(Debtor First Name)* related to you?
2.   What is a good number that *(Debtor First Name)* can be reached at?

We have been trying to contact *(Debtor First Name)*, I need to reach (him/her) right away. Grab a pen, let me give you some information that they will need.

3.   Let me give you my firm's number so (he/she) can contact me.

I can be reached at *888... 555... 1212*

Case Number for reference is *100100*

I need to speak to *(Debtor First Name)* before 6pm Central today. Can you have them contact me immediately?

Thanks for your help.

Q. What is this about?

**A. I have an open legal matter that I can only discuss with (*Debtor First Name*), at this time. Can you get them this message.**

# *** 3ʳᵈ PARTY MESSAGE ***

**Good morning, my name is (*Attorney Name*) and I am an attorney contacting you regarding an urgent matter. I have to discuss a serious matter involving (*Debtor Full Name*).**

**Your name has come up as having a direct affiliation with (*Debtor Full Name*).**

**If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.**

**Please contact me at *888... 555... 1212, again that's 888... 555... 1212.* Please reference file number *100100*, again that's file number *100100***

# *** CLOSE ***

➢ **Law Office. This is Attorney, (*Attorney Name*), How may I help you?**

➢ **Is there a reference # or name that I can reference?** *Please Hold...*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
    *Let me transfer you to the associate handling your file.*

➢ **There is a claim in our system for our client Capital Harris Miller but it's in pending litigation status. Let me see if I can grab the hard copy and give you some details.**

   *Place on hold*

➢ **OK is this (*Debtor Name*) with Social Security Number of (*Give Full SSN*)?**

➢ **Allow me to explain the details, please hold your questions until the end**

➢ **I show two charges in your file. The first charge is for a bad check and the second is for an attempted defrauding of a financial institution. Both these charges stem from a loan taken out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now sir/ma'am was it your intent to breach your contract?** *Wait for response...*

   **Ok, first, I need to check the docket to see if you have a court date. If a date has not been issued, I can check if we can bring the case back and allow you to resolve it now out of court. Allow me a moment to do my due diligence on the case and I'll be right back.** *Place on hold*

➢ **Ok, here is the information I have. You do not have a court date issued. But as soon as a date is set our client would simply allow the legal process to continue and seek damages ($$). In regards to the balance... they are seeking a judgment in court for (*$ Balance + $2,000*). But this has not happened yet, so I can allow you to resolve this outside of court today.**

➢ **Is this something you want to resolve with our firm now?** *Wait for Response......*

➢ **By avoiding court, we could allow a onetime settlement amount of** *($ Balance).* **I will then be able to discharge this case**
*\*\*\*\* Debtor may offer at least a down payment \*\*\*\**

- **Well, what's your situation? Are you currently employed?**
- **Are you paid Weekly or Biweekly?**
- **Do you have a valid method of payment if we do agree on an arrangement?**
- *If Debtor does not want to give you this information explain once a court date is solidified we will allow legal process to continue.*

➢ **Now how short of the claim amount are you today?** **Wait for response...**

➢ **I understand I will help you out any way I can.**

➢ **These charges are very serious, let's see what payment arrangement I can offer to keep you from having to appear. It's in your best interest to resolve this as the litigation process has already started.**

➢ **We require an initial deposit of 50% today and bi- weekly payments of $\_\_\_\_ with a verifiable payment method before we can send out a dismissal.**

➢ *If they cannot do. Find out if they can borrow funds to cover the 50%. How much do they have? Then talk to P about payment options from calculator.*

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, CHM. We practice in giving a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

**Menjivar Att. A**
**Page 30 of 132**
FTC-SLL-0006272

# *** __Attorney Close Rebuttals__ ***

## PUSH FOR GREEN MONEY – THEY ALL HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT

- ❖ **Can't pay BIF today.**
  - o Unfortunately the only option is to pay that in full, or we proceed with legal action. *Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.*

- ❖ **I want to pay this but I am not working.**
  - o Do you have any other sources of income?
  - o Are you able to borrow the funds?
  - o Is there someone who can help you make payment?
  - o *(Straight back to close).*

- ❖ **I only borrowed $300!  Why is the balance so high?**
  - o Interest and/or fees are applied by the original lender.  At this time, I am able to remove all legal fees if you can settle this matter today. *(straight back to close)*

- ❖ **I don't have a credit/debit card.**
  - o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(***WAIT FOR RESPONSE***).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response…..  (Straight back to close).*

- ❖ **Already Paid This.**
  - o I assure you, I wouldn't call you to discuss this matter if it was already paid.  Our evidence has been verified during our discovery process on this case. *(Straight back to close).*

- ❖ **I did not take out / I do not remember / I never did it**
  - o Mr/Mrs (*Debtor Last*) you took out a loan on (*Loan Date*), for the amount of (*Original Balance*).  Your SSN # was linked to your bank account used to cover the loan payment.  At this stage, the fact of not taking out this loan is not in question. *(Straight back to close)*

- ❖ **I don't know who the creditor is.**
  - o The creditor would have been listed in the contract you agreed to when you accepted the loan.  Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose without filing suit.
    *(Straight back to close)*

- ❖ **Who is the law firm?**

    o  As stated, my name is (attorney name) and I am an attorney with the Slovin Law Offices. Our client has retained us to resolve this case with you.  Is it your intent to find a solution now?  (*Straight back to close*)

❖  **Who is suing me?**

    o  This case can be resolved today, but if we are unable to find a resolution to this matter, my client will escalate legal action. (*Straight back to close*)

❖  **What is your address?**

    o  Our correspondence address is PO Box 3098, Oakbrook, IL 60522. (*Straight back to close*)

**Menjivar Att. A**
**Page 32 of 132**
FTC-SLL-0006274

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is** (*Attorney Name*), **I'm an attorney with the Stark Law Firm.**

**May I speak with the immediate manager or supervisor for** (*Debtor Full Name*)? *Wait for response....*

**I'm have been unable to locate** (*Debtor First Name*) **to discuss legal matters regarding him.**

**Your location is identified as having a direct affiliation with** (*Debtor Full Name*).

**It's imperative that I speak with** (*Debtor First Name*) **immediately. Can you get them on the phone now?**

(*If so start with RPC Close, otherwise continue*)

**Do you know when** (*Debtor First Name*) **will be available?**

**I will provide you with the case number and the number to our firm so that** (*Debtor First Name*) **may contact us immediately. Do you have something to write with?** *Wait for response....*

**1. I can be reached at** *888... 555... 1212.*

**2. Refer to case** *100100*
**3. What is the correct spelling of your name for the file? Thank you for your time.**

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

This is Attorney *(Attorney Name)*, I am contacting you to locate one of your employees. I need to discuss a serious matter involving *(Debtor Full Name)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor First Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

Menjivar Att. A
Page 34 of 132
FTC-SLL-0005482

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Attorney Name)*, may I speak with *(Ref Name)*.

I'm an attorney with Stark Law. I am following up on a legal matter that our firm is handling. We believe that *(Debtor Full Name)* may be a family member or an associate of yours.

1. Is *(Debtor First Name)* related to you?
2. What is a good number that *(Debtor First Name)* can be reached at?

We have been trying to contact *(Debtor First Name)*, I need to reach (him/her) right away. Grab a pen and I'll provide some information they will need.

3. Let me give you my firm's number so (he/she) can contact me.
   I can be reached at *888... 555... 1212*
   File Number for reference is *100100*

I need to speak to *(Debtor First Name)* before 6pm Central today. Can you have them contact me immediately?

Thanks for your help.

Q. What is this about?

A. I have an open legal matter that I can only discuss with *(Debtor First Name)*, at this time. Can you get them this message?

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Attorney Name*) and I am an attorney contacting you regarding an urgent matter. I have to discuss a serious matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212.* Please reference file number *100100*, again that's file number *100100*

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ Good morning/afternoon my name is (*Attorney Name*), I'm an attorney with the Stark Law Firm.

➢ Is this (*Debtor Name*). *Wait for response...*

➢ To confirm I have the right party, your Social Security Number is (*Give Full SSN*)? *Wait for Debtor confirmation...*

➢ My firm has been retained to resolve a matter between you and our client, Pacific.

➢ Allow me to explain the details, please hold your questions until the end

➢ We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract with my client? *Wait for response...*

➢ Your default is severely delinquent and my client has authorized us to pursue this cause of action to the fullest extent of the law.

➢ You currently have two options. The first is for us to escalate legal action, and seek judgment for (*$2,000 + $ Balance*) which includes attorney's fees and court costs. Do you understand option #1?

➢ Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➢ How would you like to proceed? *If able to take payment, take payment.*

➢ *If unable to make payment......*
   • Well, what's your situation? Are you currently employed?
   • Are you paid Weekly or Biweekly?
   • Do you have a valid method of payment if we do agree on an arrangement?

- **Now how short of the** *(Balance Amount)* **claim amount are you today? Wait for response...**

➢ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...**

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ **I want to remind you, your default is severely delinquent, and if we cannot come to an agreement, my client has authorized me to escalate this matter. Let me place you on hold and see if the client is willing to come down.**

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to negotiate.*

➢ **Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.**

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

# *** LIVE RPC FOLLOWUP CLOSE ***

- ➤ **Is this (Debtor Full Name)?**
- ➤ **(Debtor First Name), this is Attorney (Attorney Name), from Stark Law.**

- ➤ **I know you previously spoke with our law firm. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before legal action escalates.**

    *Wait for Response.....*

- ➤ **Once a court action starts, there is nothing I can do to assist you, our client will seek a judgment in court for at least ($2,000 + Current Balance)**
- ➤ **If you prefer to avoid court action, you could pay a onetime settlement amount of (Current Balance) and resolve your file.**

    **\*\*\*\* Debtor may offer at least a down payment \*\*\*\***

    - • **Well, what's your situation? Are you currently employed?**
    - • **Are you paid Weekly or Biweekly?**
    - • **If we agree on an arrangement, do you have a valid method of payment?**
    - - *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

- ➤ **Now how short of the claim amount are you today? Wait for response...**
- ➤ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...**

- ➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

    *If unable to meet option:*

- ➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

    *If unable to meet option:*

- ➤ **I want to remind you, your default is severely delinquent, if we cannot come to an agreement, my client has authorized us to escalate this matter. Let me place you on hold and see if the client is willing to come down.**

    *Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to negotiate.*

➢ Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# *** Right Party Contact (RPC) MESSAGE ***

This is Attorney (*Attorney Name*) and I am contacting you regarding an urgent matter. I need to discuss a serious matter involving (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will be actively seek (*him/her*) at their Place of Employment and their Residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact our law firm at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

Thank you.

# \*\*\* CLOSE \*\*\*

➤ Law Office. This is Attorney, (*Attorney Name*), How may I help you?

➤ Is there a reference # or name that I can reference? *Please Hold...*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
   *Let me transfer you to the associate handling your file.*

➤ There is a matter in our system for our client Pacific. Let me reference the hard copy and provide further details on the cause of action.

   *Place on hold*

➤ OK is this (*Debtor Name*) with Social Security Number of (*Give Full SSN*)?

➤ Allow me to explain the details, please hold your questions until the end

➤ This matter stems from a breach of contract when you defaulted on a loan. The loan was taken out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response...*

➤ Your default is severely delinquent and my client has authorized us to pursue this cause of action to the fullest extent of the law.

➤ You currently have two options. The first is for us to escalate legal action, and seek judgment (*$2,000 + $ Balance*) which includes attorney's fees and court costs. Do you understand option #1?

➤ Your second option permits you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➤ How would you like to proceed? *If able to take payment, take payment.*

➤ *If unable to make payment......*

- Well, what's your situation? Are you currently employed?
- Are you paid Weekly or Biweekly?
- Do you have a valid method of payment if we do agree on an arrangement?

- Now how short of the *(Balance Amount)* claim amount are you today? *Wait for response... If Debtor does not want to give you this information explain you are trying to find a reasonable solution without having to go to court and incurring additional expenses and a judgment for issuing a bad check and attempted defrauding of a financial institution.*

➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ I want to remind you, if we cannot come to an agreement, my client has authorized me to proceed with a lawsuit. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. We practice in providing a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# *** **Attorney Close Rebuttals** ***

## PUSH FOR GREEN MONEY – THEY **ALL** HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT

- ❖ **I want to pay this but I am not working.**
  - o Do you have any other sources of income?
  - o Are you able to borrow the funds?
  - o Is there someone who can help you make payment?
  - o (*Straight back to close*).

- ❖ **I only borrowed $300!  Why is the balance so high?**
  - o Pay day loans are high interest loans, you were provided the terms of the loan when you executed your loan obligations.  Interest and/or fees are applied by the original lender.  At this time, I am able to remove all legal fees if you can settle this matter today. (*straight back to close*)

- ❖ **I don't have a credit/debit card.**
  - o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(\*\*\*WAIT FOR RESPONSE\*\*\*).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response.....  (Straight back to close)*.

