# Menjivar Attachment D

45 Files

## Desk Audit Form

Collector: _Brittany P_     Team Lead: _Jade_     Date: _9/1_
Portfolio: _Peak 3A 52_ Target Liq %: _5%_     Current Liq %: _O_

Claim # _____     Current Status: _Collections_ Last Worked: _____

Order Worked: # 1-#5   (4109021)

_No call_ :POE     POE listed via custom tab has not

_____ :References   been contacted

_____ :Relatives   (4109327) POE on the front of the

_____ :Associates  contact card) has not been contacted.

_____ :Debtor

Additional Notes: (4109839) Only 1 round has been
done on this file. POE has not
been contacted

## Desk Audit Form

Collector: _Brittany P_ Team Lead: _Jade_   Date: _9/1_
Portfolio: _Peak 3 A52_ Target Liq %: _5%_   Current Liq %: _O_

Claim # _collections_ Current Status: _____    Last Worked: _____

Order Worked: # 1-#5

_No call_ :POE     (4110669): Again no contact has

_____ :References   been made on the POE

_____ :Relatives

_____ :Associates  Your POE is your money call.

_____ :Debtor      Use your pressure cooker.

Additional Notes:

© Open Collect LLC. 2012

50 files.

## Desk Audit Form

Collector: Alicia        Team Lead: bde        Date: 9/2

Portfolio: Peak 3 A52  Target Liq %: 5%    Current Liq %: 0%

Claim # 410086    Current Status: Coll In    Last Worked: 9/2

Order Worked: #1-#5

__1__ :POE — Rd 1 Newbiz on 9/1 → you

N/A :References — called poe twice? Then retr

__3__ :Relatives — & went through a close w/ debtor.

__2__ :Associates — Today, you only called the

N/A :Debtor — debtor!! ~~xxxxx~~ You have to Work

Additional Notes: The pressure cooker on your
call ins. Calling The debtor does
"Nothing". Its The pressure That makes →

## Desk Audit Form

Collector: _____        Team Lead: _____        Date: _____

Portfolio: _____    Target Liq %: _____    Current Liq %: _____

Claim # 410408    Current Status: Collections    Last Worked: 8/28

Order Worked: #1-#5

__1__ :POE — Newbiz on Fri 8/28

N/A :References — only 1 round of calls done

2r3 :Relatives — and moved to 1st attempt.

__↓__ :Associates

__4__ :Debtor — 9/1 - you made no calls.
② all & moved to collections.

Additional Notes:

You will never liquidate Consumer LLC 2012 working
a file like This. You need 2 rds of
Newbiz. You had & associates that were
not called.

FTC-SLL-0002802

them pay. If you allow her to make the decisions, its no longer urgent! Re Work this.

FTC-SLL-0002804

## Desk Audit Form

Collector: _Virginia_    Team Lead: _Jade_    Date: _7/14_

Portfolio: _Peak 3 A46_ Target Liq %: _____    Current Liq %: _____

Claim # _4080015_    Current Status: _RTP_    Last Worked: _7/13_

Order Worked: #1-#5

____:POE    Dbtr asked for you to contact her

____:References    back. This file was moved to RTP

____:Relatives    1st round was not done. Follow-up

____:Associates    was not done. The Poe was

____:Debtor    the only number contacted 7/10

Additional Notes:    on 7/13 the dbtr was the
    only number contacted.

---

## Desk Audit Form

Collector: _Virginia_    Team Lead: _Jade_    Date: _7/14_

Portfolio: _Peak 3A46_ Target Liq %: _____    Current Liq %: _____

Claim # _4080720_    Current Status: _RTP_    Last Worked: _____

Order Worked: #1-#5

____:POE    Files are only being worked 1

____:References    round. 2 round should be

____:Relatives    done on each file unless they

____:Associates    are stating this is a scam.

____:Debtor    Use your pressure cooker. Work

Additional Notes:    around the dbtr.

© Open Collect LLC. 2012

FTC-SLL-0002776

Collector: _Shirley_
Date: _10/7_

# Call Monitor Form

## First Mod Ares

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes

## Live Tirtle

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Stayed on Script

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

## Close

#110045060

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☒ | Stern | ☒ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| (☒) | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☒ | Unprofessional |

"OK"s sarcastically

### Proper GUCI

| | |
|---|---|
| ☒ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☒ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

Tone is more stern, But pay attention to what she's asking you. She said never heard of paragon funding. :(

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

Copyright Open Collect LLC. 2012

You responded: It was a payday loan That is The original creditor That I am referring to. ~~original creditor~~ it was a payday loan That you took out For $450. → Should have given never heard of creditor rebuttal.

She said I never took out a loan. You said us letters you took out a loan of May of 2012 → "OK."

Sd wants paperwork. You told her it was sent to email + po box we have on files. No Need to say That. Just read your rebuttal.

"Less is More. → You tried to convince her that creditor sent her notice of default in 2012? How do you know that?

Once your contract defaulted with Them, They sent your contract over to us?

She stated why is it Just now she's hearing about This if loan was taken out in 2012.

You tell her, they tried to contact her D given email + po box. She said didn't have That po box in 2012! You said ok, That can be updated in our system (what she was saying was she did not have a po box back in 2012)

Collector: _Enna_ _10/9_
Date:

# Call Monitor Form

## Judge Matters

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed
| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage
| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall
| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes

## Live Judge

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length
| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage
| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Stayed on Script
| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

## GLIC

### Tone
| | | | |
|---|---|---|---|
| ☑ | Professional | ☑ | Informative |
| ☑ | Stern | ☐ | Argumentative |
| ☑ | Indifferent | ☐ | Lethargic |

### Call Length
| | |
|---|---|
| ☐ | Short |
| ☒ | Average |
| ☐ | Long |

### Verbiage
| | |
|---|---|
| ☒ | Professional |
| ☐ | Unprofessional |

### Proper GLIC
| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☒ | Average |
| ☐ | Good |

### Notes
So you told her That you were about to pull up her file but Then said let me reference the hard copy?

So be sure NOT to tell Them you were able To pull up file

## Verification

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed
| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage
| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #
| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

Copyright Open Collect LLC. 2012

FTC-SLL-0002985

Less is more. →After asking was it her intent to breach her contract, She answered No, (You added that the loan was taken out??) Not even necessary.

Who is Westgate group? You should have used I dont know who creditor is rebuttal. But you told her the, I didnt do This rebuttal. Told her orig loan ayt & explained due to late fees & interest its now $890.

Asked how did she want to proceed. Debtor said File Bk. You asked when did she file so you can see if it fell into The guidelines.

Per debtor June 14, 2011 Filed Bk. Advised her That loan is Not. covered.

Debtor became upset said not paying for something she didnt do. She hadnt taken a payday loan Since she filed Bk.

Good job remaining Indifferent!

* She asked what bank acct was deposited into. you told her the one on file & wrong → should have used rebuttal!

Collector: _Valerie_
Date: _11/24_

# Call Monitor Form

## Initial Contact

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed / Verbage
| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Overall
| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes

## Live Break

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length / Verbage
| | | | |
|---|---|---|---|
| ☐ | Short | ☐ | Professional |
| ☐ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Stayed on Script / Overall
| | | | |
|---|---|---|---|
| ☐ | Yes | ☐ | Bad |
| ☐ | No | ☐ | Average |
| | | ☐ | Good |

### Notes

## Close

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length / Verbage
| | | | |
|---|---|---|---|
| ☐ | Short | ☐ | Professional |
| ☐ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Proper GLIC / Overall
| | | | |
|---|---|---|---|
| ☐ | Yes | ☒ | Bad |
| ☒ | No | ☐ | Average |
| | | ☐ | Good |

### Notes
4278300 → start to script + our rebuttals.

## Verification

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed / Verbage
| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Notated CC # / Overall
| | | | |
|---|---|---|---|
| ☐ | Yes | ☐ | Bad |
| ☐ | No | ☐ | Average |
| | | ☐ | Good |

### Notes

Copyright Open Collect LLC, 2012

**Menjivar Att. D**
**Page 9 of 41**

FTC-SLL-0002952

When you make up your own rebuttals.
you become stuck on what to say.
He ended up Qlucking you.

___

HE STATED NEVER TOOK out a loan.
- You didn't give him correct rebuttal
You told him we are Stack Recovery, its
been turned over to us to try to find a solution.

He said never heard of creditor.
You didn't give him correct rebuttal
You said his SSN was linked to his
bank acct to cover the loan payment
So the fact of not taking out loan is NOT
valid.

You stated quiet → You are supposed to go back
to the script. → Therefore he asked another?

You said his information is TIED TO THIS so it
makes him responsible. He said NO it doesn't.

You gave him both opts 1 + 2 together then added
but you stated you have no knowledge of this sir. So
he said correct he doesn't so he wants proof emailed.

You told him you cant email him proof because after several attempts, you are limited to what you can disclose out side of court.

He said weel what are those several attempts. Because he never recvd anything.

You said once it comes to our dept, once they turn it over to us. We try to help you resolve this prior to legal action. After several attempts of them trying to collect a debt, they were unsuccessful thats when they turned it over to us.

He said what attempts. How many? You said I'm not sure thats Lazer Winding sir.

He said well just do what you have to do because he didnt do this, best of luck + bye.

He Gluck'd you!

Collector: *Lykes*
Date: 11/24

# Call Monitor Form

## Informative

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed
| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Verbiage
(included above)

### Overall
| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes

## Rebuttal

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length
| | | | |
|---|---|---|---|
| ☐ | Short | ☐ | Professional |
| ☐ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Stayed on Script
| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

## Close

### Tone
| | | | |
|---|---|---|---|
| ☒ | Professional | ☒ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☒ | Indifferent | ☐ | Lethargic |

### Call Length
| | | | |
|---|---|---|---|
| ☒ | Short | ☒ | Professional |
| ☐ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Verbiage
(included above)

### Proper GLBS
| | |
|---|---|
| ☒ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☒ | Average |
| ☐ | Good |

### Notes
Never taken out a loan
so you gave her rebuttal
gave her opt 1 she said

## Verification

### Tone
| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed
| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Verbiage
(included above)

### Notated CC #
| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall
| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes

Copyright Open Collect LLC. 2012

She never heard of creditor. You didn't give her correct rebuttal (I don't know who creditor is)

You told her that her SSN is linked to the original loan documentation so they are holding her responsible.

She asked where is Gateway located. You told her they are an online creditor. & again her SSN is linked to to the original loan documentation.

She asked was Funds deposited into her acct cus she can prove otherwise.

You said we don't have that information available. She said well, get it Because there was no loan that came to her! This could be identity fraud.

