# Menjivar Attachment F



**MIKE DEWINE**
═══ ★ OHIO ATTORNEY GENERAL ★ ═══

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

January 19, 2016

Stark Recovery
500 QUAIL RIDGE DR.
WESTMOUNT, IL 60559

Re:    S███ B███
       Complaint #: 854501

Dear Sir/Madam:

As of today, we have not yet received any correspondence from you regarding this complaint. We cannot, in all fairness, make a determination or continue our attempts to resolve this complaint without input from both parties involved.

If this complaint has been resolved please indicate the nature of resolution at the bottom of this letter and return it to our office.

If the complaint has not been resolved, please send us your written response within ten business days offering to resolve the complaint or proposing a good faith adjustment.

Please feel free to call us should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Elizabeth Garcia-Ridley
Consumer Protection Specialist
Consumer Protection Section
(614) 387-1103
Elizabeth.Garcia-Ridley@ohioattorneygeneral.gov
(866) 769-6918 (Fax)

2221

NOTE: Please send all communication electronically when possible.

FTC-SLL-0006614

ComplaintDetailByID - Report Viewer                                    Page 1 of 2



## Complaint Detail

**Complaint No.** 854501

**Consumer:**



CLEVELAND, OH

(440)        ext. daytime

Email:              com

Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls

Solicited Via: Telephone Call

**Date Entered:** 11/30/2015

**Supplier:**

Stark Recovery

500 QUAIL RIDGE DR.
WESTMOUNT, IL 60559

(866)686-5529 ext. daytime

**Purchase Information:**

Problem Area:          Attempt to collect a debt
Purchase Date:         11/30/2015
Total Price:           $400.00
Disputed Amount:       $400.00
Amount Paid So Far:    $0.00

**Description:**

I received a phone call this afternoon from Stark Recovery agency.I was told this was an attempt to
collect a bad debt for a pay day loan taken out in February 2012. At this time,my husband was dying of
prostate cancer and I had no time to take out a loan,especially not a payday loan. She said $300 is what
I owed. She also said I had agreed to auto-withdrawal from my account for the payments. If that was
so,why didn't they get their money? I had to call back to get them to divulge the name of the original
creditor,whom I had never heard of. I explained I had never heard of these people and she said they had
provided the FUNDS,but may not have been where I got the loan. I asked why she couldn't give more
that information and instead of answering,she just threatened me with legal action if I didn't pay.She said
she had a copy of the loan agreement with my signature on it. I asked for a copy and she said I wasn't
entitled to one if I had not retained my own copy of the original. I had explained since the death of my
husband I had been forced to file a Chapter 7 bankruptcy and outstanding debt had been included and
the bankruptcy had been discharged December 2014. I gave her my attorney's information and told her
to call him. I called him and explained what was going on and,on his advice, I had called back once again
to get the name of the place the Pay Day loan was issued.I received a phone call this afternoon from
Stark Recovery agency.I was told this was an attempt to collect a bad debt for a pay day loan taken out
in February 2012. At this time,my husband was dying of prostate cancer and I had no time to take out a
loan,especially not a payday loan. She said $300 is what I owed. If that was so,why didn't they get their money? I had to
call back to get them to divulge the name of the original creditor,whom I had never heard of. I explained I
had never heard of these people and she said they had provided the FUNDS,but may not have been
where I got the loan. I asked why she couldn't give more that information and instead of answering,she
just threatened me with legal action if I didn't pay.She said she had a copy of the loan agreement with my
signature on it. I asked for a copy and she said I wasn't entitled to one if I had not retained my own copy
of the original. I had explained since the death of my husband I had been forced to file a Chapter 7
bankruptcy and outstanding debt had been included and the bankruptcy had been discharged December
2014. I gave her my attorney's information and told her to call him. I called him and explained what was
going on and ,on his advice, I had called back once again to get the name of the place the Pay Day loan
was issued. She then refused/

**Satisfactory Solution:**

I will like some for to find out about this company please.

**Complaint No.** 854501

ComplaintDetailByID - Report Viewer

Tuesday, January 19, 2016

FTC-SLL-0006616



**MIKE DeWine**
════ ★ OHIO ATTORNEY GENERAL ★ ════

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

December 22, 2015

Stark Law/Stark Recovery
4900 CALIFORNIA AVE
Tower B, Second Floor
BAKERSFIELD, CA 93309-7024

Re:    H███ H█████
       Complaint #: 854765

Dear Sir/Madam:

As of today, we have not yet received any correspondence from you regarding this complaint. We cannot, in all fairness, make a determination or continue our attempts to resolve this complaint without input from both parties involved.

If this complaint has been resolved please indicate the nature of resolution at the bottom of this letter and return it to our office.

If the complaint has not been resolved, please send us your written response within ten business days offering to resolve the complaint or proposing a good faith adjustment.

Please feel free to call us should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Elizabeth Garcia-Ridley
Consumer Protection Specialist
Consumer Protection Section
(614) 387-1103
Elizabeth.Garcia-Ridley@ohioattorneygeneral.gov
(866) 769-6918 (Fax)

2221

NOTE: Please send all communication electronically when possible.

**Menjivar Att. F**
**Page 4 of 36**

ComplaintDetailByID - Report Viewer

Page 1 of 1

 **MIKE DEWINE**
═══ ★ OHIO ATTORNEY GENERAL ★ ═══

## Complaint Detail

**Complaint No.** 854765

**Consumer:**

H

OREGON, OH

(419 ext. daytime

**Date Entered:** 12/3/2015

**Supplier:**

Stark Law/Stark Recovery

4900 CALIFORNIA AVE
Tower B, Second Floor
BAKERSFIELD, CA 93309-7024

(844)236-6552 ext. daytime
(844)336-2472 ext. daytime
(844)618-6194 ext. daytime
(866)207-0545 ext. daytime
(866)207-0845 ext. daytime
(866)208-7584 ext. daytime
(866)383-9852 ext. daytime
(866)429-4382 ext. daytime
(866)646-8153 ext. daytime
(866)689-4426 ext. daytime
(866)716-4494 ext. daytime

Email:

Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls

Solicited Via: Telephone Call

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | 11/23/2015 |
| Total Price: | $0.00 |
| Disputed Amount: | $0.00 |
| Amount Paid So Far: | $0.00 |

**Description:**

The consumer received a phone call from Stark Recovery attempting to collect a debt. The consumer's mother also received a phone call from the supplier attempting to collect the consumer's debt. The supplier stated where the debt was from and the consumer knows she does not owe this debt. The supplier has the consumer's checking account info and her social. The supplier will not provide proof of the debt. The calls are coming from 866-689-4426.
No Atty.

**Satisfactory Solution:**

To stop receiving these calls.

**Complaint No.** 854765

Tuesday, December 22, 2015

Page 1 of 1

http://



**MIKE DEWINE**

═══ ★ OHIO ATTORNEY GENERAL ★ ═══

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

November 2, 2015

Stark Law/Stark Recovery
4900 CALIFORNIA AVE
Tower B, Second Floor
BAKERSFIELD, CA 93309-7024

Re: ▇▇▇▇▇▇▇▇▇▇▇▇
Complaint #: 851417

Dear Sir/Madam:

As of today, we have not yet received any correspondence from you regarding this complaint. We cannot, in all fairness, make a determination or continue our attempts to resolve this complaint without input from both parties involved.

If this complaint has been resolved please indicate the nature of resolution at the bottom of this letter and return it to our office.

If the complaint has not been resolved, please send us your written response within ten business days offering to resolve the complaint or proposing a good faith adjustment.

Please feel free to call us should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

*N Woodruff*

Nancy Woodruff
Consumer Protection Specialist
Consumer Protection Section
(614) 644-8397
nancy.woodruff@ohioattorneygeneral.gov
(866) 471-2738 (Fax)

2221

NOTE: Please send all communication electronically when possible.



## MIKE DEWINE
★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

**Complaint No. 851417**

**Consumer:**



MASON, OH

(513) ___ ext. daytime

Email: [_____]com

Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls

Solicited Via: Telephone Call

Date Entered: 10/16/2015

Supplier:

Stark Law/Stark Recovery

4900 CALIFORNIA AVE
Tower B, Second Floor
BAKERSFIELD, CA 93309-7024

(844)336-2472 ext. daytime
(844)618-6194 ext. daytime
(866)207-0545 ext. daytime
(866)207-0845 ext. daytime
(866)208-7584 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | 10/16/2015 |
| Total Price: | $780.00 |
| Disputed Amount: | $780.00 |
| Amount Paid So Far: | $0.00 |

**Description:**

Consumer is getting calls from called Stark Recovery about a loan she took out for $400. They are trying to get her to set up payments but are refusing to provide her with proof of debt. Consumer would like proof debt or to dispute debt. Consumer states she has paid off all her loans and suspects it may be a scam.

**Satisfactory Solution:**

Consumer would like proof of debt.

**Complaint No. 851417**

**Menjivar Att. F**
**Page 7 of 36**

FTC-SLL-0006553



**MIKE DEWINE**
━━ ★ OHIO ATTORNEY GENERAL ★ ━━

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

December 17, 2015

Stark Law/Stark Recovery
4900 CALIFORNIA AVE
Tower B, Second Floor
BAKERSFIELD, CA 93309-7024

Re:   R███ M███
      Complaint #: 851559

Dear Sir/Madam:

This letter is being sent to you as a result of your failure to respond to our attempts to resolve the consumer complaint referenced above.

Upon receipt of consumer complaints this office attempts to negotiate a successful resolution to the complaint as a service to both the consumer and the business. Our complaint resolution process avoids the time and expense of more formal enforcement action taken by this office, or the consumer, when companies violate Ohio consumer law.

Accordingly, we request that you respond directly to the consumer protection specialist assigned to this complaint, Elizabeth Garcia-Ridley, concerning the above referenced consumer complaint. The contact information is listed below. A failure to respond to this request may result in a review by the legal staff for consideration of enforcement action. Pursuant to Ohio law, the Attorney General has several enforcement options, including the issuance of a Cease and Desist letter, the entry of an Assurance of Voluntary Compliance, or the initiation of a civil lawsuit.

