# Menjivar Attachment CC

**Chase Online**

BUSINESS CLASSIC (...0226)

| Check Number: N/A | Post Date: 03/23/2016 | Amount of Check: $30,000.00 |
|---|---|---|



**Need help printing or saving this check?**

**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

**Menjivar Att. CC**
**Page 1 of 4**

4/7/2016

Case: 1:16-cv-03463 Document #: 70-10 Filed: 06/27/16 Page 3 of 135 PageID #:2169

## Chase Online

BUSINESS CLASSIC (...0226)

| Check Number: | N/A | Post Date: | 03/23/2016 | Amount of Check: | $300,000.00 |
|---|---|---|---|---|---|



**Need help printing or saving this check?**

**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

**Menjivar Att. CC**
**Page 2 of 4**

4/7/2016

Case: 1:16-cv-03463 Document #: 70-10 Filed: 06/27/16 Page 4 of 135 PageID #:2170

**Chase Online**

BUSINESS CLASSIC (...0226)

| Check Number: | N/A | Post Date: | 03/23/2016 | Amount of Check: | $275,000.00 |
|---|---|---|---|---|---|



**Need help printing or saving this check?**

**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

**Menjivar Att. CC**
**Page 3 of 4**

4/7/2016

**Details for BUSINESS CLASSIC (...0226)**

| | | | |
|---|---|---|---|
| Present Balance | $8,863.20 | Uncollected funds – Total | $0.00 |
| Available Balance | ($99,999,991,136.79) | | |
| Available Credit | $0.00 | | |
| Available Plus Credit | ($99,999,991,136.79) | | |

See full account number   **O**

Deposits on Hold (1 hold, total: $99999999999.99) **?**    **Show hold information**

---

**Transaction Results (1 - 62) for BUSINESS CLASSIC (...0226)**     Next →

| All Transactions ▾ | Show | | | | | |

View checks by check number | Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/28/2016 | Misc. Debit | Payment to Chase card ending in 3624 | $3,321.12 | | $8,863.20 |
| 03/24/2016 | Check | CHECK # 6206  (view) | $225.00 | | $12,184.32 |
| 03/24/2016 | Check | CHECK # 6207  (view) | $12,346.00 | | $12,409.32 |
| 03/23/2016 | Misc. Debit | CHECK #  (view) | $275,000.00 | | $24,755.32 |
| 03/23/2016 | Misc. Debit | CHECK #  (view) | $300,000.00 | | $299,755.32 |
| 03/23/2016 | Misc. Debit | CHECK #  (view) | $30,000.00 | | $599,755.32 |
| 03/23/2016 | Account Transfer | Payment to Chase card ending in 3624 03/23 | $34,791.48 | | $629,755.32 |
| 03/22/2016 | Fee | DOMESTIC INCOMING WIRE FEE | $15.00 | | $664,546.80 |
| 03/22/2016 | Fee | ONLINE DOMESTIC WIRE FEE | $25.00 | | $664,561.80 |
| 03/22/2016 | Check | CHECK # 6205  (view) | $600.00 | | $664,586.80 |
| 03/22/2016 | Misc. Debit | CHECK #  (view) | $7,500.00 | | $665,186.80 |
| 03/22/2016 | Check | CHECK # 6204 03/22  (view) | $9,050.00 | | $672,686.80 |
| 03/22/2016 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BK AMER N YC/ A/C: G B USA, LLC NEW YO RK NY 10036 US REF: FROM HIRSH MOHIN DRA IMAD: TRN: 03/22 | $37,200.00 | | $681,736.80 |
| 03/22/2016 | Account Transfer | Online Transfer to CHK ...7495 transaction#: 5 03/22 | $7,500.00 | | $718,936.80 |

# Menjivar Attachment DD



**SHAW FISHMAN**

Shaw Fishman Glantz & Towbin LLC

Abigail C. Mast
Paralegal
321 N. Clark St., Ste. 800
Chicago, IL 60654
Direct: (312) 276-1326

VIA EMAIL AND USPS
Attn: John Hallerud
Federal Trade Commission
55 W. Monroe St., Ste. 1825
Chicago, IL 60603

June 16, 2016

Re:     *Federal Trade Commission and State of Illinois v. Stark Law, LLC, et al.*
        Case No. 1:16-cv-3463

Dear Mr. Hallerud:

Per your request to the Receiver in regard to the above captioned case, I am sending this letter to confirm yesterday's delivery of documents that contained the following keywords:

- USFastCash
- 500FastCash
- OneClickCash
- Ameriloan
- United Cash Loans
- AdvantageCashServices
- StarCashProcessing

For your convenience, the files were provided with the Receiver's internal identification document numbers ("FTC"). We've also provided the metadata in an excel sheet in which you will be able match the document ids to the corresponding metadata.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Abigail C. Mast
Paralegal

ACM

cc:  Terence Banich (email)

**Menjivar Att. DD**
**Page 1 of 17**

**Received(Date):**      Wed, 20 Aug 2014 17:37:35 -0400
**Subject:**    Fwd: 500FastCash
**From:**      Jon <barabanus@gmail.com>
**To:**      "hirsh@ashtonasset.com" <hirsh@ashtonasset.com>
image001.jpg


---------- Forwarded message ----------
From: **Jared Marsh** <jared.marsh@amgsrv.com>
Date: Wed, Aug 20, 2014 at 5:29 PM
Subject: 500FastCash
To: "jon@hylanasset.com" <jon@hylanasset.com>
Cc: "andy@hylanasset.com" <andy@hylanasset.com>, "barabanus@gmail.com" <barabanus@gmail.com>


Jon,

This confirms our conversation this afternoon where I confirmed that Red Cedar Services, Inc. d/b/a 500FastCash has not sold and is not selling its charged off debts for collection by any third-parties. Please contact me if you have any other information about persons or entities attempting to sell 500FastCash debt for collection by third-parties. Also, please confirm receipt. Thank you for your time this afternoon.

Best regards,

Jared



**M. Jared Marsh**

General Counsel



10895 Lowell Ave., Suite 100

Overland Park, KS  66210

(913) 648-5858, ext. 231 (Office)

(913) 909-7763 (Cell)

(800) 497-7878 (Fax)

jared.marsh@amgsrv.com

**Confidentiality Statement & Notice:** This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed as it may contain confidential and legally privileged information subject to the attorney/client privilege. E-mail transmission is not intended to waive the attorney-client privilege or any other privilege. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

The Kansas Bar Disciplinary Counsel requires all Kansas lawyers to notify all recipients of email that (1) email communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you and vice versa, (3) persons not participating in our communications may intercept our communications by improperly accessing your computer or computers, or even some computer not connected to either of us which the communications may have passed through.

---

Confidentiality Statement & Notice: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.


--


CONFIDENTIALITY NOTICE: This communication and any attachments are confidential, and are only for the use of the intended recipient. If you have received this transmission in error, any disclosure, copying, distribution or the taking of any action in reliance upon this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete the original message. Thank you.

**To:**     josh sullivan[jsullivan365@gmail.com]
**From:**  rstein@chmcapital.com
**Sent:**   Wed 9/10/2014 10:05:07 AM
**Importance:**    **Normal**
**Subject:**  RE: 500 Fast Cash
Solidus Group 33MM 500 Fast Cash PSA.pdf
500FastCash 33MM Unmasked Part 1.xlsx

Attached is the unmasked files and PSA.  The file is in two parts.  Please sign the PSA and email back.

Thanks,
Richard Stein

       -------- Original Message --------
       Subject: Re: 500 Fast Cash
       From: josh sullivan <jsullivan365@gmail.com>
       Date: Wed, September 10, 2014 6:56 am
       To: rstein@chmcapital.com

       Here is the info for the contract please execute when possible, wire was sent this morning!

       Thanks


       Kelly S. Brace
       Solidus Group, LLC
       75 N. Woodward Ave., #10000
       Tallahassee, FL  32313
       Toll Free: 1- 866-803-2216
       www.solidusgroupllc.com

       On Tue, Sep 9, 2014 at 5:58 PM, <rstein@chmcapital.com> wrote:

              Hi Guys,
              Kindly forward corporate info for buyer of 500 Fast Cash ie, Company name, address, telephone number and contact person and title for who will be executing the contract.  Once received we will forward a PSA tomorrow.  Once the deal is funded I will immediately forward you the unmasked file.


              Regards,

              Richard Stein
              Operations Manager
              CHM Capital Group

# RECEIVABLES PURCHASE AGREEMENT

This Receivables Purchase Agreement ("Agreement") is made and entered into this 10th day of September 2014, by and between CHM CAPITAL GROUP, (hereinafter referred to as "Seller ") and SOLIDUS GROUP, LLC. (hereinafter referred to as "Purchaser")

WHEREAS, Seller desires to sell certain receivables ("Debt Receivables"); and

WHEREAS, Purchaser desires to purchase such Debt Receivables from Seller, as more particularly defined herein on the terms and conditions set forth in this Agreement;

NOW THEREFORE, in consideration of the foregoing recitals and the mutual covenants and conditions contained in this Agreement, and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, it is agreed as follows:

1. <u>SALE AND PURCHASE OF DEBT RECEIVABLES.</u>     Subject to the terms of this Agreement, Seller agrees to sell, convey, transfer and assign to Purchaser and Purchaser agrees to purchase from Seller, for the consideration herein provided, the right, title, interest, and obligations of Seller in and to those Debt Receivables as described on Exhibit A attached hereto (all of such receivables herein collectively called "Accounts" and singularly an "Account").

2. <u>PURCHASE PRICE.</u> Subject to the terms and conditions of this Agreement, and in reliance upon the representations, warranties and covenants of the Seller made herein, Purchaser shall pay and deliver to Seller the sum set forth in the Closing Statement attached hereto as Exhibit B, for the Accounts purchased under this Agreement.

3. <u>INDEMNIFICATION BY PURCHASER.</u> Purchaser agrees to indemnify and hold such Seller (including its officers, directors, employees, stockholders, and agents) harmless from and against any claims, actions, suits or other actual or threatened proceedings, and all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) incurred or suffered by Seller by reason of willful misconduct or violation of any applicable law, rule or regulation by Purchaser (or its employees, representatives, agents or successors) or any subsequent Purchaser (or its employees, representatives, agents or successors) in connection with the collection or enforcement of the Accounts.  At its option, Seller shall have the right to require Purchaser to assume the defense of any claims, actions, suits or other actual or threatened proceedings and to directly pay for all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) which may be imposed.

Purchaser agrees that in the event any subsequent Purchaser fails to defend, indemnify and hold Seller harmless that Purchaser shall be responsible to indemnify Seller.

4. <u>INDEMNIFICATION BY SELLER.</u>  Seller agrees to indemnify and hold such Purchaser (including its officers, directors, employees, stockholders, and agents) harmless from and against any claims, actions, suits or other actual or threatened proceedings, and all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) incurred or suffered by Purchaser by reason of willful misconduct or violation of any applicable law, rule or regulation by Seller (or its employees, representatives, agents or successors) in connection with the collection or enforcement of the Accounts.  At its option, Purchaser shall have the right to require Seller to assume the defense of any claims, actions, suits or other actual or threatened proceedings and to directly pay for all losses, judgments, damages, expenses or other costs (including all fees and disbursements of counsel) which may be imposed.

5. <u>CONDITIONS OF SALE.</u>
   A. The obligations of Purchaser to perform hereunder and purchase the Accounts on the Closing Date shall be subject to the satisfaction on or before the Closing Date of the following further conditions:  (i) the representations contained in Paragraph 1 hereof shall to the best of Seller's knowledge and belief be true and correct in all respects on the Closing Date as if made on such date; and (ii) Seller shall have performed and observed all covenants, agreements and conditions hereof to be performed or observed by it on or before the Closing Date.

   B. The obligations of Seller to perform hereunder and sell the Accounts at Closing shall be subject to the satisfaction, on or before the Closing Date, of the following further conditions:  (i) Purchaser shall provide Seller with a copy of its proposed notification to Account obligor advising them that the Accounts have been transferred to Purchaser and that all payments on the Accounts shall thereafter be made to the Purchaser.  Purchaser shall have delivered to Seller the Purchase Price specified in Paragraph 2 hereof.

   C. Purchaser agrees that any Accounts being purchased pursuant to this Agreement shall, if resold by Purchaser, continue to be subject to all terms and conditions set forth herein.  Purchaser agrees that for any and all future Contract of Sale or other document evidencing a transfer of ownership that this Agreement shall be disclosed to such firm and that this Agreement, along with all of its terms and conditions, made a part of such Contract of Sale or other documents, except that no disclosure shall be required of sale price.

6. CLOSING. The closing of the sale and applicable purchase of the Accounts shall take place on the date and at the location described in the Exhibit B hereto, or such other date and

location as shall be mutually agreed upon by the parties hereto (the actual date of Closing being herein called the "Closing Date"). At the Closing, the following shall be done:

A.       Seller shall deliver the final electronic sale file of Debt Receivables to Broker.

B.       Purchaser shall pay the balance of Purchase Price as set forth on Paragraph 2 of this Agreement and in Exhibit B to Broker's escrow account.

7.       REPRESENTATIONS AND WARRANTIES OF PURCHASER.

Purchaser covenants and agrees that in the collection of all Accounts listed in Exhibit A, Purchaser or its agents, employees, representatives or assignees shall comply with all applicable state and federal debt collection laws.

Purchaser or its assignee or successor shall, at its own expense, give the debtor of each Account written notice of the transfer by ordinary mail or debtor's last known address in its first written communication with the debtor.

Purchaser warrants and represents that it is a sophisticated informed investor, has knowledge and experience in financial and business matters that enables it to evaluate the merits and risks of the transaction contemplated by this Agreement. The Purchaser acknowledges that the Debt Receivables are being purchased As-Is, and that The Seller explicitly waives any and all liability for any and all claims that may arise directly or indirectly from this transaction, aside from Paragraph 5 of this agreement. The Purchaser acknowledges that Seller does not represent, warrant or insure the accuracy or completeness of any information or its sources of information contained in the information provided or in any of the Account Files. The Purchaser agrees and represents that the Accounts and Account Files made available to it were an adequate and sufficient basis on which to determine whether and at what price to purchase the Accounts. The Purchaser has made such independent investigations as it deems to be warranted into the nature, validity, enforceability, collectability and value of the Accounts, and all other facts it deems material to its purchase and is entering into this transaction solely on the basis of that investigation and the Purchaser's own judgment, and is not acting in reliance on any representatives or independent contractors (other than the representations and warranties of the Seller contained herein).

Purchaser is in full compliance with its obligations under the terms of any Confidentiality Agreement executed by the Purchaser to review the information made available by Seller or its agents, and the terms thereof are hereby incorporated herein subject to Purchaser's ownership rights and interests acquired by Purchaser hereunder.

8.       NOTICES. Any notice or other communication provided for herein or given hereunder to

**Menjivar Att. DD**
**Page 7 of 17**

a party hereto shall be in writing and shall be delivered in person to such party or mailed by first class registered or certified mail, postage prepaid, addressed as follows:

If to Purchaser:

                SOLIDUS GROUP, LLC
                75 N. Woodward Ave., #10000
                Tallahassee, FL 32313
                Attn: Kelly Brace

If to Seller:        CHM CAPITAL GROUP
                500 Quail Ridge Drive
                Westmont, Illinois 60559

9.     **SEVERABILITY.** If any provision, or application thereof, of this Agreement is held unlawful or unenforceable in any respect, the parties hereto agree that such illegality or unenforceability shall not affect other provisions or allocations that can be given effect, and this Agreement shall be construed as if the unlawful or unenforceable provisions are amended so as to make it valid, reasonable and enforceable and agree to be bound by the terms of such provision, as modified by the court.

10.    **AMENDMENTS.** This Agreement may be amended or modified only by a written instrument executed by all the parties hereto.

11.    **COUNTERPARTS.** This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute but one instrument.

