# PX 22

# SUPPLEMENTAL DECLARATION OF MICHAEL B. GOLDSTEIN
# PURSUANT TO 28 U.S.C. § 1746

I, Michael B. Goldstein, hereby declare as follows:

1. I am a United States citizen and over eighteen years of age. I am employed as an investigator with the Federal Trade Commission ("FTC" or "Commission"), a position I have held for over six years. My office address is 600 Pennsylvania Avenue, NW, Mail Stop CC-10232, Washington, D.C. 20580. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2. As an FTC investigator, my duties have included some tasks related to *Federal Trade Commission, et al. v. Stark Law, LLC, et al.*, Case No. 16-cv-3463. I am the same Michael B. Goldstein who previously signed a declaration in this case on March 3, 2016, filed as Plaintiffs' Exhibit (PX) 2.

3. On or about June 13, 2016, FTC staff in Chicago requested that the Receiver search the copy of Defendants' imaged data for files, documents, e-mails, or other electronic media that contain one or more of the following keywords: "USFastCash," "500FastCash," "OneClickCash," "Ameriloan," "United Cash Loans," "AdvantageCashServices," and "StarCashProcessing." On June 16, 2016, Chicago FTC staff transferred those electronic files to me via the FTC's secure file transfer system.

4. On June 22, 2016, I conducted a review of those files. A number of the files appear to be debt portfolios. The portfolios are in the form of spreadsheets. Each row appears to represent a charged-off loan account and contains an array of personal data on the purported debtor, such as name, address, social security number, telephone number, banking data, employment data, and information on the loan alleged to be in default.

5. The file names of some of these spreadsheets include the phrase "500FC" or "500FastCash." These particular portfolios do not contain a column for the lender name, but contain a column titled "Website" under which it lists www.500fastcash.com for every account. I found over 77,000 accounts in these portfolios.

6. I found another spreadsheet titled "Debt_2010_Remainder_1m_20140808.xlsx." This also appears to be a debt portfolio, similarly laid out, with each row apparently representing a charged-off loan account, and containing the same personal information of the purported debtor as described above. This portfolio does not have a column titled "Website," but does have a column titled "ServicerCompany." Under this column each account lists either United Cash Loans, Ameriloan, or US Fast Cash. I know these three names to be of lenders associated with 500 Fast Cash. This spreadsheet contains 2,349 separate accounts.

7. I am aware through investigation that any debt accounts that have been labeled as 500 Fast Cash, United Cash Loans, Ameriloan, and US Fast Cash and sold to, placed with or otherwise transferred to third parties are bogus debts.

I declare under penalty of perjury that the foregoing statement is true and correct. Executed on June 24th, 2016.

Michael B. Goldstein

2