## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and the STATE OF ILLINOIS, | Case No. 1:16-cv-3463 |
| *Plaintiffs,* | Judge Rebecca R. Pallmeyer |
| *v.* | Magistrate Judge Sheila M. Finnegan |
| STARK LAW, LLC, *et al.*, | |
| *Defendants.* | |

### MONTHLY COMPENSATION STATEMENT OF PERMANENT
### RECEIVER GREGG SZILAGYI–SEPTEMBER 2016

Gregg Szilagyi, in his capacity as permanent equity receiver in the above-captioned action (the "Receiver"), pursuant to the *Order Granting Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 91] (the "Compensation Procedures"), hereby submits his Monthly Statement of fees incurred for the month of September 2016 (the "Statement Period") and states as follows:

### Background

1.      On July 19, 2016, the Receiver filed the *Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 85] (the "Motion," and all undefined terms herein shall have the meanings set forth in the Motion).  On July 22, 2016, the Court granted the Motion and entered the Compensation Procedures, which govern the procedures for interim payment of fees and expenses of the Receiver and the Professionals.

2.      Among other things, the Compensation Procedures permit the Receiver and the Professionals to file and serve on the Notice Parties a detailed Monthly Statement of fees and expenses incurred for the prior month.  Compensation Procedures ¶ 2.a.  The parties may redact

privileged information and attorney work product from the Monthly Statement. Compensation Procedures ¶ 2.a.

3. The Compensation Procedures grant the Notice Parties 10 days to review the Monthly Statement and, if necessary, serve on the Receiver and the Professionals a Notice of Objection. Compensation Procedures ¶ 2.b. At the expiration of the Objection Period, the Compensation Procedures require the Receiver to pay 80% of the fees and 100% of the expenses requested in the Monthly Statement that are not the subject of a Notice of Objection. Compensation Procedures ¶ 2.c.

### Statement of Fees and Expenses

4. During the Statement Period, the Receiver provided not less than 38.3 hours of services for the benefit of the Receivership Estate at the applicable hourly rate for a total amount of $13,788.00 in fees (the "Fees").

5. Attached hereto as Exhibit A are the Receiver's invoices for the Statement Period (the "Invoices"), which describe in detail the services provided and the applicable billable rate.

6. The Objection Period pertaining to this Monthly Statement ends on **October 31, 2016,** after which time the Receiver shall promptly receive 80% of the Fees that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $11,030.40 of the Fees unless a timely Notice of Objection is served.

7. The Receiver reserves the right to correct, amend or supplement the description and extent of the services rendered and the expenses incurred during the Statement Period as reflected on the Invoices, including the amount of Fees, until such time as the Court rules on the Fee Application covering the Statement Period.

Dated: September 21, 2016

Respectfully submitted,

Gregg Szilagyi, in his capacity as permanent equity Receiver of the Receivership Estate

By   /s/ Robert M. Fishman
    One of his attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

