**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and the STATE OF ILLINOIS, <br><br> *Plaintiffs,* <br><br> v. <br><br> STARK LAW, LLC, *et al.*, <br><br> *Defendants.* | Case No. 1:16-cv-3463 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Sheila M. Finnegan |

**MONTHLY COMPENSATION STATEMENT OF PERMANENT
RECEIVER GREGG SZILAGYI–OCTOBER 2016**

Gregg Szilagyi, in his capacity as permanent equity receiver in the above-captioned action (the "Receiver"), pursuant to the *Order Granting Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 91] (the "Compensation Procedures"), hereby submits his Monthly Statement of fees incurred for the month of October 2016 (the "Statement Period") and states as follows:

**Background**

1. On July 19, 2016, the Receiver filed the *Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 85] (the "Motion," and all undefined terms herein shall have the meanings set forth in the Motion). On July 22, 2016, the Court granted the Motion and entered the Compensation Procedures, which govern the procedures for interim payment of fees and expenses of the Receiver and the Professionals.

2. Among other things, the Compensation Procedures permit the Receiver and the Professionals to file and serve on the Notice Parties a detailed Monthly Statement of fees and expenses incurred for the prior month. Compensation Procedures ¶ 2.a. The parties may redact

privileged information and attorney work product from the Monthly Statement. Compensation Procedures ¶ 2.a.

3. The Compensation Procedures grant the Notice Parties 10 days to review the Monthly Statement and, if necessary, serve on the Receiver and the Professionals a Notice of Objection. Compensation Procedures ¶ 2.b. At the expiration of the Objection Period, the Compensation Procedures require the Receiver to pay 80% of the fees and 100% of the expenses requested in the Monthly Statement that are not the subject of a Notice of Objection. Compensation Procedures ¶ 2.c.

## Statement of Fees and Expenses

4. During the Statement Period, the Receiver provided not less than 26.5 hours of services for the benefit of the Receivership Estate at the applicable hourly rate for a total amount of $9,540.00 in fees (the "Fees").

5. Attached hereto as Exhibit A are the Receiver's invoices for the Statement Period (the "Invoices"), which describe in detail the services provided and the applicable billable rate.

6. The Objection Period pertaining to this Monthly Statement ends on **December 2, 2016,** after which time the Receiver shall promptly receive 80% of the Fees that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $7,632.00 of the Fees unless a timely Notice of Objection is served.

7. The Receiver reserves the right to correct, amend or supplement the description and extent of the services rendered and the expenses incurred during the Statement Period as reflected on the Invoices, including the amount of Fees, until such time as the Court rules on the Fee Application covering the Statement Period.

Dated: November 22, 2016

Respectfully submitted,

Gregg Szilagyi, in his capacity as permanent equity Receiver of the Receivership Estate

By  /s/ Robert M. Fishman
    One of his attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

