UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and the STATE OF ILLINOIS, *Plaintiffs,* v. STARK LAW, LLC, *et al.,* *Defendants.* | Case No. 1:16-cv-3463 Judge Rebecca R. Pallmeyer Magistrate Judge Sheila M. Finnegan |

**MONTHLY COMPENSATION STATEMENT OF PERMANENT
<u>RECEIVER GREGG SZILAGYI – NOVEMBER 2016</u>**

Gregg Szilagyi, in his capacity as permanent equity receiver in the above-captioned action (the "Receiver"), pursuant to the *Order Granting Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 91] (the "Compensation Procedures"), hereby submits his Monthly Statement of fees incurred for the month of November 2016 (the "Statement Period") and states as follows:

**Background**

1. On July 19, 2016, the Receiver filed the *Motion of Receiver to Establish Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 85] (the "Motion," and all undefined terms herein shall have the meanings set forth in the Motion). On July 22, 2016, the Court granted the Motion and entered the Compensation Procedures, which govern the procedures for interim payment of fees and expenses of the Receiver and the Professionals.

2. Among other things, the Compensation Procedures permit the Receiver and the Professionals to file and serve on the Notice Parties a detailed Monthly Statement of fees and expenses incurred for the prior month. Compensation Procedures ¶ 2.a. The parties may redact

privileged information and attorney work product from the Monthly Statement. Compensation Procedures ¶ 2.a.

3. The Compensation Procedures grant the Notice Parties 10 days to review the Monthly Statement and, if necessary, serve on the Receiver and the Professionals a Notice of Objection. Compensation Procedures ¶ 2.b. At the expiration of the Objection Period, the Compensation Procedures require the Receiver to pay 80% of the fees and 100% of the expenses requested in the Monthly Statement that are not the subject of a Notice of Objection. Compensation Procedures ¶ 2.c.

## Statement of Fees and Expenses

4. During the Statement Period, the Receiver provided not less than 31.6 hours of services for the benefit of the Receivership Estate at the applicable hourly rate for a total amount of $11,376.00 in fees (the "Fees").

5. Attached hereto as Exhibit A are the Receiver's invoices for the Statement Period (the "Invoices"), which describe in detail the services provided and the applicable billable rate.

6. The Objection Period pertaining to this Monthly Statement ends on **January 14, 2017,** after which time the Receiver shall promptly receive 80% of the Fees that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $9,100.80 of the Fees unless a timely Notice of Objection is served.

7. The Receiver reserves the right to correct, amend or supplement the description and extent of the services rendered and the expenses incurred during the Statement Period as reflected on the Invoices, including the amount of Fees, until such time as the Court rules on the Fee Application covering the Statement Period.

Dated: January 4, 2017

Respectfully submitted,

Gregg Szilagyi, in his capacity as permanent equity Receiver of the Receivership Estate

By   /s/ Robert M. Fishman      
      One of his attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

Attorneys for the Receiver

# **EXHIBIT A**

Trustee: RECEIVER GREGG SZILAGYI

# Time Worksheet

| Case Number: | 16-03463 | Case Name: | STARK LAW LLC |
| --- | --- | --- | --- |
| Case Status: | OPEN | Judge: | Rebecca R. Pallmeyer |
| Filing Date: | 03/21/16 | | |

