**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | ) |
| | ) |
| STATE OF ILLINOIS, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:16-cv-3463 |
| | ) |
| v. | ) Judge Rebecca R. Pallmeyer |
| | ) |
| STARK LAW, LLC, an Illinois limited liability | ) Magistrate Judge Sheila M. Finnegan |
| company, also doing business as STARK | ) |
| RECOVERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EXHIBITS SUPPORTING PLAINTIFFS' MOTION FOR AN ORDER HOLDING**
**DEFENDANT HIRSH MOHINDRA IN CIVIL CONTEMPT AND FOR SANCTIONS**

Second Supplemental Declaration of Roberto C. Menjivar.................................................... PX 23
Investigator, Federal Trade Commission

Declaration of Scott Duncan................................................................................................ PX 24
Tenant

Declaration of Alexander Vasileski ...................................................................................... PX 25
Tenant

Illustrative Contempt Order: *FTC v. Trudeau*, No 1:03-cv-03904 ....................................... PX 26
(N.D. Ill. Aug. 7, 2013) (Gettleman, J.)

Dated:  January 10, 2017                          Presented by:

/s/ William J. Hodor                              ERIN GROTHEER
WILLIAM J. HODOR                                  KIMBERLY SLIDER
JOHN C. HALLERUD                                  THOMAS P. JAMES
GUY G. WARD                                       Office of the Illinois Attorney General
Federal Trade Commission, Midwest Region         100 West Randolph Street
55 West Monroe Street, Suite 1825                Chicago, Illinois 60601
Chicago, Illinois 60603                          Attorneys for Plaintiff
Attorneys for Plaintiff                           STATE OF ILLINOIS
FEDERAL TRADE COMMISSION

# PX 23

## SECOND SUPPLEMENTAL DECLARATION OF ROBERTO C. MENJIVAR PURSUANT TO 28 U.S.C. § 1746

I, Roberto C. Menjivar, hereby declare as follows:

1.     My name is Roberto C. Menjivar. I am a United States citizen and over eighteen years of age. I am employed as an investigator with the Federal Trade Commission ("FTC" or "Commission"), a position that I have held for over 13 years. My office address is 55 West Monroe Street, Suite 1825, Chicago, Illinois 60603. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2.     As an FTC investigator, my duties have included a number of tasks related to *Federal Trade Commission, et al. v. Stark Law, LLC, et al.*, Case No. 16-cv-3463, filed in the Northern District of Illinois. I am the same Roberto C. Menjivar who previously signed two declarations in this case, Plaintiffs' Exhibit (PX) 1 signed on March 16, 2016, and PX 21 signed on June 27, 2016.

3.     On March 21, 2016, the FTC and the State of Illinois, Office of the Attorney General (Illinois AG), filed their Complaint for Permanent Injunction and Other Equitable Relief. On the same day, the FTC and the Illinois AG filed an *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue (TRO), which the Court granted on March 22, 2016. On July 11, 2016, the Court entered a Preliminary Injunction with Asset Freeze and Other Equitable Relief (PI).

4.     During the course of this case, the Court-appointed permanent equity receiver, Gregg Szilagyi of Tailwind Services, LLC (Receiver), and the Receiver's representatives, provided the FTC with certain documents and records. The documents and records were produced to the Receiver (a) pursuant to the "Expedited Discovery" provisions of the TRO and

1

PI (TRO at pp. 31-32; PI at pp. 31-32); (b) pursuant to a Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action issued by the Receiver or his representatives, or Plaintiffs; or (c) voluntarily upon request. Some of those documents and records are attached to this declaration. Personally identifiable or sensitive information has been redacted from the attachments.

