UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Federal Trade Commission, et al.
                              Plaintiff,

v.                                             Case No.: 1:16−cv−03463
                                                    Honorable Rebecca R. Pallmeyer

Stark Law, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/7/2017. Receiver's motion to reassign related case [251] granted. Case 17 C 564, Gregg Szilagyi v. DSP Holdings, Inc., currently assigned to Judge Tharp to be reassigned to Judge Pallmeyer as related to Case 16 C 3463. Debt Sales Partners to respond to motion to compel by 2/21/2017; reply to be filed by or on 2/28/2017. Hearing set for 2/9/2017 is stricken and re−set to 3/2/2017 at 9:30 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.