## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Federal Trade Commission, et al.
                                    Plaintiff,

v.                                                         Case No.: 1:16–cv–03463
                                                          Honorable Rebecca R. Pallmeyer

Stark Law, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 3/2/2017. Motion to compel Omar Hussain and Cedar Rose Holdings & Development, Inc. to comply with subpoenas [208] and motion for an order holding Defendant Hirsh Mohindra in civil contempt and for sanctions [238] continued to 3/16/2017 at 9:00 AM. Parties are encouraged to negotiate a resolution of claims for return of funds improperly recovered by Mr. Mohindra. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.