**Cendrowski Corporate Advisors LLC II**
180 North LaSalle Street, Suite 2620
Chicago, IL 60601
(866) 717-1607
26-2249065

February 08, 2017

Gregg Szilagyi, Esq.
Receiver For Stark Law, LLC, Et Al
Tailwind Services, LLC
542 S Dearborn St Ste 1400
Chicago, IL 60605

Invoice Number: 22539

Account Number: 2470

**RE: FTC v Stark Law, LLC, et al.** 753

---

For professional services rendered through January 31, 2017
as itemized on the attached invoice:

| | |
|---|---|
| Current charges this invoice: | $24,430.00 |
| Less: Discount on Fees: | $2,149.00 |
| **Total Due This Invoice:** | **$22,281.00** |

**Cendrowski Corporate Advisors LLC II**
180 North LaSalle Street, Suite 2620
Chicago, IL 60601
(866) 717-1607
26-2249065

Gregg Szilagyi, Esq.
Receiver For Stark Law, LLC, Et Al
Tailwind Services, LLC
542 S Dearborn St Ste 1400
Chicago, IL 60605

February 8, 2017

Invoice Number: 22539
Theresa B Mack

For professional services rendered through January 31 2017 **753**

| Date of Service | Individual | Description of Service | Time |
|---|---|---|---|
| **(2470) FTC v Stark Law, LLC, et al.** | | | |
| **Fees:** | | | |
| **Litigation Support** | | | |
| 01/03/2017 | MJM | Litigation Support - Review bank statements and withdrawals for auto expenses, Update Aura analysis and transfers, Porsche transaction analysis, research when Porsche was purchased | 2.50 |
| 01/04/2017 | MJM | Litigation Support - Review loan documents and agreements, review real estate transactions, update Aura transaction analysis; check payees, Omar Hussain loan analysis, amount of loan and current balance, Analysis of Ashton Asset Management bank account transactions re: Cayman, Research real estate property; addresses | 4.25 |
| 01/05/2017 | MJM | Litigation Support - Review Stark Legal bank statement transactions via subpoena: Hedge Funds, update Chase bank statement analysis, Research entities via subpoena, Review Chase bank account wire transfers and deposits: Ashton Asset | 4.50 |
| | TBM | Litigation Support request from Shaw Fishman to look into financial transactions reported via subpoena re Stark Legal, Ahston Asset SA and Hedge Fund, discussion with Andrew Mason. Searches conducted and update provided to team | 4.25 |
| | TBM | Litigation Support communications with Gus Baseleon with State AG | 0.25 |
| | TBM | Litigation Support research into real estate described in emails per Shaw Fishman | 1.50 |
| 01/06/2017 | MJM | Litigation Support - Review Chase bank statements and wire transfers, Aura significant payment transaction analysis, research address and real estate, review hedge fund deposits | 3.50 |
| 01/09/2017 | MJM | Litigation Support - Review Renuka Bank statements and transfers, Significant payment analysis, Review loan documents and agreements, Research Aura Payees | 2.25 |

**Cendrowski Corporate Advisors LLC II**
180 North LaSalle Street, Suite 2620
Chicago, IL 60601
(866) 717-1607
26-2249065

**753** Gregg Szilagyi, Esq.

February 08, 2017
Invoice Number: 22539

**2470** **(2470) FTC v Stark Law, LLC, et al.**

| Date of Service | Individual | Description of Service | Time |
|---|---|---|---|
| 01/11/2017 | TBM | Litigation Support - Meeting with Shaw Fishman and team and prep thereof | 3.50 |
| | MJM | Litigation Support - Meeting at Shaw Fishman, preparation and follow up, Case updates, Real estate transaction analysis, Foreign bank account research, Review Civil Contempt motion | 4.25 |
| 01/12/2017 | TBM | Litigation Support prepare summary of Omar Hussain for Shaw Fishman per request | 3.75 |
| | MJM | Litigation Support - Review email key words, update defendant email key work listing, Review Chase and Bank of America statements and wires for Joel Tucker, update loan documentation analysis, Omar Hussain summary assets electronic book, review Omar Hussain emails and loan schedules | 5.00 |
| 01/17/2017 | MJM | Litigation Support - Review Subpoena documents from relativity, ShareFile Defendant user access support, review Omar Hussain transactions and withdrawals, review Omar emails and loan schedules, update Omar asset summary book, research Halawi and Hussain for IRS Investigation | 4.25 |
| | TBM | Litigation Support background searches on Tony Kochuparambil per request of Shaw Fishman | 2.25 |
| | TBM | Litigation Support background searches on Ahmad Hussain and Marcus Halawi per request of Shaw Fiahman. Additionally developed another brother of Omar Hussain. Conducted background search on Ali Hussain. Searched all our documents for any reference to the above 3 individuals. | 5.25 |
| 01/18/2017 | MJM | Litigation Support - Review Berkely Development statements and transactions, Research check memos and payees for Berkely Deposits and Withdrawals, update Chase transaction schedules, research Tony Kochuparambil, Update Omar Hussain summary asset electronic book with additional emails | 3.25 |
| | TBM | Litigation Support handle request from Shaw Fishman re research into Berkely Development wire transfer activity. Updated team | 2.00 |
| 01/19/2017 | MJM | Litigation Support - Review Bank statements and wires for Marcus Halawi and Ahmed Hussain, research and investigate individuals, research Aura Check Payees, Review real estate and construction loan documents, Review bank statements and wires for Tony Kochuparambil | 3.00 |

