12:15.     NH

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Federal Trade Commissions and State of Illinois | COURT CASE NUMBER<br>16C3463 |
|---|---|
| DEFENDANT<br>Stark Law, LLC, et al | TYPE OF PROCESS<br>Writ of Body Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mohammad Riaz Uddin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4607 Bamburg Ave, Rockford, Illinois 61109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 12/27/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1/1
District of Origin No.: 424
District to Serve No.: 424
Signature of Authorized USMS Deputy or Clerk: PTD
Date: 12/27/16

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

**FILED**
MAR 15 2017 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 3/9/17    Time: 1300   ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>65×3×3 =<br>585.00 | Total Mileage Charges including *endeavors*<br>.535×180×3 =<br>288.90 | Forwarding Fee<br>— | Total Charges<br>873.90 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 3 DUSM, 3 Hrs, 180 miles

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13