# **EXHIBIT B**

# RIDER

<u>Subpoena to:</u>  Universal Accounting Services, Inc.
c/o Nilesh Topiwala
419 E. Euclid Street, Suite A
Mount Prospect, IL 60056

## Definitions

In this Rider, the following definitions apply:

1. The term "Documents" means all written, recorded, or graphic materials of every kind, from January 1, 2011, through the date of service of this subpoena, prepared by any person, that is in your possession, custody, or control. It includes, but is not limited to: transcripts, letters, telegrams, e-mail transmissions, telexes, memoranda, reports, contracts, studies, plans, calendar or diary entries, minutes, pamphlets, typed or handwritten notes, tabulations, charts, records of meetings and telephone or other conversations or communications, film, audio and video tapes, slides, and all other data compilations. The phrase "other data compilations" includes information stored in, or accessible through, computer or other information retrieval systems, together with instructions and all other material necessary to use or interpret such data compilations. The term "documents" includes all non-identical copies of any document, including copies upon which notes have been made. It also includes drafts, even if the originals are not in your possession, custody, or control.

2. The term "Communication" means any contact, oral or written, formal or informal, at any time or place, by any medium, and under any circumstances whatsoever, whereby information of any nature was shared, transmitted or transferred.

3. The terms "show, refer to, or relate to" mean to mention, list, include, involve, refer to, relate to, pertain to, contain, state, reflect, discuss, evidence, constitute, consist of, display, show, analyze, embody, record, incorporate, bear upon, touch upon, or to be in any way logically or factually connected with the referenced person, entity or subject.

4. The term "Muhammad Riaz Uddin" refers to the individual known as Muhammad Riaz Uddin, a/k/a Muhammad Riaz Udin, Mohammad Udin, Mohammad Uddin.

## Requested Documents and Communications

You are required to produce the following:

1. All Documents and Communications relating to Muhammad Riaz Uddin.

{11659-001 RID A0465888.DOCX}