# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Federal Trade Commission, et al.
                    Plaintiff,

v.                                          Case No.: 1:16–cv–03463
                                          Honorable Rebecca R. Pallmeyer

Stark Law, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The hearing on Plaintiffs; motion, set for March 24, 2017, at 10:00 a.m., is hereby stricken. (For further detail see Order.) Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.