UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | )<br>)<br>) |
| STATE OF ILLINOIS, | )<br>) |
| Plaintiffs, | ) Case No. 1:16-cv-3463<br>) |
| v. | ) Judge Rebecca R. Pallmeyer<br>) |
| STARK LAW, LLC, an Illinois limited liability company, also doing business as STARK RECOVERY, *et al.*, | ) Magistrate Judge Sheila M. Finnegan<br>)<br>)<br>) |
| Defendants. | )<br>) |

## AGREED ORDER

By agreement of the parties in resolution of Plaintiffs' Motion for an Order Holding Defendant Hirsh Mohindra in Civil Contempt and for Sanctions (Dkt. No. 238), the real properties commonly described as (1) 195 N. Harbor Drive, #5409, Chicago, Illinois 60601; (2) 1614 N. Mohawk Street, Chicago, Illinois 60614; and (3) 416 E. North Water Street, Chicago, Illinois 60611, are deemed to be properties of the Receivership Estate, effective immediately.

The parties shall submit a proposed order with additional provisions delineating the parties' full agreement.

The hearing on Plaintiffs' motion, set for March 24, 2017, at 10:00 a.m., is hereby stricken.

ENTER:

*[signature: Rebecca R. Pallmeyer]*

Date:  March 23, 2017

_____
REBECCA R. PALLMEYER
United States District Judge