# David D. Orr       Clerk of Cook County

## COUNTY OF COOK MAP DEPARTMENT

Date: 03-24-2017

**THIS CERTIFIES THAT THE PERMANENT REAL ESTATE INDEX NUMBER KNOWN AS:**
**17 - 10 - 401 - 014 - 1478** BEARS THE FOLLOWING LEGAL DESCRIPTION:

UNIT 5409 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN THE PARKSHORES CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 95414356, AND AMENDED BY DOCUMENT NUMBER 1101045032 IN THE SOUTHEAST QUARTER OF SECTION 10 TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



_____
Supervisor of Maps and Plats

Fee: $10.00

195 N. Harbor St.
#5409

# David D. Orr                    Clerk of Cook County
## COUNTY OF COOK MAP DEPARTMENT

Date: 03-24-2017

**THIS CERTIFIES THAT THE PERMANENT REAL ESTATE INDEX NUMBER KNOWN AS:**
**14 - 33 - 325 - 070 - 1018** **BEARS THE FOLLOWING LEGAL DESCRIPTION:**

UNIT 1614 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN LARRABEE COMMONS CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 88197169, IN THE SOUTHWEST QUARTER OF SECTION 33 TOWNSHIP 40 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



Fee: $10.00

_Supervisor of Maps and Plats_

1614 N. Mohawk

# David D. Orr                    Clerk of Cook County

## COUNTY OF COOK MAP DEPARTMENT

Date: 03-24-2017

**THIS CERTIFIES THAT THE PERMANENT REAL ESTATE INDEX NUMBER KNOWN AS:**
**17 - 10 - 221 - 032 - 0000** BEARS THE FOLLOWING LEGAL DESCRIPTION:

THE EAST 15 FEET OF THE WEST 150.12 FEET OF THE SOUTH 70.45 FEET OF LOT 6 (EXCEPT SOUTHERLY 6.50 FEET OF THE WEST 560 FEET) IN CITYFRONT CENTER RESUBDIVISION OF SUNDRY LOTS OF CHICAGO DOCK AND CANAL SUBDIVISION AND KINZIES ADDITION CHICAGO IN THE NORTH FRACTIONAL IN SECTION 10 TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



_____
Supervisor of Maps and Plats

Fee: $10.00

416 E. N. Water St.