- ❖ **Already Paid This.**
  - o I assure you, I wouldn't call you to discuss this matter if it was already paid.  Our evidence has been verified during our discovery process on this case. (*Straight back to close*).

- ❖ **I did not take out / I do not remember / I never did it**
  - o Mr/Mrs (*Debtor Last*) you took out a loan on (*Loan Date*), for the amount of (*Original Balance*).  Your SSN # was linked to your bank account used to cover the loan payment.  At this stage, the fact of not taking out this loan is not in question. (*Straight back to close*)

- ❖ **I don't know who the creditor is.**
  - o The creditor would have been listed in the contract you agreed to when you accepted the loan.  Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose without filing suit.
    (*Straight back to close*)

- ❖ **Who is the law firm?**
  - o As stated, my name is (attorney name) and I am an attorney with Stark Law.  Our client has retained us to resolve this matter with you.  Is it your intent to find a solution now? (*Straight back to close*)

❖ **Who is suing me?**
   ○ This case can be resolved today, but if we are unable to find a resolution to this matter, my client will escalate legal action. (***Straight back to close***)

❖ **What is your address?**
   ○ Our correspondence address is 4E Ogden Ave #109, Westmont, IL 60559. (***Straight back to close***)

## PAYMENT GUIDELINES FOR NEW CLOSES

1ST PAYMENT TO OFFER:

    BIF. WE WANT FULL PAYMENT TODAY.

2ND PAYMENT TO OFFER:

    ASK FOR 50% OF BALANCE (GIVE AMOUNT, NOT %) TODAY. THEN SPLIT
    REMAINING BALANCE INTO 2 OR 3 BI WEEKLY ARRANGEMENTS.

3RD PAYMENT TO OFFER:

    PUSH FOR $200 OR $300 TODAY. THEN SPLIT REMAINING BALANCE INTO
    2 OR 3 BIWEEKLY ARRANGEMENTS.

4TH PAYMENT TO OFFER:

    GIVE PAYMENT OPTION BASED ON 100% FROM PAYMENT CALCULATOR.
    IF DEBTOR DOES NOT HAVE PAYMENT TODAY STRECTH TILL FRIDAY.

IF THE DEBTOR DOES NOT HAVE FUNDS OR A CREDIT CARD TALK TO PREETESH
OR COCO BEFORE GLUCKING. EVEN IF DEBTOR CANNOT PAY FOR ANOTHER
TWO WEEKS TALK TO PREETESH OR COCO. NO ONE IS TO BE GLUCKED ON THE
NEW CLOSE.

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), I am Attorney (*Attorney Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is** (*Agent Name*), **I'm a litigation specialist with Stark Law.**

**May I speak with the immediate manager or supervisor for** (*Debtor Name*)? *Wait for response....*

**I'm have been unable to locate** (*Debtor First Name*) **to discuss legal matters regarding him.**

**Your location is identified as having a direct affiliation with** (*Debtor Full Name*).

**It's important that I speak with** (*Debtor First Name*) **immediately. Can you get them on the phone now?**

(*If so start with RPC Close, otherwise continue*)

**Do you know when** (*Debtor First Name*) **will be available?**

**I will provide you with the case number and the number to our firm so that** (Debtor First Name) **may contact us immediately. Do you have something to write with?** *Wait for response....*

**1. I can be reached at** *888... 555... 1212.*

**2. Refer to case** *100100*

**3. What is the correct spelling of your name for the file? Thank you for your time.**

# *** POE LIVE JIGGLE

## REMAIN PROFESSIONAL AT ALL T *Litigation Specialist*

**Good Morning, my name is (*Agent Name*), I'm a litigation specialist with Stark Law.**

**May I speak with the immediate manager or supervisor for (*Debtor Name*)?** *Wait for response....*

**I'm have been unable to locate (*Debtor First Name*) to discuss legal matters regarding him.**

**Your location is identified as having a direct affiliation with (*Debtor Full Name*).**

**It's important that I speak with (*Debtor First Name*) immediately. Can you get them on the phone now?**

**(*If so start with RPC Close, otherwise continue*)**

**Do you know when (*Debtor First Name*) will be available?**

**I will provide you with the case number and the number to our firm so that (Debtor First Name) may contact us immediately. Do you have something to write with?** *Wait for response....*

**1. I can be reached at *888... 555... 1212*.**

**2. Refer to case *100100***

**3. What is the correct spelling of your name for the file? Thank you for your time.**

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)* from the Stark Law Firm. I am contacting you to locate one of your employees. We need to discuss a serious matter regarding *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Agent Name)*, may I speak with *(Ref Name)*.

I'm a litigation specialist with Stark Law. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1.   Is (he/she) related to you?
2.   What is a good number that (he/she) can be reached at?

Well, this is a serious matter. I need to reach *(Debtor First Name)* right away. Grab a pen, let me give you some information that they will need.

3.   Let me give you my firm's # so (he/she) can contact me.
I can be reached at *888... 555... 1212*
Case Number for reference is *100100*

I need to speak to *(him/her)* before 6pm Central today. Can you have *(him/her)* contact me immediately?

Thanks for your help.

Q. What is this about?

A. This is a sealed matter against them, but if I can speak with them soon, we can hopefully find a quick solution.

# *** 3ʳᵈ PARTY MESSAGE ***

My name is (*Agent Name*) from the Stark Law Firm. I am contacting you to discuss an urgent matter regarding (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), our office will continue to actively locate them at their place of employment and personal residence.  It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212.*  Please reference file number *100100*, again that's file number *100100*

Thank you.

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ **Is this (*Debtor Full Name*)?**
➢ **(*Debtor First Name*), I'm calling from Stark Law. My name is (*Agent Name*), I am a litigation specialist with our firm.**
**To ensure I have the right party your Social Security Number is (*Give Full SSN*)?**

➢ **Our firm has been retained to resolve a matter between you and our client.**

➢ **Allow me to explain the details, please hold your questions until the end**

➢ **We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract with my client? *Wait for response...***

➢ **Your default is severely delinquent and my client has authorized us to pursue this cause of action to the fullest extent of the law.**

➢ **You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + $ Balance) which includes attorney's fees and court costs. Do you understand option #1?**

➢ **Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.**

➢ **How would you like to proceed? *If able to take payment, take payment.***

**\*\*\*\* If unable to make payment...........**
● **Well, what's your situation? Are you currently employed?**
● **Are you paid Weekly or Biweekly?**
● **Do you have a valid method of payment if we do agree on an arrangement?**

➢ **Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.**

> I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

> *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

> *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

> I want to remind you, your default is severely delinquent, and if we cannot come to an agreement, my client has authorized me to escalate this matter. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

> *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

> Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

> Now how does the name appear on the card you will be using?

> *Take card info...*

> Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client Pacific. Our law firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

> Thank you, have a good day.

---

## *** LIVE RPC FOLLOWUP CLOSE ***

➢ Is this (Debtor Full Name)?

➢ (Debtor First Name), I'm calling from Stark Law. My name is (Agent Name), I am a litigation specialist with our firm.
To ensure I have the right party your Social Security Number is (Give Full SSN)?

➢ I know you previously spoke with our law firm. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.

*Wait for Response.....*

➢ Once a court action starts, there is nothing I can do to assist you, our client will seek a judgment in court for at least ($2,000 + Current Balance)

➢ If you prefer to avoid court action, you could pay a onetime settlement amount of (Current Balance) and dismiss your case today.

**** Debtor may offer at least a down payment ****

- Well, what's your situation? Are you currently employed?
- Are you paid Weekly or Biweekly?
- If we agree on an arrangement, do you have a valid method of payment?
  - *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

➢ Now how short of the (Balance Amount) claim amount are you today? Wait for response.

➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ I want to remind you, your default is severely delinquent, if we cannot come to an agreement, my client has authorized us to escalate this matter. Let me place you on hold and see if the client is willing to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

➢ Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# *** Right Party Contact (RPC) MESSAGE ***

My name is (*Agent Name*) from the Stark Law Firm.  I am contacting you to discuss an urgent matter regarding (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will continue to actively locate them at their place of employment and personal residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*.  Please reference file number *100100*.

Thank you.

# *** CLOSE ***

- ➢ Law Office. How may I help you?

- ➢ Is there a reference # or name that I can reference? *Find file in system*

- ➢ To ensure I have the right party your Social Security Number is (*Give Full SSN*)? *Please Hold.......*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
    *Let me transfer you to the associate handling your file.*

- ➢ There is a matter in our system for our client Pacific. Let me reference the hard copy and provide further details on the cause of action.

- ➢ Allow me to explain the details, please hold your questions until the end

- ➢ We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract with my client? *Wait for response...*

- ➢ Your default is severely delinquent and my client has authorized us to pursue this cause of action to the fullest extent of the law.

- ➢ You currently have two options. The first is for us to escalate legal action, and seek judgment ($2,000 + $ *Balance*) which includes attorney's fees and court costs. Do you understand option #1?

- ➢ Your second option permits you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➤ **How would you like to proceed?** *If able to take payment, take payment.*

➤ **\*\*\*\* If unable to make payment...........**
- **Well, what's your situation? Are you currently employed?**
- **Are you paid Weekly or Biweekly?**
- **Do you have a valid method of payment if we do agree on an arrangement?**

➤ **Now how short of the** *(Balance Amount)* **claim amount are you today?** Wait for response.

➤ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you.** Put debtor on hold for at least 45 seconds to one minute...

➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➤ **I want to remind you, your default is severely delinquent and my client has authorized us to pursue this cause of action to the fullest extent of the law.**
➤ **Let me place you on hold and see if the client is willing to come down.**

*Place on hold for 30 seconds max*

➤ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest my client is willing to come.*

➤ **Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.**

➤ **Now how does the name appear on the card you will be using?**

➤ *Take card info...*

➤ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from our client, Pacific. Our law firm provides**

a courtesy call a day or two prior to processing your payment.  What is a good number to contact you at? *Wait for Response.....*

Thank you, have a good day.

# *** <u>Close Rebuttals</u> ***

## PUSH FOR GREEN MONEY – THEY ALL HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT

❖ **Can't pay BIF today.**
  - ○ Unfortunately the only option is to pay that in full since the litigation process has already started. *Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.*

❖ **I want to pay this but I am not working.**
  - ○ Is your spouse the only source of income?
  - ○ Who can you talk to about helping you resolve these charges prior to a court action? If we are not able to find a resolution now I will be forced to pass your file to our lead attorney for litigation. *(Straight back to close).*

❖ **I only borrowed $300! Why is the balance so high?**
  - ○ Interest and/or fees are applied by the original lender. Since this in litigation, legal fees have also been added. It would be in your best interest to resolve this today before the file is sent to the lead attorney to commence suit and the balance increases. *(straight back to close)*

❖ **I don't have a credit/debit card.**
  - ○ You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(***WAIT FOR RESPONSE***).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response.....* *(Straight back to close).*

❖ **Already Paid This.**
  - ○ I assure you legal action would not have started if you already paid this. Our evidence has been verified during our discovery process on this case. *(Straight back to close).*

❖ **This is a scam.**
  - ○ I can assure you this is NOT a scam. This litigation process has already started on this case. Again your social security number is **(full SSN)** which is linked to the original loan documentation. *(Straight back to close).*

❖ **I did not take out / I do not remember / I never did it**
  - ○ Mr/Mrs *(Debtor Last)* you took out a loan on *(Loan Date)*, for the amount of *(Original Balance)*. Your SSN # was linked to your bank account used to cover the loan payment. At this stage the fact of not taking out this loan is not valid. *(Straight back to close)*

❖ **I don't know who the creditor is.**
- o The creditor would have been listed in the contract you agreed to when you accepted the loan. Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose outside of court. (***Straight back to close***)

❖ **Who is the law firm?**
- o I work for Stark Law. Our client has retained us to resolve this case with you. Is this your intent to find a solution right now ? (***If asked further questions about the law firm do not answer). (Straight back to close***)

❖ **Who is suing me?**
- o At this time we are trying to find a solution so that this file does not escalate further
- o This case can be resolved today, but if we are unable to find a resolution to this matter right now, this case will be escalated. (***Straight back to close***)

❖ **I want to speak with the lawyer / lead attorney?**
- o If we are not able to find a resolution to this matter today I will pass your file to the lead attorney.
  - ▪ (***If pressed further state***) at this stage of the process our attorneys will not speak to you. Only in the event that we are not able to find a resolution and they continue the litigation process.