He told her he do NOT know how funds were issued, could have deposited or she could have received a check in the mail, but what we do have is that her SSN is linked to this loan + started giving opt 2 She said she's not paying anything she never borrowed. He Giucked her!

Collector: _____
Date: 11/25

# Call Monitor Form

## Intro Monitor

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Verbiage

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Live Trail

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | | | |
|---|---|---|---|
| ☐ | Short | ☐ | Professional |
| ☐ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Verbiage

### Stay on Said

| | | | |
|---|---|---|---|
| ☐ | Yes | ☐ | Bad |
| ☐ | No | ☐ | Average |
| | | ☐ | Good |

### Overall

### Notes:

## Close

### Tone

| | | | |
|---|---|---|---|
| ☒ | Professional | ☒ | Informative |
| ☒ | Stern | ☐ | Argumentative |
| ☒ | Indifferent | ☐ | Lethargic |

### Call Length

| | | | |
|---|---|---|---|
| ☐ | Short | ☒ | Professional |
| ☒ | Average | ☐ | Unprofessional |
| ☐ | Long | | |

### Verbiage

### Proper GLIC

| | | | |
|---|---|---|---|
| ☐ | Yes | ☒ | Bad |
| ☒ | No | ☐ | Average |
| | | ☐ | Good |

### Overall

### Notes:
4293300 - your best
option is to go to court
so you can determine
who has your information + did this? r doing

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | | | |
|---|---|---|---|
| ☐ | Slow | ☐ | Professional |
| ☐ | Normal | ☐ | Unprofessional |
| ☐ | Fast | | |

### Verbiage

### Notated CC #

| | | | |
|---|---|---|---|
| ☐ | Yes | ☐ | Bad |
| ☐ | No | ☐ | Average |
| | | ☐ | Good |

### Overall

### Notes:
REMAIN
INDIFFERENT

Copyright Open Collect LLC 2012

things in your name. Your best option is to proceed forward to see who received the ck for $400 + what bank acct it was deposited into. To secure yourself + take care of it on your own end.

If your adamant about not doing this, my advice is to go forth + dispute the matter so you can see who did this.

The contract was sent to (gave email) address on file. It was electronically signed + sent back to the original creditor.

That cant be right, Thats a new email address, just created this year or last year. You need to determine who's using your SSN. How can I do that? By going to court + disputing it. Do I have a court date? well once I forward your file + They escalate legal action you will receive Correspondse in the mail / Best of luck with your case! /

Collector: DeMonica L
Date: 1/25

# Call Monitor Form

## Incoming

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Live Call

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Skype/Call Scripts

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:
3rd party called in, gave good # for debtor. You never to call in - This is a newbie -

## Close

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Proper GLIC

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:
-4274573- Who is JDMarketing. Ma'am Thats the creditor of the payday loan that you requested back in June 2012. & wrong rebuttal

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

Copyright Open Collect LLC, 2012

The $2000 is →17 we cant come up with an agreement today. to satisfy This balance. We will have to seek action.

Because you said this, she said

Well I want to see copies of the loan papers & The actions. Cause I dont have any outstanding back in 2012.

I'm not paying anything until I see paperwork Its not my Job to send you paperwork, we are not the creditor. This is no longer in collections, The creditor sent you notice & correspondence & you failed to respond.

Have you checked your email? cus it was sent there. but you failed to respond.

She said she has never received anything so No she did NOT FAIL TO RESPOND.

Do you have a phone number for Them (JJmarketing) No'am I have NO connection to Them. → SHES DOING
HER OWN RESEARCH
+ JJD WILL CALL
→ SHE DOES NOT SEEM LIKE A FAVOR — BACK

*off Script*

Collector: *Eddie B*
Date: *1/20*

# Call Monitor Form

## Introductions

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Live Check

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Stayed on Script

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

## Tips

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Proper GLIC

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☒ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes: *4278688 We are trying to contact you in regards to case that's pending against you.*

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

Copyright Open Collect LLC. 2012

We have been retained to pursue this cause of action against you.

Opt 1 escalate legal action Seek a judgement of 2590 which includes atty fees & court cost if they have to pursue this matter in court in your state.

Opt 2 pay 590, which is due today we can also assist you with payment arrangements for that amount to get it discharged out of Pennsylvania for you.

I remember looking at the payday loan but never applied/got any money.

→ your rebuttal → we're not here to dispute that matter, we are here to escalate legal action. When we receive the cases we give you a call to see how you would like to proceed. This is pending litigation

Collector: _____ Date: 12/11

# Call Monitor Form

## Introduction

### Tone
- [ ] Professional
- [ ] Stern
- [ ] Indifferent
- [ ] Ambiguous
- [ ] Informative
- [ ] Urgency

### Call Speed
- [ ] Slow
- [ ] Normal
- [ ] Fast

### Verbiage
- [ ] Professional
- [ ] Unprofessional

### Overall
- [ ] Bad
- [ ] Average
- [ ] Good
- [ ] Outstanding

### Notes

## Pre-Qual

### Tone
- [ ] Professional
- [ ] Stern
- [ ] Indifferent
- [ ] Informative
- [ ] Argumentative
- [ ] Lethargic

### Call Length
- [ ] Short
- [ ] Average
- [ ] Long

### Verbiage
- [ ] Professional
- [ ] Unprofessional

### Overall
- [ ] Bad
- [ ] Average
- [ ] Good

### Stopped at ___
- [ ] Yes
- [ ] No

### Notes

## Offer

### Tone
- [ ] Professional
- [ ] Stern
- [ ] Indifferent
- [ ] Informative
- [x] Argumentative
- [ ] Lethargic

### Call Length
- [x] Short
- [ ] Average
- [ ] Long

### Verbiage
- [x] Professional
- [x] Unprofessional

### Proper Guic
- [x] Yes
- [ ] No

### Overall
- [x] Bad
- [ ] Average
- [ ] Good

### Notes
4240275 → NSF system
disc. DO NOT go thru a

## Verification

### Tone
- [ ] Professional
- [ ] Stern
- [ ] Indifferent
- [ ] Informative
- [ ] Argumentative
- [ ] Lethargic

### Call Speed
- [ ] Slow
- [ ] Normal
- [ ] Fast

### Verbiage
- [ ] Professional
- [ ] Unprofessional

### Notated CC #
- [ ] Yes
- [ ] No

### Overall
- [ ] Bad
- [ ] Average
- [ ] Good

### Notes
GET THRU SCRIPT
need correct
rebuttals

new close w/ BON NSF—verify SSN + advised call was
in reference to her defaulted payments

Copyright Open Collect LLC 2012

FTC-SLL-0002857

4316717 -

Where did this loan come from?

you: it's an payday loan sir.

Should be this is an online payday loan.

He said he only took out 1 loan + it was for $500 → his bank paid it. He paid back $1600. You said it wasn't paid off. He states yes it was. "you: It couldn't have if you're receiving a phone call.

You should have given him "i didnt take this out rebuttal"

He said he has bank statements to prove he paid this. You say well your current balance is $510. → He said no... you ask if his email ____. He said he doesn't

Collector: _Herre_

Date: _12/5_

# Call Monitor Form

## Initial Meeting

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Introduction

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Pre-Dial

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Reviewed Script

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

## Close

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☒ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Proper GLIC

| | |
|---|---|
| ☐ | Yes |
| ☒ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

4287888 - read script as is.. Dont add - Dont take away. & you also arent using full Rebuttals + see back

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

Seems Unconfident. No urgency/sternness. Not informative when necessary.

Copyright Open Collect LLC. 2012

I've never taken out a payday loan.

You: Well sir, your SSN # was linked to your bank account.

I've never breached any contract with anyone because I've never taken out a loan. You must have made a mistake.

You: alright sir, we have an email address of (_____)

That email hasn't been active for quite sometime.

You: This loan was taken out back in 2013.

Your office has made a mistake. Its funny how it just came into your office. This is a mess and I'm not gonna entertain this.

You: alright sir, I do have to advise you that we will pursue this to the fullest extent of the law. And we will seek a judgement of 2390 which will include atty fees & court cost.

Collector: Brittany R.
Date: 4-16

# Call Monitor Form

## Opening Spiel

### Tone
| | | | |
|---|---|---|---|
| ☐ Professional | ☐ Ambiguous |
| ☐ Stern | ☐ Informative |
| ☐ Indifferent | ☐ Urgency |

### Call Speed
| ☐ Slow |
| ☐ Normal |
| ☐ Fast |

### Verbiage
| ☐ Professional |
| ☐ Unprofessional |

### Overall
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes

## Live Spiel

### Tone
| ☐ Professional | ☐ Informative |
| ☐ Stern | ☐ Argumentative |
| ☐ Indifferent | ☐ Lethargic |

### Call Length
| ☐ Short |
| ☐ Average |
| ☐ Long |

### Verbiage
| ☐ Professional |
| ☐ Unprofessional |

### Overall
| ☐ Bad |
| ☐ Average |
| ☐ Good |

### Several spiels
| ☐ Yes |
| ☐ No |

### Notes

## Lead

### Tone
| ☒ Professional | ☐ Informative |
| ☐ Stern | ☐ Argumentative |
| ☐ Indifferent | ☐ Lethargic |

### Call Length
| ☒ Short |
| ☐ Average |
| ☐ Long |

### Verbiage
| ☐ Professional |
| ☐ Unprofessional |

### Proper GUC
| ☐ Yes |
| ☒ No |

### Overall
| ☒ Bad |
| ☐ Average |
| ☐ Good |

### Notes
4360463- using incorrect rebuttals. She said she doesn't remember/ she never went to Liberty Group

## Verification

### Tone
| ☐ Professional | ☐ Informative |
| ☐ Stern | ☐ Argumentative |
| ☐ Indifferent | ☐ Lethargic |

### Call Speed
| ☐ Slow |
| ☐ Normal |
| ☐ Fast |

### Verbiage
| ☐ Professional |
| ☐ Unprofessional |

### Notated CC #
| ☐ Yes |
| ☐ No |

### Overall
| ☐ Bad |
| ☐ Average |
| ☐ Good |

### Notes
no cbs in notes!! making your own rebuttals!!

Copyright Oreo Collect LLC. 2012

FTC-SLL-0002421

for a loan. You responded: your SSN is
linked to this acct. It was a payday loan
+ the orig creditor who dispersed The
original bal of ($300) to you was Ibx obj
Group LLC, They were listed in the
Contract That you signed + agreed to?

- Gave opt 1 + she kept saying it wasn't
her over + over. Opt 2 was never given.
You told her That you were going to
go ahead + disconnect The call + seek
a judgement of 2480. Ended call.