Please respond in writing within seven (7) business days from the date of this letter.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Jeff Loeser
Assistant Attorney General
Consumer Protection Section

NOTE:  Please send all communication electronically when possible.

cc:  Elizabeth Garcia-Ridley, Consumer Protection Specialist
     (614) 387-1103
     Elizabeth.Garcia-Ridley@ohioattorneygeneral.gov
     (866) 769-6918 (Fax)

**Menjivar Att. F**
**Page 8 of 36**

ComplaintDetailByID - Report Viewer                                      Page 1 of 1



# MIKE DeWine
### ★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

**Complaint No. 851559**                          Date Entered: 10/19/2015
**Consumer:**                                     **Supplier:**

R█████ M█                                         Stark Law/Stark Recovery

Lima, OH █                                        4900 CALIFORNIA AVE
                                                  Tower B, Second Floor
                                                  BAKERSFIELD, CA 93309-7024
(567)█████ ext. daytime
                                                  (844)236-6552 ext. daytime
                                                  (844)336-2472 ext. daytime
                                                  (844)618-6194 ext. daytime
                                                  (866)207-0545 ext. daytime
                                                  (866)207-0845 ext. daytime
                                                  (866)208-7584 ext. daytime
                                                  (866)383-9852 ext. daytime
                                                  (866)429-4382 ext. daytime
                                                  (866)689-4426 ext. daytime

Email: █████████om
Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls
Solicited Via: Telephone Call

**Purchase Information:**
Problem Area:              Attempt to collect a debt
Purchase Date:
Total Price:               $0.00
Disputed Amount:           $0.00
Amount Paid So Far:        $0.00

**Description:**
They have now called me twice with some so called claim # stating they are collecting on an online
payday loan in which I never took out online. They have my SS#, personal address (po box) workplace
name and bank name. I blocked and reported the first # now they are calling from a diff #

**Satisfactory Solution:**
they need to be stopped - I am afraid they are going to do something to ruin my credit and use my ss# for
something - I pulled a credit report and so far nothing, however I don't want there to be anything. Please
help. The 2 #'s are 1-866-207-0845 & 1-866-208-7584 Thank you.

**Complaint No. 851559**

Friday, December 18, 2015                                    Page 1 of 1



# MIKE DeWINE
### ★ OHIO ATTORNEY GENERAL ★

*Handwritten notes:* Alex ▬ / Last wk: 10/27/15 / Jalisa / A : 0

## **Complaint Detail**

**Complaint No. 852252**

**Consumer:**
A▬ G▬
CUYAHOGA FALLS, OH ▬
(440)▬ ext. daytime

**Date Entered:** 10/27/2015

**Supplier:**
Stark Law
500 QUAIL RIDGE DR
WESTMONT, IL 60559-6154
(630)243-4207 ext. daytime
(844)236-6552 ext. daytime
(844)336-2472 ext. daytime
(844)618-6194 ext. daytime
(866)207-0545 ext. daytime
(866)207-0845 ext. daytime
(866)208-7584 ext. daytime
(866)383-9852 ext. daytime
(866)429-4382 ext. daytime
(866)646-8153 ext. daytime
(866)689-4426 ext. daytime
(866)716-4494 ext. daytime
(312)276-4309 ext. fax

Email: ▬▬ om
Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls
Solicited Via: Telephone Call

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | |
| Total Price: | $0.00 |
| Disputed Amount: | $0.00 |
| Amount Paid So Far: | $0.00 |

**Description:**
Stark recovery has continued to call me stating I owe a debt from Feb 2013 of $300. I have asked several times for this company to explain the nature of this debt and send me legal documentation on this claim, and they refuse to do so, and hang up after I question their practices. I have never taken a loan out with this company and I want them to stop calling me and my family members threatening to take me to court.

**Satisfactory Solution:**
I want Stark Recovery to stop calling me, and my family about a debt that never existed.

**Complaint No. 852252**

Wednesday, February 10, 2016                              Page 1 of 1

FTC-SLL-0006626

 **MIKE DEWINE**
═══ ★ OHIO ATTORNEY GENERAL ★ ═══



A/c # ▬▬▬
Last wkd: 12/9/15
Toya
# : 0

## **Complaint Detail**



| | |
|---|---|
| **Complaint No. 854982** | **Date Entered:** 12/7/2015 |
| **Consumer:** | **Supplier:** |
| C███ M█ | Stark Law |
| CINCINNATI, OH█ | 500 QUAIL RIDGE DR |
| (440)███ ext. daytime | WESTMONT, IL 60559-6154 |

(630)243-4207 ext. daytime
(844)236-6552 ext. daytime
(844)336-2472 ext. daytime
(844)618-6194 ext. daytime
(866)207-0545 ext. daytime
(866)207-0845 ext. daytime
(866)208-7584 ext. daytime
(866)383-9852 ext. daytime
(866)429-4382 ext. daytime
(866)646-8153 ext. daytime
(866)689-4426 ext. daytime
(866)716-4494 ext. daytime
(312)276-4309 ext. fax

Email:█████████.com

Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls
Solicited Via: Telephone Call

**Purchase Information:**

| | |
|---|---|
| **Problem Area:** | Attempt to collect a debt |
| **Purchase Date:** | |
| **Total Price:** | $0.00 |
| **Disputed Amount:** | $615.00 |
| **Amount Paid So Far:** | $0.00 |

**Description:**

I keep getting phone calls on my cell phone and at my parent's house that I owe the legal department at Stark Recovery $615 for a payday loan with Laser Lending. They have my social security number and former address. I googled this and it is happening to multiple other people. They say that if I don't resolve it they will sue me for $2500. I ask for paperwork on it and they say that the full file is not in their office yet but they are trying to resolve the matter before it gets out of hand.

**Satisfactory Solution:**

To get them to stop calling on false claims. and to stop harassing people.

**Complaint No. 854982**

Wednesday, February 10, 2016                                      Page 1 of 1

**Menjivar Att. F**
**Page 11 of 36**

FTC-SLL-0006627







A/c #: ████████
Last worked: 1/5/16
Tega.
Payment: — 0

## Complaint Detail

Complaint No. 856790
**Consumer:**
████
████
CREOLA, OH ████
(740) ████ ext. daytime

Date Entered: 1/5/2016
**Supplier:**
Stark Law
500 QUAIL RIDGE DR
WESTMONT, IL 60559-6154

(630)243-4207 ext. daytime
(844)236-6552 ext. daytime
(844)336-2472 ext. daytime
(844)618-6194 ext. daytime
(866)207-0545 ext. daytime
(866)207-0845 ext. daytime
(866)208-7584 ext. daytime
(866)383-9852 ext. daytime
(866)429-4382 ext. daytime
(866)646-8153 ext. daytime
(866)689-4426 ext. daytime
(866)716-4494 ext. daytime
(312)276-4309 ext. fax

Email: ████████om
Collections, Credit Reporting, or Financial
Services/Collections/Collection Calls
Solicited Via: Telephone Call

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | |
| Total Price: | $300.00 |
| Disputed Amount: | $300.00 |
| Amount Paid So Far: | $0.00 |

**Description:**
REC'D A PHONE CALL FROM THIS COMPANY - THEY HAVE ALSO CALLED OTHER RELATIVES
OF MINE - THEY REFUSED TO GIVE ME ANY INFORMATION, OTHER THAN THAT I OWED THEM
300 DOLLARS - THEY HAD MY SSN AND SOME OF MY BANK ACCT. INFO. I REQUESTED THEY
SEND ME VERIFICAITON OF THIS DEBT IN WRITING TO MY ADDRESS. THEY THREATENED TO
HAVE ME "PUT IN JAIL" AND THAT THEY WOULD BE SUING ME IN COURT. THEY REFUSED TO
GIVE ME ANY INFORMATION REGARDING THIS ALLEDGED DEBT - I HAVE REVIEWED THIS
COMPANY/PHONE NUMBER ONLINE AND SEE THAT MANY OTHERS ARE REPORTING IT AS A
SCAM.

**Satisfactory Solution:**

**Menjivar Att. F**
**Page 12 of 36**

FTC-SLL-0006631

THIS COMPANY NEEDS TO BE INVESTIGATED AND HOPE THAT THEY DO NOT STEAL/SELL THIS
PERSONAL INFORMATION THAT THEY HAVE. I DO NOT WANT MYSELF OR ANY OF MY FAMILY
MEMBERS TO CONTINUE TO RECEIVE HARASSING PHONE CALLS FROM THEM.

**Complaint No. 856790**

**Menjivar Att. F**
**Page 13 of 36**

FTC-SLL-0006632



**STATE OF INDIANA**
## OFFICE OF THE INDIANA ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
302 W. WASHINGTON STREET, 5TH FLOOR • INDIANAPOLIS, IN 46204-2770
www.IndianaConsumer.com

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

PHONE: 317.232.6330
FAX: 317.233.4393

January 7, 2016

Stark Recovery
4900 California Avenue, Tower B-210
Bakersfield, CA 93309

RE: File No. 15-CP-61929     A████ W████ vs. Stark Recovery

Dear Stark Recovery:

On 12/10/2015, this office notified you of a complaint that was filed against you by A████ W████ and requested that you send a written response to the complaint within fifteen (15) business days. As of this date, we have not received your response. We would appreciate the courtesy of a reply **by 1/28/2016**.

If your response is not received **in writing**, our office will determine whether further action by the Attorney General is appropriate on the basis of the uncontested statements in the complaint.

Sincerely,

LaToya S Brown
Consumer Mediator
Consumer Protection Division
Phone: (317) 233-3971
Fax: 317-233-4393
latoya.brown@atg.in.gov

Enclosure(s)



# CONSUMER COMPLAINT FORM

Office of the Indiana Attorney General

11348844

To prevent delay, please be sure to complete **both sides** of this form in full. Please print clearly or type. **DO NOT** include your **Social Security Number** on this form or in any accompanying documents.

## 1. YOUR INFORMATION

☐ Mr.  ☐ Mrs.  ☐ Miss  ☐ Ms.  ☐ Dr.