12.    **HEADINGS.** The headings contained in this Agreement and in the Exhibits appended hereto are for convenience only and shall not be deemed to affect the interpretation of the provisions of this Agreement.

13.    **GOVERNING LAW & VENUE.** This Agreement is made pursuant to, and shall be construed under the laws of the State of Illinois, and in the Courts of Illinois.

14.    **ENTIRE AGREEMENT.** This Agreement is intended to define the full extent of the legally enforceable undertakings of the parties hereto, and no related promise or representation, written or oral, which is not set forth explicitly in this Agreement is intended by either party to be legally binding. Both parties acknowledge that in deciding to enter into this transaction they have relied on no representations, written or oral, other than those explicitly set forth in this Agreement.

15.    **CONFIDENTIALITY.** The parties understand and agree that the terms of this Agreement are confidential and they will not be disclosed to anyone outside of their respective organizations.

**Menjivar Att. DD**
**Page 8 of 17**

16.  PURCHASER'S RIGHT OF RESALE.  Purchaser may sell or transfer any of the Accounts to a third party provided Purchaser uses its best efforts to assure that any subsequent purchaser is a reputable entity that shall provide Purchaser with industry typical indemnifications, and provided Purchaser requires every subsequent purchaser of all or part of the Accounts to agree to the same representations, warranties, and terms and be subject to the same indemnities of Purchaser as set forth in this Agreement, including but not limited to this Section and the original agreements in which seller sold a portfolio of receivables including the Accounts as though the third party purchaser and any subsequent purchaser were Purchaser, and any agreement for the sale of all or part of the Accounts by Purchaser and any subsequent purchaser shall provide further that each Seller shall have a direct right of action against all subsequent purchasers of all or part of the Accounts with respect to such representations, warranties, terms and indemnities, and Purchaser shall use no lower standards in selecting third party purchasers of Accounts that it typically uses for its other receivable portfolios.  Purchaser shall promptly inform Sellers of the identities of any potential purchasers to whom Purchaser furnishes any of the information with respect to the Accounts, and of any subsequent purchasers of the Accounts and Purchaser shall only sell Accounts after making a good faith investigation of and a determination that the potential purchaser's integrity and financial reliability conform to the standards set forth in the agreement.  Sale of some or all Accounts shall not relieve Purchaser of any obligation that Purchaser has undertaken under this Agreement and Purchaser shall be liable to Sellers for the breach of any representations, warranty or covenant or with respect to any indemnity that Purchasers adhere to as specified above.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the date first above written.

PURCHASER:          SOLIDUS GROUP, LLC

By:                 _____
                    Kelly Brace

SELLER:             CHM CAPITAL GROUP

By:                 _____
                    Richard Stein, Operations Manager

# EXHIBIT A

77,638 500 Fast Cash Accounts with Total Receivable Value of $33,077,730.00

,

EXHIBIT B
CLOSING STATEMENT
CHM CAPITAL GROUP

| | |
|---|---|
| Receivable Amount | $33,077,730 |
| Accounts | 77,638 |
| Purchase Rate | $0.005 |
| Purchase Price | $165,000 |
| Closing Date | September 8th, 2014 |

**A.** On or before September 10th, 2014, Purchaser shall pay to Seller, $165,000 via wire to Sellers Bank Account.
**B.** Seller agrees to transfer the Accounts, as set forth in Exhibit A, to Purchaser within 72 hours of funding.
**C.** Wire Instructions:

| | |
|---|---|
| Account Name | CHM Capital Group, LLC<br>500 Quail Ridge Drive<br>Westmont, IL 60559 |
| Bank | Bank of America |
| ABA Routing | 026009593 |
| Account Number | 002911333796 |

## EXHIBIT C

## ASSIGNMENT AND BILL OF SALE

Receivable Amount                    $33,077,730.00

Accounts                             77,638

       CHM CAPITAL GROUP (hereinafter called "Seller") has entered into a Receivable Purchase Agreement dated September 10th, 2014 ("Agreement") for the sale of Accounts on Exhibit "A", hereof to SOLIDUS GROUP, LLC., (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

       NOW, THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Accounts described in the Agreement.

CHM CAPITAL GROUP

By: _Richard Stein_

Richard Stein, Operations Manager

**To:**         josh sullivan[jsullivan365@gmail.com]
**From:**     rstein@chmcapital.com
**Sent:**       Wed 9/10/2014 4:06:15 PM
**Importance:**       Normal
**Subject:**    RE: 500 Fast Cash
500FastCash 33MM Unmasked Part 2.xlsx

Attached is the second unmasked file

Thanks,
Richard Stein

       -------- Original Message --------
       Subject: Re: 500 Fast Cash
       From: josh sullivan <jsullivan365@gmail.com>
       Date: Wed, September 10, 2014 6:56 am
       To: rstein@chmcapital.com

       Here is the info for the contract please execute when possible,
       wire was sent this morning!

       Thanks


       Kelly S. Brace
       Solidus Group, LLC
       75 N. Woodward Ave., #10000
       Tallahassee, FL  32313
       Toll Free: 1- 866-803-2216
       www.solidusgroupllc.com

       On Tue, Sep 9, 2014 at 5:58 PM, <rstein@chmcapital.com> wrote:

             Hi Guys,
             Kindly forward corporate info for buyer of 500 Fast Cash ie,
             Company name, address, telephone number and contact
             person and title for who will be executing the contract.  Once
             received we will forward a PSA tomorrow.  Once the deal is
             funded I will immediately forward you the unmasked file.


             Regards,

             Richard Stein
             Operations Manager
             CHM Capital Group

**To:**         Hirsh Mohindra[hirsh@chmcapital.com]
**From:**       Shawn Bure
**Sent:**       Thur 1/22/2015 8:52:37 PM
**Importance:**          Normal
**Subject:**    Peak

I just got this from my lawyer - and I need to get this shit back to you.  How do we handle it?  We are deleting, and revoking anything that was collected I think.  It is a bit of a disaster.


Let me know



The products listed below are toxic and should be immediately purged from your system, including Open Collect and Open Consumer.  The accounts allegedly are fake and the FTC is investigating.  Continuing to work these accounts may get you involved in the FTC investigation.  Let me know if you have any questions or concerns.


Please confirm back to me when these accounts have been scrubbed out.  Thanks.


Red Cedar Services, Inc. d/b/a 500FastCash

MNE Services, Inc. d/b/a AdvantageCashServices

MNE Services, Inc. d/b/a Ameriloan

MNE Services, Inc. d/b/a StarCashProcessing

MNE Services, Inc. d/b/a UnitedCashLoans

MNE Services, Inc. d/b/a USFastCash

SFS, Inc. d/b/a OneClickCash


*Anasazi Services*
*Anasazi Group*
*Canyon Road*
*Cerrillos Road*
*Clearwater Bay Marketing*
*Cutter Group LLC.*
*CWB Services*
*FRH Marketing*
*Huskhawk Group*
*JHS Marketing*

*Longboat Services*
*Mass Street*
*Namaken Capital*
*Oread Group*
*Orion Group*
*Sandpoint*
*St. Armands Group*
*Vandalier Group*

--
Shawn M. Bure
480.788.5010
openholdings.com

**From:** Hirsh Mohindra <hirshm@gmail.com>
**Subject:** Fwd: Peak
**Received(Date):** Mon, 26 Jan 2015 15:55:12 -0600
**To:** Preetesh Patel <preetesh@ashtonasset.com>

Begin forwarded message:

> **From:** Shawn Bure <sbure@openholdings.com>
> **Date:** January 22, 2015 at 2:52:37 PM CST
> **To:** Hirsh Mohindra <hirsh@chmcapital.com>
> **Subject: Peak**
>
> I just got this from my lawyer - and I need to get this shit back to you. How do we
> handle it? We are deleting, and revoking anything that was collected I think. It is
> a bit of a disaster.
>
> Let me know
>
> The products listed below are toxic and should be immediately purged from your
> system, including Open Collect and Open Consumer. The accounts allegedly
> are fake and the FTC is investigating. Continuing to work these accounts may
> get you involved in the FTC investigation. Let me know if you have any
> questions or concerns.
>
> Please confirm back to me when these accounts have been scrubbed out.
> Thanks.
>
> Red Cedar Services, Inc. d/b/a 500FastCash
>
> MNE Services, Inc. d/b/a AdvantageCashServices
>
> MNE Services, Inc. d/b/a Ameriloan
>
> MNE Services, Inc. d/b/a StarCashProcessing
>
> MNE Services, Inc. d/b/a UnitedCashLoans

MNE Services, Inc. d/b/a USFastCash

SFS, Inc. d/b/a OneClickCash

*Anasazi Services*
*Anasazi Group*
*Canyon Road*
*Cerrillos Road*
*Clearwater Bay Marketing*
*Cutter Group LLC.*
*CWB Services*
*FRH Marketing*
*Huskhawk Group*
*JHS Marketing*
*Longboat Services*
*Mass Street*
*Namaken Capital*
*Oread Group*
*Orion Group*
*Sandpoint*
*St. Armands Group*
*Vandalier Group*

--
Shawn M. Bure
480.788.5010
openholdings.com

# Menjivar Attachment EE

## Non- Attorney Collectors

| First Name | Last Name | Alias | Extension |
|---|---|---|---|
| Iesha | Akins | Lisa Peters | 404 |
| Juan | Aguayo | Miguel Sanchez | 459 |
| Artavise | Anderson | Jeffrey Miller | 462 |
| Michelle | Austin | Erin Hill | 418 |
| Jackie | Barton | Heather Ashley | 409 |
| Ana | Bernal | Leslie Hernandez | 428 |
| Virginia | Bey | Khloe Smith | 430 |
| Dominique | Blackman | Grace Evans | 405 |
| Amber | Bowens | Ora Graham | 403 |
| Tanea | Bowens | Tara Morris | 461 |
| Kazaya | Butler | Sandra Williams | 413 |
| Akilah | Clinton | Amanda Taylor | 452 |
| Jasmin | Cummings | Lola Harris | 450 |
| Jade | Dunning | Kimberly Smith | 402 |
| LaToya | Easter | Gloria Lancaster | 425 |
| Coco | Eldridge | Debra White | 500 |
| Jenetta | Farnsworth | Ashley Pierce | 421 |
| Andrea | Freeman | Angela Turner | 414 |
| Emmanuel | Garcia | Eric Torres | 406 |
| Joszlynn | Garcia | Samantha Perez | 417 |
| Jeanette | Garza | Jamie White | 419 |
| Lakesha | Gibbs | Allison Thomas | 440 |
| Yessenia | Gordon | Maria Florez | 423 |
| LaSheena | Grant | Lynn Harris | 434 |
| Reneta | Handford | Evelyn Brown | 439 |
| Timothy | Herrera | Peter Kelly | 412 |
| Jasmin | Hinton | Camille Singleton | 436 |
| Crystal | Jackson | Tammy Watson | 435 |
| Tashyra | Jones | Meagan Brooks | 443 |
| Brittney | Lightfoot | Jennifer Louis | 448 |

| Antonio | Martinez | Benjamin Rodriguez | 463 |
|---|---|---|---|
| Keyle | Mitchell | Kendall Collins | 445 |
| Arnetha | Moore | Kathy Price | 464 |
| Keara | Moore | Stacy Brown | 420 |
| Tashia | Moore | Jessica Scott | 431 |
| Mariah | Novoa | Sophia Castillo | 438 |
| Joanna | Nunez | Lizette Gonzalez | 416 |
| Alexandria | O'Connor | Natalie Gray | 446 |
| Eddie | Oliver | Thomas Anderson | 408 |
| Takisha | Oliver | Judy Thompson | 410 |
| Leylani | Padilla | Lana Vega | 453 |
| Nicole | Peters | Michelle Lopez | 447 |
| Priscilla | Ramirez | Victoria Waters | 415 |
| Valerie | Randolph | Lori Davis | 451 |
| Jessyka | Reid | Janice Wilson | 426 |
| Monique | Robertson | Brenda Taylor | 433 |
| Ashley | Shannon | Yvonne Martin | 424 |
| Dominique | Shaw | Carmen Haynes | 422 |
| La'Toya | Stevens | Karen Baker | 407 |
| Chris | Stevenson | Scott Davis | 441 |
| Crystal | Sumpter | Emily Hall | 427 |
| Keala | Thomas | Michelle Grant | 432 |
| Rayshaun | Thompson | Jill Clark | 429 |
| Myles | Thompkins | Jason Jones | 444 |
| Latonya | Tolliver | Kelly Daniels | 449 |
| Ambreia | Twyman | Marilyn King | 437 |
| Joshae | Young | Joyce Murphy | 442 |

## Attorney List

| Zohaib | Ali | | 460 |
|---|---|---|---|
| Robert | Czarnik | | 401 |
| Abubakr (Buck) | Meah | | 456 |

| Preetesh Patel | 400 | |
|---|---|---|
| Stephanie Palma | 310 | |
| Hilda Gutierrez | 101 | |

**EMPLOYEE EXTENSION/ ALIAS**

| EEID | LAST | FIRST | EXTENSION | ALIAS |
|------|------|-------|-----------|-------|
| 187 | Aguayo | Juan | | |
| 178 | Akins | Iehsa | 404 | Lisa Peters |
| 139 | Ali | Zohaib | 460 | Zohaib Ali |
| 214 | Allen | Alicia | | |
| 228 | Alvarez | Ivan | 439 | Carlos Reyes |
| 160 | Amerson | Katherine | | |
| 188 | Anderson | Artavise | 462 | Jeffrey Miller |
| 136 | Arellano | Nora | 353 | Elizabeth Berg |
| 169 | Austin | Michelle | 418 | Erin Hill |
| 277 | Azor | Ashley | 454 | Melissa Stokes |
| 35 | Barton | Jacalyn | 409 | Heather Ashley |
| 206 | Benson | Jasmine | | |
| 67 | Bernal | Ana | 428 | Patricia Mendez |
| 152 | Bey | Virgina | 430 | London Allen |
| 196 | Blackman | Demetrice | 427 | Morgan Praisley |
| 179 | Blackman | Dominique | 405 | Grace Evans |
| 256 | Blade | Juvoish | 464 | Phillips Stokes |
| 215 | Bolivar | Andrea | 436 | Rosa Esparza |
| 189 | Bowens | Amber | 403 | Ora Graham |
| 190 | Bowens | Tanea | 461 | Tara Morris |
| 207 | Brown | DaMonica | 406 | Jordynn Coleman |
| 268 | Brown | Dorothy | 438 | Brooklyn Adams |
| 120 | Burson | Shanika | 347 | Lori Brooks |
| 144 | Butler | Kazaya | 413 | Mya Long |
| 251 | Byrd | Kristina | 426 | Lana Turner |
| 153 | Campbell | Monica | | |
| 259 | Carbajar | Michelle | 459 | Kourtney Romano |
| 224 | Carlisle | Jade | 425 | Phyllis Jackson |
| 233 | Castro | Vanessa | 453 | Victoria Solis |
| 232 | Clay | Jasmine | 440 | Jessica Barnes |
| 180 | Clinton | Akilah | 452 | Amanda Taylor |
| 242 | Cox | India | 450 | Camille Prince |
| 181 | Cummings | Jasmine | 450 | Lola Harris |
| 208 | Cunningham | Adrienne | | |
| 140 | Czarnik | Robert | 401 | Robert Czarnik |
| 170 | Danbsy | Jasmin | | |
| 278 | Davis | Ashley | 468 | Chantay Johnson |
| 260 | Davis | Valerie | 436 | Lori Henderson |
| 197 | Dill | Jemyla | 419 | Helen Stewart |
| 264 | Drane | Lashay | 409 | Kimberlee Dixon |
| 57 | Dunning | Jade | 402 | Alicia Lee |
| 161 | Easter | LaToya | | |
| 39 | Eldridge | Colette | 500 | Elise Griffin |
| 272 | Escareno | Maricruz | 432 | Lily Florez |
| 114 | Fajardo | Eli | 326 | Bob Morgan |