Attorneys for the Receiver

# EXHIBIT A

RECEIVER GREGG SZILAGYI
# Time Worksheet

| | | | |
|---|---|---|---|
| **Case Number:** | **16-03463** | **Case Name:** | **STARK LAW LLC** |
| **Case Status:** | **OPEN** | **Judge:** | **Rebecca R. Pallmeyer** |
| **Filing Date:** | **03/21/16** | | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: CASE ADMINISTRATION** | | | | |
| 09/01/16 | EMAILS TO/FROM DDOYLE RE FEE APPS | 0.20 | 360.00 | 72.00 |
| 09/02/16 | EMAILS TO/FROM BANICH RE PATEL REQUEST TO WORK AT OUTSIDE COMPANY; RETRIEVE AND REVIEW MAIL FROM PO BOX | 1.20 | 360.00 | 432.00 |
| 09/06/16 | ATTENTION TO FEE APP; EMAILS TO/FROM T BANICH RE DROPBOX SUBPOENA | 1.00 | 360.00 | 360.00 |
| 09/07/16 | REVIEW FRAFT FEE ORDERS; EMAILS TO/FROM D DOYLE AND B WETZEL, COUNSEL FOR WORLDWIDE, COASTAL AND NPG RE SHARFILE FOR SENDING REPORTS ON COLLECTIONS | 1.20 | 360.00 | 432.00 |
| 09/08/16 | EMAILS TO/FROM DOYLE RE FEE APP AND HEARING; EMAILS TO/FROM BANICH RE COMMUNICATIONS FROM DEFS RE RETURN OF FUNDS AND AURA ISSUES; MEET WITH COUNSEL RE ALL OPEN ISSUES | 3.90 | 360.00 | 1,404.00 |
| 09/09/16 | RETRIEVE AND REVIEW MAIL FROM PO BOX; EMAILS FROM DOYLE RE PROGRESS OF RESPONSES TO SUBPOENA; EMAIL FROM BANICH RE PRODUCTION OF DOCS TO FTC COUNSEL | 1.50 | 360.00 | 540.00 |
| 09/12/16 | ATTEND STATUS CONFERENCE; EMAILS TO/FROM BANICH RE DISCUSSIONS WITH DEFS; REVIEW PRELIMINARY FIN STATEMENTS FROM DEFENDANTS | 2.50 | 360.00 | 900.00 |
| 09/13/16 | EMAILS TO/FROM DOYLE RE MY FEE APP AND DRAFT ORDER; EMAILS TO/FROM BANICH RE DEFS REVIEW OF BANK MATERIALS AT CENDROWKI'S OFFICES | 1.00 | 360.00 | 360.00 |
| 09/14/16 | ATTENTION TO  SETTLEMENT OF LANDLORD CLAIM FOR POST-RECEIVERSHIP OCCUPANCY AND EMAILS TO FISHMAN AND OPPOSING COUNSEL RE SAME; EMAILS FROM BANICH AND FISHMAN RE PRELIM RESULTS OF JPM SUBPOENA | 1.10 | 360.00 | 396.00 |
| 09/15/16 | MEET WITH COUNSEL RE ALL OPEN ISSUES; REVIEW PRELIM AUDIT FINDINGS FROM STATE DEPT OF UNEMPLOYMENT SECURITY; REVIEW DRAFT SETTLEMENT AGREEMENT WITH LANDLORD; REVIEW DRAFT MOTION TO EXPAND RECEIVERSHIP | 5.20 | 360.00 | 1,872.00 |
| 09/16/16 | RETRIEVE AND REVIEW MAIL FROM PO BOX; REVIEW REVISED AURA MOTION; EMAIL FROM BANICH RE GUARAV MOHINDRA'S PORSCHE | 2.90 | 360.00 | 1,044.00 |
| 09/19/16 | EMAIL FROM D DOYLE RE AUGUST FEES AND ▮▮▮▮▮ ISSUES | 0.20 | 360.00 | 72.00 |
| 09/20/16 | PREPARE FEE STATEMENT AND REVIEW STATEMENTS OF OTHER PROFESSIONALS | 1.00 | 360.00 | 360.00 |
| 09/21/16 | EMAILS WITH CCA AND ILLINOIS AUDITOR ON AUDIT RESULTS | 0.30 | 360.00 | 108.00 |
| 09/22/16 | MEET WITH COUNSEL REGARDING ALL OPEN ISSUES; REVIEW EMAILS RE VARIOUS RESPONSES TO SUBPOENAS TO THIRD PARTIES | 3.10 | 360.00 | 1,116.00 |
| 09/23/16 | RETRIEVE AND REVIEW MAIL FROM PO BOX; REVIEW DEFS SUGGESTED REVISIONS TO AUR AMOTION AND REVISED MOTION; EMAILS TO/FROM BANICH RE OMAR HUSSEIN LOAN | 2.90 | 360.00 | 1,044.00 |
| 09/26/16 | REVIEW AND COMMENT ON MOTIONS RE AURA AND TO EXPAND RECEIVER'S AUTHORITY RE SUBPOENA; EMAILS TO/FROM BANICH RE OMAR HUSSEIN LOAN | 2.50 | 360.00 | 900.00 |
| 09/27/16 | REVIEW MOTIONS TO QUASH FILED IN SD FL; EMAILS RE DROPBOX TEST ISSUES; ATTENTION TO LANDLORD SETTLEMENT CHECK; EMAILS TO/FROM LOCAL COUNSEL IN FL RE RESPONSES TO MOTIONS TO QUASH | 1.90 | 360.00 | 684.00 |
| 09/28/16 | EMAILS TO/FROM COUNSEL RE MOTIONS UP TOMORROW IN COURT; EMAILS TO/FROM COUNSEL RE RESPONSES TO MOTIONS TO QUASH IN FL | 1.00 | 360.00 | 360.00 |
| 09/29/16 | ATTEND HEARINGS ON MOTIONS TO ADD AURA TO RECEIVERSHIP AND TO EXPAND RECEIVER'S SUBPOENA | 1.20 | 360.00 | 432.00 |

AUTHORITY; EMAILS TO/FROM DOYLE RE RETURN OF AURA
FUNDS TO CHASE ACCOUNT

| 09/30/16 | MEET WITH COUNSEL AND ACCOUNTANTS RE ALL OPEN ISSUES; EMAILS TO/FROM GLANTZ RE ███████ MEETING NEXT WEEK | 2.50 | 360.00 | 900.00 |

|  | **Totals for CASE ADMINISTRATION** | 38.30 |  | 13,788.00 |

|  | **Report Totals** | 38.30 |  | 13,788.00 |