Attorneys for the Receiver

\#

# RECEIVER GREGG SZILAGYI
## Time Worksheet

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 16-03463 | **Case Name:** | **STARK LAW LLC** | |
| **Case Status:** | OPEN | **Judge:** | Rebecca R. Pallmeyer | |
| **Filing Date:** | 03/21/16 | | | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: CASE ADMINISTRATION** | | | | |
| 10/03/16 | CORRESPONDENCE WITH D DOYLE AND T BANICH RE PACIFIC COAST INVESTMENTS AND STAY OF STATE COURT LITIGATION | 0.20 | 360.00 | 72.00 |
| 10/04/16 | MEET WITH ROB GLANTZ AND T MACK AND TEAM REGARDING ▮▮▮▮▮; EMAILS TO/FROM DOYLE AND BANICH RE FLORIDA MOTIONS TO QUASH; EMAIL FROM DDOYLE RE TRANSFER OF AURA FUNDS | 3.20 | 360.00 | 1,152.00 |
| 10/05/16 | EMAILS TO/FROM DOYLE AND BANICH RE AURA FUNDS AND TRANSFER OF FUNDS FROM JPM | 0.40 | 360.00 | 144.00 |
| 10/06/16 | EMAILS FROM T MACK AND BANICH RE ▮▮▮▮▮ CALL AND EMAIL TO DOYLE RE TRANSFER OF FUNDS HELD IN FIRM'S TRUST ACCOUNT TO RECEIVER ACCOUNT | 1.00 | 360.00 | 360.00 |
| 10/07/16 | MEET WITH COUNSEL AND ACCOUNTANTS RE OUTSTANDING ISSUES AND PROJECTS; EMAIL FORM DOYLE RE FUNDS TRANSFER; EMAIL FROM BANICH RE TOLLING AGREEMENT WITH PACIFIC CAPITAL; GO TO PO BOX AND REVIEW MAIL | 4.20 | 360.00 | 1,512.00 |
| 10/10/16 | EMAILS FROM DOYLE AND BANICH RE ADDITIONAL SUBPOENAS AND RIDERS FOR THIRD PARTIES, AND REQUEST FROM DEFENDANTS' COUNSEL RE ACCOUNTING ISSUES | 0.40 | 360.00 | 144.00 |
| 10/11/16 | EMAILS FROM T MACK AND ATTACHMENTS ON PERS INFO ON THIRD PARTIES DISCUSSED AT PREVIOUS MEETING; REVIEW REPORTS COASTAL AND WPG RE COLLECTIONS | 1.20 | 360.00 | 432.00 |
| 10/12/16 | REVIEW INFO ON LIS PENDENS AND UPCOMING WEEKLY MEETING | 0.20 | 360.00 | 72.00 |
| 10/13/16 | REVIEW TRACT AND TITLE SEARCH RESULTS FOR POTENTIAL PROPERTIES; EMAIL FROM BANICH RE PRIORITY PAYOUT RESPONSE TO SUBPOENA | 1.20 | 360.00 | 432.00 |
| 10/14/16 | GP TO PO BOX AND REVIEW MAIL; ▮▮▮▮▮ | 1.30 | 360.00 | 468.00 |
| 10/17/16 | REVIEW IRS RESPONSES TO REQUEST FOR TAX TRANSCRIPTS FOR ALL ENTITIES; ▮▮▮▮▮; REVIEW FINAL RESPONSE TO MOTION TO QUASH FROM FLORIDA CASES | 2.00 | 360.00 | 720.00 |
| 10/18/16 | REVIEW DOCS PRODUCED BY FIRST COMMUNITY FINANCIAL BANK RE GUARAV FIN TRANSACTIONS | 0.90 | 360.00 | 324.00 |
| 10/19/16 | EMAILS TO/FROM DOYLE AND BANICH RE UPCOMING FEE DEADLINES, COMMUNICATIONS WITH OMAR HUSSEIN'S NEW COUNSEL AND ATLANTIC HOLDINGS | 1.00 | 360.00 | 360.00 |
| 10/20/16 | MEET WITH COUNSEL AND ACCOUNTANTS RE ALL OUTSTANDING ISSUES; REVIEW SHAREFILE UPLOADS FROM WPG, COASTAL AND NPG; REVIEW RESPONSES TO SUBPOENAS BY D'AMBROSE ENTITIES; REVIEW RECORDED LIS PENDENS | 3.80 | 360.00 | 1,368.00 |
| 10/21/16 | REVIEW MAIL FROM PO BOX; EMAILS FROM T MACK RE ▮▮▮▮▮ AND REVIEW FILES TO HELP IDENTIFY SAME | 1.30 | 360.00 | 468.00 |
| 10/24/16 | EMAILS FROM T MACK AND D DOYLE RE ▮▮▮▮▮ | 0.20 | 360.00 | 72.00 |
| 10/25/16 | EMAILS FROM/TO ROB GLANTZ RE DELINQUENT RE TAXES AND BOFA RESPONSE TO SUBPOENA RE OMAR HUSSEIN AND CEDAR ROSE | 0.40 | 360.00 | 144.00 |
| 10/26/16 | EMAIL FROM DDOYLE RE PACIFIC COAST TOLLING AGREEMENT; REVIEW INFO FROM T MACK RE TAX TRANSCRIPTS FOR RECEIVERSHIP DEFENDANTS | 0.60 | 360.00 | 216.00 |
| 10/27/16 | EMAILS TO/FROM BANICH RE RESPONSE TO FLORIDA SUBPOENA RESPONDENTS; EMAILS TO/FROM T MACK RE DEFENDANTS ACCOUNTANTS; EMAILS FROM T MACK RE | 1.00 | 360.00 | 360.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | PERSONAL LOANS | | | |
| 10/28/16 | REVIEW MAIL FROM PO BOX; EMAILS FROM T MACK RE ▮▮▮▮▮▮▮▮▮ EMAIL TO/FROM BANICH RE FLORIDA MOTIONS TO QUASH | 1.60 | 360.00 | 576.00 |
| 10/31/16 | EMAILS TO/FROM DOYLE RE SUBPOENA RESPONSE FROM D'AMBROSE ENTITIES | 0.40 | 360.00 | 144.00 |
| | **Totals for CASE ADMINISTRATION** | 26.50 | | 9,540.00 |
| | **Report Totals** | 26.50 | | 9,540.00 |