| Date | Description | Hours/Unit | Rate | Total |
| --- | --- | --- | --- | --- |
| **Matter Code: CASE ADMINISTRATION** | | | | |
| 11/01/16 | PREPARE FOR AND ATTEND MEETING WITH TEAM REGARDING ALL OPEN ISSUES | 2.50 | 360.00 | 900.00 |
| 11/03/16 | EMAILS/CALL TO/FROM DOYLE AND T MACK RE AURA DEV AND VARIOUS PROPERTIES; REVIEW INFO ON TENANT A VASILEVSKY; REVIEW EMAIL RE PROTECTIVE ORDER FOR THIRD PARTY SUBPOENA PARTY | 1.00 | 360.00 | 360.00 |
| 11/03/16 | REVIEW DETAIL ON INCOMING FUNDS FROM SHAW FISHMAN; MAKE OUTLINE FOR NEXT RECEIVER'S REPORT | 1.00 | 360.00 | 360.00 |
| 11/04/16 | RETRIEVE AND REVIEW MAIL; CONF CALL WITH D DOYLE RE UPCOMING RECEIVER'S REPORT; REVIEW EMAIL RE DEFS ACCOUNTANTS' RESPONSE TO SUBPOENA; REVIEW EMAILS RE SERVICE OF SUBPOENA ON OMAR HUSSEIN; EMAIL FROM BANICH RE UPDATE CALL WITH FTC | 2.60 | 360.00 | 936.00 |
| 11/05/16 | REVIEW OUR DRAFT RESPONSE TO IN SUPPORT OF MOTION TO TRANSFER; REVIEW DRAFT OF THIRD RECEIVER'S REPORT | 0.60 | 360.00 | 216.00 |
| 11/07/16 | REVIEW REPLY TO MOTION TO TRANSFER VENUE IN FL SUBPOENA CASES; EMAILS TO FROM DOYLE AND PROCESS SERVER RE OMAR HUSSEIN SUBPOENA | 0.50 | 360.00 | 180.00 |
| 11/08/16 | EMAILS TO SCHEDULE NEXT WEEKS ALL HANDS MEETING; EMAILS RE BOFA REPLY TO SUBPOENA RE MAHUPATRA; REVIEW FINAL REPLY IN SUPPORT OF MOTION TO TRANSFER IN FL CASES; EMAILS TO FISHMAN RE TOMORROW'S HEARING AND MEETING WITH FTC; REVIEW DRAFT TOLLING AGREEMENT WITH PACIFIC COAST INVESTMENTS | 1.60 | 360.00 | 576.00 |
| 11/09/16 | ATTEND STATUS HEARING IN DISTRICT COURT; UPDATE MEETING WITH FTC AND IAG TO DISCUSS ASSETS, CASE STATUS, DISCOVERY ETC. | 2.50 | 360.00 | 900.00 |
| 11/10/16 | UPDATE ON SERVICE ON MUBAREK SAID; EMAIL FROM T MACK RE ASHTON ASSET IN SOCIAL MEDIA AND RELATED ARTICLE | 0.60 | 360.00 | 216.00 |
| 11/11/16 | RETRIEVE AND REVIEW MAIL; EMAILS RE MUBAREK SAID SERVICE; EMAIL FROM MASON RE ASHTON "FEES" | 1.30 | 360.00 | 468.00 |
| 11/14/16 | PREPARE FOR AND ATTEND ALL HANDS MEETING WITH ATTORNEYS AND FINANCIAL CONSULTANTS | 2.70 | 360.00 | 972.00 |
| 11/15/16 | MULTIPLE EMAILS AND CONFERENCES WITH FISHMAN AND BANICH RE HIRSH RECEIPT OF RENTAL INCOME AND APPROPRIATE RESPOSNE AND DEMAND; REVIEW DRAFT LETTER TO COUNSEL RE SAME | 1.50 | 360.00 | 540.00 |
| 11/16/16 | REVIEW EMAILS RE DEFS TAX RETURNS; ATTENTION TO HIRING LOCAL COUNSEL IN BUFFALO | 0.50 | 360.00 | 180.00 |
| 11/17/16 | REVIEW EMAILS RE RESULTS OF FL MOTIONS TO TRANSFER, ETC. CALL WITH FISHMAN AND BANICH RE HIRSH REPSONSE TO OUR LETTER OF MONDAY RE RENT PAYMENTS; EMAIL FROM T MACK RE DEFS TAX RETURNS | 1.70 | 360.00 | 612.00 |
| 11/18/16 | RETRIEVE AND REVIEW MAIL; REVIEW INFO PROVIDED BY DEFS RE RENT APYMENTS AND BANK STATEMENTS; CONF WITH BANICH RE RENT PAYMENTS ISSUES | 2.20 | 360.00 | 792.00 |
| 11/21/16 | PREPARE FOR MEETING WITH ATTORNEYS AND CONSULTANTS RE RENTAL INCOME; DISCOVERY ISSUES AND GEN STATUS; | 2.00 | 360.00 | 720.00 |
| 11/22/16 | PREPARE FOR PARTICIPATE IN CONF CALL WITH COUNSEL. FTC AND IAG RE RENTAL PAYMENT ISSUES AND APPROPRIATE RESPONSES; EMAILS TO T BANICH RE GUARAV'S PORSCHE | 2.10 | 360.00 | 756.00 |
| 11/23/16 | REVIEW VARIOUS MATTERS RELATED TO FL DISCOVERY DISPUTE; REVIEW MATERIAL RE ATLANTIC BANK ACCOUNTS | 1.00 | 360.00 | 360.00 |
| 11/25/16 | RETRIEVE AND REVIEW MAIL; EMAIL RE SALE OF GUARAV'S | 0.70 | 360.00 | 252.00 |

PORSCHE

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/28/16 | CONFER WITH T BANICH RE MOTIONS TO REASSIGNED TRANSFERRED DISCOVERY CASES; EMAILS RE RENT PAYMENT DIRECTION; EMAILS FROM BANICH AND GLANTZ RE AURA DEV R.E. ISSUES | 1.00 | 360.00 | 360.00 |
| 11/29/16 | EMAILS RE RENTS AND ISSUES ON AURA DEV PROPERTIES; EMAILS FROM/TO FISHMAN RE MINNESOTA AG REQUESTS; EMAILS FROM DOYLE RE BUFFALO DISCOVERY DISPUTES | 1.00 | 360.00 | 360.00 |
| 11/30/16 | EMAILS FROM/TO BANICH RE DISCUSSIONS WITH FTC RE FREEZE ORDER VIOLATIONS AND APPROPRIATE RESPONSE; EMAILS RE BUFFALO DISCOVERY MOTIONS | 1.00 | 360.00 | 360.00 |
| | **Totals for CASE ADMINISTRATION** | 31.60 | | 11,376.00 |
| | **Report Totals** | 31.60 | | 11,376.00 |