### DEEDS AND TRUSTS

5.       Attached hereto as **Menjivar Attachment A** are true and correct copies of the following deed and trust documents:

   a. **Menjivar Att. A at pp. 1-4**: Trust Agreement and Declaration of Trust dated October 6, 2014, for Trust Number 14-3287;

   b. **Menjivar Att. A at pp. 5-10**: Trustee's Deed in Trust dated October 27, 2014, for the property at 195 N. Harbor Drive, #5409, Chicago, IL 60601, to Trust Number 14-3287;

   c. **Menjivar Att. A at p. 11**: "Notice of Fiduciary Relationship – Illinois Land Trust" dated December 4, 2014;

   d. **Menjivar Att. A at pp. 12-14**: Warranty Deed dated December 30, 2014, for the property at 416 E. North Water Street, Chicago, Illinois 60611, to Trust Agreement 14-3287;

   e. **Menjivar Att. A at pp. 15-18**: Deed in Trust dated May 20, 2015, for the property at 1614 North Mohawk Street, Unit 1614, Chicago, Illinois 60614, to Trust Agreement 14-3287; and

2

f. **Menjivar Att. A at pp. 19-22**: Trustee's Deed in Trust dated June 11, 2015, for the properties #5002, #5003, D-98, and D-99, at 505 North Lake Shore Drive, Chicago, Illinois 60611, to Trust Agreement 14-3287.

**LEASES**

6. Attached hereto as **Menjivar Att. B** are true and correct copies of the following leases:

a. **Menjivar Att. B at pp. 1-2**: Condominium Unit Apartment Lease agreement dated April 24, 2015, with a term of lease beginning June 1, 2015, through May 30, 2016, for the condominium at 195 North Harbor Drive, #5409, Chicago, Illinois. The document indicates the Lessee is Al Kiani and the Lessor is Hirsh Mohindra. Monthly rent is listed as $2,500.00 with a $2,500.00 security deposit;

b. **Menjivar Att. B at pp. 3-6**: Condominium Unit Apartment Lease agreement dated August 31, 2015, with a term of lease beginning October 1, 2015, through September 30, 2016, for the condominium at 1614 North Mohawk Street, Chicago, Illinois 60614; "Repair Rider;" and "Lease Addendum." The document indicates the Lessee is Scott Duncan and the Lessor is Hirsh Mohindra. Monthly rent is listed as $5,800.00 with a $5,800.00 security deposit; and

c. **Menjivar Att. B at pp. 7-8**: Condominium Unit Apartment Lease agreement dated April 30, 2016, with a term of lease beginning May 1, 2016, through April 30, 2017, for the condominium at 416 East North Water, Chicago, Illinois 60611. The document indicates the Lessee is Alexander Vasileski/Beth Feiwell and the Lessor is Hirsh Mohindra. Monthly rent is listed as $6,000.00 with a $6,000.00 security deposit.

## RENUKA MOHINDRA BANK RECORDS

7.      The Receiver provided the FTC with copies of certain bank records pertaining to a JPMorgan Chase Bank (Chase) account ending in 7012 in the name of Renuka Mohindra.

8.      Attached hereto as **Menjivar Att. C** are true and correct copies of certain bank statements for the Chase account ending in 7012 from March 23, 2016, through October 25, 2016.

9.      Attached hereto as **Menjivar Att. D** are true and correct copies of certain check and deposit images for the Chase account ending in 7012 from March 2016, to November 2016. Specifically, attached hereto as **Menjivar Att. D** are the following documents:

      a.  **Menjivar Att. D at pp. 1-3**:  Twenty-nine check images from March 25, 2016, to June 15, 2016;

      b.  **Menjivar Att. D at pp. 4-6**:  Thirty check images from June 17, 2016, to November 23, 2016; and

      c.  **Menjivar Att. D at pp. 7-69**:  Deposit details and images from March 2016, to November 2016.

10.      Attached hereto as **Menjivar Att. E** are true and correct copies of bank statements for the Chase account ending in 7012 from December 23, 2014, through March 22, 2016.

## FINANCIAL STATEMENT

11.      Pursuant to the TRO and PI, on or about September 9, 2016, counsel for Defendant Hirsh Mohindra provided the FTC with a sworn financial statement of Individual Defendant Hirsh Mohindra.  The financial statement is signed and dated August 18, 2016.