**Cendrowski Corporate Advisors LLC II**

180 North LaSalle Street, Suite 2620
Chicago, IL 60601
(866) 717-1607
26-2249065

**753** Gregg Szilagyi, Esq.

February 08, 2017
Invoice Number: 22539

**2470** **(2470) FTC v Stark Law, LLC, et al.**

| Date of Service | Individual | Description of Service | Time |
|---|---|---|---|
| 01/20/2017 | MJM | Litigation Support - Review Omar emails, update Omar loan analysis, update bank account matrix, review Aura bank statements and checks, Research IRS/CID Procedures | 2.75 |
| | TBM | Litigation Support email to team re IRS/CID procedures and implications to case | 0.75 |
| | TBM | Litigation Support Omar Hussain summary | 1.75 |
| 01/23/2017 | MJM | Litigation Support - Update Omar Hussain summary electronic book, review transactions for Husain and Halawi, research Aura Check Payees, review subpoena and loan documents | 2.50 |
| | TBM | Litigation Support re Omar Hussain, provided info to Terence Banich | 2.50 |
| 01/24/2017 | MJM | Litigation Support - Review Chase bank statements and checks, search checks and wires for individuals, update Aura transaction analysis, review real estate documents and transactions | 2.25 |
| 01/25/2017 | MJM | Litigation Support - Review Berkely Development checks and bank statements, Review bank Subpoena Wire Transfers, Search for Tony Kochuparambil loan transfers, Aura Investments | 2.00 |
| | TBM | Litigation Support re responding to Shaw Fishman requests | 1.00 |
| 01/26/2017 | TBM | Litigation Support background searches on Tony Kochuparambil per request of Counsel for Receiver. Provided information obtained | 1.75 |
| | TBM | Litigation Support emails and updates | 1.00 |
| | MJM | Litigation Support - Review Bank Statement transactions and checks for individuals: Tony Kochuparambil, Marcus Halawi, Ahmed Hussain, Ali Hussain background report emails | 0.50 |
| 01/27/2017 | TBM | Litigation Support re India investigative work | 1.50 |
| 01/30/2017 | TBM | Litigation Support review of defendants response as requested by counsel for Receiver prepare comments, review bank transactions and real estate transactions for comments | 3.75 |
| | MJM | Litigation Support - Review Aura Development bank statements and checks, update significant payment analysis from withdrawals out of Aura | 1.00 |
| 01/31/2017 | MJM | Litigation Support - Review Motion Response, discuss Dave Doyle comments with TBM | 0.50 |

**Cendrowski Corporate Advisors LLC II**

180 North LaSalle Street, Suite 2620
Chicago, IL 60601
(866) 717-1607
26-2249065

**753** Gregg Szilagyi, Esq.

February 08, 2017
Invoice Number: 22539

**2470** **(2470) FTC v Stark Law, LLC, et al.**

| Date of Service | Individual | Description of Service | Time | |
|---|---|---|---|---|
| 01/31/2017 | TBM | Litigation Support disc with MJM provide comments to Defendants response. Responding to questions from Shaw Fishman, counsel for Receiver | 3.75 | |
| | | **Total Litigation Support** | 88.75 | |
| | | **Total Fees:** | 88.75 Hours | $21,490.00 |

**Costs:**

**Technology Access Fees**

| | | |
|---|---|---|
| 01/31/2017 | Technology Access Fees | $400.00 |
| | **Total Technology Access Fees** | |

**O/S Consulting**

| | | |
|---|---|---|
| 01/27/2017 | O/S Consulting - India P.I. wire | $2,540.00 |
| | **Total O/S Consulting** | |

| | |
|---|---|
| **Total Costs:** | $2,940.00 |
| **Current Charges this Case:** | **$24,430.00** |
| Less Discount on Fees: (10%) | $2,149.00 |
| **Amount Due:** | **$22,281.00** |