❖ **What is your address?**
- o Our correspondence address is 4E. Ogden Ave #109, Westmont, IL 60559. (***Straight back to close***)

**If an attorney calls in, take their name and number and someone will call them back. Give information directly to Manager on duty. Do not give any information regarding the debtor or claim.**

## PAYMENT GUIDELINES FOR NEW CLOSES

1ST PAYMENT TO OFFER:

BIF. WE WANT FULL PAYMENT TODAY.

2ND PAYMENT TO OFFER:

ASK FOR 50% OF BALANCE (GIVE AMOUNT, NOT %) TODAY. THEN SPLIT REMAINING BALANCE INTO 2 OR 3 BI WEEKLY ARRANGEMENTS.

3RD PAYMENT TO OFFER:

PUSH FOR $200 OR $300 TODAY. THEN SPLIT REMAINING BALANCE INTO 2 OR 3 BIWEEKLY ARRANGEMENTS.

4TH PAYMENT TO OFFER:

GIVE PAYMENT OPTION BASED ON 100% FROM PAYMENT CALCULATOR. IF DEBTOR DOES NOT HAVE PAYMENT TODAY STRECTH TILL FRIDAY.

IF THE DEBTOR DOES NOT HAVE FUNDS OR A CREDIT CARD TALK TO PREETESH OR COCO BEFORE GLUCKING. EVEN IF DEBTOR CANNOT PAY FOR ANOTHER TWO WEEKS TALK TO PREETESH OR COCO. NO ONE IS TO BE GLUCKED ON THE NEW CLOSE.

# *** NSF MESSAGE ***

This is for *(Debtor Full Name)*, my name is *(Agent Name)* and I am contacting you regarding a defaulted payment.

If we are unable to reach *(Debtor First Name)*, our law firm will actively seek *(him/her)* at their Place of Employment and their Residence. You have a right to resolve this matter.

It is critical we speak to *(Debtor First Name)* immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

*(Debtor Full Name)*, you have officially been notified.

# ***Bulls Eye***



Why we work the Bulls Eye?

1. Third parties have an established relationship and have more access to the debtor.
2. They will do the work for you. They are your own little collection company.
3. People will communicate what they think they heard, and will embellish unknowingly. (The story will change)
4. People love drama, so they will contact them.
5. It will motivate the debtor. (Builds Urgency!)

# *** Morning Routine ***

❖ **Validate Your Number**

- o **FINANCIAL DASHBOARD**: Current Collected and Next Month Postdates
- o **PORTFOLIO LIQUIDATION BY COLLECTOR**: Review your current %
- o **PAYMENTS BY DATE**: Know where your money is!!!

❖ **Call HOT's/Call Ins/NSF's**

- o RE-Jiggle **HOT's**... set CALLBACK for best time to call back
- o **NSF/DECLINES**: Follow up on NSF date
- o Closer should call back a 2nd time on the day of NSF/DECLINE after pm payment run
- o RE-shake NSF's on 2nd day & Voice swap NSF's on the 3rd or 4th day

❖ **Call Tomorrow's Payments**

- o [Company name] Courtesy Payment Reminders
- o Call Monday's Payments on the Friday prior
- o Be prepared for mid-month and end of month closeout!
- o (+Tip: call mid-month and EOM payments WEDNESDAY prior)

❖ **Clean Desk Status**

- o Filter by Flex Tag daily in order to move the accounts to the correct status.
- o **(+Remember: Each account has approx. lifespan of 8 days, meaning that you should have gone from NEW BIZ to COLLECTION FILE within that time frame.)**

❖ **Update Your Goal Tracking Sheet!**

- o Document your # of calls and money collected from the previous day.
- o Have all of your goals for the week filled out on Monday morning.
- o Turn in the previous weeks tracking sheet to your manager on Monday Morning.

❖ **Work New Biz**

# *****$$$GET MONEY$$$*****

# \*\*\* POE LIVE JIGGLE \*\*\*

## REMAIN PROFESSIONAL AT ALL TIMES

Good Morning, my name is (*Agent Name*), I'm a litigation specialist with Stark Law.

May I speak with the immediate manager or supervisor for (*Debtor Name*)? *Wait for response....*

I'm calling to locate (*Debtor Full Name*) regarding two pending matters.

Your location is identified as having a direct affiliation with (*Debtor Full Name*).

It's important that I speak with (*Debtor First Name*) immediately.  Can you get them on the phone now?

(*If so start with RPC Close, otherwise continue*)

Do you know when (*Debtor First Name*) will be available?

It is important that I provide you with the case number and the number to our firm that (he/she) would need to contact.  Do you have something to write with? *Wait for response....*

1. I can be reached at *888... 555... 1212.*

2. Refer to case *100100*

Thank you for your time.

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)*, I am contacting you to locate one of your employees. We need to discuss a serious matter against *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

**Menjivar Att. A**
**Page 68 of 132**
FTC-SLL-0005517

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Agent Name)*, may I speak with *(Ref Name)*.

I'm a litigation specialist with Stark Law. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1. Is (he/she) related to you?
2. What is a good number that (he/she) can be reached at?

Well, this is a serious matter. I need to reach *(Debtor First Name)* right away. Grab a pen, let me give you some information that they will need.

3. Let me give you my firm's # so (he/she) can contact me.

I can be reached at *888... 555... 1212*
Case Number for reference is *100100*

I need to speak to *(him/her)* before 6pm Central today. Can you have *(him/her)* contact me immediately?

Thanks for your help.

Q. What is this about?

A. They have a pending case against them, but if I contact them soon, we can hopefully find a quick solution.

# *** 3ʳᵈ PARTY MESSAGE ***

Good morning, my name is (*Agent Name*) and I am contacting you regarding an urgent matter.  I have an order for 2 two serious matters against (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence.  It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212*.  Please reference file number *100100*, again that's file number *100100*.

Thank you.

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ Is this *(Debtor Full Name)*?

➢ *(Debtor First Name)*, I'm calling from Stark Law. My name is *(Agent Name)*, I am a litigation specialist with our firm.
To ensure I have the right party your Social Security Number is *(Give Full SSN)*?

➢ There is a case pending against you, in our firm.

➢ Allow me to explain the details, please hold your questions until the end

➢ I show two complaints in your case. The first is for the issuance of a bad check, and the second is for an attempted defrauding of a financial institution.

➢ Both complaints stem from a loan taken out with *(Original Creditor)*. You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your? *Wait for response...*

➢ Ok, let me explain your options at this time. The first option is for me to forward your file to one of our lead attorneys and have them file a lawsuit against you, and seek judgment on fraud charges and look to obtain a judgment for *($2,000 + $ Balance)* which includes attorney's fees and court costs. Do you understand option #1?

➢ Your second option allows you to make a reduced one time settlement payment of *(Balance Amount)*. This will avoid me from continuing with a lawsuit and we will not pursue the fraud charges against you. If you accept option #2, payment of *(Balance Amount)* is due today.

➢ How would you like to proceed? *If able to take payment, take payment.*

   **** If unable to make payment...........
   - Well, what's your situation? Are you currently employed?
   - Are you paid Weekly or Biweekly?
   - Do you have a valid method of payment if we do agree on an arrangement?

➢ Now how short of the *(Balance Amount)* claim amount are you today? Wait for response.

➢ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you.** Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ **I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down.** *Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

# *** LIVE RPC FOLLOWUP CLOSE ***

➤ **Is this (*Debtor Full Name*)?**
➤ **(*Debtor First Name*), I'm calling from Stark Law. My name is (*Agent Name*), I am a litigation specialist with our firm.**
**To ensure I have the right party your Social Security Number is (*Give Full SSN*)?**
➤ **I know you previously spoke with our law firm. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.**

*Wait for Response…..*

➤ **Once a court action starts, there is nothing I can do to assist you, we will seek a judgment in court for (*$2,000 + Current Balance*)**

➤ **If you prefer to avoid court action, you could pay a onetime settlement amount of (*Current Balance*) and dismiss your case today.**

**\*\*\*\* *Debtor may offer at least a down payment* \*\*\*\***

- **Well, what's your situation? Are you currently employed?**
- **Are you paid Weekly or Biweekly?**
- **If we agree on an arrangement, do you have a valid method of payment?**
- *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

➤ **Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.**

➤ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute…**

➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➢ Now how does the name appear on the card you will be using?

➢ *Take card info...*

➢  Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from Stark. Our firm places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ Thank you, have a good day.

# *** Right Party Contact (RPC) MESSAGE ***

My name is (*Agent Name*) and I am contacting you regarding an urgent issue. I have an order for a serious matter against (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will have to continue to locate them at their place of employment and personal residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

Thank you.

# *** CLOSE ***

- ➢ Law Office. How may I help you?

- ➢ Is there a reference # or name that I can reference? *Find file in system*

- ➢ To ensure I have the right party your Social Security Number is (*Give Full SSN*)? *Please Hold.......*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
   *Let me transfer you to the associate handling your file.*

- ➢ There is a case pending against you, in our firm.

- ➢ Allow me to explain the details, please hold your questions until the end

- ➢ I show two complaints in your case. The first is for the issuance of a bad check, and the second is for an attempted defrauding of a financial institution.

- ➢ Both complaints stem from a loan taken out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response...*

- ➢ Ok, let me explain your options at this time. The first option is for me to forward your file to the lead attorney and have them file a lawsuit against you, and seek judgment on fraud charges and look to obtain a judgment for ($2,000 + $ *Balance*) which includes attorney's fees and court costs. Do you understand option #1?

- ➢ Your second option allows you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid me from continuing with a lawsuit and we will not pursue the fraud charges against you. If you accept option #2, payment of (*Balance Amount*) is due today.

- ➢ How would you like to proceed? *If able to take payment, take payment.*

**\*\*\*\* If unable to make payment...........**
- **Well, what's your situation? Are you currently employed?**
- **Are you paid Weekly or Biweekly?**
- **Do you have a valid method of payment if we do agree on an arrangement?**

➢ **Now how short of the** *(Balance Amount)* **claim amount are you today? Wait for response.**

➢ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...**

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ **I want to remind you, if we cannot come to an agreement, we will escalate legal action. Let me place you on hold and see if I can get approval to come down.**

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➢ **Now how does the name appear on the card you will be using?**

➢ *Take card info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our firm provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **Thank you, have a good day.**

# *** <u>Close Rebuttals</u> ***

## PUSH FOR GREEN MONEY – THEY **ALL** HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT

❖ **Can't pay BIF today.**
  o Unfortunately the only option is to pay that in full since the litigation process has already started. *Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.*

❖ **I want to pay this but I am not working.**
  o Is your spouse the only source of income?
  o Who can you talk to about helping you resolve these charges prior to a court action? If we are not able to find a resolution now I will be forced to pass your file to our lead attorney for litigation. (*Straight back to close*).

❖ **I only borrowed $300! Why is the balance so high?**
  o Interest and/or fees are applied by the original lender. Since this in litigation, legal fees have also been added. It would be in your best interest to resolve this today before the file is sent to the lead attorney to commence suit and the balance increases. (*straight back to close*)

❖ **I don't have a credit/debit card.**
  o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(***WAIT FOR RESPONSE***).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response.....* (*Straight back to close*).

❖ **Already Paid This.**
  o I assure you legal action would not have started if you already paid this. Our evidence has been verified during our discovery process on this case. (*Straight back to close*).

❖ **This is a scam.**
  o I can assure you this is NOT a scam. This litigation process has already started on this case. Again your social security number is **(full SSN)** which is linked to the original loan documentation. (*Straight back to close*).

❖ **I did not take out / I do not remember / I never did it**
  o Mr/Mrs (*Debtor Last*) you took out a loan on (*Loan Date*), for the amount of (*Original Balance*). Your SSN # was linked to your bank account used to cover the loan payment. At this stage the fact of not taking out this loan is not valid. (*Straight back to close*)

❖ **I don't know who the creditor is.**
   o The creditor would have been listed in the contract you agreed to when you accepted the loan. Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose outside of court. (*Straight back to close*)

❖ **Who is the law firm?**
   o I work for Stark Law. We are trying to resolve this case with you. Is this your intent to find a solution right now ? (*If asked further questions about the law firm do not answer*). (*Straight back to close*)

❖ **Who is suing me?**
   o At this time we are trying to find a solution so that this file does not escalate further
   o This case can be resolved today, but if we are unable to find a resolution to this matter right now, this case will be escalated. (*Straight back to close*)

❖ **I want to speak with the lawyer / lead attorney?**
   o If we are not able to find a resolution to this matter today I will pass your file to the lead attorney.
      ▪ (*If pressed further state*) at this stage of the process our attorneys will not speak to you. Only in the event that we are not able to find a resolution and they continue the litigation process.