Collector: _Ashley D._  Date: _7-4-16_

# Call Monitor Form

## Introduction

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Pre-Sale

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Stayed in Scope

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

## Close

### Tone

| | | | |
|---|---|---|---|
| ☒ | Professional | ☒ | Informative |
| ☒ | Stern | ☐ | Argumentative |
| ☒ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☒ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Proper GLIC

| | |
|---|---|
| ☒ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☒ | Average |
| ☐ | Good |

### Notes:
4347336-
gave him opt 1 + opt 2
but didn't ask, how would
you like to proceed, just remained quiet.

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:
NO NOTES
CID no

Copyright Open Collect LLC. 2012

FTC-SLL-0002433

need to get more comfortable with rebuttals. He said he did't do this. Gave partial rebuttal. He said the loan he applied for took his money. Don't know what you are talking bout. You told him its an online payday loan. He said nope didn't do it. You glitched him.

"Should have verified add'tl account INFO"

Collector: _Michelle C_
Date: _12/1_

# Call Monitor Form

## Introduction

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Ambiguous |
| ☐ | Stern | ☐ | Informative |
| ☐ | Indifferent | ☐ | Urgency |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Overall

| | | | |
|---|---|---|---|
| ☐ | Bad | ☐ | Good |
| ☐ | Average | ☐ | Outstanding |

### Notes:

## Live Chat

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☐ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Payment Date?

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

## Pitch

### Tone

| | | | |
|---|---|---|---|
| ☑ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Length

| | |
|---|---|
| ☐ | Short |
| ☑ | Average |
| ☐ | Long |

### Verbiage

| | |
|---|---|
| ☑ | Professional |
| ☐ | Unprofessional |

### Proper GLIC

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

No sterness in voice.
Never tell debtor you don't
know. Not reading full script. Don't add to rebutals.

## Verification

### Tone

| | | | |
|---|---|---|---|
| ☐ | Professional | ☐ | Informative |
| ☐ | Stern | ☐ | Argumentative |
| ☐ | Indifferent | ☐ | Lethargic |

### Call Speed

| | |
|---|---|
| ☐ | Slow |
| ☐ | Normal |
| ☐ | Fast |

### Verbiage

| | |
|---|---|
| ☐ | Professional |
| ☐ | Unprofessional |

### Notated CC #

| | |
|---|---|
| ☐ | Yes |
| ☐ | No |

### Overall

| | |
|---|---|
| ☐ | Bad |
| ☐ | Average |
| ☐ | Good |

### Notes:

Copyright Open Collect LLC 2012

**Menjivar Att. D**
**Page 28 of 41**

FTC-SLL-0002855

He asked: 7 This is a payday loan
meaning go into a payday place.

You said right, So he asked what
place was that.

You said Im not sure where you applied
(He applied online)

You borrowed $350 & your bal now is $390
So this is not as high as it could be seeing
your ~~account a while ago~~ These many years
deliquent. They only put an extra $40 on
there↓. Less is More

The original Creditor is stating
they sent notification to your email. (gave
email) How could they have sent it There
when I dont have an email?

Pacific

## Employee Warning Notice

| Employee Information | | |
|---|---|---|

| | | |
|---|---|---|
| Employee Name: **Joshae Young** | Date: | **3/31/2015** |
| Employee ID: **116** | Job Title: | **Asset Recovery Specialist** |
| Manager: **Coco Eldridge** | Department: | **Team Hustle Hard** |

| Type of Warning | | |
|---|---|---|
| ☒ First Warning | ☐ Second Warning | ☐ Final Warning |

| Type of Offense | | |
|---|---|---|
| ☐ Tardiness/Leaving Early | ☐ Absenteeism | ☐ Violation of Company Policies |
| ☐ Substandard Work | ☐ Violation of Safety Rules | ☒ Rudeness to Customers/Coworkers |
| ☐ Other: _____ | | |

| Details |
|---|

**Description of Infraction:**
On 3/31/2015 employee called a debtor's POE asking to speak with debtor's manager, when receptionist stated they had no such employee working for them, receptionist hung up. Employee called back asking to speak with receptionist or she will call corporate to report her, spoke with office manager, asked her name and when the manager refused to give her name, Joshae ~~said~~ stated she works for a law firm and would report all of them to corporate.

**Plan for Improvement:**
Employee will follow company policies and procedures. You are to only call the POE one time per round. If your debtor does not work there, move on. No need to call back. Remain professional on all calls. Do not hang up the receiver abruptly. You do not work for a law firm, you work for the legal department of Pacific.

**Consequences of Further Infractions:**
Further infractions may result in suspension.

| Acknowledgement of Receipt of Warning |
|---|

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for Improvement. Signing this form does not necessarily indicate that you agree with this warning.*

Employee Signature                                    Date    3/31/15

Manager Signature                                      Date

Witness Signature (if employee understands warning but refuses to sign)          Date

FTC-SLL-0003586

Lexi

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| No 1st attempts? | Out of 20 files, you should have at least 3/4. |
| 2nd round of New biz. Not calling poe's back. | follow your bullseye. The only time I dont expect another call is - NLE |
| Why is your seat so low? | Makes it look as though you are not engaged in your call. |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
|  |  |  |

**TRAINER COMMENTS:** Call ins - Dont just call the debtor back. Work bullseye. let ur 3rd parties do the work for you.

**COLLECTOR COMMENTS:**

**SIGNATURE:** _____ **DATE:** 7/28/15

© Open Collect LLC 2012

Mariah

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| Not googling disc poe #'s. | That's your money call. If They have a job, They can pay. |
| Time mgmt | Good on time was done w/ round 1 around 2:40. |
| 1st attempts. | work bullseye a lil newbiz. poe rctv debtor. still nud st's 1 if possible debtor. And need 2 rounds |

| Liq % | Liq % | TOTAL $ |
|---|---|---|

**TRAINER COMMENTS:** Tone sounds a lil robotic when you leave voice mails. (Don't drag out debtors Home) Remain professional on closes. Don't match their

**COLLECTOR COMMENTS:** tone or sarcasm

**SIGNATURE:** Marial Novoa    **DATE** 4/28/15

© Open Collect LLC 2012

Joanaa

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| Tone - ☺ !! | Very professional, informative indifferent, stern. You sound great on your closes. |
| Time Mgnts<br># midday call count AV 10 you were ≥ 7. | ① 3:13, still have ⑧ unworked newbiz! You should be able to complete all 20 by 3:30. Especially when you aren't ⓐ average on inbounds. |
| No 2 rounds - | Liquidation requires a full rounds. Its the pressure → the more pressure, the debtor will react + call in. |

| Liq % ~~xxxxxx~~ | Liq % | | TOTAL $ |
|---|---|---|---|

| TRAINER COMMENTS: |
|---|
| COLLECTOR COMMENTS: |
| SIGNATURE: | DATE: 7/29/15 |

© Open Collect LLC. 2012

## 1 on 1 Training Review

Brittany

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| "We have a case of action" | We have a cause of action. Make sure to watch your verbiage. |
| Is it a refusal to pay? | Stick to your script and use your rebuttals. Do not free style. |
| | |
| | |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
| | | |

**TRAINER COMMENTS:**



**COLLECTOR COMMENTS:**



**SIGNATURE:**                                    **DATE:** 8/31

© Open Collect LLC, 2011

Keara

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| "You will seek that judgement." | Stick to your script! Meaning "we" the legal department will seek the judgement |
| "Do you think someone stole your identity?" | → Do not tell your data this. Give rebuttals and go right back to your close. |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
| | | |

**TRAINER COMMENTS:**

**COLLECTOR COMMENTS:**

**SIGNATURE:** | **DATE:** 8/25

© Open Collect LLC. 2011

FTC-SLL-0003462

## 1 on 1 Training Review   Diane

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| Close, you still have to give rebuttals. | You have a rebuttal for everything your dtotr will say. Use your rebuttals and always explain that we will have to fwd file and escalate legal action. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
|  |  |  |

**TRAINER COMMENTS:**

**COLLECTOR COMMENTS:**

| SIGNATURE: | DATE: 9/1 |
|---|---|

© Open Collect LLC. 2011

## 1 on 1 Training Review  Brittany

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| Tone | Your tone should be stern. Make sure to stress urgency on all calls |
| "This is a law firm" | This is not a law firm. You work for the legal department for Stark recovery. |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
| | | |

**TRAINER COMMENTS:**

**COLLECTOR COMMENTS:**

**SIGNATURE:**      **DATE:** 9/14/15

© Open Collect LLC. 2011


*Shirley*

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| Not completing scripts. Make every call count! | → the live jiggle, don't ask if debtor works there, just read script → 3rd party live-read script you are ending your calls too soon. |
| Per desk audit on yesterday - you are changing status' after round 1. | → Review your disk management chart, it shows to change @ end of day |
| | |
| | |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
| ~~[illegible]~~ | | |

TRAINER COMMENTS: Make all calls count. You have to work smart & not hard. Don't think too much about the calls! PO's are your "$$ shots." You have to already assume they work there. No need to ask that question!! Third party jiggles → keep reading your

COLLECTOR COMMENTS: script unless they say that they do not know your debtor. Remember you are building your own little collection company. The more vm's + live messages you leave, the more pressure you are putting on your debtor.

SIGNATURE: _____     DATE: 9-9-15

© Open Collect LLC. 2012

## 1 on 1 Training Review      Marcus

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| "This is the loan collection agency" | This is the legal department for stark recovery |
| | - To ensure you are speaking with the correct person you must make sure to say their first & last name |

| Liq % | Liq % | TOTAL $ |
|---|---|---|
| | | |

**TRAINER COMMENTS:**

**COLLECTOR COMMENTS:**

| SIGNATURE: | DATE: 10/15/16 |
|---|---|

© Open Collect LLC. 2011

FTC-SLL-0003405

*1*

Tyler

## 1 on 1 Training Review

| WHAT YOU FOUND WRONG | WHAT YOU WENT OVER & EXPLAINED |
|---|---|
| | - Do not tell the date this is past collections just explain that this is a legal matter. |
| Status Change | You are leaving your files in newbiz status even if you went through a close. Make sure you are notating + changing status |

| Liq % | | Liq % | | TOTAL $ |
|---|---|---|---|---|

**TRAINER COMMENTS:**
- Tone
Your tone should be stern. Speak up so they can hear you.

**COLLECTOR COMMENTS:**

**SIGNATURE:**      **DATE:** 12/18/15

© Open Collect LLC. 2011

⟶ Back

We do not know if contact was mailed or emailed. If you tell them original creditor email paperwork + they check their email and its not there they will think this is a scam.