Name  A████ W███████
Address  ████████
City  Columbus        State  IN
ZIP  ████████        County  ██████
Age  ██████
Phone (  ) (812)█████        Day
Are you or your spouse active military? ☐ Yes ☑ No
E-mail  ████████.com

## 2. WHO IS YOUR COMPLAINT AGAINST?

Name/Firm  Stark Recovery

Address  4900 California Av Tower B-210

City  Bakersfield        State  CA
ZIP  93309        County  Out/State County
Phone (  ) (866) 689-4426
E-mail ____ ;
Person you dealt with ____

## 3. WHEN DID TRANSACTION/INCIDENT OCCUR?

Date  See below

## 4. WHERE DID THE TRANSACTION/INCIDENT YOU ARE COMPLAINING ABOUT TAKE PLACE? (Check box when applicable)

☐ At the firm's place of business
☐ My home
☐ Away from the firm's place of business (work, convention, etc.)
☐ Other

☐ By Mail
☐ By Internet/e-mail
☑ By telephone

## 5. WHAT WAS THE VERY FIRST CONTACT BETWEEN YOU AND THE FIRM?

☐ I telephoned the firm
☐ I responded to a TV/radio ad
☐ A person came to my home
☐ I received information by e-mail
☐ I received information in the mail

☐ I went to the firm's place of business
☑ I received a telephone call from the firm
☐ I responded to an offer on the Internet
☐ I responded to a printed advertisement
☐ Other

## 6. DO YOU CONSENT TO DISCLOSING THE FOLLOWING TO THE PUBLIC?

The nature and status of your complaint and the name of the firm?  ☑ Yes  ☐ No
Your name?  ☑ Yes  ☐ No
Your phone number?  ☑ Yes  ☐ No

## 7. WHAT WAS THE TRANSACTION FOR?

☐ My business
☑ My family/household
☐ My farm

## 8. HOW DID YOU PAY?

☐ Cash
☐ Check
☐ Credit Card
☐ Installment Loan
☐ Medicaid
☐ Medicare
☐ Private Insurance
☑ Other

## 9. DID YOU SIGN ANY WRITTEN AGREEMENT? IF YES, PLEASE ATTACH A COPY OF THE AGREEMENT.

☐ Yes  ☐ No

| For Office Use Only: | Ind | Prac | PL | MO | NL | NJ | OA: | Inv. | Sec | File # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | -CP- |

**Menjivar Att. F
Page 15 of 36**

**10. HAVE YOU COMPLAINED TO THE BUSINESS? (Check box when applicable)** ☑Yes ☐No

When? 12/3/2015      Action taken? No, rudely hung up on me

**11. WITH WHAT OTHER AGENCY HAVE YOU FILED THIS COMPLAINT?** Yes, Better Business Bure

When? 12/3/2015      Action taken? Under investigation

**12. HAVE YOU CONTACTED A PRIVATE ATTORNEY?** ☐Yes ☑No

**13. HAVE YOU STARTED A COURT ACTION? IF YES, PLEASE ATTACH A COPY OF ALL COURT PAPERS.** ☐Yes ☑No

**14. HAVE YOU BEEN SUED OVER THIS ISSUE? IF YES, PLEASE ATTACH A COPY OF ALL COURT PAPERS.** ☐Yes ☑No

**15. DOLLAR AMOUNT ASSOCIATED WITH YOUR LOSS, IF ANY.** $ N/A

**16. PLEASE DESCRIBE YOUR COMPLAINT IN DETAIL (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Please attach a copy of all papers involved (order blank, warranty, credit card receipt and statement, invoice, contract or written agreement, advertisement, cancelled check, correspondence and all other related documents). Please print clearly or type. DO NOT INCLUDE YOUR SOCIAL SECURITY NUMBER.

Claim I owe their client money, and are threatening legal action. Will not provide documentation so I can validate that I am responsible.They claimed the company had attempted to contact me multiple times, including sending a demand letter to me at a former address. The caller had my SS#, employer, and phone number.The offer she gave me was to pay $430 immediately (not sure why it would be less than the "loan" amount) or the matter would be sent to court and I would be sued for over $2000. I never received any phone calls, emails or letters concerning a delinquent loan until 2.5 years after it was supposedly taken. I have searched through my emails (which I do not delete) and have found nothing on approving a loan from any such company, and no communications from OPD Solutions.I nicely asked SEVERAL times for a copy of the loan agreement so I could validate it, and said if It WAS mine I'd be happy to pay it. I was told they are legal, not collections, so they don't have to validate anything. I asked for contact info for the debtor, and was not provided that. I asked what state and county they would file suit in and was told I would be informed when the suit was filed. So despite calling me about this, they provided no evidence or documentation that I actually owed them or their client ANYTHING.I asked to speak to a supervisor and was told that she (I sadly did not get her name) was the lead litigation specialist and WAS the supervisor.Eventually the caller told me to have a nice day - she would send it up to the courts - and hung up on me

**17. HOW WOULD YOU LIKE YOUR COMPLAINT RESOLVED?**

For this business to be investigated and prosecuted. I would also like calls to myself, friends, and family stopped. This is nothing but pure harassment and an illegal scam.

**18. CONSENT AND VERIFICATION**

I affirm, under the penalties for perjury, that the foregoing representations are true. I consent to the Consumer Protection Division obtaining or releasing any information in furtherance of the disposition of this complaint. I consent to the release of information included in this complaint to other public agencies attempting to discover ongoing fraudulent patterns or practices and for the purpose of law enforcement.

I understand that I should not include my Social Security Number in any information submitted to the Consumer Protection Division. If I do provide my Social Security Number, I expressly consent to the disclosure of my Social Security Number in accordance with Indiana Code § 4-1-10-5(2).

A̶̶̶W̶        December 4, 2015

Your Signature        Date

**WHAT WILL HAPPEN NOW? WHAT ELSE SHOULD YOU DO?**

The Consumer Protection Division will send a copy of your complaint to the respondent firm or licensed professional. This office cannot disclose your complaint against a licensed professional to the public unless this office files a disciplinary action against the licensed professional. This office represents the State of Indiana and is limited in the remedies it can pursue. You may be entitled to compensation or other rights that we cannot pursue for you. In addition to filing this complaint, you may want to consider contacting a private attorney or your local small claims court.

**MAIL COMPLETED FORMS TO:**

Attorney General Greg Zoeller
Consumer Protection Division
Government Center South, 5th floor
302 West Washington Street
Indianapolis, IN 46204
PH: 317-232-6330 • FAX: 317-233-4393
www.IndianaConsumer.com

Rev. 01-09

**Menjivar Att. F**
**Page 16 of 36**



# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

**LORI SWANSON**
ATTORNEY GENERAL

January 6, 2016

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

Stark Recovery
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA 93309

Re:  Mr. H███ T███
File No: KMK/2015/5273621/C

Dear Sir/Madam:

This is the third time this Office is sending Stark Recovery a letter regarding the concerns we received from Mr. H██ T███. To date, we have not received any response from Stark Recovery. This matter deserves the courtesy of a response, and this Office expects that a company that does business in Minnesota will respond to concerns raised by Minnesota citizens in a timely fashion.

I enclose a copy of our initial correspondence for your review. I ask that you please direct your immediate attention to this matter and respond to me within five business days of this letter. If you have any questions, please contact me immediately.

I should note that this Office does maintain files regarding consumer complaints, and our files will reflect your response or any failure to respond. I would appreciate your prompt attention to this matter.

Sincerely,

KRISTINA KEPPELER
Consumer Services Division
(651) 355-0720 (Voice)
(651) 282-2155 (Fax)

Enclosure:  Correspondence to Stark Recovery

cc:  Mr. H██ T███

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity       Printed on 50% recycled paper (15% post consumer content)

**Menjivar Att. F
Page 17 of 36**

FTC-SLL-0006566

November 23, 2015

Stark Recovery
4900 California Avenue, Tower B, 2nd Floor
Bakersfield, CA 93309

        **Re:**   **Mr. H███ T███**
             **File No: KMK/2015/5273621/C**

Dear Sir/Madam:

      This Office was contacted by Mr. H███ T███ whose address is ████████████
Lakeville, Minnesota ██████.

      Mr. T███ states that he was contacted by Stark Recovery regarding an alleged debt from July 2011 in the amount of $500. Mr. T███ states that he requested written verification of the debt to confirm that it was his, however, the Stark Recovery representative refused to send him verification. Mr. T███ states that the representative gave him two options to pay the debt, however, he refused to pay anything until he received written verification. Mr. T███ disputes that he owes this debt, requests a validation of the debt, and would like your company to stop contacting him unless and until verification can be provided.

      I ask that you review this matter as quickly as possible and address Mr. T███ concerns. In particular, I ask that your company provide verification of the debt, including the following:

1. A full itemization of the debt, including a breakdown of the total principal, interest, interest rate, fees, and other charges;
2. The payment history on the debt, including the amount and date of last payment;
3. The date on which the debt was last incurred or last payment was made;
4. The service provided for the debt and the name and address of the original merchant or service provider;
5. The name(s) and address(es) of the original creditor and all subsequent creditors, successors in interest, assignees, or purchasers of the account;
6. The documentary evidence establishing a valid and complete chain of assignment of the debt from the original creditor and all subsequent creditors, successors in interest, assignees, or purchasers of the account, including documentation or bill(s) of sale evidencing the assignment(s) with proof that *the particular debt at issue* was included in the assignment(s) referenced in the documentation or bill(s) of sale;
7. The full name and address of the debtor at the time the debt was incurred and the last four digits of the debtor's Social Security number;

**Menjivar Att. F**
**Page 18 of 36**

FTC-SLL-0006567

8.  The original account number and a copy of the written contract between the debtor and the original creditor, or, if there was no written contract, other documentation establishing the terms of the contract between the debtor and the original creditor; and

9.  The documentary evidence which supports the existence of the debt and that it is owed by this particular person in the amount claimed, including copies of the original account statements.

In the meantime, unless and until such information is provided, I ask that your company refrain from further collection on this debt. Please send a written response to this Office within ten (10) days of receiving this letter. A response can be provided to this Office at the following address:

Kristina Keppeler
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

KRISTINA KEPPELER
Consumer Services Division
(651) 355-0720 (Voice)
(651) 282-2155 (Fax)

cc:    Mr. H████ T█████



# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

**LORI SWANSON**
ATTORNEY GENERAL

October 30, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

Stark Recovery
4900 California Avenue
Tower B, 2nd Floor
Bakersfield, CA  93309

Dear Sir or Madam:

This Office was contacted by Ms. O███ W█████ whose cell phone number is
███████.

Ms. W█████ states her mother received a call from a Stark Recovery representative
who claimed Ms. W█████ would be arrested if Ms. W█████ did not pay $2,390.
Ms. W█████ states that she subsequently received a call from a Stark Recovery representative
who said that purported debt originates from a $350 loan she received from Highland Holding in
2012. Ms. W█████ states that the representative told her that legal action would be taken
against her if she did not pay $2,390 that day. Ms. W█████ indicates she asked the
representative to verify the debt, but was told that Stark Recovery does not have that
information. Ms. W█████ indicates that Stark Recovery is also calling her work and other
family members about this matter. Ms. W█████ wants the calls to stop. Ms. W█████
disputes that she owes this debt, requests a validation of the debt, and would like your company
to stop contacting her unless and until verification can be provided.