**EMPLOYEE EXTENSION/ ALIAS**

| EEID | LAST | FIRST | EXTENSION | ALIAS |
|------|------|-------|-----------|-------|
| 162 | Farnsworth | Jenetta | 421 | Ashley Pierce |
| 154 | Finlayson | Eric | | |
| 145 | Freeman | Andrea | 414 | Cassandra Anderson |
| 138 | Gandy | Danielle | 327 | Ayla Bailey |
| 100 | Garcia | Emmanuel | 456 | Miguel Gomez |
| 107 | Garcia | Joszlynn | 417 | Marisol Diaz |
| 163 | Garza | Jeanette | | |
| 171 | Gibbs | Lakesha | 440 | Allison Thomas |
| 225 | Glover | Kenisha | 426 | Gabrielle White |
| 227 | Gonzalez | Yuri | | |
| 172 | Gordon | Yessenia | 423 | Evelyn Lopez |
| 111 | Grant | Fallon | 441 | Lauren Woods |
| 131 | Grant | Lasheena | 434 | Gloria Williams |
| 117 | Grant | Shainna | 329 | RamonaThompson |
| 241 | Griffith | Marcus | 409 | Felix Johnson |
| 151 | Gutierrez | Ilda | 101 | Jasmine Sanchez |
| 223 | Guy | Ashia | | |
| 164 | Guzman | Diego | | |
| 155 | Handford | Reneta | 439 | Evelyn Brown |
| 243 | Harvey | Briana | 414 | Aubree Dixon |
| 89 | Herrera | Tim | 412 | David Lee |
| 104 | Hinton | Jasmin | 436 | Camille Singleton |
| 252 | Hobby | Tyler | 439 | Amber Hart |
| 234 | Hogan | Kandyce | 461 | Kaitylyn Cox |
| 198 | Holmes | Dominique | 466 | Kristina James |
| 123 | Holoman | Erica | 348 | Marie Sims |
| 255 | Howard | Taylor | 462 | Liz Thompson |
| 217 | Jackson | Alexsis | | |
| 105 | Jackson | Crystal | 435 | Nicole Tanner |
| 257 | Jackson | Tempestt | 414 | Tiffany Bell |
| 235 | Jamison | Brianna | 426 | Kayla Moroe |
| 55 | Jefferson | Ariell | 325 | Marilyn McKenzie |
| 236 | Johnson | Jennifer | 465 | Kelly Logan |
| 182 | Jones | Tashyra | 443 | Emily Chatham |
| 258 | Jones | Tiara | 440 | Genevieve Luckett |
| 133 | Juarez | Sandra | 342 | Donna Hunt |
| 209 | Kelly | Shirley | 427 | Carla Richardson |
| 156 | Laura | Shana | | |
| 244 | Lee | DeMonica | 464 | Autumn Thomas |
| 200 | Lee | Khatilen | 453 | Kevin Riley |
| 113 | Levert | Ashley | | |
| 173 | Lightfoot | Brittney | | |
| 201 | Lugo | Clarissa | 465 | Delilah Edwards |
| 191 | Martinez | Antonio | 463 | Derrick Perez |
| 273 | Martinez | Jose | 426 | James Rodriguez |

Menjivar Att. EE
Page 4 of 7
FTC-SLL-0005563

**EMPLOYEE EXTENSION/ ALIAS**

| EEID | LAST | FIRST | EXTENSION | ALIAS |
|------|------|-------|-----------|-------|
| 146 | Mc Clain | Destin | | |
| 218 | McClain | Tianna | 418 | Pamela James |
| 229 | McCloud | Jenna | 451 | Erin McClain |
| 279 | McCullor | Angelica | 460 | Ruth Delgado |
| 210 | McKinnie | Briana | | |
| 149 | Meah | Abubakr | 456 | Buck Meah |
| 134 | Mendez | Nicole | 340 | Quinn Monroe |
| 237 | Merritt | Augusta | 429 | Karen Clark |
| 183 | Mitchell | Keyle | 445 | Kasey Brooks |
| 193 | Moore | Arnetha | 464 | Kathy Price |
| 165 | Moore | Keara | 420 | Samantha Smith |
| 70 | Moore | Tashia | 431 | Natalie Jones |
| 125 | Morrin | Celena | 330 | Maritza Saenz |
| 199 | Morris | Ashley | 448 | Charlene Phillips |
| 245 | Navarro | Maria | 403 | Alani Sanchez |
| 135 | Novoa | Mariah | 438 | Esmeralda Ortega |
| 124 | Nunez | Joanna | 416 | Isabel Chavez |
| 115 | OConnor | Alexandria | 446 | Natalie Gray |
| 71 | Oliver | Eddie | 408 | Eric Boise |
| 137 | Oliver | Takisha | 410 | Judy Thompson |
| 253 | Orr | Stephanie | 415 | Elizabeth Roberts |
| 192 | Padilla | Leylani | | |
| 102 | Palma | Stephanie | 310 | Vanessa Martinez |
| 166 | Palmer | Whitnee | | |
| 230 | Partee | Lakeshia | 452 | Sheila Wilson |
| 7 | Patel | Preetesh | 400 | |
| 157 | Peters | Nicole | 447 | Melissa Rodriguez |
| 274 | Pinquind | Share | 462 | Tammy Hill |
| 220 | Price | Brittany | 405 | Renee Robins |
| 158 | Ramirez | Priscilla | 415 | Victoria Waters |
| 184 | Randolph | Valerie | 451 | Lori Davis |
| 167 | Reid | Jessyka | 426 | Janice Wilson |
| 246 | Riddle | Quimilasha | 415 | Asia Mitchum |
| 269 | Riley | Beverly | 404 | Asia Brooks |
| 247 | Rivera | Meredith | 421 | Maggie Reese |
| 202 | Roberts | Freddie | 425 | Bruce Green |
| 261 | Roberts | Raven | 424 | Rhylie Wilson |
| 265 | Robertson | Brittany | 457 | Traci Nichols |
| 32 | Robertson | Moniquie | 433 | Tori Glover |
| 270 | Robinson | De'Share | 447 | Jamie Harrison |
| 238 | Rodgers | Ashley | 436 | Regina Martin |
| 248 | Roe | Brittany | 457 | Shannon Brauer |
| 119 | Rose | LeShania | 318 | Kathy Green |
| 221 | Rueda | Diana | 410 | Lisa Rivera |
| 222 | Rutherford | Angela | | |

Page 3 of 4

**EMPLOYEE EXTENSION/ ALIAS**

| EEID | LAST | FIRST | EXTENSION | ALIAS |
|------|------|-------|-----------|-------|
| 266 | Saldierna | Veronica | 421 | Marissa Padilla |
| 262 | Sellers | Monique | 437 | Brenda Green |
| 231 | Seuell | Sharnique | 448 | Sharon Carter |
| 174 | Shannon | Ashley | 424 | Beverly Parker |
| 194 | Shaw | Dominique | 422 | Savannah Brown |
| 226 | Shores | Damien | 441 | Jonathan Taylor |
| 168 | Sibley | Eunice | | |
| 280 | Stallworth | Eric | 467 | Chris Brock |
| 211 | Steele | Jalisa | 419 | Katrina Peterson |
| 19 | Stevens | Latoya | 407 | Leslie Fox |
| 175 | Stevenson | Christopher | | |
| 275 | Stroy | Andrea | 442 | Kenya Sanders |
| 185 | Sumpter | Crystal | | |
| 239 | Surles | Pierre | 425 | Devin Alexander |
| 263 | Sutton | Aiesha | 452 | Megan Campbell |
| 212 | Thames | Claudia | | |
| 159 | Thomas | Joseph | | |
| 127 | Thomas | Keala | 432 | Michelle Grant |
| 186 | Thompkins | Myles | 444 | Taylor Scott |
| 176 | Thompson | Ray'Shaun | 429 | Jill Clark |
| 195 | Tolliver | Latonya | 449 | Kelly Daniels |
| 177 | Twyman | Ambreia | 437 | Marilyn King |
| 267 | Valatkeviciute | Kotryna | 452 | Alexandra Donnelly |
| 128 | Washington | Ashley | 345 | Erma Perry |
| 276 | Welch | Briana | 458 | Skye Daniels |
| 271 | Wiley | Cierra | 464 | Malia Thomas |
| 254 | Williams | Kori | 450 | Teresa Jackson |
| 240 | Williams | Lyric | 446 | Joyce Miller |
| 116 | Young | Joshae | 442 | Joyce Murphy |
| 249 | Zywczak | Katarzyna | 305 | |

**Green Line**

| Zohaib 460 / Ali | Buck 456 / Meah |
|---|---|
| Jasmin Hinton 436 | Joanna Nunez 416 |
| Iesha Akins 404 | Yessenia Gordon 423 |
| Jackie Barton 409 | Myles Tompkins 444 |
| Keyle Mitchell 445 | Ashley Shannon 424 |
| LaTonya Tolliver 449 | Amber Bowens 403 |

**Hustle Hard** — Robert 401 / Czarnik

| | |
|---|---|
| Artavise Anderson 462 | Tashia Moore 431 |
| Andrea Freeman 414 | Crystal Jackson 435 |
| Emmanuel Garcia 406 | Jeanette Garza 419 |
| Joshae Young 442 | Kazaya Butler 413 |
| Dominique Blackman 405 | Eddie Oliver 408 |

**Dead Presidents** — Preetesh 400

| | |
|---|---|
| Dominique Shaw 422 | Jenetta Farnsworth 421 |
| | Crystal Sumpter 427 |
| Jessyka Reid 426 | Keara Moore 420 |
| Lakesha Gibbs 440 | Tashyra Jones 443 |
| RayShaun Thompson 429 | Antonio Martinez 463 |

**I Get Money**

| Jade 402 / Dunning | Juan 459 / Aguayo |
|---|---|
| LaSheena Grant 434 | Alexandria O'Connor 446 |
| Virginia Bey 430 | Nicole Peters 447 |
| LaToya Easter 425 | Takisha Oliver 410 |
| | Reneta Handford 439 |
| Brittney Lightfoot 448 | Moniquie Robertson 433 |

**Team 5**

| Keala 432 / Thomas | LaToya 407 / Stevens |
|---|---|
| Chris Stevenson 441 | Tanea Bowens 461 |
| Arnetha Moore 464 | Jasmin Cummings 450 |
| Michelle Austin 418 | Valarie Randolph 451 |
| Joszlynn Garcia 417 | Akilah Clinton 452 |
| Mariah Novoa 438 | Leylani Padilla 453 |

**Team 6**

| | |
|---|---|
| Ana Bernal 428 | Ambreia Twyman 437 |
| Priscilla Ramirez 415 | Tim Herrera 412 |

# Menjivar Attachment FF

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2                   FEDERAL TRADE COMMISSION

 3

 4

 5    MATTER NO.      X160030

 6

      TITLE              STARK LAW, LLC

 7

 8    DATE         RECORDED:  MAY 19, 2015

                   TRANSCRIBED:  JUNE 23, 2016

 9

10    PAGES        1 THROUGH 20

11

12

13               TELEPHONE CONVERSATION BETWEEN

                 KIMBERLY SMITH AND CHRISTINA ███

14               2015_19_05_12_28PM_1660████████_402

15

16

17

18

19

20

21

22

23

24               For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION
 2                         I N D E X
 3
 4    RECORDING:                                   PAGE:
 5    Telephone conversation between
 6         Kimberly Smith and Christina ████            4
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25              For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -
26    (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Stark Law, LLC               )  Matter No. X160030

 5                                   )

 6     ----------------------------)

 7                                   May 19, 2015

 8

 9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25              For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -

26     (800) 921-5555
```

4

```
 1                    P R O C E E D I N G S
 2                   -     -     -     -     -
 3              TELEPHONE CONVERSATION BETWEEN
 4              KIMBERLY SMITH AND CHRISTINA ███
 5         MR. ███:  Hello?
 6         Hello?
 7         KIMBERLY SMITH:  Yes, my name is Kimberly
 8    Smith.  I am a litigation specialist with Stark Law.  I'm
 9    following up on a complaint that our office is handling.
10    We believe Christina ███ may be a family member or an
11    associate of yours.  Is she related to you?
12         MR. ███:  Yes.
13         KIMBERLY SMITH:  Okay.  Is there a good number
14    --
15         MR. ███:  She's my wife.
16         KIMBERLY SMITH:  Okay.  Is there a good number
17    she can be reached at?
18         MR. ███:  Yes, I can just hand the phone over
19    to her, okay?
20         KIMBERLY SMITH:  Okay.
21         (Brief pause.)
22         MR. ███:  Ma'am, who's calling?
23         KIMBERLY SMITH:  This is Kimberly Smith.  I'm
24    calling from Stark Law.
25         MR. ███:  Okay.  Hold the phone.          For The
26    Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

5

```
1              CHRISTINA ████:  Hello?

2              KIMBERLY SMITH:  Yes, am I speaking with Ms.

3    Christina ████?

4              CHRISTINA ████:  Yes.

5              KIMBERLY SMITH:  This is Kimberly Smith.  I am

6    a litigation specialist with Stark Law Office.  To --

7              CHRISTINA ████:  Yes.

8              KIMBERLY SMITH:  -- ensure that I do have the

9    right party, the full Social Security number is XXX-XX-

10   XXXX.

11             CHRISTINA ████:  Yes.

12             KIMBERLY SMITH:  Okay.  We are handling a

13   pending case against you in our firm.  Allow me to

14   explain the details.  Please hold all questions until the

15   end.

16             I show two complaints in your case.  The first

17   is for an issuance of a bad check; the second is for an

18   attempted defrauding of a financial institution.  Both

19   complaints stem from a loan that was taken out through

20   Paragon Funding.  You authorized a draft from your

21   checking account.  That draft had insufficient funds.

22             Was is it your intent to breach your contract?

23             Ms. ████?

24             CHRISTINA ████:  I'm sorry.

25             KIMBERLY SMITH:  Okay.  Was it your intent --

26   For The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

6

```
 1            CHRISTINA ████:  A bad check?
 2            KIMBERLY SMITH:  -- to -- correct.  You took
 3   out a loan.  This would have been a payday loan.
 4            CHRISTINA ████:  No.
 5            KIMBERLY SMITH:  Was it your intent to breach
 6   the contract?
 7            CHRISTINA ████:  I never took out a payday
 8   loan.
 9            KIMBERLY SMITH:  The loan was taken out in
10   August of 2011.  Your full Social Security number is
11   linked to the bank account used to make the loan
12   payment, as well as the email address of
13   ████████████@gmail.com.  So, the fact of not taking
14   out the loan --
15            CHRISTINA ████:  I have taken out -- I have
16   taken out payday loans in the past, yes, but I have never
17   breached the contract, nor have I ever given a bad check,
18   nor have I ever not returned the funds in full.
19            KIMBERLY SMITH:  Okay, well, this loan was
20   taken out for $450.  When they went to process repayment
21   of the loan, the funds were insufficient.  Let me explain
22   the options at this time.  The first option would be for
23   me to forward your file to one of our lead attorneys and
24   have them file a lawsuit against you and seek a judgment
25   on fraud charges and look to obtain a judgment in the          For
26   The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Menjivar Att. FF**
**Page 6 of 20**

1    amount of $2,730.  That will include the attorney fees,

2    as well as the court costs.

3           Do you understand option number one?

4           CHRISTINA ███:  Okay, go ahead.

5           KIMBERLY SMITH:  Your second option allows you

6    to make a reduced, one-time settlement payment in the

7    amount of $730.  This will avoid me from continuing with

8    the lawsuit and we would not pursue the fraud charges

9    that are against you.  If you accept option number two,

10   the payment of $730 is due today.  How would you like to

11   proceed?