4

Attached hereto as **Menjivar Att. F** is a true and correct copy of the signature page of the financial statement of Individual Defendant Hirsh Mohindra.

<b>LESSEE DOCUMENTS</b>

12.        In response to subpoenas issued by the Receiver, the Lessees of the properties at (a) 195 North Harbor Drive, #5409, Chicago, Illinois, and (b) 1614 North Mohawk Street, Chicago, Illinois, produced documents to the Receiver.  The Receiver provided the FTC with copies of these documents.  Attached hereto as **Menjivar Att. G** are true and correct copies of certain documents produced by the Lessees.  Specifically, attached hereto as **Menjivar Att. G** are the following documents:

a.  **Menjivar Att. G at pp. 1-5**:  An e-mail dated November 1, 2016, and check images from Lessee Al Kiani to Christina Sanfelippo, representative of the Receiver, regarding lease payments for the property at 195 North Harbor Drive, #5409, Chicago, Illinois; and

b.  **Menjivar Att. G at pp. 6-19**:  Documents produced by Lessee Scott Duncan regarding the lease and payments for the property at 1614 North Mohawk Street, Chicago, Illinois, including account payment information, copies of checks, receipts, "Demand for Possession," and other documents.

<b>AURA DEVELOPMENT, INC., BANK RECORDS</b>

13.        As discussed in my previous declaration dated March 16, 2016, Chase produced documents and records pertaining to a Chase account ending in 0226 in the name of Aura Development, Inc. (Aura) to the Illinois AG in response to a subpoena.  Certain of those documents and records were attached to my previous declaration filed in support of Plaintiffs'

5

motion for a TRO. *See* PX 1, Declaration of Roberto C. Menjivar, at ¶¶ 59-63 & Att. L. Among

other things, the documents and records produced by Chase show the following:

    a.   Hirsh Mohindra opened bank account ending in 0226 on or about March 17,

        2008. Hirsh Mohindra is listed on the signature card as President of Aura. *See*

        PX 1, ¶ 60 & Att. L at p. 1; and

    b.   On or about March 24, 2008, Renuka Mohindra was added as an authorized

        signer to bank account ending in 0226. *See* PX 1, ¶ 60 & Att. L at p. 2.

14.     In the course of its investigation of Aura, the Receiver has provided certain

documents and records to the FTC related to the Chase bank account ending in 0226 in the name

of Aura.

15.     True and correct copies of certain documents and records provided by the

Receiver to the FTC related to withdrawals from the Aura account ending in 0226 are attached

hereto at **Menjivar Att. H**. Specifically, attached hereto as **Menjivar Att. H** are the following

documents:

    a.   **Menjivar Att. H at p. 1**: Withdrawal slip dated March 23, 2016, for

        $300,000.00. The customer name is listed as "Aura Development;"

    b.   **Menjivar Att. H at p. 2**: Withdrawal slip dated March 23, 2016, for

        $275,000.00. The customer name is listed as "Aura Development;"

    c.   **Menjivar Att. H at p. 3**: Withdrawal slip dated March 23, 2016, for $30,000.00.

        The customer name is listed as "Renuka Mohindra;"

    d.   **Menjivar Att. H at p. 4**: Screenshot or image of what appears to be an online

        transaction report for the Aura account ending in 0226. The report shows three

        "Misc. Debit" transactions for $275,000.00, $300,000.00, and $30,000.00 on

March 23, 2016. The report also shows an "Account Transfer" for "Payment to Chase card ending in 3624" on March 23, 2016, for $34,791.48, and a "Misc. Debit" for "Payment to Chase card ending in 3624" on March 28, 2016, for $3,321.12; and

 e. **Menjivar Att. H at p. 5**: Check drawn on Renuka Mohindra bank account ending in 7012 dated June 15, 2016, and payable to Aura Development for $30,000.00 with deposit slip for $30,000.00 to Aura account ending in 0226.