❖ **What is your address?**
   o Our correspondence address is 4E. Ogden Ave #109, Westmont, IL 60559. (*Straight back to close*)

❖ **I checked my statement and funds were not deposited into this bank account.**
   o The funds may not have been deposited into this account. This account was listed on the loan application. This account was provided by you to remit payments to satisfy the loan. It was this account that had insufficient funds.

❖ **I want paperwork for this.**
   o The original creditor sent you notice of the defaulted loan. All of my information has been verified. There is nothing I can provide you in writing that I have not already told you.

**If an attorney calls in, take their name and number and someone will call them back. Give information directly to Manager on duty. Do not give any information regarding the debtor or claim.**

# ***Payment Requirements***

- Full balance must be secured with a credit, debit, or check in our system
- GREEN payment in order to secure a Stop Order
- If no GREEN payment, then payment within 5 days
- Follow up payments must be within 15 days or 2 weeks
- If debtor cannot pay $100 green, must get 2nd T/O
- Document negotiations/arrangements secured

    -CID Incoming call number

    -Direct Deposit or Pre Paid

    -When paid next

    -Exactly what time the funds will be available

    -Best number for reminder calls

- ❖ Arrangements **MUST** be verified.

## Hardship:

- SSI or Disability
- Paid once monthly, Past 5 days
- $150 **MINIMUM** monthly payment

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), my name is (*Agent Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), our firm will actively seek (*him/her*) at their Place of Employment and their Residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is (*Agent Name*), I'm a litigation specialist with Stark Recovery.**

**May I speak with the immediate manager or supervisor for (*Debtor Name*)?** *Wait for response....*

**I'm calling to locate (*Debtor Full Name*) regarding an urgent matter.**

**Your location is identified as having a direct affiliation with (*Debtor Full Name*).**

**It's important that I speak with (*Debtor First Name*) immediately. Can you get them on the phone now?**

**(*If so start with RPC Close, otherwise continue*)**

**Do you know when (*Debtor First Name*) will be available?**

**It is important that I provide you with the file number and the number to our office that (he/she) would need to contact. Do you have something to write with?** *Wait for response....*

**1. I can be reached at *888... 555... 1212*.**

**2. Refer to case *100100***

**Thank you for your time.**

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)*, I am contacting you to locate one of your employees. We need to discuss a serious matter against *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Agent Name),* may I speak with *(Ref Name).*

I'm a litigation specialist with Stark Recovery. I am following up on a complaint that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1.   Is (he/she) related to you?
2.   What is a good number that (he/she) can be reached at?

Well, this is a serious matter. I need to reach *(Debtor First Name)* right away. Grab a pen, let me give you some information that they will need.

3.   Let me give you my firm's # so (he/she) can contact me.

I can be reached at *888... 555... 1212*

Case Number for reference is *100100*

I need to speak to *(him/her)* before 6pm Central today. Can you have *(him/her)* contact me immediately?

Thanks for your help.

Q. What is this about?

A. They have a pending case against them, but if I contact them soon, we can hopefully find a quick solution.

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Agent Name*) and I am contacting you regarding an urgent matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212*. Please reference file number *100100*, again that's file number *100100*.

Thank you.

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➢ Is this (*Debtor Full Name*)?
➢ (*Debtor First Name*), I'm calling from Stark Recovery. My name is (*Agent Name*), I am a litigation specialist in our legal department.
   To ensure I have the right party your Social Security Number is (*Give Full SSN*)?
➢ There is a matter pending against you, in our legal department.

➢ Allow me to explain the details, please hold your questions until the end

➢ We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response..*

➢ Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.

➢ You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + *$ Balance*) which includes attorney's fees and court costs. Do you understand option #1?

➢ Your second option permits you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➢ How would you like to proceed? *If able to take payment, take payment.*

   **** If unable to make payment...........
   • Well, what's your situation? Are you currently employed?
   • Are you paid Weekly or Biweekly?
   • When are you paid next?
   • Do you have a valid method of payment if we do agree on an arrangement?

➢ Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.

➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

> *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

> *If unable to meet option:*

> *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

> *If unable to meet option:*

> **I want to remind you, if we cannot come to an agreement, we will have to escalate legal action.  Let me place you on hold and see if I can get approval to come down.** *Place on hold for 30 seconds max*

> *OK, here is our final option.  It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today.  This is the furthest we are willing to come.*

> **Now how does the name appear on the checking account you will be using?**

> *Take account info...*

> **Okay sir/ma'am the payment arrangement has been scheduled.  Payments will appear on your statement as Stark.  Our office provides a courtesy call a day or two prior to processing your payment.  What is a good number to contact you at?** *Wait for Response.....*

> **We will send out an authorization form which will list all your payments that you have authorized us to process.  Please verify the information in this letter and e-sign.  You will be sent a copy of the signed letter for your records.  What is your current email address?** *Wait for Response.....*

>> **If Credit Card is taken then**

>> **I must advise that this transaction will appear as a foreign transaction on your credit card statement.   You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified.  There are no additional fees associated with this transaction.**

> **Thank you, have a good day.**

---

# *** LIVE RPC FOLLOWUP CLOSE ***

- ➤ **Is this (*Debtor Full Name*)?**
- ➤ **(*Debtor First Name*), I'm calling from Stark Recovery. My name is (*Agent Name*), I am a litigation specialist in our legal department.**
  **To ensure I have the right party your Social Security Number is (*Give Full SSN*)?**

- ➤ **I know you previously spoke with our office. At this point, I need to determine if we are escalating legal action. Before doing so I want to offer one last chance to settle this matter before further legal action.**

  *Wait for Response.....*

- › **Once a court action starts, there is nothing I can do to assist you, we will seek a judgment in court for (*$2,000 + Current Balance*)**

- ➤ **If you prefer to avoid court action, you could pay a onetime settlement amount of (*Current Balance*) and dismiss your case today.**

  ***** Debtor may offer at least a down payment *****

  - • **Well, what's your situation? Are you currently employed?**
  - • **Are you paid Weekly or Biweekly?**
  - • **When are you paid next?**
  - • **If we agree on an arrangement, do you have a valid method of payment?**
  - - *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

- ➤ **Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.**

- ➤ **I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...**

- ➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

  *If unable to meet option:*

- ➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

  *If unable to meet option:*

➢ **I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down.**

   *Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➢ **Now how does the name appear on the checking account you will be using?**

➢ *Take account info...*

➢ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from Stark. Our office places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➢ **We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address?** *Wait for Response.....*

   ➢ **If Credit Card was taken then**

   ➢ **I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.**

➢ **Thank you, have a good day.**

# *** Right Party Contact (RPC) MESSAGE ***

My name is (*Agent Name*) and I am contacting you regarding an urgent issue. I have an order for a serious matter against (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will have to continue to locate them at their place of employment and personal residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

Thank you.

Menjivar Att. A
Page 90 of 132
FTC-SLL-0005542

# *** CLOSE ***

➢ **Legal Department. How may I help you?**

➢ **Is there a reference # or name that I can reference?** *Find file in system*

*Look to transfer call to the collector. If collector is not available then finish close, 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
  *Let me transfer you to the associate handling your file.*

➢ **To ensure I have the right party your Social Security Number is** *(Give Full SSN)***? Please Hold.......**

➢ **There is a matter in our system. Let me reference the hard copy and provide further details on the cause of action.**

➢ **Allow me to explain the details, please hold your questions until the end**

➢ **We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with** *(Original Creditor)***. You authorized a draft from your checking account, that draft had insufficient funds. Now** *sir/ma'am* **was it your intent to breach your contract?** *Wait for response...*

➢ **Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.**

➢ **You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + $ Balance) which includes attorney's fees and court costs. Do you understand option #1?**

➢ **Your second option permits you to make a reduced one time settlement payment of** *(Balance Amount)***. This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of** *(Balance Amount)* **is due today.**

➢ **How would you like to proceed?** *If able to take payment, take payment.*

  **\*\*\*\* If unable to make payment...........**
  • **Well, what's your situation? Are you currently employed?**
  • **Are you paid Weekly or Biweekly?**
  • **When are you paid next?**
  • **Do you have a valid method of payment if we do agree on an arrangement?**

➢ **Now how short of the** *(Balance Amount)* **claim amount are you today? Wait for response.**

> I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

> *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

> *If unable to meet option:*

> *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

> *If unable to meet option:*

> I want to remind you, if we cannot come to an agreement, we will escalate legal action. Let me place you on hold and see if I can get approval to come down.

> *Place on hold for 30 seconds max*

> *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

> Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

> Now how does the name appear on the checking account you will be using?

> *Take account info...*

> Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

> We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

>> > If Credit Card was taken then

>> > I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

> Thank you, have a good day.

# *** <u>Close Rebuttals</u> ***

**PUSH FOR GREEN MONEY – THEY ALL HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT**

**If an attorney calls in, take their name and number and someone will call them back. Give information directly to Manager on duty. Do not give any information regarding the debtor or claim.**

❖ **Can't pay BIF today.**
  o Unfortunately the only option is to pay that in full since the litigation process has already started. *Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.*

❖ **I want to pay this but I am not working.**
  o Is your spouse the only source of income?
  o Who can you talk to about helping you resolve these charges prior to a court action? If we are not able to find a resolution now I will be forced to pass your file to our lead attorney for litigation. *(Straight back to close).*

❖ **I only borrowed $300! Why is the balance so high?**
  o Interest and/or fees are applied by the original lender. Since this in litigation, legal fees have also been added. It would be in your best interest to resolve this today before the file is sent to the lead attorney to commence suit and the balance increases. *(straight back to close)*

❖ **I don't have a credit/debit card.**
  o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? **(***WAIT FOR RESPONSE***).** I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response.....* *(Straight back to close).*

❖ **Already Paid This.**
  o I assure you legal action would not have started if you already paid this. Our evidence has been verified during our discovery process on this case. *(Straight back to close).*

❖ **This is a scam.**
  o I can assure you this is NOT a scam. This litigation process has already started on this case. Again your social security number is **(full SSN)** which is linked to the original loan documentation. *(Straight back to close).*

❖ **I did not take out / I do not remember / I never did it / I only applied**
  o Mr/Mrs (*Debtor Last*) you took out a loan on (*Loan Date*), for the amount of (*Original Balance*). Your SSN # was linked to your bank account used to cover the loan payment. At this stage the fact of not taking out this loan is not valid. *(Straight back to close)*

❖ **I don't know who the creditor is.**
  ○ The creditor would have been listed in the contract you agreed to when you accepted the loan. Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose outside of court. (*Straight back to close*)

❖ **Who are you?**
  ○ I work for Stark Recovery. We are trying to resolve this case with you. Is this your intent to find a solution right now ? (*If asked further questions about the office do not answer*). (*Straight back to close*)

❖ **Who is suing me?**
  ○ At this time we are trying to find a solution so that this file does not escalate further
  ○ This case can be resolved today, but if we are unable to find a resolution to this matter right now, this case will be escalated. (*Straight back to close*)

❖ **I want to speak with the lawyer / lead attorney?**
  ○ If we are not able to find a resolution to this matter today I will pass your file to the lead attorney.
    ▪ (*If pressed further state*) at this stage of the process our attorneys will not speak to you. Only in the event that we are not able to find a resolution and they continue the litigation process.

❖ **What is your address?**
  ○ Our address is 4900 California Avenue, Tower B, 2nd Floor, Bakersfield, CA 93309 . (*Straight back to close*)

❖ **I checked my statement and funds were not deposited into this bank account.**
  ○ The funds may not have been deposited into this account. This account was provided by you to remit payments to satisfy the loan. It was this account that had insufficient funds.

❖ **I want paperwork for this.**
  ○ The original creditor sent you notice of the defaulted loan. All of my information has been verified. There is nothing I can provide you in writing that I have not already told you.

❖ **Why is this not on my credit report?**
  ○ This is an unsecured loan and may be reported on your credit report. It is the determination of the creditor whether to report your default to crediting agencies. Our firm does not report to credit agencies, but upon full payment of your default – we will assist in removing any negative credit reporting on your file.



# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), my name is (*Agent Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), our office will actively seek (*him/her*) at their Place of Employment and their Residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*.  Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

# *** Reminder Message ***

Hi, this message is for (*Debtor Full Name*).

This is (*Agent Name*) calling from Stark, the office handling file # *100100*.

Just giving you a courtesy reminder that we will be processing your payment of $_____ on _____.

If you have any questions or concerns please give me a call back at *888-555-1212 ext* _ _ _, and again your file number is *100100*.

Thanks and have a great day.

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Agent Name*) and I am contacting you regarding a matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212*. Please reference file number *100100*, again that's file number *100100*.

Thank you.

# *** 3pty LIVE JIGGLE ***

Hello, my name is *(Agent Name)*, may I speak with *(Ref Name)*.

I'm a litigation specialist with Stark Recovery. I am following up on a matter that our office is handling. We believe that *(Debtor Full Name)* may be a family member or is an associate of yours.