— When giving payment options ....
calculate the payments First
Give First two options and then place debtor on hold to give Final option.

# Menjivar Attachment E

American Express
Fraud Operations
P.O. Box 981541
El Paso, TX 79998

4045031

AMERICAN
EXPRESS

www.americanexpress.com

Date: May 24, 2015
Reply By: 06/17/2015
SE a/c #:
CM a/c #:
Case #: YS48764

Stark Law
500 Quail Ridge Drive
Westmont IL 60559

---

** RESPONSE REQUIRED ** INQUIRY/RETRIEVAL REQUEST ** NOT A CHARGEBACK **

CHARGE DETAILS

CM Name: S▇▇▇ T▇▇▇                    CM a/c #: ▇▇▇▇▇▇▇

1st Charge:
Date: 05/18/2015
Amount: $890.00
Folio/Ref. #:
Invoice/ROC:
RA#:
Ticket #:
Additional Information: 11176068 LEGAL SERVICE

---

DISPUTE REASON:

The Card Member has contacted us claiming the Charge incurred at your Establishment is fraudulent. For a Card Present Charge, provide a copy of the Charge Record and an imprint of the Card, if one was taken. For a Card Not Present Charge, provide Proof of Delivery to the full shipping address or a copy of the order verification, which may include contracts or other details associated with the purchase.

The issuer of this card is American Express Centurion Bank.

3H01                           CPLW01B   YS48764     TRMUNFR20002001   N      N

**Menjivar Att. E
Page 1 of 37**

4017889
TRISHA

CHARGEBACK LOSS PREVENTION SERVICE

Jul 24, 2015

PACIFIC CAPITAL
HIRSH MOHINDRA
500 QUAIL RIDGE DRIVE

WESTMONT   IL   605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Aug 3, 2015**

This is a notification of a chargeback initiated by: The Bancorp Bank

Reason: Fraud- Card-Absent

| | | | |
|---|---|---|---|
| Reason Code: | 83   Fraud- Card-Absent | | |
| Reference Number: | | Case Number: | 6520503583 |
| Card Number: | | Transaction Type: | |
| Merchant Number: | 9910 | Original Reference: | |
| Transaction Date: | Apr 10, 2015 | Transaction Amount: | 92.05  USD |
| Posting Date: | Apr 12, 2015 | Chargeback Amount: | 92.05  USD |
| Resolved Date: | Jul 24, 2015 | Adjustment Amount: | 92.05  USD |
| Unique ID: | PACIFIC CAPITAL | Invoice Number: | |

**ACTION TAKEN BY MERCHANT SERVICES**

* Verified this chargeback is valid and has been received within the timeframe established by current Visa rules and regulations.
* The above Chargeback Advice Adjustment Information is accurate.
* Your account has been debited for 92.05  USD due to :
  The cardholder claims this charge is unauthorized. Please provide positive AVS and signed proof of delivery to the AVS- confirmed billing address.

**Please be Aware:**

* Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
* Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
* You must supply Chargeback rebuttal documentation no later than Aug 3, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visa rules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 2 of 37**

FTC-SLL-0001336

Visa Resolve Online

## Pre-Comp Questionnaire: ROL Case Number - 1379938549

### Transaction Information

| | | | | |
|---|---|---|---|---|
| Card/Acct #: | ████████ | Tran Type: | Sale | Issuer: | PNC BANK, NATIONAL AS- |

Card/Acct #: ████████
Network: VISA
Tran ID: ████████
ARN: ████████
Retrieval Ref #: 514825206763

Tran Type: Sale
Tran Date: 05/27/15
Processing Date: 05/28/15
Tran Amount: 141.66 USD
Jurisdiction: DOMESTIC-US

Issuer: PNC BANK, NATIONAL AS-
SOCIATION
CH Name:
Acquirer: BANK OF AMERICA, NA-
TIONAL ASSOCI
Merchant: STARK LAW LLC
Location: WESTMONT, IL

### Issuer's Pre-Compliance Information

Dispute Amount: 141.66 USD

Why are you initiating Pre-Compliance? OUR CARDHOLDER WAS CONTACTED BY THE ABOVE MENTIONED MERCHANT.OUR CARDHOLDER WAS COERCED INTO MAKING A PAYMENT FOR AN ALLEGED DEBT.TO DATE OUR CARDHOLDER HAS NOT RECEIVED ANY DOCUMENTATION FROM THE ABOVE MENTIONEDMERCHANT CON- CERNING THE ABOVE MENTIONED DEBT.

Days Given to Respond: 30          Last Day to Respond: 08/12/15  (Based on Pacific Time)

### Days Between Events

Date of Discovery from Tran CPD:          27

Primary Rule Violated:          Other
Additional Rule Violated:
Additional Rule Violated:
Additional Information on Rules Violated/
Explain Other:
NONE

Date of Violation: 05/27/15          Date of Discovery: 06/24/15

Why are you using Date of Discovery?

DATE LETTER OF DISPUTE RECEIVED FROM OUR CARDHOLDER

Explanation of Financial Loss:

YOUR MERCHANT IS IN VIOLATION OF VISA CORE RULES DEALING WITH GENERALPROHIBITIONS PG CR-80 IN THAT A MERCHANT MUST NOT ENTER INTOINTERCHANGE ANY TRANSACTION THAT REPRESENTS THE REFINANCING OR TRANSFER OF AN EXISTING CARDHOLDER OBLIGATION THAT IS DEEMED TO BE UNCOLLECTIBLE

FTC-SLL-0001348

**Questionnaire Notes and Documents**

Comments

Documents

Other                                          B/W

**Issuer's Contact Information**

Name        M█ P██████

Phone:      ████████████       Fax:      ████████

Email:      ███████@FIRSTDATA.COM

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

---

By completing this form, you agree that the information captured is correct to the best of your
knowledge. Any available documentation which supports this dispute should be attached.

**Menjivar Att. E**
**Page 4 of 37**
07/31/15 IDS006  0004370

FTC-SLL-0001349



First Data Merchant Services
Attn: Exception Support
One Western Maryland Parkway
Hagerstown MD 21740-5146

07/06/2015

Attn: Pre-Compliance

| | |
|---|---|
| Account Number | |
| Reference Number | |
| Post Date | 05/28/15 |
| Tran Date | 05/27/15 |
| Case Number | 15-141 |
| Amount | $ 141.66 |
| Foreign Amount | |
| Date of Discovery | 06/24/15 |

Dear Pre-Compliance Representative:

We are requesting your assistance in resolving our case on the aforementioned account and your
merchant STARK LAW in WESTMONT IL

The sale(s) posted on 05/28/15

Your merchant sent thru data on the above mentioned sale with a member identification code of 8111
(ATTORNEYS LEGAL SERVICE ) Bin 4430 44 received correspondence from our cardholder indicating
the above mentioned merchant and our cardholder. Our cardholder was contacted by the above
mentioned merchant . Our cardholder was coerced into making a payment for an alleged debt.To date
our cardholder has not received any documentation from the above mentioned merchant concerning the
above mentioned debt. Your merchant is in violation of Visa Core Rules and Product and Service
dealing with General Prohibitions pg cr-80 # 151014-010410 0006946 in that a merchant must not enter
into interchange any transaction that represents the refinancing or transfer of an existing cardholder
obligation that is deemed to be uncollectible.

Attn: Mark Pritchard, Case Number 15-141 If I have not received this requested information prior to the
aforementioned date, compliance may occur. Your prompt attention to this matter is appreciated.

**Transaction Dispute Form**

Cardholder Name: K████ B████    Card Number: ████████

I wish to dispute the following transaction(s) that was conducted by my PNC Visa Check Card: (Must list separately, attach additional transactions on a separate piece of paper.

| Stark Law | 141.66 | 5-28-15 | 5-28-15 |
|---|---|---|---|
| Merchant Name | Amount | Transaction date | Post date |

**Resolution Attempts (Must be completed)**

Was the merchant contacted regarding this issue? (Yes) / No

If yes, date: 5-28-15  : If No, Reason:

What was the merchant's response? They did not respond

Select ONLY one of the following reasons for this dispute, attaching documentation as applicable: (NOTE: Clearly explaining the dispute and supplying any other supporting documentation will help the merchant understand your dispute.)

____ Service/Merchandise Not Received

Was the transaction for Service or Merchandise? _____

Was ALL or a Portion of the Service/Merchandise not received? _____

Expected Delivery Date: _____

____ Returned Merchandise

Reason for Return: _____

On what date was merchandise returned? _____

Did the merchant agree to the return? _____  ____YES  ____NO

Did you receive a credit receipt/advice? ____YES  ____NO

IMPORTANT: Attach a copy of the proof of return showing date and method of return, RMA or tracking numbers.

____ Paid By Other Means

My card was used to secure this purchase, however, payment was made by other means (Cash, Check, another card)

Provide other means: _____

IMPORTANT: Attach proof of other means of payment (cancelled check, bank statement, receipt, etc) to this form.

____ Credit Not Received

Reason for Credit: _____

Anticipated Date of Credit: _____

Did you receive a credit receipt/advice? ____YES  ____NO

Confirmation Number: _____

IMPORTANT: Attach a copy of credit slip/voucher if provided by merchant

____ Incorrect Amount Charged

What is the amount that should have been charged to the your check card? _____

IMPORTANT: Attach a copy of the receipt showing correct amount to this form.

____ Quality of Merchandise

Description of merchandise ordered: _____

Was the merchandise Defective or Not as Described? _____

IMPORTANT: Attach any additional information to support your claim, including expert opinions, documentation illustrating what should have been received, etc.