I ask that you review this matter as quickly as possible and address Ms. W█████
concerns. In particular, I ask that you provide your company's corporate name, state of
incorporation, primary place of business (this should not be a virtual office or mailbox), and
officers. In addition, I ask that your company provide verification of the debt, including the
following:

1. A full itemization of the debt, including a breakdown of the total principal,
   interest, interest rate, fees, and other charges;
2. The payment history on the debt, including the amount and date of last payment;
3. The date on which the debt was last incurred or last payment was made;
4. The service provided for the debt and the name and address of the original
   merchant or service provider;
5. The name(s) and address(es) of the original creditor and all subsequent creditors,
   successors in interest, assignees, or purchasers of the account;
6. The documentary evidence establishing a valid and complete chain of assignment
   of the debt from the original creditor and all subsequent creditors, successors in
   interest, assignees, or purchasers of the account, including documentation or

---

Facsimile: (651) 297-4193 • TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity            Printed on 50% recycled paper (15% post consumer

Stark Recovery
October 30, 2015
Page 2

bill(s) of sale evidencing the assignment(s) with proof that *the particular debt at issue* was included in the assignment(s) referenced in the documentation or bill(s) of sale;

7.  The full name and address of the debtor at the time the debt was incurred and the last four digits of the debtor's Social Security number;

8.  The original account number and a copy of the written contract between the debtor and the original creditor, or, if there was no written contract, other documentation establishing the terms of the contract between the debtor and the original creditor; and

9.  The documentary evidence which supports the existence of the debt and that it is owed by this particular person in the amount claimed, including copies of the original account statements.

In the meantime, unless and until such information is provided, I ask that your company refrain from further collection on this debt. Please send a written response to this Office within ten (10) days of receiving this letter. A response can be provided to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc:  Ms. C████ W████
     Mr. Chuck Ferguson, Manager of the Consumer Services Division



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
**65102**

CHRIS KOSTER
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

January 8, 2016

Stark Recovery
4900 California Av Tower B-210
Bakersfield, CA 93309

RE: Complaint No. CC-2015-09-003431 Ms KG

Dear Stark Recovery:

The Missouri Attorney General's office has received a consumer complaint concerning your business practices. We have provided a copy of the complaint for your review. Please provide a written response to our office within fourteen (14) days. At that time, we will review and determine what further action may be warranted by our office. In responding to our office, we ask that you reference the complaint number.

In addition, please be informed that the Attorney General's office has the authority to investigate and prosecute violations of the Missouri Merchandising Practices Act, Chapter 407, RSMo, and will take legal action when necessary to protect consumers from fraud.

We appreciate your cooperation in this matter and if you have any questions or concerns, please feel free to contact me.

Sincerely,

*Sue Reed*

Sue Reed
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: Sue.Reed@ago.mo.gov
Phone: (573) 751-3630 | Fax: (573) 751-7948

## Consumer Complaint No. CC-2015-09-003431 Details

### Consumer Information

| | |
|---|---|
| **Name:** | Ms K████ ████ |
| **Address:** | Florissant, MO ████ |
| **Primary Phone:** | (314 ████ (Cell) |
| **Secondary Phone:** | |
| **Email:** | ████ com |

### Business Information

| | |
|---|---|
| **Business Name:** | Stark Recovery |
| **Address:** | 4900 California Av Tower B-210 Bakersfield, CA 93309 |
| **Phone:** | 8442188386 |
| **Fax:** | |
| **Email:** | |
| **Website:** | none provided |
| **Contact Person:** | eric boise, robert jones, beverly parker, isabel sanchez, litigation specialist |

### Complaint Information

| | |
|---|---|
| **Complaint Number:** | CC-2015-09-003431 |
| **Consumer Info:** | ████ |
| **Category:** | Financial - Debt Collector |
| **Transaction Date:** | 9/11/2015 |
| **Financial Loss:** | Yes; Sales Method: Phone Call; Payment Method: Credit Card; Amt Paid: 50.00 |
| **Contract Signed:** | No |

**Brief description of complaint:**

On 9/10/15 a gentleman named Eric Boise contacted me stating I had a default payday loan from March 2011 and stated he was a litigation specialist giving me a courtesy call to prevent further legal processing, including a judgment for the total of $2,810.00. When I asked for the name of the original lender, he stated, "Kenwood Services." I explained I never had a payday loan with a company under that name or during that time frame and requested information be mailed or emailed to me for further resolve. He refused and stated, "they did that years ago and I don't have that information, they don't own the account we do." I repeatedly asked for documentation and he refused, under duress and scarce of a judgment I provided my debit card information, authorizing 50.00 to be deducted from a different account than what was mentioned and asked what proof I would have of payment, he stated it would take 24-48 hours to have an email explaining what the money was being collected for and for which debt. I was uncomfortable with our conversation and his refusal to allow that I fax documentation showing I never had an account so I contacted the BBB and the FTC to make a formal complaint and was advised there had been payday loan database breeches and I should contact my banking institution to have my card closed immediately. when I phoned back to stark at 844-218-8386 and explained what I was requesting for proof of debt a man named Robert Jones told me, "you owe you did it you need to face it" and hung up on me. Numerous calls to the facility were made on my behalf in attempt to resolve the matter with being shown proof of burden, to which 4 individuals refused me. I contacted AGO this morning and was advised to file my complaint online for possibility of a scam. I contacted Stark to let them know I was doing this and wished to have my money refunded to my debit card; they refused and stated, "that's it we are cancelling your arrangements and proceeding with option 1, good luck!" I have no recourse and wish to have assistance with this matter.

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s): - Filed a complaint with another agency
- Consumer has contacted agencies: - Better Business Bureau - Federal Trade Commission
- Consumer would like complaint resolved via: - Cancel - Refund - Investigate business



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
**65102**

CHRIS KOSTER
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

December 23, 2015

Stark Recovery
4900 California Av Tower B-210
Bakersfield, CA 93309

RE: Complaint No. CC-2015-09-007002 M R

Dear Stark Recovery:

The Missouri Attorney General's office has received a consumer complaint concerning your business practices. We have provided a copy of the complaint for your review. Please provide a written response to our office within fourteen (14) days. At that time, we will review and determine what further action may be warranted by our office. In responding to our office, we ask that you reference the complaint number.

In addition, please be informed that the Attorney General's office has the authority to investigate and prosecute violations of the Missouri Merchandising Practices Act, Chapter 407, RSMo, and will take legal action when necessary to protect consumers from fraud.

We appreciate your cooperation in this matter and if you have any questions or concerns, please feel free to contact me.

Sincerely,

*Sue Reed*

Sue Reed
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: Sue.Reed@ago.mo.gov
Phone: (573) 751-3630 | Fax: (573) 751-7948

## Consumer Complaint No. CC-2015-09-007002 Details

### Consumer Information

| | |
|---|---|
| **Name:** | M████ R█████ |
| **Address:** | Crocker, MO █████ |
| **Primary Phone:** | (573)█████████ (Residential) |
| **Secondary Phone:** | |
| **Email:** | █████████com |

### Business Information

| | |
|---|---|
| **Business Name:** | Stark Recovery |
| **Address:** | 4900 California Av Tower B-210<br>Bakersfield, CA 93309 |
| **Phone:** | |
| **Fax:** | |
| **Email:** | |
| **Website:** | |
| **Contact Person:** | |

### Complaint Information

| | |
|---|---|
| **Complaint Number:** | CC-2015-09-007002 |
| **Consumer Info:** | ████████████████ |
| **Category:** | Financial - Debt Collector |
| **Transaction Date:** | |
| **Financial Loss:** | No |
| **Contract Signed:** | No |

**Brief description of complaint:**

Yesterday I and family members received four very threatening phone calls about pursuing legal action against me and they would be seizing my assets. The lady was very rude, threatening, and demeaning on every call. They also called my place of employment, my parents' house, and my sister's cell phone number none of which have ever been put on a loan or account information that I have. Knowing that I have no open judgments where legal action is being taken against me I called first thing on my break this morning to see what this matter involved. The company is called Stark Recovery out of Baskerville, CA they transferred me to the individual Keri Miller who instantly turned very loud and threatening when I told her I needed written documentation of a bill that I owed. She told me that I was going to listen to her until she was finished and that I was not going to question her. I told her that as of yesterday they had five days to send me notification of the bill and she kept saying I have received an email and that it was for a payday loan that I defaulted on. I have had several payday loans with legit companies and I have never once defaulted or been late on a payment I instantly knew this was untrue. I told her I needed a statement of account and she refused to send it to me but told me I needed to set up payment information now or they were coming after me. I then asked 10 different times to speak to her supervisor to which she yelled and me at first no, then she ignored me, then the last time she said I am the supervisor. I told her they were not allowed to call my work, to which she said we are taking legal action against you. They had my social security number which really scares me since this is a company that I have done no business with. When I just called back to try to get the company name which I did get the girl that answered the phone didn't want to give it to me at all. The information that they have is very untrue and I don't know what other steps I need to follow to get this taken care of. Please advise if I need to do anything else with this matter. Since the phone call this morning when I called back I have received two more phone calls from them with no messages which is no harassment since I told them they were not allowed to contact me since they are making fraudulent claims. I don't know if I can say that but I feel like it is very wrong me having to listen to something or take a phone call of someone making something up.

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s):
- Consumer has contacted agencies:
- Consumer would like complaint resolved via:

**Menjivar Att. F
Page 25 of 36**

FTC-SLL-0006605



**STATE OF TENNESSEE**
**DEPARTMENT OF COMMERCE AND INSURANCE**

(615) 741-4737

**DIVISION OF CONSUMER AFFAIRS**
500 JAMES ROBERTSON PARKWAY, TWELFTH FLOOR
NASHVILLE, TENNESSEE 37243-0600

TN TOLL FREE 1-800-342-8385
FAX 615-532-4994

December 14, 2015

Stark Recovery
4900 California Avenue
Tower B-210
Bakersfield, CA 93309

RE: D█ R█
    File Number 15-04079

Dear Sir/Madam:

The Tennessee Division of Consumer Affairs has received the enclosed complaint from Mr. R█
Tennessee Code Annotated §47-18-5002, requires us to serve as the central clearinghouse for all
consumer complaints filed with us.

Please respond in writing to the Division within 21 calendar days from the date of this letter. For
your convenience, you may mail, email, or fax your response. Please reference the consumer's
name and file number on all communication. After I receive your reply, I will send a copy to Mr.
R█ and ask for a written response. If Mr. R█ has additional concerns, I will forward those to
you, at which time, you will be asked to provide a written response to those concerns.

If you need assistance, my direct line, email address, and fax number are listed below.