12          MR. ███:  Now, it's in litigation (inaudible)

13   --

14         CHRISTINA ███:  Yeah, I -- I'm sorry, but this

15   seems a little crooked to me.  I haven't received any

16   litigation paperwork, nothing in the mail.  I have never

17   not repaid my loans, and I think you're fraud.

18         KIMBERLY SMITH:  Okay, well, again, this is

19   Stark Law Firm.  We just received your case today.  So,

20   no, you did not receive any paperwork from our firm.  The

21   original creditor from whom you took the loan out

22   through, they sent correspondence --

23         CHRISTINA ███:  (Inaudible).

24         KIMBERLY SMITH:  -- to the address we have here

25   on file for you, ████████████████, I have        For

26   The Record, Inc.  (301) 870-8025 - www.ftrinc.net - (800) 921-5555

8

1    ████████████, Jacksonville, Florida, █████. At that

2    point, you failed to respond. Your case is now in our

3    office. So, I do need to know, how would you like to

4    proceed at this point?

5                    CHRISTINA █████: Yeah, no, I've never not paid

6    anything that -- that's not true at all.

7                    KIMBERLY SMITH: You're stating you never took

8    the loan out through Paragon Funding in August of 2011

9    for the amount of $450?

10                   CHRISTINA █████: No.

11                   KIMBERLY SMITH: Okay. You also placed a USAA

12   Federal Savings Bank account information on file for them

13   to process repayment of the loan, as well as you were

14   employed through ████████████████████? And at that

15   point --

16                   CHRISTINA █████: Not anymore. That's --

17                   KIMBERLY SMITH: Okay, well, again, that was

18   taken out in 2011. This was all of the information --

19                   CHRISTINA █████: In August?

20                   KIMBERLY SMITH: Correct. This was all of the

21   information placed on file to obtain the loan.

22                   CHRISTINA █████: Oh, I'm sure you have plenty

23   of information on me, plenty, I'm sure. And I don't know

24   what whoever's trying to file a lawsuit against me is

25   trying to, but that's not accurate information. I mean,

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

9

```
1   the only accurate information you have is my previous
2   employment and living information.
3             KIMBERLY SMITH:  Well, again --
4             CHRISTINA ████:  But --
5             KIMBERLY SMITH:  -- your full Social Security
6   number is linked to the bank account information placed
7   on file to process repayment of the loan.
8             CHRISTINA ████:  Right.  I know.  So, the only
9   thing I can think of is that, you know, somebody who
10  worked at wherever that place is -- is -- is just messing
11  with -- I don't know.  I really don't know.
12            MR. ████:  Wrong (inaudible).
13            CHRISTINA ████:  Wrong information, wrong
14  person.  I don't know.
15            KIMBERLY SMITH:  Okay.  Well, again, I have to
16  advise you --
17            CHRISTINA ████:  I have --
18            KIMBERLY SMITH:  -- this -- we have to verify
19  everything before any court action starts on your case,
20  so the fact of not taking out the loan is invalid.  The
21  only thing I can do, again, is forward the file to the
22  lead attorney and suggest that they just proceed forward,
23  file the lawsuit, and seek the judgment.  Again, they
24  will be seeking charges for the attempting to defraud a
25  financial institution, as well as for the bad check.  And
26  For The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

1   once they proceed forward, they're seeking a judgment for

2   $2,730.

3           CHRISTINA ███:  Do you want to tell me why any

4   institute would wait four years to now come after me for

5   a bad -- whatever check for how much?

6           KIMBERLY SMITH:  Well, the loan was taken out

7   for $450.

8           CHRISTINA ███:  Yeah, but how much was the,

9   quote, unquote, bad check for?

10          KIMBERLY SMITH:  Well, again, the original

11  amount taken out was $450.  When they went to process --

12          CHRISTINA ███:  But what --

13          KIMBERLY SMITH:  I'm explaining to you.  I

14  understand your question.  I'm explaining to you the

15  information --

16          CHRISTINA ███:  Okay.

17          KIMBERLY SMITH:  -- we have here.  We are not

18  the original creditor.  We're --

19          CHRISTINA ███:  If I took out a loan for $450,

20  chances are there was a payment plan in place, and this

21  happened with -- every time I've ever used a payday loan

22  --

23          KIMBERLY SMITH:  They might have --

24          CHRISTINA ███:  -- there's a payment plan in

25  place --                For The Record, Inc.   (301) 870-8025 -

26  www.ftrinc.net - (800) 921-5555

1            KIMBERLY SMITH:  Correct.  They might have --

2            CHRISTINA ███:  -- where you pay $50 or $100.

3            KIMBERLY SMITH:  Correct.  They might have --

4            CHRISTINA ███:  So, to sit there and say --

5            KIMBERLY SMITH:  Correct, they might have set

6 you up on a payment plan, but when they went to process

7 repayment of the loan through the -- I have here USAA

8 Federal Savings Bank account, the funds were

9 insufficient.  So, whether it was one payment, two

10 payments, or the full balance, I'm not aware of that

11 information.

12           CHRISTINA ███:  Okay, so, I don't understand

13 how you can ask me to pay $700-and-something if it was --

14 well, A, it didn't even happen; but, B, if it was a $50

15 check --

16           KIMBERLY SMITH:  Well, the -- the total amount

17 was --

18           CHRISTINA ███:  I think --

19           KIMBERLY SMITH:  -- four-hundred-dollars --

20           CHRISTINA ███:  -- I have repaid -- I have

21 repaid every loan that I have ever taken out.

22           KIMBERLY SMITH:  Okay.

23           CHRISTINA ███:  Every loan.

24           KIMBERLY SMITH:  Well, the total amount was --

25           CHRISTINA ███:  So --          For The Record, Inc.

26 (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1              KIMBERLY SMITH:  -- $450.  They are now --
2              CHRISTINA ███:  I --
3              KIMBERLY SMITH:  -- stating at this point.  So,
4    allow me to explain.  I can answer any question you have,
5    but I will have to answer one question at a time.  You
6    want to know why the balance is now $730 and the original
7    amount was only $450, correct?  I can answer that
8    question.  The reason the amount is $730 now is because
9    the loan was taken out in 2011 and it was not paid back
10   in the specified time you agreed to.  So, they did add
11   interest and late fees.  Now, that would be directly from
12   the original creditor.  We do not add interest and late
13   fees here.  We're simply the law firm that's willing to
14   assist you prior to they -- prior to them taking any
15   court actions on your case.
16             CHRISTINA ███:  Yeah, I'm really sorry.  I'm
17   not trying to be rude, but there's something funky going
18   on there because I have never not paid back a loan.
19             KIMBERLY SMITH:  Okay.  Did you not pay the
20   loan --
21             CHRISTINA ███:  And --
22             KIMBERLY SMITH:  -- back in full?
23             CHRISTINA ███:  No, I have -- I have always
24   paid back a loan.  The last thing I want is a loan shark
25   coming after me.  You know, and at that point I was a           For
26   The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

1    single mother of three.  So, that doesn't make any sense.

2    And I wouldn't take out a huge loan because I didn't want

3    to have to pay back a huge loan, which is why it was only

4    $450.

5          However, it would always be -- and, actually,

6    it was never 450, because it's always been 500.  I've

7    only ever borrowed $500, because I don't like uneven

8    numbers.  But it would always be a small payment, like

9    $100 every payday --

10          KIMBERLY SMITH:  Okay.

11          CHRISTINA ███:  -- until it was paid in full.

12    And I've always paid it in full.

13          KIMBERLY SMITH:  Well, the only thing I can

14    suggest, because, again, everything has to be verified,

15    so if this loan had of been paid in full, legal action

16    would not have started.  The only thing I can think --

17          CHRISTINA ███:  So, if somebody (inaudible)

18    out there --

19          KIMBERLY SMITH:  I'm not exactly sure.

20          CHRISTINA ███:  -- whether they didn't process

21    one of my payments or all of my payments, and then just

22    left it for however many years, to then say that now it

23    needs litigation and that person who, you know, took my

24    payments -- and I don't even know the group you're

25    talking about, to be perfectly honest.         For The Record,

26    Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1          KIMBERLY SMITH:  Okay.

2          CHRISTINA ███:  But --

3          KIMBERLY SMITH:  Again, it's Paragon Funding.

4          CHRISTINA ███:  Okay.

5          KIMBERLY SMITH:  That would be the original --

6          CHRISTINA ███:  I don't know --

7          KIMBERLY SMITH:  Okay, well, that would have

8 been the original creditor that also would have been

9 listed inside of the original contract you agreed to when

10 you accepted the loan.  So, at this point, they are

11 willing --

12          CHRISTINA ███:  (Inaudible).

13          KIMBERLY SMITH:  So, at this point, they are

14 willing to proceed forward and seek a judgment.  If they

15 seek the judgment, it will be for $2,730 because of the

16 court costs, as well as the attorney fees and the

17 litigation fees on the case as well.

18          CHRISTINA ███:  Unless I can prove that I paid

19 it in full.

20          KIMBERLY SMITH:  Well, at that point, they'll

21 still go ahead and file the lawsuit, yeah, it would just

22 be up to you to prove that at that time.

23          CHRISTINA ███:  Okay.  If I can prove that I

24 paid all of my -- my loans in full, then --

25          KIMBERLY SMITH:  Then you would just need to       For

26 The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1  proceed forward.

2           CHRISTINA ████: -- because I would have --

3           KIMBERLY SMITH:  So, would you like me to just

4  explain to the -- (break in recording) -- they'll do and

5  just go ahead and file the lawsuit and seek the judgment,

6  and you can prove that when you possibly appear.

7           CHRISTINA ████:  Yeah, this just doesn't sound

8  right.  I am so sorry, but it just does not sound right,

9  four or five years later to have somebody come after me

10 for $700 off of a 450, quote, unquote, dollar loan.

11          KIMBERLY SMITH:  Well, that, again, would be

12 interest and late fees.  You also would have agreed to

13 that in your contract if the loan was not paid back in

14 the specified time period.  What I'll do, Ms. ████ --

15          CHRISTINA ████:  Right, but (inaudible) happen.

16          KIMBERLY SMITH:  -- I'll forward the file to

17 the lead attorney and suggest that they just proceed

18 forward, and at that point, they'll go ahead and contact

19 you.

20          Is there anything else I can assist you with?

21          CHRISTINA ████:  So, you want her to go ahead?

22          One moment, please.

23          (Call placed on hold.)

24          CHRISTINA ████:  You're just going to have to

25 call me back tomorrow, and I'll give you a better idea,

26 For The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    but I'm going to go through paperwork tonight.

2         KIMBERLY SMITH:  Well, what I can do is simply

3    offer you a payment arrangement that would stop any

4    litigation process from continuing on the case.  But at

5    this point, if I forward the file and they go ahead and

6    file a lawsuit, there's nothing we can do at that point.

7         MR. ███: Excuse me, ma'am, can we at least

8    verify this thing?  Because you're running into a hurry,

9    and with all these scams on the phone and everything, I

10   think we have the right to hold on and hold off and see

11   the paperwork so -- for us to verify.  So, what if we did

12   not pick up the phone today?  Will you go ahead anyway?

13   So, she's just asking you --

14        KIMBERLY SMITH:  I do understand.

15        MR. ███: -- to hold up --

16        KIMBERLY SMITH:  I do understand.

17        MR. ███:  -- and give us a little bit of time

18   to just confirm with our paperwork.  You have your

19   paperwork in front of you; let us confirm with our

20   paperwork on our side, and we can give you a call back

21   and we can talk about this.  Surely, like give us a day

22   or two, right?  It makes sense, right?

23        KIMBERLY SMITH:  I do understand.  I'm just

24   simply explaining that once any court action starts there

25   will be no need to contact us back.  They'll just proceed

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1   forward.

2            MR. ███: Okay.

3            KIMBERLY SMITH: If you're asking --

4            MR. ███: All right.

5            KIMBERLY SMITH: -- for paperwork, what we can

6   provide to her is a payment schedule if you guys choose

7   to set up arrangements. It will have the original

8   creditor, as well as our information, any payment dates

9   you guys agree to. Once the loan is paid off in full, we

10   can also provide her with a paid-in-full letter stating

11   that the loan was paid off in full.

12            CHRISTINA ███: Okay. So, what my husband is

13   saying is there are plenty of scams out there and this

14   just totally seems like one. And I'm not going to pay

15   anything right now because I'm first going to look up

16   your law firm. I'm going to make sure you guys are

17   legit.

18            MR. ███ Tell them to send the paperwork.

19            CHRISTINA ███: And I would like to receive a

20   copy of the paperwork in the mail that's being held

21   against me in the first place. These are all my legal

22   rights, and if you are a legal entity, you would

23   understand that I have the legal right to have the

24   paperwork directly in front of me.

25            KIMBERLY SMITH: Okay, Ms. ███ --           For The

26  Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1     CHRISTINA ▇:  Not just take your word over

2     the phone.

3          KIMBERLY SMITH:  -- I do understand, but,

4     again, this is a law firm.  There's nothing I can provide

5     to you in writing that I have not provided to you over

6     the phone.  What I'll do is forward the file --

7          CHRISTINA ▇:  Then provide it to me in

8     writing.  Pretend I am deaf and I didn't hear anything.

9     You can send it to me in writing.

10          KIMBERLY SMITH:  Okay, again --

11          CHRISTINA ▇:  Okay?

12          KIMBERLY SMITH:  -- there is no way I can

13     provide --

14          CHRISTINA ▇:  Here is my address.

15          KIMBERLY SMITH:  -- the information --

16          CHRISTINA ▇:  It's ▇ --

17          KIMBERLY SMITH:  -- to you in writing.  What

18     I'll do is forward the file to the lead attorney.

19          CHRISTINA ▇:  Okay, there is no way --

20          KIMBERLY SMITH:  Allow me to explain, Ms. ▇.

21          CHRISTINA ▇:  You can --

22          KIMBERLY SMITH:  I'll forward the file to

23     the --

24          CHRISTINA ▇:  I really don't have --

25          KIMBERLY SMITH:  -- lead attorney.  Allow me to

26     For The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1   explain.
2              CHRISTINA ████:  -- (inaudible) to explain to
3   me again.  I don't have time for you to explain again.
4   You've explained it 17 times.
5              KIMBERLY SMITH:  Okay.  Well, you have a great
6   day.  We will be proceeding forward.
7                   (The call was concluded.)
8                   (The recording was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                   For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -
26   (800) 921-5555
```

```
1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: X160030

4    CASE TITLE: STARK LAW, LLC

5    TAPING DATE: MAY 19, 2015

6    TRANSCRIPTION DATE: JUNE 23, 2016

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JUNE 23, 2016

14

15

16                          SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                          ELIZABETH M. FARRELL              For

26   The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

# Menjivar Attachment GG

1                    OFFICIAL TRANSCRIPT PROCEEDING

2                      FEDERAL TRADE COMMISSION

3

4

5     MATTER NO.      X160030

6

      TITLE                STARK LAW, LLC

7

8     DATE          RECORDED:  OCTOBER 12, 2015

                    TRANSCRIBED:  JUNE 23, 2016

9

10    PAGES         1 THROUGH 19

11

12

13                  TELEPHONE CONVERSATION BETWEEN

                      LESLEY FOX AND DIANE

14            2015_12_10_06_52PM_407_1412███████

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25        (301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                              PAGE:

 5      Telephone conversation between

 6          Lesley Fox and Diane                    4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25              For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -

26      (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Stark Law, LLC                 )  Matter No. X160030

 5                                   )

 6    -----------------------------)

 7                                   October 12, 2015

 8

 9

10

11            The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25                   For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -

26    (800) 921-5555
```