16. The Receiver provided the FTC with a spreadsheet and copies of certain bank statements, check images, and account details for the Aura account ending in 0226 pertaining to the deposit of various rent checks into Aura account 0226. Attached hereto as **Menjivar Att. I** are true and correct copies of certain documents and records provided by the Receiver to the FTC. Specifically, attached hereto as **Menjivar Att. I** are the following documents:

 a. **Menjivar Att. I at pp. 1-2**: Spreadsheet titled "Rental Property Deposits" by Cendrowski Corporate Advisors (Cendrowski);

 b. **Menjivar Att. I at pp. 3-17**: Bank statements and account activity reports for the Aura account ending in 0226;

 c. **Menjivar Att. I at pp. 18-36**: Deposit slips and check images for the Aura account ending in 0226, which include copies of checks from Alborz Kiani (dated July 1, 2015, and August 1, 2015); A Mind and Body Total Fitness, Inc. (dated July 22, 2015, and September 4, 2015); Marie Danielle Faucher and Scott Andrew Duncan (dated September 8, 2015); Alexander S. Vasileski (dated September 23, 2015, January 1, 2016, February 1, 2016, and March 1, 2016); and Scott Andrew Duncan (dated February 22, 2016).

7

17.     The Receiver provided the FTC with a spreadsheet, summary sheet, wire transfer instructions, copies of bank statements, account details, and check images for the Aura account ending in 0226 pertaining to the purchase of properties with funds from Aura account 0226. Attached hereto as **Menjivar Att. J** are true and correct copies of certain documents and records provided by the Receiver to the FTC. Specifically, attached hereto as **Menjivar Att. J** are the following documents:

a.  **Menjivar Att. J at p. 1**: Spreadsheet titled "Properties Purchased" by Cendrowski, listing payments made from the Aura account ending in 0226 for the purchase of properties;

b.  **Menjivar Att. J at p. 2**: Summary page titled "Real Estate Purchased with Aura Development Funds" by Cendrowski; and

c.  **Menjivar Att. J. at pp. 3-20**: Bank statements, wire transfer instructions, account details, and copies of checks highlighting transfers and payments from Aura account ending in 0226 for the purchase of properties.

**OTHER DOCUMENTS**

18.     Attached hereto as **Menjivar Att. K** is a true and correct copy of an e-mail dated August 26, 2016, from Terence G. Banich, Shaw Fishman Glantz & Towbin LLC, to Rachel Hirsch, counsel for Defendant Hirsh Mohindra.

19.     Attached hereto as **Menjivar Att. L** is a true and correct copy of a letter dated September 14, 2016, from David R. Doyle, Shaw Fishman Glantz & Towbin LLC, to JPMorgan Chase Bank, N.A.

20.      Attached hereto as **Menjivar Att. M** is a true and correct copy of a letter dated November 15, 2016, from Terence G. Banich, Shaw Fishman Glantz & Towbin LLC, to Rachel Hirsch, counsel for Defendant Hirsh Mohindra.

21.      Attached hereto as **Menjivar Att. N** is a true and correct copy of a portion of an e-mail dated November 18, 2016, from Rachel Hirsh, counsel for Defendant Hirsh Mohindra, to Terence G. Banich, Shaw Fishman Glantz & Towbin LLC.

22.      Attached hereto as **Menjivar Att. O** is a true and correct copy of an e-mail dated December 1, 2016, with Alex Vasileski.

23.      Attached hereto as **Menjivar Att. P** is a true and correct copy of six checks provided by the Receiver to the FTC.  Five of the six checks are from "Alexander S Vasileski" payable to "Mohindra" for $6,000.00 each and dated December 1, 2016, January 1, 2017, February 1, 2017, April 1, 2016, and March 1, 2016.  The sixth check is from "Alborz Kiani" payable to "Mr. Renu Mohindra" for $2,500.00 dated December 1, 2016.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on *January 3*, 2017.

Roberto G. Menjivar

9