1. Is *(he/she)* related to you?
2. What is a good number that *(he/she)* can be reached at?

Well, this is an important matter. I need to reach *(Debtor First Name)* right away. Grab a pen, let me give you some information that they will need.

3. Let me give you my firm's # so *(he/she)* can contact me.

I can be reached at *888... 555... 1212*
File Number for reference is *100100*

I need to speak to *(him/her)* before 6pm Central today. Can you have *(him/her)* contact me immediately?

Thanks for your help.

Q. What is this about?

A. There is a matter I need to discuss with them, if I contact them soon, we can hopefully find a quick solution.

# *** Reminder Message ***

Hi, this message is for (*Debtor Full Name*).

This is (*Agent Name*) calling from Stark, the office handling file # *100100.*

Just giving you a courtesy reminder that we will be processing your payment of $_____ on _____.

If you have any questions or concerns please give me a call back at *888-555-1212 ext _ _ _,* and again your file number is *100100.*

Thanks and have a great day.

# \*\*\* POE MESSAGE \*\*\*

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)*, I am contacting you to locate one of your employees. We need to discuss a matter against *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is** (*Agent Name*), **I'm a litigation specialist with Stark Recovery.**

**May I speak with the immediate manager or supervisor for** (*Debtor Name*)? *Wait for response....*

**I'm calling to locate** (*Debtor Full Name*) **regarding a matter.**

**Your location is identified as having a direct affiliation with** (*Debtor Full Name*).

**It's important that I speak with** (*Debtor First Name*) **immediately. Can you get them on the phone now?**

(*If so start with RPC Close, otherwise continue*)

**Do you know when** (*Debtor First Name*) **will be available?**

**It is important that I provide you with the file number and the number to our office that** (he/she) **would need to contact. Do you have something to write with?** *Wait for response....*

**1. I can be reached at** *888... 555... 1212.*

**2. Refer to file** *100100*

**Thank you for your time.**

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), my name is (*Agent Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), our office will contact (*him/her*) at their Place of Employment and their Residence. You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*. Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

# *** CLOSE ***

- ➤ Is this (*Debtor Full Name*)?
- ➤ (*Debtor First Name*), I'm calling from Stark Recovery. My name is (Agent Name), I am a litigation specialist.
- ➤ To ensure I have the right party your Social Security Number is (*Give Full SSN*)? *Please Hold.......*

- ➤ Thank you for verifying your identity. There is a matter in our system. Let me reference the hard copy and provide further details. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

- ➤ Allow me to explain the details, please hold your questions until the end

- ➤ We may have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to not fulfill your contract? *Wait for response...*

- ➤ Your default is delinquent and we may pursue this cause of action to the fullest extent of the law.

- ➤ You currently have two options. The first is for us to possibly escalate legal action, and seek ($2,000 + $ *Balance*) which includes attorney's fees and court costs. Do you understand option #1?

- ➤ Your second option permits you to make a reduced one time settlement payment of (*Balance Amount*). If you accept option #2, payment of (*Balance Amount*) is due today.

- ➤ How would you like to proceed? *If able to take payment, take payment.*

  **** If unable to make payment...........
  - Well, what's your situation? Are you currently employed?
  - Are you paid Weekly or Biweekly?
  - When are you paid next?
  - Do you have a valid method of payment if we do agree on an arrangement?

- ➤ Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.

- ➤ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➤ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➤ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

*Place on hold for 30 seconds max*

➤ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➤ **Now how does the name appear on the card you will be using?**

➤ *Take account info...*

➤ **Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at?** *Wait for Response.....*

➤ **We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address?** *Wait for Response.....*

   ➤ **If Credit Card was taken then**

   ➤ **I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.**

➤ **Thank you, have a good day.**

# \*\*\* Right Party Contact (RPC) MESSAGE \*\*\*

**My name is (*Agent Name*) and I am contacting you regarding an issue. I have a file in our office regarding (*Debtor Full Name*).**

**If we are unable to reach (*Debtor First Name*), this office will have to continue to contact them. You have a right to resolve this matter.**

**It is critical we speak to (*Debtor First Name*) immediately.**

**Please contact me at *888... 555... 1212* again that number is *888... 555... 1212.* Please reference file number *100100*.**

**Thank you.**

**Morning Routine**

FTC-SLL-0002734

# *** Morning Routine ***

❖ **Validate Your Number**

- o **FINANCIAL DASHBOARD:** Current Collected and Next Month Postdates
- o **PORTFOLIO LIQUIDATION BY COLLECTOR:** Review your current %
- o **PAYMENTS BY DATE:** Know where your money is!!!

 ❖ **Call HOT's/Call Ins/NSF's**

- o RE-Jiggle **HOT**'s... set CALLBACK for best time to call back
- o **NSF/DECLINES:** Follow up on NSF date
- o Closer should call back a 2nd time on the day of NSF/DECLINE after pm payment run
- o RE-shake NSF's on 2nd day & Voice swap NSF's on the 3rd or 4th day

❖ **Call Tomorrow's Payments**

- o [Company name] Courtesy Payment Reminders
- o Call Monday's Payments on the Friday prior
- o Be prepared for mid-month and end of month closeout!
- o (+Tip: call mid-month and EOM payments WEDNESDAY prior)

❖ **Clean Desk Status**

- o Filter by Flex Tag daily in order to move the accounts to the correct status.
- o **(+Remember: Each account has approx. lifespan of 8 days, meaning that you should have gone from NEW BIZ to COLLECTION FILE within that time frame.)**

❖ **Update Your Goal Tracking Sheet!**

- o Document your # of calls and money collected from the previous day.
- o Have all of your goals for the week filled out on Monday morning.
- o Turn in the previous weeks tracking sheet to your manager on Monday Morning.

❖ **Work New Biz**

# *****$$$GET MONEY$$$*****

POE

Menjivar Att. A
Page 108 of 132

FTC-SLL-0002736

# *** POE LIVE JIGGLE ***

## REMAIN PROFESSIONAL AT ALL TIMES

**Good Morning, my name is (*Agent Name*), I'm a litigation specialist with Stark Recovery.**

**May I speak with the immediate manager or supervisor for (*Debtor Name*)?** *Wait for response....*

**I'm calling to locate (*Debtor Full Name*) regarding an urgent matter.**

**Your location is identified as having a direct affiliation with (*Debtor Full Name*).**

**It's important that I speak with (*Debtor First Name*) immediately.  Can you get them on the phone now?**

**(*If so start with RPC Close, otherwise continue*)**

**Do you know when (*Debtor First Name*) will be available?**

**It is important that I provide you with the file number and the number to our office that (he/she) would need to contact.  Do you have something to write with?** *Wait for response....*

**1. I can be reached at *888... 555... 1212*.**

**2. Refer to case *100100***

**Thank you for your time.**

# *** POE MESSAGE ***

## REMAIN PROFESSIONAL AT ALL TIMES

This message is for the manager or supervisor of *(Debtor Name)*.

My name is *(Agent Name)*, I am contacting you to locate one of your employees. We need to discuss a serious matter against *(him/her)*. Your location is identified as having a direct affiliation with *(Debtor Full Name)*.

It's important that I speak with you regarding the whereabouts of *(Debtor First Name)*, OR have *(Debtor Full Name)* call us directly at *888... 555... 1212*, again that number is *888... 555... 1212* and reference file number *100100* so that we can get these matters resolved immediately.

Thank you.

3rd Party

FTC-SLL-0002739

# *** 3pty LIVE JIGGLE ***

**Hello, my name is** *(Agent Name),* **may I speak with** *(Ref Name).*

**I'm a litigation specialist with Stark Recovery.  I am following up on a complaint that our office is handling.  We believe that** *(Debtor Full Name)* **may be a family member or is an associate of yours.**

1.   **Is** (he/she) **related to you?**
2.   **What is a good number that** (he/she) **can be reached at?**

**Well, this is a serious matter.  I need to reach** *(Debtor First Name)* **right away.  Grab a pen, let me give you some information that they will need.**

3.   **Let me give you my firm's # so** (he/she) **can contact me.**

**I can be reached at** *888... 555... 1212*
**Case Number for reference is** *100100*

**I need to speak to** *(him/her)* **before 6pm Central today. Can you have** *(him/her)* **contact me immediately?**

**Thanks for your help.**

**Q. What is this about?**

**A.  They have a pending case against them, but if I contact them soon, we can hopefully find a quick solution.**

# *** 3rd PARTY MESSAGE ***

Good morning, my name is (*Agent Name*) and I am contacting you regarding an urgent matter involving (*Debtor Full Name*).

Your name has come up as having a direct affiliation with (*Debtor Full Name*).

If we are unable to reach (*Debtor Fist Name*), this office will actively seek (*him/her*) at their Place of Employment and their Residence. It's imperative we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212, again that's 888... 555... 1212*. Please reference file number *100100*, again that's file number *100100*.

Thank you.

FTC-SLL-0002741

RPC

FTC-SLL-0002742

# *** Right Party Contact (RPC) MESSAGE ***

My name is (*Agent Name*) and I am contacting you regarding an urgent issue.  I have an order for a serious matter against (*Debtor Full Name*).

If we are unable to reach (*Debtor First Name*), this office will have to continue to locate them at their place of employment and personal residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212.*  Please reference file number *100100*.

Thank you.

Close

Menjivar Att. A
Page 116 of 132

FTC-SLL-0002744

Before Ending the call........

I do want to stress the importance of this matter and that your inaction will result in us
seeking a judgment against you. At this point, if we do not hear from you by 5pm central
today, we will proceed forward and I will be forced to forward your file and pursue this
cause of action to the fullest extent of the law. We will look to seek a judgment for
(2,000+Balance) TIME IS OF THE ESSENCE. (End Call)

# *** LIVE RIGHT PARTY JIGGLE / CLOSE ***

➤ Is this (*Debtor Full Name*)?
➤ (*Debtor First Name*), I'm calling from Stark Recovery. My name is (*Agent Name*), I am a litigation specialist in our legal department.
   To ensure I have the right party your Social Security Number is (*Give Full SSN*)?
➤ There is a matter pending against you, in our legal department.

➤ Allow me to explain the details, please hold your questions until the end

➤ We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with (*Original Creditor*). You authorized a draft from your checking account, that draft had insufficient funds. Now *sir/ma'am* was it your intent to breach your contract? *Wait for response..*

➤ Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.

➤ You currently have two options. The first is for us to escalate legal action, and seek judgment for ($2,000 + *$ Balance*) which includes attorney's fees and court costs. Do you understand option #1?

➤ Your second option permits you to make a reduced one time settlement payment of (*Balance Amount*). This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of (*Balance Amount*) is due today.

➤ How would you like to proceed? *If able to take payment, take payment.*

   **** If unable to make payment...........
   • Well, what's your situation? Are you currently employed?
   • Are you paid Weekly or Biweekly?
   • When are you paid next?
   • Do you have a valid method of payment if we do agree on an arrangement?

➤ Now how short of the (*Balance Amount*) claim amount are you today? Wait for response.

➤ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

> *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

> *If unable to meet option:*

> *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

> *If unable to meet option:*

> I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down. *Place on hold for 30 seconds max*

> *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

> Now how does the name appear on the checking account you will be using?

> *Take account info...*

> Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

> We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

>> > If Credit Card is taken then

>> > I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

> Thank you, have a good day.

# *** CLOSE ***

- ➢ **Legal Department. How may I help you?**

- ➢ **Is there a reference # or name that I can reference?** *Find file in system*

*Look to transfer call to the collector. If collector is not available then finish close. 30 second hold MAX. Otherwise proceed with the close.*

*If Transferring:*
   *Let me transfer you to the associate handling your file.*

- ➢ **To ensure I have the right party your Social Security Number is** (*Give Full SSN*)? **Please Hold......**

- ➢ **There is a matter in our system. Let me reference the hard copy and provide further details on the cause of action.**

- ➢ **Allow me to explain the details, please hold your questions until the end**

- ➢ **We have a cause of action arising from a breach of contract when you defaulted on a loan. The loan was take out with** (*Original Creditor*). **You authorized a draft from your checking account, that draft had insufficient funds. Now** *sir/ma'am* **was it your intent to breach your contract?** *Wait for response...*

- ➢ **Your default is severely delinquent and we will pursue this cause of action to the fullest extent of the law.**

- ➢ **You currently have two options. The first is for us to escalate legal action, and seek judgment for** ($2,000 + $ Balance) **which includes attorney's fees and court costs. Do you understand option #1?**

- ➢ **Your second option permits you to make a reduced one time settlement payment of** (*Balance Amount*). **This will avoid a potential lawsuit and we will not escalate legal action. If you accept option #2, payment of** (*Balance Amount*) **is due today.**

- ➢ **How would you like to proceed?** *If able to take payment, take payment.*

   **\*\*\*\* If unable to make payment....,......**
   - **Well, what's your situation? Are you currently employed?**
   - **Are you paid Weekly or Biweekly?**
   - **When are you paid next?**
   - **Do you have a valid method of payment if we do agree on an arrangement?**



➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➢ I want to remind you, if we cannot come to an agreement, we will escalate legal action. Let me place you on hold and see if I can get approval to come down.