X  Cancelled service/Merchandise

Cancellation Date: 5-28-15    Reason for cancellation: company was fraudulent

Cancellation Code/Confirmation Number: not given one

Spoke With: "Angela Turner"

Attach Additional Information and explanation on a separate piece of paper

Fax Completed Form To:        1-402-916-6134

Printed Name: K████ B████    Signature: ████████

Telephone Number: ████████    Date: 6-24-15    **RECEIVED**

JUN 29 2015

FIRST DATA
OMAHA

**Menjivar Att. E**
**Page 6 of 37**
07/31/15 IDS000  0004370

FTC-SLL-0001351

On 5-27-15, I was contacted by "Stark Law" saying that I owed money for a payday loan that I never paid back. They said the information on the loan was from August 2012. They gave me the name of the "collector" but it didn't match any information on my end. They were very convincing, saying that the "collector" owns loans from different websites. I had taken a payday loan during that period of time, but it was paid off as soon after I got it. But "Stark Law" sounded very convincing with their story and made me second guess myself, being that it was so long ago. They threatened that I would be taken to court. So, they offered me a pay-off amount to be made over five payments every two weeks. I was really scared that what they were saying was true, due to their convincing tactics. I set-up the payment plan on 5-27-15 and gave them my information. However, I never received a confirmation right away like they said they would send. Things just didn't seem to be adding up right. The following day, I double checked my records and had no outstanding loan, as they said. When I called on 5-28-15, I inquired for more information. They got very angry with me when I questioned if they were scamming me. Then, I threatened to cancel the transaction if they didn't email me any information. They emailed the enclosed letter to me. I started researching online the address, website, and phone number. The address didn't come up as them and a website couldn't be found either. I researched the phone number online and other people were receiving the same calls and threats. The number they contacted me from was 1-844-891-9270. I called them back and told them to refund my money and cancel any future payments, because I had found out it was a scam. They just gave me the run-around and threatened me more. I contacted them via email as well (enclosed). But they did not respond. They did not attempt to contact me at all, until they did not receive the money (from my disputed transaction). Since then, they have called from different phone numbers than they previously used and have continued the threats. Here are the numbers they have contacted me from:

       1-844-891-9270

       1-844-256-1830

       1-844-618-6189

I have enclosed copies of the letter they sent me and the email correspondence. If any additional information if needed, please feel free to contact me.

Thank you,





# STARK LAW
### ATTORNEYS AT LAW

## THIS IS A CONFIRMATION OF VOLUNTARY RESOLUTION

Date: May 28, 2015



This letter is being sent as confirmation that you entered into a voluntary payment plan with Stark Law Firm to resolve your outstanding debt. Since you have agreed to a payment plan your file with Stark Law has been moved out of Pending status and into Voluntary Payment status.

Our firm agrees that we will only run the card that you have put on file on the agreed upon dates and for the agreed upon amount. Once paid in full this file will be reported as Paid, and a Paid in Full letter will be sent to you. Please call our office at 1-844-891-9270 if you have any questions.

In the event a payment is reversed or a chargeback is made to the credit card, any settlement offer will be null and void.

Sincerely,

Stark Law

4 E. Ogden Avenue #109, Westmont, IL 60559

Outlook.com - ▮▮▮▮@hotmail.com

## CONFIRMATION OF VOLUNTARY RESOLUTION

 Stark Law (info@starklpc.com)    Add to contacts
To: ▮▮▮▮@hotmail.com

From: **Stark Law (info@starklpc.com)**
Sent: Thu 5/28/15 2:40 PM
To: ▮▮▮▮@hotmail.com

1 attachment (137.9 KB)    Outlook.com Active View



K▮ B▮▮▮▮...

Download as zip    Save to OneDrive


K▮ B▮▮▮▮

This letter is being sent as confirmation that you entered
into a voluntary payment plan with Stark Law Firm to
resolve your outstanding debt

--

**Thank you,**

**Stark Law**

**PLEASE BE ADVISED THAT THIS COMMUNICATION IS
MADE FOR THE PURPOSE OF COLLECTING A DEBT AND
ANY INFORMATION OBTAINED MAY BE USED FOR THE
PURPOSE OF COLLECTING THE DEBT.**

07/31/15 XDS000  0004370
FTC-SLL-0001354

Outlook.com - [REDACTED]@hotmail.com                    Page 1 of 1

## Re: CONFIRMATION OF VOLUNTARY RESOLUTION

   5/28/15
To: Stark Law

From: K B [REDACTED] @hotmail.com)
Sent: Thu 5/28/15 4:04 PM
To:    Stark Law (info@starklpc.com)

This is a scam and fraudulent. Please stop payment on the transaction of 141.66 and all further payments.

On May 28, 2015, at 2:40 PM, Stark Law <info@starklpc.com> wrote:



> This letter is being sent as confirmation that you entered into a voluntary payment plan with Stark Law Firm to resolve your outstanding debt

> Thank you,

> **Stark Law**

> **PLEASE BE ADVISED THAT THIS COMMUNICATION IS MADE FOR THE PURPOSE OF COLLECTING A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.**



# STARK LAW
## ATTORNEYS AT LAW


Plainwell, MI

### THIS IS AN ATTEMPT TO COLLECT A DEBT

Date: 05/28/2015

Dear K███ █████

This letter is to inform you of your current balance and payment schedule.

Control Number:     4050860

Original Creditor:   Cardinal Management

Original Applicant#:█████████

Current Balance:    $708.34

Paid to Date:       $141.66 – 5/27

Payment Schedule:   $141.66 – 6/05,  $141.66 – 6/19,  $141.66 – 7/03,  $141.66 – 7/17,  $141.70 – 7/31.

Our firm agrees that it will not take further collection action regarding any and all remaining balances when the balance is settled or paid in full. Once paid in full this will be reported as paid in full. Please call our office at 1-844-337-4131 for your settlement.

In the event a payment is reversed or a chargeback is made to the credit card, any settlement offer will be null and void.

Sincerely,

Stark Law

4 E. Ogden Avenue #109, Westmont, IL 60559
Telephone: (844) 337-4131
www.starkipc.com

07/31/15 IDS000  8004370

FTC-SLL-0001356

Outlook.com - ▆▆▆@hotmail.com

Page 1 of 1

K▆ B▆▆▆ 4050860



Stark Law (info@starklpc.com)   Add to contacts
To: ▆▆▆@hotmail.com

From: **Stark Law** (info@starklpc.com)
Sent: Thu 5/28/15 4:07 PM
To: ▆▆▆@hotmail.com

1 attachment (235.4 KB)   Outlook.com Active View



K▆B▆▆▆405...

Download as zip    Save to OneDrive

Dear K▆ B▆▆▆

This letter is to inform you of your current balance and
payment schedule.

--

Thank you,

**Stark Law**

**PLEASE BE ADVISED THAT THIS COMMUNICATION IS
MADE FOR THE PURPOSE OF COLLECTING A DEBT AND
ANY INFORMATION OBTAINED MAY BE USED FOR THE
PURPOSE OF COLLECTING THE DEBT.**

FTC-SLL-0001357

Outlook.com ██████@hotmail.com                          Page 1 of 1



Re: K██ B██████ 4050860



K██ B██████                     5/28/15
To: Stark Law

From: K██ B██████@hotmail.com)
Sent: Thu 5/28/15 4:21 PM
To:   Stark Law (info@starklpc.com)

This is a scam and fraudulent. Please stop payment on the
transaction of 5/27/14 of 141.66 and all further payments.

I've already reported this to the Better Business Bureau.

On May 28, 2015, at 4:07 PM, Stark Law
<info@starklpc.com> wrote:

    Dear K██ B██████

    This letter is to inform you of your current
    balance and payment schedule.

    --

    Thank you,

    Stark Law

    PLEASE BE ADVISED THAT THIS
    COMMUNICATION IS MADE FOR THE
    PURPOSE OF COLLECTING A DEBT AND ANY
    INFORMATION OBTAINED MAY BE USED FOR
    THE PURPOSE OF COLLECTING THE DEBT.

    <K██ ██> 

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

D███ E███ **CHARGEBACK NOTIFICATION**

*4042357*
*$243.33*
*Nicole*

08/12/2015 (mm/dd/yyyy)

STARK LAW LLC
GAURAV MOHINDRA
500 QUAIL RIDGE DR
WESTMONT IL 60559
US

Faxed to:

> A financial adjustment has been made to your account as a result of a chargeback initiated by the issuing bank (below). If you wish to contest the chargeback, your response must be:
> **Received No Later Than**
> **09/01/2015** (mm/dd/yyyy)
> We must receive your response by the above due date or we will be unable to reverse this chargeback.

| | |
|---|---|
| **Jurisdiction:** | MasterCard |
| **Dispute Type:** | FIRST CHARGEBACK |
| **Reason:** | Goods or Services Not Provided |
| **Case Number:** | 752206113001 |
| **Adjustment Amount:** | 243.33 |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | ███7880 | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 05/22/2015 | Reference Number: | |
| Transaction Amount: | 243.33 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 29978.87 | Batch Date (mm/dd/yyyy): | 05/22/2015 |
| Usage Code: | 1 | Custom Data: | |
| Card Product Type: | Debit MasterCard Enhanced | Transaction Method: | Card Present |
| Invoice Number: | 0011230565 | POS Entry: | 01 / Hand Keyed |
| AVS Code: | Y | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | ███ |
| Reason Code: | 55 / Goods or Services Not Provided | | |

**Case Summary**
This chargeback has been initiated by MUFG UNION BANK, N.A. because the cardholder claims goods or services were not received.

**If you accept this adjustment:** No response or further action is required.
**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the initiating bank with your response as required by the Payment Card Regulations.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**Required Action:** To refute this chargeback, please provide either signed proof of delivery or proof the cardholder and carrier have agreed to alternate shipping terms and a copy of the order form or invoice reflecting the "Ship To" address. For services, provide acceptable documentation to include proof that services were rendered.

**Complete the information requested on the back side of this form. Follow all instructions.**

**Questions?**
Call **Merchant Services** at:
**800-430-7181**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

## Expedited Billing Dispute Resolution Process Form



**MasterCard**
Worldwide

**Reason Code 4855—Goods or Services Not Provided**

**Cardholder Information:**

Truncated Account Number: ▇▇▇▇▇          ICA Number: ▇▇▇

Cardholder Name (*Optional*):

**Transaction Information:**

Acquirer's Reference Data: ▇▇▇▇▇

Transaction Date: 05/22/15          Transaction Amount: $243.33          Disputed Amount: $243.33

**Merchant Information:**

Name:    STARK LAW LLC

**Dispute Information—For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.**

### Reason Code 4855—Goods or Services Not Provided

Did the cardholder participate in the transaction?          ☒ Yes    ☐ No

Give a reasonably specific description of the goods or services not received

> Payment towards outstanding debt balance

What was the expected delivery date of the goods or services?

> n/a

Additional information:

> Cardholder was contacted by the merchant and informed of an outstanding balance owed. Cardholder was threatened with imprisonment and fine if payment was not remitted. Cardholder refutes merchant claim and asserts that the disputed payment was not applied to any debt under her name. Dispute for services not rendered.

"I certify that the facts were obtained from my discussion with the cardholder or _____,
(who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and that the facts are accurate to the best of my knowledge."