Sincerely,

Barbara Boswell
Consumer Protection Specialist II
(615) 532-8579
FAX: 615-532-4994
Barbara.Boswell@tn.gov

Enclosure

4.3

FTC-SLL-0006599

**Donna M. Hastings**                                                                New

| | |
|---|---|
| From: | .com |
| Sent: | Thursday, December 10, 2015 9:31 AM |
| To: | Consumer Affairs |
| Subject: | Consumer Affairs Complaint Form |
| Attachments: | Signature_34435064.png |

DEC 1 0 2015

Dept of Commerce and Insurance
Division of Consumer Affairs

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

## Formstack Submission for form Consumer Affairs Complaint Form

Submitted at 12/10/15 9:30 AM

| | |
|---|---|
| Your Name: | D    R |
| Address: | FRANKLIN, TN<br>United States |
| (Tennessee Residents only) County: | |
| Home Phone: | (615) |
| Work Phone: | (615) |
| Email Address: | .com |
| Best Contact Time: | afternoon |
| Name of Business: | Stark Recovery |
| Name: | Tori Glover |
| Business Address: | 4900 California Ave<br>Tower B - 210<br>Bakersfield, CA 93309 |
| Business Phone: | (844) 618-6194 |
| Type of Product or Service: | Debitor/Creditor |
| Amount involved: | 300.00 |
| How did you pay?: | Other |
| Please explain other payment method: | This is a company running a scam - they are saying my wife took out a $300 payday loan in December of 2013 and had her SSN and Address as well as some bank info. However, on the dates they are saying this was done, our bank account did not exist and there is no record of any loan in my wife's name |

1

**Menjivar Att. F**
**Page 27 of 36**

FTC-SLL-0006600

| | |
|---|---|
| Date of Transaction: | Dec 09, 2015 |
| Have you contacted the business about this complaint?: | Yes |
| Who did you contact about the complaint?: | Tori Glover |
| When did you contact the business?: | Dec 09, 2015 |
| What did you ask the business to do?: | Other |
| Please explain what you asked the business to do: | I requested proof of the loan, which they would not send via mail. I asked for dates and contact info for the original creditor - and they said the name they have will not match who the initial loan was through. Would not provide contact info for the original creditor and would not allow me to simply say I am disputing the debt. I asked them to stop calling |
| What did the business do?: | The person I spoke to was aggressive and threatened that they would sue me |
| List all agencies you have contacted about this complaint: | This is the first agency I have contacted. However, a review of online complaints shows their are numerous complaints all over the US right now for the same scam. |
| Have you or the business filed a lawsuit regarding this complaint?: | No |
| Was this product or service advertised?: | No |
| *Briefly describe your complaint and include all important facts. Use Chronological order, by dates.: | Beginning the first week of December, my wife has received numerous calls each day with a different phone number - all leaving a voice mail with a claim number to call about. The phone number they give to call back ks 866-401-5023.

They have called numerous other family members trying to get in touch with my wife.

On December 9th I called to see what this claim was. I spoke to Tori Glover, who was agressive from the beginning of the call. Asked to confirm my wife's SSN, had our address and the last 4 numbers of our bank account. She said our claim was for an outstanding payday loan of $300 taken out by my wife on December 15th 2013. That they tried to debit our account of that same amount in December of 2013 but it was returned as non-sufficient funds. The bank account they have record of did not exist in 2013 - and my wife has not taken any payday loans out.

She continued to push aggressively stating we could settle the debt for $450 or we would be taken to court for over $2000 plus legal fees.

When I said I am disputing the debt, she continued to ignore me stating they would be taking me to court. Still not giving me the chance to dispute the debt |

2

**Menjivar Att. F**
**Page 28 of 36**

or to even get any other details on who the original debt was with.

On December 10th, we found out they have called my wife's mom asking her to pay the debt and threatening legal action against her as well.

**Is this an automobile complaint?:**

No

**Signature:**

Direct Link to Image

**Date/Time:**

Dec 10, 2015

Terms | Privacy
Copyright © 2015 Formstack, LLC. All rights reserved.
This is a customer service email.
Formstack, LLC
8604 Allisonville Rd.
Suite 300
Indianapolis, IN 46250

3

FTC-SLL-0006602



## State of North Carolina

**ROY COOPER**
**ATTORNEY GENERAL**

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

**CONSUMER PROTECTION**
**Toll Free in NC**
**(877) 566-7226**
**Outside of NC**
**(919) 716-6000**
**Fax: (919) 716-6050**

December 10, 2015

Stark Recovery
4900 California Avenue
Tower B
2nd floor
Bakersfield, CA 93309

Re:   File No. 1514748
　　　D████M P█
　　　Raleigh, NC████

Dear Sir:

The Consumer Protection Division has received a consumer complaint regarding your company from D███ M P███ A copy of the complaint is enclosed for your review.

You should be aware that high interest rate payday loans or installment loans are not authorized in North Carolina. North Carolina's Consumer Finance Act, N. C. Gen. Stat. § 53-164 *et seq.*, regulates small consumer loans and allows a maximum interest rate of up to 30% for licensed lenders. Further, N. C. Gen. Stat. § 53-166(d) provides that consumer loans under $15,000 that are made in violation of the Consumer Finance Act are void. Loans made by out-of-state lenders to North Carolina residents are generally subject to North Carolina's usury laws. N. C. Gen. Stat. § 24-2.1 provides that any solicitation to lend that originates outside of North Carolina, but is forwarded to and received in this State by a resident borrower, is deemed to be an offer or agreement to lend in North Carolina. Further, that statute provides that any communication from a North Carolina consumer to an out-of-state lender accepting a loan is deemed to be an acceptance to borrow in this State.

We request that you respond to the enclosed consumer complaint within fifteen (15) business days of the date of this letter. Please state in your response your intentions regarding compliance with North Carolina law. We also request that you stop all further collection activity on this account.

When responding, please refer to File No. 1514748. If you prefer to submit your response electronically, we request that you do so using your business' letterhead, indicating the name of the person sending the response and the sender's contact information. An electronic response should be sent to consumer@ncdoj.gov and cannot exceed 5 mb, including attachments.

Sincerely,

*Linda H. Matthews*

Linda H. Matthews, Investigator
Financial Fraud Section
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc:　D███ M P███

**Menjivar Att. F**
**Page 30 of 36**

**Consumer**

| | |
|---|---|
| **From:** | consforms@ncdoj.gov |
| **Sent:** | Tuesday, December 08, 2015 3:49 PM |
| **To:** | Consumer |
| **Subject:** | Complaint 19938 P███ |

# Your Information

| | | | |
|---|---|---|---|
| Prefix | Mr | * First Name | D█ |
| Middle Initial | M | * Last Name | P█ |
| * Mailing Address | ███████ | | |
| * City | | | |
| * State | ███ | * Zip Code | ███ |
| Country, if not US | | | |
| Day Phone Number (including area code) | 919 | | |
| Evening Phone Number (including area code) | ███████ | | |
| Cell Phone Number (including area code) | 919███ | | |
| Fax Number (including area code) | | | |
| County of Residence | wake | Email Address | net |
| I am a military service member or military spouse | No | | |

# Information About Company Against Which You Are Complaining

| | |
|---|---|
| * Full name of company | Stark Recovery |
| Address | 4900 California Ave. tower B second flr. |
| City | bakersfield |
| State | ca Zip Code 93309 |
| Country, if not US | |
| Company's internet address (URL) | |
| * Telephone number, including area code | 866-429-4382 |
| Fax number, including area code | |

## Complaint Information (complete any blocks which apply to your complaint)

| | |
|---|---|
| Product, item, or service involved | ONLINE LOAN FROM KEWOOD PAYDAY SERVICES |
| Date of purchase, service, contract | 12/8/2015 12:00:00 AM |
| Manufacturer or brand | NA |
| Model | NA |
| Account number | NA |
| Serial number | NA |
| Did you sign a contract or a lease? | No |

Do not submit credit card or bank account numbers through this form. If you need to provide that information as part of your complaint, please mail it to us instead.

| | | | |
|---|---|---|---|
| Start Date | 12/8/2015 12:00:00 AM | End Date | 12/8/2015 12:00:00 AM |
| Total amount paid | $0 | Amount in dispute | $400 |
| How was payment made: | Cash | | |
| Did you buy an extended service contract? | No | | |
| If yes, name of company responsible for extended service contract or warranty | KENWOOD PAYDAY LOAN | | |

## Information About the Transaction

| | |
|---|---|
| How was initial contact made between you and the | I received a telephone call from business |
| Where did the transaction take place? | Over the phone |

## Details of Complaint

2

I was told it should have been on my voice mail (NOT) and that I owed a $400 payday loan from MAY 2013. Claim # XXXXXXx, and that Kenwood Payday Loan Services provided me with this loan in May and deposited it into my checking account and that I defaulted on the loan and now they have it and are trying to recovery it. I was told very rudely to do not speak and just listen to them, and that i need to pay them $550. today to resolve this matter or they are taking legal actions and threaten liens on my property and possessions. And if this went to court and did not pay today I would owe $2590.00. I told them i never received a bill from this kenwood service payday loan or from them. and they stated they do not need to send me a letter or a bill. Only a phone call and needs to be addressed today. I spoke with a Brooklyn Adams and her direct number is 866-401-5023.x 438. Or 866-401-5023. I call that number now and it states its a verizon number that has now been changed. THey have also contact serveral members of my family which I have not spoke to in several years and was very ashamed as what they told all my family that they spoke to over the phone. That this was a personal matter is which I have a debt that needs to be collected and they provided them with a claim number as well. I am also looking at other complaints with this company from the BBB and they are using the exact same statements. They had my SS# my address and my bank name. But when I asked for what account the money was deposited in they stated it ended in 0000. Which is un true and I have no account ending in that number. This really needs some action taken on this company cause they are using the same line with all these people and should not be getting anyway with this. If you have any questions please contact me directly and I would like to know the outcome of what is going to happen with this. thank you. D▮▮ P▮▮ ▮▮▮▮▮▮net 919-▮▮▮▮▮▮▮http://www.bbb.org/central-california-inland-empire/business-reviews/collection-agencies/stark-recovery-in-bakersfield-ca-89081300/complaints#sthash.KUDSwmM5.dpuf

* Details

Limit of 2500 characters

## Resolution Attempts You Have Made

| | |
|---|---|
| Have you contacted the company with your complaint? | Yes |
| If yes, name of person most recently contacted | Brooklyn Adams. |
| His/her phone number, incl. area code | 866-401-5023.x 438. Or 86 |
| Results | they are still calling me treating law suits. |
| * What resolution would you consider fair? | for this company put to justice. this is a phone scam that needs to be STOPPED. they are using the same script on multiple |

3

|  | people. I read all the complaints from the BBB and thats exactly what they said to me. |
|---|---|
| Do you have an attorney in this case? | No |
| If yes, name of your attorney | na |
| Attorney's number, incl. area code | na |
| Has your complaint been heard or is it scheduled to be heard in court? | No |
| If yes, where and when? | na |
| If already heard, what was the result? | na |
| Will you be submitting documentation by mail or fax? | No |

4

**Menjivar Att. F**
**Page 34 of 36**

FTC-SLL-0006621



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

January 13, 2016

Capital Harris Miller & Associates
Attn: Hirsh Mohindra
500 Quail Ridge Dr.
Westmont, IL 60559

Re: T█████ M. A█████
File No: 2015-CONSC-00393161

Dear Sir/Madam:

The Consumer Protection Division, of the Office of the Attorney General received a consumer complaint involving your business. We have enclosed a copy of the complaint for your examination.