4

```
 1              P R O C E E D I N G S

 2              -    -    -    -    -

 3     TELEPHONE CONVERSATION BETWEEN LESLEY FOX AND DIANE

 4              LESLEY FOX:  -- may I help you?

 5              DIANE:  I'm sorry, I couldn't hear you.  Who is

 6     this?

 7              LESLEY FOX:  This is the legal department of

 8     Stark Recovery.  Is this Diane?

 9              DIANE:  Yes, it is.

10              LESLEY FOX:  (Inaudible)?  Okay.  Give me one

11     second.

12              DIANE:  And I'm assuming you're pulling up some

13     case number or something, but the first thing I need to

14     tell you is that I got this message from my son-in-law

15     who you called.  You need to take his phone number off

16     immediately.

17              LESLEY FOX:  Okay.  I'm not sure who called,

18     but it wasn't me.  What's your son's name?

19              DIANE:  It was a -- it -- it was a recording,

20     and it -- and I have the recording, and it was on --

21              LESLEY FOX:  What's your son's name?

22              DIANE:  -- his phone he sent me.

23              LESLEY FOX:  Is it Michael?

24              DIANE:  No, that's my son.  I said my son-in-

25     law, Jeff.  And you don't call with my personal              For The

26     Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

1    information to anybody.

2         LESLEY FOX:  Ma'am, you're yelling at the wrong

3    person, first of all, so I'm going to need you to slow

4    down or I'm not going to remove any kind of numbers.

5    They can keep calling.  This is a -- a legal department.

6    In the discovery process on this case, it's very legal

7    for them to contact the relatives and associates that

8    they have to locate you.  So, you can --

9         DIANE:  Well, why aren't you calling my number?

10         LESLEY FOX:  I'm -- it looks like she called

11    your number.  You got a call from Samantha.  Your sister

12    -- it looks like your sister called in and gave your

13    number to call you.  And she called you.

14         DIANE:  My sister?  I don't have a sister.

15         LESLEY FOX:  A person from a ███████ called in

16    and gave another number of ████████████.  So, whoever

17    those two numbers are --

18         DIANE:  Okay, that's wrong.

19         LESLEY FOX:  -- was the number --

20         DIANE:  That's my -- that ████████ is my

21    deceased mother.

22         LESLEY FOX:  Uh-huh.  And then a --

23         DIANE:  The ████ number -- the ████ number, I

24    don't have a sister.

25         LESLEY FOX:  Okay, well, I'm just going off          For

26    The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    what the notes say, so I'm not sure who it is, but this

2    is the number that called and gave this information.

3             DIANE:  Okay.  There's this ███████ number that

4    you have for Jeff.

5             LESLEY FOX:  A ████?

6             DIANE:  You need to take that --

7             LESLEY FOX:  I don't show a ████ number.

8             DIANE:  Well, that's how I got this message,

9    and I -- and I am listening -- I listened to the

10   recording, so --

11            LESLEY FOX:  Mm-hmm.

12            DIANE:  -- you called his -- somebody called

13   his phone.

14            LESLEY FOX:  At ███████, I don't have anything

15   with ███████ in your file.  Is that the right number?

16            DIANE:  Yeah.  This number is the number you

17   need to call me at, the 412███████.

18            LESLEY FOX:  ████.  Okay.

19            DIANE:  Yes.  Do not call any other numbers.

20            LESLEY FOX:  Okay.

21            DIANE:  What is this regarding?

22            LESLEY FOX:  Okay, my name is Lesley Fox

23   (phonetic), and Samantha is not here right now.  But I'm

24   a litigation specialist in our legal department.  To

25   ensure I have the right party, your Social Security                For

26   The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    number is XXX-XX-XXXX; is that correct?

2                DIANE:  Yes.

3                LESLEY FOX:  Okay.  There is a matter pending

4    against you in our legal department.  Allow me to explain

5    the details.  Please hold your questions until the end.

6    Now, we have a cause of action arising from a breach of

7    contract when you defaulted on a loan.  The loan was

8    taken out with Midland Financial.  You authorized a draft

9    from your checking account.  That draft had insufficient

10   funds.

11               Now, ma'am, was it your intent to breach your

12   contract and not repay the loan back?

13               DIANE:  Midland Financial?

14               LESLEY FOX:  Yes, this was an online payday

15   loan that was --

16               DIANE:  I don't --

17               LESLEY FOX:  Go ahead.

18               DIANE:  No, I don't have a mid-day financial

19   payday loan.

20               LESLEY FOX:  Midland Financial?  Okay --

21               DIANE:  No, I do not.

22               LESLEY FOX:  -- well, the loan was taken out on

23   November --

24               DIANE:  And I never have.

25               LESLEY FOX:  Okay.  Well, your Social Security

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1      number, ma'am, is linked to a PNC Bank National account

2      ending in XXXX that was used to cover the loan payment.

3      When the draft was unsuffi -- insufficient, they sent a

4      email of default to █████@hotmail.com.  At this stage,

5      the fact that you have not taken out this loan is not

6      valid.

7                So, if you're stating that you didn't take this

8      out, I'm not a judge, so I'm not here to determine your

9      liability.  You have the option to contest this case in

10     court, or you can go ahead -- or they can go ahead and

11     seek judgment.  Judgment would be for $2,740 if you're

12     found liable for taking out this loan.  Or, otherwise,

13     the only other option --

14               DIANE:  Hey, wait a minute, wait a minute.

15     Wait a minute.  I'm confused.  The payday loan was to

16     who?  Midland Financial?

17               LESLEY FOX:  Through Midland Financial.

18               DIANE:  No.  I had fraud on my PNC account,

19     where --

20               LESLEY FOX:  Okay.

21               DIANE:  -- they did a mobile -- where they did

22     a mobile deposit and then withdrew money.  Is this PNC

23     that is doing this claim, because I have --

24               LESLEY FOX:  No, this is --

25               DIANE:  -- a fraud case --                For The Record, Inc.

26     (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1           LESLEY FOX:  This is --

2           DIANE:  This is Midland Financial?

3           LESLEY FOX:  Yes.

4           DIANE:  I -- I know nothing about a Midland

5      Financial.  I never did a payday loan with them.  I did

6      a payday loan in November with (inaudible) L that I paid

7      in full and I did one with Souvenir that I paid in full.

8           LESLEY FOX:  Okay.

9           DIANE:  I have never had anything with Midland

10     Financial.

11          LESLEY FOX:  Okay.  So, what I'm going to do is

12     let them know --

13          DIANE:  So, it has to be -- it -- it has to be

14     something with that fraud case then because I had to

15     close that PNC account.

16          LESLEY FOX:  Well, whoever did this had your

17     email and password because the contract was sent to your

18     email address.  They electronically signed for it with

19     your Social Security number, so they knew your Social;

20     they knew your bank routing and account number.

21          DIANE:  Yep.

22          LESLEY FOX:  They knew --

23          DIANE:  Yep.

24          LESLEY FOX:  -- ██████ (phonetic) was the place

25     of employment for you.  They knew ████████ was a                For

26     The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    residence for you.  So, at this stage, the fact of you

2    not taking it out is not valid, but if you're saying

3    someone else did this to you, you're going to have to

4    countersue them because this is not just one point of

5    information that they have.  This is not just -- this is

6    just not the PNC banking information they have.  They

7    have all your information.

8            And, so, if you're disputing it, and the only

9    way to dispute it is if we can -- if we can contest this

10   case in court.  When we contest it in court, based on the

11   information you provide and the information we provide,

12   if the judge determines that you are liable, then we're

13   pursuing for the amount of $2,740.  That includes the

14   attorney fees; that includes the court cost; that

15   includes the $740 balance in our office.  If you choose

16   to settle it outside of court, then the settlement in

17   full today would be $740.

18           DIANE:  I don't understand what -- you want me

19   to settle for $740 for something --

20           LESLEY FOX:  No, I want you --

21           DIANE:  -- that I didn't do?

22           LESLEY FOX:  Un-nuh.  I want you to just tell

23   me how you would like for us to proceed with option one

24   or option two.

25           DIANE:  Can you send this to me in writing so

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    that I can talk to somebody about this?  Back then when I

2    --

3              LESLEY FOX:  You are talking to someone --

4              DIANE:  -- did -- okay, but I don't know you

5    from Adam either, and I got burnt when I did a payday

6    loan.

7              LESLEY FOX:  Mm-hmm.

8              DIANE:  It was stupid.  I gave my information

9    out, and I got burnt.

10              LESLEY FOX:  Okay.  Well, the original creditor

11    --

12              DIANE:  I thought I was talking to -- I thought

13    I was talking to a legitimate place, and I got burnt.

14              LESLEY FOX:  Okay, yeah --

15              DIANE:  And I had to change -- I had to change

16    --

17              LESLEY FOX:  The --

18              DIANE:  -- my bank account and everything.  So,

19    yes --

20              LESLEY FOX:  I understand all of that.

21              DIANE:  -- somebody did have my personal --

22              LESLEY FOX:  I understand all of that, but

23    right now, the original creditor has sent you notice of

24    the defaulted loan, all the way up until now.  Due to

25    your unwillingness to comply with them, it resulted in          For

26    The Record, Inc.  (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    escalated litigation.  That's why your file is in our

2    office.  So, all of our --

3               DIANE:  Well, why is that --

4               LESLEY FOX:  -- information has been verified.

5               DIANE:  -- why is that coming about now?

6    Because if Midland Financial --

7               LESLEY FOX:  They sent you notice of the

8    defaulted loan to that email address.  Is it not active?

9    Because all the correspondence has been sent out to you

10   before it came into our office.  We received your file on

11   the 6th.

12              DIANE:  It probably went to --

13              LESLEY FOX:  So, and this --

14              DIANE:  -- it -- it probably went to a junk

15   mail.

16              LESLEY FOX:  Okay.  That may be the case, but

17   at this point, ma'am, there is nothing I can provide you

18   in writing that I have not already told you.  If you

19   choose to resolve it, we're going to send you a paid-in-

20   full letter.  If it's something you're not looking to

21   resolve, you're going to receive court documents to

22   appear.

23              DIANE:  To appear where?

24              LESLEY FOX:  To appear in court.

25              DIANE:  Where is Midland's --            For The Record,

26   Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. GG**
**Page 12 of 19**

1          LESLEY FOX:  That would be in your county.

2    Midland Financial was --

3          DIANE:  Where is Midland --

4          LESLEY FOX:  -- an online payday loan.

5          DIANE:  Midland Financial is a legitimate

6    online payday firm?

7          LESLEY FOX:  Payday loan.  Mm-hmm.

8          DIANE:  I never got a deposit from them.  I --

9    that's what I'm saying.  I did some online stuff, but I

10   got burnt.  I had to change --

11         LESLEY FOX:  Okay.

12         DIANE:  -- everything.

13         LESLEY FOX:  If you're stating that you never

14   did it, I can't determine your liability.  I was not

15   there when the loan was obtained.  All I can do is

16   explain to you what was listed, what's been verified, and

17   what your options -- if you're stating you didn't do

18   this, then you can -- the only other option is to go with

19   the fact that you can contest it in court, meaning you

20   tell the same -- you tell the judge the same story you're

21   telling me; we're going to present the same information

22   that we're telling you; and if the judge determines based

23   off the information that we provide that you took out

24   this loan, then unfortunately the judgment is going to be

25   higher, for $2,740.  And we're pursuing it to the fullest

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    extent of the law.

2            And if you didn't do it, someone has all your

3    information, and most of the time, it's someone that's

4    close to you that would have done this to you.  But I

5    can't -- I can't determine it.  I can't determine if you

6    did it or someone else did it.  That would have to be

7    left up to a judge to make that decision.  So, how do you

8    want to proceed?

9            DIANE:  And what are my options again?  I mean,

10   you're rambling.  This is the first I'm hearing about

11   this, and you're asking me to make a decision while I'm

12   talking on the phone in my car.

13           LESLEY FOX:  Yes, ma'am.  Because time is of

14   the essence on your claim, ma'am.  And as I stated, this

15   is not --

16           DIANE:  Okay, but if you're --

17           LESLEY FOX:  -- we only contacted --

18           DIANE:  -- but if you're -- but if you're a --

19           LESLEY FOX:  Go ahead.

20           DIANE:  -- legitimate company, why can't you

21   send me something in writing so I can review this

22   tomorrow?

23           LESLEY FOX:  Okay, this is litigation, ma'am.

24   You have -- all the legal correspondence that need to be

25   sent out has already been sent out.  We're not going to

26   For The Record, Inc.    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1   take the time --
 2             DIANE:  From who?
 3             LESLEY FOX:  -- to send you out any -- from the
 4   original creditor.  Midland Financial sent you notice of
 5   the defaulted loan.
 6             DIANE:  I didn't receive --
 7             LESLEY FOX:  So, if this is a --
 8             DIANE:  -- anything.
 9             LESLEY FOX:  Okay.
10             DIANE:  If I would have, I would have fought it
11   then.
12             LESLEY FOX:  That is something that you can
13   bring up when you appear for the matter, ma'am.  This is
14   not something -- we only contact you as a courtesy.  By
15   law, we don't have to contact you regarding this matter.
16   You would just receive notification regarding the lawsuit
17   and regarding who's pursuing you and what for, with no
18   chance of resolving it outside of court.
19             We contact you to find a -- a solution so that
20   the file does not escalate further.  The case can be
21   resolved today, but if we're not able to find a
22   resolution to this matter right now, then the case will
23   be escalated.  You were contacted from the 6th all the
24   way up until now regarding this matter, and you just now
25   contacted us back.              For The Record, Inc.  (301) 870-8025 -
26   www.ftrinc.net - (800) 921-5555
```

1    DIANE:  The 6th of what?  This is --

2    LESLEY FOX:  Of this month.

3    DIANE:  From the 6th?  Today's the 12th.

4    LESLEY FOX:  Correct, so that was too many

5    days.  They should have -- she should have moved your

6    file out on the 6th when we haven't heard back from you

7    or the 7th when we haven't heard back from you.

8    DIANE:  What is the name of your company?

9    LESLEY FOX:  It's Stark, S T A R K, Recovery.

10    DIANE:  But if you're a legitimate company, why

11    can't you give me something?

12    LESLEY FOX:  Ma'am, I stated, we can give you

13    something.  If you choose to resolve it, we're going to

14    send you a paid-in-full letter.  If you don't choose to

15    resolve it, you're going to receive a solidified court

16    date.  You're going to receive something either way to

17    go.

18    DIANE:  I'm talking about something explaining

19    --

20    LESLEY FOX:  The original creditor --

21    DIANE:  Who is this --

22    LESLEY FOX:  -- already sent all that

23    information, ma'am.

24    DIANE:  Who is this Samantha?  Who is this

25    Samantha person?            For The Record, Inc.  (301) 870-8025 -

26    www.ftrinc.net - (800) 921-5555

1        LESLEY FOX:  Samantha is the litigation

2   specialist who contacted you.

3        DIANE:  Okay.  Can I talk to her tomorrow,

4   please?

5        LESLEY FOX:  You can call back tomorrow if you

6   want to call back tomorrow, but it's going to be too late

7   because they're -- I'm forwarding your file to the lead

8   attorney's office.  And once court action starts on your

9   claim, ma'am, there is nothing we can do to assist you.

10  We'll be limited to what we can disclose to you outside

11  of court.

12       DIANE:  Okay.  You're --

13       LESLEY FOX:  There's nothing --

14       DIANE:  -- you cannot --

15       LESLEY FOX:  -- she can provide to you or

16  nothing I can provide you in writing, ma'am.  There's

17  nothing.  Unless you're looking to resolve it.

18       DIANE:  You cannot -- you cannot force me to

19  make a decision --

20       LESLEY FOX:  I'm not forcing you --

21       DIANE:  -- right now on the phone --

22       LESLEY FOX:  -- to do any of that.

23       DIANE:  Yes, you're being very aggressive.

24       LESLEY FOX:  No.  What I'm stating to you is if

25  you make a decision right now with me or not, we're                    For

26  The Record, Inc.  (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1    moving forward, with or without your consent.  We contact

2    you as a courtesy ma'am.  That's not something we have to

3    do.  If it's something you're disputing, then you need to

4    go with option number one.  It's very simple.  If you

5    didn't do it, then go with option number one.  If you did

6    it, then resolve it.