*Place on hold for 30 seconds max*

➢ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*



➢ Now that this matter is a collection matter, please note the following legal disclosure. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This call may be recorded.

➢ Now how does the name appear on the checking account you will be using?

➢ *Take account info...*

➢ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement as Stark. Our office provides a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➢ We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

  ➢ If Credit Card was taken then

  ➢ I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

➢ Thank you, have a good day.

Menjivar Att. A
Page 121 of 132

# *** LIVE RPC FOLLOWUP CLOSE ***

➢ Is this (*Debtor Full Name*)?
➢ (*Debtor First Name*), I'm calling from Stark Recovery.  My name is (*Agent Name*), I am a litigation specialist in our legal department.
To ensure I have the right party your Social Security Number is (*Give Full SSN*)?
➢ I know you previously spoke with our office.  At this point, I need to determine if we are escalating legal action.  Before doing so I want to offer one last chance to settle this matter before further legal action.

*Wait for Response.....*

➢ Once once we start legal action, there is nothing I can do to assist you, we will seek a judgment against you for (*$2,000 + Current Balance*)

➢ If you prefer to avoid legal action, you could pay a onetime settlement amount of (*Current Balance*) and stop further action.

**** *Debtor may offer at least a down payment* ****

• Well, what's your situation? Are you currently employed?
• Are you paid Weekly or Biweekly?
• When are you paid next?
• If we agree on an arrangement, do you have a valid method of payment?
- *If Debtor does not want to give you this information explain once a court date is set we will allow legal process to continue.*

➢ Now how short of the (*Balance Amount*) claim amount are you today?  Wait for response.

➢ I think I have what I need, hold for a minute, so I can try to find a more suitable arrangement for you. Put debtor on hold for at least 45 seconds to one minute...

➢ *I can split the balance of (Balance Amount) into two payments of (Provide 50% Amount). You must pay the first half today, and the second half in two weeks.*

*If unable to meet option:*

➢ *Ok, I can split the balance of (Balance Amount) into four payments of (Provide 25% Balance Amount). You must pay the first payment of (Amount) today and 3 bi-weekly payments.*

*If unable to meet option:*

➤ I want to remind you, if we cannot come to an agreement, we will have to escalate legal action. Let me place you on hold and see if I can get approval to come down.

*Place on hold for 30 seconds max*

➤ *OK, here is our final option. It is to split the balance of (Balance Amount) into six bi-weekly payments of (Amount). You must pay the first payment of (Amount) today. This is the furthest we are willing to come.*

➤ Now how does the name appear on the checking account you will be using?

➤ *Take account info...*

➤ Okay sir/ma'am the payment arrangement has been scheduled. Payments will appear on your statement from Stark. Our office places a courtesy call a day or two prior to processing your payment. What is a good number to contact you at? *Wait for Response.....*

➤ We will send out an authorization form which will list all your payments that you have authorized us to process. Please verify the information in this letter and e-sign. You will be sent a copy of the signed letter for your records. What is your current email address? *Wait for Response.....*

> ➤ If Credit Card was taken then

> ➤ I must advise that this transaction will appear as a foreign transaction on your credit card statement. You may get notified by your bank or credit card company that a foreign transaction took place, please be assured that this is our company and the charges are verified. There are no additional fees associated with this transaction.

➤ Thank you, have a good day.

---

Close
Rebuttals

Menjivar Att. A
Page 124 of 132

FTC-SLL-0002752

# *** Close Rebuttals ***

**PUSH FOR GREEN MONEY – THEY ALL HAVE SOMETHING THEY CAN PUT DOWN TODAY IF THEY WANT TO KEEP THIS OUT OF COURT**

**If an attorney calls in, take their name and number and someone will call them back. Give information directly to Manager on duty. Do not give any information regarding the debtor or claim.**

- ❖ **Can't pay BIF today.**
  - o Unfortunately the only option is to pay that in full or we will have to escalate legal action. *Tell them you may be able to grant an extension based on proposed offer. Get all dates and amounts. Then talk to Preetesh or Coco.*

- ❖ **I want to pay this but I am not working.**
  - o Is your spouse the only source of income?
  - o Who can you talk to about helping you resolve these charges prior to a court action? If we are not able to find a resolution now I will be forced to escalate your file for legal action. (*Straight back to close*).

- ❖ **I only borrowed $300! Why is the balance so high?**
  - o Interest and/or fees are applied by the original lender. Legal fees have also been added. It would be in your best interest to resolve this today before the file is sent to escalate legal action and the balance increases. (*straight back to close*)

- ❖ **I don't have a credit/debit card.**
  - o You don't have a pre-paid card, bank account, OR any family/friends that would be willing to help you out with this? (***WAIT FOR RESPONSE***). I want to stress the importance of this matter and that your inaction will result in getting a judgment. *Wait for response…..* (*Straight back to close*).

- ❖ **Already Paid This.**
  - o I assure you legal action would not have started if you already paid this. Our evidence has been verified during our discovery process on this case. (*Straight back to close*).

- ❖ **This is a scam.**
  - o I can assure you this is NOT a scam. This legal process has already started on this case. Again your social security number is (**full SSN**) which is linked to the original loan documentation. (*Straight back to close*).

- ❖ **I did not take out / I do not remember / I never did it / I only applied**
  - o Mr/Mrs (*Debtor Last*) you took out a loan on (*Loan Date*), for the amount of (*Original Balance*). Your SSN # was linked to your bank account used to cover the loan payment. At this stage the fact of not taking out this loan is not valid. (*Straight back to close*)

❖ **I don't know who the creditor is.**
- o The creditor would have been listed in the contract you agreed to when you accepted the loan. Our evidence has been verified during our discovery process on this case and because this is a legal action I am limited to what I can disclose outside of court. (***Straight back to close***)

❖ **Who are you?**
- o I work for Stark Recovery. We are trying to resolve this case with you. Is this your intent to find a solution right now? (***If asked further questions about the office do not answer). (Straight back to close***)

❖ **Who is suing me?**
- o At this time we are trying to find a solution so that this file does not escalate further
- o This case can be resolved today, but if we are unable to find a resolution to this matter right now, this case will be escalated. (***Straight back to close***)

❖ **I want to speak with the manager / supervisor?**
- o If we are not able to find a resolution to this matter today I will pass your file to the senior account representative.
  - ▪ (***If pressed further state***) at this stage of the process our senior account representative will not speak to you. Only in the event that we are not able to find a resolution and they continue the legal process.

❖ **What is your address?**
- o Our address is 4900 California Avenue, Tower B, 2nd Floor, Bakersfield, CA 93309 . (***Straight back to close***)

❖ **I checked my statement and funds were not deposited into this bank account.**
- o The funds may not have been deposited into this account. This account was provided by you to remit payments to satisfy the loan. It was this account that had insufficient funds.

❖ **I want paperwork for this.**
- o The original creditor sent you notice of the defaulted loan. All of my information has been verified. There is nothing I can provide you in writing that I have not already told you.

❖ **Why is this not on my credit report?**
- o This is an unsecured loan and may be reported on your credit report. It is the determination of the creditor whether to report your default to crediting agencies. Our firm does not report to credit agencies, but upon full payment of your default – we will assist in removing any negative credit reporting on your file.

**Menjivar Att. A**
**Page 126 of 132**

NSF

FTC-SLL-0002755

# *** NSF MESSAGE ***

This is for (*Debtor Full Name*), my name is (*Agent Name*) and I am contacting you regarding a defaulted payment.

If we are unable to reach (*Debtor First Name*), our office will actively seek (*him/her*) at their Place of Employment and their Residence.  You have a right to resolve this matter.

It is critical we speak to (*Debtor First Name*) immediately.

Please contact me at *888... 555... 1212* again that number is *888... 555... 1212*.  Please reference file number *100100*.

(*Debtor Full Name*), you have officially been notified.

# *** Reminder Message ***

Hi, this message is for (*Debtor Full Name*).

This is (*Agent Name*) calling from Stark, the office handling file # *100100.*

Just giving you a courtesy reminder that we will be processing your payment of $_____ on _____.

If you have any questions or concerns please give me a call back at *888-555-1212 ext _ _ _*, and again your file number is *100100*.

Thanks and have a great day.

FTC-SLL-0002757

# Trainer Compensation and Requirements Plan

**COMPENSATION:**
Salary plus commission
Commission Structure: Paid 10% of everything collected.

**DUTIES:**
- New-Hire Training
- 1-on-1 Training as needed
    o Complete the 1 on 1 Training Review document
- Follow up workshops for collectors.
- Perform Desk Audits and Call Monitoring
    o Complete Desk Audit and Call Monitor Forms
- Ensure new hires are fully trained.
- Archive all training documentation.
- Monitor performance for quality control and assurance to ensure effectiveness and efficiency
- Analyze quality control results and provide feedback to the management staff and Collectors
- Communicate quality control information with the Managers, Human Resource Manager and Owners and recommend possible solutions or suggestions on how to resolve any issues
- Maintain a weekly task list and monthly calendar. Review the task list and calendar with owner.
- Offer specific training classes to help Collectors improve their performance.
- Assess training needs through discussions Managers and Owners
- Present information using a variety of instructional techniques, such as role playing, team exercises, group discussions, or 1 on 1 training
- Understand human behavior and the differences in ability, personality, interests, learning and motivation
- Have complete knowledge of principles and procedures.
- Monitor/Assess performance of yourself and others to make improvements or take corrective action
- Develop specific goals and deadlines to help prioritize, organize, and accomplish your work
- Work collection files when not training.
- Maintain a professional demeanor, minimize fraternizing.

**EXPECTATIONS:**
- Expected to be reliable, responsible, and dependable by fulfilling obligations
- Job requires being honest and ethical (Always have the companies best interest in mind)
- Be receptive to change (Positive or Negative)
- Must have a willingness to lead, take charge, and offer opinions and direction
- Maintain composure, keep emotions in check, controlling anger, and avoid aggressive behavior, even in very difficult situations
- Lead by example, by having a strong work ethic and positive attitude
- Keep morale up and maintain positive energy, squash all negativity
- Strive for continuous improvement
- Job may require trainer to arrive prior to collectors, and stay late to complete reports for Owners.

# Quality Manager

## COMPENSATION:

Salary plus commission

Commission Structure: Bonus will be paid based on the monthly posted office total. Monthly bonus will start at $500 and increase in $500 increments for every $10,000 the office collects over break.

## REPORTS TO: Owner

## DUTIES:

- Follow up training with newbie collectors (Close & Verification)
- Complete Desk Audit and Call Monitor Forms
- Complete the Morning Review Routine Form
- Assist with managing collectors on the floor
    - Spend time walking the floor talking to collectors to feel the pulse
    - Hype the floor to pump up collectors
- Acknowledge Collectors with money/no money collected throughout the day
- Monitor performance for quality control and assurance to ensure effectiveness and efficiency at least 6 – 8 calls audited daily. Half Close and half Jiggles
- Communicate quality control information with Preetesh
- Discuss office Goals, expectations and target liquidation percentages with Preetesh
- Have complete number awareness at all times
    - Total #, Post Dates, New Money, Liq %'s, etc.
- Thoroughly review the Reports on a daily basis
    - Financial & Portfolio Dashboards, Portfolio Liquidation by Collector, Desk Management, Morning Routine, Payments at Risk, etc.
- Follow the Fast Track Portfolio Checklist
    - Know the ANV and proper amount of Opportunity
    - Length of Portfolios
    - Desk Audits (Day 2). Talk to Preetesh to advise who is being audited
- Coordinate breaks and lunches with Preetesh. If Preetesh is not in the office it is the QM's job to manage the floor

# NEW PORTFOLIO 10/2

## Bayside Cash aka Seaside Cash

## Internet Loans

## 2012 Charge Off-2011 Loans

## $630 Average Balance-20% Target

## 8 accounts = $1008 Opportunity

**DETAILS:**

*All accounts are internet loans with VALID EMAIL ADDRESS

*All accounts have BANK INFO! ← This is AWESOME! Will help "seal the close" & keep the "fraud" claims LOW. Best Rebuttal: "All information has been verified & linked to you. The funds were directly deposited into your (CHASE/Bank of America/Wells Fargo/ETC..) account ending in (XXXX).