_____          08/06/15
Customer Service/Chargeback Representative          Date

411/Exp. Billing Reason Code 4855          Page 1 of 1          Revised: June 2013
Effective 18 October 2013

08/13/15 IDS000 0002788

FTC-SLL-0001363

* Mail or Fax Response To:
    TSYS Merchant Solutions
    Chargebacks and Retrievals
    P.O. Box 3190
    Omaha, NE 68103-0190

**Chargeback Debit Advice**
Respond By: 8/8/2015

Fax: (706) 644-5210

7/28/2015



STARK LAW LLC                          **N0002189
500 QUAIL RIDGE DR
WESTMONT IL. 60559-6154

Your Case Number is: 2015208008089
This is a notification of a first chargeback initiated by the issuing bank.
Reason: Fraud - Card Absent Environment

Your account has been debited by the Adjustment Amount because:
Unauthorized charge. Supply invoice or order form, evidence of positive AVS response received and proof of delivery to the AVS confirmed address.

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | |
| Merchant Name: | STARK LAW LLC | Reference Number: | |
| Merchant #: | 9910 | 2nd Reference Number: | |
| Transaction Amount: | $630.00 | Cardholder Name: | Not Available |
| Chargeback Amount: | $630.00 | Transaction Date: | 7/14/2015 |
| Adjustment Amount: | $630.00 | Posting Date: | 7/15/2015 |
| | | Resolved Date: | 7/27/2015 |
| | | Received Date: | 7/24/2015 |

PLEASE BE AWARE:
o If there was a previous retrieval request that was not properly fulfilled within time, there may not be reversal rights for this chargeback.
o You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o You must supply your rebuttal and documentation no later than 8/8/2015. Failure to do so could result in the forfeiture of your reversal rights established by Visa.
o Please note that there may be printed documentation on the back side of each page.
o For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at (800) 228-2443.
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____ Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

**Menjivar Att. E**
**Page 16 of 37**

/MERCOT/2015072B1106014521/MERDA00P/MER001EXA01/B0101690/41372090-002189-0001-0002

Them

A199100

CHARGEBACK LOSS PREVENTION SERVICE

Jul 23, 2015

PACIFIC CAPITAL
HIRSH MOHINDRA
500 QUAIL RIDGE DRIVE

WESTMONT IL 605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Aug 2, 2015**

This is a notification of a chargeback initiated by: State Employees' Credit Union

Reason: Services Not Provided or Merchandise Not Received

| | | | |
|---|---|---|---|
| Reason Code: | 30  Services Not Provided or Merchandise Not Received | | |
| Reference Number: | | Case Number: | 6520402353 |
| Card Number: | | Transaction Type: | |
| Merchant Number: | 9910 | Original Reference: | |
| Transaction Date: | Apr 3, 2015 | Transaction Amount: | 167.50  USD |
| Posting Date: | Apr 5, 2015 | Chargeback Amount: | 167.50  USD |
| Resolved Date: | Jul 23, 2015 | Adjustment Amount: | 167.50  USD |
| Unique ID: | PACIFIC CAPITAL | Invoice Number: | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for 167.50  USD  due to :
  The cardholder claims merchandise or service was not received. Please provide a rebuttal and supporting documents to address the cardholder's claim or prove that services/goods were provided.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Aug 2, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visarules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 17 of 37**

A199100

CHARGEBACK LOSS PREVENTION SERVICE

Jul 23, 2015

PACIFIC CAPITAL
HIRSH MOHINDRA
500 QUAIL RIDGE DRIVE

WESTMONT  IL  605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Aug 2, 2015**

This is a notification of a chargeback initiated by: State Employees' Credit Union

Reason: Services Not Provided or Merchandise Not Received

| | | | |
|---|---|---|---|
| Reason Code: | 30  Services Not Provided or Merchandise Not Received | | |
| Reference Number: | ███████ | Case Number: | 6520403301 |
| Card Number: | | Transaction Type: | |
| Merchant Number: | ███9910 | Original Reference: | ████████ |
| Transaction Date: | Apr 17, 2015 | Transaction Amount: | 167.50  USD |
| Posting Date: | Apr 19, 2015 | Chargeback Amount: | 167.50  USD |
| Resolved Date: | Jul 23, 2015 | Adjustment Amount: | 167.50  USD |
| Unique ID: | PACIFIC CAPITAL | Invoice Number: | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current  Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for  167.50  USD  due to :
  The cardholder claims merchandise or service was not received. Please provide a rebuttal and supporting documents to address the cardholder's claim or prove that services/goods were provided.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Aug 2, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visarules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 18 of 37**

FTC-SLL-0001386

Mail or Fax Response To:
  TSYS Merchant Solutions
  Chargebacks and Retrievals
  P.O. Box 3190
  Omaha, NE 68103-0190

4085434
$230
Tashiq

**RETRIEVAL REQUEST**

Fax: (706) 644-5210
24 hours/7 days per week

8/18/2015

HARBor Touch.

STARK LAW LLC                    **N0001371
500 QUAIL RIDGE DR
WESTMONT IL 60559-6154

Your Case Number is:    2015230010574
Your Merchant Number is:    9910,    9107

### *** THIS IS A NON-FINANCIAL REQUEST FOR INFORMATION ***

### IMMEDIATE ACTION MUST BE TAKEN TO AVOID A POSSIBLE DEBIT TO YOUR ACCOUNT:

| Transaction Date | Transaction Amount | Cardholder Number | Processing Reference |
|---|---|---|---|
| 7/16/2015 | $230.00 | | |
| Posting Date | Bin/Ica | Request ID | Cardholder Name |
| 7/17/2015 | | | A   R |

**Issuer's Retrieval Reason**

The Cardmember claims the Charge incurred at your Establishment is fraudulent. For a Card Present Charge,
provide a copy of the Charge Record and an imprint of the Card, if one was taken. For a Card Not Present
Charge, provide a copy of the Charge Record (or Substitute Charge Record), any contracts or other details
associated with the purchase, and Proof of Delivery (when applicable) with the full shipping address. .
230.00  071615  73011005198

#### ****** PLEASE BE AWARE ******

o   Failure to provide the requested transaction documentation by 8/28/2015 can result in a chargeback, in
    which American Express regulations do not allow a reversal.
o   You are required to provide for a face to face sale: a signed and imprinted or signed and magnetic
    swiped sales slip showing the truncated card number, transaction date, approval code, amount,
    merchant name and address. For a non face to face sale:  an order form/invoice reflecting the
    truncated card number, transaction date, approval code, amount, merchant name and address,
    bill to & ship to addresses of customer, positive address verification (AVS) response and proof of
    delivery to the AVS confirmed address.
o   Note when faxing or mailing your response, this retrieval request letter must be returned, immediately
    followed by your supporting documentation. If supplying multiple responses together, please ensure the
    retrieval advice is provided for each case, immediately followed by the documentation specific to that
    case.
o   It is your responsibility to confirm receipt of your documentation to our office.  If you have
    questions concerning this request, or if the merchant information above is incorrect, please contact TSYS
    Merchant Solutions at (800) 228-2443.

)00000000

**Menjivar Att. E
Page 19 of 37**

FTC-SLL-0001393



CHARGEBACK LOSS PREVENTION SERVICE

Jul 23, 2015

STARK LAW LLC
GAURAV MOHINDRA
500 QUAIL RIDGE RD

WESTMONT   IL   605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax:  (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Aug 2, 2015**

This is a notification of a chargeback initiated by: Academy Bank, National Association

Reason: Fraud- Card-Absent

| | | | | |
|---|---|---|---|---|
| Reason Code: | 83   Fraud- Card-Absent | | | |
| Reference Number: | | Case Number: | 6520402943 | |
| Card Number: | | Transaction Type: | | |
| Merchant Number: | 9073 | Original Reference: | | |
| Transaction Date: | Jul 10, 2015 | Transaction Amount: | 345.00  USD | |
| Posting Date: | Jul 12, 2015 | Chargeback Amount: | 345.00  USD | |
| Resolved Date: | Jul 23, 2015 | Adjustment Amount: | 345.00  USD | |
| Unique ID: | STARK LAW LLC | Invoice Number: | | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current  Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for 345.00  USD  due to :
  The cardholder claims this charge is unauthorized. Please provide positive AVS and signed proof of delivery to the AVS- confirmed billing address.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Aug 2, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visarules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 20 of 37**



Joshae
4048743

STARK LAW
GAURAV MOHINDRA
500 QUAIL RIDGE DR

WESTMONT IL 605590000

CHARGEBACK LOSS PREVENTION SERVICE

Jul 7, 2015

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Jul 17, 2015**

This is a notification of a chargeback initiated by: CENTRAL TRUST BANK

Reason: Goods or Services Not Provided

Reason Code: 4855 Goods or Services Not Provided
Reference Number:
Card Number:
Merchant Number: 6230
Transaction Date: Jun 5, 2015
Posting Date: Jun 7, 2015
Resolved Date: Jul 07, 2015
Unique ID: STARK LAW

Case Number: 7518500285
Transaction Type:
Original Reference:
Transaction Amount: 182.50 USD
Chargeback Amount: 182.50 USD
Adjustment Amount: 182.50 USD
Invoice Number:

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current MasterCard rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for 182.50 USD due to :
  Cardholder claims merchandise was not received or services were not rendered. Please provide a rebuttal that addresses the cardholder's claim and include any relevant proof of delivery and services provided documentation.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Jul 17, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current MasterCardrules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

Central Bancompany
Transaction Dispute Form
01 – Central Trust Bank

D-3874018 S

Instructions: Please fill out this form completely with the customer. Additional information may be attached separately.

**SECTION 1**

Cardholder Name: E̲ B̲

DDA/SAV Account Number: ▓▓▓▓▓  Pseudo Number: ▓▓▓▓▓

Cardholder Address: ▓▓▓▓ Jefferson City, MO

Cardholder Phone Number Home: ▓▓▓▓  Alternate Phone: ▓▓▓▓

Date of Dispute Notification: 6/13/2015  How was the bank notified? Select...

What transaction(s) are being disputed? Please list each transaction separately.

| Merchant/ATM Name | Date of Transaction | Amount of Transaction | Last 4 Card Numbers |
|---|---|---|---|
| STARK LAW WESTMONT IL | 6/12/2015 | $182.50 | 776 |
| STARK LAW WESTMONT IL | 6/8/2015 | $182.35 | 776 |

Please answer the following questions:

Have you ever authorized transactions with, or given this/these merchant(s) your card number?  ◉ YES  ○ NO

Has anyone else been allowed to use your card?  ○ YES  ◉ NO

Have you ever given your PIN out to another individual?  ○ YES  ◉ NO

Was the card in your possession at the time of the transaction(s)?  ◉ YES  ○ NO

Was a police report filed?  ○ YES  ◉ NO

**Menjivar Att. E**
**Page 22 of 37**

SECTION 2

Place an 'x' next to the type of transaction(s) being disputed and provide the appropriate corresponding information in the spaces below. If needed, please attach a separate page for additional details.