We would appreciate your review and response to the complaint, as well as any suggestions for a potential resolution. Please include copies of any substantiating documents which relate to this complaint with your response. If the matter has been resolved, we would appreciate knowing it.

Please provide a written response via US Mail and/or e-mail within ten business days of receipt. **All communications must be in writing.** Direct all correspondence to Keya Green, Office of the Attorney General, Consumer Protection Division, 100 West Randolph Street, 12th floor, Chicago, IL 60601. Refer to the above mentioned file on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Keya Green*

Keya Green
Citizen's Advocate
Consumer Protection Bureau
KGreen@atg.state.il.us
312-814-3760

Enclosure
cm

What was the response from the business? They refuse to provide written documentation

If no complaint was given to the business directly, why?

Was this complaint filed with any other agencies? True

Do you think were targeted for unfair treatment due to your status as a veteran
or active-duty service member? False

## Complaint Detail/Inquiry Information

Beginning on Wednesday, December 10, 2014, I recieved a phone call on my cellphone from a Ms. Perez at (313) 347-4799 she indicated she was a locator who needed to serve me with legal documents at my place of employment and needed my address. I told her I did not know who she was and was not releasing that information. The next day Thursday, December 11, 2014 when I returned to work I had several missed calls and messages from this Ms. Perez stating she needed to speak with me to get my place of employment and that I needed to contact the number (844) 207-1449 ext 317 or (844) 228-6340 I called this number and was told there was a pay day loan taken out by me for $300 and that because I did not pay they were serving me with papers. I told the lady I was not familiar with the company she represented DJR, LLC nor did I know her copany Capital Miller, harris & Associates and that she needed to provide me with proof. At that point she refused stating it was an online debt and that I signed for it. I then told her I needed proof and would resolve any matter she refused again. When I returned to work the next day I was told by a supervisor that this lady (Ms. Perez) had called and was trying to get information on how to get here and drop off papers and she gave the phone number of the company Capital Miller, Harris & Associates. the supervisor told her any documents needed to present to me was to be given at my place of residence and not at my place of employment. Ms. Perez proceeded to call on Monday, December 15, 2014, she called my work phone and again left a personal message she called my cellphone, I told her again not to call my place of employment at all and to call my cellphone. She told me I need to call Capital and talk with them she was a locator only. Tuesday, December 16, 2014, at 10:30a.m. I recieved a phone call on my cellphone from Ms. Perez asking why haven't I contact Capital she gave me all day yesterday which was Monday and that she was not going to continue to walk around with the papers. I told her I have contact them and they are not willing to send me written proof so she stated she was coming to State of Michigan. I told her I was not there and she could meet me at ▓▓▓▓▓▓▓▓ if there were papers she needed to give me I then hung up. She called me back and asked why did I hang up on her? This matter is quite distressing to me and causing unnecessary emotional stress on my job. I want this company stopped and action taken against them to the fullest extent of the law.

[False] Check if you want to send documentation. After you submit this form you will be provided with a postal mail address, and facsimile number, to which you may send documents.

[False] Check if this referral is just to give us information and you do not need us to respond to you directly.

[False] Check if you want to sign up for the Consumer Protection Listserv.

[False] Check if you want to sign up for the AG Press Release Listserv.

[False] Check if you want to sign up for the Attorney General Opinions Listserv.

(*) I certify that the information on this form is true and accurate to the best of my knowledge.

(*) I consent to releasing to the Michigan Attorney General any information or document relative to the investigation of this complaint. By checking this box, I also certify that I have had the opportunity to review the Michigan Attorney General Privacy Policy before submitting this complaint.

# Menjivar Attachment G



# STATE OF MINNESOTA

## OFFICE OF THE ATTORNEY GENERAL

**LORI SWANSON**
**ATTORNEY GENERAL**

March 17, 2016

SUITE 1200
445 MINNESOTA STREET
ST. PAUL, MN 55101-2130
TELEPHONE: (651) 296-9412

**VIA CERTIFIED MAIL**

Ashton Asset Management, Inc.
500 Quail Ridge Drive
Westmont, IL 60559

      **Re:**    **In the Matter of Ashton Asset Management, Inc.**

Dear Sir or Madam:

      Enclosed and served upon Ashton Asset Management, Inc. is a Civil Investigative Demand issued by the Minnesota Attorney General's Office.

      Pursuant to Minn. Stat. § 8.31, Ashton Asset Management, Inc. is required to answer interrogatories and produce documents within twenty (20) days of service of this Civil Investigative Demand. Please note that a representative of Ashton Asset Management, Inc. need not appear at this Office, but may submit the answers to interrogatories and produce copies of the requested documents by mail.

      Please feel free to contact me with any questions or comments.

                 Sincerely,

                 DAVID CULLEN
                 Assistant Attorney General

                 (651) 757-1221 (Voice)
                 (651) 296-7438 (Fax)

Enclosure:    Civil Investigative Demand

**Menjivar Att. G**
**Page 1 of 7**
FTC-SLL-0006544

STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL
CIVIL INVESTIGATIVE DEMAND

In the Matter of
Ashton Asset Management, Inc.

DEMAND FOR ANSWERS
TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION
OF DOCUMENTS

TO:     Ashton Asset Management, Inc., 500 Quail Ridge Drive, Westmont, IL 60559.

The Attorney General of the State of Minnesota has information establishing reasonable grounds to believe that Ashton Asset Management, Inc. has violated Minn. Stat. §§ 325D.44 and 332.37 through its collection and resale of consumer debt.

Pursuant to Minn. Stat. § 8.31, and by the authority vested in the Attorney General, you are hereby required to answer in writing the interrogatories set forth below and to produce the documents specified in the requests for production of documents. The interrogatory answers must be sworn upon oath and, with the requested documents, returned by mail to the undersigned at 445 Minnesota Street, Suite 1200, St. Paul, Minnesota 55101, within twenty (20) days of service of this demand.

All documents and information produced in response to this demand shall be governed by the provisions of the Minnesota Government Data Practices Act, Minn. Stat. §§ 13.01-13.90. If you do not comply with this demand, the Attorney General may apply to the court for an order compelling compliance in accordance with Minn. Stat. § 8.31, subd. 2a. The Minnesota Attorney General's Office expressly reserves its right to issue additional interrogatories and requests for production of documents subsequent to this demand.

## DEFINITIONS

1. "Ashton Asset Management," "you," or "your" mean Ashton Asset Management, Inc. and all of its merged or acquired predecessors, successors, divisions, subsidiaries, parents, and any other affiliated entity or component, including but not limited to Stark Consulting. The terms "Ashton Asset Management," "you," and "your" also include all present and former directors, officers, employees, representatives, and agents of Ashton Asset Management, including but not limited to Hirsh Mohindra, Gaurav Mohindra, Preetesh Patel, Kamran Bashir, and Ian Erdos.

2. "Document" means the original and copies, identical or non-identical, of any handwritten, typewritten, electronic, printed, recorded, or graphic matter of any kind in your possession, custody, or control.

3. "Contract" or "agreement" means any oral or written contract, arrangement or understanding, whether formal or informal, between or among two or more persons or entities, together with all modifications or amendments thereto.

4. "Relate," "related to," or "regarding" means referring, discussing, concerning or pertaining in any way, directly or indirectly.

5. "Minnesota consumer" means any person with a Minnesota mailing address or a telephone number with one of the following telephone prefixes: 218, 320, 507, 612, 651, 763, or 952.

6. Any word or term not defined herein or by law is to be given its ordinary meaning or construction.

## INSTRUCTIONS

1. Electronic data should be produced in its native format with metadata preserved. Paper documents should be produced electronically in multi-page TIFF files.

2. All documents and data compilations that relate to the subject matter of this demand must be preserved, and any ongoing process of document destruction involving such documents or data must cease. Failure to preserve such documents or data will be regarded by the State as spoliation of evidence.

3. If any document or data compilation relating to the subject matter of this demand is or has been discarded, destroyed, or redacted in whole or in part, please immediately notify the State of: (a) the date of the discard, destruction, or redaction; (b) the reason for the discard, destruction, or redaction; and (c) the person who discarded, destroyed, or redacted the document or data compilation.

4. Preface each answer and response with the interrogatory or request to which it is addressed. If you are unable to fully answer or respond, submit as much information as is

2

available, explain why your answer or response is incomplete, and state the source or sources from which a complete answer or response may be obtained.

5.      Produced documents should be segregated and clearly marked or labeled as to the specific request to which they are responsive and are being produced. Each produced document should be Bates numbered.

6.      The information demanded should always be interpreted to be inclusive rather than exclusive, including interpreting the following as appropriate:  the singular form of a word as plural, and vice versa; "and" to include "or," and vice versa; and the past tense to include the present tense, and vice versa.

7.      If you object to any interrogatory or request in whole or in part on the basis of any claimed privilege or protection, identify the statement, communication, or subject matter for which you claim privilege or protection and set forth the factual basis on which you base your privilege or protection claim.

8.      Whenever a response to a request for production of documents would include documents or materials that are subject to updates and revisions, include all versions of such documents or materials. For each version, state the approximate date you began using it, and, if applicable, the approximate date you stopped using it.

9.      Whenever these interrogatories or requests seek information specific to persons or activities in Minnesota that you are unable to produce separately, you should provide the information without regard to geographic limitation.

10.     Provide all information and documents for the time period from March 15, 2010 through the date of your response, unless otherwise specifically indicated. If it is necessary to refer to a prior time to fully respond to a discovery request, you should do so.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each person who assisted in answering each interrogatory and gathering documents responsive to each document request.

**INTERROGATORY NO. 2:**

Identify all of your parents, subsidiaries, and affiliates, and describe the duties of each entity and the dates during which they performed such duties. Include in your answer all assumed names you hold or do business under.

3

**INTERROGATORY NO. 3:**

Identify all of your owners, directors, officers, and employees, and describe the duties of each person and the dates during which they held such positions.

**INTERROGATORY NO. 4:**

Identify each transaction in which Ashton Asset Management purchased debt allegedly owed by Minnesota consumers, and for each such purchase identify:

   a.  The date of the purchase,
   b.  The party that sold the debt to you,
   c.  The creditor that originated the debt,
   d.  The number of accounts in the portfolio,
   e.  The price you paid for the portfolio,
   f.  The face value of the debt, and
   g.  The categories of information and documents provided to you.