7            DIANE:  Well, obviously, I'm going to -- I'm

8    going to fight it, but what I'm saying is I don't have

9    anything from --

10            LESLEY FOX:  So, we're going to move forward,

11   ma'am.  At this time, we're moving forward.

12            DIANE:  Mm-hmm.

13            LESLEY FOX:  You said you're going to dispute

14   it, so we're going with option number one.  Good luck to

15   you, ma'am.

16            DIANE:  Okay, look -- okay --

17            (The call was concluded.)

18            (The recording was concluded.)

19

20

21

22

23

24

25            For The Record, Inc.   (301) 870-8025 - www.ftrinc.net -

26   (800) 921-5555

**Menjivar Att. GG**
**Page 18 of 19**

```
1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: X160030

4     CASE TITLE: STARK LAW, LLC

5     TAPING DATE: OCTOBER 12, 2016

6     TRANSCRIPTION DATE: JUNE 23, 2016

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  MAY 9, 2016

14

15

16                          SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                          ELIZABETH M. FARRELL              For

26    The Record, Inc.   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

# Menjivar Attachment HH

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING

 2                       FEDERAL TRADE COMMISSION

 3

 4

 5    MATTER NO.      X160030

 6

      TITLE              STARK LAW, LLC

 7

 8    DATE          RECORDED:   APRIL 20, 2015

                     TRANSCRIBED:  JUNE 24, 2016

 9

10    PAGES          1 THROUGH 10

11

12

13        TELEPHONE CONVERSATION BETWEEN KAREN BAKER AND

                       BENITA ████

14           2015_20_04_02_29PM_1510████████_407

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                               PAGE:

 5     Telephone conversation between Karen Baker and

 6     Benita █████                              4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Menjivar Att. HH**
**Page 2 of 10**

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:          )

4    Stark Law, LLC             )   Matter No. X160030

5                               )

6    -----------------------------)

7                                    April 20, 2015

8

9

10

11          The following transcript was produced from a

12   digital recording provided to For The Record, Inc. on

13   June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                     -    -    -    -    -

 3          TELEPHONE CONVERSATION BETWEEN KAREN BAKER AND

 4                          BENITA ████

 5               BENITA ████:  Hello.

 6               KAREN BAKER:  Hi, my name is Karen Baker.  Can

 7     I speak to Benita ████?

 8               BENITA ████:  Speaking.

 9               KAREN BAKER:  Hi, Benita.  I'm a litigation

10     specialist here with Pacific.  I'm calling you to ensure

11     that I have the right party.  The Social Security number

12     that's associated is XXX-XX-XXXX.  Is that correct?

13               BENITA ████:  That is correct.

14               KAREN BAKER:  Okay, there's a case pending

15     against you in our firm.  Allow me to explain the details

16     and please hold your questions until the end.  I show two

17     complaints in your case.  The first is for the issuance

18     of a bad check and the second is for an attempted

19     defrauding of a financial institution.  Both of the

20     complaints are from a loan that you have taken out with

21     Shoreline Online in which you authorized a draft to come

22     from your checking account, and per the terms of your

23     contract, that draft had insufficient funds.

24               Now, Benita, was it your intent to breach your

25     contract?
```

5

1                   BENITA ██████:  I'm sorry, what?

2                   KAREN BAKER:  Was it your intent to breach your

3  contract?

4                   BENITA ██████:  I have not written a check that

5  came -- did not clear due to insufficient funds.

6                   KAREN BAKER:  So, your account --

7                   BENITA ██████:  So, I don't know what you're

8  referring to.

9                   KAREN BAKER:  Okay, this was an online loan

10  that was obtained and $200 was deposited into your Contra

11  Costa Federal Credit Union account ending in ████.  And

12  when they tried to process repayment of the loan, they

13  were unsuccessful because it had insufficient funds.  It

14  was an automatic draft.

15                  BENITA ██████:  I don't know what you're

16  referring to.

17                  KAREN BAKER:  Okay.  So --

18                  BENITA ██████:  I haven't had that account in

19  many years and --

20                  KAREN BAKER:  Yeah, the loan was obtained

21  October 13th of 2011.

22                  BENITA ██████:  To my knowledge, it -- right.

23  Everything that I'm aware of was paid.

24                  KAREN BAKER:  Okay.

25                  BENITA ██████:  (Inaudible).

```
 1              KAREN BAKER:  So, what I'll do, Ms. ████,

 2     because the loan you had tooken out was on October 13th,

 3     2011, for the amount of $200 and your Social Security

 4     number was linked to this bank account used to cover the

 5     loan payment.  So, at this date, the fact of not taking

 6     out the loan is not valid.  So, if you're stating that

 7     you already paid this, I can go ahead and --

 8              BENITA ████:  I don't --

 9              KAREN BAKER:  Oh, go ahead.

10              BENITA ████:  What I'm saying is that I'm

11     unaware of anything that was unpaid.  So, I would have to

12     know the lender --

13              KAREN BAKER:  Are you still at ██████████

14     ████?

15              BENITA ████:  I am not.

16              KAREN BAKER:  Okay, because that's where we

17     sent out correspondence, the demand letter, to inform you

18     of what was going on.  And then the email address that

19     was used was the ██████████@yahoo.com.  That's not

20     accurate?

21              BENITA ████:  No, that's accurate.

22              KAREN BAKER:  That's accurate, okay.

23              BENITA ████:  Mm-hmm.

24              KAREN BAKER:  So, what I'm going to do is --

25     the only option here, at this point, because we sent out
```

**Menjivar Att. HH**
**Page 6 of 10**

1   the letter, we didn't get any correspondence from you, is

2   for me to go ahead and forward your file over to our lead

3   attorney and have them file a lawsuit out of Alameda

4   County.

5           Once that's done, the judgment that they're

6   seeking is for $2,650, which covers the attorney's fees

7   and court costs.  If you choose to settle it outside of

8   court, they're looking for $650 to be processed today and

9   they'll go ahead and dismiss this case.  It's up to you

10  how you would like to proceed forward with this matter.

11          BENITA ▇▇▇▇:  But I don't have any details, so

12  do what you need to.

13          KAREN BAKER:  Mm-hmm.  So, go ahead and forward

14  your file over to the lead attorney?  It's up to you,

15  it's not up --

16          BENITA ▇▇▇▇:  Whatever you -- no, it's not up

17  to me because I don't know what loan you're talking

18  about, from who and what -- I don't have any information,

19  so --

20          KAREN BAKER:  The loan was --

21          BENITA ▇▇▇▇:  I'm not going to make any plans

22  or agreements for something that I have no knowledge of.

23          KAREN BAKER:  So, what information do you need?

24  You were -- the loan was October 13th, 2011, for $200,

25  Shoreline Online --

8

1      BENITA █████: From who?

2      KAREN BAKER: Shoreline Online.

3      BENITA █████: I don't know who that is.

4      KAREN BAKER: That's the name of the original

5 creditor. The original creditor also would have been

6 listed in your email address that you used which is the

7 one I verified with you.

8      BENITA █████: But I don't --

9      KAREN BAKER: At the time you took out the loan

10 -- well, I'm giving you the details real quick.

11      BENITA █████: No, no, I said I don't know who

12 that is.

13      KAREN BAKER: Okay. At the time -- I'm trying

14 to --

15      BENITA █████: So, I need to see my agreement.

16      KAREN BAKER: I'm trying to refresh your

17 memory. Right. So, back when you took out the loan, you

18 were employed with ███████████████. You stated that

19 you were paid there with them semi-monthly, and when they

20 went to process the payment of it through the ██████ -- I

21 guess you were banking with them as well -- they were

22 unsuccessful. At the time of the -- you took out the

23 loan, this was the information that was placed on this

24 application.

25    So, if you're stating you don't recall it, by

9

```
1    all means, that could be so.  But as a litigation
2    specialist, what I'm here to do is help you to resolve it
3    outside of court.  If that's something that you're
4    stating that you need some details on, you go ahead and
5    do your work on this file.  I'm going to go ahead and
6    walk the file over to the lead attorney and we're going
7    to make a decision to go ahead and pursue you in court
8    for this matter.  Any documents that you have --
9              BENITA ▬▬▬▬ :  Okay.
10             KAREN BAKER:  -- showing that it's been paid,
11   take that information with you to court because I'm not a
12   judge, so I'm not here to determine whether you're at
13   fault for this or not.  So, they will have to make the
14   decision, okay?
15             BENITA ▬▬▬▬ :  No problem.
16             KAREN BAKER:  Good luck.
17             BENITA ▬▬▬▬ :  Have a good day.
18             (The call was concluded.)
19             (The recording was concluded.)
20
21
22
23
24
25
```

```
 1          C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3     MATTER NUMBER: X160030

 4     CASE TITLE: STARK LAW, LLC

 5     TAPING DATE:  APRIL 20, 2015

 6     TRANSCRIPTION DATE:  JUNE 24, 2016

 7

 8          I HEREBY CERTIFY that the transcript contained

 9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JUNE 24, 2016

14

15

16                         ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                         SARA J. VANCE
```

# Menjivar Attachment II

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2                  FEDERAL TRADE COMMISSION

 3

 4

 5   MATTER NO.      X160030

 6

     TITLE             STARK LAW, LLC

 7

 8   DATE         RECORDED:   APRIL 21, 2015

                  TRANSCRIBED:  JUNE 24, 2016

 9

10   PAGES           1 THROUGH 13

11

12

13      TELEPHONE CONVERSATION BETWEEN KAREN BAKER AND

              TYSON ████████

14            2015_21_04_04_06PM_407_414

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4    RECORDING:                                    PAGE:

5    Telephone conversation between Karen Baker and

6    Tyson ████████                                  4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Stark Law, LLC                 )   Matter No. X160030

 5                                    )

 6    -----------------------------)

 7                                   April 21, 2015

 8

 9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3        TELEPHONE CONVERSATION BETWEEN KAREN BAKER AND

4                      TYSON ██████████

5              KAREN BAKER:  Hola.

6              FEMALE REP:  You have Tyson ████████

7    (phonetic) on the line?

8              KAREN BAKER:  Umm...

9              FEMALE REP:  402?

10             KAREN BAKER:  Hold on.  Mm-hmm.

11             FEMALE REP:  5339.

12             KAREN BAKER:  You can drop him.

13             FEMALE REP:  Mm-hmm.

14             KAREN BAKER:  Good afternoon, legal department,

15   Karen Baker speaking, how may I help you?

16             TYSON ████████:  Yeah, this is Tyson

17   ████████.  I got a call from you today.

18             KAREN BAKER:  Yes, Tyson, I had contacted you

19   not too long ago.  We were urgently trying to reach you

20   regarding a case that's pending against you in our

21   office.  The Social Security number that I have

22   associated with this file to ensure that I have the

23   responsible party is XXX-XX-XXXX, is that correct?

24             TYSON ████████:  Yes, ma'am.

25             KAREN BAKER:  Okay.  Allow me to explain the
```

5

1    details.  Please hold your questions until the end.  I

2    show two complaints in your case.  The first is for the

3    issuance of a bad check.  The second is for an attempted

4    defrauding of a financial institution.  Both complaints

5    stem from a loan that you have taken out with the Seven

6    Group.  Now, you authorized them to take out a draft from

7    your checking account and that draft had insufficient

8    funds.

9          Now, Tyson, was it your intent to breach your

10    contract?

11          TYSON ███████:  No.  Who was this with?

12          KAREN BAKER:  The Seven Group.

13          TYSON ███████:  The Seven Group?

14          KAREN BAKER:  Yes.

15          TYSON ███████:  Ma'am, when supposedly had

16    this happened?

17          KAREN BAKER:  July 14th of 2011.

18          TYSON ███████:  Nope, don't know who you're

19    talking about.  I have never taken a loan out with

20    anybody called the Seven Group.

21          KAREN BAKER:  Okay.  So, let me explain your

22    options at this time.  The first option is for me to go

23    ahead and forward your file to the lead attorney since

24    you're saying that you never took out a loan with them.

25    I'm not a judge.  I can't determine whether you are at

1    fault or not at fault for this.  They just verified all

2    the information that's on file, the Social Security

3    number that's associated with the First Federal Savings

4    and Loan Association account ending in ███, had your

5    Social associated with it.

6            So, if you're saying that you haven't took out

7    this loan with them -- and ██████████ with the

8    employer and on the application, they stated that the

9    payments would be available on a biweekly basis from

10   ██████████.  If you're saying that's not your

11   information and that you did not do this, I'll go ahead

12   and let them go -- let the attorney go ahead and file

13   suit against you out of Berkeley County.

14           What they will do at that time is if the judge

15   determines you're at fault for this, the lawsuit that

16   they're seeking for to cover the attorney's fees and

17   court costs would be for $2,650.  If you choose to settle

18   it outside of court, the settlement amount is for $650.

19           So, you're asking to go ahead and proceed,

20   correct?

21           TYSON ████:  Sure, I mean, I didn't have

22   anything to do with it because I would have never told

23   anybody to take money from ██████████ to pay my

24   loan.  I never took a loan out in January.

25           KAREN BAKER:  Now, whose email is the

1        ████████@yahoo.com?

2               TYSON ████████:  That's mine.

3               KAREN BAKER:  That's yours.  So, all this

4      information has been verified.  Do you know who else

5      could have had all your information and could have done

6      this to you without your --

7               TYSON ████████:  Yeah.

8               KAREN BAKER:  -- without your knowledge?

9               TYSON ████████:  Yeah, I know somebody exactly

10     who would have done this to me, who's trying to do

11     (inaudible) thing.

12              KAREN BAKER:  Oh, okay.

13              TYSON ████████:  A couple, three or four

14     times.

15              KAREN BAKER:  Okay.  So, if you know who done

16     this to you, what I suggest you do is do a countersuit,

17     so -- because the information has been verified that it

18     has been taken out and the loan has been issued for $200

19     into that account.  If you're stating that -- excuse me.

20     If you're stating that it wasn't done -- it was done

21     without your authorization, what I would suggest you do

22     is if they -- if you're not looking to resolve it with

23     us, then take it to court and let the judge go ahead and

24     file a suit and determine that -- if they determine that

25     the judgement is for $2,650 and they try to do a

1    garnishment, countersue who you know that did this to

2    you.

3              TYSON ███████:  Well, here's -- here's the

4    question.  Where did the money supposedly go to?

5              KAREN BAKER:  No, the -- the account that

6    was used for repayment of the loan was First Federal

7    Savings and Loan Association account.  It doesn't show

8    the loan -- the account where the loan --

9              TYSON ███████:  I haven't had a --

10             KAREN BAKER:  -- was deposited.

11             TYSON ███████:  I haven't had a First Federal

12   account since 2009, ma'am.

13             KAREN BAKER:  Right.  So, I mean, like I

14   said --

15             TYSON ███████:  So --

16             KAREN BAKER:  -- I'm not a judge, so whoever

17   done this to you, use your information.  So, if you're

18   stating that this information is incorrect and that you

19   did not do this, our attorney is going to take their

20   information because our client wants their money back.

21   If you're -- you take whatever documentation and whatever

22   evidence you have that someone has done this to you and

23   the judge will determine whether you're at fault for this

24   loan or not.

25             TYSON ███████:  Well, see, there's the

**Menjivar Att. II**
**Page 8 of 13**

9

1   problem.  The minute --

2                KAREN BAKER:  (Inaudible) have all your

3   information.

4                TYSON ███████:  The minute I start telling

5   people that, you know, hey, you're putting money into an

6   account that didn't exist in 2011, because I didn't have

7   a First Federal account in 2011, they'll start doing the

8   checkup themselves.  So --

9                KAREN BAKER:  No, the First -- the First

10  Federal Savings and Loan Association account was the

11  loan that was given for repayment.  It says here First

12  Federal Savings and Loan Association ending in ████ and

13  repayment was supposed to come out on a biweekly basis

14  and that was --

15               TYSON ███████:  Right.  But, ma'am --

16               KAREN BAKER:  -- the account that was used for

17  it to come out.  That's not --

18               TYSON ███████:  -- I didn't have a First

19  Federal.

20               KAREN BAKER:  That -- what I'm saying is

21  whoever did this to you used your account information.

22  That's why the (inaudible) --

23               TYSON ███████:  I didn't have a First Federal

24  account.

25               KAREN BAKER:  Okay.  If you're stating you

1    didn't have that account, your Social Security number is

2    associated with this account.  So, if you're saying that

3    you didn't have this account, that's what you need to go

4    to court for because they're saying that you attempted to

5    defraud them with that account (inaudible).

6           TYSON ███████████ :  Okay, I see what you're

7    saying, I see what you're saying.  Somebody used my

8    information to open an account and then tried to withdraw

9    a loan.

10          KAREN BAKER:  Correct.

11          TYSON ███████████ :  Gotcha.

12          KAREN BAKER:  So, if you're saying that you

13   didn't do this, I would suggest that you go ahead and

14   we'll stick with option number one, take it to court, let

15   our attorneys provide their information and if you know

16   the person that keeps trying to do this to you,

17   countersue them.  And then a judgment will be determined

18   at that time whether, you know, you're responsible for

19   this judgment or not.

20          TYSON ███████████ :  Okay.

21          KAREN BAKER:  Okay?

22          TYSON ███████████ :  Yeah.

23          KAREN BAKER:  All right, I'll go ahead and

24   notate your account and let the litigation process take

25   on its course.  If our attorney needs to contact you,

1    what's the best number to contact you back at?  Is it the

2    same number you called in off of?

3              TYSON ████████:  Yes.

4              KAREN BAKER:  Okay.  All right, well, then,

5    you're --

6              TYSON ████████:  The same one that you called

7    this morning.

8              KAREN BAKER:  Is that -- which number did I

9    call you at?  (Inaudible) --

10              TYSON ████████:  Did you call two numbers?

11              KAREN BAKER:  I called five numbers.

12              TYSON ████████:  I only have two numbers I can

13    be reached at.

14              KAREN BAKER:  What numbers are those?

15              TYSON ████████:  ████ and the other one is

16    actually my parents' phone and I don't know offhand what

17    the last four digits are.

18              KAREN BAKER:  Oh, okay.  Okay.  Well, I have

19    the ████ number then.

20              TYSON ████████:  That's fine.

21              KAREN BAKER:  All right.

22              TYSON ████████:  Go ahead and get rid of the

23    other numbers because those have nothing to do with me.

24              KAREN BAKER:  Okay, not a problem.

25              TYSON ████████:  Thank you.

1          KAREN BAKER:  You're welcome.

2          (The call was concluded.)

3          (The recording was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1         C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3    MATTER NUMBER: X160030

 4    CASE TITLE: STARK LAW, LLC

 5    TAPING DATE:  APRIL 21, 2015

 6    TRANSCRIPTION DATE:  JUNE 24, 2016

 7

 8         I HEREBY CERTIFY that the transcript contained

 9    herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JUNE 24, 2016

14

15

16                        ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        SARA J. VANCE
```