*Work all accounts with the proper bullseye. POE bullseye first, always looking for live contact, multiple dials on #'s, Relative bullseye & FOLLOW UP same day, FACE #'s. SEARCH FOR LIVE CONTACT!

*Client is easy to contact SO we must keep it professional. 007 style! Don't answer the phone and sound scripted. Be as professional as possible. Pretend you are talking to THE OWNER OF OUR COMPANY if that's what it takes. Every call needs to be your best call. Back to Basics please!

*Disclosure on the Bayside Cash Website states the applicant agrees to all terms. "When you apply for a loan and complete the application process, you are bound to the terms and conditions that SEASIDE CASH has in place which can include pursuit for breach & fraud."

WHEN SKIPPING→ When you skip an account go the extra mile to seal your close & GOOGLE the bank routing # for correct bank name and ENTER on FILE ☺

Also, If the last name is missing on your account, enter the last name when SKIPPING

LOOK at your DATA! Prioritize your accounts! 007 all the way! Get the $$$$$$$$$!

# Menjivar Attachment B

# REBUTTALS

~~The~~ ~~internet~~ ~~is~~

I READ ONLINE THAT YOU ARE A SCAM...

The internet is a forum for people to air their opinion. People will go online & say things about Walmart, Target, or even their own credit card. Does that mean those companies are a scam?

I have provided you with all of your information that you provided with all of your information that you provided at the time you applied for this loan including your ~~full~~ SSN of XXXXXX... If my company were a scam, I would have only provided partial information. We are a registered company. All I need to know is how would you like for us to proceed?

＊ Provide this information after you have confirmed all their sensitive information from Collection Max.

**DAY 1**

- MORNING R.T.
  call in, HOT, Decline

- NEW BIZ
  - PoE
  - Relative/Associ.
  - Relative/Asso.
  - Delivery
  - Collection

5 #'s established.

Follow up 6

**FM**

Round 2

- NEW BIZ
  5 #'s
  - PoE
  - Relative Assoc. x2
  - RPC x 2.

**WM**

- 1st attempt
- Collection

CHANGE STATUS

---

**DAY 2**

→ MORNING ROUTINE
- Call In
- HOT
- Decline
- NSF

- C-Calls attempt
- kept in mind.
- Financial Reporting.
- NEW BIZ
  - 1st attempt
  - 5 #'s.

Follow up 6

Round 2

- NEW BIZ
  5 #'s be selective

- Change: Bruns
  1st attempt
  or
  Collection

- 1st Attempt Files
- 5 # 2
- Change status.
- Collection

---

**DAY 3**

MORNING R.T.

- NEW BIZ
  5 #'s Good n Bad

1st Attempt

Follow up 5

Round 2

- NEW BIZ
  5 #'s.

→ Change status
- 1st attempt.
- Collections.

- 1st Attempt files
- Change status

---

**DAY 4**

Morning RT

- NEW BIZ

1st Attempt

- Follow up on
  HOT
  NSF
  call in.
  C.C.

Round 2

- NEW BIZ
  5 #'s
- Change status
- 1st attempt
- Collections.

- 1st Attempt files
- Change status
- Collections

---

**DAY 5.**

Morning RT

- NEW BIZ

1st Attempt

Follow up
HOT, NSF
call in.
C.C.

Round 2

- NEW BIZ
  5 #'s
- Change status
- 1st attempt.
- Collections

- 1st Attempt Files
- Change status
- 5 # 2
- Change status

Menjivar Att. B
Page 2 of 17

**FLEX TAGS**

| New Biz | Untouched Files |
|---|---|
| 1st Attempt | New Biz from prior day worth working the next day (good contact, left voicemails, etc) |
| HOT *Morning Routine\** | May have gotten a voicemail overnight, ~~may utilize as an internal status (for yourself)~~ to follow up |
| Bankruptcy | Debtor alleges bankruptcy – verify counsel and date bankruptcy was filed |
| Deceased | Debtor is deceased |
| Incarcerated | Debtor is presently incarcerated |
| Call – In *Morning Routine\** | Debtor has gone through a close. We may have called him – or debtor may have previously called us. work pressure cooker |
| Collections | Exhausted all efforts, but debtor has not gone through a close |
| Manager Review | Litigation, Further review needed |
| Payments Pending | Payments pending in accordance to an agreed upon payment schedule |
| Refuse to Pay | Debtor has gone through a close, and refuses to pay. |
| Decline *Morning Routine\** | Debtor's first payment attempt was declined Leave NSF MESSAGE only |
| Decline 2 or 2nd NSF 3pm | Debtor's second payment attempt was declined Leave NSF MESSAGE only 4 |
| Decline 3 | Internal Status – do not use |
| NSF (work for 3 days) *Morning Routine\** | (Not sufficient funds) Payments have been removed from the file, needs follow up. Work pressure cooker |
| Paid in full | Debtor has paid balance in full, and file is closed out. |

*Make Sure Notate Account Refuse to Pay Before Changing Status*

**Menjivar Att. B**
**Page 3 of 17**

FTC-SLL-0001099

# Training Outline

**Day 1**

1. **Orientation: 8 A.M.**
   a. Culture
      i. Leave your baggage at the door
      ii. Fresh Mind – Break down and build up
      iii. Ego aside, you have never done this type of collections before
      iv. Criticisms are welcome and necessary
      v. Island Environment - *only as strong as your weakest link*
      vi. Family Culture- Lift each other up
      vii. Expose Vulnerabilities- Don't be sensitive
      viii. Openness and Transparency
      ix. Malice and Being Offended
      x. Motivated and Ambitious
      xi. We all have common goal – Make money & keep the culture
      xii. Maintain the Environment
      xiii. Negative people are like a virus, it spreads
      xiv. No auto dialer! Stay Motivated
      xv. Hours ~~7-4~~ *9-530*. Work hard play hard
      xvi. Expect 7 ½ hours from you
      xvii. Chain of Command - *Hrsh & Preetshl (GM), CiCo, Team Leads, Jade (Floor Mgr)*
   b. Company History
      i. This method has been around for years
      ii. Over 20 companies doing it
      iii. Continuous Improvement –
      iv. Growth Potential
      v. Secret of Success is Simplicity- Creamer Shop - *Think of a cupcake, we only want the Frosting (good part)*
      vi. Life span of an account is 7-8 days- We don't pound these people
      vii. "Payers are Payers"
      viii. "In the know"- Reports manager- *Stay on top of your liquidations ! # / see how others are doing. It's no secret !*
   c. Teamwork and Etiquette
      i. You Jiggle they close
      ii. Respect the person doing your talk off
      iii. 100% confidence in team members or this doesn't work
      iv. ~~3~~ people will touch your account - *You - Closer- verifier (add size)*
      v. Jiggle is 99% of your money *(we are telling a story) the tighter,*
      vi. Treat deals as if they are your own
   d. Talk Off General Story
      i. 3 phase Jiggle, Close and Verification
      ii. You don't get the money the story gets the money

© Open Collect LLC. 2012

       iii. "KISS"
       iv. "Back to Basics"
       v. You're an actor
       vi. Alias- How he/she tells the story! Al Pacino vs. Brad Pitt
       vii. James Bond 007
       viii. You're not intimidating people, your informing them of their options
       ix. Legality of Talk off

*what happens when late? →*

       x. Process starting at the client- Late, Customer Service, In-House, Pre-Litigation
       xi. How we abide by the laws
          1. Phone Number
          2. Address
          3. Full Name
   e. On premise behavior, outside of building behavior, etiquette to other businesses
   f. Break room usage and cleanliness

**Break: 9:30 A.M.**

  **2. Product Knowledge: 9:45 A.M.**
   a. Asset Class definitions
   b. Why Payday Loans?
   c. Bouncing a check is a crime
   d. People who need money now
   e. Potential Payers
   f. Average Balances
   g. Affordable to resolve outside of court
   h. Brick and Mortar
   i. Internet
   j. Fresh Paper
   k. Old Paper
   l. Info needed on application *– think about payday loan- what info is needed? Ask*
   m. References Definition and Usage
   n. POE Definition and Usage
   o. Lifecycle of Debt / Payday Loans – No money today, but might in a few months
   p. Debtor Profile *– hint profile on particular person- it ranges from CEO's nurses mechanic ex*

  **3. Jiggle Training: 10:45 A.M.**
   a. Jiggle Message Script
     i. You are in trouble
     ii. There is a way out
     iii. Call the mediation firm
   b. Tone
     i. Informative
     ii. Professional

© Open Collect LLC. 2012

          iii.  Stern *- Not Rude → There is A FINE LINE*

          iv.  Ambiguous

          v.  Indifferent

  c.  "Formal Claim" *- What comes to mind? Ever seen Pineapple Express?*
           *Who delivers the papers!*

         i.  Process of being presented documents

         ii.  Who is a Private Locator? *- Who goes out for these jobs? + cops -*
           *court clerk,*

4.  **Avatar: 11:30 A.M.**

  a.  Create avatar

  b.  Simple alias (Think officer)

  c.  Believe in your character

      i.  What are his/her likes and dislikes

      ii.  What kind of car does he/she drive

      iii.  His/her height, weight, and age

**Lunch: 12:00 P.M.**

5.  **Role Play: 1:00 P.M.**

  a.  Everyone read the Jiggle Message Script (2x)

      i.  Get in character

      ii.  Tone!

      iii.  "_____you have officially been notified!"

**Break: 2:00-2:15 P.M.**

  b.  Live Jiggle Script

      i.  Back to backs

      ii.  Jiggle Rebuttals

      iii.  Draw emotion- Concern/Anger/Scared

  c.  Review all other scripts in the Collector Training Manual

  d.  Have trainees call and leave the Message Script tonight and tomorrow morning

**End Day 1**

---

**Day 2**

6.  **Phones: 8 A.M.**

  a.  Making Calls *- dial 9 as Private Locator (Explain this) dial E to dial from inhouse*

  b.  Taking Calls

  c.  Mute

  d.  Hold

  e.  Voicemails

  f.  Transferring Calls

  g.  Call History

© Open Collect LLC. 2012

      h.  DND

      i.  Answering Phones Policy

7.  **Messages: 8:15 A.M.**

    a.  Listen to all trainee voice mails

    b.  Critique

        i.  Tone

        ii.  Pauses

        iii.  Speed

        iv.  Is there a sense of urgency

    c.  Play top collector voice messages to compare

    d.  Role Play 1 Round

        i.  Jiggle Message Script

        ii.  Live Jiggle Script

            1.  Back to backs

            2.  Jiggle Rebuttals

            3.  Draw emotion- Concern/Anger/Scared

**Break: 9:15 A.M.**

8.  **Bulls Eye: 9:30 A.M.**

    a.  Work from the outside in: Draw Bulls Eye

        i.  POE

        ii.  Custom Tab *-references debtor provided*

        iii.  Skip Info *→ re Hus/ assocs*

        iv.  Debtor

    b.  Other people have more credibility

    c.  They'll do the work for you *...thats why you build the pressure*

    d.  The story will change *→ ex- omg, you are getting arrested.*

    e.  Role Play

        i.  3rd Party Live Jiggle

            1.  Back to backs

            2.  Jiggle Rebuttals

            3.  Draw emotion- Concern/Anger/Scared

9.  **POE Bulls Eye: 10:45 A.M.**

    a.  Work from the outside in: Draw POE Bulls Eye *- know where you are calling*

        i.  HR Director/Administrator *+ hospitals*

        ii.  HR

        iii.  Manager/Supervisor

        iv.  Co-worker/Secretary

    b.  Role Play

        i.  POE Message Script

        ii.  POE Live Jiggle

© Open Collect LLC. 2012

1. Back to backs
2. Jiggle Rebuttals
3. Draw emotion- Concern/Anger/Scared

**Lunch: 12:00 P.M.**

10. **Collections MAX: 1:00 P.M.**
    a. System
        i. Logging In
        ii. Collection of Accounts in the Queue
        iii. Sort Buttons
            1. Search Filter
            2. Work by Filter
            3. Index Filter
            4. Callback Filter
            5. Newbiz Filter
            6. Promise Filter
            7. Hot Filter
        iv. Front Screen Information
            1. Debtor Information
            2. Claim Information
            3. Queue Buttons
                a. Payments Log (Accounts in Queue)
                b. Dupes
                c. Summary
                d. Reminders
            4. Detail Buttons
                a. Status Changes
                b. Payment Info
                c. Skip Info
                d. Bankruptcy
                e. Notate Log
                f. Make Good Number
                g. "M" window loan information
            5. Take Payments
            6. Custom Tab
            7. Documentation and Logging (Notate)
                a. How and why to do logging
                b. Removal and Adding of Information
                c. Importance of inputting the CID ―maybe a diff # then what we have
                d.