Checkplus Disputes (Tran Code 775, 776, 777 or 778)

☐ A. Merchandise Not Received   NO PROVISIONAL CREDIT GIVEN

☐ B. Paid by Other Means but charged to card also

☑ C. Services Not Rendered   NO PROVISIONAL CREDIT GIVEN

| | |
|---|---|
| Type of service expected/promised: | payment to old payday loan |
| Expected Date of service: | immediate |
| Date attempted to resolve with merchant: | no phone number available |
| Results of merchant contact: | Customer received phone call saying she was going to be taken to court over an old payday loan that her ex took out. She agreed to the payments but now believes this to be a scam. Address listed for the merchant is a rentable mailbox at a grocery store. |

☐ D. Returned Merchandise: credit not received   NO PROVISIONAL CREDIT GIVEN

☐ E. Promised Refund/Credit Not Received   NO PROVISIONAL CREDIT GIVEN

☐ F. Cancelled Services or Cancelled Recurring Charge   NO PROVISIONAL CREDIT GIVEN

☐ G. Incorrect Transaction Amount

☐ H. Merchandise Defective or Not as Described   NO PROVISIONAL CREDIT GIVEN

☐ I. Duplicate Transaction

☐ J. Card Lost/Stolen at time of transaction(s)       CARD MUST BE STATUSED LOST/STOLEN (40)

☐ K. Transaction(s) Not Authorized       CARD MUST BE STATUSED LOST/STOLEN (40)

## SECTION 3

ATM Disputes (Tran Code 779 or 780) - Please attach a copy of the receipt, if available

☐ A. Deposit Not Posted

☐ B. NO Cash Dispensed

☐ C. Incorrect Cash Dispense

☐ D. Lost/Stolen Card    CARD MUST BE CLOSED

---

📎 File Attachment

Additional Comments:

---

Per the agreement, terms and conditions, program standards must be complied with in a timely manner, which includes responding to requests involving disputes or follow-up verification requests.

We do require all documentation, which includes receipts, be provided as part of the paperwork request in order to research and complete the dispute in accordance with regulatory standards. If requested documentation is not received or is not received in a timely manner, and provisional credit has been applied for the dispute, we may reverse the provisional credit and consider the dispute claim closed. If circumstances of the claim change, or if you determine that the claim should be withdrawn, you agree to notify us.

By my signature below, I hereby confirm that the information listed above is true and correct to the best of my knowledge.

_____            06/13/15
Cardholder Signature                        Date

kaitlyn_evers                               1615
Bank Employee (please print)                Ext.

*Please fax signature form to 866-998-9665 or email to 99 HC RegE Claims.*

01 - Central Trust Bank

Joshae

4048743

E██████ H███████

CHARGEBACK LOSS PREVENTION SERVICE

Jul 7, 2015

STARK LAW
GAURAV MOHINDRA
500 QUAIL RIDGE DR

WESTMONT IL  605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax:  (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Jul 17, 2015**

This is a notification of a chargeback initiated by: CENTRAL TRUST BANK

Reason: Goods or Services Not Provided

| | | | |
|---|---|---|---|
| Reason Code: | 4855  Goods or Services Not Provided | | |
| Reference Number: | ████ | Case Number: | 7518500284 |
| Card Number: | | Transaction Type: | |
| Merchant Number: | ████6230 | Original Reference: | ████ |
| Transaction Date: | Jun 12, 2015 | Transaction Amount: | 182.50  USD |
| Posting Date: | Jun 14, 2015 | Chargeback Amount: | 182.50  USD |
| Resolved Date: | Jul 07, 2015 | Adjustment Amount: | 182.50  USD |
| Unique ID: | STARK LAW | Invoice Number: | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current MasterCard rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for  182.50  USD  due to :
  Cardholder claims merchandise was not received or services were not rendered. Please provide a rebuttal that addresses the cardholder's claim and include any relevant proof of delivery and services provided documentation.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Jul 17, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current MasterCardrules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 25 of 37**

Central Bancompany
Transaction Dispute Form
01 – Central Trust Bank

D-3874018 S

Instructions: Please fill out this form completely with the customer. Additional information may be attached separately.

SECTION 1

Cardholder Name: K███████ H█████

DDA/SAV Account Number: ████████        Pseudo Number: ████████

Cardholder Address: ████████ St, Jefferson City, MO

Cardholder Phone Number Home: ████████        Alternate Phone: ████████

Date of Dispute Notification: 6/13/2015        How was the bank notified? Select...

What transaction(s) are being disputed? Please list each transaction separately.

| Merchant/ATM Name | Date of Transaction | Amount of Transaction | Select Code |
|---|---|---|---|
| STARK LAW WESTMONT IL | 6/12/2015 | $182.50 | 776 |
| STARK LAW WESTMONT IL | 6/8/2015 | $182.35 | 776 |

Please answer the following questions:

| | YES | NO |
|---|---|---|
| Have you ever authorized transactions with, or given this/these merchant(s) your card number? | ◉ YES | ○ NO |
| Has anyone else been allowed to use your card? | ○ YES | ◉ NO |
| Have you ever given your PIN out to another individual? | ○ YES | ◉ NO |
| Was the card in your possession at the time of the transaction(s)? | ◉ YES | ○ NO |

Was a police report filed?   ○ YES   ◉ NO

**Menjivar Att. E
Page 26 of 37**

FTC-SLL-0001435

## SECTION 2

Place an 'x' next to the type of transaction(s) being disputed and provide the appropriate corresponding information in the spaces below. If needed, please attach a separate page for additional details.

Checkplus Disputes (Tran Code 775, 776, 777 or 778)

☐ A. Merchandise Not Received   NO PROVISIONAL CREDIT GIVEN

☐ B. Paid by Other Means but charged to card also

☑ C. Services Not Rendered   NO PROVISIONAL CREDIT GIVEN

| | |
|---|---|
| Type of service expected/promised: | payment to old payday loan |
| Expected Date of service: | immediate |
| Date attempted to resolve with merchant: | no phone number available |
| Results of merchant contact: | Customer received phone call saying she was going to be taken to court over an old payday loan that her ex took out. She agreed to the payments but now believes this to be a scam. Address listed for the merchant is a rentable mailbox at a grocery store. |

☐ D. Returned Merchandise: credit not received   NO PROVISIONAL CREDIT GIVEN

☐ E. Promised Refund/Credit Not Received   NO PROVISIONAL CREDIT GIVEN

☐ F. Cancelled Services or Cancelled Recurring Charge   NO PROVISIONAL CREDIT GIVEN

☐ G. Incorrect Transaction Amount

☐ H. Merchandise Defective or Not as Described   NO PROVISIONAL CREDIT GIVEN

☐ I. Duplicate Transaction

☐ J. Card Lost/Stolen at time of transaction(s)       CARD MUST BE STATUSED LOST/STOLEN (40)

☐ K. Transaction(s) Not Authorized       CARD MUST BE STATUSED LOST/STOLEN (40)

FTC-SLL-0001436

**SECTION 3**

ATM Disputes (Tran Code 779 or 780) - Please attach a copy of the receipt, if available

- ☐ A. Deposit Not Posted
- ☐ B. NO Cash Dispensed
- ☐ C. Incorrect Cash Dispense
- ☐ D. Lost/Stolen Card    CARD MUST BE CLOSED

☐ File Attachment

**Additional Comments:**

Per the agreement, terms and conditions, program standards must be complied with in a timely manner, which includes responding to requests involving disputes or follow-up verification requests.

We do require all documentation, which includes receipts, be provided as part of the paperwork request in order to research and complete the dispute in accordance with regulatory standards. If requested documentation is not received or is not received in a timely manner, and provisional credit has been applied for the dispute, we may reverse the provisional credit and consider the dispute claim closed. If circumstances of the claim change, or if you determine that the claim should be withdrawn, you agree to notify us.

By my signature below, I hereby confirm that the information listed above is true and correct to the best of my knowledge.

_____    _06_/_13_/_15_____
Cardholder Signature                Date

kaitlyn_evers_____        1615_____
Bank Employee (please print)        Ext.

*Please fax signature form to 866-998-9665 or email to 99 HC RegE Claims.*

01 - Central Trust Bank            _____



4068955

Virginia

STARK LAW
GAURAV MOHINDRA
500 QUAIL RIDGE DR

WESTMONT IL 605590000

CHARGEBACK LOSS PREVENTION SERVICE

Jul 17, 2015

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Jul 27, 2015**

This is a notification of a chargeback initiated by: First National Bank of Omaha

Reason: Fraud- Card Present

| | |
|---|---|
| Reason Code: 81 Fraud- Card Present | |
| Reference Number: | Case Number: 6519803345 |
| Card Number: | Transaction Type: |
| Merchant Number: 6230 | Original Reference: |
| Transaction Date: Jun 30, 2015 | Transaction Amount: 230.00 USD |
| Posting Date: Jul 1, 2015 | Chargeback Amount: 230.00 USD |
| Resolved Date: Jul 17, 2015 | Adjustment Amount: 230.00 USD |
| Unique ID: STARK LAW | Invoice Number: |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for 230.00 USD due to :
  The cardholder claims this charge is unauthorized. Please provide evidence of manual or electronic imprint, plus evidence of signature or PIN.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Jul 27, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visarules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

Mail or Fax Response To:
Harbortouch
Chargeback Processing Center
P.O. Box 3190
Omaha, NE 68103-0190

*4069556*
*Nicole*
*$115.00*

**Chargeback Debit Advice**
Respond By: 9/6/2015

Fax: (706) 644-5210

8/26/2015

STARK LEGAL LLC
7545 IRVINE CENTER DR STE 2
IRVINE CA 92618-2932                    **N0000345

Your Case Number is: 2015237008907
This is a notification of a first chargeback initiated by the issuing bank: Synovus Financial Corporation
Reason: Fraud - Card Absent Environment

Your account has been debited by the Adjustment Amount because:
Unauthorized charge. Supply invoice or order form, evidence of positive AVS response received and proof of delivery to the AVS confirmed address.