**INTERROGATORY NO. 5:**

Identify each party with which Ashton Asset Management placed debt for collection from Minnesota consumers, and for each such placement identify:

   a.  The date of the placement,
   b.  The party with which you placed the debt,
   c.  The party that sold the debt to you,
   d.  The creditor that originated the debt,
   e.  The number of accounts in the portfolio,
   f.  The price you paid for the portfolio,
   g.  The face value of the debt,
   h.  The categories of information and documents provided to you with your purchase of the debt,
   i.  The categories of information and documents provided by you with your placement of the debt,
   j.  The amount of payments collected from Minnesota consumers for the debt, and
   k.  The amount you paid the party with which you placed the debt.

**INTERROGATORY NO. 6:**

Identify each instance in which a Minnesota consumer disputed Ashton Asset Management's ownership of or right to collect a debt, including but not limited to each instance

4

where a Minnesota consumer indicated that the debt was collected, paid, or settled through another party unrelated to Ashton Asset Management, or where the Minnesota consumer indicated that he or she did not owe the debt.

**INTERROGATORY NO. 7:**

Identify each transaction in which Ashton Asset Management sold debt allegedly owed by Minnesota consumers, and for each such transaction identify:

    a.    The date of the sale,
    b.    The party that purchased the debt from you,
    c.    The creditor that originated the debt,
    d.    The number of accounts in the portfolio,
    e.    The price you paid for the portfolio,
    f.    The price the buyer paid you for the portfolio,
    g.    The face value of the debt,
    h.    The categories of information and documents provided to you with your purchase of the debt, and
    i.    The categories of information and documents you provided with your sale of the debt.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1:**

Produce all documents referenced or used in any of your answers to the above interrogatories, and identify the interrogatory for which such documents are responsive.

**DOCUMENT REQUEST NO. 2:**

Produce all documents that identify the form of business organization under which you, your parents, subsidiaries, and affiliates have operated. For each such entity, include documents related to formation, governance, and license(s) to conduct business in Minnesota.

**DOCUMENT REQUEST NO. 3:**

For each transaction identified in your answer to Interrogatory Number 4, produce all contracts, agreements, portfolios, documents, datafiles, correspondence, and electronic

5

information related to Ashton Asset Management's purchase of debt allegedly owed by Minnesota consumers.

**DOCUMENT REQUEST NO. 4:**

For each party identified in your answer to Interrogatory Number 5, produce all contracts, agreements, portfolios, documents, datafiles, correspondence, and electronic information related to Ashton Asset Management's placement of debt allegedly for collection from Minnesota consumers.

**DOCUMENT REQUEST NO. 5:**

For each dispute by a Minnesota consumer identified in your answer to Interrogatory Number 6, produce all documents, including correspondence and call notes and recordings, referencing or relating to the disputed debt at issue.

**DOCUMENT REQUEST NO. 6:**

For each transaction identified in your answer to Interrogatory Number 7, produce all contracts, agreements, portfolios, documents, datafiles, correspondence, and electronic information related to Ashton Asset Management's sale of debt allegedly owed by Minnesota consumers.

Dated: _Mar. 17, 2016_

LORI SWANSON
Attorney General
State of Minnesota

DAVID CULLEN
Assistant Attorney General
Atty. Reg. No. 0338898
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1221
ATTORNEYS FOR STATE OF MINNESOTA

6

# Menjivar Attachment H

K

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 33rd JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 16 B265 |
|---|---|---|

**Court address**
19000 Van Horn Road, Woodhaven MI 48183

**Court telephone no.**
(734) 671-0201

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff

Address

Brownstown, MI                (313)

City, state, zip                Telephone no.

2. Ashton Asset Management LLC
Defendant

Address

City, state, zip                Telephone no.

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on

Mon                2/29/16
Day                Date

at 9:30 AM at ☑ the court address above.
Time

☐ Location

Process server's name        Fee paid: $

3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is FILED _____.
   The action ☐ remains ☐ is no longer pending.

JAN 25 2016

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☑ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.
   33rd DISTRICT COURT

5. The plaintiff is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ _____ Other

6. The defendant is ☐ an individual. ☐ a partnership. ☑ a corporation. ☐ a sole proprietor. ☐ _____ Other

7. The date(s) the claim arose is/are 1/22/2016
   Attach separate sheets if necessary

8. Amount of money claimed is $ 600.00        (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are Harassment. Violation of MI P.A. 299 of 1980. Violation of Michigan U.C.C.
   Violation of Michigan Debt Protection statutes.

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is ☐ is not mentally competent. I believe the defendant ☐ is ☐ is not 18 years or older.

12. ☑ I do not know whether the defendant is in the military service. ☑ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Subscribed and sworn to before me on 1/25/16. Wayne                County, Michigan.
Signature

My commission expires: _____        Signature: Pearson
                        Date                Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 4/25/16
Expiration date

DC 84 (12/14) **AFFIDAVIT AND CLAIM, Small Claims**        MCL 60

Certified Article Number
1314 8659 0430 0020 3029 73
SENDERS RECORD

**Menjivar Att. H**
**Page 1 of 2**

FTC-SLL-0000574



## Bush Chawla Mohindra & Ravani

### 500 Quail Ridge Drive, Westmont, Illinois 60559

Court Clerk
State of Michigan
33rd Judicial District
19000 Van Horn Rd,
Woodhaven, MI 48183

Dear Sir/Madam:

My office represents the legal interests of Ashton Asset Management, Inc. an Illinois corporation. We received the attached notice referencing Case No. 16B265 identifying a defendant having a similar name as my client. The defendant listed is Ashton Asset Management **LLC** (with no address provided). IN addition, it appears that Plaintiff (Mr. B___) alleges the defendant violated MI P.A. 299 of 1980 and associated Michigan State statutes.

Accordingly, my client is diversified capital management firm that never had any association with the named Plaintiff or Defendant. It's our assumption that this is a case of mistaken identity due to similarly sounding entity names.

Accordingly, we hereby request the Court to remove my client from this proceeding.

Please let me know how this matter may be rectified?

I appreciate your assistance in clarifying this matter.

Best regards,

Gaurav K. Mohindra

# Menjivar Attachment I

     



### *Cartier*

JOAILLIERS
PARIS · LONDRES · NEW YORK

Oct 20, 2015

*Purchased by:*

Mr. Gaurav Mohindra

Chicago, IL
USA

Invoice number : 302504151020002
Sold by : Natasha Yee 175582

*Client copy*

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| BAG MARCELLO DE CARTIER WORLDWIDE | 1 | 2,390.00 | 221.09 |
| Article # L1001526 | | | |
| BATCH NUMBER IT00 | | | |

| | | |
|---|---|---|
| Subtotal | 2,390.00 | |
| Tax | 221.09 | |
| **Total** | **2,611.09** | |

RETURN POLICY - Merchandise must be returned within 30 days to the boutique from which it was originally purchased. It must be presented in its original packaging and accompanied by the appropriate sales slip. We will be pleased to arrange an exchange or issue a merchandise credit. NO CASH OR CREDIT CARD REFUNDS will be given. We cannot accept returns of correctly engraved merchandise or items which show signs of wear.

Means of Payment      VISA offline          Amt.      2,611.09

630 N. MICHIGAN AVENUE · CHICAGO, IL 60611 · TEL (312) 266-7440 · FAX (312) 266-9586
Thank You for Your Visit.

Subscribe to the Cartier e-newsletter on www.Cartier.us to receive all our latest news.



# ALAN ROCCA
### F I N E   J E W E L R Y

3824 YORK ROAD
OAK BROOK, ILLINOIS 60523-2738
630.323.5800
FAX: 630.323.5802

### R E C E I P T

Client: Preersa and Bindiya Patel

West Chicago, IL

Date: May 21, 2015
Salesperson: Laurin

| Quantity: | Item Description: | Unit Price |
|---|---|---|
| 1 | Lds platinum custom solitaire with 5.69 cushion sapphire | $ 27,285.38 |

Subtotal: $ 27,285.38
Tax: $ 2,114.62
Deposit: $ 15,000.00

**Total: $ 14,400.00**
Paid In Full

Store Credit Only

FOUR GENERATIONS OF HAND-CRAFTED JEWELRY



**Menjivar Att. I
Page 2 of 8**

FTC-SLL-0005738



## ALAN ROCCA
### F I N E   J E W E L R Y

3824 YORK ROAD
OAK BROOK, ILLINOIS 60523-2738
630.323.5800
FAX: 630.323.5802

May 29, 2015

Preetesh and Bindiya Patel

West Chicago, IL

## <u>CERTIFICATE OF APPRAISAL</u>

To whom it may concern, I have this day appraised the following item:

One ladies platinum custom made four prong engagement ring containing:

1-      prong set cushion very slightly violet blue Sapphire weighing 5.69 carat . Quality is extremely fine.

Measurements: 10.30 x 8.30mm

Finished overall weight is 5.60 pennyweight.

Total replacement value including labor:      $38,000.00

Sincerely,

Alan P. Rocca

APR: lf

<u>NOTE</u>: The values declared on this appraisal are related to the cost of replacing the lost item(s) at current market value excluding state and other taxes. This appraisal does not constitute a guarantee or an offer to buy. Unless specifically stated, gem stones are graded while mounted, therefore the grading of the color, cut, clarity, and weight are approximations. We assume no liability with respect to any action which may be taken on the basis of this appraisal.

FOUR GENERATIONS OF HAND-CRAFTED JEWELRY

FTC-SLL-0005740

# BMW Financial Services
## Account Statement



RECEIVED
MAR 15 2016

  

ENTERED
3|15|2016

**Proud Partner**

Page 1 of 2                    Statement 11 of 36

## ACCOUNT SUMMARY

**MHG PROPERTIES INC**
**HIRSH MOHINDRA**
Account Number:
Statement Date:                         03/09/16
Maturity Date:                          04/28/18
Vehicle Description:                     BMW X5 M
VIN:

| Customer Service Contact: | (800) 578-5000 |
|---|---|
| Hours of Operation: | Mon - Fri, 9:00 a.m. to 9:00 p.m. ET |
| Website: | bmwusa.com/mybmw |

## TRANSACTION(S) SINCE LAST STATEMENT

| Date | Account Activity | Charges | Amount Paid |
|---|---|---|---|
| | Previous Balance | $1,539.88 | |
| 02/26/16 | Payment Received | | $1,539.88 |
| 03/28/16 | Lease Payment Due | $1,539.88 | |
| | Account Total - New Balance | $1,539.88 | |

## IMPORTANT INFORMATION

Enjoy the added security and convenience of eInvoice. Enroll in our eInvoice program for your monthly Account Statement. You will receive a monthly email notification when your statement is available online. Register or log on to bmwusa.com/mybmw to set-up your account today and to help save a tree from being used to generate your next paper Account Statement.