# Menjivar Attachment JJ

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2                   FEDERAL TRADE COMMISSION

 3

 4

 5   MATTER NO.      X160030

 6

     TITLE             STARK LAW, LLC

 7

 8   DATE        RECORDED:   APRIL 23, 2015

                 TRANSCRIBED:  JUNE 24, 2016

 9

10   PAGES          1 THROUGH 9

11

12

13     TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

               AKEEM ████

14              2015_23_04_03_17PM_401_446

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                                  PAGE:

 5     Telephone conversation between Robert Czarnik and

 6     Akeem ███████                                4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Menjivar Att. JJ**
**Page 2 of 9**

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Stark Law, LLC                 )   Matter No. X160030

5                                    )

6    ------------------------------)

7                                 April 23, 2015

8

9

10

11           The following transcript was produced from a

12   digital recording provided to For The Record, Inc. on

13   June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3        TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

4                         AKEEM ████

5              FEMALE REP:  Hey, can you take a (inaudible)

6    for me?

7              ROBERT CZARNIK:  Yeah, what's up?

8              FEMALE REP:  Can you take a (inaudible) for me?

9              ROBERT CZARNIK:  Yeah, what's up?

10             FEMALE REP:  He's basically saying that he's

11   not going to pay anybody, that it sounds like it's a

12   scam, and he doesn't know who these people are and he

13   doesn't know who we are.  And I told him, well, sir, I'm

14   just a litigation specialist.  It sounds like you're not

15   comfortable speaking to me.  Again, you know, I can't

16   really provide you anything in writing that I haven't

17   already told you, so let me get you over to the lead

18   attorney.

19             ROBERT CZARNIK:  Okay.  What's the number?

20             FEMALE REP:  It's ████.  His name is Akeem

21   ████ (phonetic).

22             ROBERT CZARNIK:  Okay.

23             FEMALE REP:  All righty.  Three, two, one.

24             ROBERT CZARNIK:  Hello, Mr. ████, this is

25   attorney Robert Czarnik.
```

5

```
 1              AKEEM ██████:  Hi, sir.
 2         ROBERT CZARNIK:  Yes, I understand you were
 3    speaking with my associate regarding a payday loan that
 4    you had taken out.
 5              AKEEM ██████:  I'm sorry, your name is Robert?
 6         ROBERT CZARNIK:  Czarnik.
 7              AKEEM ██████:  Could you spell it, please?
 8         ROBERT CZARNIK:  C-Z-A-R-N-I-K.
 9              AKEEM ██████:  Okay.
10         ROBERT CZARNIK:  Sir, I understand you were
11    speaking with my associate regarding a payday loan that
12    you had taken out.  How can I help you, sir?
13              AKEEM ██████:  How can you help me?
14         ROBERT CZARNIK:  Didn't she say you had
15    questions or --
16              AKEEM ██████:  I'm sorry.
17         ROBERT CZARNIK:  Basically, I just need to know
18    do you want us to pursue this in litigation Tarrant
19    County for the amount of $2,890 or are you going to work
20    out a settlement with us?
21              AKEEM ██████:  A settlement of what?
22         ROBERT CZARNIK:  For the payday loan that you
23    had taken out on the $890 balance.
24              AKEEM ██████:  I wasn't in the U.S. at the time
25    concerned, so I don't know what you guys are talking
```

6

1    about.

2              ROBERT CZARNIK:  This was taken out online,

3    sir.  That doesn't -- you didn't have to be in the U.S.

4    to take this out.

5              AKEEM ███:  Where I am or where I was was

6    out of the country with no computer or internet access,

7    sir.

8              ROBERT CZARNIK:  Sir, at this time, this was

9    taken out which has been verified that this was taken out

10   by you --

11             AKEEM ███   Okay.  So --

12             ROBERT CZARNIK:  -- with your name, with your

13   Social, with your email address.

14             AKEEM ███:  You guys have not --

15             ROBERT CZARNIK:  With your address.

16             AKEEM ███:  You guys have not sent anything

17   in writing.  There's nothing in writing.  You guys are

18   just calling me and saying --

19             ROBERT CZARNIK:  The original creditor sent

20   everything that we need to send, sir.  At this time, we

21   don't send anything.  If you want to -- if you --

22             AKEEM ███:  Who was the original creditor?

23             ROBERT CZARNIK:  The original creditor is

24   Liberty Group, LLC.

25             AKEEM ███:  Okay.  So, what was the actual

1   website that I go to and may contact them about this?

2              ROBERT CZARNIK:  Well, A, the creditor who was

3   on your contract was Liberty Group.  B, they've sold the

4   loan to my client, Pacific.  C, my client, Pacific, has

5   hired us to make these calls because they want us to

6   speak with you, they do not want you calling them.

7              And like I said, they've hired us to make these

8   calls.  If we can't work out an agreement, that's fine,

9   but then we will pursue litigation in Tarrant County for

10  the amount of eight -- $2,890.

11             How do you want to proceed, sir?

12             AKEEM F█████:  I need something in writing

13  stating everything that you're telling me.  I'm not going

14  to randomly give (inaudible) --

15             ROBERT CZARNIK:  Well, we won't be -- we will

16  not provide that.  Like I said, at this time, everything

17  that's needed to be sent has been sent.  If you don't

18  want to work out a settlement, that's fine, but then we

19  will pursue litigation.

20             Okay, sir --

21             AKEEM █████:  One second, please.

22             ROBERT CZARNIK:  What?

23             (Pause)

24             ROBERT CZARNIK:  Yeah, yeah.

25             (Pause)

```
1              ROBERT CZARNIK:   Fuck this.

2              (The call was concluded.)

3              (The recording was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3     MATTER NUMBER: X160030

 4     CASE TITLE: STARK LAW, LLC

 5     TAPING DATE:  APRIL 23, 2015

 6     TRANSCRIPTION DATE:  JUNE 24, 2016

 7

 8        I HEREBY CERTIFY that the transcript contained

 9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JUNE 24, 2016

14

15

16                         ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                         SARA J. VANCE
```

**Menjivar Att. JJ**
**Page 9 of 9**

# Menjivar Attachment KK

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2                   FEDERAL TRADE COMMISSION

 3

 4

 5      MATTER NO.      X160030

 6

        TITLE              STARK LAW, LLC

 7

 8      DATE          RECORDED:   APRIL 23, 2015

                      TRANSCRIBED:  JUNE 24, 2016

 9

10      PAGES            1 THROUGH 12

11

12

13      TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

                ZACHARY █████

14              2015_23_04_12_55PM_401_412

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Telephone conversation between Robert Czarnik and

 6    Zachary ████████                          4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Stark Law, LLC               )  Matter No. X160030

 5                                   )

 6     ------------------------------)

 7                                   April 23, 2015

 8

 9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2              -    -    -    -    -

 3    TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

 4                    ZACHARY ██████

 5         ROBERT CZARNIK:  What's up?

 6         MALE REP:  ██████ --

 7         ROBERT CZARNIK:  Okay, wait a minute.

 8         MALE REP:  -- ██.

 9         ROBERT CZARNIK:  I was in the calculator. ██████

10    ██?

11         MALE REP:  No, ██████.

12         ROBERT CZARNIK:  ██ what?

13         MALE REP:  Eight -- ██████.

14         ROBERT CZARNIK:  Okay, I gotcha.  Zachary

15    ██████.

16         MALE REP:  Yeah.  He's saying that he wants

17    some information sent to him prior to this being

18    resolved.  Yeah, he said he's got no problem paying this,

19    but he wants to --

20         ROBERT CZARNIK:  Yeah.

21         MALE REP:  Yeah, he's -- but he -- he just

22    wants to speak with someone regarding this, okay?

23         ROBERT CZARNIK:  Okay, yeah.

24         MALE REP:  Dropping in two, one.

25         ROBERT CZARNIK:  Hello, Zachary.  This is
```

1   attorney Robert Czarnik.

2            ZACHARY ███████:  Hello, how are you?

3            ROBERT CZARNIK:  Pretty good.  I understand you

4   were speaking with one of my associates regarding the

5   payday loan that you had taken out.

6            ZACHARY ███████:  Yes.  He's asking me to pay

7   him a certain amount of money and he's denying me

8   information about his company, license number and mailing

9   address, phone number, everything like that.  And, you

10  know, I personally --

11           ROBERT CZARNIK:  Yeah, I mean, I can -- you

12  can --

13           ZACHARY ███████:  -- don't feel comfortable --

14           ROBERT CZARNIK:  I can give you -- I mean, you

15  can look us up on the -- are you by a computer?

16           ZACHARY ███████:  Well, no, I don't want to look

17  it up on the computer.  I need a validation that is

18  mailed to me with all this information on it.

19           ROBERT CZARNIK:  Yeah, we're not going to do

20  that, sir.

21           ZACHARY ███████:  Um, you know --

22           ROBERT CZARNIK:  We're not going to put that in

23  the mail.

24           ZACHARY ███████:  I -- yeah (inaudible).

25           ROBERT CZARNIK:  We're not going to mail you --

```
 1                ZACHARY █████: Right.  See, I've been --
 2       right, okay.  See, I've been scammed by people like you
 3       in the past --
 4                ROBERT CZARNIK:  No, you haven't because --
 5                ZACHARY █████: -- asking for a certain amount
 6       of money for --
 7                ROBERT CZARNIK:  -- we're not a -- we're not a
 8       scam, sir.
 9                ZACHARY █████: -- for a -- for a loan --
10                ROBERT CZARNIK:  You haven't been scammed by --
11                ZACHARY █████: -- that I've never taken out
12       in the year 2012.  And it -- what they're doing is
13       they're harassing people that they've gotten contact
14       information from from people that they know that I've
15       been associated with in the past via online because all
16       of this stuff is online and public.  And they feel like
17       they can use this against me to get me to pay them a
18       certain amount of money without giving me the right
19       information that I have all rights to have before I pay
20       them any money.
21                ROBERT CZARNIK:  No, this time, sir, we --
22                ZACHARY █████: And that's exactly --
23                ROBERT CZARNIK:  My client owns the debt.
24                ZACHARY █████: -- that's exactly what's
25       happening.
```

1        ROBERT CZARNIK:  No, it isn't, sir.  My client

2  owns this debt.  We do not need to make this call.  We

3  could -- I could file the suit today in Horry County for

4  the amount of $2,810.  We are making this call to try to

5  resolve this matter before we have to proceed with

6  litigation.  That is what's going on right now.  I asked

7  you if you were in front of a computer because I can have

8  you look up our firm.  We are a law firm.  We are in good

9  standing with the State of Illinois.  So, that's why I

10  asked you if you were in front of your computer.  I can

11  have you look at that up.

12        ZACHARY ████:  Yeah, I am not, I am not.  So

13  -- and that's the only reason why I'm asking for -- and I

14  don't really understand what the difference would be for

15  me requesting specific information that I would easily

16  find on the internet just to be mailed to me so that way

17  I can do research on it to make sure it's legitimate.

18        ROBERT CZARNIK:  Because -- because --

19        ZACHARY ████:  I'm not just going to pay

20  money to anyone just because they say that I owe them

21  money.

22        ROBERT CZARNIK:  Okay, sir, then that's fine.

23  My client is not going to --

24        ZACHARY ████:  I'm not --

25        ROBERT CZARNIK:  We're not going to -- we're

1    not going to mail this out, wait for the five or six days

2    or whatever it is for you to get it, and then for you to

3    call us back.  We're not going to do that.  They -- once

4    again, this is something that we were trying -- making

5    this call as a last-ditch effort before we proceed with

6    litigation.

7              ZACHARY ████:  Well, you know what's

8    hilarious is that this is a last-ditch effort, but this

9    is the first last-ditch effort you guys have made.  That

10   doesn't make any sense.

11             ROBERT CZARNIK:  Well, sir, the original

12   creditor --

13             ZACHARY ████:  And the fact that you don't

14   want to provide --

15             ROBERT CZARNIK:  -- had tried to contact you to

16   get this resolved, sir.

17             ZACHARY ████:  And -- well, you know, and the

18   funny thing is that, you know, no one has tried to make

19   any kind of contact with me about this specific creditor

20   that I owe this money to for a loan taken out in the year

21   2012 at all.  And, so, that's --

22             ROBERT CZARNIK:  The original creditor was T-I-

23   O-R Capital, LLC.

24             ZACHARY ████:  Right, right.  Tier One or

25   whatever, like he said.  But T-I-O-R doesn't even spell

1     tier.  So, it's Tior or some shit.  So, it doesn't even

2     really make any sense about this whole thing and that's

3     why it's just all really, really sketchy because nobody's

4     wanting to provide me with the correct information.