© Open Collect LLC. 2012

**Break: 2:30-2:45 P.M.**

    b.  Test all trainees on Collections MAX

**End Day 2**

---

**Day 3**

    **11. Shadow Morning Routine with a Veteran:  7:00 A.M.**
    **12. Morning Routine Breakdown:  8:00 A.M.**
        a.  Explain Morning Routine document from start to finish
        b.  Morning Routine status definition
            i.  Hot
                1.  Live jiggle with debtor
                2.  Priority account
           ii.  Call-In
                1.  Debtor called in but did not get the matter resolved
                2.  Promise to pay
           iii.  NSF
                1.  NSF Follow-Up
                    a.  Day 1: Closer
                    b.  Day 2: Re-submit Jiggle
    **13. Skip Trace:  8:30 A.M.**
        a.  Websites
            i.  Accurint
           ii.  ~~CBC Innovis~~
           iii.  Google
           iv.  ~~Pacer~~
        b.  Skip Trace a Newbiz account
        c.  Explain how to work the Bulls Eye and notate that account

**Break: 9:30-9:45 A.M.**

        d.  Test all trainees on skip tracing
    **14. Desk Management:  10:45 A.M.**
        a.  Morning Routine: Draw
            i.  Hot               5-10
           ii.  Call In        10 Max
           iii.  NSF          #
        b.  Status Definition: Draw
            i.  Newbiz      10-20 → 0
           ii.  1st Attempt  15-25
           iii.  2nd Attempt  20-45

© Open Collect LLC. 2012

        iv.   Company Message        80 +

        v.   Collection File        80 +

  c.   Calendar Template for Managing Business

        i.   Workflow Chart: Day 1-8 (Draw)

  d.   Lifespan of an account 7/8 days "Creamer Shop"

  e.   Methodology, Approach and our Equation for handing out newbiz

        i.   Having a "Slim Desk"

        ii.  Having a "Dirty Desk"

        iii.  At Target Liquidation % vs. Not at Target Liquidation %

**Lunch: 12:00 P.M.**

**15. Reports Manager: 1:00 P.M.**

  a.   View and explain all reports

        i.   Financial Dashboard

        ii.  Desk Management

        iii.  Portfolio Dashboard

        iv.  Portfolio Liquidation by Collector

        v.   Payments by Date

        vi.  Close Count

        vii.  NSF Log

        viii.  Exception Payments

        ix.  Payments at Risk

        x.   Annual Divisional Performance

  b.   Performance Maintenance

        i.   Breaks

        ii.  Goals

        iii.  Call Counts

        iv.  Bonus Structure

        v.   Mid Month Close Out

        vi.  Liquidation %

        vii.  Post Dates

**16. Introduction to Team Leads and General Manager: 2:00 P.M.**

**17. Shadow Top Collectors: 2:30-4:00 P.M.**

**End Day 3**

---

© Open Collect LLC. 2012

**Day 4**

18. **Team Lead: 7:00 A.M.**
    a. Intro to Team
    b. Teammate Shadow First Morning Routine
    c. Go Over Goal Tracking Sheet
    d. Show How to Set and Maintain Goals
    e. Explain Report Card
    f. Start Making Calls

**Follow Up Training**

19. **Close Training**
    a. Close and Verification Training (2 weeks later)

20. **End of new hire training**

21. **Strive for "Continuous Improvement"**

© Open Collect LLC. 2012

*Trainer Copy*        *5 Hours*        *Week 3*

# ***Close Training***

**Monitor:** Have the class listen to a recording of a veteran on a close

- Read the script aloud to the class

**Tone:** Believe in the story... you handle claims in pre-litigation!

| | |
|---|---|
| -Professional | -Listen |
| -Stern | -Professional Verbiage |
| -Aggressive | -Indifferent |

| Benefits | Consequences |
|---|---|
| -Suspend Legal Action | -Possible Court Appearance |
| -Stop Accruing Interest | -Judgment |
| -Secure RO Form | -Located by Private Locator |
| -Avoid Court Costs & Attorney Fees | -Court Costs & Attorney Fees |
| -Settle out of Court | -Possible Wage Garnishment |

- **Intro (Re-Jiggle):** This is (Alias) in the <u>Processing Department</u>

    -Confirm the Jiggle is real (Have you received any documents)

    -"Give me a moment while I grab your file" (Sell the Story)

    -Never release claim details without verification of information

- **Explain the Charges (Core):** Be Stern and Informative

    -Angle of Attack (Act as if you have a case file in front of you)

    -Do you know where to find the date they entered the agreement and with whom? (Original Creditor vs. Client)

    -Where is the bank info located?

    -"Was it your intent to defraud them?" (Always ask this question, the answer will give you a clear understanding of what kind of debtor you are dealing with)

© Open Collect LLC. 2012

*Trainer Copy*        *5 Hours*        *Week 3*

-Claim Amount $_____. (Current Balance plus $200 locating fee)

-There is a way out. Balance in full... BIF... BIF!

-Explain the Release Order (RO Form) → Secure the BIF

-If the debtor can pay the BIF today... respond by asking, "Visa or Master Card?" Secure the Payment!

- **Transition:** Let me talk with a Case Manager

  -Emphasize "Possible Continuance"

  -Info needed before you speak with a case manager

  - Currently Employed
  - Pay Dates: Weekly/Bi-Weekly
  - Valid Payment Method

  -Place debtor on hold for 45 seconds

- **Negotiations:** Trade for Green Money!

  -Remove the $200 Locating Fee

  -Stress Release Order (RO Form)

  -How short of the claim amount are you today?

  - If the debtor is short the full balance today ask:
    1. How soon can you make a payment?
    2. How short of the balance are you on that day?

  -Place debtor on hold for 60 seconds

  - Enter Current Balance into the Payment Calculator

- **Close:** Do not express emotions, stay professional and indifferent!

  -Payment Presentation: Weekly or Bi-Weekly Payments Only

  - When entering the current balance into the Payment Calculator it will automatically generate options that fit within the systems protocol
  - Present the options to the debtor all at once
  - Do not explain one option at a time!
  - When done ask, "Which option works best for you?" Wait for response...
  - Let the debtor think about their options (Awkward silence is a good thing!)

© Open Collect LLC. 2012

*Trainer Copy*          *5 Hours*                    *Week 3*

-If the debtors payment offer is greater than the payment amount that is generated in the Payment Calculator, set up payments for the amount the debtor offered

-View Payment Requirements

- Hardships must be approved by your Team Lead

-View Close Rebuttals

-Blame the Systems Protocol

-Stick to the options the Payment Calculator generated

- **Closing the Close:** Solidify the Payment Arrangement

    -Take Card Information (View Entering Payments on Cmax)

    -Own the Arrangement (Closers follow up on any declines)

    -Do not rush to off the line

    -Explain the reason you are transferring to the Case Manager

- **Good Luck:** How to properly tell a debtor "Good Luck!"

    -Apologize they can't meet the Systems Requirements

    -Don't take the blame (You are just doing your job)

    -We can no longer help them after they receive the documents

## Things to remember

- Change status to Call In

- If closed change the status to Payments Pending or Paid in Full

- Notate any important information

- Input caller id number

- Set Call Backs

- Handle every account like it's your own

    -If you take care of my account I will take care of yours

© Open Collect LLC. 2012

*Trainer Copy*        *5 Hours*        *Week 3*

## Breakdown:

- **Call Length:**

  -Calls should take 10-15 min

  - If a call takes any longer drop the 2 option line:

    Option 1: Resolve the matter with our firm

    Option 2: Wait to be presented the documents

  - "Now what would you like to do?"

  -Day 1: Answer 5

  -Day 2: Answer 10      Spread work out (Time Management!)

  -Day 3: Answer 15

  -Day 4: Office Avg.

- **Wrong #'s:** Make it quick!

  -Get their phone # and let them know they will not be contacted again (No need to explain the story)

- **Call Backs:** "Good Lucked"

  -If the debtor calls back after being told "Good Luck": Transfer to whoever took the Close (Stick to the story)

- **Spouse/Parent Calls:**

  -If the spouse or parent can verify the ~~last four digits~~ WHOLE 9 digits of the debtors social security number than you are allowed to release the claim details (We do accept payments from 3rd parties)

- **Promise to Pay:**

  -If the debtor agrees to resolve the claim voluntarily but does not have a payment method you must:

  - Get an exactly time they will be calling you back with card information
  - Notate the account, leave the account in Call-In status, & set a Call Back for the 15 minutes after they're scheduled to call you

© Open Collect LLC. 2012

*Trainer Copy*                    *5 Hours*                    *Week 3*

- Before getting off the line with the debtor you still perform a "Good Luck" (Inform the debtor they are still at risk of being presented the documents)
- Stress Urgency!

## 007 Rebuttals

- **Bankruptcy Claim:**

    -"What is the status of your bankruptcy? Do you have a case # we can verify?"

    - Input the debtors case #/SSN into Pacer to confirm
    - If valid (Discharged or Pending) update the note log with Filing Date and Case #. Change status to Bankruptcy
    - If not valid (Dismissed) advise them we will proceed as quickly as possible. "You are responsible for this issue. At this point even though the action pertains to a debt, you are being pursued for charges."

    -"You are not being pursued for $500. You are being charged with Breach and Fraud in the Inducement of a Contract. Now if you pay the balance you owe, the charges will be dropped."

- **Fraud/Scam Claim:**

    -"I can assure you that we are not a scam and this claim is not fraud. All of the information regarding this account has been verified before being placed into this office, including your SSN. We are giving you the opportunity to resolve this matter voluntarily. If you do not want to resolve this claim, you will need to be presented with the documents. If this is not your priority then I cannot help you. Good Luck!"

    -"Do you know who did this to you?" Give them all the information we have on them.

    -"We have our evidence verified, so unless you have proof otherwise, it's in your best interest to resolve this today, before you receive the documents."

    -"It's not my job to determine whether you are or not at fault, all I am here to do is give you the opportunity to resolve it before this goes any further." (Indifferent)

© Open Collect LLC. 2012

**Menjivar Att. B**
**Page 16 of 17**
FTC-SLL-0000479

*Trainer Copy*          *5 Hours*          *Week 3*

- **Attorney Handling:**

    -Ask the debtor, "What is the name and phone number of the attorney representing you in this matter?"

    -Ask the lawyer, "Can you provide us with a power-of-attorney? If not we will not disclose any information."

    - Skip caller id # in Accurint
    - If possible act as if his/her client (the debtor) was contacted by mistake. (Move to Collection File)

    -If asked, "What is your address?" Respond with, "For security reasons, we do not practice giving out our physical address."

    -If asked, "Where are you located?" Respond with, "We are in California, in the LA area."

- **Letter Requests:**

    -Pre-Payment:

    - "What email address do you need that sent to?"
    - "We have sent all the information we legally have to send you to the address we have on file."
    - "You failed to respond to previous notices, so now the only documentation you will receive is from the private locator."

    -Post-Payment:

    - "Sure what address do you need that sent to?"
    - "It takes about 7-8 business days to process the necessary paperwork once your claim is closed."
    - We will email a Paid in Full letter on the debtors' second request documented on the account.

**Monitor:** Have the class listen to a veteran take a Close

- Monitor each trainees first Close

    -Call Breakdown: How was the call?

    -Tone, Call Length, Verbiage, BIF Demand, Overall

© Open Collect LLC. 2012

# Menjivar Attachment C

# ***Bulls Eye***



Why we work the Bulls Eye?

1. Third parties have an established relationship and have more access to the debtor.
2. They will do the work for you. They are your own little collection company.
3. People will communicate what they think they heard, and will embellish unknowingly. (The story will change)
4. People love drama, so they will contact them.
5. It will motivate the debtor. (Builds Urgency!)

**Menjivar Att. C**
**Page 1 of 3**

FTC-SLL-0001817

# ***Bulls Eye***



Why we work the Bulls Eye?

1. Third parties have an established relationship and have more access to the debtor.
2. They will do the work for you. They are your own little collection company.
3. People will communicate what they think they heard, and will embellish unknowingly. (The story will change)
4. People love drama, so they will contact them.
5. It will motivate the debtor. (Builds Urgency!)

**Menjivar Att. C**
**Page 2 of 3**

FTC-SLL-0000502

# ***POE Bulls Eye***



- The POE Bulls Eye is intended to motivate the debtor. The debtor can't avoid his/her HR Director or Manager. This will build the urgency!
- If the POE # takes you directly to the debtor, proceed to jiggle live then ask to be transferred to his/her manager. (Avoid the debtor at the POE)
- Skip trace the POE in Google for the POE address and alternate phone numbers.
- Press 0 (zero) to get through to the operator with an automated system.
- People will communicate what they think they heard, and will embellish unknowingly. People love drama, so they will forward the message.