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | |
| Merchant Name: | STARK LEGAL LLC | Reference Number: | |
| Merchant #: | 0471 | 2nd Reference Number: | |
| Transaction Amount: | $115.00 | Cardholder Name: | Not Available |
| Chargeback Amount: | $115.00 | Transaction Date: | 7/17/2015 |
| Adjustment Amount: | $115.00 | Posting Date: | 7/19/2015 |
| | | Resolved Date: | 8/25/2015 |
| | | Received Date: | 8/22/2015 |

PLEASE BE AWARE:
o   If there was a previous retrieval request that was not properly fulfilled within time, there may not be reversal rights for this chargeback.
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 9/6/2015. Failure to do so could result in the forfeiture of your reversal rights established by Visa.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at (800) 963-1701.
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____  Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

**Menjivar Att. E**
**Page 30 of 37**

Mail or Fax Response To:
Harbortouch
Chargeback Processing Center
P.O. Box 3190
Omaha, NE 68103-0190

R▬▬ L▬▬

4058141
129.47
Lexie

**Chargeback Debit Advice**
Respond By: 9/7/2015

Fax: (706) 644-5210

8/27/2015

STARK LEGAL LLC
7545 IRVINE CENTER DR STE 2          **N0000554
IRVINE CA 92618-2932

Your Case Number is: 2015238004318

This is a notification of a first chargeback initiated by the issuing bank.

Reason: The Cardmember denies participation in a mail order, telephone order, or internet charge.

Your account has been debited by the Adjustment Amount because:

Unauthorized charge. Provide a signed and imprinted or magswiped sales ticket; or copy of order form/invoice, along with proof of delivery, and evidence of positive AVS.

| | | | |
|---|---|---|---|
| Type: | Sale | Cardholder Number: | |
| Merchant Name: | STARK LEGAL LLC | Reference Number: | |
| Merchant #: | ▬▬0471 | 2nd Reference Number: | |
| Transaction Amount: | $129.47 | Cardholder Name: | |
| Chargeback Amount: | $129.47 | Transaction Date: | 7/23/2015 |
| Adjustment Amount: | $129.47 | Posting Date: | 7/24/2015 |
| | | Resolved Date: | 8/26/2015 |
| | | Received Date: | 8/25/2015 |

PLEASE BE AWARE:

o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.

o   You must supply your rebuttal and documentation no later than 9/7/2015. Failure to do so could result in the forfeiture of your reversal rights established by American Express.

o   Please note that there may be printed documentation on the back side of each page.

o   For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at (800) 963-1701.

*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person: _____

Telephone No: _____ Fax No: _____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

**Menjivar Att. E**
**Page 31 of 37**

FTC-SLL-0003197

Mail or Fax Response To:
Harbortouch
Chargeback Processing Center
P.O. Box 3190
Omaha, NE 68103-0190

Fax: (706) 644-5210

- 407 2151
- Tony
- 115

**Chargeback Debit Advice**
Respond By: 9/20/2015

9/9/2015

STARK LEGAL LLC
7545 IRVINE CENTER DR STE 2
IRVINE CA 92618-2932                    **N0000390

Your Case Number is: 2015251013406
This is a notification of a first chargeback initiated by the issuing bank: Metabank
Reason: Fraud - Card Absent Environment

Your account has been debited by the Adjustment Amount because:
Unauthorized charge. Supply invoice or order form, evidence of positive AVS response received
and proof of delivery to the AVS confirmed address.

| | | | | |
|---|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | | |
| Merchant Name: | STARK LEGAL LLC | Reference Number: | | |
| Merchant #: | 0471 | 2nd Reference Number: | | |
| Transaction Amount: | $115.00 | Cardholder Name: | Not Available | |
| Chargeback Amount: | $115.00 | Transaction Date: | 7/21/2015 | |
| Adjustment Amount: | $115.00 | Posting Date: | 7/22/2015 | |
| | | Resolved Date: | 9/8/2015 | |
| | | Received Date: | 9/5/2015 | |

PLEASE BE AWARE:
o   If there was a previous retrieval request that was not properly fulfilled within time, there may not be reversal
    rights for this chargeback.
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain
    why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 9/20/2015. Failure to do so could result in the
    forfeiture of your reversal rights established by Visa.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your reversal request. Please complete and return this form with any documentation
    supporting your case. Should you have any questions please contact the chargeback department at (800)
    963-1701.
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____   Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

**Menjivar Att. E**
**Page 32 of 37**



=2907215 |
= 115
~Tony

CHARGEBACK LOSS PREVENTION SERVICE

Sep 5, 2015

STARK LAW LLC
GAURAV MOHINDRA
500 QUAIL RIDGE RD

WESTMONT  IL  605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Sep 15, 2015**

This is a notification of a chargeback initiated by: Metabank

Reason: Fraud- Card-Absent

| | | | |
|---|---|---|---|
| Reason Code: | 83  Fraud- Card-Absent | | |
| Reference Number: | | Case Number: | 6524802041 |
| Card Number: | | Transaction Type: | |
| Merchant Number: | 9073 | Original Reference: | |
| Transaction Date: | Jul 8, 2015 | Transaction Amount: | 115.00  USD |
| Posting Date: | Jul 9, 2015 | Chargeback Amount: | 115.00  USD |
| Resolved Date: | Sep 05, 2015 | Adjustment Amount: | 115.00  USD |
| Unique ID: | STARK LAW LLC | Invoice Number: | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current  Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for  115.00   USD  due to :
  The cardholder claims this charge is unauthorized. Please provide positive AVS and signed proof of delivery to the AVS- confirmed billing address.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Sep 15, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visarules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .

**Menjivar Att. E**
**Page 33 of 37**

FTC-SLL-0003168



CHARGEBACK LOSS PREVENTION SERVICE

Sep 18, 2015

STARK LAW LLC
GAURAV MOHINDRA
500 QUAIL RIDGE RD

WESTMONT  IL  605590000

GLOBAL PAYMENTS
DEPARTMENT CBD
10705 RED RUN BOULEVARD
OWINGS MILLS, MD 21117
Phone: (800) 367-2638
Fax: (443) 394-1915

**CHARGEBACK ADJUST ADVICE**

**Please respond by Sep 28, 2015**

This is a notification of a chargeback initiated by: Commonwealth Credit Union, Inc.

Reason: Fraud- Card-Absent

| | | | | |
|---|---|---|---|---|
| Reason Code: | 83  Fraud- Card-Absent | | | |
| Reference Number: | | Case Number: | 6526103245 | |
| Card Number: | 9073 | Transaction Type: | | |
| Merchant Number: | | Original Reference: | | |
| Transaction Date: | Jul 10, 2015 | Transaction Amount: | 81.00  USD | |
| Posting Date: | Jul 12, 2015 | Chargeback Amount: | 81.00  USD | |
| Resolved Date: | Sep 18, 2015 | Adjustment Amount: | 81.00  USD | |
| Unique ID: | STARK LAW LLC | Invoice Number: | | |

**ACTION TAKEN BY MERCHANT SERVICES**

- Verified this chargeback is valid and has been received within the timeframe established by current Visa rules and regulations.
- The above Chargeback Advice Adjustment Information is accurate.
- Your account has been debited for 81.00  USD  due to :
  The cardholder claims this charge is unauthorized. Please provide positive AVS and signed proof of delivery to the AVS- confirmed billing address.

**Please be Aware:**

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying Chargeback Adjustment Reversal Request form. This will aid you in identifying the proper information or documents needed for us to make every effort to resolve this chargeback and collect your funds.
- Complete and return the Chargeback Adjustment Reversal Request form with your rebuttal documentation.
- You must supply Chargeback rebuttal documentation no later than Sep 28, 2015 . Failure to do so will result in the forfeiture of your reversal rights established by current Visa rules and regulations.

Should you have further questions, a Merchant Services Representative is available to assist you from 8AM-4PM EST Monday-Friday at (800) 367-2638 .



CARDHOLDER DISPUTED ITEM FORM

If you have a disputed transaction on your account please complete this form.

I **A___ B___**, have examined the charges made to my account number ___ and would like to dispute the following charge(s).

1.) Transaction date: **07/05/2015** _____ Amount $ **81.00**
    Merchant Name: **STARK LAW** _____ Ref#
2.) Transaction date: **07/12/2015** _____ Amount $ **81.00**
    Merchant Name: **STARK LAW** _____ Ref#:
3.) Transaction date: **07/19/2015** _____ Amount $ **81.00**
    Merchant Name: **STARK LEGAL** _____ Ref#:

*Check the box that best describes your type of dispute. If additional space is needed, please use a separate piece of paper.

☐ The charge in question was a single transaction, but posted to my account twice. I did not authorize the second transaction.

☒ I certify that I did not authorize or participate in the charge(s) listed above, nor were goods or services presented to me. **If this selection is made, the plastic must be blocked FRAUD.**

I have not received the merchandise that was supposed to be shipped to me by **--/--/----** (date).

I have received merchandise for the transaction listed, however it has been returned to the merchant on **--/--/----** (date) because _____.
* (Please provide receipt from post office where merchandise was returned. Cannot be marked "return to sender")

I notified the merchant on **--/--/----** (date) to cancel this transaction (service, or pre-authorized transaction) and they continued to debit my account. (please provide cancel# and date)
_____

I contacted the merchant on **--/--/----** (date) for a refund for the above transaction and credit has not been issued.

I made a transaction in the amount of $ **0.00**. But it posted to my account as $ **0.00** (please provide copy of receipt if possible).

My account was charged $ **0.00** using my debit/credit card. However, I actually paid using _____. (cash, checks, other- please provide copy for proof)

Signature: _____ Date: **8/28/15**

Home Phone #: _____ Other #: _____

CU.CARDDISPUTED 01-07-10.doc

1/7/2010

4.) Transaction date: __07/24/2015__    Amount $ _____81.00_____
Merchant name: __STARK__    Ref # ████████████

5.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

6.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

7.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

8.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

9.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

10.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

11.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

12.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

13.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

14.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

15.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

16.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

17.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

18.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

19.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

20.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

21.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

22.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

23.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

24.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

25.) Transaction date: __--/--/----__    Amount $ _____0.00_____
Merchant name: _____    Ref # _____

CU.CARDDISPUTED 01-07-10.doc                                      1/7/2010

2/16/2016                                          Gmail - TSYS



Preetesh Patel <preeteshp77@gmail.com>

## TSYS
2 messages

---

**Preetesh Patel** <preeteshp77@gmail.com>                    Fri, Jul 17, 2015 at 4:42 PM
To: Hirsh Mohindra <hirshm@gmail.com>

TSYS has dropped us. I am not going to risk our Harbor Touch MID (TSYS also) by running the same payments
again through new MID. They will link the two up and shut us down.

If Off shore comes on line today I will run them through that.


Hope you dont mind.

P

---

**Hirsh Mohindra** <hirshm@gmail.com>                         Sat, Jul 18, 2015 at 6:00 AM
To: Preetesh Patel <preeteshp77@gmail.com>

Do what has to be done
[Quoted text hidden]

FTC-SLL-0005411