BMW Financial Services aims to take your experience of driving a BMW to the next level, so you can enjoy what is Beyond the Drive. Visit bmwusa.com/fs for our latest finance programs and offers. Build your own BMW at bmwusa.com — your own personal BMW showroom open 24/7.

**LOYALTY DOESN'T GO UNNOTICED.**

Now through March 31, 2016, lease or finance a new eligible Model Year 2015 or 2016 BMW through BMW Financial Services NA, LLC and receive up to two payment credits of $500 or $750 each off the first two monthly payments (depending on model). Visit your BMW Center for full details and eligible models or learn more online at www.bmwusa.com/loyaltyoffers.

Payments received after statement date are not reflected.

## AMOUNT DUE

| | |
|---|---|
| Past Due Amount: | $0.00 |
| Current Charges: | $1,539.88 |
| **Total Amount Due:** | **$1,539.88** |

Payment must be received by 04/07/16 to avoid late charge.

Allow 5-7 days for your payment to reach us. Please detach here and return this portion with your payment. Always put your complete account number on your check or money order.



BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

## REMITTANCE SECTION

| Account Number | |
|---|---|
| **Total Amount Due** | **$1,539.88** |
| **Payment Due By** | **03/28/16** |
| Amount Enclosed | $ |

☐ **Changes?**  If you are making changes to your address or want to sign up for EasyPay and Paperless Statements, check the box at the left and complete the reverse side.

2110018117      PRESORT 18117 1 MB D.436 P1C72 <B>

MHG PROPERTIES INC
500 QUAIL RIDGE DR
WESTMONT IL 60559-6154

▼ Make payments to ▼

BMW FINANCIAL SERVICES
P.O. BOX 900 065
LOUISVILLE KY 40290-1065

**Menjivar Att. I**
**Page 4 of 8**



# Ferrari
## FINANCIAL SERVICES
P.O. Box 510
Williamsville, NY 14231

RECEIVED

MAR 2 1 2016

ENTERED
3/21/20 ⊘

PLEASE SEND MONTHLY PAYMENTS TO:
75 REMITTANCE DRIVE SUITE 1738
CHICAGO IL 60675-1738
FOR CUSTOMER SERVICE CALL 1-800-206-9828



**IRSH MOHINDRA**
**500 QUAIL RIDGE DRIVE**
**WESTMONT IL 60559**

Due Date: 04-01-16        Billing Date: 03-15-16

Account Number:

Check payable to:    FERRARI FINANCIAL SERVICES, INC.

| DESCRIPTION | AMOUNT | TAX | TOTAL |
|---|---|---|---|
| 14 FERRARI    458 CPE | | | |
| PAYMENT AMOUNT | 2,255.34 | | 2,255.34 |

The last amount posted to the account was $2,255.34 on 03-07-2016
the payoff amount for this contract, as of the billing date, is $76,336.10 good until 03-25-2016
The last amount posted and payoff amount do not include any activity posted after the billing date.

DETACH AT PERFORATION AND
RETURN BOTTOM PORTION WITH
PAYMENT. DO NOT SEND CASH.

**TOTAL DUE ▷    2,255.34**

374400682

**IRSH MOHINDRA**
**500 QUAIL RIDGE DRIVE**
**WESTMONT IL**
**60559**

"√" IF NEW
ADDRESS
OR PHONE
NUMBER
and RECORD
CHANGES
HERE.

WORK: (      )                    HOME: (      )

CONTRACT STATEMENT

AMOUNT PAID

ACCOUNT NBR

FERRARI FINANCIAL SERVICES, INC.
75 REMITTANCE DRIVE
SUITE 1738
CHICAGO IL        60675-1738

DUE DATE        04-01-16

TOTAL DUE        2,255.34

**Menjivar Att. I**
**Page 5 of 8**

RECEIVED

MAR 22 2016

03/14/2016

Mercedes-Benz Financial Services

ENTERED
3/22/2016

When it comes to a fast, exceptional service experience, nothing
compares to Premier Express. With a focus on your valuable time and a
total commitment to your vehicle, we can provide the vehicle care you
deserve in about an hour or less. And since no appointment is needed,
we can have you in, out and on the road in no time. To learn more, visit
www.mbusa.com/premierexpress.

## Your Account Overview

| | |
|---|---|
| Account Number | |
| Vehicle Description | 2016 MERCEDES S550V4 |
| Vehicle Identification Number | |
| Contract Date | 10/31/2016 |
| Statement Date | 03/14/2016 |
| Statement Number | 18 of 36 |
| Lease End Date | 11/01/2017 |



### Get the fast, dedicated care you deserve.

## Your Account Activity

| Date | Description of Activity | Amount |
|---|---|---|
| 02/29/2016 | Payment Received - Thank You | $1671.87- |
| 04/01/2016 | Current Rent | $1671.87 |
| 04/01/2016 | Total Amount Due | $1,671.87 |

*Payments received after statement date are not reflected.*

### Above and beyond 24/7 365

Whether you prefer phone, email or live chat, your MBFS team stands
ready to help in any way we can. We make sure your financing
experience is as exceptional as the drive.

Learn more about our services at mbfs.com.

Please see reverse side for important information on check conversion.

## Contact Us

| | |
|---|---|
| Web Address | mbfs.com |
| | Visit us online to review your account, make your payment or update your personal information. |
| Client Care Center | 1-800-654-6222 |
| Hours of Operation | Mon - Fri 9 am - 9 pm (ET) |
| | Sat 9 am - 6 pm (ET) |
| Payment Mailing Address | P.O. BOX 5209 |
| | CAROL STREAM, IL 60197-5209 |

Keep ↑

Return ↓

Mercedes-Benz Financial Services

Correspondence Address
P.O. BOX 685, ROANOKE, TX 76262

#BWNLBCF

MB 01 003915 18555 B 18 A

MHC PROPERTIES INC
500 QUAIL RIDGE DR
WESTMONT, IL 60559-6154

## Mail Payment To:

| | |
|---|---|
| Account Number | |
| Total Amount Due By | 04/01/2016 |
| Total Amount Due | $1,671.87 |
| Total Amount Paid | $ |

Check box and note any address changes on back of this form

**Make Check Payable To: Mercedes-Benz Financial Services**
**Mail Payment To:**

MERCEDES-BENZ FINANCIAL SERVICES
P.O. BOX 5209
CAROL STREAM, IL 60127-5209

# Rolls-Royce Motor Cars Financial Services
Rolls-Royce Motor Cars Financial Services is a division of BMW Financial Services NA, LLC

## Account Statement

RECEIVED

MAR 22 2016

 

Page 1 of 2                                          Statement 10 of 48

## ACCOUNT SUMMARY

**MHG PROPERTIES INC**

**HIRSH MOHINDRA**

Account Number:

Statement Date:                                     03/16/16

Maturity Date:                                      06/04/19

Vehicle Description:             Rolls-Royce Wraith Coupe

VIN:

## IMPORTANT INFORMATION

Wraith

The most potent and technologically advanced Rolls-Royce in history. Wraith is a car for the curious, the confident and the bold. For more information, contact your local Dealer or visit www.rolls-roycemotorcars.com/wraith/.

| | |
|---|---|
| Customer Service Contact: | (877) 877-3735 |
| Hours of Operation: | Mon - Fr., 9:00 a.m. to 9:00 p.m. ET |
| Website: | bmwgroupfs.com |

## TRANSACTION(S) SINCE LAST STATEMENT

| Date | Account Activity | Charges | Amount Paid |
|------|------------------|---------|-------------|
| | Previous Balance | $3,499.87 | |
| 03/04/16 | Payment Received | | $3,499.87 |
| 04/04/16 | Lease Payment Due | $3,499.87 | |
| | Account Total - New Balance | $3,499.87 | |

Payments received after statement date are not reflected.

## AMOUNT DUE

| | |
|---|---|
| Past Due Amount: | $0.00 |
| Current Charges: | $3,499.87 |
| **Total Amount Due:** | **$3,499.87** |

Payment must be received by 04/14/16 to avoid late charge.

Allow 5-7 days for your payment to reach us. Please detach here and return this portion with your payment. Always put your complete account number on your check or money order.



Rolls-Royce Motor Cars Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

## REMITTANCE SECTION

| | |
|---|---|
| Account Number | |
| **Total Amount Due** | **$3,499.87** |
| **Payment Due By** | **04/04/16** |
| Amount Enclosed | $ |

☐ **Changes?**    If you are making changes to your address or want to sign up for EasyPay and Paperless Statements, check the box at the left and complete the reverse side.

5878007577    PRESORT 9597 1 MB 0.496 P 1040 <B>

⠿ MHG PROPERTIES INC
500 QUAIL RIDGE DR
WESTMONT IL 60559-6164

▼ Make payments to ▼

ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES
P.O. BOX 9001065
LOUISVILLE KY 40290-1065

 

## ASTON MARTIN THE AMERICAS

March 17, 2016

Hirsh Mohindra
500 Quail Ridge Dr
Westmont, IL 60559

Dear Hirsh Mohindra:

Congratulations on the purchase of your new Aston Martin. I am delighted that you have taken delivery of your new car and hope it meets your expectations in every way. At Aston Martin Lagonda, we are very proud of our long distinguished heritage and the quality of our hand built cars.

I am sure you are going to be very pleased with your new Aston Martin but if you have concerns please bring it to the attention of your nearest Aston Martin dealership and they will be glad to assist. If you feel you need further assistance please feel free to bring your concerns to one of my team at our office number listed below.

In order to provide you with additional peace of mind when travelling, should the need arise; I am pleased to highlight the benefits of our Aston Martin Roadside Assistance Program. By dialing 1-888-59ASTON (1-888-592-7866) our toll-free hotline which is staffed 24 hours a day 365 days a year, you can speak to a trained Aston Martin Roadside Assistance representative who will gladly arrange for the services provided by the program.

Enclosed you will find two laminated membership cards. I would suggest you keep one card on hand and one card in your vehicles owners guide for safe keeping.

Once again if we can be of any assistance, my team and I want to provide you with the very special and personal service for which Aston Martin is renowned.

May I take this opportunity to wish you many years of enjoyable Aston Martin motoring.

Yours sincerely,

Julian Jenkins
President
Aston Martin the Americas
SCFRND8S0FGF04463 000164

Menjivar Att. I
Page 8 of 8

FTC-SLL-0001067