5              ROBERT CZARNIK:  Well, sir, I can provide you

6     with that information --

7              ZACHARY ██████:  I want the license number

8     especially --

9              ROBERT CZARNIK:  -- (inaudible) sir.

10              ZACHARY ██████:  -- like legal license number

11     that -- because he's wanting me to pay him money and he's

12     saying that you guys, Stark something or another, he said

13     that this is a different -- you know, I wouldn't be

14     paying you guys, I would be paying him.

15              ROBERT CZARNIK:  You are -- your money comes --

16              ZACHARY ██████:  To Pacific Litigation or

17     Pacific or whatever --

18              ROBERT CZARNIK:  Correct, it's Pacific, sir.

19     That's our client.  (Inaudible).

20              ZACHARY ██████:  -- but he doesn't want to give

21     me his information.

22              ROBERT CZARNIK:  Well, sir, I -- what

23     information do you want, sir?

24              ZACHARY ██████:  He doesn't want to give me his

25     legal information.  I just asked for his license number.

1    His license number, state, address, phone number,

2    company.  I mean, I know his company name (inaudible)

3              ROBERT CZARNIK:  And I told you we're in --

4              ZACHARY ▇▇▇▇:  But he can't even give me his

5    mailing address.

6              ROBERT CZARNIK:  This is Stark Law Firm.  Our

7    address is 4 East Ogden in Westmont, Illinois, Number

8    106.

9              ZACHARY ▇▇▇▇:  It's not -- but I'm not paying

10   you, though.  I'm not paying you.  I'm paying Pacific

11   Litigation which is the company that --

12             ROBERT CZARNIK:  We represent -- we represent

13   them, sir.

14             ZACHARY ▇▇▇▇:  And I understand that, I

15   understand that.  But his information -- he is the person

16   that I am going to be paying at Pacific and that is the

17   company that is refusing to give me their legal

18   information, for me to understand and know that this is a

19   legitimate company and he's refusing to give me a

20   validation notice.

21             ROBERT CZARNIK:  Because, sir, we don't have to

22   provide that.

23             ZACHARY ▇▇▇▇:  He's either -- he's refusing

24   to give me a validation notice.  I understand.

25             ROBERT CZARNIK:  Because like I just said, we

1    don't have to.

2              ZACHARY ██████:  You may not have to provide

3    it, but for me to pay that money and for me to -- right.

4    For me -- it's a first last-ditch effort.

5              ROBERT CZARNIK:  Okay.

6              ZACHARY ██████:  That's why it's -- that's why

7    it's sketchy to me.  So, until I get any kind of

8    validation notice from --

9              ROBERT CZARNIK:  Sir, like I said, I didn't --

10    I didn't have to make this call.

11              ZACHARY ██████:  -- the company that's --

12              ROBERT CZARNIK:  It's obvious that you don't

13    want to work out a settlement here, sir.

14              ZACHARY ██████:  Well, you know what, that's

15    fine.  That's fine.

16              ROBERT CZARNIK:  We will pursue litigation --

17              ZACHARY ██████:  Okay, that's fine.

18              ROBERT CZARNIK:  -- in Horry County.

19              ZACHARY ██████:  That's fine.

20              ROBERT CZARNIK:  We will seek a judgment for

21    $2,810.  Have a good day, sir.

22              (The call was concluded.)

23              (The recording was concluded.)

24

25

```
 1        C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3   MATTER NUMBER: X160030

 4   CASE TITLE: STARK LAW, LLC

 5   TAPING DATE:  APRIL 23, 2015

 6   TRANSCRIPTION DATE:  JUNE 24, 2016

 7

 8        I HEREBY CERTIFY that the transcript contained

 9   herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  JUNE 24, 2016

14

15

16                      ELIZABETH M. FARRELL

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                      SARA J. VANCE
```

# Menjivar Attachment LL

```
 1              OFFICIAL TRANSCRIPT PROCEEDING

 2                 FEDERAL TRADE COMMISSION

 3

 4

 5     MATTER NO.      X160030

 6

       TITLE              STARK LAW, LLC

 7

 8     DATE          RECORDED:   MAY 18, 2015

                      TRANSCRIBED:  JUNE 24, 2016

 9

10     PAGES          1 THROUGH 14

11

12

13      TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

                       MS. STARK

14              2015_18_05_11_15AM_401_402

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
1              FEDERAL TRADE COMMISSION

2                    I N D E X

3

4    RECORDING:                          PAGE:

5    Telephone conversation between Robert Czarnik and

6    Ms. Stark                              4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:             )

 4     Stark Law, LLC                )   Matter No. X160030

 5                                   )

 6     -----------------------------)

 7                                   May 18, 2015

 8

 9

10

11            The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 23, 2016.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3        TELEPHONE CONVERSATION BETWEEN ROBERT CZARNIK AND

4                          MS. STARK

5              ROBERT CZARNIK:  What's up?

6              FEMALE REP:  ███████.  She just want to go on

7    and on and on and on and on about she hadn't took the

8    loan out.  So, I gave her option one and two.  No, I

9    want to resolve this, but I'm not paying back anything.

10   How else would you resolve?  Okay, what I'll do is

11   forward the file to the lead attorney and they'll just go

12   ahead --

13             ROBERT CZARNIK:  Yeah.

14             FEMALE REP:  No, I don't want them to do that

15   either.  So, you don't want to pay, you don't want to go

16   to court.  What do you want to do?

17             ROBERT CZARNIK:  Okay.

18             FEMALE REP:  I want to speak with someone else

19   because you're not able -- you're not very astute and

20   you're not assisting me.  I'm very astute, ma'am.  Very.

21             ROBERT CZARNIK:  Oh, my God.  Ma'am, I have no

22   -- I'm astute as you could be.

23             FEMALE REP:  So, she's upset.

24             ROBERT CZARNIK:  All right.

25             FEMALE REP:  It will be a quick call.
```

1          ROBERT CZARNIK:  Yeah, I'm just going to have

2     fun.

3          FEMALE REP:  All right.  Dropping her.

4          ROBERT CZARNIK:  Hello, Ms. Stark.  This is

5     attorney Robert Czarnik.

6          MS. STARK:  Hi.  There's obviously some sort of

7     a major problem here and I am trying to pull up my old

8     email from this supposed Global Group with this supposed

9     loan that I received and whatnot back in May of 2011.

10          ROBERT CZARNIK:  Mm-hmm.

11          MS. STARK:  I have nothing ever coming to my

12     email from them.  Already doing that as we speak.  I'm

13     going into my bank account and check back to that date.

14          ROBERT CZARNIK:  Well, ma'am, like (inaudible)

15     --

16          MS. STARK:  Because I'm --

17          ROBERT CZARNIK:  -- the account was the one

18     they used for repayment of the loan.  That's where the

19     money is supposed to come out.

20          MS. STARK:  Sir, I only have one account.  I

21     only have one account with Metro and it does not end in

22     those four digits.

23          ROBERT CZARNIK:  Well, ma'am, that's what

24     listed -- that's what you listed.  Sometimes people

25     list --

```
1              MS. STARK:  So, there's -- there's -- I

2    never --

3              ROBERT CZARNIK:  -- an account for repayment

4    that they don't really have.

5              MS. STARK:  I never took -- I may have inquired

6    about a loan, but I never received one.  I definitely did

7    not receive $450 from Global Group or any other group not

8    in 2011 or ever.  I don't have any loans.  I've never

9    used any loan from online.  I may have inquired, that's

10   possible, yes.  But I've never received any loan.  And I

11   certainly don't owe anybody over $2,000 for something I

12   never even received or agreed to.

13             ROBERT CZARNIK:  Well, it's $920, ma'am.  And

14   that is two -- it's $2,920 when we proceed with

15   litigation if we're unable to work out a resolution.  And

16   that's fine.  Our client has basically hired us to pursue

17   litigation in Lancaster County for the amount of $2,920.

18   We're the ones who said, well, let's make a few phone

19   calls ahead of time and try to get this resolved before

20   we have to do that.

21             If that's -- you know, if there was any

22   pushback or if there was -- you know, if the person says,

23   oh, I -- you know, this wasn't something I did or it

24   wasn't just going to be okay, you know, if I work out a

25   payment with you, then we just proceed with litigation,
```

1    and like I said, that would be the time that you can make

2    any argument that you would need to make.

3              MS. STARK:  Okay.  But in the meantime, I need

4    to file fraudulent charges with my bank and with the

5    police because I did not ever receive a loan from these

6    people and I surely don't owe the money.  So -- and this

7    is the first that I'm even hearing anything.  I mean it's

8    2015.

9              ROBERT CZARNIK:  Well, we just received the

10   file from the original --

11             MS. STARK:  I mean, really, I mean, it's a

12   scam.

13             ROBERT CZARNIK:  We just received it from --

14             MS. STARK:  It's obviously a scam.

15             ROBERT CZARNIK:  We just received it.  It is

16   not, ma'am.  This has been verified before it got to our

17   firm that this loan was taken out with the information

18   provided.

19             MS. STARK:  And I'm saying this information is

20   not correct.  I don't even have anything -- I don't know

21   where you would have gotten this information from because

22   I can't find the information in my own personal --

23             ROBERT CZARNIK:  We received this from the loan

24   -- we received this from the loan documents, ma'am.

25             MS. STARK:  But I'm saying how is that

1    possible.  There may have been a inquiry for a loan, but

2    I've never even -- I don't even have a return response of

3    an email from them.  I have nothing.  And there has been

4    no deposit of any such money in May or any time in 2011

5    from Global Group into my bank account.

6              ROBERT CZARNIK:  I'm (inaudible) --

7              MS. STARK:  So, I don't know how you would have

8    gotten information that says that I owe them money

9    because I never received any money.

10             ROBERT CZARNIK:  Well, like I said, ma'am, this

11   has been verified that this loan was taken out, the loan

12   -- money was provided.  And like I said, at this time,

13   since we're not able to come to an agreement, I'll let my

14   client know that, that you said that there's fraud, you

15   know, because you said you never received the money.

16   Once again, then they will proceed with litigation and

17   then you can make any -- you know, the argument that you

18   feel is necessary once we proceed with litigation.  I

19   can't do anything here.

20             MS. STARK:  But, again, I mean, I don't

21   understand how -- what date do you have that they

22   supposedly deposited this money into my account?

23             ROBERT CZARNIK:  The loan was taken out on

24   5/27/2011.  And like I said --

25             MS. STARK:  And you're saying they definitely

1    deposited money into my account --

2              ROBERT CZARNIK:  Yes.

3              MS. STARK:  -- 5/27/2011.

4              ROBERT CZARNIK:  Correct.

5              MS. STARK:  Well, that didn't happen.  I'm

6    looking right at my ledger right now.

7              ROBERT CZARNIK:  Well, ma'am, as I told you,

8    the account that I --

9              MS. STARK:  There's absolutely nothing.

10             ROBERT CZARNIK:  -- the account that I listed

11   was the repayment account.  That's the one that I need

12   for my claim.

13             MS. STARK:  It's -- I don't have any other

14   account but one, sir.  I have other accounts but not with

15   Metro Bank.

16             ROBERT CZARNIK:  Well, that's what I'm saying,

17   the account that I gave you with the Metro -- or that she

18   gave you with the Metro account was the one that was

19   listed for repayment of the loan.

20             MS. STARK:  Well, I don't -- the last four

21   digits that she read off to me (inaudible) are not my

22   account.  I don't even know whose account that is.

23             ROBERT CZARNIK:  Okay, ma'am.  Like I said,

24   ma'am, sometimes people do list a --

25             MS. STARK:  So -- so, where did you send this

1    information because the address it shows listed, I don't

2    even know where that is.  I was living in New York at the

3    time that this supposedly happened.

4         ROBERT CZARNIK:  Well, ma'am, like I said,

5    after this, I will talk to my client.  They will --

6    because we were not able to work out an agreement, then

7    they will pursue litigation in Lancaster County.  That

8    was the county that the loan was taken out in, and then

9    they -- once they do that, we work with local counsel.

10   They will be -- they will be in touch with you to notify

11   you of the litigation.

12        MS. STARK:  And how will they contact me, by

13   phone?

14        ROBERT CZARNIK:  I'm not sure what they do,

15   ma'am, but they will contact you whatever -- however

16   they need to contact you based on, you know, the

17   jurisdiction.

18        MS. STARK:  Then I can file -- I can file

19   fraudulent charges with my bank against them.

20        ROBERT CZARNIK:  Yeah, ma'am, you can -- you

21   state your -- yes, you can definitely -- I'm not your

22   attorney, so, yeah, you can -- I'm not telling you what

23   you can or can't do.  You could definitely go talk with

24   your bank.

25        MS. STARK:  Well, I have to.  I mean, sir,

1    somebody's trying to put a (inaudible) for over $2,000

2    for something I never received.  Wouldn't you be a little

3    skeptical?

4            ROBERT CZARNIK:  Ma'am, I -- listen, I'm here

5    to -- we have -- our information has been verified.  I'm

6    here just to -- we're here just to make these phone calls

7    to try to get this resolved.  If we're not able to get

8    this resolved, we let the client know and then we proceed

9    with litigation.  That's really the two options we have.

10   There's nothing else that there's -- you know, if this is

11   something you're saying you did not do, that's fine.

12   I'll let my client know that and we'll just proceed with

13   litigation.

14           MS. STARK:  Do you have a phone number for

15   Global Group?

16           ROBERT CZARNIK:  I do not, ma'am.  They were

17   the original creditor.  We have purchased the loan from

18   them.  I do not have any of their contact information.

19           MS. STARK:  You purchased the loan from them?

20           ROBERT CZARNIK:  My client did, yes.

21           MS. STARK:  Which is Global Group, correct?

22           ROBERT CZARNIK:  No, my client is Pacific.

23   Global Group was the original creditor.

24           MS. STARK:  And you -- your client is who?

25           ROBERT CZARNIK:  Pacific.  They're the current

1    owner of the debt.

2            MS. STARK:  Pacific?

3            ROBERT CZARNIK:  Yes.

4            MS. STARK:  And do you have a phone number for

5    them?

6            ROBERT CZARNIK:  No, they've hired us to

7    resolve this matter because they want us to be the people

8    talking to you and (inaudible).

9            MS. STARK:  And you have no phone number for

10   Pacific?  I don't even know who those people are and now

11   you're telling me (inaudible).

12           ROBERT CZARNIK:  Ma'am, I have a phone number,

13   I'm just not -- I have a phone number, I'm just not going

14   to provide it to you.

15           MS. STARK:  Why when I'm trying to solve this

16   matter?

17           ROBERT CZARNIK:  Because they -- because they

18   hired -- they --

19           MS. STARK:  I need to call someone to find out

20   how in the world I got mixed up into this.

21           ROBERT CZARNIK:  They've hired -- they've hired

22   us, ma'am --

23           MS. STARK:  And I need to have appropriate

24   names --

25           ROBERT CZARNIK:  They've hired us.

1       MS. STARK:  But, sir, I have to have the

2  appropriate information so that when I file fraudulent

3  charges on my bank account and with the police -- with

4  the state police of Pennsylvania --

5       ROBERT CZARNIK:  Well, ma'am, I've given you --

6       MS. STARK:  -- I need to know who it's against.

7  I don't know who Pacific is.  You're being very vague and

8  won't give me any information, which also tells me that

9  this is bogus.  It's bullshit.

10       ROBERT CZARNIK:  Ma'am, I have given you --

11       MS. STARK:  I don't owe any money.  I don't

12  have any loans.

13       ROBERT CZARNIK:  At this point, ma'am, I have

14  given you all the information I have.  I'm going to let

15  my client know that we're just going to proceed with

16  litigation.  Have a good day, ma'am.

17       (The call was concluded.)

18       (The recording was concluded.)

19

20

21

22

23

24

25

1     C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: X160030

4     CASE TITLE: STARK LAW, LLC

5     TAPING DATE:  MAY 18, 2015

6     TRANSCRIPTION DATE:  JUNE 24, 2016

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JUNE 24, 2016

14

15

16                         ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                         SARA J. VANCE